KAREN JOHNSON-MCKEWAN (STATE BAR NO. 121570)
NANCY E. HARRIS (STATE BAR NO. 197042)
NIKKA N. RAPKIN (STATE BAR NO. 244207)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:     (415) 773-5700
Facsimile:     (415) 773-5759
kjohnson-mckewan@orrick.com

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JENNA GODDARD, on her own behalf and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>GOOGLE INC., a Delaware corporation,<br><br>                    Defendant. | CASE NO.<br><br><br>**PROOF OF SERVICE VIA MAIL** |

## PROOF OF SERVICE BY MAIL

I am more than eighteen years old and not a party to this action.  My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, California  94105-2669.  On May 30, 2008, I served the following document(s):

**DEFENDANT GOOGLE INC.'S NOTICE OF FILING NOTICE OF REMOVAL**

**CIVIL CASE COVER SHEET**

**DEFENDANT GOOGLE INC.'S NOTICE OF REMOVAL OF ACTION; DEMAND FOR JURY TRIAL**

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

**STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE PATRICIA V. TRUMBULL**

**STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA – CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**

**STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES**

**WELCOME TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, SAN JOSE DIVISION**

**GENERAL ORDER NO. 40 – PROHIBITION OF BIAS**

**U.S. DISTRICT COURT NORTHERN CALIFORNIA – ECF REGISTRATION INFORMATION HANDOUT**

**GENERAL ORDER NO. 45 – ELECTRONIC CASE FILING**

**NOTICE OF ELECTRONIC AVAILABILITY OF CASE FILE INFORMATION**

**NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS**

**INSTRUCTIONS FOR COMPLETION OF ADR FORMS REGARDING SELECTION OF AN ADR PROCESS (ADR LOCAL RULE 3-5)**

**ORDER OF THE CHIEF JUDGE IN RE: ELECTRONIC FILING IN CASES WITH UNREPRESENTED PARTIES – NORTHERN DISTRICT OF CALIFORNIA**

1  on the interested parties in this action by placing true and correct copies thereof in sealed

2  envelope(s) addressed as follows:

3  Alan Himmelfarb, Esq.
   KamberEdelson, LLC
4  2757 Leonis Boulevard
5  Los Angeles, CA  90058
   (323) 585-8696
6
7  Jay Edelson
   Myles McGuire
8  Ethan Preston
   KamberEdelson, LLC
9  53 West Jackson Boulevard
   Suite 550
10 Chicago, IL  60604
   (312) 589-6370
11

12

13         I am employed in the county from which the mailing occurred.  On the date

14 indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office

15 business address indicated above.  I am readily familiar with this firm's practice for the collection

16 and processing of correspondence for mailing with the United States Postal Service.  Under that

17 practice, the firm's correspondence would be deposited with the United States Postal Service on

18 this same date with postage thereon fully prepaid in the ordinary course of business.

19         I declare under penalty of perjury that the foregoing is true and correct.

20         Executed on May 30, 2008, at San Francisco, California.

21

22

23                                                    _____
                                                            Jessi A. Knight
24

25

26

27

28