1   KAREN JOHNSON-MCKEWAN (STATE BAR NO. 121570)
    NANCY E. HARRIS (STATE BAR NO. 197042)
2   NIKKA N. RAPKIN (STATE BAR NO. 244207)
    ORRICK, HERRINGTON & SUTCLIFFE LLP
3   The Orrick Building
    405 Howard Street
4   San Francisco, CA  94105-2669
    Telephone:     (415) 773-5700
5   Facsimile:     (415) 773-5759
    kjohnson-mckewan@orrick.com
6
    Attorneys for Defendant
7   GOOGLE INC.

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11

12
    JENNA GODDARD, on her own behalf and          CASE NO.  08-02738(JF)
13  on behalf of all others similarly situated,

14              Plaintiff,

15        v.                                       **STIPULATED REQUEST FOR AN
                                                   ORDER EXTENDING TIME FOR
16  GOOGLE INC., a Delaware corporation,           DEFENDANT GOOGLE INC. TO
                                                   RESPOND TO PLAINTIFF'S
17              Defendant.                          COMPLAINT PURSUANT TO
                                                   LOCAL RULE 6-2; DECLARATION
18                                                 OF NIKKA N. RAPKIN IN SUPPORT**

19

20

21

22

23

24

25

26

27

28

1    Plaintiff Jenna Goddard ("Plaintiff") and Defendant Google Inc. ("Defendant"), by and

2    through their respective counsel of record in this action, hereby present the following Stipulated

3    Request for an Order Extending Time for Defendant to Respond to Plaintiff's Complaint and the

4    concurrently lodged [Proposed] Order Extending Time for Google to Respond to Defendant's

5    Complaint:

6

7    WHEREAS, Plaintiff Jenna Goddard ("Plaintiff") filed this action in the Superior Court of

8    the State of California, County of Santa Clara, on April 30, 2008;

9    WHEREAS, Defendant Google Inc. ("Defendant") removed the above-captioned action to

10   this Court on May 30, 2008;

11   WHEREAS, Defendant's response to Plaintiff's complaint is due June 6, 2008;

12   WHEREAS, Plaintiff will move to remand this litigation to its state court of origin within

13   the time afforded for such a motion;

14   WHEREAS, to avoid duplication and conserve resources, the Parties wish to continue the

15   time for Defendant to file a response to Plaintiff's complaint pending determination of the motion

16   to remand;

17   WHEREAS, this is the Parties' first request for an extension of time before the Court in

18   this matter;

19   WHEREAS the first Case Management Conference in this matter is scheduled for

20   September 19, 2008, at 10:30 a.m., before the Honorable Judge Jeremy Fogel, and there are no

21   other dates on calendar in the schedule for this case;

22   WHEREAS, pursuant to Local Rule 6-2 the parties respectfully request the Court to

23   continue the date for Defendant to respond to Plaintiff's complaint until 21 days after Plaintiff's

24   motion to remand is decided;

25   / / /

26   / / /

27   / / /

28   / / /

1    IT IS HEREBY STIPULATED:

2        1.  Should this Court deny Plaintiff Jenna Goddard's Motion to Remand, Defendant

3    Google Inc. shall file its response to Plaintiff's Complaint on or before 21 days from this Court's

4    issuance of an Order denying Plaintiff's motion.

5

6        SO STIPULATED

7

8

9    Dated: June 4, 2008                    KAREN JOHNSON-MCKEWAN
                                            NANCY E. HARRIS
10                                          NIKKA N. RAPKIN
                                            ORRICK, HERRINGTON & SUTCLIFFE LLP
11

12                                          _____
                                            Karen Johnson-McKewan
13                                          Attorneys for Defendant
                                            GOOGLE INC.
14

15

16

17   Dated: June 4, 2008                    MYLES MCGUIRE
                                            KAMBEREDELSON, LLC
18

19                                          _____
                                            Myles McGuire
20                                          Attorneys for Plaintiff
                                            JENNA GODDARD
21

22

23

24

25

26

27

28

STIPULATED REQUEST FOR AN ORDER CHANGING
TIME FOR DEFENDANT TO RESPOND TO
PLAINTIFF'S COMPLAINT

1  KAREN JOHNSON-MCKEWAN (STATE BAR NO. 121570)
   NANCY E. HARRIS (STATE BAR NO. 197042)
2  NIKKA N. RAPKIN (STATE BAR NO. 244207)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
3  The Orrick Building
   405 Howard Street
4  San Francisco, CA  94105-2669
   Telephone:    (415) 773-5700
5  Facsimile:    (415) 773-5759
   kjohnson-mckewan@orrick.com
6
   Attorneys for Defendant
7  GOOGLE INC.

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11

12
   JENNA GODDARD, on her own behalf and        CASE NO.  08-02738(JF)
13 on behalf of all others similarly situated,

14              Plaintiff,

15      v.                                      **[PROPOSED] ORDER EXTENDING
                                                TIME FOR DEFENDANT GOOGLE
16 GOOGLE INC., a Delaware corporation,         INC. TO RESPOND TO PLAINTIFF'S
                                                COMPLAINT PURSUANT TO
17              Defendant.                       LOCAL RULE 6-2**

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2      WHEREAS, Plaintiff Jenna Goddard ("Plaintiff") filed this action in the Superior Court of

3 the State of California, County of Santa Clara, on April 30, 2008;

4      WHEREAS, Defendant Google Inc. ("Defendant") removed the above-captioned action to

5 this Court on May 30, 2008;

6      WHEREAS, Defendant's response to Plaintiff's complaint is due June 6, 2008;

7      WHEREAS, Plaintiff will move to remand this litigation to its state court of origin within

8 the time afforded for such a motion;

9      WHEREAS, to avoid duplication and conserve resources, the parties wish to continue the

10 time for Defendant to file a response to Plaintiff's complaint pending determination of Plaintiff's

11 motion to remand;

12      WHEREAS, this is the Parties' first request for an extension of time before the Court in

13 this matter;

14      WHEREAS the first Case Management Conference in this matter is scheduled for

15 September 19, 2008, at 10:30 a.m., before the Honorable Judge Jeremy Fogel, and there are no

16 other dates on calendar in the schedule for this case;

17      WHEREAS, pursuant to Local Rule 6-2 the parties respectfully request the Court to

18 continue the date for Defendant to respond to Plaintiff's complaint until 21 days after Plaintiff's

19 motion to remand is decided;

20

21 PURSUANT TO STIPULATION, IT IS SO ORDERED:

22      1. Should this Court deny Plaintiff Jenna Goddard's Motion to Remand, Defendant

23 Google Inc. shall file its response to Plaintiff's Complaint on or before 21 days from this Court's

24 issuance of an Order denying Plaintiff's motion.

25

26  Dated:

27                                                  _____

28                                                  United States District Court Judge

[PROPOSED] ORDER EXTENDING TIME FOR
DEFENDANT GOOGLE TO RESPOND TO
PLAINTIFF'S COMPLAINT