1  KAREN JOHNSON-MCKEWAN (STATE BAR NO. 121570)
   NANCY E. HARRIS (STATE BAR NO. 197042)
2  NIKKA N. RAPKIN (STATE BAR NO. 244207)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
3  The Orrick Building
   405 Howard Street
4  San Francisco, CA 94105-2669
   Telephone:   (415) 773-5700
5  Facsimile:   (415) 773-5759
   kjohnson-mckewan@orrick.com
6
   Attorneys for Defendant
7  GOOGLE INC.

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11

12
   JENNA GODDARD, on her own behalf and        CASE NO. 08-02738(JF)
13 on behalf of all others similarly situated,

14              Plaintiff,
                                                **DECLARATION OF NIKKA N.**
15      v.                                      **RAPKIN IN SUPPORT OF**
                                                **STIPULATED REQUEST FOR AN**
16 GOOGLE INC., a Delaware corporation,         **ORDER EXTENDING TIME FOR**
                                                **DEFENDANT GOOGLE INC. TO**
17              Defendant.                      **RESPOND TO PLAINTIFF'S**
                                                **COMPLAINT**
18

19

20

21

22

23

24

25

26

27

28

I, Nikka N. Rapkin, hereby declare:

1. I am a member of the State Bar of California and an associate with the firm of Orrick, Herrington & Sutcliffe LLP, attorneys of record for Defendant Google Inc. ("Google"). I make this declaration in support of the Parties' Stipulated Request for an Order Extending Time for Google to Respond to Plaintiff Jenna Goddard's ("Plaintiff") Complaint.

2. Google removed the above-captioned action to this Court on May 30, 2008, and its response to Plaintiff's complaint is therefore due June 6, 2008.

3. Plaintiff's counsel has informed me that they plan to move to remand this litigation to its state court of origin.

4. In order to conserve resources and avoid the duplication that would result if Plaintiff is successful in her motion to remand, the Parties have stipulated to request this Court to issue an Order extending the time for Google to respond to Plaintiff's complaint until after determination of Plaintiff's motion to remand.

5. This is the Parties' first request for an extension of time before the Court in this matter.

6. The first Case Management Conference in this action is scheduled for September 19, 2008, at 10:30 a.m., before the Honorable Judge Jeremy Fogel, and there are no other dates on calendar in the schedule for this case.

Executed on June ___, 2008, in the City and County of San Francisco, State of California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Nikka N. Rapkin