1  KAREN JOHNSON-MCKEWAN (STATE BAR NO. 121570)
   NANCY E. HARRIS (STATE BAR NO. 197042)
2  NIKKA N. RAPKIN (STATE BAR NO. 244207)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
3  The Orrick Building
   405 Howard Street
4  San Francisco, CA  94105-2669
   Telephone:   (415) 773-5700
5  Facsimile:   (415) 773-5759
   kjohnson-mckewan@orrick.com
6
   Attorneys for Defendant
7  GOOGLE INC.

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11

12
   JENNA GODDARD, on her own behalf and        CASE NO.  08-02738(JF)
13 on behalf of all others similarly situated,

14              Plaintiff,
                                                [PROPOSED] ORDER EXTENDING
15       v.                                     TIME FOR DEFENDANT GOOGLE
                                                INC. TO RESPOND TO PLAINTIFF'S
16 GOOGLE INC., a Delaware corporation,         COMPLAINT PURSUANT TO
                                                LOCAL RULE 6-2
17              Defendant.

18

19

20

21

22

23

24

25

26

27

28

# ORDER

WHEREAS, Plaintiff Jenna Goddard ("Plaintiff") filed this action in the Superior Court of the State of California, County of Santa Clara, on April 30, 2008;

WHEREAS, Defendant Google Inc. ("Defendant") removed the above-captioned action to this Court on May 30, 2008;

WHEREAS, Defendant's response to Plaintiff's complaint is due June 6, 2008;

WHEREAS, Plaintiff will move to remand this litigation to its state court of origin within the time afforded for such a motion;

WHEREAS, to avoid duplication and conserve resources, the parties wish to continue the time for Defendant to file a response to Plaintiff's complaint pending determination of Plaintiff's motion to remand;

WHEREAS, this is the Parties' first request for an extension of time before the Court in this matter;

WHEREAS the first Case Management Conference in this matter is scheduled for September 19, 2008, at 10:30 a.m., before the Honorable Judge Jeremy Fogel, and there are no other dates on calendar in the schedule for this case;

WHEREAS, pursuant to Local Rule 6-2 the parties respectfully request the Court to continue the date for Defendant to respond to Plaintiff's complaint until 21 days after Plaintiff's motion to remand is decided;

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1. Should this Court deny Plaintiff Jenna Goddard's Motion to Remand, Defendant Google Inc. shall file its response to Plaintiff's Complaint on or before 21 days from this Court's issuance of an Order denying Plaintiff's motion.

Dated: 6/12/08

_____
United States District Court Judge

[PROPOSED] ORDER EXTENDING TIME FOR
DEFENDANT GOOGLE TO RESPOND TO
PLAINTIFF'S COMPLAINT