1  ALAN HIMMELFARB- SBN 90480
   KAMBEREDELSON, LLC
2  2757 Leonis Boulevard
   Los Angeles, California 90058
3  t: 323.585.8696

4  JAY EDELSON (*Pro Hac Vice pending*)
   MYLES MCGUIRE (*Pro Hac Vice pending*)
5  KAMBEREDELSON, LLC
   53 West Jackson Blvd.
6  Suite 550
   Chicago, IL 60604
7  t: 312.589.6370
   f: 312.873.4610
8
   ATTORNEYS FOR PLAINTIFF
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| JENNA GODDARD, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC., a Delaware corporation,<br><br>Defendant. | CASE NO. 5:08-cv-02738-JF<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF JENNA GODDARD'S MOTION TO REMAND**<br><br>**[28 U.S.C. § 1447(c)]**<br><br>Date: September 5th, 2008<br>Time: 9:00 AM<br>Judge: Jeremy Fogel<br>Date Action Filed: 5/30/2008<br>No Trial Date Set<br><br>[Filed Concurrently With: Notice of Motion and Motion to Remand] |

Plaintiff JENNA GODDARD'S Motion to Remand was heard before this Court on September 5, 2008 at 9am before the Honorable Jeremy Fogel, United States District Court, Northern District of California, San Francisco, California, with all parties having appeared through counsel.

The Court having reviewed the Motion, and after consideration of the opposition and reply papers, arguments of counsel, and all other matters presented, finds as follows:

Plaintiff's motion is granted in its entirety. This Court lacks jurisdiction over the underlying matter. Defendant, as the proponent of removal, has failed to prove, by a preponderance of the evidence, that the requisites for removal under the Class Action Fairness Act are satisfied. Therefore, pursuant to 28 U.S.C. § 1447(c) the underlying action is remanded to the Superior Court of the State of California, County of Santa Clara, with attorneys' fees and costs awarded to Plaintiff.

DATED: _____

By: _____
     Hon. Jeremy Fogel
     United States District Court