1   KAREN JOHNSON-MCKEWAN (STATE BAR NO. 121570)
    NANCY E. HARRIS (STATE BAR NO. 197042)
2   NIKKA N. RAPKIN (STATE BAR NO. 244207)
    ORRICK, HERRINGTON & SUTCLIFFE LLP
3   The Orrick Building
    405 Howard Street
4   San Francisco, CA 94105-2669
    Telephone:    (415) 773-5700
5   Facsimile:    (415) 773-5759
    kjohnson-mckewan@orrick.com
6
    Attorneys for Defendant
7   GOOGLE INC.

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                                SAN JOSE DIVISION

11

12
    JENNA GODDARD, on her own behalf and       CASE NO.  08-02738(JF)
13  on behalf of all others similarly situated,

14                Plaintiff,

15          v.                                 **STIPULATED REQUEST FOR AN
                                               ORDER EXTENDING TIME FOR
16  GOOGLE INC., a Delaware corporation,       DEFENDANT GOOGLE INC. TO
                                               RESPOND TO PLAINTIFF'S
17                Defendant.                    MOTION TO REMAND PURSUANT
                                               TO LOCAL RULE 6-2;
18                                             DECLARATION OF NIKKA N.
                                               RAPKIN IN SUPPORT**

19

20

21

22

23

24

25

26

27

28

1    Plaintiff Jenna Goddard ("Plaintiff") and Defendant Google Inc. ("Defendant"), by and

2    through their respective counsel of record in this action, hereby present the following Stipulated

3    Request for an Order Extending Time for Defendant to Respond to Plaintiff's Motion to Remand

4    and the concurrently lodged [Proposed] Order Extending Time for Google to Respond to

5    Plaintiff's Motion to Remand:

6    Plaintiff Jenna Goddard ("Plaintiff") filed this action in the Superior Court of the State of

7    California, County of Santa Clara, on April 30, 2008.  Defendant Google Inc. ("Defendant")

8    removed the above-captioned action to this Court on May 30, 2008.  On June 30, 2008, Plaintiff

9    filed a motion to remand the above-captioned action to its state court of origin, setting a hearing

10   date of September 5, 2008, for the motion.  The first Case Management Conference in this matter

11   is presently on calendar for September 19, 2008, at 10:30 a.m., before the Honorable Judge

12   Jeremy Fogel.

13   Due to schedule conflicts with Defendant's counsels' preexisting vacation plans, the

14   parties respectfully request the court continue the hearing date for Plaintiff's motion to remand by

15   two (2) weeks to September 19, 2008, making Defendant's opposition due August 29, 2008, and

16   Plaintiff's reply due September 5, 2008.  This is the Parties' first request for an extension with

17   regard to the motion to remand.  This Court has granted the Parties' prior request to continue the

18   date for Defendant to respond to Plaintiff's complaint until 21 days after Plaintiff's motion to

19   remand is decided.

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

IT IS HEREBY STIPULATED:

    1.  The hearing date for Plaintiff's motion to remand the above-captioned litigation shall be continued to September 19, 2008. Defendant's brief in opposition shall be due August 29, 2008, and Plaintiff's reply shall be due September 5, 2008.


    SO STIPULATED


Dated: July 2, 2008                KAREN JOHNSON-MCKEWAN
                                      NANCY E. HARRIS
                                      NIKKA N. RAPKIN
                                      ORRICK, HERRINGTON & SUTCLIFFE LLP

                                        Karen Johnson-McKewan
                                      Attorneys for Defendant
                                        GOOGLE INC.


Dated: July 2, 2008                MYLES MCGUIRE
                                        KAMBEREDELSON, LLC

                                      Myles McGuire (by: AR)
                                      Attorneys for Plaintiff
                                      JENNA GODDARD

STIPULATED REQUEST FOR AN ORDER CHANGING
TIME FOR DEFENDANT TO RESPOND TO
PLAINTIFF'S MOTION TO REMAND