KAREN JOHNSON-MCKEWAN (STATE BAR NO. 121570)
NANCY E. HARRIS (STATE BAR NO. 197042)
NIKKA N. RAPKIN (STATE BAR NO. 244207)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   (415) 773-5700
Facsimile:    (415) 773-5759
kjohnson-mckewan@orrick.com

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JENNA GODDARD, on her own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC., a Delaware corporation,<br><br>Defendant. | CASE NO. 08-02738(JF)<br><br>**DECLARATION OF NIKKA N. RAPKIN IN SUPPORT OF STIPULATED REQUEST FOR AN ORDER EXTENDING TIME FOR DEFENDANT GOOGLE INC. TO RESPOND TO PLAINTIFF'S MOTION TO REMAND** |

I, Nikka N. Rapkin, hereby declare:

1. I am a member of the State Bar of California and an associate with the firm of Orrick, Herrington & Sutcliffe LLP, attorneys of record for Defendant Google Inc. ("Google"). I make this declaration in support of the Parties' Stipulated Request for an Order Extending Time for Google to Respond to Plaintiff Jenna Goddard's ("Plaintiff") Motion to Remand.

2. Google removed the above-captioned action to this Court on May 30, 2008.

3. Plaintiff filed a motion to remand on June 30, 2008, setting a hearing date of September 5, 2008. Defendant's opposition brief is currently due August 15, 2008.

4. Karen Johnson-McKewan and Nancy Harris, attorneys of record for Defendant in this matter, have preexisting vacation plans during the weeks immediately preceding and including August 15, 2008.

5. Plaintiff's counsel, Myles McGuire has consented to a two week extension for Defendant to respond to Plaintiff's motion to remand. Accordingly and pursuant to the attached stipulation, the Parties now respectfully request a two week continuance of the September 5, 2008, hearing date to September 19, 2008.

6. The first Case Management Conference in this action is scheduled for September 19, 2008, at 10:30 a.m., before the Honorable Judge Jeremy Fogel, and there are no other dates on calendar in the schedule for this case.

7. This is the Parties' first request for an extension with regard to the motion to remand. This Court granted the Parties' prior request to continue the date for Defendant to respond to Plaintiff's complaint until 21 days after Plaintiff's motion to remand is decided.

Executed on July 2, 2008, in the City and County of San Francisco, State of California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Nikka N. Rapkin