1  KAREN JOHNSON-MCKEWAN (STATE BAR NO. 121570)
   NANCY E. HARRIS (STATE BAR NO. 197042)
2  NIKKA N. RAPKIN (STATE BAR NO. 244207)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
3  The Orrick Building
   405 Howard Street
4  San Francisco, CA  94105-2669
   Telephone:   (415) 773-5700
5  Facsimile:   (415) 773-5759
   kjohnson-mckewan@orrick.com
6
   Attorneys for Defendant
7  GOOGLE INC.

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN JOSE DIVISION
11

12
   JENNA GODDARD, on her own behalf and           CASE NO.  08-02738(JF)
13 on behalf of all others similarly situated,

14                Plaintiff,
                                                  **[PROPOSED] ORDER EXTENDING
15    v.                                          TIME FOR DEFENDANT GOOGLE
                                                  INC. TO RESPOND TO PLAINTIFF'S
16 GOOGLE INC., a Delaware corporation,           MOTION TO REMAND PURSUANT
                                                  TO LOCAL RULE 6-2**
17                Defendant.

18

19

20

21

22

23

24

25

26

27

28
                                                  [PROPOSED] ORDER EXTENDING TIME FOR
                                                       DEFENDANT GOOGLE TO RESPOND TO
                                                          PLAINTIFF'S MOTION TO REMAND

1  **ORDER**

2  WHEREAS, Plaintiff Jenna Goddard ("Plaintiff") filed this action in the Superior Court of
3  the State of California, County of Santa Clara, on April 30, 2008;

4  WHEREAS, Defendant Google Inc. ("Defendant") removed the above-captioned action to
5  this Court on May 30, 2008, and Plaintiff filed a motion to remand the above-captioned action to
6  its state court of origin on June 30, 2008, setting a hearing date of September 5, 2008, for the
7  motion;

8  WHEREAS, Defendant's response to Plaintiff's motion to remand is due August 15,
9  2008;

10  WHEREAS, due to schedule conflicts with Defendant's counsels' preexisting vacation
11  plans, the parties wish to continue the hearing date for Plaintiff's motion to remand by two (2)
12  weeks to September 19, 2008, making Defendant's opposition due August 29, 2008, and
13  Plaintiff's reply due September 5, 2008;

14  WHEREAS, this Court has granted the Parties' prior request to continue the date for
15  Defendant to respond to Plaintiff's complaint until 21 days after Plaintiff's motion to remand is
16  decided, and this is the Parties' first request for an extension with regard to the motion to remand.

17  WHEREAS the first Case Management Conference in this matter is scheduled for
18  September 19, 2008, at 10:30 a.m., before the Honorable Judge Jeremy Fogel, and there are no
19  other dates on calendar in the schedule for this case;

20  WHEREAS, pursuant to Local Rule 6-2 the Parties respectfully request the Court to
21  continue the hearing date for Plaintiff's motion to remand until September 19, 2008;

22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

- 2 -

| | |
|---|---|
| 1 | PURSUANT TO STIPULATION, IT IS SO ORDERED: |
| 2 |     1. The hearing date for Plaintiff's motion to remand the above-captioned litigation shall |
| 3 | be continued to September 19, 2008. Defendant's brief in opposition shall be due August 29, |
| 4 | 2008, and Plaintiff's reply shall be due September 5, 2008. |

Dated:

_____
The Honorable Judge Jeremy Fogel
United States District Court Judge