KAREN JOHNSON-MCKEWAN (STATE BAR NO. 121570)
kjohnson-mckewan@orrick.com
NANCY E. HARRIS (STATE BAR NO. 197042)
nharris@orrick.com
NIKKA N. RAPKIN (STATE BAR NO. 244207)
nrapkin@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JENNA GODDARD, on her own behalf and on behalf of all others similarly situated,

Plaintiff,

v.

GOOGLE, INC., a Delaware corporation,

Defendant.

CASE NO. C 08-02738 (JF)

**[PROPOSED] ORDER GRANTING GOOGLE INC.'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL GOOGLE INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND AND THE DECLARATION OF MATTHEW HUDSON IN SUPPORT THEREOF**

OHS West:260497456.1

[PROPOSED] ORDER GRANTING GOOGLE'S ADMINISTRATIVE REQUEST TO FILE REMAND OPP. DOCS. UNDER SEAL
CASE NO. C 08-02738 (JF)

Having considered Defendant Google, Inc.'s ("Google") Administrative Request for leave to file documents under seal, the Declaration of Nikka N. Rapkin in support thereof, and good cause appearing,

THE COURT HEREBY ORDERS that the following documents be accepted for filing with this Court under seal:

(1) The following portions of Google's Memorandum of Points and Authorities in Opposition to Plaintiff's Motion to Remand: (1) Page 2, lines 7-8 beginning after " . . . in the accompanying declaration" and before "*See* Declaration of . . . ."; (2) Page 2, lines 12-15 beginning after ". . . Compl. ¶ 7" and before "Plaintiff makes clear . . . ."; Page 10, lines 10-16 beginning after ". . . 10-Q at 24)"; Page 12, lines 12-15 beginning after ". . . this conclusion" and before "This evidence, . . . ."; and

(2) The complete Declaration of Matthew Hudson in support thereof.

**IT IS SO ORDERED.**

Dated:

_______________________________
The Honorable Jeremy Fogel
United States District Court Judge