KAREN JOHNSON-MCKEWAN (SBN 121570)
KJOHNSON-MCKEWAN@ORRICK.COM
NANCY E. HARRIS (SBN 197042)
NHARRIS@ORRICK.COM
NIKKA N. RAPKIN (SBN 244207)
NRAPKIN@ORRICK.COM
ORRICK, HERRINGTON & SUTCLIFFE LLP
THE ORRICK BUILDING
405 HOWARD STREET
SAN FRANCISCO, CA 94105-2669
TELEPHONE: (415) 773-5700
FACSIMILE: (415) 773-5759

ATTORNEYS FOR DEFENDANT
GOOGLE INC.

ALAN HIMMELFARB (SBN 90480)
AHIMMELFARB@KAMBEREDELSON.COM
KAMBEREDELSON, LLC
2757 LEONIS BOULEVARD
LOS ANGELES, CA 90058
TELEPHONE: (323) 585-8696
FACSIMILE: (323) 585-6195

ATTORNEY FOR PLAINTIFF
JENNA GODDARD

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JENNA GODDARD, on her own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. C 08-02738 (JF)<br><br>**STIPULATED REQUEST TO EXTEND TIME IN FOR PLAINTIFF TO REPLY IN SUPPORT OF HER MOTION TO REMAND AND TO CONTINUE HEARING DATE OF SEPTEMBER 19, 2008** |

The Parties in this action hereby stipulate and agree to the entry of an Order extending the time, up to and including, September 26, 2008, in which Plaintiff may reply in support of her motion to remand this action and to continue the hearing date previously scheduled for September 19, 2008, at 10:30 a.m., and in support of the requested relief state:

1. On April 30, 2008, Plaintiff filed a multi-count class action complaint against the Defendant in the Superior Court of California, County of Santa Clara, captioned *Jenna Goddard v. Google, Inc.,* Santa Clara Superior Court, Case no. 08-CV-111658.

2. On May 30, 2008, Defendant removed this action to this Honorable Court. On June 30, 2008, Plaintiff filed a motion to remand this action back to the Superior Court of Santa Clara. Thereafter, the parties stipulated to an extension of time for Defendant to respond to Plaintiff's motion to remand through August 29, 2008.

3. By Order dated July 7, 2008, the Court granted Defendant an extension of time to August 29, 2008, in which to respond to Plaintiff's motion to remand; set September 5, 2008, as the deadline for Plaintiff to reply in support of her motion; and set the motion down for hearing on September 19, 2008, at 10:30 a.m.

4. On August 29, 2008, Defendant timely served Plaintiff's counsel with its response in opposition to the motion to remand, along with several other related documents filed with the Court on that day.

5. In light of the information raised in Defendant's response brief, Plaintiff seeks an extension of time to evaluate such information and to draft an appropriate reply.

6. As a result, on September 4, 2008, counsel for the parties conferred by telephone and agreed—subject to Court approval—to stipulate to an extension of time, up to and including, September 26, 2008, in which Plaintiff may reply in support of her motion to remand, and continue the previously scheduled hearing date of September 19, 2008, to October 3, 2008, or any date thereafter as is convenient for the Court.

//

//

2

STIPULATED REQUEST TO EXTEND TIME FOR PLAINTIFF TO REPLY IN SUPPORT OF     CASE NO. C 08-02738 (JF)
MOTION TO REMAND AND TO CONTINUE HEARING DATE OF SEPTEMBER 19, 2008

WHEREFORE, the Parties respectfully request this Court enter an Order (a) extending the time, up to and including, September 26, 2008, in which Plaintiff may reply in support of her motion to remand; (b) continue the previously scheduled hearing of September 19, 2008, to October 3, 2008, at 10:30 a.m., or any date thereafter as is convenient for the Court.

IT IS SO STIPULATED.

Dated: September 4, 2008                    KAMBEREDELSON, LLC

/s/ Alan Himmelfarb
ALAN HIMMELFARB (SBN 90480)
AHIMMELFARB@KAMBEREDELSON.COM
KAMBEREDELSON, LLC
2757 LEONIS BOULEVARD
LOS ANGELES, CA 90058
TELEPHONE: (323) 585-8696
FACSIMILE: (323) 585-6195

ATTORNEY FOR PLAINTIFF
JENNA GODDARD

Dated: September 4, 2008                    ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ Nikka N. Rapkin
NIKKA N. RAPKIN (SBN # 244207)
NRAPKIN@ORRICK.COM
ORRICK, HERRINGTON & SUTCLIFFE LLP
THE ORRICK BUILDING
405 HOWARD STREET
SAN FRANCISCO, CA 94105-2669
TELEPHONE: (415) 773-5700
FACSIMILE: (415) 773-5759

ATTORNEY FOR DEFENDANT
GOOGLE INC.

1  KAREN JOHNSON-MCKEWAN (SBN #121570)
   KJOHNSON-MCKEWAN@ORRICK.COM
2  NANCY E. HARRIS (SBN # 197042)
   NHARRIS@ORRICK.COM
3  NIKKA N. RAPKIN (SBN # 244207)
   NRAPKIN@ORRICK.COM
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   THE ORRICK BUILDING
5  405 HOWARD STREET
   SAN FRANCISCO, CA 94105-2669
6  TELEPHONE: (415) 773-5700
   FACSIMILE: (415) 773-5759
7
   ATTORNEYS FOR DEFENDANT
8  GOOGLE INC.

9  ALAN HIMMELFARB (SBN 90480)
   AHIMMELFARB@KAMBEREDELSON.COM
10 KAMBEREDELSON, LLC
   2757 LEONIS BOULEVARD
11 LOS ANGELES, CA 90058
   TELEPHONE: (323) 585-8696
12 FACSIMILE:  (323) 585-6195

13 ATTORNEY FOR PLAINTIFF
   JENNA GODDARD
14

15                     UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17                            SAN JOSE DIVISION

18

| | |
|---|---|
| JENNA GODDARD, on her own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. C 08-02738 (JF)<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR AN ORDER EXTENDING TIME IN WHICH PLAINTIFF MAY REPLY IN SUPPORT OF HER MOTION TO REMAND AND TO CONTINUE HEARING DATE OF SEPTEMBER 19, 2008** |

[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR AN ORDER EXTENDING TIME    CASE NO. C 08-02738 (JF)
FOR PLAINTIFF TO REPLY IN SUPPORT OF MOTION TO REMAND AND TO CONTINUE HEARING

1  Having considered the parties stipulated request for an order extending the time, up to and including, September 26 2008, in which Plaintiff may reply in support of her motion to remand this action to the Superior Court of California, County of Santa Clara, and continuing the previously scheduled hearing date of September 19, 2008, to October 3, 2008, at 10:30 a.m., and good cause appearing,

THE COURT HEREBY ORDERS as follows:

1. The parties' stipulated request for an extension of time up to and including September 26, 2008, in which Plaintiff may reply in support of her motion to remand, is hereby granted;

2. Plaintiff is granted leave until September 26, 2008, to reply in support of her motion to remand this action to the Superior Court of California, Santa Clara County; and

3. The previously scheduled hearing date of September 19, 2008, at 10:30 a.m., is reset to October 3, 2008, at 10:30 a.m.

IT IS SO ORDERED:

Dated:

_____
The Honorable Jeremy Fogel
United States District Court Judge