1  KAREN JOHNSON-MCKEWAN (STATE BAR NO. 121570)
   kjohnson-mckewan@orrick.com
2  NANCY E. HARRIS (STATE BAR NO. 197042)
   nharris@orrick.com
3  NIKKA N. RAPKIN (STATE BAR NO. 244207)
   nrapkin@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA 94105-2669
6  Telephone:   (415) 773-5700
   Facsimile:   (415) 773-5759
7
   Attorneys for Defendant
8  GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| JENNA GODDARD, on her own behalf and on behalf of all others similarly situated, | CASE NO. C 08-02738 (JF) |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING GOOGLE INC.'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL GOOGLE INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND AND THE DECLARATION OF MATTHEW HUDSON IN SUPPORT THEREOF |
| v. | |
| GOOGLE, INC., a Delaware corporation, | |
| Defendant. | |

OHS West:260497456.1

       Having considered Defendant Google, Inc.'s ("Google") Administrative Request for leave to file documents under seal, the Declaration of Nikka N. Rapkin in support thereof, and good cause appearing,

       THE COURT HEREBY ORDERS that the following documents be accepted for filing with this Court under seal:

       (1) The following portions of Google's Memorandum of Points and Authorities in Opposition to Plaintiff's Motion to Remand:  (1) Page 2, lines 7-8 beginning after " . . . in the accompanying declaration" and before "*See* Declaration of . . . ."; (2) Page 2, lines 12-15 beginning after ". . . Compl. ¶ 7" and before "Plaintiff makes clear . . . ."; Page 10, lines 10-16 beginning after ". . . 10-Q at 24)"; Page 12, lines 12-15 beginning after ". . . this conclusion" and before "This evidence, . . . ."; and

       (2) The complete Declaration of Matthew Hudson in support thereof.

**IT IS SO ORDERED.**

Dated: 9/5/08

_____
The Honorable Jeremy Fogel
United States District Court Judge

OHS West:260497456.1       - 1 -

[PROPOSED] ORDER GRANTING GOOGLE'S ADMINISTRATIVE
REQUEST TO FILE REMAND OPP. DOCS. UNDER SEAL
CASE NO. C 08-02738 (JF)