KAREN JOHNSON-MCKEWAN (SBN #121570)
KJOHNSON-MCKEWAN@ORRICK.COM
NANCY E. HARRIS (SBN # 197042)
NHARRIS@ORRICK.COM
NIKKA N. RAPKIN (SBN # 244207)
NRAPKIN@ORRICK.COM
ORRICK, HERRINGTON & SUTCLIFFE LLP
THE ORRICK BUILDING
405 HOWARD STREET
SAN FRANCISCO, CA 94105-2669
TELEPHONE: (415) 773-5700
FACSIMILE: (415) 773-5759

ATTORNEYS FOR DEFENDANT
GOOGLE INC.

ALAN HIMMELFARB (SBN 90480)
AHIMMELFARB@KAMBEREDELSON.COM
KAMBEREDELSON, LLC
2757 LEONIS BOULEVARD
LOS ANGELES, CA 90058
TELEPHONE: (323) 585-8696
FACSIMILE: (323) 585-6195

ATTORNEY FOR PLAINTIFF
JENNA GODDARD

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JENNA GODDARD, on her own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. C 08-02738 (JF)<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR AN ORDER EXTENDING TIME IN WHICH PLAINTIFF MAY REPLY IN SUPPORT OF HER MOTION TO REMAND AND TO CONTINUE HEARING DATE OF SEPTEMBER 19, 2008** |

[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR AN ORDER EXTENDING TIME FOR PLAINTIFF TO REPLY IN SUPPORT OF MOTION TO REMAND AND TO CONTINUE HEARING — CASE NO. C 08-02738 (JF)

Dockets.Justia.com

Having considered the parties stipulated request for an order extending the time, up to and including, September 26 2008, in which Plaintiff may reply in support of her motion to remand this action to the Superior Court of California, County of Santa Clara, and continuing the previously scheduled hearing date of September 19, 2008, to October 3, 2008, at 10:30 a.m., and good cause appearing,

THE COURT HEREBY ORDERS as follows:

1. The parties' stipulated request for an extension of time up to and including September 26, 2008, in which Plaintiff may reply in support of her motion to remand, is hereby granted;

2. Plaintiff is granted leave until September 26, 2008, to reply in support of her motion to remand this action to the Superior Court of California, Santa Clara County; and

3. The previously scheduled hearing date of September 19, 2008, at 10:30 a.m., is reset to October 3, 2008, at ~~10:30~~ 9:00 a.m.

IT IS SO ORDERED:

Dated: 9/8/08

_____
The Honorable Jeremy Fogel
United States District Court Judge