John P. Bovich (SBN 150688)
E-mail: JBovich@reedsmith.com
**Reed Smith LLP**
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111
Telephone: 415-543-8700
Facsimile: 415-391-8269

William H. Manning (*pro hac vice*)
E-mail: WHManning@rkmc.com
**Robins, Kaplan, Miller & Ciresi L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181

Attorneys for Advanced Micro Devices, Inc., et al.

Robert T. Haslam
E-mail: Robert.Haslam@hellerehrman.com
Michael K. Plimack
E-mail:Michael.Plimack@hellerehrman.com
**Heller Ehrman LLP**
275 Middlefield Road
Menlo Park, CA 94026-3506
Telephone: 650-324-7000
Facsimile: 650-324-0638

Attorneys for Samsung Electronics Co., Ltd., et al.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al, <br><br> Defendants. | No. CV-08-0986-SI <br><br> **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** <br><br> **[Civil L.R. 16-8, ADR L.R. 3-5]** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

1  The parties stipulate to participate in the following ADR process:

2      **Court Processes:**

3      __ Non-binding Arbitration (ADR L.R. 4)

4      __ Early Neutral Evaluation (ENE) (ADR L.R. 5)

5      __ Mediation (ADR L.R. 6)

6

7      **Private Process:**

8       X  Private ADR (*please identify process and provider*):  The parties have selected

9  mediation to be agreed upon by the parties.

10

11  The parties agree to hold the ADR session by:

12      ___  the presumptive deadline (*The deadline is 90 days from the date of the order

13  referring the case to an ADR process unless otherwise ordered.*)

14       X   other requested deadline:  at a time to be agreed upon by the parties with the

15  approval of the Court.

16

17  Dated: May 9, 2008.                      /s/  William H. Manning

18                                          William H. Manning
Attorney for Plaintiffs Advanced Micro Devices, Inc. and ATI Technologies, ULC

19

20

21  Dated: May 9, 2008.                      /s/  Robert T. Haslam
                                        Robert T. Haslam

22  Attorney for Defendants Samsung Electronics Co., Ltd.; Samsung Semiconductor, Inc.; Samsung Austin

23  Semiconductor, LLC; Samsung Electronics America, Inc.; Samsung Telecommunications America, LLC; Samsung Techwin Co.; and Samsung Opto-Electronics America, Inc.

24

25  *Plaintiffs' counsel attests that concurrence in the filing of this document has been obtained by the above-named signatory*

26

27

28

Case No. CV-08-0986-SI           - 2 -           STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

1 **[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

   \_\_\_ Non-binding Arbitration

   \_\_\_ Early Neutral Evaluation (ENE)

   \_\_\_ Mediation

   _X_ Private ADR

Deadline for ADR session

   \_\_ 90 days from the date of this order

   _X_ other: __at a time to be agreed upon by the parties with the approval of the Court.__

IT IS SO ORDERED.

Dated: _____ _____
                                                         Susan Illston
                                                         United States District Judge