| | |
|---|---|
| 1 | John P. Bovich (SBN 150688) |
| | E-mail: JBovich@reedsmith.com |
| 2 | **Reed Smith LLP** |
| | Two Embarcadero Center, Suite 2000 |
| 3 | San Francisco, CA 94111 |
| | Telephone: 415-543-8700 |
| 4 | Facsimile: 415-391-8269 |
| 5 | William H. Manning (*pro hac vice*) |
| | E-mail: WHManning@rkmc.com |
| 6 | **Robins, Kaplan, Miller & Ciresi L.L.P.** |
| | 2800 LaSalle Plaza |
| 7 | 800 LaSalle Avenue |
| | Minneapolis, MN 55402 |
| 8 | Telephone: 612-349-8500 |
| | Facsimile: 612-339-4181 |
| 9 | |
| 10 | Attorneys for Advanced Micro Devices, Inc., et al. |

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., | No. CV-08-0986-SI |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., et al, | |
| Defendants. | |

Case No. CV-08-0986-SI                                CERTIFICATE OF SERVICE

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am a member of the bar of this court. My business address is REED SMITH LLP, Two Embarcadero Center, Suite 2000, San Francisco, CA 94111-3922. On May 9, 2008, I served the following document(s) by the method indicated below:

1. STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS; AND

2. ADR CERTIFICATION BY PARTIES AND COUNSEL

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☒ by transmitting via email to the parties at the email addresses listed below:

Robert T. Haslam
robert.haslam@hellerehrman.com
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA 94025-3506
Tel: (650) 324-7073 / Fax: (650) 324-0638

Attorney for Defendants Samsung Electronics Co., Ltd.; Samsung Semiconductor, Inc.; Samsung Austin Semiconductor, LLC; Samsung Electronics America, Inc.; Samsung Telecommunications America, LLC; Samsung Techwin Co.; and Samsung Opto-Electronics America, Inc.

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on May 9, 2008, at San Francisco, California.

/s/ William R. Overend

Case No. CV-08-0986-SI         - 2 -         CERTIFICATE OF SERVICE