KAREN JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
NANCY E. HARRIS (SBN 197042)
nharris@orrick.com
NIKKA N. RAPKIN (SBN 244207)
nrapkin@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
THE ORRICK BUILDING
405 HOWARD STREET
SAN FRANCISCO, CA 94105-2669
TELEPHONE: (415) 773-5700
FACSIMILE: (415) 773-5759

ATTORNEYS FOR DEFENDANT
GOOGLE INC.

ALAN HIMMELFARB (SBN 90480)
ahimmelfarb@kamberedelson.com
KAMBEREDELSON, LLC
2757 LEONIS BOULEVARD
LOS ANGELES, CA 90058
TELEPHONE: (323) 585-8696
FACSIMILE: (323) 585-6195

ATTORNEY FOR PLAINTIFF
JENNA GODDARD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JENNA GODDARD, on her own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. C 08-02738 (JF)<br><br>**STIPULATED REQUEST FOR AN ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE SCHEDULED FOR 9-19-08 TO 10-3-08 AT 9:00 A.M.** |

STIPULATED REQUEST FOR AN ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE SCHEDULED FOR 9-19-08 TO 10-3-08 AT 9:00 A.M.

CASE NO. C 08-02738 (JF)

Dockets.Justia.com

The Parties in this action hereby stipulate and agree to the entry of an Order continuing the case management conference of September 19, 2008, to October 3, 2008, and in support of the requested relief, state as follows:

1. On April 30, 2008, Plaintiff filed a multi-count class action complaint against the Defendant in the Superior Court of California, County of Santa Clara, captioned *Jenna Goddard v. Google, Inc.,* Santa Clara Superior Court, Case no. 08-CV-111658.

2. On May 30, 2008, Defendant removed this action to this Honorable Court. On June 30, 2008, Plaintiff filed a motion to remand this action back to the Superior Court of Santa Clara. Thereafter, the parties stipulated to an extension of time for Defendant to respond to Plaintiff's motion to remand through August 29, 2008.

3. By Order dated July 7, 2008, the Court granted Defendant an extension of time to August 29, 2008, in which to respond to Plaintiff's motion to remand; set September 5, 2008, as the deadline for Plaintiff to reply in support of her motion; and set the motion down for hearing on September 19, 2008, at 10:30 a.m.

4. On August 29, 2008, Defendant timely served Plaintiff's counsel with its response in opposition to the motion to remand, along with several other related documents filed with the Court on that day.

5. On September 4, 2008, the parties filed a stipulated request for an Order extending the time, up to and including September 26, 2008, in which plaintiff may file a reply in support of her motion to remand and to reset the hearing of September 19, 2008, to October 3, 2008. (See "Stipulation dated September 4, 2008," a true and accurate copy of which is attached as Exhibit A).

7. By Order dated September 8, 2008, the Court granted the parties' stipulated request and extended the time, up to and including September 26, 2008, for Plaintiff to reply in support of her motion to remand, and reset the hearing of September 19, 2008, to October 3, 2008, at 9:00 a.m.

8. Although the hearing on Plaintiff's motion to remand has been reset to October 3,

2

STIPULATED REQUEST FOR AN ORDER CONTINUING THE CASE MANAGEMENT  CASE NO. C 08-02738 (JF)
CONFERENCE SCHEDULED FOR 9-19-08 TO 10-3-08 AT 9:00 A.M.

2008, at present, a case management conference is scheduled for September 19, 2008.

9. In light of the Court's September 8, 2008, Order continuing the hearing on Plaintiff's motion to remand, the parties request that the Court also continue the case management conference of September 19, 2008, to October 3, 2008, at 9:00 a.m.

WHEREFORE, the Parties respectfully request this Court enter an Order continuing the case management conference of September 19, 2008, to October 3, 2008, at 9:00 a.m., or any date thereafter as is convenient for the Court.

IT IS SO STIPULATED.

Dated: September 9, 2008                KAMBEREDELSON, LLC

/s/ Alan Himmelfarb
ALAN HIMMELFARB (SBN 90480)
AHIMMELFARB@KAMBEREDELSON.COM
KAMBEREDELSON, LLC
2757 LEONIS BOULEVARD
LOS ANGELES, CA 90058
TELEPHONE: (323) 585-8696
FACSIMILE: (323) 585-6195

ATTORNEY FOR PLAINTIFF
JENNA GODDARD

Dated: September 9, 2008                ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ Nikka N. Rapkin
NIKKA N. RAPKIN (SBN # 244207)
NRAPKIN@ORRICK.COM
ORRICK, HERRINGTON & SUTCLIFFE LLP
THE ORRICK BUILDING
405 HOWARD STREET
SAN FRANCISCO, CA 94105-2669
TELEPHONE: (415) 773-5700
FACSIMILE: (415) 773-5759

ATTORNEY FOR DEFENDANT
GOOGLE INC.