1 KAREN JOHNSON-MCKEWAN (SBN #121570)
kjohnson-mckewan@orrick.com
2 NANCY E. HARRIS (SBN # 197042)
nharris@orrick.com     **E-Filed 9/11/08**
3 NIKKA N. RAPKIN (SBN # 244207)
nrapkin@orrick.com
4 ORRICK, HERRINGTON & SUTCLIFFE LLP
THE ORRICK BUILDING
5 405 HOWARD STREET
SAN FRANCISCO, CA 94105-2669
6 TELEPHONE: (415) 773-5700
FACSIMILE: (415) 773-5759

7 ATTORNEYS FOR DEFENDANT
8 GOOGLE INC.

9 ALAN HIMMELFARB (SBN 90480)
ahimmelfarb@kamberedelson.com
10 KAMBEREDELSON, LLC
2757 LEONIS BOULEVARD
11 LOS ANGELES, CA 90058
TELEPHONE: (323) 585-8696
12 FACSIMILE: (323) 585-6195

13 ATTORNEY FOR PLAINTIFF
JENNA GODDARD

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JENNA GODDARD, on her own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. C 08-02738 (JF)<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR AN ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE OF 9-19-08 TO 10-3-08 AT 9:00 A.M.** |

[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR AN ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE SCHEDULED FOR 9-19-08 TO 10-3-08 AT 9:00 A.M.     CASE NO. C 08-02738 (JF)

Dockets.Justia.com

Having considered the parties stipulated request for an Order continuing the case management conference of September 19, 2008, to October 3, 2008, at 9:00 a.m., and good cause appearing,

THE COURT HEREBY ORDERS as follows:

1. The parties' stipulated request to continue the case management conference of September 19, 2008, to October 3, 2008, at 9:00 a.m., is hereby granted;

2. The previously scheduled case management conference of September 19, 2008, at 10:30 a.m., is reset to October 3, 2008, at 9:00 a.m.

IT IS SO ORDERED:

Dated: 9/11/08

_____
The Honorable Jeremy Fogel
United States District Court Judge