# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Jenna Goddard, individually and on behalf of
a class of similarly situated individuals

           Plaintiff(s),

           v.

Google, Inc., a Delaware Corporation

           Defendant(s).

CASE NO. 5:08-cv-02738 (JF)

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓     have not yet reached an agreement to an ADR process
      request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference October 3, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Myles McGuire | Jenna Goddard | (312) 589-6372 | mmcguire@kamberedelson.com |
| Nancy E. Harris | Google, Inc. | (415) 773-5618 | nharris@orrick.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 9/18/08

                                              Attorney for Plaintiff

Dated: 09/08/2008

                                              Attorney for Defendant

Rev 12.05