FILED

2008 OCT -3 A 11: 12

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Alan Himmelfarb (Cal. Bar. No. 90480)
KAMBEREDELSON LLC
2757 Leonis Blvd.
Los Angeles, CA 90058
(323) 585-8696
ahimmelfarb@kamberedelson.com

Ethan Preston
KAMBEREDELSON LLC
350 North LaSalle Ave., Suite 1300
Chicago, IL 60654
(312) 589-6370
epreston@kamberedelson.com

*Attorneys for John Lofton*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

JENNA GOODARD, an individual, on his own behalf and on behalf of all others similarly situated,

Plaintiff

v.

GOOGLE, INC. a Delaware corporation,

Defendants.

No. 08-02738 (JF)

Judge Jeremy Fogel

**APPLICATION OF ADMISSION *PRO HAC VICE* FOR ETHAN PRESTON**

Application of Admission *Pro Hac Vice* for Ethan Preston

No. 07 C 05892 (SI)

Pursuant to Civil L.R. 11-3, Ethan Preston, an active member in good standing of the bar of the Supreme Court of Illinois, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiff Jenna Goodard in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;
2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,
3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

   Alan Himmelfarb
   KAMBEREDELSON LLC
   2757 Leonis Blvd.
   Los Angeles, CA 90058
   (323) 585-869626

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 1, 2008

_____
Ethan Preston

DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611004008
Cashier ID: harwellt
Transaction Date: 10/03/2008
Payer Name: Kamberedelson LLC
------------------------------------
PRO HAC VICE
 For: Ethan Preston
 Case/Party: D-CAN-5-08-AT-PROHAC-001
 Amount:       $210.00
------------------------------------
CHECK
 Check/Money Order Num: 1099
 Amt Tendered:  $210.00
------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

Case # 08-2738-JF


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.