RECEIVED
2008 OCT -3 AM 11: 12
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

1 | Alan Himmelfarb (Cal. Bar. No. 90480)
2 | KAMBEREDELSON LLC
  | 2757 Leonis Blvd.
3 | Los Angeles, CA 90058
  | (323) 585-8696
4 | ahimmelfarb@kamberedelson.com

5 | Ethan Preston
  | KAMBEREDELSON LLC
6 | 350 North LaSalle Ave., Suite 1300
  | Chicago, IL 60654
7 | (312) 589-6370
  | epreston@kamberedelson.com

8 | *Attorneys for John Lofton*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| JENNA GOODARD, an individual, on his own behalf and on behalf of all others similarly situated, | No. 08-02738 (JF) |
| | Judge Jeremy Fogel |
| Plaintiff | **[PROPOSED] ORDER ON ETHAN PRESTON'S APPLICATION OF ADMISSION *PRO HAC VICE*** |
| v. | |
| GOOGLE, INC. a Delaware corporation, | |
| Defendants. | |

[Proposed] Order on Application for Admission *Pro Hac Vice*     No. 08-02738 (JF)

Ethan Preston, an active member in good standing of the bar of the Supreme Court of Illinois, whose business address and telephone number is

KAMBEREDELSON LLC
350 North LaSalle Ave., Suite 1300
Chicago, IL 60654
(312) 589-6370

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff Jenna Goodard,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

Dated:

                              Hon. Jeremy Fogel
                              United States District Court Judge