UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5™ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing,  October 3, 2008
**Case Number:** CV-08-2738-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter: Summer Clanton**

| TITLE: | JENNA GODDARD   V.  GOOGLE, INC. | |
|---|---|---|
|  | **PLAINTIFF** | **DEFENDANT** |
| | Attorneys Present: Ethan Preston | Attorneys Present:  Karen Johnson-McKewan |

PROCEEDINGS:

   Hearing on Motion to Remand held.  Parties are present.  The motion is taken under submission.   The case is continued to 10/31/08 at 10:30 a.m. for further case management conference.