| | |
|---|---|
| 1 | Alan Himmelfarb (Cal. Bar. No. 90480) |
| | KAMBEREDELSON LLC |
| 2 | 2757 Leonis Blvd. |
| | Los Angeles, CA 90058 |
| 3 | (323) 585-8696 |
| | ahimmelfarb@kamberedelson.com |
| 4 | |
| | Ethan Preston |
| 5 | KAMBEREDELSON LLC |
| | 350 North LaSalle Ave., Suite 1300 |
| 6 | Chicago, IL 60654 |
| | (312) 589-6370 |
| 7 | epreston@kamberedelson.com |

*Attorneys for John Lofton*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JENNA GOODARD, an individual, on his own behalf and on behalf of all others similarly situated, | No. 08-02738 (JF) |
| | Judge Jeremy Fogel |
| Plaintiff | [PROPOSED] ORDER ON ETHAN PRESTON'S APPLICATION OF ADMISSION *PRO HAC VICE* |
| v. | |
| GOOGLE, INC. a Delaware corporation, | |
| Defendants. | |

[Proposed] Order on Application
for Admission *Pro Hac Vice*

No. 08-02738 (JF)

Ethan Preston, an active member in good standing of the bar of the Supreme Court of Illinois, whose business address and telephone number is

    KAMBEREDELSON LLC
    350 North LaSalle Ave., Suite 1300
    Chicago, IL 60654
    (312) 589-6370

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff Jenna Goodard,

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

Dated: 10/7/08

_____
Hon. Jeremy Fogel
United States District Court Judge

[Proposed] Order on Application for Admission *Pro Hac Vice*

No. 08-02738 (JF)