1  Alan Himmelfarb (Cal. Bar. No. 90480)
   KAMBEREDELSON LLC
2  2757 Leonis Blvd.
   Los Angeles, CA 90058
3  (323) 585-8696
   ahimmelfarb@kamberedelson.com
4
   Jay Edelson
5  Myles McGuire
   Ethan Preston (*pro hac vice*)
6  KAMBEREDELSON LLC
   350 North LaSalle
7  Suite 1300
   Chicago, IL 60654
8  jedelson@kamberedelson.com
   mmcguire@kamberedelson.com
9  epreston@kamberedelson.com

10 *Counsel for Plaintiff Jenna Goddard*

11              **IN THE UNITED STATES DISTRICT COURT**
            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
12                      **SAN JOSE DIVISION**

13 JENNA GODDARD, an individual, on her own        No. 08-02738 (JF)
   behalf and on behalf of all others similarly
14 situated,                                        Judge Jeremy Fogel

15                      Plaintiff                    **NOTICE OF CHANGE OF
                                                    ADDRESS**
16          v.

17 GOOGLE, INC., a Delaware corporation,

18                      Defendant.

19

20

21

22

23

24

25

26

27

28

Dockets.Justia.com

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTE THAT**, effective immediately, the Chicago office of KamberEdelson, LLC has changed its address. The new address is:

KAMBEREDELSON LLC
350 North LaSalle, Suite 1300
Chicago, IL 60654

Please use the new address in all correspondence and other documents.

Dated: October 16, 2008

By: s/Ethan Preston

Jay Edelson
Myles McGuire
Ethan Preston
KAMBEREDELSON LLC
350 North LaSalle
Suite 1300
Chicago, IL 60654

*Counsel for Plaintiff Jenna Goddard*