# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

***E-FILED***

## AMENDED CIVIL MINUTES

**Judge:** Jeremy Fogel  
**Date:** October 31, 2008  
**Case No.:** C-08-02738 JF (PVT)  
**Related Case No.:** N/A  

**Courtroom Deputy:** Elizabeth Garcia  
**Court Reporter:** Summer Clanton  
**Interpreter:** N/A  

## TITLE

**Jenna Goddard v. Google Inc**

**Attorney(s) for Plaintiff(s)**: No Appearance made  
**Attorney(s) for Defendant(s)**: Nancy Harris  

## PROCEEDINGS

**Further Case Management Conference**

## ORDER AFTER HEARING

Hearing Held.  Defense counsel anticipates filing a Motion to Dismiss to be heard on December 5, 2008 at 9:00 AM.  The Court set a Further Case Management Conference to follow the Motion to Dismiss hearing for December 5, 2008 at 10:30 AM.  Counsel should file the motion to dismiss in accordance to the local rules of the Court.

Elizabeth C. Garcia  
Courtroom Deputy  
Original: **E-Filed**  
CC: