KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
NANCY E. HARRIS (SBN 197042)
nharris@orrick.com
NIKKA N. RAPKIN (SBN 244207)
nrapkin@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: 415-773-5700
Facsimile: 415-773-5759

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JENNA GODDARD, on her own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. C 08-02738 (JF)<br><br>**[PROPOSED] ORDER GRANTING GOOGLE, INC.'S MOTION TO DISMISS**<br><br>Date: December 5, 2008<br>Time: 9:00 a.m.<br><br>Judge: The Honorable Jeremy Fogel<br>Date Action Filed: May 30, 2008<br>No Trial Date Set |

| | |
|---|---|
| 1 | THIS MATTER having come before the Court upon a motion to dismiss by Defendant |
| 2 | Google Inc. pursuant to Federal Rule of Civil Procedure 12(b)(6); and having come on regularly |
| 3 | for hearing on Friday, December 5, 2008, at 9:00 a.m. in Courtroom 3 before the Honorable |
| 4 | Jeremy Fogel; all parties having been represented by Counsel; and the Court having heard the |
| 5 | arguments of all parties and having considered all documents filed in support of and in opposition |
| 6 | to said motion, and good cause appearing therefore, |
| 7 | IT IS HEREBY ORDERED THAT Defendant Google Inc.'s Motion to Dismiss the |
| 8 | above-captioned action for failure to state a claim pursuant to Federal Rule of Civil Procedure |
| 9 | 12(b)(6) is GRANTED. |
| 11 | IT IS SO ORDERED. |
| 13 | Dated: December _____, 2008 |
| 14 | THE HONORABLE JUDGE FOGEL |