UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, December 5, 2008
**Case Number:** CV-08-2738-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter: Summer Clanton**

**TITLE:**          **JENNA GODDARD   V.   GOOGLE, INC.**

                **PLAINTIFF**                            **DEFENDANT**

**Attorneys Present: Ethan Preston**     **Attorneys Present:  Karen Johnson-McKewan**
                                                                              Nancy Harris

PROCEEDINGS:
     Hearing on Motion to Dismiss held.  Parties are present.  The motion is taken under submission.   The case management conference is not held..