Clerk's Use Only

Initial for fee pd.:

Michael McMorrow
Kamber Edelson, LLC
350 N. LaSalle Ste. 1300
Chicago, IL 60654
312-589-6379

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

FILED
2009 MAR -9 P 3:31

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Jenna Goddard, individually and on behalf of a class of others similarly situated

           Plaintiff(s),

v.

Google, Inc., a Delaware Corporation

           Defendant(s).

CASE NO. 5:08-cv-02738-JF

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Michael McMorrow, an active member in good standing of the bar of the State of Illinois Supreme Court, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff Jenna Goddard in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Alan Himmelfarb, 2757 Leonis Blvd., Vernon, CA 90058
323-586-8696

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3/6/09

```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611004856
Cashier ID: harwellt
Transaction Date: 03/09/2009
Payer Name: Kamberedelson LLC
------------------------------------
PRO HAC VICE
 For: Kamberedelson LLC
 Case/Party: D-CAN-5-09-AT-PROHAC-001
 Amount:        $210.00
------------------------------------
CHECK
 Check/Money Order Num: 1208
 Amt Tendered: $210.00
------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

Case # 08-cv-02738-JF


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```