RECEIVED
2009 MAR -9 PM 3:37
RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.J.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Jenna Goddard, individually, and on behalf of a class of others similarly situated

CASE NO. 5:08-cv-02738-JF

Plaintiff,

v.

Google, Inc., a Delaware Corporation

Defendant.

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Michael McMorrow
350 N. LaSalle Ste. 1300
Chicago, IL 60654
312-589-6379

, whose business address and telephone number is

and who is an active member in good standing of the bar of State of Illinois Supreme Court having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiff Jenna Goddard

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

Jeremy Fogel
United States District Judge