RECEIVED
2009 MAR -9 PM 3: 37
RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.J.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jenna Goddard, individually, and on behalf of a class of others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>Google, Inc., a Delaware Corporation<br><br>Defendant._____/ | CASE NO. 5:08-cv-02738-JF<br><br>**(Proposed)**<br>**ORDER GRANTING APPLICATION**<br>**FOR ADMISSION OF ATTORNEY**<br>***PRO HAC VICE*** |

Michael McMorrow
350 N. LaSalle Ste. 1300
Chicago, IL 60654
312-589-6379

, whose business address and telephone number is

and who is an active member in good standing of the bar of State of Illinois Supreme Court having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiff Jenna Goddard

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 3/12/09

Jeremy Fogel
United States District Judge