Ethan Preston (*pro hac vice*)
1738 West Wabansia
Chicago, IL 60622
(773) 817-0346
ep@eplaw.us

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| JENNA GODDARD, an individual, on her own behalf and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>GOOGLE, INC., a Delaware corporation,<br><br>Defendant. | No. 08-02738 (JF)<br><br>Judge Jeremy Fogel<br><br>**NOTICE OF DISASSOCIATION; NOTICE OF CHANGE OF ADDRESS** |

## NOTICE OF DISASSOCIATION

NOTICE IS HEREBY GIVEN that Ethan Preston is disassociating from the other counsel representing Plaintiff Jenna Goddard in this case. Plaintiff remains represented by KamberEdelson, LLC, and will receive notice of the disassociation through them, if she has not already received notice of the disassociation. Pursuant to a March 17, 2009 conference between Ethan Preston and the Court's staff, this disassociation does not require a formal motion and hearing.

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTE THAT Ethan Preston has changed his address and other contact information. The new contact information is below:

    1738 West Wabansia
    Chicago, IL 60622
    (773) 817-0346
    ep@eplaw.us

Please use the new address in all correspondence and other documents.

Dated: March 17, 2009

By:   s/Ethan Preston

Ethan Preston
1738 West Wabansia
Chicago, IL 60622
(773) 817-0346
ep@eplaw.us