Ethan Preston (*pro hac vice*)
1738 West Wabansia
Chicago, IL 60622
(773) 817-0346
ep@eplaw.us

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| JENNA GODDARD, an individual, on her own behalf and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>GOOGLE, INC., a Delaware corporation,<br><br>Defendant. | No. 08-02738 (JF)<br><br>Judge Jeremy Fogel<br><br>**NOTICE OF MOTION; MOTION TO WITHDRAW AS ATTORNEY; NOTICE OF LODGING PROPOSED ORDER GRANTING MOTION TO WITHDRAW** |

## NOTICE OF MOTION

NOTICE IS HEREBY GIVEN that Movant Ethan Preston will move the Court, pursuant to Local Rule 11-5, to withdraw as attorney in the above-captioned case on May 1, 2009, at 9:00 a.m., or as soon thereafter as counsel may be heard by the above-entitled Court, located at 280 South 1st Street, San Jose, California 95113, in Courtroom 3, 5th Floor, before the Honorable Jeremy Fogel.

## MOTION TO WITHDRAW AS ATTORNEY

Pursuant to Local Rule 11-5, Ethan Preston ("Movant") hereby notifies the parties and the Court of his intent to withdraw as attorney of record for Plaintiff Jenna Goddard, and moves the Court to permit this withdrawal. Movant states the following grounds for this notice and motion:

1. Movant appeared *pro hac vice* in this matter by the Court's order dated October 10, 2008.

2. Movant represented Jenna Goddard as part of his employment at KamberEdelson, LLC. Movant is no longer an employee of KamberEdelson, LLC. KamberEdelson, LLC, continues to represent Plaintiff Joel Griffiths. Michael McMorrow and Alan Himmelfarb have entered appearances in this action and are actively involved in this matter. Ms. Goddard continues to receive notice of these proceedings (including this Motion) through service on KamberEdelson, LLC.

3. Movant's withdrawal will not cause any prejudice or delay in this case. There is no pending deadline for any party in this case. All parties have counsel active in their representation, who will not require any additional time to review this case.

4. Movant conferenced with the Court's staff on March 17, 2009 and learned that the Court would have accepted a notice of disassociation *in lieu* of the present Motion. Movant filed a notice of disassociation on March 17, 2009. Despite this conference, Plaintiff's remaining counsel have sought for Movant to file a formal motion to withdraw.

5. Given the insubstantial nature of this Motion and the burden for all parties of traveling to the Court and attending a hearing on this Motion, Movant respectfully requests that the Court waive oral argument on this Motion.

**THEREFORE,** Movant Ethan Preston respectfully requests the Court waive oral argument on this motion, and moves the Court for leave to withdraw as an attorney in the above-captioned matter, and for an order stating that Movant has so withdrawn as an attorney in the above-captioned matter.

## NOTICE OF LODGING PROPOSED ORDER

Pursuant to General Order No. 45(VIII), Movant lodged with the Court the order below by emailing a Microsoft Word version of the order below to "JFpo@cand.uscourts.gov." See U.S. District Court for the Northern District of California, How do I...? / Where do I...?, at https://ecf.cand.uscourts.gov/cand/faq/how_do_i/how_do_i.htm (last updated Jun. 6, 2007).

Dated: March 18, 2009

By:   s/Ethan Preston

    Ethan Preston
    1738 West Wabansia
    Chicago, IL 60622
    (773) 817-0346
    ep@eplaw.us

Ethan Preston (*pro hac vice*)
1738 West Wabansia
Chicago, IL 60622
(773) 817-0346
ep@eplaw.us

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| JENNA GODDARD, an individual, on her own behalf and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>GOOGLE, INC., a Delaware corporation,<br><br>Defendant. | No. 08-02738 (JF)<br><br>Judge Jeremy Fogel<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW** |

Ethan Preston's Motion to Withdraw came on for hearing before this Court, and all parties being represented by counsel. The Court having reviewed the Motion, and after consideration of all papers filed by the parties, and all other matters presented to the Court, the Court finds that it should grant the Motion. IT IS HEREBY ORDERED THAT Movant Ethan Preston's request for waiver of oral argument is GRANTED, the Motion for Leave to Withdraw is GRANTED, and Movant is terminated as counsel in this proceeding by this Order.

Dated:

                                                                                 _____
                                                                                 Hon. Jeremy Fogel
                                                                                 United States District Judge