# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

## CIVIL MINUTES

**Court Proceedings:** Law and Motion Hearing, April 3, 2009
**Case Number:** CV-08-2738-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | JENNA GODDARD | V. | GOOGLE, INC. |
|---|---|---|---|
| | **PLAINTIFF** | | **DEFENDANT** |
| | Attorneys Present: Michael McMorrow | | Attorneys Present: Karen Johnson-McKewan |

PROCEEDINGS:

    Hearing on Motion to Dismiss held. Parties are present. The motion is taken under submission.