Alan Himmelfarb
KAMBEREDELSON LLC
2757 Leonis Blvd.
Los Angeles, CA 90058
(323) 585-8696
ahimmelfarb@kamberedelson.com

Michael J. McMorrow (*Pro Hac Vice*)
KAMBEREDELSON LLC
350 North LaSalle, Ste 1300
Chicago, Illinois 60654
(312) 589-6370
mjmcmorrow@kamberedelson.com

COUNSEL FOR PLAINTIFF

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JENNA GODDARD, on her own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. C 08-2738 JF (PVT)<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY IN SUPPORT OF HER OPPOSITION TO GOOGLE'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br>Date: June 19, 2009<br>Time: 9:00 a.m.<br>Judge: The Hon. Jeremy Fogel |

| | |
|---|---|
| 1 | **NOTICE OF MOTION AND MOTION** |
| 2 | TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: |
| 3 | PLEASE TAKE NOTICE that on June 19, 2009 at 9:00 a.m. or as soon thereafter as the |
| 4 | matter may be heard, in the courtroom of the Honorable Jeremy Fogel, United States District |
| 5 | Court, 280 S. First Street, San Jose, CA 95113, Plaintiff will move the court for leave pursuant |
| 6 | to Local Civil Rule 7-3(d) to file supplemental authority in support of her Opposition to Google |
| 7 | Inc.'s Motion to Dismiss the First Amended Complaint. This motion is based on the Notice of |
| 8 | Motion and Motion, all pleadings on file in this action, oral argument of counsel, and any other |
| 9 | matter that may be submitted at the hearing. |
| 10 | 1. On January 16, 2009, Plaintiff filed her Amended Class Action Complaint |
| 11 | against Defendant Google Inc., alleging violations of Cal. Bus. & Prof. Code § 17200, Breach |
| 12 | of Contract, Negligence, and Aiding & Abetting. (Dkt. 49.) |
| 13 | 2. On February 5, 2009, Defendant Google Inc., filed a Motion to Dismiss the |
| 14 | Amended Complaint arguing, *inter alia*, that Plaintiff's state law claims are barred by Section |
| 15 | 230 of the Communications Decency Act, 47 U.S.C. § 230 and that Plaintiff has not properly |
| 16 | pleaded a claim for Breach of Contract. (*See* Dkt. 50.) |
| 17 | 3. Google's Motion to Dismiss the Amended Complaint was fully briefed and the |
| 18 | Court heard oral argument on April 3, 2009. (*See* Dkt. 53, 57, and 58.) Upon conclusion of |
| 19 | oral argument, Google's Motion to Dismiss the Amended Complaint was taken under |
| 20 | submission. (Dkt. 58.) |
| 21 | 4. At the time of filing, the Court has not issued a ruling on the Motion to Dismiss |
| 22 | the Amended Complaint. |
| 23 | 5. Local Civil Rule 7-3(d) provides that "once a reply is filed, no additional |
| 24 | memoranda, papers or letters may be filed without prior Court approval." |
| 25 | 6. On May 7, 2009, the United States Court of Appeals for the Ninth Circuit issued |
| 26 | its Opinion in *Barnes v. Yahoo!, Inc.*, No. 05-36189, 2009 WL 1232367 (9th Cir. May 7, 2009). |
| 27 | In its decision, the Court addresses two topics that are at issue in the present litigation: (1) that |
| 28 | Section 230 provides only an affirmative defense and cannot be the basis for dismissal under |

1 | Fed. R. Civ. P 12(b)(6); and (2) that a Defendant's own promissory conduct altering the
2 | baseline immunity established by Section 230 may be sufficient to impose liability on a
3 | contractual theory of liability. *Barnes*, 2009 WL 1232367, at *2, 11. Plaintiff believes that the
4 | *Barnes* decision prevents the Court from dismissing Plaintiff's claim pursuant to Section 230, as
5 | argued by Defendant, and that the decision provides an additional basis for the denial of
6 | Defendant's motion as to Count II of the Amended Complaint (Breach of Contract).

7 |     WHEREFORE, Plaintiff respectfully requests the Court grant her leave to file a short
8 | memorandum, not to exceed 5 pages, addressing the effect of the *Barnes* decision on the present
9 | motion to dismiss, or for such other relief as this Court deems reasonable and just.

Dated: May 15, 2009

By: /s/ Alan Himmelfarb

    Alan Himmelfarb
    KAMBEREDELSON LLC
    2757 Leonis Boulevard
    Los Angeles, California 90058
    (323) 585-8696
    ahimmelfarb@kamberedelson.com

    Michael McMorrow (*Pro Hac Vice*)
    KAMBEREDELSON LLC
    350 North LaSalle, Ste 1300
    Chicago, Illinois 60654
    (312) 589-6370
    mjmcmorrow@kamberedelson.com