**E-Filed 5/18/09**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JENNA GODDARD, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>   v.<br><br>GOOGLE, INC., a Delaware corporation,<br><br>            Defendant. | Case Number C 08-2738 JF (PVT)<br><br>**ORDER[1] GRANTING MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING**<br><br>RE: Docket No. 60. |

Plaintiff Jenna Goddard ("Plaintiff") has filed a motion for leave to file supplemental opposition to Defendants' earlier-argued and -submitted motion to dismiss in light of the Ninth Circuit's recent decision in *Barnes v. Yahoo!*, __ F.3d __, 2009 WL 1232367 (9th Cir. May 7, 2009), which interprets § 230 of the Communications Decency Act. In particular, Plaintiff wishes to address the Ninth Circuit's holdings that (1) § 230 provides an affirmative defense and may not serve as the basis for dismissal pursuant to Rule 12(b)(6), and (2) certain promissory conduct by a defendant may remove it from the scope of immunity provided by § 230.

---

[1] This disposition is not designated for publication in the official reports.

Case No. C 08-2738 JF (PVT)
ORDER GRANTING MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING
(JFLC3)

The Court has read *Barnes* and finds that supplemental briefing would be useful. While Plaintiff's breach of contract claim–which is predicated not on any "clear and well defined [promise] . . . that could serve as an offer . . . or . . . otherwise . . . give rise to a traditional contract supported by consideration," but on a "general [content] policy. . . on the part of [the] interactive computer service," *id*. at 9-10–bears little or no resemblance to the promissory estoppel claim at issue in *Barnes* and in fact appears to be foreclosed as a matter of law by the CDA as interpreted by the court in *Barnes*, there is a legitimate question as to whether Google now must assert CDA immunity as an affirmative defense through a responsive pleading. Goddard may file a five-page supplemental opposition brief addressing either issue not later than Friday, May 29, 2009. Google may file a five-page supplemental reply brief not later than Friday, June 12, 2009.

**IT IS SO ORDERED.**

DATED: 5/18/09

_____
JEREMY FOGEL
United States District Judge

This Order has been served electronically upon the following persons:

| | |
|---|---|
| Alan Himmelfarb | Consumerlaw1@earthlink.net |
| Ethan Mark Preston | epreston@kamberedelson.com |
| Karen Johnson-McKewan | kjohnson-mckewan@orrick.com |
| Nancy E. Harris | nharris@orrick.com |
| Nikka Noel Rapkin | nrapkin@orrick.com |

This Order has NOT been served by other means upon the following persons:

Kikka N. Rapkin
Orrick Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669