UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ADVANCED MICRO DEVICES, INC.,,
et al.
        Plaintiff(s),

v.

SAMSUNG ELECTRONICS CO., LTD.,
et al.
        Defendant(s).
_____/

Case No. 3:08-cv-986-SI

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 7/10/08

[Party]
Samsung Opto-Electronics
America, Inc.

Dated: 07/16/2008

/s/ Robert T. Haslam, Esq.
[Counsel]
Robert T. Haslam