1  ROBERT T. HASLAM (Bar No. 71134)
   Robert.Haslam@hellerehrman.com
2  MICHAEL K. PLIMACK (Bar No. 133869)
   Michael.Plimack@hellerehrman.com
3  CHRISTINE SAUNDERS HASKETT (Bar No. 188053)
4  Christine.Haskett@Hellerehrman.com
   HELLER EHRMAN LLP
5  333 Bush Street
   San Francisco, California 94104
6  Telephone: (415) 772-6000
7  Facsimile: (415) 772-6268

8  ALAN H. BLANKENHEIMER (Bar No. 218713)
   Alan.Blankenheimer@hellerehrman.com
9  LAURA UNDERWOOD-MUSCHAMP (Bar No. 228717)
   Laura.Underwood-Muschamp@hellerehrman.com
10 JO DALE CAROTHERS (Bar No. 228703)
11 JoDale.Carothers@hellerehrman.com
   HELLER EHRMAN LLP
12 4350 La Jolla Village Drive, 7th Floor
   San Diego, CA 92122-1246
13 Telephone: (858) 450-8400
   Facsimile: (850) 450-8499
14

15 Attorneys for Defendants and Counterclaimants SAMSUNG ELECTRONICS CO., LTD.,
   SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, LLC,
16 SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS
   AMERICA, LLC, SAMSUNG TECHWIN CO., LTD., and SAMSUNG OPTO-ELECTRONICS
17 AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., <br><br> Plaintiffs and Counterdefendants, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendants and Counterclaimants. | CASE NO. 3:08-CV-0986-SI <br><br> **SAMSUNG TECHWIN CO., LTD'S DISCLOSURE PURSUANT TO FRCP 7.1 AND CIVIL LOCAL RULE 3-16** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant and Counterclaimant Samsung Techwin Co., Ltd. ("STW") states that STW is publicly traded on the Korea Exchange, and that Defendant and Counterclaimant Samsung Electronics Company, Ltd. owns ten (10) percent or more of its stock.

Pursuant to Civil Local Rule 3-16, STW states that it knows of no person, firm, partnership, corporation, or other entity other than the parties who has (i) a financial interest (of any kind) in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of this proceeding.

DATED: July 16, 2008  HELLER EHRMAN LLP

*/s/Robert T. Haslam*
ROBERT T. HASLAM
Attorneys for Defendant and Counterclaimant
SAMSUNG TECHWIN CO., LTD.