\*\*E-Filed 8/11/09\*\*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JENNA GODDARD, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>GOOGLE, INC., a Delaware corporation,<br><br>        Defendant. | Case Number C 08-2738 JF (PVT)<br><br>**JUDGMENT** |

    Defendant's motion to dismiss having been granted without leave to amend, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff shall take nothing and that the action be dismissed on the merits.

DATED: 8/11/09

_____
JEREMY FOGEL
United States District Judge

Case No. C 08-2738 JF (PVT)
JUDGMENT
(JFLC3)

1  This Order has been served electronically upon the following persons:

2  Alan Himmelfarb Consumerlaw1@earthlink.net

3  Karen Johnson-McKewan kjohnson-mckewan@orrick.com, cfleetwood@orrick.com,

4  gjohnson@orrick.com

5  Nancy E. Harris nharris@orrick.com, vsweet@orrick.com

6  Nikka Noel Rapkin nrapkin@orrick.com, jknight@orrick.com

7  This Order has NOT been served upon the following persons:

8  Kikka N Rapkin
   Orrick Herrington & Sutcliffe LLP
9  The Orrick Building
   405 Howard Street
10 San Francisco, CA 94105-2669

11 Michael McMorrow
   350 N. LaSalle Ste. 1300
12 Chicago, IL 60654

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No. C 08-2738 JF (PVT)
JUDGMENT
(JFLC3)