ROBERT T. HASLAM (Bar No. 71134)
Robert.Haslam@hellerehrman.com
MICHAEL K. PLIMACK (Bar No. 133869)
Michael.Plimack@hellerehrman.com
CHRISTINE SAUNDERS HASKETT (Bar No. 188053)
Christine.Haskett@Hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

ALAN H. BLANKENHEIMER (Bar No. 218713)
Alan.Blankenheimer@hellerehrman.com
LAURA UNDERWOOD-MUSCHAMP (Bar No. 228717)
Laura.Underwood-Muschamp@hellerehrman.com
JO DALE CAROTHERS (Bar No. 228703)
JoDale.Carothers@hellerehrman.com
HELLER EHRMAN LLP
4350 La Jolla Village Drive, 7th Floor
San Diego, CA 92122-1246
Telephone: (858) 450-8400
Facsimile: (850) 450-8499

Attorneys for Defendants and Counterclaimants SAMSUNG ELECTRONICS CO., LTD., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, LLC, SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, SAMSUNG TECHWIN CO., LTD., and SAMSUNG OPTO-ELECTRONICS AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., <br><br> Plaintiffs and Counterdefendants, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendants and Counterclaimants. | CASE NO. 3:08-CV-0986-SI <br><br> **SAMSUNG TECHWIN CO., LTD. AND SAMSUNG OPTO-ELECTRONICS AMERICA, INC'S NOTICE OF JOINDER TO JOINT STIPULATED PROTECTIVE ORDER** |

Heller Ehrman LLP

NOTICE OF JOINDER TO STIPULATION RE PROTECTIVE ORDER
CASE NO.: 3:08-CV-0986-SI

Defendants and Counterclaimants Samsung Techwin Co., Ltd. ("STW") and Samsung Opto-Electronics America, Inc. ("SOA") respectfully give notice that they join in the Joint Stipulated Protective Order, issued by the Court on June 19, 2008 (Dkt. No. 60). STW and SOA agree to be bound by the terms of the Protective Order.

DATED: July 16, 2008  HELLER EHRMAN LLP

*/s/Robert T. Haslam*
ROBERT T. HASLAM
Attorneys for Defendants and Counterclaimants

**IT IS SO ORDERED.**

DATED:

---

Honorable Susan Illston
United States District Judge