John P. Bovich (SBN 150688)
E-Mail: JBovich@reedsmith.com
**Reed Smith LLP**
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111
Telephone: 415-543-8700
Facsimile: 415-391-8269

William H. Manning (*pro hac vice*)
E-mail: WHManning@rkmc.com
Brad P. Engdahl (*pro hac vice*)
E-mail: BPEngdahl@rkmc.com
Cole M. Fauver (*pro hac vice* appl. pending)
E-mail: CMFauver@rkmc.com
**Robins, Kaplan, Miller & Ciresi L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Telephone: 612-349-8500
Facsimile: 612-339-4181

Attorneys for Plaintiffs and Counterclaim-Defendants Advanced Micro Devices, Inc. and ATI Technologies, ULC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, LLC, SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, SAMSUNG TECHWIN CO., LTD., and SAMSUNG OPTO-ELECTRONICS AMERICA, INC.,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>(1) ADVANCED MICRO DEVICES, INC., and<br>(2) ATI TECHNOLOGIES, ULC,<br><br>Counterclaim-Defendants. | Case No. CV-08-0986-SI<br><br>**COUNTERCLAIM-DEFENDANTS' REPLY TO THE COUNTERCLAIMS OF SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, LLC, SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, SAMSUNG TECHWIN CO., LTD., AND SAMSUNG OPTO-ELECTRONICS AMERICA, INC.**<br><br>**[DEMAND FOR JURY TRIAL]** |

Case No. CV-08-0986-SI

REPLY TO COLLECTIVE COUNTERCLAIMS

Counterclaim-Defendants Advanced Micro Devices, Inc. ("AMD") and ATI Technologies, ULC ("ATI") (collectively, "Counterclaim-Defendants"), by and through their counsel, reply to the declaratory judgment counterclaims ("Collective Counterclaims") filed respectively by Samsung Semiconductor, Inc. ("SSI"), Samsung Austin Semiconductor, LLC ("SAS"), Samsung Electronics America, Inc. ("SEA"), Samsung Telecommunications America, LLC ("STA"), Samsung Techwin Co., Ltd. ("Techwin"), and Samsung Opto-Electronics America, Inc. ("SOA") (collectively, "Counterclaim-Plaintiffs") as follows:

**PARTIES**

1. On information and belief, Counterclaim-Defendants admit the allegations of paragraph 62 of the Collective Counterclaims as to SSI, SAS, SEA, STA, and SOA. As to Techwin, Counterclaim-Defendants admit that Techwin is a Korean business entity. Except as expressly admitted, Counterclaim-Defendants deny the remaining allegations of paragraph 62 of Techwin's counterclaims.

2. Counterclaim-Defendants admit the allegations of paragraph 63 of the Collective Counterclaims.

3. Counterclaim-Defendants admit the allegations of paragraph 64 of the Collective Counterclaims.

**JURISDICTION AND VENUE**

4. In response to paragraph 65 of the Collective Counterclaims, Counterclaim-Defendants admit that this Court has subject matter jurisdiction over the Collective Counterclaims. As to the remaining allegations of paragraph 65 of the Collective Counterclaims, Counterclaim-Defendants lack sufficient knowledge or information to admit or deny such allegations, and so deny those allegations and put Counterclaim-Plaintiffs to their strictest proof.

5. In response to paragraph 66 of the Collective Counterclaims, Counterclaim-Defendants do not contest venue in this district.

**RESPONSE TO FIRST CLAIM FOR RELIEF**

**(Declaratory Judgment of Non-Infringement)**

6. In response to paragraph 67 of the Collective Counterclaims, Counterclaim-Defendants incorporate by reference their above responses to paragraphs 62-66 of the Collective Counterclaims as if specifically set forth herein.

