

| | |
|---|---|
| 1 | John P. Bovich (SBN 150688) |
| | E-mail: JBovich@reedsmith.com |
| 2 | **Reed Smith LLP** |
| | Two Embarcadero Center, Suite 2000 |
| 3 | San Francisco, CA 94111 |
| | Telephone: 415-543-8700 |
| 4 | Facsimile: 415-391-8269 |
| 5 | William H. Manning **Lead Counsel** (*pro hac vice*) |
| | E-mail: WHManning@rkmc.com |
| 6 | Telephone: 612-349-8461 |
| | Brad P. Engdahl (*pro hac vice*) |
| 7 | E-mail: BPEngdahl@rkmc.com |
| | Richard M. Martinez (*pro hac vice*) |
| 8 | E-mail: RMMartinez@rkmc.com |
| | David P. Swenson (*pro hac vice*) |
| 9 | E-mail: DPSwenson@rkmc.com |
| | **Robins, Kaplan, Miller & Ciresi L.L.P.** |
| 10 | 2800 LaSalle Plaza |
| | 800 LaSalle Avenue |
| 11 | Minneapolis, MN 55402 |
| | Telephone: 612-349-8500 |
| 12 | Facsimile: 612-339-4181 |
| 13 | David E. Marder (*pro hac vice*) |
| | E-mail: DEMarder@rkmc.com |
| 14 | **Robins, Kaplan, Miller & Ciresi L.L.P.** |
| | 800 Boylston Street, 25th Floor |
| 15 | Boston, MA 02199 |
| | Telephone: 617-267-2300 |
| 16 | Facsimile: 617-267-8288 |
| | Attorneys for Plaintiffs: Advanced Micro Devices, Inc. and ATI |
| 17 | Technologies, ULC |

**FILED**

AUG 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., | Case No. CV-08-00986-SI |
| Plaintiffs, | **PRO HAC VICE APPLICATION FOR COLE M. FAUVER** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., et al., | |
| Defendants. | |

Pursuant to Civil L.R. 11-3, Cole M. Fauver, an active member in good standing of the bar of Minnesota, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiffs Advanced Micro Devices, Inc. and ATI Technologies ULC in the above-referenced action.

In support of this application, I certify under oath that:

1. I am an active member in good standing of a United States Court of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> John Patrick Bovich
> REED SMITH LLP
> Two Embarcadero Center, Suite 2000
> San Francisco, CA 94111-3922
> Telephone: 415.543.8700

I declare under penalty of perjury that the foregoing is true and correct.

DATED: July 31, 2008.

_____
Cole M. Fauver

H:\My Documents\AMD\FAUVER PRO HAC APPLICATION.doc