1   John P. Bovich (SBN 150688)
    E-mail: JBovich@reedsmith.com
2   **Reed Smith LLP**
    Two Embarcadero Center, Suite 2000
3   San Francisco, CA 94111
    Telephone: 415-543-8700
4   Facsimile: 415-391-8269

5   William H. Manning (*pro hac vice*)
    E-mail: WHManning@rkmc.com
6   Brad P. Engdahl (*pro hac vice*)
    E-mail: BPEngdahl@rkmc.com
7   Richard M. Martinez (*pro hac vice*)
    E-mail: RMMartinez@rkmc.com
8   David P. Swenson (*pro hac vice*)
    E-mail: DPSwenson@rkmc.com
9   **Robins, Kaplan, Miller & Ciresi L.L.P.**
    2800 LaSalle Plaza
10  800 LaSalle Avenue
    Minneapolis, MN 55402
11  Telephone: 612-349-8500
    Facsimile: 612-339-4181

12  David E. Marder (*pro hac vice*)
13  E-mail: DEMarder@rkmc.com
    **Robins, Kaplan, Miller & Ciresi L.L.P.**
14  800 Boylston Street, 25th Floor
    Boston, MA 02199
15  Telephone: 617-267-2300
    Facsimile: 617-267-8288
16  Attorneys for Plaintiffs: Advanced Micro Devices, Inc. and ATI Technologies, ULC

RECEIVED

AUG 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendants. | Case No. CV-08-00986-SI <br><br> **[PROPOSED] ORDER FOR PRO HAC VICE ADMISSION OF COLE M. FAUVER** |

Cole M. Fauver, an active member in good standing of the bar of the State of Minnesota, whose business address and telephone number is Robins, Kaplan, Miller & Ciresi L.L.P., 2800 LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, MN 55402, telephone (612) 349-8500, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs Advanced Micro Devices, Inc. and ATI Technologies ULC,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers field by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: _____.

                                                  Hon. Susan Illston
                                                United States District Judge

DOCSSFO-12522577.1