1  John P. Bovich (SBN 150688)
   E-mail: JBovich@reedsmith.com
2  **Reed Smith LLP**
   Two Embarcadero Center, Suite 2000
3  San Francisco, CA 94111
   Telephone:   415-543-8700
4  Facsimile:   415-391-8269

5  William H. Manning (*pro hac vice*)
   E-mail: WHManning@rkmc.com
6  Brad P. Engdahl (*pro hac vice*)
   E-mail: BPEngdahl@rkmc.com
7  Richard M. Martinez (*pro hac vice*)
   E-mail: RMMartinez@rkmc.com
8  David P. Swenson (*pro hac vice*)
   E-mail: DPSwenson@rkmc.com
9  **Robins, Kaplan, Miller & Ciresi L.L.P.**
   2800 LaSalle Plaza
10 800 LaSalle Avenue
   Minneapolis, MN 55402
11 Telephone:   612-349-8500
   Facsimile:   612-339-4181
12
   David E. Marder (*pro hac vice*)
13 E-mail: DEMarder@rkmc.com
   **Robins, Kaplan, Miller & Ciresi L.L.P.**
14 800 Boylston Street, 25th Floor
   Boston, MA 02199
15 Telephone:   617-267-2300
   Facsimile:   617-267-8288
16 Attorneys for Plaintiffs: Advanced Micro Devices, Inc. and ATI
   Technologies, ULC

**RECEIVED**

AUG 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., | Case No. CV-08-00986-SI |
| Plaintiffs, | **[PROPOSED] ORDER FOR PRO HAC VICE ADMISSION OF COLE M. FAUVER** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., et al., | |
| Defendants. | |

1    Cole M. Fauver, an active member in good standing of the bar of the State of Minnesota,
2    whose business address and telephone number is Robins, Kaplan, Miller & Ciresi L.L.P., 2800
3    LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, MN 55402, telephone (612) 349-8500, having
4    applied in the above-entitled action for admission to practice in the Northern District of California
5    on a *pro hac vice* basis, representing Plaintiffs Advanced Micro Devices, Inc. and ATI Technologies
6    ULC,

8    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
9    conditions of Civil L.R. 11-3. All papers field by the attorney must indicate appearance *pro hac*
10   *vice*. Service of papers upon and communication with co-counsel designated in the application will
11   constitute notice to the party. All future filings in this action are subject to the requirements
12   contained in General Order No. 45, *Electronic Case Filing*.

14   DATED: _____.



Hon. Susan Illston
United States District Judge

DOCSSFO-12522577.1

— 2 —
[PROPOSED] ORDER FOR PRO HAC VICE ADMISSION OF COLE M. FAUVER,
ACTION NO. CV-08-00986-SI