# EXHIBIT F



# Cheng

## U.S. Patent No. 5,559,990

# Cheng: '990 Patent
# Statement of the Invention

The invention is a memory with dedicated circuitry for each of its subarrays that maximizes the performance of memory by providing for continuous burst mode reads and selective deactivation of sense amplifiers.

# Cheng: '990 Patent
# Prior Art: Shared Circuitry for Subarrays



Only one X-register, X- decoder, Y-register, Y-decoder and sense amplifier for both subarrays.

## Cheng: '990 Patent
## Dedicated Circuitry for Each Subarray



Fig. 3A   Fig. 3B

# Memory Access: Burst Mode Access



# Continuous Burst Mode



Request

| DATA | DATA | DATA | DATA |
| DATA | DATA | DATA | DATA |
| DATA | DATA | DATA | DATA | . . .

# Cheng: '990 Patent
## Continuous Burst Mode



Steady stream of data.

Fig. 3B

# Cheng: '990 Patent
# Sense Amplifier Deactivation



Fig. 3A     Fig. 3B