Goodard v. Google, Inc.                                                                 Doc. 73 Att. 7

# EXHIBIT G

Dockets.Justia.com



# Sakamoto
## U.S. Patent No. 5,248,893

# Sakamoto: '893 Patent
# The Goal: Smaller Transistors

Designers seek to make smaller transistors. When they shrink them, the distance between the source and the drain shrinks, and so does the channel and the channel-free length.



FIG. 9
PRIOR ART

# Sakamoto: '893 Patent
# The Goal: Smaller Transistors

When the channel-free length gets too small:

1) current can flow when it should not;

2) current can escape from the channel region into other parts of the transistor. This causes the transistor to degrade to the point that it stops functioning.



FIG. 9
PRIOR ART

# Sakamoto: '893 Patent
## Invention



FIG. 4

# Sakamoto: '893 Patent

## Using a curved, recessed gate to create a longer channel without increasing the size of the transistor.

