# EXHIBIT H

Dockets.Justia.com

# United States Patent [19]

### Patel et al.

[11] **Patent Number:** 4,737,830

[45] **Date of Patent:** Apr. 12, 1988

[54] **INTEGRATED CIRCUIT STRUCTURE HAVING COMPENSATING MEANS FOR SELF-INDUCTANCE EFFECTS**

[75] Inventors: **Bharat D. Patel,** San Jose; **Stephen Y. Tam,** San Francisco; **Pravin R. Shah,** Sunnyvale, all of Calif.

[73] Assignee: **Advanced Micro Devices, Inc.,** Sunnyvale, Calif.

[21] Appl. No.: **817,227**

[22] Filed: **Jan. 8, 1986**

[51] Int. Cl.⁴ ........................................ H01L 29/78
[52] U.S. Cl. ............................ 357/23.6; 357/41; 357/45; 357/46; 357/51; 357/68
[58] Field of Search ............ 357/23.6, 51, 41, 45, 357/46, 68

[56]           **References Cited**
        U.S. PATENT DOCUMENTS

    4,493,056  1/1985  Mao ........................ 357/3.6
    4,516,312  5/1985  Tomita ..................... 357/23.6
    4,536,941  8/1985  Kuo et al. ................. 357/23.6

*Primary Examiner*—Edward J. Wojciechowicz
*Attorney, Agent, or Firm*—Patrick T. King; John P. Taylor; J. Vincent Tortolano

[57]           **ABSTRACT**

An improved integrated circuit structure is disclosed which comprises a Vcc bus and a Vss bus having capacitance means coupled between the busses and distributed along the length of the busses to reduce the voltage spikes induced during switching. In a preferred embodiment, the capacitance means comprise one or more capacitors formed beneath one of the busses. Construction of MOS capacitors beneath one or more of the busses is disclosed.

**6 Claims, 11 Drawing Sheets**



# Patel

## U.S. Patent No. 4,737,830

# Patel: '830 Patent
# Voltage Spikes Damaged Transistors Attached to Power Bus



# Statement of the Invention

Adding capacitance underneath the busses to reduce voltage spikes. The gate area of the capacitor is segmented, with each segment having a connection to the bus to improve efficiency and reliability.

# Patel: '830 Patent
# Invention



Components Attached to Power Bus

Segmented Capacitors Located Beneath Power Bus