Goodard v. Google, Inc. Doc. 73 Att. 9

# EXHIBIT I

Dockets.Justia.com



# Iacoponi
## U.S. Patent No. 5,545,592

# Iacoponi: '592 Patent
# Before Iacoponi: Extra Titanium Layer



PRIOR ART CONTACT

# Iacoponi: '592 Patent
# Statement of Invention

The invention is an improved process for creating a contact without depositing multiple titanium layers. This is accomplished by nitriding the surface of the titanium silicide to create titanium nitride and depositing a titanium nitride layer over it.

# Iacoponi: '592 Patent
# Nitriding the Titanium Silicide to Create Titanium Nitride



# Iacoponi: '592 Patent
## Depositing a Titanium Nitride Layer



Deposited Titanium Nitride Layer

Nitrided Titanium Nitride Layer

# Iacoponi: '592 Patent
# Titanium Layer Eliminated

## Prior Art



Titanium Layer

## Iacoponi Invention



No Titanium Layer