# EXHIBIT J



**Purcell**

**U.S. Patent No. 5,623,434**

# Purcell: '434 Patent
# Background for the Purcell Invention

**Structure and method for using an arithmetic and logic unit ("ALU") as the carry propagation stage of a multiplier.**

- Computer processors perform basic mathematical functions such as addition and multiplication.

- Traditionally, processors used separate, duplicative circuitry to perform addition and multiplication.



# Purcell: '434 Patent
## Statement of the Invention

The invention is a novel circuit that requires only one-half of a traditional multiplier circuit connected to an existing ALU to perform a complete multiply operation.

# Purcell: '434 Patent
# Purcell's Invention

