Goodard v. Google, Inc. Doc. 73 Att. 11

# EXHIBIT K

Dockets.Justia.com



# Pedneau
## U.S. Patent No. 5,377,200

# Pedneau: '200 Patent
## Technology

**Power-saving feature for processors having testing logic.**

- Testing logic is used during product design to work out bugs and streamline the manufacturing process.

- Testing logic is used during the manufacturing process to improve yield (percent of products with no defects).

- Testing logic consumes power.

# Pedneau: '200 Patent
## The Problem the Invention Addresses

- In the prior art, the testing logic was always powered even though it was used only a miniscule percentage of the time. This was a waste of power.

# Pedneau: '200 Patent
## Statement of the Invention

The invention is a system for controlling the power consumed by testing logic so that it consumes minimal power when not being utilized.

# Pedneau: '200 Patent
## Pedneau's Invention
### Key Input Activated – Test Circuitry in Normal Power State



FIG. 2

# Pedneau: '200 Patent
# Pedneau's Invention
## Reset Input Activated – Test Circuitry in Low Power State



FIG. 2