Goodard v. Google, Inc.                                                         Doc. 73 Att. 12

# EXHIBIT L

Dockets.Justia.com



# Orr
## U.S. Patent No. 6,784,879

# Orr: '879 Patent
# Background for the Orr Invention

**Method and apparatus for providing control of background video.**

- Many consumer electronics products display video.

- Consumer products provide user interfaces for controlling the displayed video.

- A user may view two different applications on the same screen – one in the foreground (such as a battery meter) and one in the background (such as live video).

# Orr: '879 Patent
# Problems with the Prior Art

**Prior art systems could not control background video without losing focus on foreground applications:**



> When an attribute of the live video is to be changed, other applications that were in focus (i.e., actively being displayed and/or being worked upon) must go into a background mode (i.e., taken out of focus). As such, the adjusting of attributes of the live video consume the activity of the computer until such attributes have been changed and the live video is returned to the background mode. As one can readily appreciate, this can be somewhat burdensome to the user and is an ineffective use of the computer system.

# Orr: '879 Patent
# Statement of the Invention

**The invention is a video graphics processing system that allows control of background video without obscuring a foreground application.**

