IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, | No. C 08-00986SI |
| Plaintiff, | **NOTICE** |
| v. | |
| SAMSUNG ELECTRONICS CO, | |
| Defendant. | |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT a further case management regarding the letter briefs recently filed has been scheduled to occur on October 1, 2008, at 11:00 a.m.

Dated: September 4, 2008

RICHARD W. WIEKING, Clerk

Tracy Sutton
Deputy Clerk