ROBERT T. HASLAM (Bar No. 71134)
Robert.Haslam@hellerehrman.com
MICHAEL K. PLIMACK (Bar No. 133869)
Michael.Plimack@hellerehrman.com
CHRISTINE SAUNDERS HASKETT (Bar No. 188053)
Christine.Haskett@Hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

ALAN H. BLANKENHEIMER (Bar No. 218713)
Alan.Blankenheimer@hellerehrman.com
LAURA UNDERWOOD-MUSCHAMP (Bar No. 228717)
Laura.Underwood-Muschamp@hellerehrman.com
JO DALE CAROTHERS (Bar No. 228703)
JoDale.Carothers@hellerehrman.com
HELLER EHRMAN LLP
4350 La Jolla Village Drive, 7th Floor
San Diego, CA 92122-1246
Telephone: (858) 450-8400
Facsimile: (850) 450-8499

Attorneys for Defendants and Counterclaimants SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, LLC,
SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS
AMERICA, LLC, SAMSUNG TECHWIN CO., and SAMSUNG OPTO-ELECTRONICS
AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al.,<br><br>Plaintiffs and Counterdefendants,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>Defendants and Counterclaimants. | CASE NO. 3:08-CV-0986-SI<br><br>**REPLY TO COUNTERCLAIM OF DEFENDANT AND COUNTERCLAIMANT SAMSUNG ELECTRONICS CO., LTD**<br><br>**DEMAND FOR JURY TRIAL** |

Heller Ehrman LLP

SEC REPLY TO COUNTERCLAIM
CASE NO.: 3:08-CV-0986-SI

Defendant and Counterclaimant Samsung Electronics Co., Ltd. ("SEC"), by and through its counsel, reply to the First Counterclaim for Relief ("counterclaim") filed by Plaintiffs and Counterdefendants Advanced Micro Devices, Inc. and ATI Technologies, ULC (collectively, "AMD") as follows:

1. SEC admits the allegations of paragraph 65 of the counterclaim.

2. SEC admits the allegations of paragraph 66 of the counterclaim.

3. SEC admits the allegations of paragraph 67 of the counterclaim.

4. The allegations of paragraph 68 of the counterclaim state legal conclusions, and SEC is not required to, and does not, admit or deny such allegations.

5. The allegations of paragraph 69 of the counterclaim state legal conclusions, and SEC is not required to, and does not, admit or deny such allegations.

6. Responding to paragraph 70 of the counterclaim, SEC incorporates by reference its above responses to paragraphs 65 through 69 of the counterclaim as if specifically set forth herein.

7. Responding to paragraph 71 of the counterclaim, SEC admits that AMD purports to bring an action for declaratory judgment pursuant to 28 U.S.C. §§ 2201 and 2202 and 35 U.S.C. § 1, *et seq.* SEC denies that AMD is entitled to any relief.

8. SEC admits the allegations of paragraph 72 of the counterclaim.

9. SEC admits the allegations of paragraph 73 of the counterclaim.

10. SEC denies the allegations of paragraph 74 of the counterclaim.

11. SEC denies the allegations of paragraph 75 of the counterclaim.

### **RESPONSE TO PRAYER FOR RELIEF**

SEC denies that Plaintiffs and Counterdefendants are entitled to any relief whatsoever from SEC, either as prayed or otherwise.

### **DEMAND FOR JURY TRIAL**

SEC demands a jury trial on all issues that may be so tried.

DATED: September 22, 2008  HELLER EHRMAN LLP

*/s/Robert T. Haslam*
ROBERT T. HASLAM
Attorneys for Defendant and Counterclaimant
SAMSUNG ELECTRONICS CO., LTD.