## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 10/1/08

Case No.   C-08-0986 SI          Judge:   SUSAN ILLSTON

Title: ADVANCED MICRO DEVICES  -v- SAMSUNG ELECTRONICS

Attorneys: Manning, Zimmerman, Engle, Haslem, Blankenheimer, Plimack

Deputy Clerk:  Tracy Sutton   Court Reporter: n/a

## PROCEEDINGS

1)   Further Case Management Conference - HELD

2)

3)

Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN   (  ) SUBMITTED
                                        PART

Case continued to   @ 2:30 p.m. for Further Case Management Conference

Case continued to   @ 9:00 a.m.   for Motions
(Motion due , Opposition  Reply )

Case continued to   @ 3:30 p.m.  for Pretrial Conference

Case continued to   @ 8:30 a.m.  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
Any confidential material may be produced or made available at defense counsel's office in San Francisco.

Mr. Manning shall prepare the stipulation/order reciting the discovery agreements made at this conference.