1  John P. Bovich (SBN 150688)
   E-mail: JBovich@reedsmith.com
2  **Reed Smith LLP**
   Two Embarcadero Center, Suite 2000
3  San Francisco, CA 94111
   Telephone:   415-543-8700
4  Facsimile:   415-391-8269

5  William H. Manning **Lead Counsel** (*pro hac vice*)
   E-mail: WHManning@rkmc.com
6  Telephone:   612-349-8461
   Brad P. Engdahl (*pro hac vice*)
7  E-mail: BPEngdahl@rkmc.com
   Richard M. Martinez (*pro hac vice*)
8  E-mail: RMMartinez@rkmc.com
   David P. Swenson (*pro hac vice*)
9  E-mail: DPSwenson@rkmc.com
   **Robins, Kaplan, Miller & Ciresi L.L.P.**
10 2800 LaSalle Plaza
   800 LaSalle Avenue
11 Minneapolis, MN 55402
   Telephone:   612-349-8500
12 Facsimile:   612-339-4181

13 David E. Marder (*pro hac vice*)
   E-mail: DEMarder@rkmc.com
14 **Robins, Kaplan, Miller & Ciresi L.L.P.**
   800 Boylston Street, 25th Floor
15 Boston, MA 02199
   Telephone:   617-267-2300
16 Facsimile:   617-267-8288
   Attorneys for Plaintiffs: Advanced Micro Devices, Inc. and ATI
17 Technologies, ULC

FILED

NOV 1 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

18                  UNITED STATES DISTRICT COURT

19                NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 20 ADVANCED MICRO DEVICES, INC., et al., | Case No. CV-08-00986-SI |
| 21                     Plaintiffs, | **PRO HAC VICE APPLICATION FOR ERIC S. JACKSON** |
| 22          v. | |
| 23 SAMSUNG ELECTRONICS CO., LTD., et al., | |
| 24                     Defendants. | |
| 25 | |

26

27

28

PRO HAC VICE APPLICATION FOR ERIC S. JACKSON,
ACTION NO. CV-08-00986-SI

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Pursuant to Civil L.R. 11-3, Eric S. Jackson, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiffs Advanced Micro Devices, Inc. and ATI Technologies ULC in the above-referenced action.

In support of this application, I certify under oath that:

1.    I am an active member in good standing of a United States Court of the highest court of another State or the District of Columbia, as indicated above;

2.    I agree to abide by the Standards of Professional conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.    An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> John Patrick Bovich
> REED SMITH LLP
> Two Embarcadero Center, Suite 2000
> San Francisco, CA  94111-3922
> Telephone:    415.543.8700

I declare under penalty of perjury that the foregoing is true and correct.

DATED: November 10, 2008.

_____
Eric S. Jackson

REED SMITH LLP
A limited liability partnership formed in the State of Delaware