William H. Manning (*pro hac vice*)
E-mail: WHManning@rkmc.com
Brad P. Engdahl (*pro hac vice*)
E-mail: BPEngdahl@rkmc.com
**Robins, Kaplan, Miller & Ciresi L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181

Attorneys for Plaintiffs and
Counterdefendants Advanced Micro
Devices, Inc., et al.

Robert T. Haslam (Bar No. 71134)
E-mail: Rhaslam@cov.com
**Covington & Burling L.L.P.**
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: 650-632-4700
Facsimile: 650-632-4800

Alan H. Blankenheimer (Bar No. 006164)
E-mail: Ablankenheimer@cov.com
**Covington & Burling L.L.P.**
9191 Towne Centre Drive, Suite 600
San Diego, CA 92122
Telephone: 858-658-1800
Facsimile: 858-678-1600

Attorneys for Defendants and Counterclaimants
Samsung Electronics Co., Ltd., et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>Defendants. | Case. No. CV-08-0986-SI<br><br>**STIPULATION REGARDING CLAIM CONSTRUCTION DEADLINES** |

Advanced Micro Devices, Inc. and ATI Technologies, ULC (collectively "AMD"), and Samsung Electronics Co., Ltd.; Samsung Semiconductor, Inc.; Samsung Austin Semiconductor, LLC; Samsung Electronics America, Inc.; Samsung Telecommunications America, LLP; Samsung Techwin Co., Ltd.; and Samsung Opto-Electronics America, Inc. (collectively "Samsung") jointly submit this Stipulation regarding deadlines for claim construction.

WHEREAS, pursuant to this Court's Case Management Order (Dkt. #57), the parties will submit a Joint Claim Construction and Prehearing Statement on January 13, 2009.

WHEREAS, Patent Local Rule 4-4 instructs that claim construction discovery will close on February 12, 2009, 30 days after submission of the parties' Joint Statement.

WHEREAS, Patent Local Rule 4-5(a) instructs that the parties will file and serve opening claim construction briefs on February 27, 2009, 45 days after submission of the parties' Joint Statement.

WHEREAS, the Court's Case Management Order tentatively sets February 27, 2009 as the date for completing claim construction discovery (Dkt. #57).

WHEREAS the Court's Case Management Order tentatively sets March 16, 2009 as the date for filing and serving opening claim construction briefs (Dkt. #57).

WHEREAS, the chart below sets forth the relevant deadlines as determined by the Patent Local Rules, and as tentatively set by the Case Management Order:

| DESCRIPTION | DATE SET BY PATENT LOCAL RULES | DATE TENTATIVELY SET IN CASE MANAGEMENT ORDER (DKT. #57) |
|---|---|---|
| Completion of Claim Construction Discovery | February 12, 2009 | February 27, 2009 |
| Claim Construction Briefs | February 27, 2009 | March 16, 2009 |

WHEREAS the parties agree that additional time for claim construction is both necessary and desireable.

WHERAS, the parties wish to enter a joint stipulation converting the tentatively set deadlines to firm deadlines.

Now, therefore, pursuant to Civil Local Rule 7-12, IT IS HEREBY STIPULATED AND AGREED, by and between AMD and Samsung that:

1. The parties shall complete all discovery relating to claim contruction, including any depositions with respect to claim construction of any witnesses, including experts, identified in the Joint Claim Construction and Prehearing Statement, by February 27, 2009;

2. Each party claiming patent infringement shall serve and file an opening brief and any evidence supporting it claim construction, as to the claim terms and/or elements found in patents it has asserted, on March 16, 2009; and

3. All subsequent deadlines relating to claim construction shall occur in accordance with the Patent Local Rules of the United States District Court for the Northern District of California as modified by this Stipulation, unless otherwise stipulated to by the parties or ordered by the Court.

DATED: December 29, 2008	**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: /s/ William H. Manning
William H. Manning
Brad P. Engdahl

**ATTORNEYS FOR ADVANCED MICRO DEVICES, INC. AND ATI TECHNOLOGIES, ULC**

DATED: December 29, 2008	**COVINGTON & BURLING L.L.P.**

By: /s/ Alan Blankenheimer
Robert T. Haslam
Alan Blankenheimer

**ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG AUSTIN SEMICONDUCTOR, LLC; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; SAMSUNG TECHWIN CO., LTD.; AND SAMSUNG OPTO-ELECTRONICS AMERICA, INC.**

*Plaintiffs' counsel attests that concurrence in the filing of this document has been obtained from the above-named signatory.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

December __, 2008	_____
Honorable Susan Illston
United States District Judge