| | |
|---|---|
| William H. Manning (*pro hac vice*)<br>E-mail: WHManning@rkmc.com<br>Brad P. Engdahl (*pro hac vice*)<br>E-mail: BPEngdahl@rkmc.com<br>**Robins, Kaplan, Miller & Ciresi L.L.P.**<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402<br>Telephone: 612-349-8500<br>Facsimile: 612-339-4181<br><br>Attorneys for Plaintiffs and Counterdefendants Advanced Micro Devices, Inc., et al. | Robert T. Haslam (Bar No. 71134)<br>E-mail: Rhaslam@cov.com<br>**Covington & Burling L.L.P.**<br>333 Twin Dolphin Drive, Suite 700<br>Redwood Shores, CA 94065<br>Telephone: 650-632-4700<br>Facsimile: 650-632-4800<br><br>Alan H. Blankenheimer (Bar No. 006164)<br>E-mail: Ablankenheimer@cov.com<br>**Covington & Burling L.L.P.**<br>9191 Towne Centre Drive, Suite 600<br>San Diego, CA 92122<br>Telephone: 858-658-1800<br>Facsimile: 858-678-1600<br><br>Attorneys for Defendants and Counterclaimants Samsung Electronics Co., Ltd., et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>　　　　　Defendants. | Case. No. CV-08-0986-SI<br><br>**STIPULATION REGARDING CLAIM CONSTRUCTION DEADLINES** |

　　　　Advanced Micro Devices, Inc. and ATI Technologies, ULC (collectively "AMD"), and Samsung Electronics Co., Ltd.; Samsung Semiconductor, Inc.; Samsung Austin Semiconductor, LLC; Samsung Electronics America, Inc.; Samsung Telecommunications America, LLP; Samsung Techwin Co., Ltd.; and Samsung Opto-Electronics America, Inc. (collectively "Samsung") jointly submit this Stipulation regarding deadlines for claim construction.

　　　　WHEREAS, pursuant to this Court's Case Management Order (Dkt. #57), the parties will submit a Joint Claim Construction and Prehearing Statement on January 13, 2009.

Case. No. CV-08-0986-SI                                    STIPULATION REGARDING
                                                            CLAIM CONSTRUCTION DEADLINES

Dockets.Justia.com

WHEREAS, Patent Local Rule 4-4 instructs that claim construction discovery will close on February 12, 2009, 30 days after submission of the parties' Joint Statement.

WHEREAS, Patent Local Rule 4-5(a) instructs that the parties will file and serve opening claim construction briefs on February 27, 2009, 45 days after submission of the parties' Joint Statement.

WHEREAS, the Court's Case Management Order tentatively sets February 27, 2009 as the date for completing claim construction discovery (Dkt. #57).

WHEREAS the Court's Case Management Order tentatively sets March 16, 2009 as the date for filing and serving opening claim construction briefs (Dkt. #57).

WHEREAS, the chart below sets forth the relevant deadlines as determined by the Patent Local Rules, and as tentatively set by the Case Management Order:

| DESCRIPTION | DATE SET BY PATENT LOCAL RULES | DATE TENTATIVELY SET IN CASE MANAGEMENT ORDER (DKT. #57) |
|---|---|---|
| Completion of Claim Construction Discovery | February 12, 2009 | February 27, 2009 |
| Claim Construction Briefs | February 27, 2009 | March 16, 2009 |

WHEREAS the parties agree that additional time for claim construction is both necessary and desireable.

WHERAS, the parties wish to enter a joint stipulation converting the tentatively set deadlines to firm deadlines.

Now, therefore, pursuant to Civil Local Rule 7-12, IT IS HEREBY STIPULATED AND AGREED, by and between AMD and Samsung that:

1. The parties shall complete all discovery relating to claim contruction, including any depositions with respect to claim construction of any witnesses, including experts, identified in the Joint Claim Construction and Prehearing Statement, by February 27, 2009;

2. Each party claiming patent infringement shall serve and file an opening brief and any evidence supporting it claim construction, as to the claim terms and/or elements found in patents it has asserted, on March 16, 2009; and

3. All subsequent deadlines relating to claim construction shall occur in accordance with the Patent Local Rules of the United States District Court for the Northern District of California as modified by this Stipulation, unless otherwise stipulated to by the parties or ordered by the Court.

DATED: December 29, 2008         **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: /s/ William H. Manning
    William H. Manning
    Brad P. Engdahl

**ATTORNEYS FOR ADVANCED MICRO DEVICES, INC. AND ATI TECHNOLOGIES, ULC**

DATED: December 29, 2008         **COVINGTON & BURLING L.L.P.**

By: /s/ Alan Blankenheimer
    Robert T. Haslam
    Alan Blankenheimer

Tutorial : 4/7/09 @ 3:30 p.m.
Markman : 4/8/09 @ 3:30 p.m.

**ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG AUSTIN SEMICONDUCTOR, LLC; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; SAMSUNG TECHWIN CO., LTD.; AND SAMSUNG OPTO-ELECTRONICS AMERICA, INC.**

*Plaintiffs' counsel attests that concurrence in the filing of this document has been obtained from the above-named signatory.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

December __, 2008

_____
Honorable Susan Illston
United States District Judge