William H. Manning (*pro hac vice*)
E-mail: WHManning@rkmc.com
Brad P. Engdahl (*pro hac vice*)
E-mail: BPEngdahl@rkmc.com
Cole M. Fauver (*pro hac vice*)
E-mail: CMFauver@rkmc.com
**Robins, Kaplan, Miller & Ciresi L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone:   612-349-8500
Facsimile:   612-339-4181

Attorneys for Advanced Micro Devices, Inc., et al.

Robert T. Haslam (Bar No. 71134)
E-mail: Rhaslam@cov.com
**Covington & Burling L.L.P.**
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: 650-632-4700
Facsimile: 650-632-4800

Christine Saunders Haskett
E-mail: Chaskett@cov.com
**Covington & Burling LLP**
One Front Street
San Francisco, CA 94111
Telephone: 415-591-7087
Facsimile: 415-955-6587

Attorneys for Samsung Electronics Co., Ltd., et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendants. | Case. No. CV-08-0986-SI <br><br> **JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT** <br><br> Technology Tutorial: April 7, 2009 at 3:30 p.m. <br><br> *Markman* Hearing: April 8, 2009 at 3:30 p.m. |

Advanced Micro Devices, Inc. and ATI Technologies, ULC (collectively "AMD"), and Samsung Electronics Co., Ltd.; Samsung Semiconductor, Inc.; Samsung Austin Semiconductor, LLC; Samsung Electronics America, Inc.; Samsung Telecommunications America, LLP; Samsung Techwin Co., Ltd.; and Samsung Opto-Electronics America, Inc. (collectively "Samsung") hereby provide the parties' Joint Claim Construction and Prehearing Statement pursuant to Patent L.R. 4-3.

Pursuant to Patent L.R. 4-1 and 4-2, the parties have engaged in multiple meet-and-confer discussions to attempt to reach agreement on the terms to be construed as well as construction of certain claim terms. Section I lists the claim terms, elements, or phrases for which the parties have

agreed upon a construction. Section II lists the nineteen terms at issue for this *Markman* hearing. Exhibit 1 contains AMD's and Samsung's proposed constructions for the nineteen disputed terms, along with AMD's and Samsung's identification of supporting intrinsic and extrinsic evidence. The parties reserve the right to cite additional portions of the extrinsic evidence identified under Patent L.R. 4-3(b) or the intrinsic record if necessary to respond to citations and/or arguments set forth in the parties' *Markman* briefs. The parties also reserve the right to rely upon intrinsic or extrinsic evidence cited by any other party.

Section III contains the parties' positions regarding the length of the Technology Tutorial and the *Markman* hearing.

Section IV contains a list of any other issues that might appropriately be taken up at a prehearing conference prior to the Technology Tutorial and *Markman* hearing.

Thirteen patents are at issue:

1. U.S. Patent No. 5,559,990 (Cheng '990 Patent)
2. U.S. Patent No. 5,248,893 (Sakamoto '893 Patent)
3. U.S. Patent No. 4,737,830 (Patel '830 Patent)
4. U.S. Patent No. 5,545,592 (Iacoponi '592 Patent)
5. U.S. Patent No. 5,623,434 (Purcell '434 Patent)
6. U.S. Patent No. 5,377,200 (Pedneau '200 Patent)
7. U.S. Patent No. 6,784,879 (Orr '879 Patent)
8. U.S. Patent No. 5,740,065 (Jang '065 Patent)
9. U.S. Patent No. 5,091,339 (Carey '339 Patent)
10. U.S. Patent No. 5,173,442 (Carey '442 Patent)
11. U.S. Patent No. 6,407,429 (Ko '429 Patent)
12. U.S. Patent No. 6,689,648 (Ko '648 Patent)
13. U.S. Patent No. 5,781,750 (Blomgren '750 Patent)

**I.  AGREED UPON TERMS**

1. In focus (Orr '879 Patent)

    "Actively being displayed and/or being worked upon."

## II. DISPUTED TERMS

1. "Integrated memory" (Cheng '990 Patent)
2. "Burst mode, burst mode operation; burst mode read operation" (Cheng '990 Patent)
3. "Consecutive addresses; consecutively addressed memory locations L1, . . . Ln; the locations L1 and L2, in the sequence of consecutive addresses" (Cheng '990 Patent)
4. "Sense amplifiers . . . are enabled; sense amplifiers . . . are disabled; a control circuit for selectively enabling said sense amplifier circuits; the control circuit enables said sense amplifier circuit" (Cheng '990 Patent)
5. "Self-aligned to the respective first and second opposed sides of the gate" (Sakamoto '893 Patent)
6. "Channel-free region; channel free zone" (Sakamoto '893 Patent)
7. "The depth of said first and second impurity regions" (Sakamoto '893 Patent)
8. "Gate electrode . . . is divided into a plurality of segments" (Patel '830 Patent)
9. "Electrically connected directly between said busses" (Patel '830 Patent)
10. "Vcc current bus" (Patel '830 Patent)
11. "Independently connected electrically" (Patel '830 Patent)
12. "Arithmetic and logic unit" (Purcell '434 Patent)
13. "Bus coupling said carry save stage to said ALU" (Purcell '434 Patent)
14. "Data pattern" (Pedneau '200 Patent)
15. "Control panel" (Orr '879 Patent)
16. "Corresponding to an alignment state" (Jang '065 Patent)
17. "Extracting a correction condition" (Jang '065 Patent)
18. "Accumulatively averaging working conditions" (Jang '065 Patent)
19. "Separate instruction sets" (Blomgren '750 Patent)

## III. MARKMAN HEARING LENGTH

The Technology Tutorial is scheduled for April 7, 2009 at 3:30 p.m. The *Markman* Hearing is scheduled for April 8, 2009 at 3:30 p.m. Given the complexity of the technologies and the number of disputed claim terms, the parties expect that each session will last until the close of business for the day.

## IV. OTHER MATTERS

Presently there are no other matters to discuss. Therefore, the parties do not currently anticipate that a claim construction prehearing conference will be necessary.

DATED: January 13, 2009   **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: /s/ William H. Manning
   William H. Manning
   Brad P. Engdahl

**ATTORNEYS FOR ADVANCED MICRO DEVICES, INC. AND ATI TECHNOLOGIES, ULC**

DATED: January 13, 2009   **COVINGTON & BURLING L.L.P.**

By: /s/ Christine Saunders Haskett
   Robert T. Haslam
   Alan Blankenheimer
   Christine Saunders Haskett

**ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG AUSTIN SEMICONDUCTOR, LLC; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; SAMSUNG TECHWIN CO., LTD.; AND SAMSUNG OPTO-ELECTRONICS AMERICA, INC.**

*Plaintiffs' counsel attests that concurrence in the filing of this document has been obtained from the above-named signatory.*