1  William H. Manning (*pro hac vice*)
   E-mail: WHManning@rkmc.com
2  Brad P. Engdahl (*pro hac vice*)
   E-mail: BPEngdahl@rkmc.com
3  **Robins, Kaplan, Miller & Ciresi L.L.P.**
   2800 LaSalle Plaza
4  800  LaSalle Avenue
   Minneapolis, MN  55402
5  Telephone:  612-349-8500
   Facsimile:  612-339-4181
6
7  Attorneys for Plaintiffs and
   Counterdefendants Advanced Micro
   Devices, Inc., et al.
8

Robert T. Haslam (Bar No. 71134)
E-mail: Rhaslam@cov.com
**Covington & Burling LLP**
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA  94065
Telephone:  650-632-4700
Facsimile:  650-632-4800

Christine Saunders Haskett (Bar No. 188053)
E-mail: Chaskett@cov.com
**Covington & Burling LLP**
One Front Street
San Francisco, CA 94111
Telephone: 415-591-7087
Facsimile:  415-955-6587

9  Attorneys for Defendants and Counterclaimants
   Samsung Electronics Co., Ltd., et al.
10

11                  UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13

14  ADVANCED MICRO DEVICES, INC., et al.,

Case. No.  CV-08-0986-SI

15
                         Plaintiffs,
16

**STIPULATION REGARDING DATES FOR TUTORIAL AND MARKMAN HEARING**

17       v.

**[Civil L.R. 7-12]**

18  SAMSUNG ELECTRONICS CO., LTD., et al.,

19                       Defendants.

20

21          Advanced Micro Devices, Inc. and ATI Technologies, ULC (collectively "AMD"), and

22  Samsung Electronics Co., Ltd.; Samsung Semiconductor, Inc.; Samsung Austin Semiconductor,

23  LLC; Samsung Electronics America, Inc.; Samsung Telecommunications America, LLP; Samsung

24  Techwin Co., Ltd.; and Samsung Opto-Electronics America, Inc. (collectively "Samsung") jointly

25  submit this Stipulation regarding dates for the technology tutorial and the *Markman* hearing.

26          WHEREAS, pursuant to this Court's Order with respect to the parties' Stipulation

27  Regarding Claim Construction Deadlines (Dkt. #91), the Court is scheduled to hold a technology

28

Case. No.  CV-08-0986-SI

STIPULATION REGARDING DATES FOR
TUTORIAL AND MARKMAN HEARING

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

Dockets.Justia.com

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

1    tutorial and *Markman* hearing on April 7, 2009 and April 8, 2009, respectively, each to occur at

2    3:30 p.m.

3           WHEREAS, counsel for Samsung is in trial on those dates.

4           WHEREAS, the parties wish to enter a joint stipulation changing the dates for the

5    technology tutorial and the *Markman* hearing.

6           Now, therefore, pursuant to Civil Local Rule 7-12, IT IS HEREBY STIPULATED AND

7    AGREED, by and between AMD and Samsung, that:

8           1.  With the Court's approval, the parties shall participate in the technology tutorial and the

9    *Markman* hearing on May 5, 2009 and May 6, 2009, respectively;

10          2.  Given the technologies involved, the parties would appreciate the opportunity to discuss

11   with the Court at the Case Management Conference on January 23, 2009 at 2:30 p.m. the possibility

12   of being allotted three hours for the *Markman* hearing, rather than one-and-a-half hours, so that

13   each party will be allowed one-and-a-half hours to conduct their respective *Markman*

14   presentations; and

15          3.  All deadlines shall occur in accordance with the Patent Local Rules of the United States

16   District Court for the Northern District of California as modified by this Stipulation, unless

17   otherwise stipulated to by the parties or ordered by the Court.

18   DATED:  January 20, 2009          **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

19

20                                     By:_/s/ William H. Manning_____
                                           William H. Manning
21                                         Brad P. Engdahl

22                                     **ATTORNEYS FOR ADVANCED MICRO
                                       DEVICES, INC. AND ATI TECHNOLOGIES,**
23                                     **ULC**

24   DATED:  January 20, 2009          **COVINGTON & BURLING L.L.P.**

25

26                                     By:_/s/ Christine S. Haskett_____
                                           Robert T. Haslam
27                                         Christine S. Haskett

28

Case No. CV-08-0986-SI          - 2 -          STIPULATION REGARDING DATES FOR
                                               TUTORIAL AND MARKMAN HEARING

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

1  **ATTORNEYS FOR SAMSUNG ELECTRONICS
   CO., LTD.; SAMSUNG SEMICONDUCTOR,
2  INC.; SAMSUNG AUSTIN SEMICONDUCTOR,
   LLC; SAMSUNG ELECTRONICS AMERICA,
3  INC.; SAMSUNG TELECOMMUNICATIONS
   AMERICA, LLC; SAMSUNG TECHWIN CO.,
4  LTD.; AND SAMSUNG OPTO-ELECTRONICS
   AMERICA, INC.**

5

6  *Plaintiffs' counsel attests that concurrence in the
   filing of this document has been obtained from the
7  above-named signatory.*

8  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

9

10

11  January __, 2009                    _____

12                                      Honorable Susan Illston
                                        United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28