

Clerk's Use Only
Initial for fee pd.:

Logan J. Drew
**Robins, Kaplan, Miller & Ciresi L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Telephone: 612-349-8500

FILED

JJ JAN 16 PM 3: 26

RICH... ... WILKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADVANCED MICRO DEVICES, INC., et al.,

Plaintiffs,

v.

SAMSUNG ELECTRONICS CO., LTD., et al.,

Defendants.

Case No. CV-08-0986-SI

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Logan J. Drew, an active member in good standing of the bar of the United States District Court of Minnesota, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Advanced Micro Devices, Inc. and ATI Technologies, ULC in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-

counsel in the above-entitled action. The name, address and telephone number of that attorney is: William R. Overend, Reed Smith LLP, Two Embarcadero Center, Suite 2000, San Francisco, CA 94111-4106, 415-543-8700.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1/16/09

Logan J. Drew