```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611027721
Cashier ID: sprinka
Transaction Date: 01/16/2009
Payer Name: wheels of justice
------------------------------------
PRO HAC VICE
 For: logan drew
 Case/Party: D-CAN-3-09-AT-PROHAC-001
 Amount:       $210.00
PRO HAC VICE
 For: angela munoz
 Case/Party: D-CAN-3-09-AT-PROHAC-001
 Amount:       $210.00
------------------------------------
CHECK
 Check/Money Order Num: 2569
 Amt Tendered: $420.00
------------------------------------
Total Due:       $420.00
Total Tendered: $420.00
Change Amt:      $0.00

08-986si


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```