UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADVANCED MICRO DEVICES, INC., et al.,

    Plaintiffs,

v.

SAMSUNG ELECTRONICS CO., LTD., et al.,

    Defendants.

Case No. CV-08-0986-SI

(Proposed)
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Logan J. Drew, whose business address and telephone number is Robins, Kaplan, Miller & Ciresi L.L.P., 2800 LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, MN 55402-2015, 612-349-8500 and who is an active member in good standing of the bar of the United States District Court of Minnesota, having applied in the above-entitled action for admission to the practice of the Northern District of California on a pro hac vice basis, representing Advanced Micro Devices, Inc. and ATI Technologies, ULC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

                */s/ Susan Illston*
The Honorable Susan Illston
United States District Judge

Case No. CV-08-0986-SI
80542169.1

(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*