William H. Manning (*pro hac vice*)
E-mail: WHManning@rkmc.com
Brad P. Engdahl (*pro hac vice*)
E-mail: BPEngdahl@rkmc.com
**Robins, Kaplan, Miller & Ciresi L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181

Attorneys for Plaintiffs and
Counterdefendants Advanced Micro
Devices, Inc., et al.

Robert T. Haslam (Bar No. 71134)
E-mail: Rhaslam@cov.com
**Covington & Burling L.L.P.**
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: 650-632-4700
Facsimile: 650-632-4800

Christine Saunders Haskett (Bar No. 188053)
E-mail: Chaskett@cov.com
**Covington & Burling L.L.P.**
One Front Street
San Francisco, CA 94111
Telephone: 415-591-7087
Facsimile: 415-955-6587

Attorneys for Defendants and Counterclaimants
Samsung Electronics Co., Ltd., et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendants. | Case. No. CV-08-0986-SI <br><br> **STIPULATION REGARDING PAGE LIMITS FOR CLAIM CONSTRUCTION BRIEFING** <br><br> **[Civil L.R. 7-12]** |

Advanced Micro Devices, Inc. and ATI Technologies ULC (collectively "AMD"), and

Samsung Electronics Co., Ltd.; Samsung Semiconductor, Inc.; Samsung Austin Semiconductor,

LLC; Samsung Electronics America, Inc.; Samsung Telecommunications America, LLP; Samsung

Techwin Co., Ltd.; and Samsung Opto-Electronics America, Inc. (collectively "Samsung") jointly

submit this Stipulation regarding page limits for claim construction briefing.

WHEREAS, pursuant to Civil Local Rule 7-4(b), each party claiming patent infringement is

allotted 25 pages for its opening brief in support of its constructions of terms from its asserted

patents.

Dockets.Justia.com

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

WHEREAS, pursuant to Civil Local Rule 7-4(b), each party is allotted 25 pages for its responsive brief in support of its constructions of terms from the other party's asserted patents.

WHEREAS, pursuant to Civil Local Rule 7-4(b), each party is allotted 15 pages for its reply brief in support of its constructions of terms from its asserted patents.

WHEREAS, pursuant to Civil Local Rule 7-4(b), the total pages of claim construction briefing would not exceed 130 pages.

WHEREAS, the parties have met and conferred and reached agreement that 15 terms from AMD's asserted patents are currently in dispute and 4 terms from Samsung's asserted patents are currently in dispute (Dkt. #92).

WHEREAS, the parties wish to enter a joint stipulation adjusting the page limits for claim construction briefing to reflect the number of terms that will be discussed in each brief.

Now, therefore, pursuant to Civil Local Rule 7-12, IT IS HEREBY STIPULATED AND AGREED, by and between AMD and Samsung, that:

1. With the Court's approval, the parties shall adjust the page limits for claim construction briefing in accordance with the following table, which results in a maximum of 140 pages (10 additional pages). The adjustment adds 10 pages to AMD's opening brief addressing the 15 terms from AMD's patents and adds 10 pages to Samsung's responsive brief addressing the 15 terms from AMD's patents. The adjustment subtracts 5 pages from Samsung's opening brief addressing the 4 terms from Samsung's patents and subtracts 5 pages from AMD's responsive brief addressing the 4 terms from Samsung's patents:

| | Terms from AMD's Patents | Terms from Samsung's patents |
|---|---|---|
| Opening Brief | 35 Pages | 20 Pages |
| Responsive Brief | 35 Pages | 20 Pages |
| Reply Brief | 15 Pages | 15 Pages |
| **TOTAL** | **85 Pages** | **55 Pages** |

DATED: January 23, 2009    **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: /s/ William H. Manning
    William H. Manning
    Brad P. Engdahl

**ATTORNEYS FOR ADVANCED MICRO DEVICES, INC. AND ATI TECHNOLOGIES ULC**

DATED: January 23, 2009    **COVINGTON & BURLING L.L.P.**

By: /s/ Christine S. Haskett
    Robert T. Haslam
    Christine Saunders Haskett

**ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG AUSTIN SEMICONDUCTOR, LLC; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; SAMSUNG TECHWIN CO., LTD.; AND SAMSUNG OPTO-ELECTRONICS AMERICA, INC.**

*Plaintiffs' counsel attests that concurrence in the filing of this document has been obtained from the above-named signatory.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

January __, 2009

_____
Honorable Susan Illston
United States District Judge