## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 1/23/09

Case No.   C-08-0986 SI            Judge:   SUSAN ILLSTON

Title: ADVANCED MICRO DEVICES  -v- SAMSUNG ELECTRONICS

Attorneys: Manning, Walling , Haslem, Blankenheimer

Deputy Clerk:  Tracy Sutton   Court Reporter: n/a

## **PROCEEDINGS**

1)   Further Case Management Conference - HELD

2)

3)

Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                            PART

Case continued to **4/29/09 & 4/30/09    @ 3:30 p.m.** for Tutorial (2 hrs each day)

Case continued to **5/6/09 & 5/7/09    @ 3:30 p.m.** for Markman Hearing (2 hrs each day)

Case continued to **5/14/10    @ 9:00 a.m.**    for Motions
(Motion due 4/9/10, Opposition 4/23/10  Reply 4/30/10 )

Case continued to **8/31/10  @ 3:30 p.m.**  for Pretrial Conference

Case continued to  **9/13/10 @ 8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING: