Goodard v. Google, Inc.
Doc. 105 Att. 19

# EXHIBIT 1

# D13 Pages 1-20

Dockets.Justia.com

Appendix D13

Defendants and Counterclaimants' Invalidity Contentions

*Advanced Micro Devices, Inc., et al., v. Samsung Electronics Co., Ltd., et al., Case No. 3:08-CV-0986-SI*

**U.S. patent No. 5,559,990 Invalidity Chart: United States Patent No. 5,367,495 ("the '495 Reference")**

All asserted claims are anticipated by the '495 Reference and/or are rendered obvious by it, either alone or in combination with other prior art described below and/or listed in Section I of Defendants' and Counterclaimants' Preliminary Invalidity Contentions and/or through modifications described below. Nothing in this invalidity chart should be construed as signifying or suggesting Defendants and Counterclaimants' adoption of or acquiescence in any claim scope and/or claim construction positions taken by Plaintiffs and Counterdefendants in this litigation.

| CLAIM | RESPONSE |
|---|---|
| 1. A memory comprising: | Although a preamble is normally not limiting, should this preamble be limiting, this element is met by U.S. Patent No. 5,367,495 ("the '495 Reference"). Specifically, the '495 Reference states that:<br><br>"The present invention relates to a random access memory (RAM) and, more particularly, to a high storage capacity RAM in which a memory cell array consists of a plurality of blocks arranged in the direction of digit lines, each of these blocks being equipped with a row decoder, a column decoder, and a sense amplifier.<br>['495 Reference, Col. 1:9-14] |
| a plurality of rows of memory locations; | This element is met in the '495 Reference. Specifically, the '495 Reference states that:<br><br>"Referring to FIG 1, there is shown a block diagram of a conventional dynamic RAM having 4 megabit capacity and being constructed as an integrated circuit device. In particular, this RAM is a 1M×4 dynamic RAM which carries out data write and read operation in the unit of 4 bits. A memory cell array of this dynamic RAM consists of four cell array blocks 10a,10b, 10c, and 10d that are accessed with mutually staggered timings as will be described later. Each of these cell array blocks consists of memory cells arranged in matrix form of 256 rows × 4,096 columns.." ['196 Reference, Col. 2:67-68, 3:1-9; See also FIGS 1, 2] |
| a plurality of first registers, each first register | This element is met in the '495 Reference. Specifically, the '495 Reference states that: |

| CLAIM | RESPONSE |
|---|---|
| for receiving a row address; | "Preferably, the RAM of the invention includes a register provide respectively of each of the blocks, in addition to the data hold circuit and the block decoder. This register holds address information which specifies a word line that became the object of the last access in the block according to an indication of the block decoder." ['495 Reference, Col. 2:21-27, See also FIG 2]<br><br>"This RAM further includes registers 70a, 70b, 70c, and 70d; and selectors 80a, 80b, 80c, and 80d, that are provided in one-to-one correspondence to the cell array blocks 10a, 10b, 10c, and 10d." ['495 Reference, Col. 4: 9-12] |
| a plurality of row decoders, each row decoder for activating a portion of a row identified by signals from one of said first registers; | This elements is met by '495 Reference.<br><br>"The register 70a, 70b, 70c, or 70d selected by the block decoder 50 holds 8-bit address codes ARC0-ARC7 supplied in synchronism with the row selection signal RAS. Since the holding of the address codes ARC0-ARC7 will be maintained even after access is shifted to another cell array block, these registers 70a-0d store respectively the address codes ARC0-ARC7 of the last access in the cell array blocks 10a-10d and supply them to the selectors 80a-80d which also receive the address codes ARC0-ARC7 supplied in synchronism with the row selection signal RAS and introduce them to the row decoders 20a to 20d." ['495 Reference, Col. 4:25-37, See also Figure 3]<br><br>"The row decoder 20a selects one of the 256 rows in the cell array block 10a" ['495 Reference , Col 3:19-20]<br><br>"Although the address codes ARC90-ARC7 are supplied to the row decoders 20a-20d via the selectors 80a-80d since the switching signal SW is at high level they are validated only in the row decoder 20a" ['495 Reference, Col 5:33-36] |

