# EXHIBIT 2

# COVINGTON & BURLING LLP

9191 TOWNE CENTRE DRIVE
6TH FLOOR
SAN DIEGO, CA 92122-1225
TEL 858.678.1800
FAX 858.678.1600
WWW.COV.COM

BEIJING
BRUSSELS
LONDON
NEW YORK
SAN DIEGO
SAN FRANCISCO
SILICON VALLEY
WASHINGTON

Lesli A. Rawles
TEL 858-678-1807
FAX 858-678-1600
LRAWLES@COV.COM

December 10, 2008

VIA EMAIL

Samuel L. Walling
Robins Kaplan Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

Re: *Advanced Micro Devices, Inc. et al., v. Samsung Electronics Co., Ltd. et al. Case No. CV-08-0986-SI*

Dear Sam:

Enclosed please find Defendants and Counterclaimants' Amended Preliminary Invalidity Contentions Pursuant to Patent L.R. 3-3. Per AMD's request, Samsung is hereby amending the cover pleading in order to include the three additional references you point out in your letter of November 26, 2008 that were included in Samsung's invalidity charts but not in the cover pleading. In addition, the date for the Hennessy reference ("MIPS: A VLSI Processor Architecture) for the '434 Patent has been changed from 1983 to 1981, to correct a typographical error. Copies of this reference will be produced shortly as stated in my previous letter of December 5, 2008.

AMD is clearly aware of these references and Samsung's intent to rely on these references, as they were included in the charts and produced to AMD. There is thus no prejudice to AMD as a result of these references not being included in the original cover pleading. Nevertheless, Samsung has amended the cover pleading to include these references per AMD's request.

Please let me know if you have any further questions or concerns.

Sincerely,

Lesli Rawles

Lesli Rawles
Associate