# EXHIBIT 6

June 9-10, 1992

Santa Clara Marriott Hotel
Santa Clara, CA

VMIC Catalog No.
92ISMIC-101

# 1992 PROCEEDINGS
## NINTH INTERNATIONAL
# VLSI MULTILEVEL INTERCONNECTION CONFERENCE (VMIC)



Library of Congress No.
89-644090

## 1992 VMIC CONFERENCE
## EXECUTIVE COMMITTEE

Thomas E. Wade
University of South Florida

Robert S. Blewer
 Sandia Nat'l Labs
William R. Dawes, Jr.
 Sandia Nat'l Labs
Armin Kohlhase
 Siemens, W. Germany
Terry O. Herndon
 M.I.T. Lincoln Labs
K. Hieber
 Siemens, W. Germany
C. Y. Huang
 Lockheed Res. Lab
Philip J. Fleming
 Hewlett Packard

P. B. Ghate
 Texas Instruments
Bernd Hofflinger
 Micro. Inst., West Germany
Werner Kern
 LAM Res.–CVD Div.
James D. Meindl
 Rensselaer Polytechnic Inst.
Arjun N. Saxena
 Rensselaer Polytechnic Inst.
Martin B. Small
 IBM Watson Res. Ctr.
C. J. Werkhoven
 ASM, The Netherlands

## CONFERENCE REGISTRATION

1992 VMIC participants may register either in advance or at the door. **For Advanced Registration,** your application and payment check or money order must be **postmarked** no later than **May 28, 1992.** Those who register in advance may pick up all Conference information (including Proceedings) at the registration desk. Additional registration forms may be obtained by calling the V-MIC Conference Secretary at (813) 978-3552. Applications received without payment **will not be honored as advance registration. Also, no confirmation of advanced registration receipt will be sent.**

**Cancellation:** Refunds for cancellations of advance registration will be honored provided the requests to cancel are made in writing and are **received** no later than May 30, 1992. All refunds for cancellation will be subject to a $25.00 handling charge.

**Registration** entitles an attendee admission to all sessions, handouts, coffee breaks, a set of the official Proceedings of the Conference, a box lunch on Tuesday, and an Awards Luncheon Ticket.

**Payment at the conference registration desk must be in the form of a check, money order or cash. Credit Cards and purchase orders can not be accepted.**

## CONFERENCE BADGES

All attendees **must wear** their conference badge for admittance **to all sessions.** Single day registering attendees will have a **different color** badge than regular attendees.

## MARRIOTT'S GREAT AMERICA

Marriott's Great America, located adjacent to the hotel, is a 200-acre family entertainment center featuring shows, rides, nd 26 restaurants. Since opening in 1976, Great America has established itself as the largest and most popular Theme ark in the Northwest United States. Architecture, music, costumes, shops, and restaurants combine to create a sense what life was like during parts of our country's colorful past. With six major stage, screen and arena shows, the curtain literally always going up somewhere at Great America.

# NINTH INTERNATIONAL VLSI MULTILEVEL INTERCONNECTION CONFERENCE
June 9-10, 1992

## ADVANCE PROGRAM
Tuesday, June 9, 1992
OPENING SESSION — 9 A.M.

Welcoming Remarks and General Comments
Dr. Thomas E. Wade
General Chairman
Associate Dean for Research
College of Engineering
University of South Florida

SESSION I — 9:15 A.M. .......... 9
KEYNOTE ADDRESS
"MULTILEVEL METAL PARTNERSHIPS AND INFRASTRUCTURE"

Dr. Thomas Seidel
Director, MLM & Etch
SEMATECH
Austin, TX

Coffee Break 9:45-10 A.M.

SESSION II - 10 A.M.-12 Noon .......... 13
VLSI MULTILEVEL INTERCONNECTION
COMPLETE PROCESS REALIZATION

Chairman:  Dr. Rob Wolters
           PHILIPS RESEARCH LABS
           The Netherlands

A. "An Advanced Multilevel Interconnection Technology for 0.4 μm High Performance Devices" by H. Kotani, Y. Takata, Y. Hayashide, A. Ohsaki, M. Iwasaki, T. Tsutsumi, M. Matsuura, A. Ishii, Y. Maekawa, I. Tottori, K. Mori, Y. Li, J. Komori and T. Katayama; MITSUBISHI ELECTRIC CORP; Hyogo, Japan. ......... 15

