ROBERT T. HASLAM (Bar No. 71134)
rhaslam@cov.com
MICHAEL K. PLIMACK (Bar No. 133869)
mplimack@cov.com
CHRISTINE SAUNDERS HASKETT (Bar No. 188053)
chaskett@cov.com
SAMUEL F. ERNST (Bar No. 223963)
sernst@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

ALAN H. BLANKENHEIMER (Bar No. 218713)
ablankenheimer@cov.com
LAURA E. MUSCHAMP (Bar No. 228717)
lmuschamp@cov.com
JO DALE CAROTHERS (Bar No. 228703)
jcarothers@cov.com
COVINGTON & BURLING LLP
9191 Towne Centre Drive, 6th Floor
San Diego, CA 92122-1225
Telephone: (858) 678-1800
Facsimile: (858) 678-1600

Attorneys for Defendants and Counterclaimants SAMSUNG ELECTRONICS CO., LTD., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, LLC, SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, SAMSUNG TECHWIN CO., LTD., and SAMSUNG OPTO-ELECTRONICS AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., <br><br> Plaintiffs and Counterdefendants, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendants and Counterclaimants. | Case No. 3:08-CV-0986-SI <br><br> **DECLARATION OF JACK D. GRIMES IN OPPOSITION TO MOTION TO COMPEL** |

DECLARATION OF JACK D. GRIMES IN OPPOSITION TO MOTION TO COMPEL
CV-08-0986-SI

I, Jack D. Grimes, declare as follows:

1. My name is Jack D. Grimes, and I reside at 5025 Wine Cellar Drive, Sparks, NV 89436. I am an independent consultant. I have prepared this Declaration for consideration by the United States District Court for the District of Northern California. I am over eighteen years of age and I would otherwise be competent to testify as to the matters set forth herein if I am called upon to do so.

2. I have written this Declaration at the request of Samsung Electronics Co., Ltd. I have been retained by Samsung as an expert in this case. No part of my compensation is dependent upon the outcome of this case or any issue in it.

3. In making this declaration and in forming the opinions set forth herein, I rely on my personal knowledge and experience in the fields of electrical engineering and computer science and on documents and information referenced in this Declaration.

4. I earned B.S. and M.S. degrees in Electrical Engineering, and a Ph.D. degree in Electrical Engineering (with a minor in Computer Science), all from Iowa State University. I also earned an M.S. degree in Experimental Psychology from the University of Oregon. I have been active in several professional societies and have worked in the computer field for over thirty-five (35) years.

5. I have extensive practical experience in software engineering and development and have participated in and directed both small and large commercial software projects. I have also worked at Intel Corporation, where we developed graphics processors for personal computers. I have published over 40 conference and journal papers and have made hundreds of technical presentations around the world on object-oriented and other software technology.

6. I have testified at two jury trials, four ITC hearings, and two *Markman* hearings. I have also testified as an expert in dozens of depositions in the past four years. My expertise includes Computer Graphics, Ergonomics/Human Factors, Video Capture and Overlay Systems, Video display devices, User Interface Design, Video Graphics Architecture, Engineering Development Practices, and Software Development.

7. Details of my education and work experience are set forth in my curriculum vitae, which is attached as Appendix A.

8. I have read and am familiar with U.S. Patent No. 6,784,879 ("the '879 patent"), entitled "METHOD AND APPARATUS FOR PROVIDING CONTROL OF BACKGROUND VIDEO."

9. The patent purports to describe and claim a method and apparatus for controlling background video on a computer display. Specifically, the patent relates to a particular design for several features of a graphical user interface on a computer.

10. Several of the claims of the patent contain a limitation that the graphical user interface is generated by a "processing unit" using "programming instructions" that are stored in "memory."

11. For example, claim 14 provides:

> A video graphics processor comprising
>
> a processing unit; and
>
> memory that stores programming instructions that, when read by the processing unit, causes the processing unit to (a) detect selection of a video control icon, wherein the video control icon relates to live video that is being presented as a background on a display; (b) provide a control panel while the live video remain [sic] the background and an application that was in focus remains in focus when the video control icon has been selected; and (c) adjust at least one attribute of the live video based on an input received via the control panel, wherein the at least one attribute included: volume, mute, pause, rewind, and fast-forward.

12. This claim and several other claims of the '879 patent state that "programming instructions" are necessary to generate the claimed user interface elements. It is inherent in any system using a video graphics processor and its associated memory that programming instructions would be required to create user interface elements on a screen. Programming instructions are the only way for the video graphics processor to create graphics on the screen in these kinds of systems.

3

1 | I declare under penalty of perjury that the foregoing is true and correct and that this
2 | declaration was executed on this 24th day of February, 2009 at Washington, D.C.

By /s/ *Jack D. Grimes*
JACK D. GRIMES

DECLARATION OF JACK D. GRIMES IN OPPOSITION TO MOTION TO COMPEL
CV-08-0986-SI