ROBERT T. HASLAM (Bar No. 71134)
rhaslam@cov.com
MICHAEL K. PLIMACK (Bar No. 133869)
mplimack@cov.com
CHRISTINE SAUNDERS HASKETT (Bar No. 188053)
chaskett@cov.com
SAMUEL F. ERNST (Bar No. 223963)
sernst@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

ALAN H. BLANKENHEIMER (Bar No. 218713)
ablankenheimer@cov.com
LAURA E. MUSCHAMP (Bar No. 228717)
lmuschamp@cov.com
JO DALE CAROTHERS (Bar No. 228703)
jcarothers@cov.com
COVINGTON & BURLING LLP
9191 Towne Centre Drive, 6th Floor
San Diego, CA 92122-1225
Telephone: (858) 678-1800
Facsimile: (858) 678-1600

Attorneys for Defendants and Counterclaimants SAMSUNG ELECTRONICS CO., LTD., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, LLC, SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, SAMSUNG TECHWIN CO., LTD., and SAMSUNG OPTO-ELECTRONICS AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al.,<br><br>　　Plaintiffs and Counterdefendants,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>　　Defendants and Counterclaimants. | Case No. 3:08-CV-0986-SI<br><br>**DECLARATION OF SAMUEL F. ERNST IN OPPOSITION TO MOTION TO COMPEL** |

DECLARATION OF SAMUEL F. ERNST IN OPPOSITION TO
MOTION TO COMPEL
CV-08-0986-SI

| | |
|---|---|
| 1 | I, Samuel F. Ernst declare: |
| 2 | 1. I am an associate with the law firm of Covington Burling LLP, counsel to |
| 3 | Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., Samsung Austin Semiconductor, |
| 4 | LLC, Samsung Electronics America, Inc., Samsung Telecommunications America, LLC, |
| 5 | Samsung Techwin Co., Ltd., and Samsung Opto-Electronics America, Inc. (collectively |
| 6 | "Samsung") in the above-captioned matter. I make this declaration in support of Samsung's |
| 7 | letter in opposition to the request filed on February 17, 2009 by Plaintiffs and Counterdefendants |
| 8 | (collectively, "AMD") requesting an order compelling Samsung to produce firmware source |
| 9 | code for each of the approximately 7,095 televisions, cell phones, camcorders, and digital |
| 10 | camerasaccused by AMD in this litigation. I have personal knowledge of the facts set forth in |
| 11 | this declaration, and, if called as a witness, could and would testify thereto. |
| 12 | 2. Attached hereto as **Exhibit 1** is a true and correct copy of a letter from myself to |
| 13 | Andrew M. Kepper dated December 5, 2008. |
| 14 | 3. Attached hereto as **Exhibit 2** is a true and correct copy of a document produced |
| 15 | by Samsung in this litigation bearing Bates Numbers SAMAMD0245833 - SAMAMD0245956. |
| 16 | This is the user manual for the SC-HMX10 model camcorder accused by AMD in this litigation. |
| 17 | 4. Attached hereto as **Exhibit 3** is a true and correct copy of Exhibit W to AMD's |
| 18 | Preliminary Infringement Contentions, served on September 30, 2008. |
| 19 | I declare under penalty of perjury under the laws of the United States that the |
| 20 | foregoing is true and correct. Executed at San Francisco, California on February 24, 2009. |

By: /s/ *Samuel F. Ernst*
Samuel F. Ernst

SF: 116206-1

DECLARATION OF SAMUEL F. ERNST IN OPPOSITION TO MOTION TO COMPEL
CV-08-0986-SI

1