# EXHIBIT 3

Dockets.Justia.com

The following sets forth the plaintiffs' contentions regarding the manner in which the defendants' (collectively referred to as "Samsung") SC-HMX10 camcorder and camcorders that operate in a similar manner infringe U.S. Patent No. 6,784,879.

The plaintiffs' contentions are not limited to the Samsung camcorder depicted herein. Plaintiffs contend that all Samsung camcorder products having a structure and functions that are the same in all relevant aspects as the SC-HMX10 camcorder also infringe. The identification of all known Samsung camcorders is provided in the Product List served herewith. This Product List will be supplemented and completed by Samsung in proper response to AMD's interrogatories.

*Cited References:*
Samsung SC-HMX10/SC-HMX10A/SC-HMX10C High Definition Digital Camcorder User Manual

| Claim | Claim Element Text | Infringement Support |
|---|---|---|
| 11 | A video graphics processor comprising: | The Samsung SC-HMX10 Camcorder has a video graphics processor for displaying video images and for generating text and graphical overlays visible on the display screen:<br><br>• This HD camcorder records video in H.264 (MPEG4 part10/AVC) format and at High (HD-VIDEO) and Standard Resolution (SD-VIDEO).<br><br>SC-HMX10 User Manual at ix.<br><br>recording<br>• Movie images are compressed in H.264 (MPEG-4.AVC) format.<br><br>SC-HMX10 User Manual at 32.<br><br>playback<br>You can view recorded movie and photo images in thumbnail index view and play them in various ways.<br><br>SC-HMX10 User Manual at 38. |
| 11(a) | a processing unit; and | The video graphics processor in the Samsung SC-HMX10 includes a processing unit that executes instructions to provide at least portions of the visible display. |

| Claim | Claim Element Text | Infringement Support |
|-------|--------------------|----------------------|
| 11(b) | memory that stores programming instructions that, when read by the processing unit, causes the processing unit to | The video graphics processor in the Samsung SC-HMX10 obtains its programming instructions from memory that stores programming instructions which cause said processor to perform the documented and observed claim functions below. Based on industry practice, complex displays including icons and text are generated with programming instructions on a video graphics processor. |
| 11(b)(i) | (a) provide a video control icon that is visible on the display, wherein the video control icon relates to live video that is being presented as a background on a display; | The video graphics processor in the Samsung SC-HMX10 provides a video control icon such as the volume tab showing an image of a speaker that relates to live video that is being presented as a background on the display:<br><br><br><br>SC-HMX10 User Manual at 39. |

| Claim | Claim Element Text | Infringement Support |
|-------|--------------------|-----------------------|
|       |                    | **Adjusting the volume** <br> • Touch Volume (■) tab on the LCD screen. <br>   - You can control the volume by using decrease (■) or increase (■) tab on the LCD screen. <br>   - The level can be adjusted anywhere between 00 and 19. <br>   - You can do the same operation by using the remote control. ( ⌃/⌄ ) <br><br> • You can hear the recorded sound from the built-in speaker. <br> • If you close the LCD screen while playing, you will not hear the sound from the speaker. <br><br> SC-HMX10 User Manual at 39. <br><br> <br><br> SC-HMX10 User Manual at 19. |

| Claim | Claim Element Text | Infringement Support |
|-------|--------------------|----------------------|
| | | 16 Volume tab |
| | | SC-HMX10 User Manual at 19. |
| 11(b)(ii) | (b) detect selection of the video control icon; | The video graphics processor in the Samsung SC-HMX10 detects selection of the volume tab when the tab is touched on the LCD screen:<br><br>**Adjusting the volume**<br>• Touch Volume ( ) tab on the LCD screen.<br>  - You can control the volume by using decrease ( ) or increase ( ) tab on the LCD screen.<br>  - The level can be adjusted anywhere between 00 and 19.<br>  - You can do the same operation by using the remote control. ( ⌃/⌄ )<br><br>• You can hear the recorded sound from the built-in speaker.<br>• If you close the LCD screen while playing, you will not hear the sound from the speaker.<br><br>SC-HMX10 User Manual at 39. |

