ROBERT T. HASLAM (Bar No. 71134)
rhaslam@cov.com
MICHAEL K. PLIMACK (Bar No. 133869)
mplimack@cov.com
CHRISTINE SAUNDERS HASKETT (Bar No. 188053)
chaskett@cov.com
SAMUEL F. ERNST (Bar No. 223963)
sernst@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

ALAN H. BLANKENHEIMER (Bar No. 218713)
ablankenheimer@cov.com
LAURA E. MUSCHAMP (Bar No. 228717)
lmuschamp@cov.com
JO DALE CAROTHERS (Bar No. 228703)
jcarothers@cov.com
COVINGTON & BURLING LLP
9191 Towne Centre Drive, 6th Floor
San Diego, CA 92122-1225
Telephone: (858) 678-1800
Facsimile: (858) 678-1600

Attorneys for Defendants and Counterclaimants SAMSUNG ELECTRONICS CO., LTD., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, LLC, SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, SAMSUNG TECHWIN CO., LTD., and SAMSUNG OPTO-ELECTRONICS AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., <br><br> Plaintiffs and Counterdefendants, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendants and Counterclaimants. | CASE NO. 3:08-CV-0986-SI <br><br> **SAMSUNG'S CORRECTED NOTICE OF MOTION FOR LEAVE TO AMEND ITS PRELIMINARY INVALIDITY CONTENTIONS** <br><br> DATE: April 3, 2009 <br> TIME: 9:00 a.m. <br> COURTROOM: 10, 19th Floor <br> JUDGE: The Honorable Susan Illston |

# CORRECTED NOTICE OF MOTION

TO PLAINTIFF AND COUNTERDEFENDANTS ADVANCED MICRO DEVICES, INC. AND ATI TECHNOLOGIES, ULC (COLLECTIVELY "AMD") AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE, that on April 3, 2009 at 9:00 a.m., in the courtroom of the Honorable Susan Illston, or at such date and time as the Court may otherwise direct, Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc., Samsung Telecommunications America, LLC, Samsung Techwin Co., Ltd., and Samsung Opto-Electronics America, Inc. (collectively "Samsung") will and hereby do move for leave to amend their Preliminary Invalidity Contentions, pursuant to Patent L.R. 3-7. Samsung requests that the Court grant it permission to serve on AMD the Second Amended Preliminary Invalidity Contentions attached as Exhibit 1 to the Declaration of Christine Saunders Haskett in Support of Samsung's Motion for Leave to Amend its Preliminary Invalidity Contentions (Dkt. No. 105).

This motion is based on this Corrected Notice of Motion, the Memorandum of Points and Authorities (Dkt. No. 104), on the Declaration of Christine Saunders Haskett (Dkt. No. 105), and on such other materials or oral argument as the Court may permit.

DATED: February 24, 2009        COVINGTON & BURLING LLP

By: */s/ Christine Saunders Haskett*
       CHRISTINE SAUNDERS HASKETT

Attorneys for Defendants and Counterclaimants
SAMSUNG ELECTRONICS CO., LTD., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, LLC, SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, SAMSUNG TECHWIN CO., LTD., and SAMSUNG OPTO-ELECTRONICS AMERICA, INC.

SF: 116254-1