William H. Manning (*pro hac vice*)
E-mail: WHManning@rkmc.com
Brad P. Engdahl (*pro hac vice*)
E-mail: BPEngdahl@rkmc.com
Aaron R. Fahrenkrog (*pro hac vice*)
E-mail: ARFahrenkrog@rkmc.com
**Robins, Kaplan, Miller & Ciresi L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181

Attorneys for Plaintiffs and Counterdefendants Advanced Micro Devices, Inc., et al.

Robert T. Haslam (Bar No. 71134)
E-mail: Rhaslam@cov.com
**Covington & Burling LLP**
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: 650-632-4700
Facsimile: 650-632-4800

Christine Saunders Haskett (Bar No. 188053)
E-mail: Chaskett@cov.com
Samuel F. Ernst (Bar No. 223963)
E-mail: Sernst@cov.com
**Covington & Burling LLP**
One Front Street
San Francisco, CA 94111
Telephone: 415-591-6000
Facsimile: 415-591-6091

Attorneys for Defendants and Counterclaimants Samsung Electronics Co., Ltd., et al.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>Defendants. | Case. No. CV-08-0986-SI<br><br>**STIPULATION REGARDING INFRINGEMENT PROOF FOR U.S. PATENT NO. 6,784,879**<br><br>**[Civil L.R. 7-12]** |

Advanced Micro Devices, Inc. and ATI Technologies, ULC (collectively "AMD"), and Samsung Electronics Co., Ltd.; Samsung Semiconductor, Inc.; Samsung Austin Semiconductor, LLC; Samsung Electronics America, Inc.; Samsung Telecommunications America, LLC; Samsung Techwin Co., Ltd.; and Samsung Opto-Electronics America, Inc. (collectively "Samsung") jointly submit this Stipulation regarding the existence of certain claim elements from U.S. Patent No. 6,784,879, asserted by AMD, in consumer products sold by Samsung. The terms

Dockets.Justia.com

"Television," "Cell Phone," "Camcorder," and "Digital Camera" refer to those products that Samsung has imported, sold, or offered for sale in the United States on or after February 19, 2008.

This Stipulation shall apply only to this case, captioned *Advanced Micro Devices, Inc., et al. v. Samsung Electronics Co., Ltd., et al.,* Case No. CV-08-0986-SI.

Pursuant to Civil Local Rule 7-12, IT IS HEREBY STIPULATED AND AGREED, by and between AMD and Samsung that:

1. Each Television, Cell Phone, Camcorder, and Digital Camera contains "a processing unit" as recited in claims 11-24 of U.S. Patent No. 6,784,879.

2. Each Television, Cell Phone, Camcorder, and Digital Camera contains "memory that stores programming instructions" as recited in claims 11-16 of U.S. Patent No. 6,784,879.

3. Each Television, Cell Phone, Camcorder, and Digital Camera contains "first," "second," and "third" "storage means for storing programming instructions" as recited in claims 17-24 of U.S. Patent No. 6,784,879.

4. The "processing unit" in each Television, Cell Phone, Camcorder, and Digital Camera provides graphical user interface operations by reading "programming instructions" stored in a "memory" or "storage means," as recited in claims 11-24 of U.S. Patent No. 6,784,879.

5. Each Television, Cell Phone, Camcorder, and Digital Camera contains "programming instructions" that cause the "processing unit" to provide "live video that is being presented as a background on a display" as recited in claims 11-24 of U.S. Patent No. 6,784,879.

6. If the "programming instructions" in each Television, Cell Phone, Camcorder, and Digital Camera cause the "processing unit" to simultaneously provide a "video control icon" and "live video that is being presented on a display," then the "video control icon relates to" that "live video" as recited in claims 11-24 of U.S. Patent No. 6,784,879.

7. Each Television, Cell Phone, Camcorder, and Digital Camera that contains "programming instructions" that cause the "processing unit" to display a "video control icon" also contains "programming instructions" that cause the "processing unit" to "detect selection of the video control icon" as recited in claims 11-24 of U.S. Patent No. 6,784,879.

8. If the "programming instructions" in each Television, Cell Phone, Camcorder, and Digital Camera cause the "processing unit" to simultaneously provide a "control panel" and "live video that is being presented as a background on a display," then the "processing unit" provides the "control panel" "while the live video remains in the background," as recited in claims 11-24 of U.S. Patent No. 6,784,879.

9. Each Television, Cell Phone, Camcorder, and Digital Camera that contains "programming instructions" that cause the "processing unit" to display a "control panel" also contains "programming instructions" that cause the "processing unit" to "remove the control panel when another displayed element has been selected" as recited in claims 13, 16, 20, and 24 of U.S. Patent No. 6,784,879.

10. Each Television, Cell Phone, Camcorder, and Digital Camera that contains "programming instructions" that cause the "processing unit" to display a "control panel" also contains "programming instructions" that cause the "processing unit" to "adjust at least one attribute of the live video based on an input received via the control panel" as recited in claims 14-16 and 21-24 of U.S. Patent No. 6,784,879.

11. If the user manual for a Television, Cell Phone, Camcorder, or Digital Camera does not contain screen shots of the user interface for controlling video, that product infringes claims 11-24 of U.S. Patent No. 6,784,879.

DATED: February 25, 2009      **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:_____
    William H. Manning
    Aaron R. Fahrenkrog

**ATTORNEYS FOR ADVANCED MICRO DEVICES, INC. AND ATI TECHNOLOGIES, ULC**

| | |
|---|---|
| DATED: February 25, 2009 | **COVINGTON & BURLING LLP** |
| | By:_____ |
| | Robert T. Haslam |
| | Christine Saunders Haskett |
| | Samuel F. Ernst |
| | **ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG AUSTIN SEMICONDUCTOR, LLC; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; SAMSUNG TECHWIN CO., LTD.; AND SAMSUNG OPTO-ELECTRONICS AMERICA, INC.** |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

February __, 2009      _____
                       Honorable Susan Illston
                       United States District Judge