

1  William H. Manning (*pro hac vice*)
   E-mail: WHManning@rkmc.com
2  Brad P. Engdahl (*pro hac vice*)
   E-mail: BPEngdahl@rkmc.com
3  Aaron R. Fahrenkrog (*pro hac vice*)
   E-mail: ARFahrenkrog@rkmc.com
4  **Robins, Kaplan, Miller & Ciresi L.L.P.**
   2800 LaSalle Plaza
5  800  LaSalle Avenue
   Minneapolis, MN  55402
6  Telephone:  612-349-8500
   Facsimile:  612-339-4181
7
   Attorneys for Plaintiffs and
8  Counterdefendants Advanced Micro
   Devices, Inc., et al.
9

10

11                     UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13

14  ADVANCED MICRO DEVICES, INC., et            Case. No.  CV-08-0986-SI
    al.,
15                                              **CERTIFICATE OF SERVICE**
                    Plaintiffs,
16
          v.
17
    SAMSUNG ELECTRONICS CO., LTD.,
18  et al.,

19                  Defendants.

20

21        I hereby certify that on February 25, 2009, I electronically filed AMD's letter and

22  enclosures requesting leave to file the Declaration of Andrew Wolfe in Support of AMD's

23  Motion to Compel Production of Samsung Source Code, with the Clerk of Court using the

24  CM/ECF system, which will send notice of such filing to the following attorneys:

25  Robert T. Haslam, Esq.
    E-mail: rhaslam@cov.com
26
    Michael K. Plimack, Esq.
27  E-Mail: mplimack@cov.com

28

    Case No. CV-08-0986-SI                                        CERTIFICATE OF SERVICE

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

Christine Saunders Haskett, Esq.
E-mail: chaskett@cov.com

Alan Blankenheimer, Esq.
E-mail: ablankenheimer@cov.com

DATED:  February 25, 2009

Aaron R. Fahrenkrog (*pro hac vice*)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Ave.
Minneapolis, MN 55402-2015
Phone: (612) 349-8500
Facsimile: (612) 339-4181
E-mail: ARFahrenkrog@rkmc.com

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS