**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

---------------------------------------------------------x

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., | : |
| Plaintiff, | : Case No. CV-08-0986-SI |
| v. | : |
| SAMSUNG ELECTRONICS CO., LTD., et al., | : |
| Defendants. | : |

**CERTIFICATE OF SERVICE**

I, Logan J. Drew, hereby certify that on February 27, 2009, I electronically filed AMD's Motion to Compel Discovery and [Proposed] Order, with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following attorneys:

| | |
|---|---|
| Robert T. Haslam, Esq.<br>E-mail: rhaslam@cov.com | Michael K. Plimack, Esq.<br>E-mail: mplimack@cov.com |
| Alan Blankenheimer, Esq.<br>E-mail: ablankenheimer@cov.com | Christine Saunders Haskett, Esq.<br>E-mail: chaskett@cov.com |

   /s/ Logan J. Drew
Logan Drew (*pro hac vice*)
ROBINS, KAPLAN, MILLER & CIRESI LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402-2015
Phone: (612) 349-8500
Facsimile: (612) 339-4181
Email: ljdrew@rkmc.com