| | |
|---|---|
| William H. Manning (*pro hac vice*)<br>E-mail: WHManning@rkmc.com<br>Brad P. Engdahl (*pro hac vice*)<br>E-mail: BPEngdahl@rkmc.com<br>Samuel L. Walling (*pro hac vice*)<br>E-mail: SLWalling@rkmc.com<br>**Robins, Kaplan, Miller & Ciresi L.L.P.**<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402<br>Telephone: 612-349-8500<br>Facsimile: 612-339-4181 | Robert T. Haslam (Bar No. 71134)<br>E-mail: Rhaslam@cov.com<br>**Covington & Burling LLP**<br>333 Twin Dolphin Drive, Suite 700<br>Redwood Shores, CA 94065<br>Telephone: 650-632-4700<br>Facsimile: 650-632-4800<br><br>Christine Saunders Haskett (Bar No. 188053)<br>E-mail: Chaskett@cov.com<br>**Covington & Burling LLP**<br>One Front Street<br>San Francisco, CA 94111<br>Telephone: 415-591-6000<br>Facsimile: 415-591-6091 |
| Attorneys for Plaintiffs and Counterdefendants Advanced Micro Devices, Inc., et al. | Attorneys for Defendants and Counterclaimants Samsung Electronics Co., Ltd., et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>    Defendants. | Case. No. CV-08-0986-SI<br><br>**STIPULATION REGARDING TIME FOR AMENDMENT OF PLEADINGS**<br><br>**[Civil L.R. 7-12]** |

Advanced Micro Devices, Inc. and ATI Technologies, ULC (collectively, "AMD"), and Samsung Electronics Co., Ltd.; Samsung Semiconductor, Inc.; Samsung Austin Semiconductor, LLC; Samsung Electronics America, Inc.; Samsung Telecommunications America, LLC; Samsung Techwin Co., Ltd.; and Samsung Opto-Electronics America, Inc. (collectively, "Samsung") jointly submit this Stipulation regarding the extension of a previously agreed-upon deadline for the amendment of pleadings.

1  The Joint Case Management Statement And [Proposed] Order filed by the parties on May 20, 2008, and the Subsequent Joint Case Management Statement And [Proposed] Order filed by the parties on January 13, 2009 proposed that the last day to amend the pleadings be February 27, 2009.

The parties are continuing to meet and confer regarding proposed amendments to the initial pleadings in this case.

The Court's scheduling orders have not set a deadline for the amendment of pleadings.

Pursuant to Civil Local Rule 7-12, IT IS HEREBY STIPULATED AND AGREED, by and between AMD and Samsung that:

1. The last day for a party to amend its pleadings shall be March 11, 2009.

2. Any party seeking leave to amend its pleadings after March 11, 2009 shall first be required to show good cause for modifying the schedule pursuant to Federal Rule of Civil Procedure 16(b).

3. Any motions for leave to amend pleadings filed on or before March 11, 2009 shall be deemed to be made within the Court's schedule and shall not be subject to the good cause standard of Federal Rule of Civil Procedure 16(b).

4. In the event any party moves for leave to amend its pleadings, a party opposing that motion shall not argue that the extension of time contemplated by this Stipulation constitutes or contributes to a prejudicial delay in seeking leave to amend by the moving party.

DATED: February 27, 2009        **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: /s/ William H. Manning
    William H. Manning
    Samuel L. Walling

**ATTORNEYS FOR ADVANCED MICRO DEVICES, INC. AND ATI TECHNOLOGIES, ULC**

| | | |
|---|---|---|
| 1 | DATED: February 27, 2009 | **COVINGTON & BURLING LLP** |
| 2 | | |
| 3 | | By: __/s Christine Saunders Haskett____ |
| 4 | | Robert T. Haslam<br>Christine Saunders Haskett |
| 5 | | |
| 6 | | **ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG AUSTIN SEMICONDUCTOR, LLC; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; SAMSUNG TECHWIN CO., LTD.; AND SAMSUNG OPTO-ELECTRONICS AMERICA, INC.** |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

_____, 2009                    _____/s/ Susan Illston_____
                                    Honorable Susan Illston
                                    United States District Judge

**ECF CERTIFICATION**

    I, Christine Saunders Haskett, am the ECF User whose identification and password are being used to file this Stipulation Regarding Time For Amendment of Pleadings. In compliance with General Order 45.X.B, I hereby attest that William H. Manning has concurred in this filing.

DATED: February 27, 2009        **COVINGTON & BURLING LLP**

        By /s Christine Saunders Haskett
          CHRISTINE SAUNDERS HASKETT

Attorneys for Defendants and Counterclaimants
Samsung Electronics Co., Ltd., et al.