ROBERT T. HASLAM (Bar No. 71134)
rhaslam@cov.com
MICHAEL K. PLIMACK (Bar No. 133869)
mplimack@cov.com
CHRISTINE SAUNDERS HASKETT (Bar No. 188053)
chaskett@cov.com
SAMUEL F. ERNST (Bar No. 223963)
sernst@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

ALAN H. BLANKENHEIMER (Bar No. 218713)
ablankenheimer@cov.com
LAURA E. MUSCHAMP (Bar No. 228717)
lmuschamp@cov.com
JO DALE CAROTHERS (Bar No. 228703)
jcarothers@cov.com
COVINGTON & BURLING LLP
9191 Towne Centre Drive, 6th Floor
San Diego, CA 92122-1225
Telephone: (858) 678-1800
Facsimile: (858) 678-1600

Attorneys for Defendants and Counterclaimants SAMSUNG ELECTRONICS CO., LTD., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, LLC, SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, SAMSUNG TECHWIN CO., LTD., and SAMSUNG OPTO-ELECTRONICS AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., <br><br> Plaintiffs and Counterdefendants, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendants and Counterclaimants. | Case No. 3:08-CV-0986-SI <br><br> **DECLARATION OF CHRISTINE SAUNDERS HASKETT IN SUPPORT OF SAMSUNG'S MOTION FOR LEAVE TO AMEND ITS ANSWER AND COUNTERCLAIMS** <br><br> DATE: April 24, 2009 <br> TIME: 9:00 a.m. <br> COURTROOM: 10, 19th Floor <br> JUDGE: The Honorable Susan Illston |

DECL. OF CHRISTINE SAUNDERS HASKETT IN SUPPORT OF
MOTION TO AMEND ANSWER AND COUNTERCLAIMS

1 I, Christine Saunders Haskett declare:

2     1.    I am a partner with the law firm of Covington Burling LLP, counsel to Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc., Samsung Telecommunications America, LLC, Samsung Techwin Co., Ltd., and Samsung Opto-Electronics America, Inc. (collectively "Samsung") in the above-captioned matter. I make this declaration in support of Samsung's Motion for Leave to Amend Its Answer and Counterclaims in this action, pursuant to Fed. R. Civ. P. 15(a). I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, could and would testify thereto.

    2.    Attached hereto as **Exhibit 1** is a true and correct copy of U.S. Patent 5,285,421 issued on February 8, 1994.

    3.    Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of AMD's Responses and Objections To Samsung's Fourth Set of Interrogatories to AMD (Nos. 23-35), which were served on February 13, 2009.

    4.    Attached hereto as **Exhibit 3** is a true and correct copy of U.S. Patent 5,545,592 issued on August 13, 1996.

    5.    Attached hereto as **Exhibit 4** is a true and correct copy of the deposition of John Iacoponi taken on November 18, 2008, at pages 30, 31, 33, 35, 36, 38, 144, 149, and Exhibits 1007 and 1008.

    6.    On February 26, 2009, Samsung provided AMD with a draft of Samsung's proposed Amended Answer and Counterclaims. On March 10, 2009, I held a telephonic meet and confer with AMD's counsel regarding Samsung's anticipated motion for leave to amend. AMD's counsel stated that AMD would oppose Samsung's motion for leave to amend.

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at San Francisco, California on March 11, 2009.

By: /s/ *Christine Saunders Haskett*
       Christine Saunders Haskett

SF: 116336-1

DECL. OF CHRISTINE SAUNDERS HASKETT IN SUPPORT OF
MOTION TO AMEND ANSWER AND COUNTERCLAIMS
2