# EXHIBIT 4

Dockets.Justia.com

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
------------------------------------x
ADVANCED MICRO DEVICES, INC.,
et al,

      Plaintiffs and
      CounterDefendants

      -against-           Case No.
                    3:08-CV-0986-SI

SAMSUNG ELECTRONICS CO., LTD.,
et al,

      Defendants and
      Counterclaimants.

------------------------------------x

(HIGHLY CONFIDENTIAL-OUTSIDE COUNSEL'S EYES

ONLY PORTIONS ARE ON THE FOLLOWING PAGES:

96-106; 112-113; 178; 180-192)

      CONFIDENTIAL

   VIDEOTAPE DEPOSITION of JOHN IACOPONI,

taken by the Defendants at the offices of

Covington & Burling, 620 Eighth Avenue, New York,

New York, on November 18, 2008, at 9:00 o'clock

a.m., before Catherine M. Donahue, a Certified

Court Reporter and Notary Public within and for

the State of New York.

1    have been covered.

2          Q.    Would this have been an industry

3    conference related to Sematech or something

4    separate from Sematech?

5          A.    Something separate from Sematech.

6          Q.    Are you talking about the VMIC

7    conference?

8          A.    Yes.

9          Q.    Do you recall what years you

10   attended the VMIC conference?

11         A.    I don't recall exactly what years,

12   no.

13         Q.    Do you know if you attended in 1996?

14         A.    I can't be certain.  I don't know,

15   no.

16         Q.    Between, say, 1992 and 1996, do you

17   know you attended at least one VMIC conference

18   in that time period?

19         A.    Yes.

20         Q.    Do you know approximately how many

21   VMIC conferences you would have attended between

22   '92 and '96?

23         A.    I would say it is likely that at

24   least three of the five years, '92 to '96 being

25   five years.  '92 I would have missed it,

1    because it was in June -- at that time it was a

2    June conference.  So it would have been '3, '4,

3    '5, '6.  So in the four-year period, it is

4    likely three.  It is possible four, but I don't

5    recall.

6         Q.    Why do you say you would have missed

7    it in 1992?

8         A.    Because I joined AMD in August '92

9    and the conference at that time was held in

10   June.

11        Q.    So you did not attend any VMIC

12   conferences before you joined AMD?

13        A.    That's correct.

14        Q.    I'm sorry.

15              So you think starting in '93 to '96,

16   you think you attended approximately three or

17   four of the VMIC conferences?

18        A.    Yes.

19        Q.    Just because we have started talking

20   about it, could you explain what the VMIC

21   conference is?

22        A.    Sure.

23              VMIC is a technology conference.

24   VMIC means, I believe, VLSI Multi-Level

25   Interconnect Conference.

1      Q.   If we wanted to find out exactly

2  which VMIC conferences you attended in that '93

3  to '96 time frame, do you have records that

4  would indicate that?

5      A.   I don't -- I don't think I have

6  records that would indicate that, no.

7      Q.   Do you think AMD has records that

8  would indicate that?

9      A.   It's possible.  I do not know what

10 records AMD has.

11     Q.   At the VMIC conferences they give

12 out materials, right?

13     A.   Yes.

14     Q.   Did you get materials when you went

15 to the VMIC conferences?

16     A.   The type of materials that VMIC

17 would hand out, if I recall correctly, would

18 have been -- I'm holding up my hand an inch or

19 two-inch thick, 100 or 200-page book of

20 abstracts, is what I recall VMIC handing out.

21     Q.   And they handed out one of those at

22 each of the annual conferences?

23     A.   Yes.

24     Q.   Did you keep the materials that you

25 got from the VMIC conferences?

1    I can think of several locations they might be.

2          Q.    What would those be, those

3    locations?

4          A.    Those locations would be in one of

5    my office locations.

6          Q.    You mean your AMD location?

7          A.    In one of my AMD office locations or

8    it is possible in a box in my basement, but --

9          Q.    You said a minute ago when you got

10   the materials from the VMIC conferences you

11   typically kept them for some time.

12          About how long would you keep them?

13          A.    I think standard practice, I think

14   my practice was to put them on a shelf, and if I

15   was not forced to consolidate office space or

16   clean up shelf space, leave them there.

17          So as we discussed earlier, I did

18   move and there were several office moves

19   internal to Sunnyvale where I worked.  So I

20   don't -- I -- if I had a reason to throw -- to

21   pass them on to somebody else or to discard

22   them, I probably would have thought hard about,

23   you know, do I keep this or not.  I don't know

24   exactly how long I would have kept it.

25          Q.    Do you think you would have

1    typically kept these materials for at least a

2    year until the next conference?

3         A.   Probably, yes.

4         Q.   Do you think you would typically

5    have kept them for at least two years?

6         A.   Probably, yes.

7         Q.   How about three years?

8         A.   I'm thinking back to the time when I

9    moved and thought, you know, I don't know if I

10   would have kept them for three years.  I didn't

11   have -- I didn't have a time, not like a library

12   where I had a time checked in, checked out type

13   of system.

14        Q.   Here is a question:  Do you ever

15   recall having at least three of these books at

16   one time?

17        A.   I don't have any specific

18   recollection of having three books.

19        Q.   Fair enough.

20        A.   Dust on a shelf.

21        Q.   And just to confirm, the VMIC

22   conference is held once a year, right?

23        A.   I don't know now what the frequency

24   of VMIC is.  At that time it was held once a

25   year, yes.

1          conversations you had with attorneys and

2          what was discussed during those

3          conversations.

4                THE WITNESS:  Okay.

5    BY MS. HASKETT:

6          Q.   Let me ask a question that I don't

7    think will get into that area.

8              Just to clarify, did you ever give

9    materials that you obtained at a VMIC conference

10   to an attorney who was prosecuting a patent for

11   you?

12         A.   I don't believe so, no.

13         Q.   We got a little sidetracked with

14   VMIC conferences.  So I would like to go back to

15   when you were on assignment to Sematech, which I

16   believe you said started in 2002, right?

17         A.   No.

18         Q.   Oh, I'm sorry, what was incorrect

19   about that?

20         A.   I believe that started in, oh,

21   rephrase your question because I was thinking of

22   something else.

23         Q.   Sure.

24              I'm just trying to take us back to

25   where we were earlier talking about your

1  take a look to look through.

2       Q.    Of course.  Take your time.

3       A.    Okay.

4       Q.    So the question was whether you

5  recognize any portion of Exhibit 1007.

6       A.    Parts look familiar, yes.

7       Q.    Which parts look familiar to you?

8       A.    The page starting numbered 439 and

9  the reference to that same page in the title --

10  in the content, Table of Contents.

11       Q.    Can you tell me where in the table

12  of contents you're looking specifically?

13       A.    Page 7, Section 2H.

14       Q.    Now, the page of Exhibit 1007

15  numbered 439, that's the first page of an

16  article on which you were a co-author, right?

17       A.    Yes, that is correct.

18       Q.    And that article was part of the

19  materials for the 1993 VMIC conference, right?

20       A.    That is correct.

21       Q.    Does that refresh your recollection

22  as to whether you attended the 1993 VMIC

23  conference?

24       A.    No, it does not.

25       Q.    Would it have been likely that if

Page 149

1    to the patent attorney?

2         A.   No, I don't recall making those

3    decisions.

4         Q.   Do you think that the article that

5    begins on page 439 of Exhibit 1007 has any

6    relevance to the subject matter of the '592

7    patent?

8         A.   I'm not sure what you mean by

9    "relevance to."  Can you further define what you

10   mean, "relevance to"?

11        Q.   Sure.

12             Does it deal with any of the same

13   concepts as the '592 patent?

14        A.   Yes, it does.

15        Q.   Why do you say that?

16        A.   It mentions titanium.  It mentions

17   titanium nitride.

18        Q.   And it mentions titanium and

19   titanium nitride in the context of form and

20   contact, right?

21        A.   Let me refresh my recollection on

22   the article, if you don't mind.

23        Q.   Sure.

24        A.   Yes, there is a reference to the

25   contact in there.

1                    C E R T I F I C A T E

2    STATE OF NEW YORK  )

3                      )SS:

4    COUNTY OF NEW YORK )

5

6        I, CATHERINE M. DONAHUE, a Certified Court

7    Reporter and Notary Public within and for the

8    State of New York, do hereby certify:

9        That the witness whose deposition is

10   hereinbefore set forth was duly sworn by me and

11   that such deposition is a true record of the

12   testimony given by such witness.

13       I further certify that I am not related to

14   any of the parties to this action by blood or

15   marriage, and that I am in no way interested in

16   the outcome of this matter.

17       IN WITNESS WHEREOF, I have hereunto set my

18   hand this 24th day of November, 2008.

19

20            *[signature]*

21            CATHERINE M. DONAHUE, CCR

22

23

24

25

EXHIBIT 1007

June 8-9, 1993

Santa Clara Marriott Hotel
Santa Clara, CA

VMIC Catalog No,
93ISMIC-102

# 1993
# PROCEEDINGS
## TENTH INTERNATIONAL
# VLSI MULTILEVEL INTERCONNECTION CONFERENCE (VMIC)



Library of Congress No.
89-644090

100 7
11/18/08

## TENTH INTERNATIONAL
## VLSI MULTILEVEL INTERCONNECTION
## CONFERENCE
### June 8-9, 1993

## ADVANCE PROGRAM

Tuesday, June 8, 1993

OPENING SESSION -- 9 A.M.

Welcoming Remarks and General Comments
Dr. Thomas E. Wade
General Chairman
University of South Florida

SESSION I -- 9:15 A.M. . . . . . . . 9
KEYNOTE ADDRESS
"NO EXPONENTIAL IS FOREVER—SOME
APPROACHING LIMITS TO VLSI TECHNOLOGY"
Dr. Gordon E. Moore
Chairman and C.E.O.
INTEL CORP.
Santa Clara, CA

Coffee Break 9:45-10 A.M.

SESSION II - 10 A.M.-12 Noon . . . . . 13
VLSI MULTILEVEL INTERCONNECTION
COMPLETE PROCESS REALIZATION

Chairman:    Dr. Rob Wolters
PHILIPS RESEARCH LABS
The Netherlands

A.  "Planar Copper-Polyimide Back End of the Line Interconnections for ULSI Devices" by B. Luther, J. F. White, C. Uzoh, T. Cacouris, J. Hummel, C. Uzoh, W. Guthrie, N. Lustig, S. Greco, N. Greco, E. Colgan, S. Mathad, L. Saraf, and E.J. Weitzman; IBM; Hopewell Jct., NY; C.K. Hu, F. Kauffman, M. Jaso, P. Buchwalter, S. Reynolds, C. Smart, D. Edelstein, E. Baran, S. Cohen, T. Knoedler, J. Harper, D.J. Pearson, and M. Small; IBM; Yorktown Heights, NY.   . . . . . . . . . . 15

B.  "An Advanced, Scaled Backend of Line Dielectric Isolation Process" by T. Corsetti, S.E. Crank, P. Nunan, D. Stark, L. Ta, and M. ter Beek; SEMATECH; Austin, TX.   . . . . . . . . . 22

C.  "A Modular In-Situ Integration Scheme for Deep Submicron CMOS Logic and ASIC Applications" by B.M. Somero, R. Blumenthal, W.J. Ciosek, R.W. Fiordalice, C.F. King, E.J. Prinz, U. Sharma, C.W. Stager, T.R. White, M.P. Woo, and J.L. Klein; MOTOROLA; Austin, TX.   . . 28

D.  "A 0.6m Triple Level Metal Process for High Performance Application Specific Integrated Circuits" by V.Jain, D. Pramanik, M. Weling, C. Gabriel, D. Baker, W. Boardman, and J. Eakin; VLSI TECHNOLOGY; San Jose, CA.   . . . . . . . . . . . . . 35

E.  "A Fully Planarized, Multi-Level Interconnect Technology for Radiation Hardened 0.5m and 0.8m CMOS Devices" by S. Wright, D. Cameron, and R. Kanocsai; VLSI TECHNOLOGY; Manassas, VA.   . . 42

F.  "Development of a Four Level Metal Advanced Sub-micron Etch Process" by S. Mak, W. Lau, M. Furr, C.S. Rhoades and R.N. Tauber; APPLIED MATERIALS, Santa Clara, CA.; and J. Coulter, G. Cameron and T.H. Lin; INTEL; Santa Clara, CA.   . . . . . . 49

--POSTER PAPERS--

G.  "Integration of Dielectric Chemical-Mechanical Polishing Technology in Advanced Circuits with Multilayer Interconnects" by S. Poon, A.R. Sitaram, B. Fiodalice, M. Woo, C. King, C. Gelatos, A. Perera, and D. Burnett; MOTOROLA, Austin, TX; and M. Hoffman; WESTECH SYS., Phoenix, AZ.   . . . . . . . . . . . . . 59

H.  "Field Programmable Gate Array (FPGA) Process Design for Multilevel Metallization Technology" by K. S. Ravindhran, L. Vines, R. Jhota, Y.P. Han and B. Bhushan; VLSI TECHNOLOGY, San Antonio, TX.   . 62

I.  "Advanced Triple Level Metal Interconnection for 0.6m/5V High Density/High Performance ASIC Technology" by F.S. Chen, C.Y. Kao, S. Prasad, Y.C. Lu, Y. Hwang, M. Bruner, C. Jerbic, C. Neville, G.D. Yao and W. Hata; LSI LOGIC, Milpitas, CA.   . . . . . . 65

SESSION III - 1:30-3:30 P.M.   . . . . 69
VLSI MULTILEVEL INTERCONNECTION
DIELECTRIC PROCESSES

Chairman:    Dr. Terry O. Herndon
MIT LINCOLN LABS
Lexington, MA.

