IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

---------------------------------------------------------------x

ADVANCED MICRO DEVICES, INC., et al.,

    Plaintiff,

v.

SAMSUNG ELECTRONICS CO., LTD., et al.,

    Defendants.

Case No. CV-08-0986-SI

## CERTIFICATE OF SERVICE

I, Andrew M. Kepper, hereby certify that on March 13, 2009, I electronically filed: (1) AMD's Opposition to Samsung's Motion for Leave to Amend its Preliminary Invalidity Contentions; (2) Declaration of Andrew M. Kepper in Support of AMD's Opposition to Samsung's Motion for Leave to Amend its Preliminary Invalidity Contentions; (3) Exhibits 1 – 3; and (4) [Proposed] Order Denying Samsung's Motion for leave to Amend its Preliminary Invalidity Contentions, with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following attorneys:

Robert T. Haslam, Esq.
E-mail: rhaslam@cov.com

Alan Blankenheimer, Esq.
E-mail: ablankenheimer@cov.com

Michael K. Plimack, Esq.
E-mail: mplimack@cov.com

Christine Saunders Haskett, Esq.
E-mail: chaskett@cov.com

Andrew M. Kepper (*pro hac vice*)
ROBINS, KAPLAN, MILLER & CIRESI LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402-2015
Phone: (612) 349-8500
Facsimile: (612) 339-4181
Email: amkepper@rkmc.com