William H. Manning (*pro hac vice*)
E-mail: WHManning@rkmc.com
Brad P. Engdahl (*pro hac vice*)
E-mail: BPEngdahl@rkmc.com
Jacob S. Zimmerman (*pro hac vice*)
E-mail: JSZimmerman@rkmc.com
Aaron R. Fahrenkrog (*pro hac vice*)
E-mail: ARFahrenkrog@rkmc.com
**Robins, Kaplan, Miller & Ciresi L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181

David E. Marder (*pro hac vice*)
E-mail: DEMarder@rkmc.com
**Robins, Kaplan, Miller & Ciresi L.L.P.**
800 Boylston Street, 25th Floor
Boston, MA 02199
Telephone: 617-267-2300
Facsimile: 617-267-8288

John P. Bovich (SBN 150688)
E-mail: JBovich@reedsmith.com
**Reed Smith LLP**
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111
Telephone: 415-543-8700

Attorneys for Plaintiffs Advanced Micro Devices, Inc. and ATI Technologies ULC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>Defendants. | Case No. CV-08-0986-SI<br><br>**CERTIFICATE OF SERVICE** |

Case. No. CV-08-0986-SI

CERTIFICATE OF SERVICE

1  I hereby certify that on March 16, 2009, I electronically filed

2  1) Plaintiffs' Opening Claim Construction Brief;

3  2) Declaration of Aaron R. Fahrenkrog in Support of Plaintiffs' Opening Claim
4  Construction Brief;

5  3) Declaration of Eby. G. Friedman, Ph.D. in Support of Plaintiffs' Opening Claim
6  Construction Brief;

7  4) Declaration of Jack Lee, Ph.D. in Support of Plaintiffs' Opening Claim
8  Construction Brief;

9  5) Declaration of Andrew Wolfe, Ph.D. in Support of Plaintiffs' Opening Claim
10  Construction Brief; and

11  6) Proposed Order;

with the Clerk of Court using the CM/ECF system, which will send notice of such filing to the following attorneys:

Robert T. Haslam, Esq.
E-mail: rhaslam@cov.com

Michael K. Plimack, Esq.
E-Mail: mplimack@cov.com

Christine Saunders Haskett, Esq.
E-mail: chaskett@cov.com

Alan Blankenheimer, Esq.
E-mail: ablankenheimer@cov.com

DATED: March 16, 2009

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: _____
Aaron R. Fahrenkrog (pro hac vice)

**ATTORNEY FOR PLAINTIFFS
ADVANCED MICRO DEVICES, INC. AND
ATI TECHNOLOGIES, ULC**

Case. No. CV-08-0986-SI — - 1 - — CERTIFICATE OF SERVICE