

William H. Manning (*pro hac vice*)
E-mail: WHManning@rkmc.com
Brad P. Engdahl (*pro hac vice*)
E-mail: BPEngdahl@rkmc.com
Jacob S. Zimmerman (*pro hac vice*)
E-mail: JSZimmerman@rkmc.com
Aaron R. Fahrenkrog (*pro hac vice*)
E-mail: ARFahrenkrog@rkmc.com
**Robins, Kaplan, Miller & Ciresi L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181

David E. Marder (*pro hac vice*)
E-mail: DEMarder@rkmc.com
**Robins, Kaplan, Miller & Ciresi L.L.P.**
800 Boylston Street, 25th Floor
Boston, MA 02199
Telephone: 617-267-2300
Facsimile: 617-267-8288

John P. Bovich (SBN 150688)
E-mail: JBovich@reedsmith.com
**Reed Smith LLP**
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111
Telephone: 415-543-8700

Attorneys for Plaintiffs Advanced Micro Devices, Inc. and ATI Technologies ULC

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>Defendants. | Case No. CV-08-0986-SI<br><br>**DECLARATION OF AARON R. FAHRENKROG IN SUPPORT OF PLAINTIFFS' OPENING CLAIM CONSTRUCTION BRIEF** |

Dockets.Justia.com

I, Aaron R. Fahrenkrog, do hereby declare as follows:

1. I am an associate with the law firm Robins, Kaplan, Miller & Ciresi L.L.P., and am one of the attorneys representing the plaintiffs in this action. I make all of the statements in this Declaration of my own personal knowledge and in accord with 28 U.S.C. § 1746.

2. Attached as Exhibit A is a true and correct copy of U.S. Patent No. 5,559,990 (Cheng '990).

3. Attached as Exhibit B is a true and correct copy of U.S. Patent No. 5,248,893 (Sakamoto '893).

4. Attached as Exhibit C is a true and correct copy of U.S. Patent No. 4,737,830 (Patel '830).

5. Attached as Exhibit D is a true and correct copy of U.S. Patent No. 5,623,434 (Purcell '434).

6. Attached as Exhibit E is a true and correct copy of U.S. Patent No. 5,377,200 (Pedneau '200).

7. Attached as Exhibit F is a true and correct copy of U.S. Patent No. 6,784,879 (Orr '879).

8. Attached as Exhibit G is a true and correct copy of 08/328,337 Office Action, Jan. 26, 1995 (relates to Cheng '990).

9. Attached as Exhibit H is a true and correct copy of 08/328,337 Amendment, Apr. 27, 1995 (relates to Cheng '990).

10. Attached as Exhibit I is a true and correct copy of 08/328,337 Appeal Brief, Sept. 27, 1995 (relates to Cheng '990).

11. Attached as Exhibit J is a true and correct copy of 08/328,337 Amendment, Mar. 21, 1994 (relates to Cheng '990).

12. Attached as Exhibit K is a true and correct copy of the opinion *Oki Am., Inc. v. Advanced Micro Devices, Inc.*, No. C 04-13171 CRB, 2006 WL 3290577 (N.D. Cal. Nov. 13, 2006) (relates to Patel '830).

13. Attached as Exhibit L is a true and correct copy of 06/817,227 Amendment and

Remarks, Feb. 2, 1987 (relates to Patel '830).

14. Attached as Exhibit M is a true and correct copy of 08/281,377 Amendment, June 28, 1996 (relates to Purcell '434).

15. Attached as Exhibit N is a true and correct copy of U.S. Pat. No. 5,299,319 (relates to Purcell '434).

16. Attached as Exhibit O is a true and correct copy of excerpts from *The New IEEE Standard Dictionary of Electrical and Electronics Terms* (1993) (relates to Purcell '434).

17. Attached as Exhibit P is a true and correct copy of an email exchange between Christine Saunders Haskett and David E. Marder dated March 10-12, 2009 (relates to Sakamoto '893).

I declare under the penalty of perjury that the foregoing is true and correct. Executed on March 16, 2009, at Minneapolis, Minnesota.

_____
Aaron R. Fahrenkrog