# Exhibit O

Exhibit to the Declaration of Aaron R. Fahrenkrog in Support of Plaintiffs' Opening Claim Construction Brief

Dockets.Justia.com

# The New IEEE Standard Dictionary of Electrical and Electronics Terms
## [Including Abstracts of All Current IEEE Standards]

## Fifth Edition

Gediminas P. Kurpis, Chair

Christopher J. Booth, Editor

AMD001989827

The Institute of Electrical and Electronics Engineers, Inc.
345 East 47th Street, New York, NY 10017-2394, USA

Copyright © 1993 by the
Institute of Electrical and Electronics Engineers, Inc.
All rights reserved. Published 1993
Printed in the United States of America

ISBN 1-55937-240-0

*No part of this publication may be reproduced in any form,
in an electronic retrieval system or otherwise,
without the prior written permission of the publisher.*

*January 15, 1993*

*SH15594*

AMD001989828

**country beam.** See: **upper beams.**

**country code (telephone switching systems).** The one-, two-, or three-digit number that, in the world numbering plan, identifies each country or integrated numbering plan area in the world. The initial digit is always the world-zone number. Any subsequent digits in the code further define the designated geographical area normally identifying a specific country. On an international call, this code is dialed ahead of the national number.
312-1977w

**counts, tube, multiple (radiation-counter tubes).** See: **multiple tube counts.**

**counts, tube, spurious (radiation-counter tubes).** See: **spurious tube counts.**

**couple (1) (storage cell).** An element of a storage cell consisting of two plates, one positive and one negative. Note: The term couple is also applied to a positive and a negative plate connected together as one unit for installation in adjacent cells. See: **battery (primary or secondary); galvanic cell.** [119]
**(2) (thermoelectric).** A thermoelectric device having two arms of dissimilar composition. Note: The term thermoelement is ambiguously used to refer to either a thermoelectric arm or to a thermoelectric couple, and its use is therefore not recommended. See: **thermoelectric device.** [46]

**coupled fine.** A transmission line with multiple guiding members whose propagating waves interact with each other. 1004-1987

**coupled modes (fiber optics).** Modes whose energies are shared. See: **mode.** 812-1984

**coupler (1) (navigation aid terms).** That portion of a navigational system which receives signals of one type from a sensor and transmits signals of a different type to an actuator. See: **autopilot coupler.** 172-1983
**(2) (surge testing for equipment connected to low-voltage ac power circuits).** A device, or combination of devices, used to feed a surge from a generator to powered equipment while limiting the flow of current from the power source into the generator. C62.45-1987
**(3) (fiber optics).** See: **optical waveguide coupler.** 812-1984

**coupler, 3-decibel.** See: **hybrid control.**

**coupling (1) (ground system).** The association of two or more circuits or systems in such a way that power or signal information may be transferred from one to another. Note: Coupling is described as close or loose. A close-coupled process has elements with small phase shift between specified variables; close-coupled systems have large mutual effect shown mathematically by cross-products in the system matrix. 81-1983
**(2) (rotating machinery).** A part or combination of parts that connects two shafts for the purpose of transmitting torque or maintaining alignment of the two shafts. [9]
**(3) (data transmission).** The association of two or more circuits or systems in such a way that power or signal information may be transferred from one to another. 599-1985w
**(4) (software).** The manner and degree of interdependence between software modules. Types include common-environment coupling, content coupling, control coupling, data coupling, hybrid coupling, and pathological coupling. Contrast with: **cohesion.** 610.12-1990
**(5) (waveguide).** The power transfer from one transmission path to a particular mode or form in another. Note: Small, undesired coupling is sometimes called isolation, decoupling, or cross coupling. 146-1980w
**(6) (instrumentation and control equipment grounding in generating stations).** The mechanism by which an interference source produces interference in a signal circuit.
1050-1989

**coupling aperture (coupling hole, coupling slot) (waveguide components).** An aperture in the bounding surface of a cavity resonator, waveguide, transmission line, or waveguide component which permits the flow of energy to or from an external circuit. 147-1979

**coupling capacitance (1) (ground systems).** The association of two or more circuits with one another by means of capacitance mutual to the circuits. 81-1983
**(2) (interference terminology).** The type of coupling in which the mechanism is capacitance between the interference source and the signal system; that is, the interference is induced in the signal system by an electric field produced by the interference source. See: **interference.** [43]

**coupling-capacitor voltage transformer (CCVT) (metering).** A voltage transformer comprised of a capacitor divider and an electromagnetic unit so designed and interconnected that the secondary voltage of the electromagnetic units is substantially proportional to, and in phase with, the primary voltage applied to the capacitor divider for all values of secondary burdens within the rating of the coupling-capacitor voltage transformer. C12.1-1988

**coupling coefficient (1) (coefficient of coupling).** The ratio of impedance of the coupling to the square root of the product of the total impedances of similar elements in the two meshes. Notes: (1) Used only in the case of resistance, capacitance, self-inductance, and inductance coupling. (2) Unless otherwise specified, coefficient of coupling refers to inductance coupling, in which case it is equal to $M/(L_1 L_2)^{1/2}$, where $M$ is the mutual inductance, $L_1$ the total inductance of one mesh, and $L_2$ the total inductance of the other. See: **network analysis.** [40]
**(2) (planar transmission lines).** A number

AMD001989829