# Exhibit P

Exhibit to the Declaration of Aaron R. Fahrenkrog in Support of Plaintiffs' Opening Claim Construction Brief

From: Haskett, Christine [mailto:chaskett@cov.com]
Sent: Wednesday, March 11, 2009 5:21 PM
To: Marder, David E.; Engdahl, Brad P.
Cc: Walling, Sam L.; Haslam, Robert T; Blankenheimer, Alan H; Siddiqui, Owais A; Sydorak, Kim
Subject: RE: AMD v. Samsung: '893 claim term

David,

We do not agree that the source and drain regions must have the same depth. We do agree that the "depth of the first and second impurity regions" is the depth of the source and drain regions.

Christine

From: Marder, David E. [mailto:DEMarder@rkmc.com]
Sent: Wednesday, March 11, 2009 6:59 AM
To: Haskett, Christine; Engdahl, Brad P.
Cc: Walling, Sam L.; Haslam, Robert T; Blankenheimer, Alan H; Siddiqui, Owais A; Sydorak, Kim
Subject: RE: AMD v. Samsung: '893 claim term

>>>>  Please read the confidentiality statement below  <<<<
Christine: In view of your e-mail below, please confirm that AMD is withdrawing its assertion that the source and drain regions of the '893 patent must have the same depth, as set forth in your opening and reply claim construction briefs. If AMD is not withdrawing this assertion, please explain how AMD's position is consistent with the e-mail below.

From: Haskett, Christine [mailto:chaskett@cov.com]
Sent: Tuesday, March 10, 2009 8:09 PM
To: Marder, David E.; Engdahl, Brad P.
Cc: Walling, Sam L.; Haslam, Robert T; Blankenheimer, Alan H; Siddiqui, Owais A; Sydorak, Kim
Subject: RE: AMD v. Samsung: '893 claim term

David,

With regard to the claim term "the depth of the first and second impurity regions is less than . . . ," AMD's position is that the "depth of the first and second impurity regions" is the depth of the source and drain regions.

**From:** Haskett, Christine [mailto:chaskett@cov.com]
**Sent:** Tuesday, March 10, 2009 9:27 PM
**To:** Engdahl, Brad P.; Marder, David E.
**Cc:** Walling, Sam L.; Haslam, Robert T; Blankenheimer, Alan H; Siddiqui, Owais A; Sydorak, Kim
**Subject:** AMD v. Samsung: '893 claim term

Brad and David,

Samsung has decided to drop the following claim term from the '893 patent out of the claim construction process: "the depth of said first and second impurity regions." We propose that the parties jointly notify the court that this term will no longer be part of the Markman process. Please let us know if you agree, and we will draft a short addendum to the Joint Claim Construction Statement to that effect.

Christine

**Christine Saunders Haskett** | **COVINGTON & BURLING LLP**
One Front Street, San Francisco, CA 94111
Tel: 415.591.7087 | Fax: 415.955.6587
chaskett@cov.com | www.cov.com

*This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.*

_____

Information contained in this e-mail transmission may be privileged, confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521.

If you are not the intended recipient, do not read, distribute, or reproduce this transmission.

If you have received this e-mail transmission in error, please notify us immediately of the error by return email and please delete the message from your system.

Pursuant to requirements related to practice before the U. S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U. S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

Thank you in advance for your cooperation.

Robins, Kaplan, Miller & Ciresi L.L.P.
http://www.rkmc.com