7. Counterclaim-Defendants admit the allegations of paragraph 68 of the Collective Counterclaims.

8. Counterclaim-Defendants admit that, on February 19, 2008, they filed this lawsuit, which alleges that SSI, SAS, SEA, and STA infringe U.S. Patent No. 5,545,592, U.S. Patent No. 4,737,830, U.S. Patent No. 5,248,893, U.S. Patent No. 5,559,990, U.S. Patent No. 5,377,200, and U.S. Patent No. 6,784,879. Counterclaim-Defendants further admit that on May 1, 2008, they filed their First Amended Complaint, which alleges that SSI, SAS, SEA, STA, Techwin, and SOA infringe those six patents, as well as U.S. Patent No. 5,623,434. Except as expressly admitted, Counterclaim-Defendants deny each and every allegation of paragraph 69 of the Collective Counterclaims.

9. Counterclaim-Defendants admit the allegations of paragraph 70 of the Collective Counterclaims.

10. Counterclaim-Defendants deny the allegations of paragraph 71 of the Collective Counterclaims.

11. Counterclaim-Defendants deny the allegations of paragraph 72 of the Collective Counterclaims.

## RESPONSE TO SECOND CLAIM FOR RELIEF

**(Declaratory Judgment of Invalidity)**

12. In response to paragraph 73 of the Collective Counterclaims, Counterclaim-Defendants incorporate by reference their above responses to paragraphs 62-72 of the Collective Counterclaims as if specifically set forth herein.

13. Counterclaim-Defendants admit the allegations of paragraph 74 of the Collective Counterclaims.

14. Counterclaim-Defendants admit that, on February 19, 2008, they filed this lawsuit, which alleges that SSI, SAS, SEA, and STA infringe U.S. Patent No. 5,545,592, U.S. Patent No. 4,737,830, U.S. Patent No. 5,248,893, U.S. Patent No. 5,559,990, U.S. Patent No. 5,377,200, and U.S. Patent No. 6,784,879. Counterclaim-Defendants further admit that on May 1, 2008, they filed their First Amended Complaint, which alleges that SSI, SAS, SEA, STA, Techwin, and SOA infringe those six patents, as well as U.S. Patent No. 5,623,434. Except as expressly admitted, Counterclaim-Defendants deny each and every allegation of paragraph 75 of the Collective Counterclaims.

15. Counterclaim-Defendants admit the allegations of paragraph 76 of the Collective Counterclaims.

16. Counterclaim-Defendants deny the allegations of paragraph 77 of the Collective Counterclaims.

17. Counterclaim-Defendants deny the allegations of paragraph 78 of the Collective Counterclaims.

## AFFIRMATIVE DEFENSE

**(Failure to State a Claim)**

18. Counterclaim-Plaintiffs fail to state a claim upon which relief can be granted.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

# PRAYER FOR RELIEF

WHEREFORE, Counterclaim-Defendants pray for judgment as follows:

a. That Counterclaim-Plaintiffs take nothing by their Collective Counterclaims, that Counterclaim-Plaintiffs' Collective Counterclaims be dismissed with prejudice, and that judgment on Counterclaim-Plaintiffs' Collective Counterclaims be entered in favor of Counterclaim-Defendants and against Counterclaim-Plaintiffs;

b. That the Court adjudge this to be an "exceptional case" and award Counterclaim-Defendants their attorneys' fees under 35 U.S.C. Section 285;

c. That Counterclaim-Defendants be awarded their costs of suit; and

d. For such other and further relief as this Court deems just and proper.

Respectfully submitted.

DATED: August 1, 2008  **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: /s/ William H. Manning
William H. Manning
Brad P. Engdahl
Cole M. Fauver

**ATTORNEYS FOR PLAINTIFFS AND COUNTERCLAIM-DEFENDANTS ADVANCED MICRO DEVICES, INC. AND ATI TECHNOLOGIES, ULC**

**DEMAND FOR JURY TRIAL**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Counterclaim-Defendants demand a jury trial as to all matters so triable.

Respectfully submitted.

DATED: August 1, 2008 **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: /s/ William H. Manning
William H. Manning
Brad P. Engdahl
Cole M. Fauver

**ATTORNEYS FOR PLAINTIFFS AND COUNTERCLAIM-DEFENDANTS ADVANCED MICRO DEVICES, INC. AND ATI TECHNOLOGIES, ULC**