| CLAIM | RESPONSE |
|---|---|
| one or more sense amplifiers for amplifying contents of said memory locations in the row portions; and | This element is met in the '495 Reference. Specifically, the '495 Reference states that:<br><br>"Each of these blocks has a row decoder, a column decoder, and a sense amplifier arrayed in the direction of work lines." ['495 Reference, Col. 1:24-26, see Also FIG 2]<br><br>"The sense amplifier 30a amplifies the data read out of the 4,096 memory cells connected to the selected word line or transfers data to be written thereto."['495 Reference, Col 3: 20-23]<br><br>See, FIG. 2, which shows, at 30a, 30b, 30c, and 30d a set of "Sense Amps", for amplifying from the columns |
| an output for providing output signals from said sense amplifiers, | This element is met in the '495 Reference. Specifically, the '495 Reference states that:<br><br>"In the time of the read operation, the data read from the four memory cells designated by the work digit lines are amplified by the sense amplifier 30a and then outputted to the outside through I/O0 -I/O3 as 4-bit output data." ['495 Reference, Col 3: 54-57]<br><br>"There are only four sets of the input and output signal lines I/O and [I/O bar] owing to an external input and output interface, and 1024 switches are arranged for each set as illustrated for a pair of N-type MOS transistors 41 and 42 for the column decoder 40a." ['495 Reference, Col 4: 47-51] |
| wherein at least two locations L1 and L2 in different rows having different row addresses in said memory can be read out to said output in burst mode such that the memory receives an address of one of said locations and provides in response contents of a plurality of memory locations, including | This element is met in the '495 Reference in combination with the '196 Reference. Specifically, the '495 Reference states that:<br><br>"The RAM is frequently subjected to an access mode in which one address is accessed continuously. Such an access mode is called "page mode" or "static column mode" (represented collectively by "page mode" hereinafter). The continuous address in this case is generally designated by consecutive column addresses for the same row |

| CLAIM | RESPONSE |
| --- | --- |
| the locations L1 and L2, in the sequence of consecutive addresses, so that while one of said row decoders is activating a row portion comprising said location L1 and contents of said location L1 are being transferred from one or more of said sense amplifiers to said output, another one of said row decoders is activating a row portion comprising said location L2 and contents of said location L2 are being transferred from said location L2 to one or more of said sense amplifiers. | address."['495 Reference, Col 1: 39-45]<br><br>"Preferably, the RAM of the invention includes a register provided respectively for each of the blocks, in addition to the data hold circuit and the block decoder. This register holds address information which specifies a word line that become the object of the last access in the block according to an indication of the block decoder" ['495 Reference, Col 2: 21-27]<br><br>"Referring to FIG 1, there is shown a block diagram of a conventional dynamic RAM having 4 megabit capacity and being constructed as an integrated circuit device. In particular, this RAM is a 1M×4 dynamic RAM which carries out data write and read operation in the unit of 4 bits. A memory cell array of this dynamic RAM consists of four cell array blocks 10a,10b, 10c, and 10d that are accessed with mutually staggered timings as will be described later. Each of these cell array blocks consists of memory cells arranged in matrix form of 256 rows × 4,096 columns." ['196 Reference, Col. 2:67-68, 3:1-9; See also FIGS 1, 2]<br><br>The '196 Reference states that:<br><br>"In accordance with the present inventions, while a particular row is being accessed in one array, the corresponding bit lines in the other array are being precharged. Thus, as data is sequentially accessed along the one row and as the end of that row is reached, an immediate access can then occur to any row within the second array since the bit lines in that array will already have been initialied." ['196 Reference, Col. 2:60-67]<br><br>"In general, while one array is being accessed, the other array is being precharged (i.e., elevating the logic state of bit lines and settling transient signals) in preparation for the next access form such other array. Therefore, precharging times for one array overlap the time for performing read or write operation in the other array, and therefore do not |

| CLAIM | RESPONSE |
|---|---|
| | limit operating speed." ['196 Reference, Col. 3:41-47] |
| 2. The memory of claim 1, said memory having a random mode in which the memory receives an address and provides in response the contents of a unique memory location, | It was well-known in the art to retain a random mode while adding the functionality of a sequential read operation. The following are illustrative:<br><br>EP 9 326 885 A2 ("the '885 Reference") states:<br><br>"The circuit provides both random and sequential access functions and allows the memory to be used as a shift register of variable length." ['885 Reference, Page 1]<br><br>U.S. Patent No. 5, 263,003 ("the '003 Reference") states:<br><br>"In a first mode, the memory circuit responds to an initial request for access and an address signal by reading data from a storage location in one of the memory banks. Subsequent requests for access to continguous storage locations do no require an address signal, instead a control mechanism responds by generating an address to read data alternately from storage locations in the first and second memory banks. In a second mode, the memory circuit responds to every request for access to the memory circuit by enabling access to the first or second memory bank as indicated by an address which accompanied the request." ['003 Reference, Abstract] |
| wherein, both in burst mode and in random mode, while the contents of said location L1 are being transferred from one or more of said sense amplifiers to said output, the contents of said location L2 are being transferred from said location L2 to one or more of said sense amplifiers. | It would be obvious to a person of skill in the art that transferring the contents of a location L1 from one of the sense amplifiers to the output while the contents of a location L2 are transferred from the location L2 to one or more sense amplifiers could be used in either a burst mode or a random mode. *See* claim 1 above.<br><br>Further, to the extent AMD reads this limitation on the Samsung devices, this limitation is met by numerous prior art references having both a random access mode and a burst mode. |