B. "High Density Damascene Wiring for 64 M DRAM" by S. Roehl, E. Eckstein, K. H. Froehner, B. Hoffmann, G. Roeska, B. Vollmer; SIEMENS COMPONENT INC. and L. Camilletti, W. Cote, D. Cote, P.I. Lee, D. Restaino, V. Vynorius, S. Wolff; IBM CORP; Hopewell Jct, NY. ......... 22

C. "Process Development of a 0.7/0.5 μM DLM/TLM Process for CMOS Prototyping" by L. Forester, H. Meynen, L. Van den hove; IMEC; Leuven, Belgium. ......... 29

D. "A Submicron Triple Level Metallization Process for High Performance Application Specific Circuits" by D. Pramanik, V. Jain, C. Gabriel, M. Weling, D. Baker and J. Eakin; VLSI TECHNOLOGY; San Jose, CA. ......... 37

E. "An Advanced Multilevel Interconnect Scheme Utilizing Polyimide as an ILD" by A. S. Bhansali, V. Murali, M. Shell and R. Shukla; INTEL CORP; Santa Clara, CA. ......... 44

F. "Scalable 0.4 μm DLM for Fastflow Single Wafer Processing" by P. S. Ying, R. A. Chapman, P. J. Wright, D. A. Prinslow, R. F. Richardson, A.R. Peterson, S. W. Huang, C.M. Garza and D. W. Reed; TEXAS INSTRUMENTS, Dallas, TX. ......... 51

- - POSTER PAPERS - - ......... 53

G. "Interconnect Technology for 16-Mbit DRAM and 0.5-μm CMOS Logic" by S. Luce and S. Pennington; IBM; Essex Jct. VT. ......... 55

H. "An Advanced Triple Metal Process for 0.7 μm Technology" by Y. S. Lin, L. Lu, F.S. Chen, G. A. Dixit, K. W. Huang, L. Nguyen, F. R. Bryant, C. C. Wei and F. T. Liou; SGS-THOMSON; Dallas, TX. ......... 59

SESSION III - 1:30-3:30 P.M. .......... 63
VLSI MULTILEVEL INTERCONNECTION
DIELECTRIC PROCESSES

Chairman:  Dr. David B. Fraser
           INTEL CORP.
           Santa Clara, CA

A. "A New SOG Film Formation Technology Using a Room Temperature Fluoro-Alkoxy-Silane Treatment (FAST)" by T. Homma and Y. Murao; NEC CORP.; Kanagawa, Japan. ......... 65

B. "An Integrated, Low Temperature Interlayer Dielectric Using ECR Technology for Advanced CMOS ASIC and Logic Applications" by B. M. Somero, R. P. Chebi, E. O. Travis, H. B. Haver and W. K. Morrow; MOTOROLA; Austin, TX. ......... 72

C. "Outgassing Spectra of CVD Insulator Films and Influence on Sputtered Aluminum" by T. Kato, H. Ashida, S. Hosoda, Y. Ishimaru, K. Watanabe, Y. Furumura, H. Tsuchikawa and H. Horikawa; FUJITSU LTD; Kawasaki, Japan. ......... 79

D. "Aliphatic Tetrafluorinated Parylene (AF4) as a Conformal Insulator for Submicron Multilayer Interconnect" by S. Dabral, X. Zhang, T. M. Lu and J. F. McDonald; RENSSELAER POLYTECHNIC INST.; Troy, NY; C. Chiang, G. Cuan; INTEL CORP; Santa Clara, CA ; H. Bakhru; SUNY-Albany, NY. ......... 86

E. "A Multilayer Interconnect Process for VLSI GaAs IC's Employing Polyimide Interlayer Dielectrics" by M. R. Schneider; VITESSE SEMI. CORP; Camarillo, CA. ......... 93

F. "Stress-Temperature Behavior of Oxide Films Used for Intermetal Dielectric Applications" by M. Galiano, E. Yieh, S. Robles, V. Kithcart and B. C. Nguyen; APPLIED MATERIALS; Santa Clara, CA. ......... 100

- - POSTER PAPERS - - ......... 107

G. "$O_3$-TEOS Integration Process for Interlevel Dielectric Applications by Y.C. Shih, C.S. Pai, K.G. Steiner and C. W. Wilkins; AT&T BELL LABS; Allentown, PA. ......... 109

H. "N-Channel Field Inversion Induced by Inorganic Spin-On-Glass in Double Level Metallization CMOS Process by M. Murata, A. Yokoyama, H. Kojima, K. Yamauchi, T. Inoue, and T. Iwamori; FUJI XEROX CO; Kanagawa, Japan. ......... 112