| Claim | Claim Element Text | Infringement Support |
|-------|-------------------|---------------------|
| 11(b)(iii) | (c) provide a control panel while the live video remains in the background and an application that was in focus remains in focus when the video control icon has been selected, wherein the control panel includes at least one of the following: a volume adjust icon, a mute icon, a pause icon, a rewind icon, and a fast-forward icon. | The video graphics processor in the Samsung SC-HMX10 provides a control panel with icons to adjust the volume while the live video remains in the background and an application, such as the battery meter or the time code, remains in focus, i.e. actively being displayed:<br><br><br><br>SC-HMX10 User Manual at 39.<br><br><br><br>SC-HMX10 User Manual at 39. |

| Claim | Claim Element Text | Infringement Support |
|-------|-------------------|---------------------|
| 13 | The video graphics processor of claim 11 comprises, within the memory, | See claim 11. |
| 13(a) | programming instructions that, when read by the processing unit, causes the processing unit to remove the control panel when another displayed element is selected. | The video graphics processor in the Samsung SC-HMX10 obtains its programming instructions from memory that stores programming instructions which cause said processor to perform the documented and observed claim functions below. Based on industry practice, complex displays including icons and text are generated with programming instructions on a video graphics processor. <br><br> When any of the displayed elements on the SC-HMX10 screen are selected while the volume control panel is open, the volume control panel is removed. |
| 14 | A video graphics processor comprising: | The Samsung SC-HMX10 Camcorder has a video graphics processor for displaying video images and for generating text and graphical overlays visible on the display screen: <br><br> • This HD camcorder records video in H.264 (MPEG4 part10/AVC) format and at High (HD-VIDEO) and Standard Resolution (SD-VIDEO). <br><br> SC-HMX10 User Manual at ix. <br><br> recording <br> • Movie images are compressed in H.264 (MPEG-4.AVC) format. <br><br> SC-HMX10 User Manual at 32. <br><br> playback <br> You can view recorded movie and photo images in thumbnail index view and play them in various ways. <br><br> SC-HMX10 User Manual at 38. |
| 14(a) | a processing unit; and | The video graphics processor in the Samsung SC-HMX10 includes a processing unit that executes instructions to provide at least portions of the visible display. |

| Claim | Claim Element Text | Infringement Support |
|-------|-------------------|---------------------|
| 14(b) | memory that stores programming instructions that, when read by the processing unit, causes the processing unit to | The video graphics processor in the Samsung SC-HMX10 obtains its programming instructions from memory that stores programming instructions which cause said processor to perform the documented and observed claim functions below. Based on industry practice, complex displays including icons and text are generated with programming instructions on a video graphics processor. |
| 14(b)(i) | (a) detect selection of a video control icon, wherein the video control icon relates to live video that is being presented as a background on a display; | The video graphics processor in the Samsung SC-HMX10 provides a video control icon such as the volume tab showing an image of a speaker that relates to live video that is being presented as a background on the display. The video graphics processor in the Samsung SC-HMX10 detects selection of the volume tab when the tab is touched on the LCD screen:<br><br><br><br>SC-HMX10 User Manual at 39. |

| Claim | Claim Element Text | Infringement Support |
|---|---|---|
|  |  | ## Adjusting the volume<br>• Touch Volume (▭) tab on the LCD screen.<br> - You can control the volume by using decrease (▭) or increase (▭) tab on the LCD screen.<br> - The level can be adjusted anywhere between 00 and 19.<br> - You can do the same operation by using the remote control. ( ⌃/⌄ )<br><br>• You can hear the recorded sound from the built-in speaker.<br>• If you close the LCD screen while playing, you will not hear the sound from the speaker.<br><br>SC-HMX10 User Manual at 39.<br><br><br><br>SC-HMX10 User Manual at 19. |