A.  "A New Interlayer Dielectric Film Formation Technology Using Room Temperature Flow CVD" by T. Homma and Y. Murao; NEC CORP., Kanagawa, JAPAN.   . . . . . . . . . . 71

B.  "Comprehensive Characterization of Reliable PECVD Silicon Oxynitride Process" by K.G. Steiner, R.M. Stanton, C.S. Pai and C.W. Wilkins; AT&T BELL LABS, Allentown, PA.   . . . . . . 78

C.  "Nitrogen Contained HMDS (hexametyldisilazane) SiO2 CVD for Advanced Multi Level Interconnection" by T. Doi, Y. Mori, M. Kawai, S. Ohnishi, K. Uda, and K. Sakiyama; SHARP CORP, Nara, JAPAN.   . 84

D.  "Advanced Inter-Metal Dielectric Deposition - A Comparative Analysis Between ECR-CVD and O3/TEOS" by A. Bose, M. Garver, and R. Spencer; DIGITAL EQUIPMENT, Hudson, MA.   . . . . . 89

E.  "Plasma Post-Treatment for Tetraethoxysilane/O3 Atmospheric Pressure CVD" by K. Fujino, Y. Nishimoto, N. Tokumasu, and K. Maeda; SPL, Tokyo, JAPAN; and S. Fisher; QUESTER TECH., Fremont, CA.   . 96

F.  "Water-Blocking Mechanism of Electron Cyclotron Resonance Plasma -SiO2" by K. Machida, N. Shimoyama, J. Takahashi, Y. Takahashi, E. Arai and N. Yabumoto; NTT LSI LABS, Kanagawa, JAPAN.   . . . . . . . . . . . . . 103

-- POSTER PAPERS --

G.  "An Advanced Interlayer Dielectric System with Partially Converted Organic SOG by Using Plasma Treatment" by M. Matsuura, Y. Li, K. Shibata, Y. Hayashide and H. Kotani; LSI LABORATORY, Hyogo, JAPAN.   . . . . . . . . . . . . . 113

H.  "Advanced Interlayer Dielectric Technologies for ULSI CMOS Multilevel Interconnect Applications" by C.S. Pai, W.Y-C. Lai, and R. Liu; AT&T BELL LABS, Murray Hill, NJ; K.G. Steiner and C.W. Wilkins; AT&T BELL LABS, Allentown, PA.   . . . . . . . 116

I.  "Forbidden Gap" of BPTEOS in ILD Application" by C.K. Wang, L.M. Liu, and C.S. Wei; TAIWAN SEMI, Taiwan, R.O.C.   . . . 119

J.  "Dielectric Properties of SiO2 Formed by Biased ECR PECVD" by S.E.Lassig; LAM RESEARCH; Fishkill, NY; K. Olson and W. Patrick; IBM, Hopewell Jct, NY.   . . . . . . . . . 122

K.  "Process Optimization of PECVD TEOS Based BPSG" by K.G. Steiner, A.N. Velega, and J.W. Osenbach; AT&T BELL LABS, Allentown, PA.   . . . . . . . . . . . . . . . 125

L.  "A New Silsesquioxane-Based Spin-On Glass for Producing Low Stress Crack Resistant Films" by J.Y. Chee, J.S. Drage, S. Gupta, R. Hopkins, and J. Wiesner; ALLIED SIGNAL, Milpitas, CA.   . . . 128

M.  "Issues with Using BCB as an Intermetal Dielectric in a Multilevel Metal System" by S. Bothra and M. Kellam; MCNC, Research Triangle, NC; and P. Garrou; DOW CHEMICAL, Charlotte, NC.   . . . 131

-- SPECIAL NOTES --

N.  "Annealing Effects to the Electrical and Material Properties of O3-TEOS for Low Temperature Dielectric 1 and ILD Applications" by C.S. Pai and F.A. Baiocchi; AT&T BELL LABS, Murray Hill, NJ; K.G. Steiner; AT&T BELL LABS, Allentown, PA.   . . . . . . 137

O.  "Dual Layer Passivation In situ Silane Oxide/Nitride" by J-J. Hsu, E.J.H. Chiang and A. Chen; WINBOND CORP, Hsinchu, TAIWAN; and T.Li and J. Su; APPLIED MATERIALS, Santa Clara, CA.   . . . 138

P.  "Enhanced Device Reliability Using Silicon Oxynitride Passivation" by G. Thalapaneni; ALTERA Corp; C. Stone and A.S. Harrus; NOVELLUS; J. Wong; MTM Engr.   . . . . . . . . 139

Q.  "APCVD Ozone/TEOS for Intermetal Dielectric Gap Fill Applications" by J.P. West and B.A. Boeck; MOTOROLA, Austin, TX; and H.W. Fry; WATKINS-JOHNSON, Scotts Valley, CA.   . . . . . 140

R.  "Outgassing and Oxidative Damage in Non-Etchback Siloxane SOG Processes" by N. Rutherford; ALLIED SIGNAL, Milpitas, CA; A. Belic, IMP, San Jose, CA; and M. Camenzind, BALAZ LAB, Sunnyvale, CA.   . 141

S.  "Surface Related Phenomena in Integrated PECVD/OZONE-TEOS SACVD Processes for Sub-Half Micron Gap Fill: Electrostatic Effects" by K. Kwok, E. Yieh, S. Robles and B.C. Nguyen; APPLIED MATERIALS, Santa Clara, CA.   . . . . . . . . . . 142

T.  "Deposition of Conformal SiO2 Films with Minimal Surface Sensitivity" by M.C. Schmidt, D.D. Dobkin and A. Pant; WATKINS-JOHNSON, Scotts Valley, CA.   . . . . . . . . . . . 143

SESSION IV - 3:45-6:25 P.M.   . . . . 145
VLSI MULTILEVEL INTERCONNECTION
PLANARIZATION PROCESSES

Chairman:    Dr. David B. Fraser
INTEL CORP.
Santa Clara, CA

A.  "Capacitive End-Point Detection for Oxide Planarization by Chemical-Mechanical Polishing" by W.Y-C. Lai and G. Smolinsky; AT&T BELL LABS, Murray Hill, NJ.   . . . . . . . . 147

B.  "A SOG Based Planarization Scheme Compatible with a Stacked Via Triple Level Metal Process" by M. Bacchetta, L. Bacci, N. Iazzi, and L. Zanotti; SGS-THOMSON, Milano, ITALY.   . . . . . 153

C.  "Advanced Low-Temperature TEOS Oxide Gap Fill Processes for Sub-0.5m DRAM Technologies" by A.K. Stamper, T.L. McDevitt and S.L. Pennington; IBM CORP., Essex Junction, VT.   . . . . 160

D.  "Planarizing Techniques for Parylene as an Interlayer Dielectric" by X. Zhang, L. Nuo, B.J. Howard, C. Steinbruchel, G.R. Yang, T.M. Lu and J.F. McDonald; RENSSELAER POLYTECHNIC, Troy, NY; C. Chiang; INTEL, Santa Clara, CA; and D.S. Yaney; AT&T BELL LABS, Allentown, PA.   . . . . . . . . . . . . . . 168

E.  "Characterization of a Direct-on-Metal Spin-on-Glass Planarization Process" by L. Forester, H. Meynen, B. Coenegrachts and L. van den Hove; IMEC, Leuven, BELGIUM.   . . . . . . . 175

F. "Planarization of AlSiCu Using Rapid Thermal Processor" by J.H. Lee, K. Kim, W. Shin, B. Choi and O. Kim; POHANG INST., Pohang, KOREA; and H.J. Kim, K. Suh, Y.K. Jun, J.G. Lee and H.G. Lee; GOLDSTAR ELECTRON, Seoul, KOREA. . . . . . . . . . . . . . . . . 182

G. "An Improved Inter-Metal Dielectric Planarization Technique for Sub-Micron Triple Level Metal Technology" by M. Weling, V. Jain and C. Gabriel; VLSI TECH., San Jose, CA. . . . . . . . . . . . . . . . . . . . 188

--POSTER PAPERS--

H. "Characterization of Inter-metal Dielectric Oxides for Chemical Mechanical Polishing Process Integration" by W. Ong and B. Nguyen; APPLIED MATERIALS, Santa Clara, CA. . . . . . . . . . . . . . . . . . . 197

I. "700°C Premetal Planarization with H$_2$0-TEOS Plasma PSG" by M. Hatanaka, O. Hatashi; M. Yamano, G. Sugiyama, and Y. Furumura; FUJITSU LTD., Kawasaki, JAPAN. . . . . . . . . . . . . . . . . . . . . 200

J. "Electrochemical Effects in the Chemical-Mechanical Polishing of Copper and Titanium Thin Films Used for Multilevel Interconnect Schemes" by J.M. Steigerwald, R. J. Gutmann, and S. P. Murarka; RENSSELAER POLYTECHNIC, Troy, NY. . . . . . . . . . . . . . . . . . 205

K. "Actively Controlled Chemical Mechanical Polishing Planarization ("acCMP") Process" by W.T. Tang, D.H. Ahn, R.A. Bostic and C.O. Tange; ENDPOINT TECH., Warren, NJ; and D.R. Trojan; STRASBAUGH, San Luis Obispo, CA. . . . . . . . . . . . . . . . . . . 208

L. "Novel Method for Aluminum Planarization for Submicron High Aspect Ratio Contacts" by H. Talieh, E. Ong, H. Kieu, and A. Tepman; APPLIED MATERIALS, Santa Clara, CA. . . . . . . . . . . . . . . . . 211

--SPECIAL NOTES--

M. "SOG Non-Etch-Back Process using Perhydrosilazane for Half Micron Devices" by T. Nagashima and H. Harada; FUJITSU, Kawasaki, JAPAN. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 217

N. "Performance of Logic Devices Utilizing a Novel Spin-On Dielectric Planarization Process" by R. Dawson; AMD, Austin, TX; and J.V. Tietz; DOW CORNING, Fremont, CA. . . . . . . . . . . . . . . . . . . . . . . 218

O. "Comparison of Al Reflow Process with High Temperature AL Deposition Process" by J.H. Yun, D.H. Lee, B.J. Kim, K.W. Kang, and J.G. Lee; SAMSUNG, Kihung, KOREA; E. Ong; APPLIED MATERIALS, Santa Clara, CA; and B.M. Han; APPLIED MAT., KOREA. . . . . . . . . . . . 219

P. "Process Parameter Dependence on Deposition Profile for Mixed Frequency PE-CVD TEOS SiO2" by S. Mizuno, K. Musaka, T. Sato and K. Hara; APPLIED MAT. JAPAN, Chiba, JAPAN. . . . . . . . . . . . . . . 220

**Wednesday, June 9, 1993**
**SESSION V - 8:00-10:40 A.M.**
**VLSI MULTILEVEL INTERCONNECTION**
**RELIABILITY ISSUES**

Chairman:     Dr. Philip J. Fleming
              APPLI. UNLIMITED
              Colorado Springs, CO.

A. "Grain Structure and Electromigration Properties of CVD Cu Metallization" by H.K. Kang, I. Asano, C. Ryu and S. S. Wong; STANFORD UNIV., Stanford, CA. . . . . . . . . . . . . . . . . . . . . . . . . . . . 223

B. "The Activation Energy of Electromigration in W-Filled Vias and Its Dependence on the Silicon Content in AL Interconnects" by M.B. Anand, H. Shibata and K. Hashimoto, TOSHIBA CORP., Kawasaki, JAPAN. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 230

C. "Study of ECR Plasma ILD Process Induced Device Damage Using 0.5 m MOS Transistors with Capacitive or Inductive Antenna Structures" by J. Xie, D. Stark, S. Akbar, P. Aum and L. Ta; SEMATECH, Austin, TX. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 237

D. "Improving EM Life Time of AlCu/TiN Line and W-plug Metal System by Controlling Crystal Structure of AlCu" by H. Horikoshi, T. Nogami and Y. Kaneko; KAWASAKI STEEL, Chiba, JAPAN. . . . . . . . 244

E. "Thermal Conductivity of Thin Dielectric Films and Impact on Multilevel Metallizations" by A.N. Saxena and M.A. Bourgeois; RENSSELAER POLYTECH, Troy, NY. . . . . . . . . . . . . . . . . . . . 251

F. "Thermal Gradient Effects in Electromigration" by M.W. Levi and J.B. Mattila; ROME LAB., Griffiss AFB, NY. . . . . . . . . . . . . . . . . 258

G. "Electromigration Failure of Bamboo Structure Lines by Interfacial Transport" by C-K. Hu and M. Small; IBM, Yorktown Heights, NY. . . 265

H. "An AC to DC Lifetime Correlation for Interconnect Electromigration at Varying Current Densities" by V. Chowdhury, E. Lew; VLSI TECHNOLOGY, San Jose, CA. . . . . . . . . . . . . . . . . . . . . . . . 271

--POSTER PAPERS--

I. "Electromigration Hardness of Barrier/AlSiCu-Systems Used for Submicron Contact-Hole Filling" by H. Wendt, J. Willer, D. Emmer, and H. Kammerer; SIEMENS AG, Munich, GERMANY. . . . . . . . . . . . . 281

J. "Defect Reduction Strategy for VLSI Interconnect Technology" by S. Pennington, C. Boye, M. Kerbaugh, S. Riley, and A. Soto; IBM, Essex Junction, NY. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 284

K. "An 8-inch Wafer Outgassing Measurement System and Outgassing Barrier Characteristics of Ti, TiN, Al and SiN" by H. Ashida, T. Kato, S. Okamura, Y. Furumura and J. Honjyoh; FUJITSU LTD., Kawasaki, JAPAN. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 287

L. "Effect of Interconnect Structure on Fast Wafer Level Tungsten Via Evaluation" by J. Lin, R.S. Hijab and J.T. Yue; ADV. MICRO DEVICES, Sunnyvale, CA. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 290

M. "The Evaluation of a New Failure Mode in Via Electromigration" by Y-K. Jun, Y-I. Cheon, C.K. Kim, K-G. Rha, J-G. Lee, W-S. Kim and M-S. Choi; GOLDSTAR ELECTRON, Seoul, KOREA. . . . . . . . . . . . . . 29

N. "Characterization of a Chlorine Corrosion Passivation Process for Al-SiCu/Barrier Metal Stack Using 100 Percent Relative Humidity Exposure" by J.B. Shaw; TEXAS INST., Dallas, TX. A. Beers, D. DeVout, and J. Dillard, APPLIED MATERIALS, Dallas, TX. . . . . . . . . . . . . . . 29