| CLAIM | RESPONSE |
| --- | --- |
| 3. The memory of claim 1 wherein when the locations L1 and L2 are read out in burst mode and when the contents of said location L1 are being transferred from one or more of said sense amplifiers to said output and the contents of said location L2 are being transferred from said location L2 to one or more of said sense amplifiers, the sense amplifiers from which the contents of said location L1 are being transferred are enabled and the sense amplifiers to which the contents of said location L2 are being transferred are disabled, but these latter sense amplifiers become enabled subsequently for amplifying the contents of said location L2. | This limitation is met by the '495 Reference in combination with any of U.S. 4,937,788 ("the '788 Reference") or EP 0 087 754 B1 ("the '754 Reference") or U.S. Patent No. 4,849,937 ("the '937 Reference") or the '003 Reference or U.S. Patent No. 5,251,178 ("the '178 Reference"):<br><br>The '754 Reference states:<br><br>"In each operation cycle of the present invention, a plurality of sense amplifier circuits can be selected according to the content of a single bit of the address data, for example, and the rest of the plurality of sense amplifier circuits are kept in the non-active state. Therefore, charging/discharging currents will not flow through the data lines connected to those sense amplifier circuits which are in the non-active state, and total current consumption and current peaks in the entire memory means are greatly reduced." ['754 Reference, Page 4:16-20]<br><br>"As mentioned above, in the dynamic memory device shown in Fig. 5, only the sense amplifier circuits 18-1 and 18-3 or the sense amplifier circuits 18-2 and 18-4 are activated, and the other row sense amplifier circuits are not activated." ['754 Reference, Page 5:56-58]<br><br>The '788 Reference states:<br><br>"According to this arrangement, only one plane is selected in accordance with the content of the upper-order two bits of the row address. The selected plane is activated and exhibits the memory operation but the rest of the planes which are under the non-selection state are inoperative. Therefore, the decoders and the sense amplifiers are inoperative in these inoperative planes and the memory is not refreshed. Therefore, power is consumed in only the selected plane and unnecessary power consumption in the other plane can be saved. Thus, the requirement for low power consumption can be satisfied." ['788 Reference, Col. 5:57-68] |

| CLAIM | RESPONSE |
|---|---|
| | The '937 Reference states:<br><br>"The sense amplifier 86 is controlled by the signals $SE_{EV}$ to amplify the read data thereby to supply the same to the data latch 87, which in turn temporarily stores the outputs from the sense amplifiers 86. When the signals $SE_{EV}$ are at low levels, the data latch 87 is electrically cut off from the sense amplifier 86. Data from the data latch 87 are transferred to the output latch 89 when the signals $OE_{EV}$ are at high levels. In a similar manner, the sense amplifier 96 is controlled by the signals $SE_{OD}$ to amplify the read data thereby to supply the same to the data latch 97, which in turn temporarily stores the outputs from the sense amplifier 96. When the signals $SE_{OD}$ are at low levels, the data latch 97 is electrically cut off from the sense amplifier 96." ['937 Reference, Col. 4:52-66]<br><br>The '003 Reference states:<br><br>"The flash memory control 88 also selectively enables one of two sets of bi-directional data buffers 90 and 91 which respectively couple the bank data buses 82 and 83 to the processor section data bus 63. The bank data buses 82 and 83 can be coupled to the instruction bus 61 by the flash memory control 88 selectively enabling buffers 92 and 93, respectively." ['003 Reference, Col. 9:21-27]<br><br>The '178 Reference states:<br><br>"Referring now to FIG. 2, the circuit of FIG. 1 has been modified to utilize the fact that, when RA10=1, only one half of the ARRAY BANKs 20 are being utilized and that, when RA10=0, the other half of the ARRAY BANKs 20 are being utilized. In particular, the RA 10 address is used to cause only the half of the ARRAY BANKs 20 that are being utilized to draw power from the DRAM energy source during read/write |