I. "APCVD $SiO_2$ Film Using Ozone and TEOS for Interlayer Dielectric Application by C. Chiang, K. Yoshioka, N. Cox, J. Ren and D. B. Fraser; INTEL CORP; Santa Clara, CA and J. Sisson, T. O. Curtis and L. Bartholomew; WATKINS-JOHNSON; Scotts Valley, CA. ......... 115

J. "An Integrated BPSG Process Compatible with Salicide Technology" by R. Jairath; NATIONAL SEMICONDUCTOR; Santa Clara, CA and A. Helms and K. McKinley; LAM RES.CORP; Fremont, CA. ......... 118

K. "The Low Water Absorption TEOS and Ozon APCVD Film Using Low Temperature Annealing by Y. Hosoda, H. Harada, H. Ashida and K. Watanabe; FUJITSU LTD; Kawasaki, Japan. ......... 121

L. "Silane BPSG Using a Dual Frequency PECVD Reactor by J. D. Butler, V. L. Milam, and S. V. Richmond; HARRIS SEMICONDUCTOR; Melbourne, FL. ......... 124

M. "Effect of Moisture on the Electrical Properties of Spin-On-Glass by A. Dubey and D. L. Lile; COLORADO STATE UNIV; Ft. Collins, CO. ......... 127

N. "A Lower Temperature Flow Glass for Inter Level Dielectric Processing Using APCVD Ozone BPTEOS in a 200mm High Volume Manufacturing Facility by T. O. Curtis; WATKINS-JOHNSON; Scotts Valley, CA and H. W. Fry; MOTOROLA; Austin, TX. ......... 130

O. "Characterization of BTDA/ODA Polyimides for Stress Buffer Applications on Large IC's by M.Saran, NORTHERN TELECOM; Ontario, Canada. ......... 133

SESSION IV - 3:45-6:25 P.M. ............... 139
VLSI MULTILEVEL INTERCONNECTION
PLANARIZATION PROCESSES

Chairman:  Dr. Philip J. Fleming
           HEWLETT PACKARD CO.
           Colorado Springs, CO

A. "Complete Intermetal Planarization Using ECR Oxide and Chemical Mechanical Polish by D. Webb and S. Sivaram; SEMATECH; Austin, TX. ......... 141

B. "Planarized $SiO_2$ Interlayer Formed by Two Step $O_3$/TEOS APCVD and Low Temperature Annealing by K. Kishimoto, M. Suzuki, T. Hirayama, Y. Ikeda, and Y. Numasawa; NEC CORP; Kanagawa, Japan. ......... 149

C. "Chemical Mechanical Polishing of CVD W and Sputtered Al Thin Films for Microelectronics by C. Yu, A. Laulusa and T. T. Doan; MICRON TECH; Boise, ID. ......... 156

D. "Planarization Technology of Inter-metal Dielectric Layer for 0.35 μm Devices by T. Doi, Y. Mori, M. Kawai, K. Taniguchi, K. Uda and K. Sakiyama; SHARP CORP; Nara, Japan. ......... 163

E. "Improved Process Latitude with Chemical-Mechanical Planarization by S. Pennington and S. Luce; IBM CORP; Essex Jct, VT. ......... 168

F. "Improved Pre-Metal Planarization by Rapid Thermal Annealing of BPSG by N.A.H. Wils, R. D. J. Verhaar and R.M.D. Velghe; PHILIPS; The Netherlands. ......... 173

G. "Low Temperature Reflow Planarization Using a Novel Spin-On Interlevel Dielectric by D.S. Ballance, K. A. Scheibert and J. V. Tietz; DOW CORNING; Fremont, CA. ......... 180

H. "Intermetal Dielectric Planarization for 0.4μm Design Rule, Double Metal 64 Mega DRAM" by S. R. Song, R. H. Park, E. S. Kim, D. Y. Yang and W. S. Kim; GOLDSTAR ELECTRON; Seoul, Korea. .... 187