| Claim | Claim Element Text | Infringement Support |
|-------|-------------------|---------------------|
|  |  | |
|  |  | SC-HMX10 User Manual at 19. |
| 14(b)(ii) | (b) provide a control panel while the live video remain the background and an application that was in focus remains in focus when the video control icon has been selected; and | The video graphics processor in the Samsung SC-HMX10 provides a control panel with icons to adjust the volume while the live video remains in the background and an application, such as the battery meter or the time code, remains in focus, i.e. actively being displayed: SC-HMX10 User Manual at 39. |

| Claim | Claim Element Text | Infringement Support |
|-------|-------------------|---------------------|
| 14(b)(iii) | (c) adjust at least one attribute of the live video based on an input received via the control panel, wherein the at least one attribute included: volume, mute, pause, rewind, and fast-forward. | The video graphics processor in the Samsung SC-HMX10 can adjust the volume of the live video based on an input received through the touch screen: SC-HMX10 User Manual at 39. SC-HMX10 User Manual at 39. |

| Claim | Claim Element Text | Infringement Support |
|---|---|---|
| 16 | The video graphics processor of claim 14 further comprises, within the memory, | See claim 14. |
| 16(a) | programing instructions that, when read by the processing unit, causes the processing unit to remove the control panel when another displayed element is selected. | The video graphics processor in the Samsung SC-HMX10 obtains its programming instructions from memory that stores programming instructions which cause said processor to perform the documented and observed claim functions below. Based on industry practice, complex displays including icons and text are generated with programming instructions on a video graphics processor.<br><br>When any of the displayed elements on the SC-HMX10 screen are selected while the volume control panel is open, the volume control panel is removed. |
| 17 | A digital storage device that stores programming instructions that, when read by a processing unit, causes the processing unit to provide control of background video, the digital storage device comprises: | The Samsung SC-HMX10 Camcorder has a video graphics processor for displaying video images and for generating text and graphical overlays visible on the display screen:<br><br>• This HD camcorder records video in H.264 (MPEG4 part10/AVC) format and at High (HD-VIDEO) and Standard Resolution (SD-VIDEO).<br><br>SC-HMX10 User Manual at ix.<br><br>recording<br>• Movie images are compressed in H.264 (MPEG-4.AVC) format.<br><br>SC-HMX10 User Manual at 32.<br><br>playback<br>You can view recorded movie and photo images in thumbnail index view and play them in various ways.<br><br>SC-HMX10 User Manual at 38. |

| Claim | Claim Element Text | Infringement Support |
|-------|-------------------|---------------------|
| | | The video graphics processor in the Samsung SC-HMX10 obtains its programming instructions from memory that stores programming instructions which cause said processor to perform the documented and observed claim functions below, including providing control of background video. Based on industry practice, complex displays including icons and text are generated with programming instructions on a video graphics processor. |
| 17(a) | first storage means for storing programming instructions that, when read by the processing unit, causes the processing unit to provide a video control icon that is visible on the display, wherein the video control icon relates to live video that is being presented as a background on a display; | The video graphics processor in the Samsung SC-HMX10 obtains its programming instructions from memory that stores programming instructions which cause said processor to perform the documented and observed claim functions below. Based on industry practice, complex displays including icons and text are generated with programming instructions on a video graphics processor. The video graphics processor in the Samsung SC-HMX10 provides a video control icon such as the volume tab showing an image of a speaker that relates to live video that is being presented as a background on the display: SC-HMX10 User Manual at 39. |