O. "Application of Fundamental Barrier Concepts for Improving Reliability of Deep Sub-micron Contacts" by V. Jain, M. Weling, D. Pramanik; VLSI TECH., San Jose, CA. . . . . . . . . . . . . . . . . . . 29

P. "Field Inversion in CMOS Double Metal Circuits Induced by Water from Outside" by T. Yamaha, Y. Inoue, O. Hanagasaki and T. Hotta; YAMAHA CORP., Shizuoka, JAPAN. . . . . . . . . . . . . . . . . . . . 30

Q. "The Effect of Thin Ti-W Layers on Electromigration in MLM Structures" by M. Dreyer and J. Mohr; MOTOROLA, Phoenix, AZ. . . . . . 30

R. "Thermal Instability of Thin TiSi$_2$-- Effect on Materials Properties and MOS Device Characteristics" by G.E. Georgiou, F.A. Baiocchi, S.A. Eshraghi, N.T. Ha, M.R. Baker, R. Key; and S. Nakahara; AT&T BELL LABS, Murray Hill, NJ.. . . . . . . . . . . . . . . . . . . . . . . . . . 30

S. "Improving Gap-Filling Property and Quality of O3-TEOS NSG Film by Pre-Spin-Coating of Ethanol" by N. Sato, T. Nakano and T. Ohta; KAWASAKI STEEL, Chiba, JAPAN. . . . . . . . . . . . . . . . . . . . 31

U. "Extraction of Electromigration Parameters Using the Isothermal Test" by R.S. Hijab and J.T. Yue; ADV. MICRO DEVICES, Sunnyvale, CA. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31

V. "ULSI Device Damage Free Sputter Cleaning Technology" by F. Yanagawa, Y. Tanaka, H. Suzuki, B. Cohen and H. Hanawa; APPLIED MATERIALS, Chiba, JAPAN; and T.Taniguchi, M. Togashi, and K. Watanabe; FUJITSU LTD, JAPAN. . . . . . . . . . . . . . . . . . . . . . . . . 31

W. "Correlation of the Stresses in the Interlevel Dielectrics with the Electrical Noise of Al Based Multilevel Interconnects: Impact on Reliability" by S.K. Ghosh, K. Ramkumar and A.N. Saxena; R.P.I., Troy, NY. . 32

X. "Novel Techniques for Locating Wiring Short and Open in Multilevel Interconnection" by C.T. Kim, H.J. Kim, J. H. Koo and S.H. Choi; HYUNDAI, Kyungki-Do, KOREA. . . . . . . . . . . . . . . . . . . . . 32

Y. "Reduction of Corrosion Defects on Metal Alloy Interconnections" by G. Gebara and K.E. Mautz; MOTOROLA, Austin, TX. . . . . . . . . . 32

Z. "Reliability of Multilevel Circuits Using Hydrogen Silsesquioxane SOG For Interlevel Dielectric Planarization" by D. Pramanik; VLSI TECH., San Jose, CA; and J.V. Tietz and K. Scheibert; DOW CORNING, Fremont, CA. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32

AA."Correlation of the Stresses in the Interlevel Dielectrics with the Electrical Resistance of Al Based Multilevel Interconnects: Impact on Reliability" by S.K. Ghosh, K. Ramkumar, and A.N. Saxena: R.P.I., Troy, NY; and R. Cheung, J.E. Sanchez, D.F. Kyser and W.T. Siegle; ADV. MICRO DEVICES, Sunnyvale, CA. . . . . . . . . . . . . . . . . . . . . . . . . . 33

-- SPECIAL NOTES--

BB."The Thermal Stability and Junction Failure Mechanism of Half-micron Contacts Using Selective CVD-W Plugs" by K.K. Choi, C.H. Kim, H.L. Park, C.G. Ko, and S.H. Choi; HYUNDAI, Kyoungki-do, KOREA. . . 33

CC."Electromigration Lifetime, 1/f Noise, Grain Size and Texture Measurements for Sputtered Aluminum Alloys" by H.C.L. Liu, S.P. Murarka and P.J. Ficalora; R.P.I., Troy, NY. . . . . . . . . . . . . . . . . . . . . 338

DD."Delamination of PECVD TEOS From Tungsten Due to Moisture Incorporation" by D. Milligan, H. Nielsen, and V. Bach; HEWLETT-PACKARD, Corvallis, OR. . . . . . . . . . . . . . . . . . . . . . . . . 339

EE."Gate Oxide Leakage Caused by SOG Etchback" by C. Gabriel, M. Weling and V. Jain; VLSI TECH., San Jose, CA. . . . . . . . . . . . . . 340

FF. "Comparison of Electromigration Characteristics for Multilayered Al Interconnection Structures with TiN" by B.H. Jung, S.H. Yu, J.S. Paik, C.G. Ko and S.H. Choi; HYUNDAI, Kyoungki-do, KOREA. . . . . . . . 341

GG."Reliability Studies on Advanced Multilayer Interconnect for Submicron CMOS Technology" by A. Kuo, R.H. Choudhury, and W. Hata; LSI LOGIC, Santa Clara, CA. . . . . . . . . . . . . . . . . . . . . . . . . . 342

HH."Effects of As-Deposited Film Stress, Film Thickness and Oxidizing Agent on the Moisture Barrier Properties of PECVD Oxides Used for ULSI Device Applications" by S. Robles, M. Galiano, E. Yieh, and B. Nguyen; APPLIED MATERIALS, Santa Clara, CA. . . . . . . . . . . . . 343

II. "Comparison Reliability Performance of Nonvolatile Memory Devices by Using Mixed Frequency PECVD Silane PSG Film for Passivation" by D. Yen, W-B. Sheu, G. Huang, and C-H. Huang; MACRONIX, Hsinchu, TAIWAN; T. Li, C. Ngai, D. Cheung and C.C. Liu; APPLIED MAT., Santa Clara, CA; and J. Su; APPLIED MAT., Hsichu, TAIWAN. . . . . . . . . 344

**SESSION VI -- 10:55 A.M.-12 Noon**
**VLSI MULTILEVEL INTERCONNECTION**
**POSTER PAPER, SPECIAL NOTE AND EXHIBITION**                345

AWARDS LUNCHEON -- 12-2:00 P.M.
"God Forbid — Feds Are Going to Help High Technology"
Dr. T.J. Rogers
President and C.E.O.
CYPRESS SEMICONDUCTOR
San Jose, CA                                                 347

SESSION VII - 2:00-5:00 P.M. . . . . . . . . 351
VLSI MULTILEVEL INTERCONNECTION
CONDUCTOR SYSTEMS

Chairman:     Dr. Loren W. Linholm
              NAT'L INST. of STD. & TECH.
              Gaithersburg, MD.

1. ADVANCED CONDUCTOR SYSTEMS

A. "High Performance Planarized CVD-Cu Multi-Interconnection" by
   N. Misawa, T. Ohba, Y. Furumura and H. Tsutikawa; FUJITSU, Kawasaki,
   JAPAN; S. Kishii and Y. Arimoto; FUJITSU LABS, Atsugi, JAPAN. . . . . 353

B. "Self-Reconstructing Metallization: A Novel Planar Process for VLSI
   Metallization" by T. Zettler and U. Scheler; SIEMENS AG, Munich,
   GERMANY. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 359

C. "Fully Planarized Multilevel Gold Metallization with Gap Filled Wir-
   ing" by K. Urabe, T. Katoh and Y. Murao; NEC CORP, Kanagawa,
   JAPAN. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 366

--POSTER PAPERS--

D. "Effects of Hydrogen and Substrate Temperature on CVD of Copper"
   by C. Apblett, P.M. Smith, G. Petersen and T. Omstead; SANDIA NAT'L
   LABS, Albuquerque, NM. . . . . . . . . . . . . . . . . . . . . . . . 375

E. "Advanced Blanket W-CVD Using $SiH_2F_2$ Reduction Process" by T.
   Tamaru, H. Aoki, H. Goto, N. Kobayashi and N. Owada; HITACHI LTD,
   Tokyo, JAPAN. . . . . . . . . . . . . . . . . . . . . . . . . . . . 378

F. "Self-Aligned Epitaxial $CoSi_2$ Grown on Si Substrate by Multi-Layer
   and Multi-Step Thermal Annealing" by B-Z. Li, Z. Sun, P. Liu, Z-G. Gu,
   W-N. Huang, W-J. Wu; FUDAN UNIV, Shanghai, CHINA; and F. Hong
   and G.A. Rozgonyi;NORTH CAROLINA STATE UNIV., Raleigh, NC. . . . . . 381

G. "A Robust Selective-Tungsten Deposition Process Using RF Sputter
   Etch" by C. Park, R. Gettle and M. Cleeves; CYPRESS SEMI., San Jose,
   CA. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 384

H. "Collimated Sputtering of Titanium Thin Films: Experimental Study
   and Computer Simulation" by T. Janacek and T. Smy; CARLETON
   UNIV., Ontario, CANADA; D. Liu, S.K. Dew and M.J. Brett; UNIV. OF
   ALBERTA, Alberta, CANADA; W. Tsai; VARIAN, Palo Alto, CA. . . . . . 387

I. "Thermal Stability of Copper-Polyquinoline Bilayers for Multilevel
   Metallization" by S. Hymes, R. Eaton, S.P.Murarka; R.P.I., Troy, NY. . 390

J. "A Clustering Tool of W-CVD and Sputtering for Metallization Pro-
   cess with High Aspect Ratio Holes" by H. Yamaguchi, T. Saito, N.
   Fukuda, M. Kubo and N. Owada; HITACHI, Tokyo, JAPAN. . . . . . . . . 393

K. "The Thermal Stability of Cu on Platinum Silicide Layers Grown on Si
   Substrates" by S.Q. Hong; CORNELL UNIV., Ithaca, NY; J. Li; INTEL,
   Santa Clara, CA; and J.W. Mayer;ARIZONA STATE U., Tempe, AZ. . . . . 396

--SPECIAL NOTES--

L. "Understanding of Selective Tungsten Deposition Process: Self-Limit-
   ing Growth, Formation of Micro-Structures and Other Phenomena"
   by J-T. Wang, K.-Y. Zhang, C.-B. Cao, and H. Wang; FUDAN UNIV.,
   Shanghai, CHINA and S.L. Zhang; SWEDISH INST., Kista, SWEDEN. . . . . 401

2. DIFFUSION BARRIER SYSTEMS

A. "TiN/Ti Films Formation Using ECR Plasma CVD" by T. Akahori, T.
   Murakami and Y. Morioka; SUMITOMO METAL, Hyogo, JAPAN. . . . . . . . 405

B. "Application and Constraints of Collimated Ti/TiN Sputtering for
   0.25m and sub-0.25m Contact Structures" by F.H. Baumann, R. Liu,
   C.B. Case and W.Y.-C. Lai; AT&T BELL LABS, Murray Hill, NJ. . . . . . 412

C. "LPCVD-TiN Using Hydrazine and TiCl4" by T. Suzuki, T. Ohba, Y.
   Furumura and H. Tsutikawa; FUJITSU, Kawasaki, JAPAN. . . . . . . . . 418

--POSTER PAPERS--

D. "TiW Sputtering Target for VLSI Device Fabrication" by J.Shi;
   SEMATECH, Austin, TX; D.R. Marx and J.C. Turn, Jr.; MATERIALS RE-
   SEARCH; Orangeburg, NY. . . . . . . . . . . . . . . . . . . . . . . 427

E. "Study of TiN Films for Use in Deep Submicron Devices" by N.A.H.
   Wils, R.A.M. Wolters, A.G. Dirks and R.D.J. Verhaar; PHILIPS,
   Eindhoven, THE NETHERLANDS. . . . . . . . . . . . . . . . . . . . . 430

F. "A Reactively Sputtered Coherent TiN Process for Sub-0.5m Technol-
   ogy" by G.A. Dixit, P.J. Wright, S. Poarch and R.H. Havemann; TEXAS
   INST., Dallas, TX; D. Leet, H. Kieu and J. Nulman; APPLIED MAT, Santa
   Clara, CA. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 433

G. "Growth Kinetics and Impurity Snowplowing Effect for Platinum Sil-
   icide" by K. Sheergar and T. Smy; CARLETON UNIV., Ottawa, CAN-
   ADA; A. Nesen; NORTHERN TELECOM, Ottawa, CANADA. . . . . . . . . . . 436

H. "Single Chamber Implementation of a Coherent Ti/TiN Process for
   Sub-half Micron Technologies" by S. Ramaswami, J. Iacoponi, R.
   Cheung; ADV. MICRO DEVICES, Sunnyvale, CA.; J. Egemeier, M.
   Chen, and A. Tetman; APPLIED MATERIALS, Santa Clara, CA. . . . . . . 439

I. "Comparative Study on the Thermal Stability of Ti/WN and TiN Bar-
   rier Layers" by W. De Bosscher, R Donaton, and K. Maex; IMEC,
   Heverlee, BELGIUM. . . . . . . . . . . . . . . . . . . . . . . . . . 442

J. "Comparison of Barrier Layer Metallization Schemes for Use with
   VLSI Tungsten Plug Technologies" by T. Obrien, S. Meikle, S. Kim and
   D. Denning; MICRON, Boise, ID. . . . . . . . . . . . . . . . . . . . 445

K. "Properties of Titanium Layers Deposited by Collimation Sputtering"
   by T. Hara and N. Nomura; HOSEI UNIV., Tokyo, JAPAN; and R.C.
   Mosely, H. Suzuki and K. Sone; TECH. CTR., Chiba, JAPAN. . . . . . . 448

L. "Applications of Reactively Evaporated TiSi2/TiN Layers in CMOS
   Devices Metallization" by G. Gagnon, J.F. Currie, J.L. Brebner ;UNIV.
   MONTREAL, Quebec, CANADA, and T. Darwall; MITEL; Quebec,
   CANADA. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 451