| CLAIM | RESPONSE |
|---|---|
| | operations, while at the same time permitting the periodic performance of the refresh cycle in the usual manner on all ARRAY BANKs." ['178 Reference, Col. 3:32-42] |
| 4. The memory of claim 1 wherein: | |
| said memory comprises k pluralities S-1, . . . , S-k of locations wherein k is a number of said pluralities and is greater than or equal to two;<br><br>for each plurality S-i, said sense amplifiers can receive simultaneously the contents of number m of locations from said plurality S-i, wherein m is a positive integer; and | This element is met in the '495 Reference. Specifically, the '495 Reference states that:<br><br>"The present invention relates to a random access memory (RAM) and, more particularly, to a high storage capacity RAM in which a memory cell array consists of a plurality of blocks arranged in the direction of digit lines, each of these blocks being equipped with a row decoder, a column decoder, and a sense amplifier. ['495 Reference, Col. 1:9-14] |
| time tARA does not exceed m * (k-1) * (tOE), wherein:<br><br>tARA is measured from the time that an address of a location is made available to said memory to the time when one or more of said sense amplifiers develop an output signal indicative of the contents of said location; and<br><br>tOE is the time to transfer an output of any one of said sense amplifiers to said output of said memory. | A person of skill in the art would know that this timing relationship would be used when designing the memory disclosed in claim 1. |
| 5. The memory of claim 1 | |

| CLAIM | RESPONSE |
| --- | --- |
| wherein, in burst mode, a time in which each location of said plurality except said one of said locations is read out to said output after a previous location has been read out to said output is shorter than a time in which said one of said locations is read out to said output after said address of said one of said locations has been received by said memory. | This element is met for the '495 Reference alone or in combination with any of U.S. Patent No. 4,918,587 ("the '587 Reference") or the '003 Reference or U.S. Patent No. 4,799,199 ("the '199 Reference"). Specifically, the '495 Reference states:<br><br>"Accordingly, read of the memory cells on the digit lines D and [D bar] described in the above becomes feasible without carrying out the activation of the word line. This situation remains valid even if the system recurs to the same word line in a cell array block after access is shifted to another cell array block." ['495 Reference, Col 6: 60-65]<br><br>The '587 Reference states:<br><br>"The reduction in the memory access cycle time from a convention memory access operation, generally represented by the first prefetch with a three clock cycle span between event t1 and t2, is clearly evident when the times are compared to those of the consecutive prefetch operation extending for two clock cycles between corresponding time intervals t3 and t4. Time t2 and t4 identify the first clock interval suitable to initiate succeeding memory access operations." ['587 Reference, Col. 5:63-6:3]<br><br>The '003 Reference states:<br><br>"The consecutive program instructions are read alternately from the two memory banks 71 and 72. In the present example, the second program instruction will be read from the second bank 72 of the flash memory 55. When the second microprocessor 54 generates another read request on the control bus 62, the flash memory control 88 will respond by enabling the instruction bus buffer 93 associated with the second memory bank 72. As the first and second instructions were located at the same internal address in each of the two memory banks that instruction already will be present on the second bank data bus 83 from the previous access request. Thus, the length of time required to obtain the second instruction is considerably less than that needed for the first |

| CLAIM | RESPONSE |
|---|---|
| | instruction." ['003 Reference, Col. 10:67-11:13]<br><br>"In this manner, the flash memory control 88 upon receiving a read request, alternately obtains instructions from the two memory banks 71 and 72. The process speeds the access to a series of contiguous storage locations. As long as each subsequent instruction is located at the next logical address, the bank address generator 86 controls the addressing and the second microprocessor 54 does not have to send an address with each access request." ['003 Reference, Col. 11:33-41]<br><br>The '199 Reference states:<br><br>"However, in some integrated circuit memory devices, several other storage cells are accessed simultaneously and the contents thereof are held temporarily in a buffer. Typically, the access addresses of the 'extra' storage cells differ from the original access address by only one or two bits. However, subsequent accesses to these cells can be accomplished by simply executing additional access cycles without changing the access address. In the art, such memories are referred to as 'nibble mode'. In some other integrated circuit memories, a portion of the original address can be 'assumed' for one (or more) subsequent accesses, so that only the least significant portion of the address needs to be decoded, etc. Thus, once the original access had been completed, subsequent accesses to 'related' storage cells will be significantly quicker." ['199 Reference, Col. 1:13-28] |
| 6. The memory of claim 1 wherein said memory is fabricated in an integrated circuit. | This element is met in the '495 Reference. Specifically, the '495 Reference states that:<br><br>"Referring to FIG 1, there is shown a block diagram of a conventional dynamic RAM having 4 megabit capacity and being constructed as an integrated circuit device. In particular, this RAM is a 1M×4 dynamic RAM which carries out data write and read operation in the unit of 4 bits. A memory cell array of this dynamic RAM consists of four cell array blocks 10a,10b, 10c, and 10d that are accessed with mutually staggered |