- - POSTER PAPERS - - .............. 195

I. "Experiment and Modeling of Redeposition During Sputtering Etchback of Oxide" by C. Y. Chang, J. P. McVittie and K. C. Saraswat; STANFORD UNIV; Stanford, CA, and K. K. Lin; INTEL; Santa Clara, CA and J. Y. Leong; APPLIED MATERIALS; Santa Clara, CA. .............................. 197
J. "Planarization Technology Combining a New Organic SOG and Etch-Back Process in Multichamber System" by T. Fujiwara, K. Ogaya, H. Nezu and N. Owada; HITACHI LTD; Tokyo, Japan. .... 201
K. "Role of the Composition of the PECVD Oxide Film in Improving Back-End Planarization" by M. Weling and V. Jain; VLSI TECHNOLOGY; San Jose, CA. .............................. 204
L. "CMOS Field Threshold Voltage Shifts Induced by a PECVD TEOS Planarization Technique" by R. Gallegos, C. Hafer, and B. Holway; UNITED TECHNOLOGY; Colorado Springs, CO. ..... 207
M. "Plasma Enhanced CVD TEOS Borosilicate Glass for Intermetal Planarization in Submicron Technology" by L. T. Lu, Y. S. Lin, C. C. Wei and F. T. Liou; SGS-THOMSON; Dallas, TX. .......... 210
N. "Manufacturing Feasibility of Planarization Processes" by P. L. Pai; KNIGHT TECHNOLOGY; Santa Clara, CA and C. G. Konitzer; DOW CORNING; Midland, MI. ................... 213

Wednesday, June 10, 1992
SESSION V - 8:00-10:40 AM ............ 217
VLSI MULTILEVEL INTERCONNECTION
CONTACT AND VIA FILLING AND NOVEL STRUCTURES
Chairman: Dr. Fabian Pease
STANFORD UNIVERSITY
Stanford, CA

A. "Quarter Micron Hole Filling with SiN Sidewalls by Aluminum High Temprature Sputtering" by M. Taguchi, K. Koyama and Y. Sugano; SONY CORP; Kanagawa, Japan. ................ 219
B. "Copper Metallization for VLSI Applications" by A. Krishnan, C. Xie, N. Kumar, D. Duane; MCC; Austin, TX and S. P. Murarka; R.P.I.; Troy, NY. ............................. 226
C. "Chemical Vapor Deposition of Tungsten Directly Onto Silicon" by T. G. M. Oosterlaken, C. A. van der Jeugd, G. J. Leusink, G. C, A. M. Janssen and S. Radelaar; DELFT UNIV. The Netherlands. ..... 232
D. "Copper Etching in a Split-Cathode Merie System Using Bromine and Iodine Chemistries" by B. Rogers, S. Bothra and S. Bobbio; MCNC; Research Triangle Park, NC. .................. 239
E. "Comparison of Electrical and Physical Properties of TiN Barrier Layers Produced by Inorganic and Organic CVD" by J. T. Hillman, M. J. Rice, Jr. and D. W. Studiner; MATERIALS RES. CORP; Phoenix, AZ and R. W. Fiordalice; MOTOROLA; Austin, TX. . 246
F. "Collimated Sputtering of TiN/Ti Liners into Sub-Half Micron High Aspect Ratio Contacts/Vias" by R.V. Joshi and S. Brodsky; IBM; Yorktown Heights, NY. ...................... 253
G. "Conformal Deposition of TiN at Low Temperatures by Metal Organic CVD" by *I. J. Raaijmakers; NOVELLUS; San Jose, CA. . . 260
H. "A Manufacturable Process for the Formation of Self Aligned Cobalt Silicide in a Submicron CMOS Technology" by A.C. Berti, V. Bolkhovksy; DIGITAL EQUIP. CO.; Hudson, MA. ..... 267

- - POSTER PAPERS - - .............. 275

I. "Self-Aligned TiN Formation by $N_2$ Plasma Bias Treatment of $TiSi_x$" by K. Kamoshida; NTT LABS; Kanagawa, Japan. ....... 277
J. "Al-Cu Interconnection Formed by Diffusing Selectively Deposited CVD Cu into Patterned Al Lines" by H.K.Kang, I. Asano, and S. S. Wong; STANFORD UNIV; Stanford, CA and J. A. T. Norman; SCHUMACHER; Carlsbad, CA. ................ 280
K. "Electrical Conductivity in Reactively-Sputtered TiN" by W. Tsai, M. Delfino, J. A. Fair and D. T. Hodul; VARIAN; Palo Alto, CA. . 283
L. "A New Selective W-CVD Process Using Poly Si Glue Layer" by K. K. Choi, S. B. Hwang, H. L. Park, and C. G. Ko; HYUNDAI; Kyoungki-do, Korea. .......................... 286