| Claim | Claim Element Text | Infringement Support |
|-------|--------------------|----------------------|
|       |                    | **Adjusting the volume**<br>• Touch Volume ( ) tab on the LCD screen.<br>  - You can control the volume by using decrease ( ) or increase ( ) tab on the LCD screen.<br>  - The level can be adjusted anywhere between 00 and 19.<br>  - You can do the same operation by using the remote control. ( / )<br><br>• You can hear the recorded sound from the built-in speaker.<br>• If you close the LCD screen while playing, you will not hear the sound from the speaker.<br><br>SC-HMX10 User Manual at 39.<br><br><br><br>SC-HMX10 User Manual at 19. |

| Claim | Claim Element Text | Infringement Support |
|-------|--------------------|-----------------------|
| | | |
| | | SC-HMX10 User Manual at 19. |
| 17(b) | second storage means for storing programming instructions that, when read by the processing unit, causes the programming unit to detect selection of the video control icon; and | The video graphics processor in the Samsung SC-HMX10 obtains its programming instructions from memory that stores programming instructions which cause said processor to perform the documented and observed claim functions below. Based on industry practice, complex displays including icons and text are generated with programming instructions on a video graphics processor. |
| | | The video graphics processor in the Samsung SC-HMX10 detects selection of the volume tab when the tab is touched on the LCD screen: |
| | | |
| | | SC-HMX10 User Manual at 39. |

| Claim | Claim Element Text | Infringement Support |
|-------|--------------------|----------------------|
| 17(c) | third storage means for storing programming instructions that, when read by the processing unit, causes the processing unit to provide a control panel while the live video remains in the background and an application that was in focus remains in focus when the video control icon has been selected. | The video graphics processor in the Samsung SC-HMX10 obtains its programming instructions from memory that stores programming instructions which cause said processor to perform the documented and observed claim functions below. Based on industry practice, complex displays including icons and text are generated with programming instructions on a video graphics processor. The video graphics processor in the Samsung SC-HMX10 provides a control panel with icons to adjust the volume while the live video remains in the background and an application, such as the battery meter or the time code, remains in focus, i.e. actively being displayed: SC-HMX10 User Manual at 39. |

| Claim | Claim Element Text | Infringement Support |
|-------|-------------------|---------------------|
|       |                   | **Adjusting the volume**<br>• Touch Volume (▭) tab on the LCD screen.<br>  - You can control the volume by using decrease (▭) or increase (▭) tab on the LCD screen.<br>  - The level can be adjusted anywhere between 00 and 19.<br>  - You can do the same operation by using the remote control. ( ⊘/⊘ )<br><br>  • You can hear the recorded sound from the built-in speaker.<br>  • If you close the LCD screen while playing, you will not hear the sound from the speaker.<br><br>SC-HMX10 User Manual at 39. |

| Claim | Claim Element Text | Infringement Support |
|-------|-------------------|---------------------|
| 18 | The digital storage device of claim 17 further comprises | See claim 17. |
| 18(a) | means for storing programming instructions that, when read by the processing unit, causes the processing unit to provide, as the control panel, at least one of: volume adjust icon, mute icon, pause icon, rewind icon, and fast-forward icon. | "Means for storing programming instructions" is subject to 35 U.S.C. § 112, ¶ 6. The function is "storing programming instructions." Computer memory corresponds to this function. *See* '879 at col. 2, ll. 53-60 ("The memory stores the programming instructions relating to the operations depicted in FIGS. 3 and 4."); Figure 2.<br><br>The video graphics processor in the Samsung SC-HMX10 obtains its programming instructions from memory that stores programming instructions which cause said processor to perform the documented and observed claim functions below. Based on industry practice, complex displays including icons and text are generated with programming instructions on a video graphics processor.<br><br>The video graphics processor in the Samsung SC-HMX10 provides a control panel with icons to adjust the volume while the live video remains in the background and an application, such as the battery meter or the time code, remains in focus, i.e. actively being displayed:<br><br><br><br>SC-HMX10 User Manual at 39. |