--SPECIAL NOTES--

M. "Characterization of Sputtered TiWyNx Diffusion Barrier" by G.
   Zhang, G. Wu, L. Xu and Y. Hao; PEKING UNIV., Beijing, CHINA, A.P.
   Clarke, P.J. Clarke; SPUTTER FILMS; M.D. Strathman, T. Gates, S.
   Baumann; CHARLES EVANS; USA. . . . . . . . . . . . . . . . . . . . . 457

N. "Development of TiN Barrier Metal in Aluminum Interconnect Sys-
   tem for Power IC Devices" by J. Dun, S. Tai, D. Whiteside and D. Dang;
   SILICONIX, Santa Clara, CA. . . . . . . . . . . . . . . . . . . . . 458

O. "Low Temperature Reactively Sputtered Titanium Nitride for Barrier
   Layers and Anti-Reflective Coatings" by D. Wilcoxen; DALLAS
   SEMI., Dallas, TX; A. Clarke; SPUTTERED FILMS, Santa Barbara, CA. . 459

3. CONTACT AND VIA FILLING SYSTEMS

A. "Sub-Half Micron Aluminum Metallization Technology Using A Com-
   bination of CVD and Sputtering" by K. Sugai, S. Kishida, H.
   Okabayashi, T. Shinzawa and Y. Murao; NEC CORP, Kanagawa, JAPAN;
   T. Kobayashi and N. Hosokawa; ANELVA CORP., Tokyo, JAPAN; T.
   Yako, H. Kadokura, M. Isemura and K. Kamio; SUMITOMO CHEMI-
   CAL, Ehime, JAPAN. . . . . . . . . . . . . . . . . . . . . . . . . . 463

B. "A Copper Via Plug Process by Electrochemical Planarization" by R.
   Contolini, S. Mayer and A. Bernhardt; LAWRENCE LIVERMORE,
   Livermore, CA; and G.E. Georgiou; AT&T BELL LABS, Murray Hill, NJ. . 470

C. "ZrN/CoSi2 Formation Using the Bilayer of Co/Zr for Deep Submicro-
   meter Devices" byJ.S. Byun, H.J. Cho, and H.J. Kim; SEOUL UNIVER-
   SITY, Seoul, KOREA; W. Kim, M. Choi, and D. Chun; GOLDSTAR
   ELECTRON, Seoul, KOREA. . . . . . . . . . . . . . . . . . . . . . . 478

--POSTER PAPERS--

D. "High Aspect Ratio Etching of Sub-Half Micron Contacts Using a
   High Density Plasma Etch System" by M. Fiebig, K. Reinbardt, M. Tem-
   pleton, C-L. Yang; PENN STATE, University Park, PA. . . . . . . . . . 487

E. "Influence of Prup Profile on Electromigration Induced Degradation
   for Blanket-W Vias" by K. Nakamura, H. Hattori, O. Yamazaki, S.
   Ohnishi, K. Uda and K. Sakiyama; SHARP, Nara, JAPAN. . . . . . . . . 490

F. "A Low Cost, High Throughput Tungsten Plug Contact Metallization
   with Improved Al Electromigration Resistance" by H. Koerner, R.
   Braun and U. Seidel; SIEMENS AG, Munich, GERMANY. . . . . . . . . . . 493

G. "0.5m Contact/Via Etching with High Density Inductive Plasma" by
   A.T. Hui, D.A. Chan, M.S. Chang; ADV. MICRO DEVICE, Sunnyvale,
   CA; C-L. Yang, H.K.H. Leung, and J. Mark; APPLIED MATERIALS,
   Santa Clara, CA. . . . . . . . . . . . . . . . . . . . . . . . . . . 496

H. "Lateral Diffusion of As and B in CoSi2--Effect on a Symmetric CMOS
   Co Salicide Process" by G.E. Georgiou, H.S. Luftman, L.A. Heimbrook,
   and S.J. Hillenius; AT&T BELL LABS, Murray Hill, NJ. . . . . . . . . 499

I. "Coherent Aluminum and Titanium Deposition for Advanced DRAM
   Devices" by D. Restaino; IBM, Hopewell Jct, NY; C. Szwejkowski and H.
   Gilboa; APPLIED MATERIALS, Santa Clara, CA. . . . . . . . . . . . . 502

--SPECIAL NOTES--

J. "The Effect of PBM Process on Rc for Sub-Half Micron Contact" by
   Y.S. Kim, D.L. Bae, I.C. Kim, Y.G. Shin, Y.W. Park, J.K. Lee and M. Y. Lee;
   SAMSUNG ELEC., Kyungki-do, KOREA. . . . . . . . . . . . . . . . . . 507

SESSION VIII . . . . . . . . . . . . . . . . 509
VLSI MULTILEVEL INTERCONNECTION
TEST AND MODELLING

--POSTER PAPERS--

A. "Picosecond Propagation on Multilevel Copper/Polyimide BEOL In-
   terconnects" by D.C. Edelstein, M. Scheuermann, and L.M. Geppert;
   IBM, Yorktown Heights, NY. . . . . . . . . . . . . . . . . . . . . . 511

B. "Haze Measurements, an Alternative Technique for Layer and Process
   Characterization" by W. DeBosscher, M. Matilainen, B.S. van Mast, and
   K. Maex; IMEC, Heverlee, BELGIUM. . . . . . . . . . . . . . . . . . 514

C. "Profile Modeling of Physical Vapor Deposition of Ti and WSix" by Y.
   Eguchi; SEIKO EPSON, Nagano, JAPAN; M.M. IslamRaja, J.P. McVittie,
   K.C. Saraswat, and MA. Cappelli; STANFORD UNIV., Stanford, CA. . . . 517

D. "Studies of Metallization Film Homogeneity Using Sputter Flux
   Transport and Film Growth Modeling" by S.K. Dew and M.J. Brett;
   UNIV OF ALBERTA, Edmonton, CANADA; and T. Smy; CARLETON
   UNIV., Ottawa, CANADA. . . . . . . . . . . . . . . . . . . . . . . . 520

E. "Capacitive Effects in Advanced Process Interconnects" by J.M. Calla-
   han, VLSI TECH., San Jose, CA. . . . . . . . . . . . . . . . . . . . 523

F. "Three-Dimensional Capacitance Extraction for Interconnects in Re-
   alistic VLSI Systems" by Y.L. LeCoz and R.B. Iverson; R.P.I., Troy, NY,
   Q.T. Vu and P.J. Van Wijnen; INTEL, Santa Clara, CA. . . . . . . . . 526

G. "Crosstalk and Delay Analysis for Multilevel Interconnection" by H.H.
   Chen, S. Lin and C.K. Wong, IBM, Yorktown Heights, NY 10598. . . . . 529

H. "Low Pressure Deposition Simulation on Three Dimensional Sur-
   faces" by H. Liao and T.S. Cale; ARIZONA STATE UNIV.,Tempe, AZ. . . 532

I. "Novel Technique for Estimating Charge and Thickness Uniformity in
   Dielectrics Used for Planarization" by V. Jain and D. Pramanik; VLSI
   TECH., San Jose, CA; C. Hu, UNIV.OF CALIF. BERKELEY, Berkeley,
   CA. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 535

7

J.  "An Object-Oriented Approach for the Hierarchical Design of VLSI Multichip Systems" by P. Hsu, J. W. Rozenblit and J.L. Prince; UNIV. OF ARIZONA, Tucson, AZ.  . . . . . . . . . .  538
K.  "Time Domain Electromagnetic Simulation of VLSI Interconnects" by M. Falconer and V. Tripathi, OREGON STATE UNIV., Corvallis, OR.  541
L.  "Dual Frequency Plasma Sheath Model" by F.R. Myers, M. Ramaswami and T.S. Cale; ARIZONA STATE UNIV., Tempe, AZ.  . .  544

--SPECIAL NOTES--

M.  "Material Pattern Delineation Technique" by L.H. Walsh; ROME LAB., Griffis AFB, NY; N. Feilchenfeld; IBM, Endicott, NY; and J. Schwarz, SYRACUSE UNIV., Syracuse, NY.  . . . . . . . .  549
N.  "Process Optimization for Submicron Microlithography on Multilevel Metal Process" by G-Y. Shiau and D. H-T. Lee; ITRI, Shinchu, TAIWAN.  550
O.  "An Evaluation of Metal Sputter Etch Effects on Device Performance and Gate Oxide Reliability" by B. Brennan; ADV. MICRO DEVICES; Austin, TX.  . . . . . . . . . . . . . . . . .  551

# SINGLE CHAMBER IMPLEMENTATION OF A COHERENT Ti/TiN

# PROCESS FOR SUB-HALF MICRON TECHNOLOGIES

**Sesh Ramaswami, John Iacoponi, Robin Cheung**
**Advanced Micro Devices**
**901 Thompson Place, MS 160, Sunnyvale, CA 94088**


**John Egermeier, Guangmei Chen, Avi Tepman**
**Applied Materials**
**3340 Scott Boulevard, Santa Clara, CA 95054**

## Executive Summary

The bottom step coverage of conventionally sputtered Ti and/or TiN in sub-half micron contacts and vias with aspect ratios greater than 2 is less than 5% (Fig 1). For successful integration with a W plug process, it is commonly believed (and suggested in the literature) that at least 100Å of TiN is required at the bottom of such contacts. A PVD alternative, if proven to be manufacturing worthy, would be an easy upgrade in fabrication lines as the technology demands. Other less attractive alternatives include $TiCl_4$ or MOCVD based TiN technology.

Researchers have demonstrated the need for enhanced bottom step coverage based on contact resistance and junction leakage. Data on deposition rate and step coverage in contacts for collimators of various aspect ratios has been published[1,2].

This paper adds value to the engineering community by addressing the manufacturablilty aspects of this technology. The effect of TiN processing regimes on both the deposition rate and defect density will be presented. In addition, material characteristics of coherently deposited Ti and TiN films will be discussed.

## Extended Abstract

The experiments were carried out on an Applied Materials Endura PVD platform with one chamber set up for coherent Ti/TiN deposition. The aspect ratio (height:diameter) of the hexagonal shaped holes in the coherent source was 1.5:1. Sheet resistance (thickness) data for a coherent Ti deposition marathon is shown in Fig. 2. This marathon was performed by running the same blanket Ti process for 800 wafers. Over the period of the marathon, material is deposited in the holes of the collimator, hence the measured sheet resistance

increase is due to a decreased deposition rate (thickness) on the wafer. The standard deviation of the sheet resistance remains below 2.0% 1σ.

Fig. 3 is an XPS depth profile of a coherent Ti/TiN stack, where the Ti film is deposited, then in the same chamber the TiN film was sputtered from the Ti target in the metallic mode. The XPS depth profile shows excellent stoichiomentry in the TiN film, and a low nitrogen content at the substrate-Ti interface. This low nitrogen content in the Ti film is essential for good silicide formation. Fig. 4 is an XPS depth profile of a similar coherent Ti/TiN stack, except that the TiN in this stack was deposited with the Ti target in the nitrided mode, and the Ti was deposited immediately after several TiN films were processed. As in Fig. 3, the TiN is stoichiometric, and there is a low nitrogen content at the Ti-substrate interface. From Figs. 3 and 4 is is clear that a sequential deposition of Ti/TiN in the same chamber can be performed with no degradation in the properties of either film.

The effects of TiN sputtering mode on deposition rate and defect density are shown in Fig. 5a and b, respectively. A sequence of 50 TiN was deposited on blanket wafers. For the first 25, the Ti target was in the metallic mode (i.e. operation at low nitrogen partial pressures, below the transition point), then for the second 25, the Ti target was in the nitrided mode (i.e. operation beyond the transition point). TiN deposited from either mode is stoichiometric, with similar material characteristics such as bulk resistivity, stress, and reflectivity. The deposition rate for the nitrided mode was approximately half that of the metallic mode. As seen in Fig. 5b, the particle count rises over 25 wafers in the metallic mode, then quickly falls and stays steady after the target is switched to the nitrided mode.

In summary, a single chamber in-situ coherent Ti/TiN process has been developed on the Endura 5500 that can be successfully used for sub-half micron device manufacturing.

The authors would like to extend their thanks to Joffre Bernard for the XPS analysis.

[1] R.V. Joshi and S. Brodsky, Applied Physics Letters, **61**, 2615 (1992).
[2] R.V. Joshi and S. Brodsky, 9th VMIC Proceedings, 253 (1992).



Fig. 1:  Bottom step coverage of Ti/TiN films in high aspect ratio contacts



Fig. 2:  Sheet resistance data for a coherent Ti deposition marathon



Fig. 3: XPS Profile of a coherent Ti/TiN stack - TiN off a Ti target in the metallic mode.



Fig. 4: XPS Profile of a coherent Ti/TiN stack - TiN off a Ti target in nitrided mode.



Fig. 5a: Sheet resistance vs. deposition mode



Fig. 5b: Particles vs deposition mode

EXHIBIT 1009

June 18 - 20, 1996

VMIC Catalog No.
96 ISMIC - 106

Santa Clara Marriott Hotel
Santa Clara, CA

# 1996
# PROCEEDINGS
## THIRTEENTH INTERNATIONAL
# VLSI MULTILEVEL
# INTERCONNECTION
# CONFERENCE
# (VMIC)



Library of Congress No.
89-644090

i009
11/18/08

# THIRTEENTH INTERNATIONAL
# VLSI MULTILEVEL INTERCONNECTION
# CONFERENCE
## June 18 - 20, 1996
## ADVANCE PROGRAM

Tuesday, June 18, 1996
OPENING SESSION — 9 A.M.