| CLAIM | RESPONSE |
|---|---|
| | timings as will be described later. Each of these cell array blocks consists of memory cells arranged in matrix form of 256 rows × 4,096 columns.." ['196 Reference, Col. 2:67-68, 3:1-9; See also FIGS 1, 2] |
| 7. The memory of claim 1 further comprising: | |
| a plurality of second registers, each second register for receiving at least a portion of a column address; and | This element is met by the '495 Reference in combination with the '196 Reference or the '937 Reference.<br><br>The '196 Reference states that:<br><br>"The row and column location in the arrays 31, 33 at which data is accessed is controlled by the counters which, in one embodiment of the invention may be binary counters, or the like, which have an extended counting range that is double the number of address locations in the array to be accessed." ['196 Reference, Col. 4:49-55; See also, FIGS. 2A, 2B]<br><br>The '937 Reference states that:<br><br>"The address counter 81 receives the signals $Ø_{EV}$ to supply even X address signals to an X decoder 82 and even Y address signals to a Y decoder 83 in the cycle of the signals $Ø_{EV}$ (i.e. twice that of the basic clock pulses $Ø_{S}$). Outputs from the X decoder 82 are supplied to the first memory cell array 84 while outputs from the Y decoder 83 are supplied to the transfer gate 85. Ina similar manner, the address counter 91 receives the signals $Ø_{OD}$ to supply odd address signals to an X decoder 92 and add Y address signals to a Y decoder 93 in the cycle of the signals $Ø_{OD}$ (i.e. twice that of the basic clock pulses $Ø_{S}$). Outputs from the X decoder 92 are supplied to the second memory cell array 94 while outputs from the Y decoder 93 are supplied to the transfer |

| CLAIM | RESPONSE |
|---|---|
| | gate 95." ['937 Reference, Col. 4:29-42] |
| a circuitry for each second register for selecting in response to signals from one of the second registers a plurality of columns to be read by the sense amplifiers. | This element is met in the '495 Reference in combination with the '196 Reference or the '937 Reference.<br><br>The '196 Reference states that:<br><br>"Referring now to FIGS. 2A and 2B, there is shown a block schematic diagram of a pair of RAM arrays 31, 33, each comprising a plurality of individual memory cells of the type illustrated and described above with reference to FIGS. 1A and 1B. Each of these arrays may be configured to store data in a matrix of rows and columsn [sic] that is several columns long and several rows deep (e.g. 72X128). The columns and rows of memory cells in each array are connected to decoders for writing and reading data into and out of selected memory cells in the arrays. Specifically, the write column decoders 35, 37 are connected to the dual arrays to address selected columns of memory cells, and the write row decoders and drivers 39, 41 are connected to the dual arrays to address selected rows of memory cells. Similarly, the read column decoders 45,47 are connected to the dual arrays to address selected columns of memory cells , and the read row decoders and drivers 49, 51 are connected to the dual arrays to address selected rows." ['196 Reference, Col. 3:11-29; See also FIGS 1A, 1B, 2A]<br><br>"Similarly, the data which is to be read out from the RAM arrays 31, 33 is designated in selected 9-column segments by the column predecoders 61 which, in turn, is selected by the read pointer counters 63. The columns thus addressed may extend over both arrays, where each column is uniquely addressable, and the arrays alternate when the boundary of column addresses for a given array is reached, as previously described." ['196 Reference, Col. 4:5-12]<br><br>the '937 Reference states: |