M. "Semiconductor Process Considerations for Collimated Source Sputtering of Ti Films" by S. Meikle, S. Kim and T. Doan; MICRON; Boise, ID. .................................. 289
N. "The Reactivity of W-Ti and Al" by R.A. Wolters, E. T. Swart and B. G. Dirks; PHILIPS; The Netherlands. .............. 292
O. "Controlling the Properties of LPCVD Titanium Nitride" by J. T. Hillman and D. W. Studiner; MRC; Phoenix, AZ. .......... 295
P. "In-Situ Stress Measurement During the Formation of $TiSi_2$ in a Vacuum RTP-System" by H. Taddiken and J. Stache; UNIV.HANNOVER; Germany. .......................... 298
Q. "Kinetics of Intermetallic Formation in Free Standing Cu/Mg Multilayer Films" by B. Arcot and S. P. Murarka; R. P. I.; Troy, NY and L. A. Clevenger, J. M. E. Harper and C. Cabral, Jr.; IBM; Yorktown Heights, NY. ............................... 301
R. "Epitaxial $CoSi_2$/Si Contacts Formation Through Solid State Reaction of Co/Ti/Si" by B. Z. Li, P. Liu, Z. Sun, Z. G. Gu, W.N. Huang and G. B. Jiang; FUDAN UNIV.; Shanghai, China. ........ 304
S. "Properties of Ti/TiN Barrier Layers Deposited in a Single Wafer Sputtering System" by H. Wendt and J. Willer; SIEMENS; Munich, Germany; X.S. Guo and H. Gilboa; APPLIED MATERIALS; Santa Clara, CA. ............................... 307
T. "Characterization of Improved TiN Films by Controlled Divergence Sputtering" by J. van Gogh;VARIAN; Palo Alto, CA; T. Takayama; MITSUBISHI; J. Katsuki, TOKYO ELECTRON. ....... 310
U. "Effectiveness of Reactively Evaporated $TiSi_2$/TiN Diffusion Barriers in CMOS Devices" by G. Gagnon, J.F. Currie, J.L. Brebner, L. Ouellet and S. C. Gujrathi; UNIV.MONTREAL.; Montreal, Canada. ............................... 314
V. "Properties of Reactively Sputtered $RuO_2$ Films and Application to Diffusion Barrier Layer in Quarter-Micron Devices" by K. Sakiyama, S. Onishi, K. Ishihara, K. Orita; SHARP CORP; Nara, Japan and T. Kajiyama, N. Hosoda and T. Hara; HOSEI UNIV; Tokyo, Japan. .... 317
W. "A Platinum Silicide Schottky Technology for Advanced BiCMOS Processes" by R. C. Ellwanger, T. Setalvad, and K. Davis; SIGNETICS; Albuquerque, NM. ........................ 320

SESSION VI — 10:55 A.M.-12 Noon ........ 323
VLSI MULTILEVEL INTERCONNECTION
POSTER PAPER SESSION and EXHIBITION
Chairman: Dr. William R. Dawes, Jr.
SANDIA NATIONAL LABS
Albuquerque, NM

AWARDS LUNCHEON — 12-2:00 P.M. ........ 325

"The Semiconductor Research Corporation
(SRC) — From 1982 to 2002"
Larry W. Sumney ................. 327
President and C.E.O.
SEMICONDUCTOR RESEARCH CORP.
Research Triangle Park, NC

SESSION VII - 2:00-5:00 P.M. ............ 329
VLSI MULTILEVEL INTERCONNECTION
RELIABILITY ISSUES
Chairman: Dr. Ronald J. Schutz
AT&T BELL LABS / SEMATECH
Austin, TX

A. "Water Trapping Effect of Point Defects in Interlayer Plasma CVD $SiO_2$ Films" by J. Takahashi, K. Machida, N. Shimoyama and K. Minegishi; NTT LABS; Kanagawa, Japan. ............... 331
B. "Electromigration Properties of Electroless and CVD Cu Metallization" by H. K. Kang, J. S. H. Cho, I. Asano and S. S. Wong; STANFORD UNIV; Stanford, CA. .................. 337
C. "Effect of Barrier Metal, of Grain Size, and of Interface Cleanliness on Electromigration Performance of Via Chain" by N. D. Bui, V.H. Pham and J. T. Yue; AMD; Sunnyvale, CA. ............. 344
D. "A Study on Via Failure Mechanisms Using UHRAEM" by A. Isobe, M. Hiraki, and M. Shinohara; NEC CORP; Kanagawa, Japan .. 352
E. "The Effect of Copper Concentration on the Electromigration Lifetime of Layered Aluminum-Copper (Ti-AlCu-Ti) Metallurgy with Tungsten Diffusion Barrier" by R. G. Filippi, H.S. Rathore, K. A. Wachnik and D. Kruger; IBM CORP; Hopewell Junction, NY .... 359