| Claim | Claim Element Text | Infringement Support |
|-------|--------------------|----------------------|
|       |                    | **Adjusting the volume**<br>• Touch Volume (▣) tab on the LCD screen.<br>　- You can control the volume by using decrease (▣) or increase (▣) tab on the LCD screen.<br>　- The level can be adjusted anywhere between 00 and 19.<br>　- You can do the same operation by using the remote control. ( ⊙/⊙ )<br><br>　　• You can hear the recorded sound from the built-in speaker.<br>　　• If you close the LCD screen while playing, you will not hear the sound from the speaker.<br><br>SC-HMX10 User Manual at 39. |

| Claim | Claim Element Text | Infringement Support |
|-------|--------------------|----------------------|
| 19 | The digital storage device of claim 17 further comprises | See claim 17. |
| 19(a) | means for storing programming instructions that, when read by the processing unit, causes the processing unit to provide, as the control panel, at least one of: volume adjust icon, mute icon, channel up icon, channel down icon, numerical channel display, and alpha-numeric channel display. | "Means for storing programming instructions" is subject to 35 U.S.C. § 112, ¶ 6. The function is "storing programming instructions." Computer memory corresponds to this function. *See* '879 at col. 2, ll. 53-60 ("The memory stores the programming instructions relating to the operations depicted in FIGS. 3 and 4."); Figure 2. <br><br> The video graphics processor in the Samsung SC-HMX10 obtains its programming instructions from memory that stores programming instructions which cause said processor to perform the documented and observed claim functions below. Based on industry practice, complex displays including icons and text are generated with programming instructions on a video graphics processor. <br><br> The video graphics processor in the Samsung SC-HMX10 provides a control panel with icons to adjust the volume while the live video remains in the background and an application, such as the battery meter or the time code, remains in focus, i.e. actively being displayed: <br><br> <br><br> SC-HMX10 User Manual at 39. |

| Claim | Claim Element Text | Infringement Support |
|-------|--------------------|----------------------|
| 20 | The digital storage device of claim 17 further comprises | See claim 17. |
| 20(a) | means for storing programming instructions that, when read by the processing unit, causes the processing unit to remove the control panel when another displayed element is selected. | "Means for storing programming instructions" is subject to 35 U.S.C. § 112, ¶ 6. The function is "storing programming instructions." Computer memory corresponds to this function. *See* '879 at col. 2, ll. 53-60 ("The memory stores the programming instructions relating to the operations depicted in FIGS. 3 and 4."); Figure 2. |
| | | The video graphics processor in the Samsung SC-HMX10 obtains its programming instructions from memory that stores programming instructions which cause said processor to perform the documented and observed claim functions below. Based on industry practice, complex displays including icons and text are generated with programming instructions on a video graphics processor. |
| | | When any of the displayed elements on the SC-HMX10 screen are selected while the volume control panel is open, the volume control panel is removed. |

| Claim | Claim Element Text | Infringement Support |
|-------|-------------------|---------------------|
| 21 | A digital storage device that stores programming instructions tat, when read by a processing unit, causes the processing unit to provide control of background video, the digital storage device comprises: | The Samsung SC-HMX10 Camcorder has a video graphics processor for displaying video images and for generating text and graphical overlays visible on the display screen:<br><br>• This HD camcorder records video in H.264 (MPEG4 part10/AVC) format and at High (HD-VIDEO) and Standard Resolution (SD-VIDEO).<br><br>SC-HMX10 User Manual at ix.<br><br>recording<br>• Movie images are compressed in H.264 (MPEG-4.AVC) format.<br><br>SC-HMX10 User Manual at 32.<br><br>playback<br>You can view recorded movie and photo images in thumbnail index view and play them in various ways.<br><br>SC-HMX10 User Manual at 38.<br><br>The video graphics processor in the Samsung SC-HMX10 obtains its programming instructions from memory that stores programming instructions which cause said processor to perform the documented and observed claim functions below, including providing control of background video. Based on industry practice, complex displays including icons and text are generated with programming instructions on a video graphics processor. |
| 21(a) | first storage means for storing programming instructions that, when read by the processing unit, causes the processing unit to detect selection of a video control icon, wherein the video | The video graphics processor in the Samsung SC-HMX10 obtains its programming instructions from memory that stores programming instructions which cause said processor to perform the documented and observed claim functions below. Based on industry practice, complex displays including icons and text are generated with programming instructions on a video graphics processor. |