Welcoming Remarks and General Comments
Dr. Thomas E. Wade
General Chairman
University of South Florida

---

SESSION I — 9:15 A.M.
KEYNOTE ADDRESS . . . 11
"IMMIGRANT ENGINEERS"
Dr. T. J. Rogers
President & C.E.O.
CYPRESS SEMICONDUCTOR
San Jose, California

---

### SESSION II - 10 A.M. - 12 Noon
### VLSI MULTILEVEL INTERCONNECTION
### COMPLETE PROCESS REALIZATION  . . . 15

Chairman: Dr. Fabio Pintchovski
MOTOROLA
Austin, Texas

2.A "2.0 Micron Pitch 6 - Level Metallization Process for High Performance Application Integrated Circuits" by T. Imari, K. Torii, T. Saito, N. Ohashi, T. Fujiwara, H. Yamaguchi, H. Hayakawa and N. Owada; HITACHI CORP.; Tokyo, JAPAN.  . . . . . . 17

2.B "A Novel High Performance Integration Scheme Using Fluorinated SiO2 and Hydrogen Silsesquioxane for Capacitance Reduction" by M.K. Jain, K.J. Taylor, G.A. Dixit, W.W. Lee, L.M. Ting, G.B. Shinn, S.Nag, R.H. Havemann, J.D.Luttmer and M. Chang; TEXAS INSTRUMENTS; Dallas, TX.  . . . . . . 23

2.C "A Triple Level Metallization Technique for Gigabit Scaled DRAMs" by J.S. Kim, B.C. Kim, S.K. Jang, J.Y. Lee, K.H. Lee, B.H. Hwang, C.W. Choi, I.G. Kim, I.S. Park, G.H. Choi, K.P. Lee, K.N.Kim, and J.W. Park; SAMSUNG ; Kyungki-do; KOREA.  . . 28

2.D "Integration of a W-Plug Via in a SOG Etch Back Based IMO Process" by S. Bothra, D. Pramanik, D. Baker, M. Weling, C. Gabriel, H.Sur and X.W.Lin; VLSI TECHNOLOGY; San Jose, CA.  . . 34

2.E "Optimal Multilevel Interconnect Technologies for Gigascale Integration (GSI)" by J.C. Eble, V.K. De, J.A. Davis and J.D. Meindl; GEORGIA TECH.; Atlanta, GA.  . . . . . . . 40

2.F "Integrated Interconnect Module Development" by J.T. Pan, D. Ma, T. Sahin, R. Tolles, S.Broydo; APPLIED MATERIALS; Santa Clara, CA; and H.Miyamoto, K. Kishimoto, M. Suzuki, T. Homma, M.Kikuchi; NEC CORP.; Kanagawa, JAPAN.  . . . . . . 46

--- POSTER PAPERS ---

2.G "Reduction of the Premetal Dielectric Thermal Budget for a 0.35 Micron Technology" by J. Waeterloos, H. Meynen, M. De Potter, B.Coenegrachts, T. Gao, J.Grillaert, L.Van den hove, K. Maex; IMEC; Leuven, BELGIUM.  . . . . . . . . . . . . . 55

2.H "Dual Damascene Structure Fabrication with Parylene-N as the ILD and Copper as the Interlayer Metal" by J.F. McDonald, B. Wang, C. Steinbruchel, R. Tacito; RENSSELAER POLYTECH; Troy, N.Y.  . . . . . . . . . . . . . . . . 58

### SESSION III - 1:30 - 3:30 P.M.
### VLSI MULTILEVEL INTERCONNECTION
### DIELECTRIC PROCESSES  . . . . . 61

Chairman: Dr. David B. Fraser
INTEL CORP.
Santa Clara, CA.

3.A "Evaluation of Cyclotene 5021 an a Low Dielectric Constant ILD" by C.B Case, A. Kornblit and J. Sapjeta; LUCENT TECH./BELL LABS; Murray Hill, N.J.  . . . . . . . . . . . 63

3.B "High Density Plasma CVD for 0.3 Micron Device Applications" by T. Saikawa, T. Tamaru, H. Nezu, H. Aoki, K. Kikushima, and N. Owada; HITACHI LTD.; Tokyo, JAPAN.  . . . . . . 69

3.C "High Density Plasma CVD Oxide Deposition: The Effect of Sputtering on the Film Properties" by P. Weigand, N. Shoda, T. Matsuda, S.V. Nguyen, T.E. Jones, M.J. Shapiro, and R. Plocssl; IBM/SIEMENS/TOSHIBA at IBM; Hopewell Jct., NY; and J. Rzuczek; APPLIED MATERIALS; Santa Clara, CA.  . . . . . 75

3.D "The Novel Planarization Process of O3/TEOS by Underlayer Surface Modification" by T.Tu, K.Liao, A. Ku, K.C. Chen, W. Su, and T. Chang; MOSEL VITELIC; Taiwan, R.O.C.  . . . . 81

3.E "Application of A Low k Inorganic Flowable Oxide SOG as an Intermetal Dielectric Oxide for 0.35 Micron CMOS Backend Process" by L.Q. Qian, S. Bothra and D. Pramanik; VLSI TECHNOLOGY; San Jose, CA.; and J. Bremmer, B.P. Mathur; DOW CORNING; Fremont, CA.  . . . . . . . . . . . 87

3.F "Characterization and Thin-Film Properties of FLARE, A Low Dielectric Constant, High Tg Fluorinated Poly(arylene ether), as an Intermetal Dielectric for Interconnect Applications" by K.S. Lau, J.S. Drage, N.P. Hacker, N.M. Rutherford, R.R. Katsanes, B.A. Korolev, T.A. Krajewski, S.P. Lefferts, H. Sayad, P.R. Sebahar, A.R. Smith, W.B. Wan and E.C. White; ALLIED SIGNAL; Santa Clara, CA.  . . . . . . . . . . 92

--- POSTERS ---

3.G "Characterization of Dielectric Constant for Liquid Phase Deposited (LPD) SiO2-xFx Films" by C.F. Yeh, S.S. Lin; NAT'L CHIAO TUNG UNIV.; and W. Lur; UMC; Taiwan, R.O.C.  . . 101

3.H "Integration of Low Temperature SACVD BPSG into 0.35 Micron Generation DRAM and Logic Technologies" by A.K. Stamper, D.S. Armbrust, T. J. Hartswick, T.S. Chamberlin; IBM; Essex Jct., VT; and L.A. Smith, E.Y. Yieh; APPLIED MATERIALS; Santa Clara, CA.  . . . . . . . . . . 104

3.I "Improvement in Hygroscopicity of HD - PECVD SiOF Films" by R. Katsumata, H. Miyajima, Y. Nakasaki and N. Hayasaka; TOSHIBA; Kawasaki, JAPAN.  . . . . . . . . . 107

3.J "PECVD of Fluorine Doped TEOS Oxide Films Using an Alternative Dopant Source" ;by W.S. Yoo, R. Swope, B. Sparks, and D. Mordo; NOVELLUS; San Jose, CA.  . . . . . 110

3.K "Thermal Stability and Stress Variations in Low Dielectric Constant Spin-on-Glass" by S.C.Sun and Y.C. Chuang; NAT'L CHIAO TUNG UNIV.; Taiwan, R.O.C.  . . . . . . 113

3.L "Process Integration and Reliability of Hydrogen Silsesquioxane in Direct-on-Metal Application" by V.McGahay, A. Acovic, B. Agarwala, G. Endicott, D. Nguyen, M. Shapiro and S. Yankee; IBM; Hopewell Jct., NY.  . . . . . . . . . . 116

3.M "Novel 'Flood Exposure' Siloxane Spin-On Glass Electron-Beam Curing and Application to Non Etchback Process" by L. Forester, D.K. Choi, J.J. Yang; ALLIED SIGNAL; Santa Clara, CA; S.B. Kim, J.H. Ko, J.C. Kim; HYUNDAI; Kyungki, KOREA; and M.Ross, W.R. Livesay; ELECTRON VISION; San Diego, CA. . .119

3.N "Suppression of BPO4 Precipitates in Borophosphosilicate Glass Film During Annealing" by S. Matsumoto, T. Hattori, Y. Hata, and H. Ogawa; MATSUSHITA; Kyoto, JAPAN. . . . . . . . . . . . .122

3.O "Integration of PE-CVD Fluorinated Silicate Glass into 0.35 Micron VLSI Process" by W. Li, K Reddy, W. Catabay; LSI LOGIC; Santa Clara, CA; and A. Gupta; APPLIED MATERIALS; Santa Clara, CA. . . . . . . . . . . . . . . . . . . . . . . .125

3.P "Tantalum Pentoxide for DRAM Applications" by K.A. McKinley, N.P. Sandler; LAM RESEARCH; Fremont, CA. . . . . . . . . . 128

3.Q "Characterization of Polysilicon-to-Metal Inter Level Dielectric and its Effect on Device Reliability for 0.35 micron IC Manufactruing" by L Chen, S.M. Jang, C.H. Yu and J. Y. Chen; TSMC; Taiwan, R.O.C. . . . . . . . . . . . . . . . . . . . . .131

3.R "A Model and Methodology for Optimization of Spin-on-Dielectric Etchback Process" by S. Bothra, I. Harvey and M. Weling; VLSI TECHNOLOGY; San Jose, CA. . . . . . . . . . . 134

3.S "Process Integration of a PECVD Nitride Layer in the ILD Stack of a BICMOS Technology" by S. Nagalingam, E. Sabin, R.V. Taylor and S. Naik; SILICON SYSTEMS; Santa Cruz, CA. . . .137

---SPECIAL NOTES ---

3.T "Vacuum-Deposited Parylene AF - 4: A Thermally Stable, Low Dielectric Constant Polymer for Interlayer Dielectric Use" by J. Wary, R.A. Olson and W.F. Beach; ALPHA METALS INC; Indianapolis, IN. . . . . . . . . . . . . . . . . . . . . . . . .143

3.U "An Improved Non-Etchback Low-K Polymer Process by Using Ar Plasma Treatment" by C.K. Wang, Y.C. Yang, C.C. Huang, L.M. Liu and K.Y. Chiu; WINBOND; Taiwan, R.O.C. . . . . . . 144

3.V "Application of Thick Polyimide as an Interlevel Dielectric in Triple Level Metal Structure of Si-MMIC" by T.J. Lee, Y.S. Jeong, H.P. Jeong, S.Y. Lee and C.H. Park; SAMSUNG; Kyunggi, KOREA. . . . . . . . . . . . . . . . . . . . . . . . . . . . .145

3.W "Characterization of the Optical Properties and Thickness of Fluorinated Silicate Glass (FSG) Thin Films by Spectroscopic Ellipsometry" by C. Ygartua; TENCOR INST.; Santa Clara, CA. . .146

3.X "A Forming Gas Resist Strip Process for Use With Non-Etchback Low k Spin-on-Polymers" by D. Nguyen, L. Forester, J. Kennedy; ALLIED SIGNAL; Santa Clara, CA; and R. Burke, C.C. Cheng; GASONIC INT'L; San Jose, CA. . . . . . . . . . . . . . . . . . 147

SESSION IV - 3:45 - 5:45 P.M.
VLSI MULTILEVEL INTERCONNECTION
BARRIER/CONTACT/ADHESION LAYERS - Part I .149

Chairman:          Dr. Rob Wolters
                   PHILIPS RESEARCH DIV.
                   The Netherlands

4.A "Characterization of Diffusion Barrier Properties of CVD and PVD Tungsten Nitride Thin Films" by S.C. Sun, M.H. Tsai, H.T. Chiu and S.H. Chuang; CHIAO TUNG UNIV.; Taiwan, R.O.C. .151

4.B "Integration of a Hi-Fill Ti/TiN Process into a 0.5 Micron W-Plug Metallization Scheme" by D. Butler, P. Rich, K. Buchanan and P. Kelly; ELECTROTECH; Bristol, UK; and I. Sothje, C. Gorgens, R. Rausenberger; ELECTROTECH; Ulm, GERMANY. . . . . . 156

4.C "Chemical Vapor Deposition of Ternary Refractory Nitrides for Diffusion Barrier Applications" by P.M. Smith, J.S. Custer, J.G. Fleming, E.R. Osmun, M. Cohn and R.V. Jones; SANDIA NAT'L LABS; Albuquerque, NM. . . . . . . . . . . . . . . . . . .162

4.D "Microstructure and Electrical Properties of Amorphous W-Si-N Barrier Layer for Cu Interconnections" by T. Iijima, Y. Shimooka, G. Minamihaba, T. Kawanoue, H. Tamura, H. Hirabayashi, N. Sakurai, H. Ohkawa, T. Kubota, Y. Mase, M. Koyama, J. Ooshima, J. Wada and K. Suguro; TOSHIBA; Kawasaki, JAPAN. . . . . . . . . . . . . . . . . . . . . . . 1

4.E "Ultra Thin Diffusion Barriers for Cu Interconnections at the Gigabit Generation and Beyond" by F.Braud, J. Torres, J. Palleau, J.L. Mermet, C. Marcadal, E. Richard; GRESSI, CNET-LETI; Meylan/Grenoble, FRANCE. . . . . . . . . . . . . . . . . 1

4.F "Self-Aligned Barrier Layer Formation on TiSi2 Layer With N2 Plasma Treatment" by M. Sekiguchi, M. Yamanaka, T. Tamaki, and S. Mayumi; MATSUSHITA; Osaka, JAPAN. . . . . . . 1

--- POSTERS ---

4.G "Tungsten Contacts for a 256M DRAM Process Using A Thermally Formed TiN Diffusion Barrier" by J. Gambino, A. Domenicucci; IBM ; Hopewell Jct., NY; and H. Aochi, N. Shoda and T. Katata; TOSHIBA; Hopewell Jct., NY. . . . . . . . . .18

4.H "Effect of the Oxidation of TiN Barrier on its Efficiency as a Diffusion Barrier in AlSiCu Metallization of VLSI Devices" by G. Gagnon, M. Caron, J.F. Currie, S.C. Gujrathi, V. Fortin; ECOLE POLYTECHNIQUE MONTREAL; Quebec, CANADA; and Y. Tremblay, L. Ouellet; MITEL SCC; Quebec, CANADA; and M. Wang, F. Wong; VARIAN; Palo Alto, CA. . . . . . . . . . .18

4.I "A Stable Plasma Treated CVD Titanium Nitride Film for Barrier/Glue Layer Applications" by A.J. Konecni, G.A. Dixit, J.D.Luttmer and R.H. Havemann; TEXAS INSTRUMENTS; Dallas, TX; and M. Danek, M. Liao; APPLIED MAT'LS; Santa Clara, CA. . 1