| CLAIM | RESPONSE |
| --- | --- |
| | "Outputs from the X decoder 82 are supplied to the first memory cell array 84 while outputs from the Y decoder 83 are supplied to a transfer gate 85.... In a similar manner, the transfer gate 95 transfers data read from the second memory cell array 94 to the sense amplifier 96 through an I/O line 103, while transferring data from the write circuit 98 received through the I/O line 103 to the second memory cell array 94." ['937 Reference, Col. 4:33-52] |
| 8. A memory comprising: | Although a preamble is normally not limiting, should this preamble be limiting, this element is met in the '495 Reference. Specifically, the '495 Reference states that:<br><br>"The present invention relates to a random access memory (RAM) and, more particularly, to a high storage capacity RAM in which a memory cell array consists of a plurality of blocks arranged in the direction of digit lines, each of these blocks being equipped with a row decoder, a column decoder, and a sense amplifier. ['495 Reference, Col. 1:9-14] |
| a set of consecutively addressed memory locations L1, . . . Ln; | This element is met in the '495 Reference. Specifically, the '495 Reference states that:<br><br>"The RAM is frequently subjected to an access mode in which one address is accessed continuously. Such an access mode is called "page mode" or "static mode" (represented collectively by "page mode" hereinafter. The continuous address in this case is generally designated by consecutive column addresses for the same row address. Accordingly, redriving of the word lines is not needed so long as the access address remains at an address on the same word line, and in that case it has only to be done to sequentially read data from the memory cell onto the digit lines or to introduce write data to the digit lines from the outside to write the same to the memory cells" ['495 Reference, Col. 1:39-51]<br><br>"A RAM according to this invention is characterized by comprising a data hold circuit |

| CLAIM | RESPONSE |
|---|---|
| | which holds data on digits lines of an access object even after the completion of the access. Further, there is provided a block decoder which can designate two blocks different from each other in response to a row selection signal RAS and a column selection signal CAS" ['495 Reference, Col 2: 13-19] |
| a plurality of sense amplifier circuits for amplifying contents of said memory locations; and | This element is met in the '495 Reference. Specifically, the '495 Reference states that:<br><br>"Each of these blocks has a row decoder, a column decoder, and a sense amplifier arrayed in the direction of work lines." ['495 Reference, Col. 1:24-26, see Also FIG 2]<br><br>"The sense amplifier 30a amplifies the data read out of the 4,096 memory cells connected to the selected word line or transfers data to be written thereto."['495 Reference, Col 3: 20-23]<br><br>See, FIG. 2, which shows, at 30a, 30b, 30c, and 30d a set of "Sense Amps", for amplifying from the columns |
| an output for providing output signals from said plurality of sense amplifier circuits, | This element is met in the '495 Reference. Specifically, the '495 Reference states that:<br><br>"In the time of the read operation, the data read from the four memory cells designated by the work digit lines are amplified by the sense amplifier 30a and the outputted to the outside through I/O0 -I/O3 as 4-bit output data." ['495 Reference, Col 3: 54-57]<br><br>"There are only four sets of the input and output signal lines I/O and I/O owing to an external input and output interface., and 1024 switches are arranged for each set as illustrated for a pair of N-type MOS transistors 41 and 42 for the column decoder 40a." ['495 Reference, Col 4: 47-51] |
| wherein said memory has a burst mode | This element is met in the '495 Reference in combination with the '196 Reference or |

| CLAIM | RESPONSE |
|---|---|
| operation for receiving an address and reading out to said output, in response to said address, any given number of memory locations in the sequence of consecutive addresses with wrap around so that the next location, if any, to be read out after said location Ln is said location L1, such that during said operation while the contents of any location L to be read out other than the last location to be read out are being transferred from said plurality of sense amplifier circuits to said output, the contents of another location to be read out after said location L are being provided to said plurality of sense amplifier circuits for amplification and subsequent transfer to said output, and | EP 0 326 885 ("the '885 Reference").<br><br>Specifically, the '495 Reference states that:<br><br>"Preferably, the RAM of the invention includes a register provided respectively for each of the blocks, in addition to the data hold circuit and the block decoder. This register holds address information which specifies a word line that became the object of the last access in the block according to an indication of the block decoder" ['495 Reference, Col 2: 21-27]<br><br>"Referring to FIG 1, there is shown a block diagram of a conventional dynamic RAM having 4 megabit capacity and being constructed as an integrated circuit device. In particular, this RAM is a 1M×4 dynamic RAM which carries out data write and read operation in the unit of 4 bits. A memory cell array of this dynamic RAM consists of four cell array blocks 10a,10b, 10c, and 10d that are accessed with mutually staggered timings as will be described later. Each of these cell array blocks consists of memory cells arranged in matrix form of 256 rows × 4,096 columns.." ['495 Reference, Col. 2:67-68, 3:1-9; See also FIGS 1, 2]<br><br>"In accordance with the present inventions, while a particular row is being accessed in one array, the corresponding bit lines in the other array are being precharged. Thus, as data is sequentially accessed along the one row and as the end of that row is reached, an immediate access can then occur to any row within the second array since the bit lines in that array will already have been initialized." ['196 Reference, Col. 2:60-67]<br><br>"In general, while one array is being accessed, the other array is being precharged (i.e., elevating the logic state of bit lines and settling transient signals) in preparation for the next access form such other array. Therefore, precharging times for one array overlap the time for performing read or write operation in the other array, and therefore do not |