F. "Electromigration Failu
   Structure to the VLSI C
   TAL EQUIP. CORP; Hud
G. "Correlation Between I
   Characteristics of PEC\ _ ~...~ ~ .....~ by B. van Schravendijk,
   A. S. Harrus, C. Roberts and G. Delgado; NOVELLUS; San Jose, CA. . . 372
H. "The Effect of Al Texture on Electromigration and A Barrier-
   Induced Failure Mechanism in Ti/TiN/Al-Si-Cu Metallization
   System" by H. Kawasaki, K.Y. Fu, F. Olowolafe, B. Boeck, M. Fer-
   nandes, V. Kaushik, and F. Pintchovski; MOTOROLA; Austin, TX; and
   D. Jawarni; UNIV OF TEXAS; Austin, TX. . . . . . . . . . . . . . . . 379
I. "Mechanisms for Solute Electromigration Hardening of Metals:
   A New Insight" by M. B. Small, D. A. Smith and C. K. Hu; IBM;
   Yorktown Heights, NY. . . . . . . . . . . . . . . . . . . . . . . 386

-- POSTER PAPERS -- . . . . . . . . . . . . . . . . . 393

J. "Low Energy Medium Frequency Enhanced Sputter Etching
   for ULSI Technology" by K. Wallerdieck, M. Lardon, P. Muralt, T.
   Achtnich and G. Strasser; BALZERS; Liechtenstein; N. Circelli, G.
   DeSanti, SGS-THOMSON; Agrate, Italy; K. Maex; IMEC; Leuven,
   Belgium; R. Wolters and J. Visser; PHILIPS; The Netherlands; H.
   Joswig; SIEMENS; Munich, Germany. . . . . . . . . . . . . . . . 395
K. "Reliability Issues of Metal-Line/Tungsten-Stud Overlap Areas"
   by L. A. Miller, G. L. Endicott and D. P. Bouldin; IBM CORP; Essex
   Jct., VT. . . . . . . . . . . . . . . . . . . . . . . . . . . 398
L. "Improvement of Aluminum Interconnect Reliability with In-
   creasing Thickness of Underlying TiW" by D. Pramanik, V. Jain and
   V. Choudhury; VLSI TECHNOLOGY; San Jose, CA. . . . . . . . . . . 401
M. "Wafer Level J-Constant EM Test of AlCuSi and AlCuSi/MoSi$_2$
   Using Joule-Heating by M. Harada and H. Katto; HITACHI; Tokyo,
   Japan. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 404
N. "Electromigration Resistance Versus Ti Thickness for Al-Cu-Si
   Metallization with Ti Barrier and with Rapid-Thermal-Annealed
   TiN Barrier" by K. Y. Fu, H. Kawasaki, J. O. Olowolafe and R. E.
   Pyle; MOTOROLA; Austin, TX. . . . . . . . . . . . . . . . . . . 407
O. "Single Crystal Precipitates on Al-2%Cu Films Sputtered at
   Elevated Temperatures" by H. Niwa, I. Yamaguchi, and H. Yagi;
   FUJITSU; Kawasaki, Japan. . . . . . . . . . . . . . . . . . . . 410
P. "Absolute Stress Control in Dielectric Films" by A. Kiermasz, K.
   Beekmann and N. Sharrock; ELECTROTECH; Bristol, England. . . . . 413
Q. "Impact of Inter-Metal Oxide Structures and Nitride Passivation
   on Hot Carrier Reliability of Sub-Micron MOS Devices" by V. Jain
   and D. Pramanik; VLSI TECHNOLOGY; San Jose, CA. . . . . . . . . 417
R. "Passivation Layer Charge-Induced Failure Mechanisms in 0.5
   µm CMOS Technology" by A. K. Stamper and S. L. Pennington;
   IBM CORP; Essex Jct, VT. . . . . . . . . . . . . . . . . . . . 420
S. "Dependence of Voids Formation on The Grain Size in Al Alloy
   Interconnects" by Y. Kawai and H. Onoda; OKI ELECTRIC; Tokyo,
   Japan. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 424
T. "Stresses in TEOS Based SiO$_2$ Films and Reliability of Multilevel
   Metallizations" by A. N. Saxena, K. Ramkumar and S. K. Ghosh;
   R.P.I.; Troy, NY. . . . . . . . . . . . . . . . . . . . . . . . 427
U. "A Further Look into the Distribution of Electromigration Dam-
   age in Single Layer Aluminum Films" by J. B. Mattila, M.W. Levi
   and L.H. Walsh; ROME LABS; Griffiss AFB; NY. . . . . . . . . . . 430
V. "On the Modelling and Scaling of Tungsten-Stud-Related
   Electromigration" by G. L. Endicott, L.A. Miller and D.P. Bouldin;
   IBM CORP; Essex Jct, VT. . . . . . . . . . . . . . . . . . . . 434