| Claim | Claim Element Text | Infringement Support |
|-------|-------------------|---------------------|
| | control icon relates to live video that is being presented as a background on a display; | The video graphics processor in the Samsung SC-HMX10 provides a video control icon such as the volume tab showing an image of a speaker that relates to live video that is being presented as a background on the display. The video graphics processor in the Samsung SC-HMX10 detects selection of the volume tab when the tab is touched on the LCD screen:<br><br><br><br>SC-HMX10 User Manual at 39.<br><br><br><br>SC-HMX10 User Manual at 39. |

| Claim | Claim Element Text | Infringement Support |
|-------|--------------------|----------------------|
|       |                    | <br><br>SC-HMX10 User Manual at 19.<br><br>SC-HMX10 User Manual at 19. |

| Claim | Claim Element Text | Infringement Support |
|-------|--------------------|----------------------|
| 21(b) | second storage means for storing programming instructions that, when read by the processing unit, causes the processing unit to provide a control panel while the live video remains in the background and an application that was in focus remains in focus when the video control icon has been selected; and | The video graphics processor in the Samsung SC-HMX10 obtains its programming instructions from memory that stores programming instructions which cause said processor to perform the documented and observed claim functions below. Based on industry practice, complex displays including icons and text are generated with programming instructions on a video graphics processor. The video graphics processor in the Samsung SC-HMX10 provides a control panel with icons to adjust the volume while the live video remains in the background and an application, such as the battery meter or the time code, remains in focus, i.e. actively being displayed: SC-HMX10 User Manual at 39. |

| Claim | Claim Element Text | Infringement Support |
|-------|-------------------|---------------------|
| 21(c) | second storage means for storing programming instructions that, when read by the processing unit, causes the processing unit to adjust at least one attribute of the live video based on an input received via the control panel. | "Second storage means" is recited twice in claim 21 due to a drafting error. One of ordinary skill in the art would recognize that this element should recite a "third storage means" as recited in claim 17. The video graphics processor in the Samsung SC-HMX10 obtains its programming instructions from memory that stores programming instructions which cause said processor to perform the documented and observed claim functions below. Based on industry practice, complex displays including icons and text are generated with programming instructions on a video graphics processor. The video graphics processor in the Samsung SC-HMX10 can adjust the volume of the live video based on an input received through the touch screen: SC-HMX10 User Manual at 39. |

| Claim | Claim Element Text | Infringement Support |
|---|---|---|
| | | **Adjusting the volume**<br>• Touch Volume ( ) tab on the LCD screen.<br>  - You can control the volume by using decrease ( ) or increase ( ) tab on the LCD screen.<br>  - The level can be adjusted anywhere between 00 and 19.<br>  - You can do the same operation by using the remote control. ( / )<br><br>  • You can hear the recorded sound from the built-in speaker.<br>  • If you close the LCD screen while playing, you will not hear the sound from the speaker.<br><br>SC-HMX10 User Manual at 39. |