4.J "In-Situ TiON Process for Submicron Hot Al Wiring Applications" by B. Gittleman, S. Riley, V. Bui, D. Caldwell, A. Gaibrois and T.J. Licata; MATERIALS RESEARCH CORP.; Congers, NY. . . . . . . . . . . . . . . . . . . . . . . . . .1

4.K "Very Thin CoSi2 Film Formed by Solid State Interaction" by B.Z. Li, G.P. Ru, Z.G. Gu, G.B. Jiang, and J. Liu; FUDAN UNIVERSITY; Shanghai, CHINA. . . . . . . . . . . . . . . . 1

4.L "Comparison of Single Chamber Ti / TiN Deposition with Conventional Dedicated Ti and TiN Deposition in SubMicron VLSI Metallization" by G. Hamilton; MOTOROLA; Austin, TX; and M. Narasimhan, V. Pavate, B. Adams, A. Tolia, R. Van Den Neiuweheizen, B. Chang, J. Egermier and S. Ramaswami; APPLIED MATERIALS; Santa Clara, CA. . . . . . . . . . . 1

--- SPECIAL NOTES ---

4.M "Process Optimization of Barrier Metal System for W Plug Technology" by C.K Wang, M. Liao; APPLIED MAT'L; Santa Clara, CA.; and S.S. Chiang, L.M. Liu and K.Y. Chiu; WINBOND; Taiwan, R.O.C. . . . . . . . . . . . . . . . . . .19

4.N "Optimization of TiN Etch Process on AME P5000 Oxide Etch Tool" by D. Tucker; SYMBIOS LOGIC; Colorado Springs, CO. . .19

4.O "Multilayered Titanium Nitride Layer Processing for Improved Barrier Integrity Results" by D. Wilcoxen; SPUTTERED FILMS; Santa Barbara, CA. . . . . . . . . . . . . . . . . . . . . . .19

4.P "Effects of Rapid Thermal Annealing of Sputtered TiN on W Nucleation and Defect Formation During CVD of W" by S.J. Yeom, S.B. Hwang, C.H. Kim, S.H. Lee, B.J. Jung, H.L.Park and J.C. Kim; HYUNDAI; Kyungki, KOREA. . . . . . . . . . .19

**Wednesday, June 19, 1996**
**SESSION V - 8:00 - 9:40 A.M.**
**VLSI MULTILEVEL INTERCONNECTION**
**TEST/MODELLING & CONTACT/VIA FILL**

Chairman:          Dr. Andrew R. Neureuther
                   UNIV. OF CALIFORNIA
                   Berkeley, CA.

—TEST AND MODELLING —

5.A "Simulation of Aluminum Surface Profile in Trenches and
Contact/Vias for Ionized Physical Vapor Deposition" by P. Kapur,
D.S. Bang, J.P. McVittie and K.C. Saraswat; STANFORD UNIV.;
Stanford, CA. . . . . . . . . . . . . . . . . . .201

5.B "Yield Prediction for ULSI" by G.A. Allan and A.J. Walton;
UNIV. of EDINBURGH; Edinburgh, UK . . . . . . .207

5.C "Microstructural Effects on the Copper Reflow Process" by L.J.
Friedrich, S.K. Dew, M.J. Brett; UNIV. ALBERTA; Edmonton,
CANADA; and T.Smy; CARLTON UNIV.; Ontario, CANADA; and
D.S. Gardner; INTEL; Santa Clara, CA. . . . . . . .213

--- POSTERS ---

5.D "Modeling of Trench Filling by an Electroless Copper Process"
by T. Smy, L. Tan; CARLTON UNIV.; Ottawa, CANADA;
Y.Shacham-Diamand, M. Desilva; CORNELL UNIV.; Ithaca, NY;
S.K. Dew, M.J. Brett; UNIV. ALBERTA; Edmonton, CANADA. .221

5.E "Etching and Deposition Modeling Using Level Set Methods" by
D. Adalsteinsson, J.A. Sethian; UNIV. CALIF.; Berkeley, CA.; and
J.C. Rey; TECHNOLOGY MODELING ASSOC.; Palo Alto, CA. .224

5.F "An Iterative Procedure Based on Monte Carlo Simulation to
Determine the Thickness and Composition of VLSI Metallization"
by M. Caron, G. Gagnon, J.F. Currie; ECOLE POLYTECH. of
MONTREAL; and R. Gauvin, D. Drouin, P. Hovington; UNIV.
SHERBROOKE; Quebec, CANADA; and L. Ouellet, Y.Tremblay;
MITEL; Quebec, CANADA; and M. Bigerger, F. Wong; VARIAN;
Palo Alto, CANADA. . . . . . . . . . . . . . .227

5.G "A Floating Random-Walk Algorithm for Extracting IC
Interconnect Capacitances" by Y.L. LeCoz, H.J. Greub, A.Garg,
and J.F. McDonald; RENSSELAER POLYTECH; Troy, NY; and
R.B. Iverson; RANDOM LOGIC; Fairfax, VA. . . . . . .230

5.H "Investigation of Interconnection Metal Reflow and Void Filling
by Vacancy Diffusion" by S. Winterton, T. Smy; CARLTON
UNIV.; Ottawa, CANADA; and S.K. Dew, M.J. Brett; UNIV.
ALBERTA; Edmonton, CANADA. . . . . . . . . . .233

--- SPECIAL NOTES ---

5.I "Infrared Analysis of Thermal Transient Behavior in a
Commercial High Density Plasma Etcher" by J.C. Arnold;
MOTOROLA; Austin, TX; G. Moore, SEMATECH; Austin, TX. .239

5.J "Factors Favoring Copper for Multilevel Metallization" by B.
Geuskens, K. Rose; RENSSELAER POLYTECH; Troy, NY. . .240

5.K "Non Contact Step Coverage Measurements on Blanket Metal
Films" by W.H. Johnson, K. Lehman, K.C. Chan; TENCOR INST.;
Santa Clara, CA; and A. Muscat; SAN JOSE STATE UNIV.; San
Jose, CA. . . . . . . . . . . . . . . . . . . .241

—CONTACT & VIA FILL PROCESSES —

5.L "Cleaning of CHF3 Plasma-Etched SiO2/SiN/Cu Via Structures"
by K. Ueno, Y. Tsuchiya, K. Ohto, K. Tsunenari; NEC
CORP.;Kanagawa, JAPAN; and V.M. Donnelly; BELL LABS;
Murray Hill, NJ. . . . . . . . . . . . . . . .245

5.M "Effects of Underlayer Compositions on Al - Reflow Process" by
G.H. Choi, E.J. Lee, C.W. Lee, B.J. Kim, S.M. Lee, J.T. Moon,
Y.B. Koh; SAMSUNG; Kyungki-Do, KOREA. . . . . . .251

--- POSTERS ---

5.N "An Alternative Approach to Filled - Via Processing" by A.J.
Farino, D. Heatherington, C. Apblett, B.Smith, P. Nelson, T. Hill,
and P.Shea; SANDIA NAT'L LABS; Albuquerque, N.M. . . .259

5.O "Step Coverage Simulation for Trench and Contact Hole Filling
Using Low-Pressure Al Chemical Vapor Depostion" by T.
Shinzawa and K. Sugai; NEC CORP.; Kanagawa, JAPAN. . .262

5.P "Adhesion of Tungsten by SiH4 Reduction Reaction Following
Pulse-Like Si Reduction Reaction" by Y. Higuchi, K. Nagano, K.
Komatsu and K. Nakamura; ULVAC TECH.; Andover, MA.; M.
Tamura; ULVAC JAPAN. . . . . . . . . . . . . .265

5.Q "Process Margin Analysis of 0.25 Micron CMOS Unlanded Via"
by T.R. Yew, C. Chen, W. Lur and S.W. Sun; UNITED MICRO;
Taiwan, R.O.C. . . . . . . . . . . . . . . . . .268

5.R "Backend Development for 0.59 Micron Buried Channel CMOS"
by W.G. Waldo, R. Turkman, K. Schwechel, G. Gebara, J. Toler,
and L. Hernandez; MOTOROLA; Austin, TX. . . . . . .271

--- SPECIAL NOTES ---

5.S "Process Integration of an Enhanced MOCVD TiN and SOG for
Via-Plug Application in Sub-0.5 Micron Technology" by C.K.
Wang, S.S. Chiang, L.M. Liu and K.Y. Chiu; WINBOND; Taiwan,
R.O.C.; and M. Liao; APPLIED MATERIALS; Santa Clara, CA. .277

5.T "Automatic Controlled Collimation Al - Reflow Process for Novel
Deep Submicron Contact Technology" by Y.C. Yoon, G.H. Choi,
Y.H. Park, B.J. Kim, J.T. Moon, Y.B Koh; SAMSUNG; Kyungki-
Do, KOREA. . . . . . . . . . . . . . . . . . .278

5.U "The Relationship Between Metal Via Etch and Glue Layer
Structure for Tungsten Via Process" by J.L.C. Chao; WINBOND;
Taiwan, R.O.C. . . . . . . . . . . . . . . . . .279

**SESSION VI - 9:55 - 11:55 A.M.**
**VLSI MULTILEVEL INTERCONNECTION**
**RELIABILITY ISSUES**

Chairman:          Dr. Loren W. Linholm
                   NAT'L INST. of STD. & TECH. (NIST)
                   Gaithersburg, MD.

6.A "Evaluation of Early Electromigration Failure of Al Plug Using
Optical Beam Induced Current Techniques" by K. Hoshino and
M. Takizawa; SONY CORP; Kanagawa, JAPAN. . . . . .283

6.B "Impact of High Current Stress Conditions on VLSI Interconnect
Electromigration Reliability Evaluation" by K. Banerjee, N.
Cheung, C. Hu; UNIV. CALIFORNIA; Berkeley, CA; and L. Ting;
TEXAS INSTRUMENTS; Dallas, TX . . . . . . . . .289

6.C "The Microstructure Dependence of Current Exponent and
Activation Energy of Electromigration in Thin AlCu Inter-
connects" by T. Usui; TOSHIBA; Kawasaki, JAPAN; and T.D.
Sullivan, T. Yanagisawa, and R.G. Filippi; IBM; Hopewell Jct. NY. .295

6.D "Electromigration Performance of Reflow Sputtered Al - Based
Interconnect" by T. Yamaha, M. Naito, T. Hotta; YAMAHA
CORP.; Shizuoka, JAPAN. . . . . . . . . . . . .301

6.E "Electromigration Failures in Line-Stud Structures as a Function
of Line Length" by M.B. Small; CONSULTANT; Albuquerque,
NM; and C.K. Hu; IBM CORP.; Yorktown Heights, NY. . . .307

6.F "Reservoir Length Dependence of EM Lifetime for Tungsten Via
Chains Under Low Current Stress" by M. Fujii, K. Koyama, and
J. Aoyama; SONY CORP.; Kanagawa, JAPAN. . . . . . .312

6.G "Dependence of Electromigration Failure Mechanism on Via / Interconnects Structures" by M.Kageyama, K. Hashimoto, H. Onoda; OKI ELECTRIC; Tokyo, JAPAN. . . . . . . . .321

6.H "A Novel Plasma Etch and Clean Process for Sub-0.5 Micron Interconnects" by K. Brennan, A. Singh, G.A. Dixit, S.O'Brien, J. Schell, L. Ting, R. Gale, R.H. Havemann; TEXAS INSTRUMENT; Dallas, TX. . . . . . . . . . . . . . . . . .324

6.I "Copper Contamination Effects in 0.5 Micron BiCMOS Technology" by T. Gravier, F. Braud, J. Torres, J. Palleau, A. Chantre; GRESSI; Meylan, FRANCE; and J. Kirtsch; SGS-THOMSON; Crolles, FRANCE. . . . . . . . . . .327

6.J "Aluminum Via Fill Planarization and Aluminum/Copper Dendrite Suppression in Multilevel Metal Interconnect Applications" by R. Wilson, T. Hulseweh, R. Nee, W. Krolikowski; MOTOROLA; Mesa, AZ. . . . . . . . . . .330

6.K "F Accumulation in Ti: The Cause of Adhesion Failure of TiN/Ti Liner on SiO2 During W CVD" by G. Ramanath, J.R.A.Carlsson, L.H. Allen; UNIV. ILLINOIS; Urbana, IL; and V.C. Hornback, D.J. Allman; SYMBIOS LOGIC; Colorado Sp, CO. . . . .333

6.L "Effect of Ti Underlayer on EM Characteristics of Al Interconnect" by B.H. Jung, H.J. Sun, S.H. Yu, H.L. Park, J.C. Kim; HYUNDAI; Kyungki - do, KOREA. . . . . . .336

6.M "Charge Trapping in BPSG Films" by R. Fuller, H. Evans, C. Gamlen, B. Czagas, M. Morrison, R. Lowry; HARRIS SEMI.; Melbourne, FL; and P. Lenahan, C. Frye; PENN. STATE UNIV.; Univ. Park, PA. . . . . . . . . .339

6.N "A Simulation for Estimating the Limitation of the Protection Diode for the MOSFET in the Plasma Ambient" by S. Zheng, N. Bui; AMD; Sunnyvale, CA. . . . . . . . . . . .342

6.O "Stress Characterization of Ti/TiN Barrier Layer" by P.T. Chu, T.M. Peng, T.H. Lin, Y.C. Chao; TSMC; Taiwan, R.O.C. . .345

6.P "Via Etch Residue Removal Using Downstream Plasma Process" by S.Deshmukh; AMERICAN MICROSYSTEMS; Pocatello, ID. .348

6.Q "Post Metal Etch Processes Contributing to Submicron Device Technology Corrosion Defects" by K. Mautz; MOTOROLA; Austin, TX. . . . . . . . . . . . . . . . . .351

--- SPECIAL NOTES ---

6.R "An Electromigration Study of TiN Barrier Layer Deposited With Various Techniques for Via Applications" by S.L. Shue, L. Chen, D.C.H. Yu and J. Chen; TSMC; Taiwan, R.O.C. . .357

6.S "An Innovative Post Treatment Technique for Patterned 0.25 Micron Al-Cu Interconnects to Enhance the Yield and Reliability" by C.H. Yang, J.J. Wu; IBM; East Fishkill, NY. . .358

6.T "Research of Decreasing Particle on Silicon Wafers" by X. Chen, Q. Zhou, C. Zhang; GRINM; Beijing, P.R. CHINA. . . .359

6.U "Evolution of Redeposited Structure and its Correlation to Particle Generation During Tungsten - Titanium Sputtering" by C.F. Lo; MATERIALS RES. CORP.; Orangeburg, NY.; and R. Raghavan, D. Thormer; TEXAS INSTRUMENTS; Stafford, TX. .360

6.V " Measuring and Modeling Stresses in Al Metallization" by Y.L. Hao, Z.H. Li, G.Y. Wu, Y. Gu,W.R. Chen, G.B. Zhang,Y.Y. Wang; PEKING UNIVERSITY; Beijing, CHINA. . . . .361

6.W "The Improved Device Reliability of Short Channel MOSFET by Spin-On Glass Post Treatment" by D.S. Sheen, M.J. Kim, J.R. Lee, Y.S. Sohn and C.T. Kim; HYUNDAI; Kyungki-do, KOREA. .362

6.X "Carbon Contamination Levels in PECVD F -TEOS Films" by R. Swope, W.S. Yoo; NOVELLUS; San Jose, CA. . . . . . .363

6.Y "The Effect of Dopants for Metal Reliability and New Failure Mode in Submicron Contact Hole" by S. Shim, E. Kim, C. Song, S. Lee, C. Park; SAMSUNG ELEC.; Kyunggi-do, KOREA. . .364

6.Z "Characterization of Contact Corrosion" by P.T. Chu, T.M. Peng, C.C. Hung, K.H. Chang, T.H. Lin, Y.C. Chao; TSMC; Taiwan, R.O.C. . . . . . . . . . . . . . . . . . . .