| CLAIM | RESPONSE |
|---|---|
| | limit operating speed." ['196 Reference, Col. 3:41-47]<br><br>The '885 Reference states:<br><br>"After the last memory address is reached, the access automatically rolls over to the first address." ['885 Reference, Col. 3:1-3]<br><br>"A method as in claim 5 wherein the sequence of incremented addresses wraps around when the address of the Nth register is reached such that all N registers in the array are read." ['885 Reference, Col. 7:45-48] |
| wherein said memory further comprises a control circuit for selectively enabling said sense amplifier circuits so that said control circuit enables a sense amplifier circuit whose output signals are being transferred to the output of said memory but said control circuit does not enable all said sense amplifier circuits at the same time. | This element is met in the '495 Reference in combination with the '196 Reference or the '754 Reference or the '788 Reference or the '937 Reference or the '003 Reference or the '178 Reference.<br><br>The '495 Reference states:<br><br>"A semiconductor memory, comprising: a plurality of memory cell array blocks each having a plurality of word and digit lines, a plurality of row decoders each provided for an associated one of said memory cell block, a plurality of column decoders each provided for an associated one of said memory cell array blocks, a plurality of amplifiers provided for an associated one of said memory cell array blocks, and for holding data on at least one of said digit lines in a selected one of said memory cell array blocks, and a block decoder for selecting said memory cell array blocks in sequence." ['495 Reference, Col 8: 33-44]<br><br>"As has been described above, RAM according to the invention includes sense amplifiers that are normally activated, and when accessing data existing in the sense amplifiers, it is unnecessary to activate the sense amplifiers:" ['495 Reference, Col 8: 13-18] |

| CLAIM | RESPONSE |
|---|---|
| | The '754 Reference states:<br><br>"In each operation cycle of the present invention, a plurality of sense amplifier circuits can be selected according to the content of a single bit of the address data, for example, and the rest of the plurality of sense amplifier circuits are kept in the non-active state. Therefore, charging/discharging currents will not flow through the data lines connected to those sense amplifier circuits which are in the non-active state, and total current consumption and current peaks in the entire memory means are greatly reduced." ['754 Reference, Page 4:16-20]<br><br>"As mentioned above, in the dynamic memory device shown in Fig. 5, only the sense amplifier circuits 18-1 and 18-3 or the sense amplifier circuits 18-2 and 18-4 are activated, and the other row sense amplifier circuits are not activated." ['754 Reference, Page 5:56-58]<br><br>The '788 Reference states:<br><br>"According to this arrangement, only one plane is selected in accordance with the content of the upper-order two bits of the row address. The selected plane is activated and exhibits the memory operation but the rest of the planes which are under the non-selection state are inoperative. Therefore, the decoders and the sense amplifiers are inoperative in these inoperative planes and the memory is not refreshed. Therefore, power is consumed in only the selected plane and unnecessary power consumption in the other plane can be saved. Thurs, the requirement for low power consumption can be satisfied." ['788 Reference, Col. 5:57-68]<br><br>The '937 Reference states:<br><br>"The sense amplifier 86 is controlled by the signals $SE_{EV}$ to amplify the read data thereby to supply the same to the data latch 87, which in turn temporarily stores the |