SESSION VIII . . . . . . . . . . . . . . . 439
VLSI MULTILEVEL INTERCONNECTION
TEST AND MODELLING

-- POSTER PAPERS --

A. "Simulation of Metal Line Failure by Electromigration Using a
   Monte Carlo Method" by T. Smy, S. S. Winterton; CARLETON
   UNIV; Ontario, Canada; and M.J. Brett; UNIV of ALBERTA; Alberta,
   Canada. . . . . . . . . . . . . . . . . . . . . . . . . . . . 441
B. "Analysis of Interconnect Delays and Joule Heating in ULSI
   Circuits" by S. Bothra, B. Rogers and M. Kellam; MCNC; Research
   Triangle Park, NC. . . . . . . . . . . . . . . . . . . . . . . 444
C. "PETEOS: Experiment and Simulation" by T. E. Zirkle, C.
   Drowley and W. G. Cowden; MOTOROLA; Mesa, AZ; and T S. Cale,
   and G. B. Raupp; ARIZONA STATE UNIV; Tempe, AZ. . . . . . . . . 447
D. "An Empirical Approach to Modelling of SOG Planarization"
   by W. Doedel and G. Schets; PHILIPS; The Netherlands. . . . . . 450
E. "VLSI Capacitance Calculation Using Modified Formulas" by P. J.
   Wright, J H. Chern and Y. C. Shih; TEXAS INSTRUMENTS;
   Dallas, TX. . . . . . . . . . . . . . . . . . . . . . . . . . 453
F. "High-Speed Capacitance and Inductance Extraction for Three-
   Dimensional Multilevel VLSI Interconnects" by Y L. LeCoz and
   R. B. Iverson; R. P. I.; Troy, NY. . . . . . . . . . . . . . . 456
G. "A Novel Ion Beam Analysis Technique for the Characterization
   of Multilayered Integrated Circuit Materials; Elastic Recoil Detec-
   tion-Time of Flight Measurements of BPSG" by G. Gagnon, J. L.
   Brebner and S C. Gujrathi; UNIV OF MONTREAL; A. Azelmad;
   MITEL; Quebec, Canada; and J. F. Currie; POLYTECH SCHOOL OF
   MONTREAL; Quebec, Canada. . . . . . . . . . . . . . . . . . . . 459
H. "Optimizing Argon Sputter Etch and Redeposition in ILD
   Gapfill Using Computer Simulation" by K. K. Lin, T. L. Tung,
   F.A. Leon, E. Andideh, B. J. Patterson K. Mack and F.
   Moghadam; INTEL; Santa Clara, CA. . . . . . . . . . . . . . . . 462

ulation of High Temperature Via Filling Using SIMBAD" by
   .hy; CARLETON UNIV; Ontario, Canada; S. Dew and M.J.
   .ett; UNIV OF ALBERTA; Alberta, Canada. . . . . . . . . . . . . _
J. "Characterization of A Lossy Transmission Line" by T.C. Wang;
   VLSI TECH; San Jose, CA. . . . . . . . . . . . . . . . . . . . _
K. "Surface Diffusion of Aluminum During Sputter Deposition" by
   T S. Cale and M. K. Jain; ARIZONA STATE UNIV; Tempe, AZ; and R.
   Duffin and C. Tracy; MOTOROLA; Mesa, AZ. . . . . . . . . . . . _
L. "Studies of the Lateral Diffusion of Water in Thin Films by
   FTIR Microscopy" by D. Anav, J. N. Cox, K. Hwang and D.
   Marer; INTEL; Santa Clara, CA. . . . . . . . . . . . . . . . . _
M. "A Microwave-Cavity Resonance Technique for Characterizing
   Dielectric Thin Films" by R. J. Gutmann, M. C. Heimlich, and S.
   Khan; R. P. I.; Troy, NY.. . . . . . . . . . . . . . . . . . . _