| Claim | Claim Element Text | Infringement Support |
|-------|--------------------|-----------------------|
| 22 | The digital storage device of claim 21 further comprises | See claim 21. |
| 22(a) | means for storing programming instructions that, when read by the processing unit, causes the processing unit to adjust the at least one attribute by adjusting at least one of: volume, mute, pause, rewind, and fast-forward. | "Means for storing programming instructions" is subject to 35 U.S.C. § 112, ¶ 6. The function is "storing programming instructions." Computer memory corresponds to this function. *See* '879 at col. 2, ll. 53-60 ("The memory stores the programming instructions relating to the operations depicted in FIGS. 3 and 4."); Figure 2.<br><br>The video graphics processor in the Samsung SC-HMX10 obtains its programming instructions from memory that stores programming instructions which cause said processor to perform the documented and observed claim functions below. Based on industry practice, complex displays including icons and text are generated with programming instructions on a video graphics processor.<br><br>The video graphics processor in the Samsung SC-HMX10 can adjust the volume of the live video based on an input received through the touch screen:<br><br><br><br>SC-HMX10 User Manual at 39. |

| Claim | Claim Element Text | Infringement Support |
|-------|-------------------|---------------------|
|       |                   | **Adjusting the volume**<br>• Touch Volume ( ▣ ) tab on the LCD screen.<br>  - You can control the volume by using decrease ( ▣ ) or increase ( ▣ ) tab on the LCD screen.<br>  - The level can be adjusted anywhere between 00 and 19.<br>  - You can do the same operation by using the remote control. ( ⊘/⊘ )<br><br>  • You can hear the recorded sound from the built-in speaker.<br>  • If you close the LCD screen while playing, you will not hear the sound from the speaker.<br><br>SC-HMX10 User Manual at 39. |

| Claim | Claim Element Text | Infringement Support |
|-------|--------------------|----------------------|
| 23 | The digital storage device of claim 21 further comprises | See claim 21. |
| 23(a) | means for storing programming instructions that, when read by the processing unit, causes the processing unit to adjust the at least one attribute by adjusting at least one of: volume, mute, channel up, and channel down. | "Means for storing programming instructions" is subject to 35 U.S.C. § 112, ¶ 6. The function is "storing programming instructions." Computer memory corresponds to this function. *See* '879 at col. 2, ll. 53-60 ("The memory stores the programming instructions relating to the operations depicted in FIGS. 3 and 4."); Figure 2.<br><br>The video graphics processor in the Samsung SC-HMX10 obtains its programming instructions from memory that stores programming instructions which cause said processor to perform the documented and observed claim functions below. Based on industry practice, complex displays including icons and text are generated with programming instructions on a video graphics processor.<br><br>The video graphics processor in the Samsung SC-HMX10 can adjust the volume of the live video based on an input received through the touch screen:<br><br><br><br>SC-HMX10 User Manual at 39. |

| Claim | Claim Element Text | Infringement Support |
|-------|-------------------|---------------------|
| | | **Adjusting the volume**<br>• Touch Volume ( ) tab on the LCD screen.<br>  - You can control the volume by using decrease ( ) or increase ( ) tab on the LCD screen.<br>  - The level can be adjusted anywhere between 00 and 19.<br>  - You can do the same operation by using the remote control. ( / )<br>  • You can hear the recorded sound from the built-in speaker.<br>  • If you close the LCD screen while playing, you will not hear the sound from the speaker.<br><br>SC-HMX10 User Manual at 39. |
| 24 | The digital storage device of claim 21 further comprises | See claim 21. |
| 24(a) | means for storing programming instructions that, when read by the processing unit, causes the processing unit to remove the control panel when another displayed element is selected. | "Means for storing programming instructions" is subject to 35 U.S.C. § 112, ¶ 6.  The function is "storing programming instructions."  Computer memory corresponds to this function.  *See* '879 at col. 2, ll. 53-60 ("The memory stores the programming instructions relating to the operations depicted in FIGS. 3 and 4."); Figure 2.<br><br>The video graphics processor in the Samsung SC-HMX10 obtains its programming instructions from memory that stores programming instructions which cause said processor to perform the documented and observed claim functions below. Based on industry practice, complex displays including icons and text are generated with programming instructions on a video graphics processor.<br><br>When any of the displayed elements on the SC-HMX10 screen are selected while the volume control panel is open, the volume control panel is removed. |