**Thursday, June 20, 1996**
**SESSION VIII - 8:00 - 10:00 A.M.**
**VLSI MULTILEVEL INTERCONNECTION**
**C. M. P. PLANARIZATION PROCESSES**

Chairman:  Dr. Sherry Gallespie
MOTOROLA
Austin, TX.

**PART I - C.M.P. CONDUCTOR PROCESSES**

8.A "Applications of Low Resistivity Si - Rich W Alloy Structure in ULSI" by H.M. Dalal; IBM; Hopewell Jct., NY; and R.V. Joshi; IBM Watson Res.; Yorktown Heights, NY. . . . . . . . .

8.B "The New Slurry Supply Method for W Films' Chemical Mechanical Polishing" by A. Kubo, M. Suzuki and S. Chikaki; NEC CORP.; Kanagawa, JAPAN. . . . . . . . . . . . .

8.C "Process/Pad Effects on Electrical and Physical Properties of CMP Copper Damascene Interconnects" by J.F Wang, A.R. Sethuraman and L.M. Cook; RODEL; Newark, DE; and K. Ueno and Y. Tsuchiya; NEC CORP.; Kanagawa, JAPAN. . . . . . .

--- POSTER PAPERS ---

8.D "Planarization of Copper/Polyimide for Multilevel Interconnects by Chemical Mechanical Polishing" by M.G. Lee, T.Larson and S. Beilin; FUJITSU; San Jose, CA. . . . . . . . . . . .

**PART II - C.M.P. DIELECTRIC PROCESSES**

8.E "Selective Chemical Mechanical Polishing Using Boron Nitride Films to Achieve Global Planarization" by C.G. Kim, S.W. Lee, J.Y. Kim, M.J. Kim, S.J. Hong, S.R. Hah, U.I. Chung and M.Y. Lee; SAMSUNG; Kyungki-do, KOREA. . . . . . . . . . .4

8.F Simultaneous BPSG Planarization and Contact Stud Formation in a 0.25 Micron DRAM Process" by M. Jaso, J. Gambino, D. Dobuzinsky, M. Armacost; IBM; Hopewell Jct., NY; ;and T. Ohiwa; TOSHIBA; Hopewell Jct., NY. . . . . . . . . . .4

8.G "Long Run Planarity and Uniformity Performance of CMP on Single Hard Pad With Air-Backed Carrier and In-situ Pad Profile Control" by T. Murakami, M. Nishio, M. Hamanaka; MATSUSHITA; Osaka/Kyoto, JAPAN. . . . . . . . . . . .4

--- POSTER PAPERS ---

8.H "The Role of Dummy-Fill Patterning Practices on Intra-die I.L.D. Thickness Variation in CMP Processes" by B.E. Stine, D.S. Boning and J.E.Chung; M.I.T.; Cambridge, MA; and L.E. Camilletti, E. Equi; DIGITAL EQUIP.; Hudson, MA; and S. Prasad, W.M. Loh, and A. Kapoor; LSI LOGIC; Milpitas, CA. . 42

8.I "Effects of PETEOS Film Stress on Chemical Mechanical Planarization" by Y. Zhang; ADE; Addison, TX; and P. Parikh, M. Bonsaver; IPEC/PLANAR; Phoenix, AZ; and B. Stephenson, J. Ling and M. Li; SGS-THOMSON; Phoeniz, AZ. . . . . . 42

8.J "Comparison of Oxide Planarization Pattern Dependencies Between Different CMP Tools Using Statistical Metrology" by R.R. Divecha, B.E. Stine, D.O Ouma, D.S Boning and J.E. Chung; M.I.T.; Cambridge, MA; and O.S. Nakagawa, S.Y. Oh; HEWLETT PACKARD; Palo Alto, CA; and D.L Hetherington, SANDIA NAT'L LABS; Albuquerque, NM. . . . . . . . . . . .42

--- SPECIAL NOTES ---

8.K "The Effect of Slurry Particle Size on Defect Levels for a BPSG CMP Process" by R. Nagahara, S.K Lee and H.M. You; INTEGRATED DEVICE TECH.; San Jose, CA. . . . . . 43

8.L "CMP of BPSG - Effects of Process Parameters" by P.J. Parikh, J.D. Lee; IPEC/PLANAR; Phoenix, AZ; and W.J. Schaffer, J.W. Westphal, H.W. Fry; WATKINS-JOHNSON; Scotts Valley, CA. . 434

### PART III - C.M.P. GENERAL PROCESSES

--- POSTERS ---

8.M "Compensating for CMP Pad WearUsing Run by Run Feedback Control" by T. Smith, D. Boning; M.I.T.; Cambridge, MA.; and J. Moyne; UNIV. MICHIGAN; Ann Arbor, MI; ;and A. Hurwitz; SEMATECH; Austin, TX.;and J. Curry; STRASBAUGH; San Luis Obispo, CA . . . . . . . . . . . . . . . 437

--- SPECIAL NOTE ---

8.N "Orbital Polishing Techniques for CMP" by T. Cleary, C. Barnes; IPEC/PLANAR; Portland, OR. . . . . . . . . . . . . 443

### SESSION IX - 10:10 A.M. - 12:40 P.M.
### VLSI MULTILEVEL INTERCONNECTION
### CONDUCTOR SYSTEMS

Chairman:     Dr. William Atkins
              SEMI. RESEARCH CORP. (SRC)
              Research Triangle Park, N. C.

### PART I - ALUMINUM CONDUCTOR SYSTEMS

9.A "High Pressure Aluminum Plug Interconnects With Improved Electromigration by Microstructural Modifications" by Q.Z. Hong, W.Y. Hsu, L.Ting, G. Dixit, R. Havemann; TEXAS INSTRUMENTS; Dallas, TX. . . . . . . . . . . 449

9.B "Integration Studies of CVD Al Interconnects for Future ULSI Circuits" by I.A. Saadat, S. Sekigahama, B.J. Daniels, A. Borba, M.E. Thomas; NATIONAL SEMI.; Santa Clara, CA; and E. Beyer, J.A. Maher; LAM RES.; Wilmington, MA.; and J. Faltermeier, A. Kaloyeros; UNIV. ALBANY - SUNY; Albany, NY. . . . . 455

--- POSTERS ---

9.C "A Novel 3-Step Al Sputter Deposition Process Providing Reliable Step Coverage in 0.8 Micron Contacts and Vias with High Aspect Ratios" by B. Bailey, S. Nagalingam; SILICON SYSTEMS; Santa Cruz, CA. . . . . . . . . . . . . . . 463

9.D "A Substitutive Oxygen Passivation Step During Metal Etching" by Y.H. Shen, C.H. Loa, S.L. Pan, B.J. Chang, K.L. Lu,J.J. Yang; TSMC; Taiwan, R.O.C. . . . . . . . . . . . 466

9.E "Problems Due to Nucleation in the Growth of Aluminum by CVD" by V. Mahadev, T. Kim, T.S. Cale; ARIZONA STATE; Tempe, AZ.; G.Leusink, J. Hillman, R. Foster; MRC; Gilbert, AZ. 469

--- SPECIAL NOTES ---

9.F "A Systematic Study of AlCu Step Coverage on TiW" by C. McCarty, M. Morrison, M. Facey, J. Linn; HARRIS; Palm Bay, FL 475

9.G "One Chamber Cold/Hot Al Planarization Process in Sub-0.5 Micron Contact Filling Application" by H.P. Chiu, K. Chatterjee, K.Weng, J.F. Chang, W.Y. Huang, M.H. Liao, J. Wang; APPLIED MATERIALS; Taiwan, R.O.C.; H.H. Shih, J.J. Wang, Y.F. Chang; WINBOND; Taiwan, R.O.C. . . . . . . . . . . 476

9.H "Novel Si Nodule Defect Control by Modifying AlSiCu Profile" by C.H. Loa, J.C. Hsieh, S.L. Pan, B.J. Chang, K.L. Lu, J.J. Yang; TSMC; Taiwan, R.O.C. . . . . . . . . . . . 477

9.I "Step Coverage Enhancement Techniques to Enable < 0.35 Micron Al Planarization" by P. Ding, G. Yao, C. Cha, Z. Xu, F. Chen and A. Tepman; APPLIED MATERIALS; Santa Clara, CA. 478

### PART II - COPPER CONDUCTOR SYSTEMS

9.J "Recent Advances in Copper Metallization" by C.H. Ting, V. Dubin and T. Nogami; AMD CORP.; Sunnyvale, CA . . . . 481
      Invited Paper (30 minute presentation).

9.K "Metal Capped Cu Interconnection Technology by Chemical Mechanical Polishing" by T. Mori, T. Fukada, Y. Toyoda, M. Hasegawa and N. Mikami; MITSUBISHI; Hyogo, JAPAN. . . . 487

9.L "Low Temperature Laser Reflow of Copper for Interconnection in Integrated Circuits" by Y. H.Sun, S.Chen; XMR; Santa Clara, CA; and D.G. Gardner and J.C. May; INTEL; Santa Clara, CA. . 493

9.M "Quarter Micron Copper Dry Etching with Precise Wafer Temperature Control Using Cl2 Gas as the Single Reactant" by H.Miyazaki, K. Takeda, N. Sakuma, K. Hinode, K. Kusukawa, T. Furusawa, Y. Homma and S. Kondo; HITACHI; Tokyo, JAPAN. . 498

--- POSTER PAPERS ---

9.N "Advancements in Copper Electroplating for Sub-Half Micron ULSI Interconnects" by K. Lowery; AMERICAN PLATING; Orange, CT.; and  C. VanHorn, J. Commander, G. Shawhan; ENTHONE-OMI; Orange, CT. . . . . . . . . . . . 507

### PART III - OTHER CONDUCTOR SYSTEMS

9.O "A Novel Tungsten Bit-Line Compatible With COB Structure" by K.M. Ko, S. Choi, M. Yoon, D.H. Ko, H.D. Lee, C.S. Park, B.Y. Yoo, S.I. Lee, U.I. Chung and M.Y. Lee; SAMSUNG; Kyungki-Do, KOREA. . . . . . . . . . . . . . 513

--- POSTERS ---

9.P "Characteristics of Low Resistance Ti-Polycide Gate Structures With Different Si / Ti Composition" by D.L. Bae, E.H. Lee, H.S. Kim, G.H. Choi, D.H. Ko, H.K. Kang and M.Y. Lee; SAMSUNG; Kyungki-Do, KOREA. . . . . . . . . . . . . 521

9.Q "Characterization of Single Wafer and Batch Metal Etch Manufacturing Processes" by K. Mautz; MOTOROLA; Austin, TX. . 524

9.R "Effect of a TiN Anti-Reflecting Coating on the Performance of Ti/TiN/AlSiCu Metallization of VLSI Devices" by G. Gagnon, M. Caron, J.F. Currie, V. Fortin; MONTREAL POLYTECH; and S.C. Gujrathi; UNIV. MONTREAL; and Y. Tremblay, L. Quellet; MITEL; Quebec, CANADA; and M. Wang, M. Biberger, F. Wong; VARIAN; Palo Alto, CA. . . . . . . . . . . . 527

--- SPECIAL NOTES ---

9.S "Polysilicon Etch Process Characterization of Single Wafer and Batch Reactors" by K. Mautz, T. Phan; MOTOROLA; Austin, TX.. 533

AWARDS LUNCHEON — 12:45 - 2:30 P.M.
"THE FOCUS CENTER: A SOLUTION TO THE
RESEARCH GAP IN INTERCONNECT". . . 535
Larry W. Sumney
President and C.E.O.
SEMICONDUCTOR RESEARCH CORP. (SRC)
Research Triangle Park, N.C.
OUTSTANDING PAPER/POSTER PRESENTATIONS

## SESSION X - 2:30 - 5:30 P.M.
### VLSI MULTILEVEL INTERCONNECTION
### BARRIER/CONTACT/ADHESION LAYERS - Part II

Chairman:  Dr. Michael E. Thomas
NATIONAL SEMI/FAIRCHILD RES. CTR.
Santa Clara, CA