| CLAIM | RESPONSE |
|---|---|
| | outputs from the sense amplifier 86. When the signals $SE_{EV}$ are at low levels, the data latch 87 is electrically cut off from the sense amplifier 86. Data from the data latch 87 are transferred to the output latch 89 when the signals $OE_{EV}$ are at high levels. In a similar manner, the sense amplifier 96 is controlled by the signals $SE_{OD}$ to amplify the read data thereby to supply the same to the data latch 97, which in turn temporarily stores the outputs from the sense amplifier 96. When the signals $SE_{OD}$ are at low levels, the data latch 97 is electrically cut off from the sense amplifier 96." ['937 Reference, Col. 4:52-66]<br><br>The '003 Reference states:<br><br>"The flash memory control 88 also selectively enables one of tow sets of bi-directional data buffers 90 and 91 which respectively couple the bank data buses 82 and 83 to the processor section data bus 63. The bank data buses 82 and 83 can be coupled to the instruction bus 61 by the flash memory control 88 selectively enabling buffers 92 and 93, respectively." ['003 Reference, Col. 9:21-27]<br><br>The '178 Reference states:<br><br>"Referring now to FIG. 2, the circuit of FIG. 1 has been modified to utilize the fact that, when RA10=1, only one half of the ARRAY BANKs 20 are being utilized and that, when RA10=0, the other half of the ARRAY BANKs 20 are being utilized. In particular, the RA 10 address is used to cause only the half of the ARRAY BANKs 20 that are being utilized to draw power from the DRAM energy source during read/write operations, while at the same time permitting the periodic performance of the refresh cycle in the usual manner on all ARRAY BANKs." ['178 Reference, Col. 3:32-42] |
| 9. The memory of claim 8 wherein, during said operation, said control circuit enables at | |

| CLAIM | RESPONSE |
|---|---|
| the same time only: | |
| (1) the sense amplifier circuit whose output signals are being transferred to said output of said memory, and | This limitation is met by the '495 Reference in combination with the '754 Reference.<br><br>The '754 Reference states:<br><br>"In each operation cycle of the present invention, a plurality of sense amplifier circuits can be selected according to the content of a single bit of the address data, for example, and the rest of the plurality of sense amplifier circuits are kept in the non-active state. Therefore, charging/discharging currents will not flow through the data lines connected to those sense amplifier circuits which are in the non-active state, and total current consumption and current peaks in the entire memory means are greatly reduced." ['754 Reference, Page 4:16-20]<br><br>"As mentioned above, in the dynamic memory device shown in Fig. 5, only the sense amplifier circuits 18-1 and 18-3 or the sense amplifier circuits 18-2 and 18-4 are activated, and the other row sense amplifier circuits are not activated." ['754 Reference, Page 5:56-58]<br><br>"A semiconductor dynamic memory device comprising: … a plurality of sense amplifying means (18-1 to 18-4; SA1 to SA8) responsive to a control signal input thereto, for selectively activating one sense amplifying means to sense and amplify data on said selected data lines of one of said two column-selected memory blocks, and for selectively activating at least one other sense amplifying means to refresh data to said each memory cell along said selected word lines; …." ['754 Reference, Page 6:53-7:5] |
| (2) a predetermined number of other sense amplifier circuits whose output signals will be transferred next to said output of said memory if said operation continues | This limitation is met by the '495 Reference in combination with the '754 Reference.<br><br>The '754 Reference states: |

| CLAIM | RESPONSE |
|---|---|
| sufficiently long. | "In each operation cycle of the present invention, a plurality of sense amplifier circuits can be selected according to the content of a single bit of the address data, for example, and the rest of the plurality of sense amplifier circuits are kept in the non-active state. Therefore, charging/discharging currents will not flow through the data lines connected to those sense amplifier circuits which are in the non-active state, and total current consumption and current peaks in the entire memory means are greatly reduced." ['754 Reference, Page 4:16-20]<br><br>"As mentioned above, in the dynamic memory device shown in Fig. 5, only the sense amplifier circuits 18-1 and 18-3 or the sense amplifier circuits 18-2 and 18-4 are activated, and the other row sense amplifier circuits are not activated." ['754 Reference, Page 5:56-58]<br><br>"A semiconductor dynamic memory device comprising: … a plurality of sense amplifying means (18-1 to 18-4; SA1 to SA8) responsive to a control signal input thereto, for selectively activating one sense amplifying means to sense and amplify data on said selected data lines of one of said two column-selected memory blocks, and for selectively activating at least one other sense amplifying means to refresh data to said each memory cell along said selected word lines; …." ['754 Reference, Page 6:53-7:5] |
| 10. The memory of claim 7 wherein: | |
| said set of locations comprises k subsets S-1, . . . , S-k wherein k is greater than or equal to two, such that, for a positive integer m and for any subset S-i, the contents of m consecutively addressed locations from said subset S-i can be transferred simultaneously to said plurality of sense amplifier circuits; | This element is met in the '495 Reference in combination with the '754 Reference or the '494 Reference.<br><br>Specifically, the '495 Reference states that:<br><br>"The sense amplifier 30a amplifies the data read out of the 4,096 memory cells connected to the selected word line or transfers data to be written thereto" ['495 Reference, Col 3:20-23] |