NINTH INTERNATIONAL
VLSI MULTILEVEL INTERCONNECTION
CONFERENCE

Wednesday, June 10, 1992

SESSION V

# POSTER PAPER SECTIONS

VLSI MULTILEVEL INTERCONNECTION
CONTACT AND VIA FILLING AND NOVEL STRUCTURES

# SELF-ALIGNED TIN FORMATION BY $N_2$ PLASMA BIAS TREATMENT OF $TiSi_x$

Kazuyoshi Kamoshida
NTT LSI Laboratories
3-1 Morinosato Wakamiya,
Atsugi-shi, Kanagawa, Japan.

## EXECUTIVE SUMMARY

This paper describes the self-aligned TiN formation process at low-temperature and the TiN film characteristics in application to the $TiSi_x$ contact regions of multilevel interconnections in VLSIs. It is found that a thermally stable barrier is achieved without mutual diffusion between $TiSi_x$ and Al.

## EXTENDED ABSTRACT

A new TiN formation technology has been developed. A nitrogen ($N_2$) plasma bias treatment is used in the self-aligning formation of TiN on $TiSi_x$ which has been prepared by selective CVD deposition to form silicide only on the diffused layers [1]. The advantage of $N_2$ plasma bias treatment over thermal nitriding treatment is that TiN formation can occur at a considerably lower substrate temperature, 350 °C compared to 550 °C - 950 °C [2]-[3].

Figure 1 shows the process flow of contat hole fabrication by the self-aligned TiN formation technology. Nitriding was performed in a $N_2$ atmosphere by using a multi-gun dc magnetron sputtering system with an RF etching station. There are fewer processing steps involved in $TiN/TiSi_x$ formation than in the thermal annealing method. The $N_2$ plasma bias treatment of $TiSi_x$ at a substrate temperature of 350 °C and -600V self-bias voltage for 5 min results in superior properties in barrier characteristics. According to SIMS profile measurement, the TiN thickness was about 10 nm.

Figure 2 shows the leakage current versus annealing temperature of the reverse biased $p^+$-n and $n^+$-p junction with the Al-2%Si/TiN/selective CVD $TiSi_x$/Si contact system. The results indicate that leakage current does not change even after annealing up to 500 °C for 30 min, and that it is approximately $1 \times 10^{-11}$ A. For the Al-2%Si/selective CVD $TiSi_x$/Si contact system without $N_2$ plasma bias treatment, interdiffusion between $TiSi_x$ and Al caused a contact hole edge even after annealing for 30 min at 400 °C. The formed TiN layer is also resistant to wet etch in diluted HF solution. The normalized sheet resistance versus etching time in 1% HF solution at 22 °C is plotted in Fig. 3. The $N_2$ bias treatment samples showed greater stability improvement than the films produced without the $N_2$ bias treatment of $TiSi_x$.

This low-temperature, self-aligned TiN formation technology, combined with selective CVD $TiSi_x$ deposition, makes it possible to form highly stable multilevel interconnections without any deteriorative problems such as interdiffusion reactions of Al to $TiSi_x$ and poor resistance to etching in diluted HF solution. In addition, the number of processing steps can be reduced.

## ACKNOWLEDGMENTS

The author would like to thank K. Saito for $TiSi_x$ CVD deposition, E. Arai and K. Minegishi for helpful discussions.

## REFERENCES

[1] K. Saito et al., Ext. Abstract 21st Conf. on Solid State Devices and Materials, Tokyo, 541 (1989).
[2] C. Y. Ting, J. Vac. Sci. Technol., vol. 21, 14 (1982)
[3] H. Kaneko et al., IEEE Trans. Electron Devices, vol. ED-33, 1702 (1986)



[Selective CVD deposition of TiSi$_x$]

Thickness: 40 nm



[N$_2$ plasma bias treatment]

Substrate temperature: 350 °C

Self-bias voltage: -600V

Treatment time: 5 min.



[Al deposition]

Thickness: 1 μm

Fig. 1. Process flow of contact hole fabrication by N$_2$ plasma bias treatment method.



Fig. 2. Leakage current of reverse biased n$^+$-p and p$^+$-n junction after 30 min. annealing.



Fig. 3. Sheet resistance vs etching time in 1%HF.