10A "Barrier Properties of Ta and W-Nitrides with Rapid Thermal Ammonia Nitridation Against Cu and Al Diffusion to Si Substrate" by W.K. Yeh, J.C. Chuang, T.T.Wu, M.H. Tsai, S.C. Sun and M.C. Chen; CHIAO TUNG UNIV; Taiwan, R.O.C. . . 541

10B "A Study on the Integrity of Contact Barrier Using Ti/TiN and Hot Aluminum Fill for Sub Micron Metallization" by B.Mehrotra, J. Xie and K. Reddy; NATIONAL SEMI; Santa Clara, CA. . 547

10C "Influence of the Sputtering Method of TiN/Ti Films on the Resistance of High Aspect Ratio Contact Holes" by R.Kanamura, H.Inoue, S.Suzuki, H.Kenmotsu, I. Moriyama and M. Sasaki; SONY; Kanagawa-ken, JAPAN. . . . . . . . . . . . . . 554

10D "Evaluation of the Electrical Properties of Nickel Silicide Films for ULSI Applications" by S.R. Das, D.X. Xu; NAT'L RES. COUNCIL; Ontario, CANADA; and A. Naem, M. Shenasa; NATIONAL SEMI.; Santa Clara, CA . . . . . . . . . . . 560

10E "A New Low Temperature PECVD TiN Compatible With Multilevel Vias Application" by C. Arena, T. Farjot, L. Persico, D. Mariole, D. LaFond, M. Moussavi, M. Lerme; GRESSI-CEA-LETI; and Y. Morand; SGS-THOMPSON; and J. Faguet, E. Guidotti, P. Goffo; GRESSI; Grenoble, FRANCE; and J.T. Hilman, M.S. Ameen, R.F. Foster; MRC; Gilbert, AZ. . . . . . . . . . 566

10F "Process Optimization of TiN - CVD Process Based on Kinetic Study" by Y. Shimogaki, T.Ohkubo, T. Saito, Y. Egashira, K. Sugawara and H. Komiyama; UNIV. TOKYO; Tokyo, JAPAN. . 572

10G "VHF Plasma Enhanced Chemical Vapor Deposition of Ti/TiN Films" by S. Mizuno, M. Tagami, S. Hasegawa, Y. Numasawa; ANELVA; Tokyo, JAPAN. . . . . . . . . . . . . . . . 578

10H "In-Situ Coherent TiN Barrier for Al Metallization" by J. Fu, B. Stimson, Z. Xu, E. Tzou, M. Narasimhan, J. Egermeier and F. Chen;APPLIED MAT'L; Santa Clara, CA.;and H. Chang, F.R. Chen TSINGHUA UNIV; Taiwan, R.O.C. . . . . . . . 584

— POSTERS —

10I "The Preparation and Barrier Properties of MOCVD -TiN Using TDMAT" by H.S. Seo, J.T. Kim,B.H. Jung, H.L.Park, J. C. Kim; HYUNDAI; Kyungki-do, KOREA. . . . . . . . . . 593

10J "Application of Metal Organic C.V.D. of TiN to Sub-0.5 Micron Metallization" by L. Tsau, D. Young, V. Kerametlian, D. Cerney, C. Eichenberg and M. Brongo; ROCKWELL; Newport Beach, CA; and K. Ye, B. Roberts; NOVELLUS; San Jose, CA. . . . . 596

10K "The Influence of Textured Ti Underlayer on TiN and Al-05% Cu Films" by M. Biberger, G. Tkach, M. Rumer; VARIAN; Palo Alto, CA; and D.B. Knorr; NICHE MICROSTRUCTURAL; Troy, NY. 599

10L "The Effect of Precleaning Treatments on The Formation of Ti-Silicide" by H.S. Kim, D.L. Bae, G.H. Choi, S.Y. Choi, D.H. Ko, H.K. Kang and M.Y.Lee; SAMSUNG; Kyungki, KOREA. . . 600

10M "Ti Thickness Effects on Interconnect Contact of CMOS With MOCVD TiN Barrier Layer" by J. Zhao, W. Catabay; LSI LOGIC; Santa Clara, CA; and P. Li, B. Roberts; NOVELLUS; San Jose, CA. . . . . . . . . . . . . . . . . . . . . . . 603

10N "Impact of Sputter Cleaning on Contact Resistance and the Process Optimization" by X.W. Lin, S. Bothra; VLSI TECHNOLOGY; San Jose, CA . . . . . . . . . . 606

— SPECIAL NOTES —

10O "Effect of Process Variables on Magnetron Sputtered TiN Films" by A. Tolia, V. Pavate, M. Narasimhan, B. Chang, N. Khurana and J. Egermier; APPLIED MATERIALS; Santa Clara, CA. . . .

10P "Evaluation of Single Phase TiW Sputter Target Particle Performance" by H.Wang, C.F. Lo and P. Gilman; M.R.C.; Orangeburg, NY.; and H. Lin, S. Gautier, J. Dobson; TEXAS INSTRUMENTS; Dallas, TX. . . . . . . . . . . .

10Q "Improvement of TiN Barrier Layer by Bias Long Throw Sputtering" by T. Komatsu, Y. Higuchi, K. Nagano, K. Nakamura, H. Wada, N.Motegi, S. Hiroishi, K. Tomizawa, E. Mizuno, Y. Mizusawa, H. Obinata, M. Tamura; ULVAC JAPAN. . . . .

10R "Study of Ti-Si-N Films for Diffusion Barrier by Physical Vapor Deposition" by C.E. Allevato, A. Clarke; SPUTTERED FILMS; Santa Barbara, CA; and D.M. Rowe; UNIV. WALES; Cardiff. .

## SESSION XI
### VLSI MULTILEVEL INTERCONNECTION
### NON - CMP PLANARIZATION PROCESSES

— POSTER PAPERS —

11A "Advanced Intermetal Dielectric Gapfill Process for High Aspect Ratio CMOS Technologies" by A.K. Stamper, V.McGahay, T. J. Hartswick, D.R.Cote, L.A. Miller, E.G.Walton;IBM; Essex Jct, VT  6

11B "Improved SOG Gap-Filling Capability Through the Control of Organic Components" by M. Saito, M. Hirasawa, K. Kato, N. Kobayashi, A. Takamatsu; HITACHI; Tokyo, JAPAN. . . . . 6

11C "Simple and Low Thermal Budget Planarization Process for Premetal Dielectric Based on Spin-on Hydrogen Silsesquioxane (HSQ)" by B.K. Hwang, J.H. Choi, H.J. Lee, J.S. Goo, U.I. Chung, M.Y. Lee; SAMSUNG; Kyungki-do, KOREA. . . . 62

11D "Tungsten Etchback Process Development for 0.5 Micron Applications" by F. Session; LAM RESEARCH; Costa Mesa, CA.; and S.W. Hsia; ROCKWELL; Newport Beach, CA. . . . . . 62

10

# A STABLE PLASMA TREATED CVD TITANIUM NITRIDE FILM FOR

## BARRIER/GLUE LAYER APPLICATIONS

A.J. Konecni, G.A. Dixit, J.D. Luttmer, and R.H. Havemann
Semiconductor Process and Design Center, Texas Instruments, 13536 North Central Expressway,
MS 944, Dallas, TX 75243
Michal Danek and Marvin Liao
Applied Materials, 3100 Bowers Avenue, Santa Clara, CA 95054

## EXECUTIVE SUMMARY

Stable CVD TiN films using tetrakis (dimethylamino) titanium were deposited via alternating deposition and plasma treatment steps. The films were deposited with a high conformality (70% bottom coverage) at a throughput of 12 wph. The films had a resistivity as low as 115 µohm-cm with impurity levels of 4% C and 6% O. These films were successfully integrated into a 0.35µm CVD W process flow and demonstrated improved barrier properties and via resistances over PVD TiN.

## EXTENDED ABSTRACT

Titanium nitride (TiN) has been used in IC manufacturing as a diffusion barrier in contacts and vias for several decades. It is in widespread use as an adhesion layer for chemical vapor deposited tungsten (W-CVD) where it serves as both a nucleation layer and a diffusion barrier. In order to demonstrate good barrier properties, a barrier must be inert, able to withstand thermal cycles, have a low resistivity, and ensure void free plug formation by possessing good conformality on high aspect ratio contacts and vias. As circuit dimensions continue to shrink, and the aspect ratios of contacts and vias become more aggressive, it becomes more difficult to achieve acceptable sidewall and bottom coverage using TiN deposited by physical vapor deposition (PVD). Collimated PVD TiN films have demonstrated improved bottom coverage, but suffer from poor corner/sidewall coverage and manufacturability. Because of their high conformality, CVD TiN films have been studied as a replacement for PVD TiN films. Films deposited by using $TiCl_4$ and $NH_3$ have been reported.[1] This chemistry suffers from several drawbacks including high deposition temperatures (550°C), chlorine contamination, and gas phase nucleation. The use of metal-organic precursors such as tetrakis (diethylamino) titanium (TDEAT) and tetrakis (dimethylamino) titanium (TDMAT) have also been studied.[2-4] The major drawbacks to the use of thermally deposited TDMAT include its high carbon content and resistivity in excess of 3000 µohm-cm. In addition, air exposed films adsorb moisture and oxygen and may show as high as 20% oxygen content. This results in films with poor stability (% change in resistivity with air exposure) and resistivities in tens of thousands of µohm-cm. In this paper, we detail the deposition and performance of a stable, low resistivity, conformal, TDMAT based CVD TiN film formed by alternating steps of thermal deposition and in-situ RF plasma treatment.

Experiments were performed using a modified CVD W chamber mounted on an Applied Materials P5000 mainframe. The wafer was heated to process temperature of less than 400 °C using a clampless lamp heated susceptor. TDMAT, a liquid source, was delivered to the chamber via He carrier gas and was diluted by $N_2$. TiN was deposited on the wafer via thermal decomposition of the TDMAT. After thermal deposition, the film was treated in-situ with an $H_2/N_2$ plasma (350W). The reduction in film thickness, following each plasma treatment, was

estimated to be 50%. Four alternating deposition steps of 50 Å were used to obtain a 200 Å film. The throughput of this alternating sequence of deposition and plasma treatment was 12 wafers per hour per chamber.

The physical characterization of these films was done with Auger Electron Spectroscopy (AES), Rutherford Backscattering (RBS), X-ray Photoelectron Spectroscopy (XPS), and Transmission Electron Microscopy (TEM). TiN films of 500-1000 Å were deposited on blank or patterned oxide wafers. Figures 1 illustrates the conformality of plasma treated film in a 0.33µm x 1µm contact. Bottom coverage is ~70% and sidewall coverage is ~130% the thickness of the field. One major concern with metal-organic films is carbon and oxygen concentration in the film. The XPS depth profile of an air exposed film in Figure 2 shows approximately 4% carbon and 6% O content in the film. This is significantly less than the levels reported for untreated films which are 30% carbon and 20% oxygen. TEM microstructure analysis of the treated films reveals small crystallites embedded in an amorphous structure. This is a favorable microstructure for a barrier material because amorphous materials lack grain boundaries which are potential paths for rapid diffusion. Measurements of sheet resistance on blanket films show the plasma treated films to be very stable. For comparison, Figure 3 shows the change in sheet resistance of an untreated CVD TiN film and a treated film. Typical sheet resistance non-uniformity across a six inch wafer is 3.5%. Bulk resistivity calculated from TEM cross sections and sheet resistance measurements is 115 µohm-cm. The films are tensile and have a typical stress value of 450 MPa.

In order to study the barrier properties of these films and evaluate the effect of impurities on device reliability, six inch silicon wafers were processed through a 0.35 µm CMOS flow to produce salicided active devices. The dielectrics on these wafers were planarized using chem-mechanical polishing. Two levels of Al-Cu interconnects were formed using W-plugged contacts and vias. Contacts/vias were patterned using i-line lithography and etched using a high density plasma oxide etch. The contact liner comprised of a collimated Ti layer and PVD or CVD TiN. In the case of vias, a sputter pre-clean preceded the Ti/TiN deposition. In the case of the CVD TiN, there was a vacuum break between Ti deposition and the CVD TiN. In both cases, CVD TiN and PVD TiN were exposed to air prior to CVD W deposition. Figures 4 and 5 compare the contact resistance and junction leakage of 700Å PVD TiN versus 100 - 200Å CVD TiN as barrier layers for $n^+p$ junctions with 0.3 µm contacts. The contacts with PVD TiN as a barrier show wider distributions in the reverse bias leakage currents than the contacts with CVD TiN. Figure 6 shows via resistances for 0.3/0.45 µm W-plugged vias lined with CVD TiN layer. The 0.45 µm vias with CVD TiN liner show improved via resistance distribution compared to the PVD TiN counterparts.

In summary, stable CVD TiN films were deposited using alternating deposition and plasma treatment cycles. These films had low impurity levels, were nearly stoichiometric, showed high conformality and demonstrated superior electrical performance over PVD films.

**References**
1. F. Pintchovski, T. White, E. Travis, P.J. Tobin, and J.B. Price, in "Tungsten and Other Refractory Metals for VLSI Applications IV", edited by R.S. Blewer and C.M. McConica (Mater. Res. Soc. , 275, Pittsburgh, PA, 1989).
2. I. Raaijmakers, Thin Solid Films, **247**, 85 (1994).
3. M. Eizenberg, K. Littau, S. Ghanayem, M. Liao, R. Mosely, A. Sinha, J. Vac Sci. Technol. A **13(3)**, (1995).
4. A. Paranjpe and M. IslamRaja, J. Vac. Sci. Technol. B **13(5)**, 2105 (1995).



**Figure 1. SEM Micrograph of plasma treated CVD TiN film in a 0.3μm contact.**



**Figure 2. XPS depth profile of plasma treated CVD TiN film.**



**Figure 3. Sheet resistance stability of 200Å treated and untreated CVD TiN films.**



**Figure 4. Contact resistance for W plugs**



**Figure 5. Junction leakage for W plugs**



**Figure 6. VDP via resistance for W plugs**

183