

William H. Manning (*pro hac vice*)
E-mail: WHManning@rkmc.com
Brad P. Engdahl (*pro hac vice*)
E-mail: BPEngdahl@rkmc.com
Jacob S. Zimmerman (*pro hac vice*)
E-mail: JSZimmerman@rkmc.com
Aaron R. Fahrenkrog (*pro hac vice*)
E-Mail: ARFahrenkrog@rkmc.com
**Robins, Kaplan, Miller & Ciresi L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181

David E. Marder (*pro hac vice*)
E-mail: DEMarder@rkmc.com
**Robins, Kaplan, Miller & Ciresi L.L.P.**
800 Boylston Street, 25th Floor
Boston, MA 02199
Telephone: 617-267-2300
Facsimile: 617-267-8288

John P. Bovich (SBN 150688)
E-mail: JBovich@reedsmith.com
**Reed Smith LLP**
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111
Telephone: 415-543-8700

Attorneys for Plaintiffs Advanced Micro
Devices, Inc. and ATI Technologies ULC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., | No. CV-08-0986-SI |
| Plaintiffs, | |
| v. | **DECLARATION OF JACK LEE, PH.D. IN SUPPORT OF PLAINTIFFS' OPENING CLAIM CONSTRUCTION BRIEF** |
| SAMSUNG ELECTRONICS CO., LTD., et al., | |
| Defendants. | |

Case No. CV-08-0986-SI                                    **DECLARATION OF JACK LEE, PH.D.**

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

I, Jack Lee, do hereby declare as follows:

## I.  INTRODUCTION

1.  I am currently a Professor in the Electrical and Computer Engineering Department at The University of Texas at Austin.  I have been retained by the plaintiffs in connection with this litigation to provide a declaration addressing issues relating to construction of the claims of U.S. Patent No. 5,248,893 ("'893").  I make all of the statements in this Declaration of my own personal knowledge and in accord with 28 U.S.C. § 1746.

## II.  MATERIALS REVIEWED

2.  I have reviewed the patent and its file history, as well as items identified as "extrinsic evidence" in the parties' preliminary proposed claim constructions.

## III.  BACKGROUND ON EDUCATION AND EXPERIENCE

3.  I received Bachelor of Science (with highest honors) and Master of Science degrees in Electrical Engineering from University of California, Los Angeles, in 1980 and 1981, respectively, and a Ph.D. in Electrical Engineering from University of California, Berkeley, in 1988.  My graduate work focused on semiconductor devices and fabrication of such devices.

4.  From 1979 to 1984, I was a Member of Technical Staff at the TRW Microelectronics Center, CA, in the High-Speed Bipolar Device Program.  I worked on bipolar circuit design, as well as fabrication and testing of semiconductor devices.  In 1988, I joined the faculty of The University of Texas at Austin.  My research interests include semiconductor devices, fabrication processes, characterization and modeling, dielectric process, characterization and reliability, high-K gate dielectrics and electrodes, dielectrics for semiconductor memory applications, and alternative channel materials.  I have over 25 years of experience in semiconductor technology and dielectric processing.

5.  I have published over 350 journal publications and conference proceedings and am a named inventor on several patents.  I co-authored one book and one book chapter on high-K gate dielectrics.  I have been recognized with many teaching and research awards including the prestigious SRC Inventor Recognition Award from Semiconductor Research Corporation for my work on dielectric technology and characterization.  I am a Fellow of IEEE and a Distinguished

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

Lecturer for the IEEE Electron Devices Society. My curriculum vitae is attached and reflects my experience in these areas.

## IV. PERSON OF ORDINARY SKILL IN THE ART

6. One having ordinary skill in the art at the time of the filing of the application that led to the issuance of the '893 patent (a "PHOSITA") would be a person working in the relevant field and attempting to solve similar problems that the patent addressed, namely the design or fabrication of MOSFETs. Such a person would typically be a semiconductor device or process engineer with at least a bachelor's degree in either electrical engineering, physics, chemistry, or materials science, plus at least two years of graduate study in one of those fields, or at least two years of experience in the semiconductor device/fabrication industries.

7. Given my background, I am qualified as a PHOSITA.

## V. BACKGROUND - MOSFETS

8. I have reviewed the '893 patent in detail. The '893 Patent relates to insulated gate field effect devices (also known as Metal Oxide Semiconductor Field Effect Devices, or "MOSFETs"). MOSFETs function as transistors in integrated circuits. An example of a MOSFET is shown in Figure 9 of the patent.

9. A colorized version of Figure 9, with additional labels to identify certain components, is depicted below:



**FIG. 9
PRIOR ART**

As shown in this figure, the key components include the source and drain (colored orange), which are found in the substrate (colored tan) of the integrated circuit, an insulating layer (colored light gray) formed on the substrate, a gate (colored blue) formed on the insulating layer, and a depletion zone (colored green) below the source, drain, and gate.

      10.    In integrated circuits, a MOSFET can operate as a switch. They are "on" when current is able to pass through the MOSFET from the source to the drain. When they are "off," current should not pass through. A useful analogy is to compare a MOSFET to a spigot for a garden hose. The "source" is the pipe leading to the spigot, the drain is the water outlet from the spigot, and the gate is the valve that turns the water on or off. When the spigot (or gate) is turned off, no water (or current) flows through the device.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

## 1.    Fabrication and Structure of MOSFETs

11.    A process called "doping" plays a key role in MOSFET fabrication. Doping refers to the process of treating parts of the chip with various chemicals, known as "impurities" or "dopants," to increase the number of charge carriers. N-type doping increases the number of one type of charge carrier (electrons). P-type doping increases the number of a different type of charge carrier (holes).

12.    In the example transistor depicted in paragraphs 14 and 15 below, the gate, source and drain have P-type doping. The substrate beneath the gate and between the source and drain has N-type doping. For reasons not relevant here, the area along the border between the source/drains and the substrate becomes depleted of carriers (such as holes) that can carry current from the source to the drain. Similarly, the area at the border between the gate and the substrate also becomes depleted of carriers. These areas without free carriers are known as "depletion zones." These depletion zones prevent current from flowing from the source to the drain. Until something happens, the transistor is in an "off" state because there is no channel between the source and the drain through which the current can flow. In other words, that area does not conduct current.

13.    The transistor is "on" when current can flow from the source to the drain. To accomplish this, voltage is applied to the gate and drain. This voltage (called "operating voltage") creates two electric fields. One field (a vertical field) pulls carriers to the surface of the substrate under the insulation layer. This is shown below in paragraph 14, an illustrated diagram of the vertical field. These carriers can carry current, but need a second force to pull them in either direction. This is provided by a second electric field, which is horizontal and pulls current from the source to the drain. The horizontal field is shown below in paragraph 15.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

14.     The following drawing depicts the vertical electric field:



15.     The following drawing depicts the horizontal electric field:



16.     When the transistor is in the "on" state, carriers are pulled to an area near the gate and between the source and drain known as a "channel," and it can be seen depicted in yellow in paragraph 9 above. For reasons not relevant here, the channel disappears near the drain. However, carriers (and therefore current) can still make it through that area near the drain because it is very small, and because the horizontal electric field is very strong. The area where the channel disappears, but can still conduct current when the transistor is in the "on" state, is known as a "pinch-off region." It is identified as "Lg1" in paragraph 9, above.

2.     Improvements Claimed by the '893 Patent

17.     The '893 patent claims a MOSFET with a particular structure. Specifically, it includes a recessed, or concave, area where the insulating layer and gate dip down into the substrate. '893 at 6:1-9. The recessed area is curved at least in part. '893 at 6:21-27. Figure 4 of the patent depicts an embodiment of the claimed transistor. Paragraph 18, below, depicts a colorized version of Figure 4, with some additional labeling. It is apparent to me that the claimed invention dramatically improves MOSFETs by making the effective channel length longer. Thus, MOSFETs can be made smaller without some of the negative side effects presented by shrinking the distance between the source and the drain.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

18.    The following drawing depicts an embodiment of the claimed transistor:



FIG. 4

## VI.    THE PATENT-IN-SUIT AND TERMS AT ISSUE

19.    I understand that there are certain claim terms at issue in this litigation.  I have set forth below my opinions on these terms.

### A.    "Channel-free Region" and "Channel-free Zone"

20.    A PHOSITA would understand the terms "Channel-free Region" and "Channel-free Zone" to mean: "areas where there is no channel."  As a matter of plain English, "channel-free regions" and "channel-free zones" refer to areas where there is no channel.

21.    A PHOSITA would note that this meaning is consistent with the specification. Figure 9 identifies an area of the substrate labeled as "Lg1" as a "channel-free length."  '893 at 2:6-8; Fig. 9.  In the text of the specification corresponding with this figure, it states that "between one end of the channel region 13 and the drain 5, there is a region of a length Lg1 without a channel being formed therein."  '893 at 2:6-8.  Thus, the specification equates the term "channel-free" with "being without a channel."

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

22. Samsung's construction limits the scope of the claims. As explained above, when a MOSFET transistor is turned on, the area beneath the gate and running between source and drain is turned into a channel. However, there is a small length of "channel-free area" that does *not* develop into a channel, but through which current can still pass (also known as a "pinch-off region"). By limiting its definition of "channel-free" to an area that does not have an inversion region (*i.e.*, no channel), yet *can* conduct current, Samsung seeks to limit the term "channel-free zone/region" to the pinch-off region that exists when the transistor is turned on.

23. A PHOSITA reading the specification would understand that the broad term "channel-free" would not be limited to that region. Such a person would review the language of the claims, which establishes that the words "channel-free" should be given a broad reading. Samsung cannot possibly be correct because claim 4 of the '893 patent specifically describes a "channel-free zone" that develops when the transistor is "in the turned off state." '893 at 6:17-20. In other words, it references the area between the source and drain that does not conduct current when the transistor is turned off. Nothing in the intrinsic record undermines or disclaims this plain claim language. The specification does describe the pinch-off region in the "on" state of the device as "channel free." *See* '893 at Fig. 9 (using term "Channel-Free Length"), 1:67-2:3 (explaining that Figure 9 shows status "when operating voltage is supplied"). However, nothing in this portion of the specification or elsewhere suggests that other areas without a channel cannot be similarly described or that this figure contains anything other than an example of a "channel-free" area.

24. I declare under penalty of perjury that the foregoing is true and correct. Executed on this 13th day of March, 2009.

Jack Lee, Ph.D.

**Jack C. Lee**

**Full Name:** Jack Chung-Yeung Lee
**City and State of Primary Residence:** Austin TX
**Current employer:** The University of Texas at Austin
**Employer for the past 10 years:** The University of Texas at Austin

**Biography Sketch**
**Jack C. Lee** is a Professor of the Electrical and Computer Engineering Department and holds the Cullen Trust for Higher Education Endowed Professorship in Engineering # 4 at The University of Texas at Austin. He received the B.S. and M.S. degrees in electrical engineering from University of California, Los Angeles, in 1980 and 1981, respectively; and the Ph.D. degree in electrical engineering from University of California, Berkeley, in 1988. From 1979 to 1984, he was a Member of Technical Staff at the TRW Microelectronics Center, CA, in the High-Speed Bipolar Device Program. He worked on bipolar circuit design, fabrication and testing. In 1988, he joined the faculty of The University of Texas at Austin. His current research interests include semiconductor device fabrication processes, characterization and modeling, dielectric process, characterization and reliability, high-K gate dielectrics and electrode, dielectrics for semiconductor memory applications, and alternative channel materials. Dr. Lee has over 25 years of experience in semiconductor technology and dielectric processing. He has published over 350 journal publications and conference proceedings and several patents; and co-authored one book and one book chapter on high-K gate dielectrics. He has also been recognized with many teaching and research awards including the prestigious SRC Inventor Recognition Award from Semiconductor Research Corporation for his work on dielectric technology and characterization. Dr. Lee is a Fellow of IEEE and a Distinguished Lecturer for the IEEE Electron Devices Society.

**Professional Experience**
    Professor, Department of Electrical and Computer Engineering
        Cullen Trust For Higher Education Endowed Professorship in Engineering
        The University of Texas at Austin, September 1996 - present.
    Associate Professor, Department of Electrical and Computer Engineering
        The University of Texas at Austin, September 1992 - August 1996.
    Assistant Professor, Department of Electrical and Computer Engineering
        The University of Texas at Austin, September 1988 - August 1992.
    Lecturer, EECS Department
        University of California at Berkeley, Spring 1988.
    Member of Technical Staff, Microelectronics Center
        TRW, Redondo Beach, CA, May - August 1984 and June 1979 - September 1983.

**Education**
    Ph.D. in Electrical Engineering, University of California at Berkeley, August 1988.
    M.S. in Electrical Engineering, University of California at Los Angeles, December 1981.
    B.S. in Electrical Engineering (with highest honors) UCLA, June 1980.

**Jack C. Lee**
**Selected Awards**
IEEE Electron Devices Society Distinguished Lecturer, 2004 - present.

Fellow, The Institute of Electrical and Electronic Engineers (IEEE), 2002 - "For contributions to the understanding and development of ultra-thin dielectrics and their application to silicon devices."

Gordon Lepley IV Memorial Teaching Award, ECE Department, The University of Texas at Austin, 2004.

Cullen Trust For Higher Education Endowed Professorship in Engineering, 2000-.
Dean's Fellow, College of Engineering, The University of Texas at Austin, 1999, 2003.
Lockheed Fort-Worth Division Award for Excellence in Engineering Teaching,
      College of Engineering, The University of Texas at Austin, 1996.
Award of Excellence, Halliburton Foundation, 1993.
Departmental Teaching Award, College of Engineering, The University of Texas at Austin, 1993.
SRC Inventor Recognition Award, Semiconductor Research Corporation, 1991.
Hughes Aircraft Company Endowed Faculty Fellowship in Engineering,
      The University of Texas at Austin, 1991- 2000.
Outstanding Engineering Teaching by an Assistant Professor, College of Engineering,
      The University of Texas at Austin, 1991.
Best Paper Award, SEMATECH Centers of Excellence Coordination Meeting, 1990.
Dow Outstanding Young Faculty Award, American Society for Engineering Education, 1990.
Engineering Research Initiation Award, Engineering Foundation of the United Engineering Trustees, 1989.
Best Paper Award, IEEE International Reliability Physics Symposium, 1988.

**Publications**
**Jack C. Lee, The University of Texas at Austin**

**Refereed Journal Publications**

1.  J. Lee, K. Mayaram and C. Hu, "A Theoretical Study of Gate/Drain Offset in LDD MOSFET's," IEEE Electron Device Letters, vol. EDL-7, no. 3, p. 152 - 154, March 1986.

2.  J. Lee, I-C Chen and C. Hu, "Comparison Between CVD and Thermal Oxide Dielectric Integrity," IEEE Electron Device Letters, vol. EDL-7, no. 9, p. 506 - 509, September 1986.

3.  K. Mayaram, J. Lee and C. Hu, "A Model for the Electric Field in Lightly Doped Drain Structures," IEEE Transactions on Electron Devices, vol. ED-34, no.7, p. 1509 - 1518, July 1987.

4.  J. Lee and C. Hu, "Polarity Asymmetry of Oxides Grown on Polycrystalline Silicon," IEEE Transactions on Electron Devices, vol. ED-35, no. 7, p. 1063 - 1070, July 1988.

5.  J. Lee, C. Hegarty and C. Hu, "Electrical Characteristics of MOSFET's Using Low-Pressure Chemical Vapor Deposited Oxide," IEEE Electron Device Letters, vol. EDL-9, no. 7, p. 324 - 327, July 1988.

6.  J. Lee, I-C Chen and C. Hu, "Modeling and Characterization of Gate Oxide Reliability," Special Issue of IEEE Transactions on Electron Devices on Reliability, Vol. ED-35, no. 12, p. 2268 - 2278, December 1988.

7.  H. Hwang, W. Ting, D. L. Kwong, J. Lee, L. Buhrow and R. Bowling, "Electrical Characteristics of Reoxidized-nitrided CVD Oxide," Applied Physics Letters, 55(8), p. 755 - 756, 21 August, 1989.

8.  R. Moazzami, J. Lee and C. Hu, "Temperature Acceleration of Time-Dependent Dielectric Breakdown," Special issue of IEEE Transactions on Electron Devices on Vacuum Microelectronic Devices, vol. ED-36, no. 11, p. 2462 - 2465, November 1989.

9.  H. Hwang, W. Ting, D.L. Kwong, J. Lee, L. Buhrow and R.A. Bowling, "Effects of Dynamic Stressing on Nitrided and Reoxidized-Nitrided Chemical Vapor Deposited Gate Oxides," IEEE Electron Device Letters, vol. EDL-10, no. 12, p. 568 - 570, December 1989.

10. J. Lin, S. Banerjee, J. Lee, and C. Teng, "Soft Breakdown in Titanium-Silicided Shallow Source/Drain Junction," IEEE Electron Device Letters, vol. EDL-11, no. 5, p. 191 - 193, May 1990.

11. K. Park, S. Batra, J. Lin, S. Yoganathan, J. Lee, S. Banerjee, S. Sun, J. Yeargain, and G. Lux, "Anomalous Capacitance-Voltage Behavior Due to Dopant Segregation and Carrier Trapping in Arsenic-Implanted Polysilicon and Polycide Gates," Applied Physics Letters, vol. 56, no. 23, p.2325 - 2327, June 4, 1990.

12. J. Lin, S. Banerjee, J. Lee, and C. Teng, "Anomalous Current-Voltage Behavior in Titanium-Silicided Source/Drain Junctions," Journal of Applied Physics, vol. 68, no. 3, p. 1082 - 1087, August 1, 1990.

13. H. Hwang, W. Ting, B. Maiti, D.L. Kwong and J. Lee, "Electrical Characteristics of Ultrathin Gate Dielectrics Prepared by Rapid Thermal Oxidation of Si in $N_2O$," Applied Physics Letters, vol. 57, no. 10, p. 1010 - 1011, Sept. 3, 1990.

14. S. Batra, K. Park, J. Lin, S. Yoganathan, J. Lee, S. Banerjee, S. Sun, J. Yeargain and G. Lux "Effects of Dopant Redistribution, Segregation and Carrier Trapping in As-Implanted MOS Gates," IEEE Transactions on Electron Devices, vol. 37, no. 11, p. 2322 - 2330,October, 1990.

15. S. Bhattacharya, S. Banerjee, J. Lee, A. Tasch and A. Chatterjee, "The Impact of Trench Isolation on Latch-up Immunity in Bulk, Non-epitaxial CMOS," IEEE Electron Device Letters, vol. EDL-12, no. 2, p. 77 - 79, February, 1991.

16. W. Ting, H. Hwang, J. Lee and D. L. Kwong, "Composition and Growth Kinetics of Ultrathin $SiO_2$ Films Formed by Oxidizing Si Substrate in $N_2O$," Applied Physics Letters, vol. 57, p. 2808 - 2810, 1990.

17. W. Ting, P.C. Li, G. Q. Lo, J. Lee and D.L. Kwong, "Metal-Oxide Semiconductor Characteristics of Rapid Thermal Processed Chemical Vapor Deposited $SiO_2$ Gate Dielectrics," Solid State Electronics , vol. 34, no. 4, p 385 - 388, 1991.

18. W. Ting, H. Hwang, J. Lee and D.L. Kwong, "Growth Kinetics of Ultrathin $SiO_2$ Films Prepared by Rapid Thermal Oxidation of Si Substrates in $N_2O$," Journal of Applied Physics, vol. 70, no. 2, p. 1072 - 1074, July 15, 1991.

19. J. Lin, K. Park, S. Batra, S. Banerjee, J. Lee and G. Lux, "Enhancement of Boron Diffusion Through Gate Oxides in MOS Devices During Rapid Thermal Silicidation," Applied Physics Letters, vol. 58, no. 19, p. 2123 - 2125, May 1991.

20. H. Hwang, W. Ting, D. L. Kwong and J. Lee, "A Physical Model for Boron Penetration Through Oxynitride Gate Dielectric Prepared by Rapid Thermal Processing in $N_2O$," Applied Physics Letters, vol. 59, no. 13, p. 1581 - 1582, September 23, 1991.

21. H. Hwang, W. Ting, D. L. Kwong and J. Lee, "Improved Reliability Characteristics of Submicron nMOSFET's with Oxynitride Gate Dielectrics Prepared by Rapid Thermal Oxidation in $N_2O$," IEEE Electron Device Letters , vol. 12, no.9, p.495-497, September 1991.

22. J. Carrano, C. Sudhama, V. Chikarmane, J. Lee, A. Tasch, W. Shepherd and N. Abt, "Electrical and Reliability Properties of PZT Thin Films for ULSI DRAM Applications," IEEE Transactions on Ultrasonics, Ferroelectrics and Frequency Control, vol. 38, no. 6, p. 690 - 703, November 1991.

23. V. Chikarmane, C. Sudhama, J. Kim, J. Lee, A. Tasch and S. Novak, "Comparative Study of The Perovskite Phase Microstructure Evolution and Electrial Properties of PZT Thin Film Capacitors Annealed in Oxygen and Nitrogen Ambients," Applied Physics Letters, vol. 59, no. 22, p. 2850 - 2852, Nov. 25, 1991.

24. M. Hao and J. Lee, "Electrical Characteristics of Oxynitrides Grown on Textured Single-Crystal Silicon," Applied Physics Letters, vol. 60, no. 4, p. 445 - 447, January 27, 1992 .

25. S. Bhattacharya, S. Banerjee, J. Lee, A. Tasch and A. Chatterjee, "Parametric Study of Latchup-Immunity of Deep Trench-Isolated, Bulk, Non-epitaxial CMOS," IEEE Trans. Elec. Dev., vol. 39, no. 4, p. 921 - 931, April 1992.

26. V. Chikarmane, J. Kim, C. Sudhama, J. Lee and A. Tasch, "Annealing of Lead Zirconate Titanate (65/35) Thin Films for Storage Dielectric Applications: Phase Transformations and Electrical Characteristics," Journal of Electronic Materials, vol. 21, no. 5, p. 503 - 512, May 1992.

27. V. Chikarmane, C. Sudhama, J. Kim, J. Lee and A. Tasch, "Effects of Post-Deposition Annealing Ambient on the Electrical Characteristics and Phase Transformation Kinetics of Sputtered Lead Zirconate titanate (65/35) Thin Film Capacitors," Journal of Vacuum Science and Technology, vol. 10, no. 4, p. 1562 - 1568, July 1992.

28. V.K. Mathews, R. L. Maddox, P.C. Fazan, J. Rosato, H. Hwang and J. Lee, "Degradation of Junction Leakage in Devices Subjected to Gate Oxidation in Nitrous Oxide," IEEE Electron Device Letters, vol. 13, no. 12, p. 648 - 650, Dec. 1992.

29. B. Maiti, M. Hao, I. Lee and J. Lee,"Improved Ultrathin Oxynitride Formed by Thermal Nitridation and Low Pressure Chemical Vapor Deposition Process," Applied Physics Letters, vol. 61, p. 1790 - 1792, 1992.

30. B. Maiti and J. Lee, "Low-Pressure Chemical Vapor Deposited Silicon-Rich Oxides for Non-volatile Memory Applications," IEEE Electron Device Letters, vol. 13, no. 12, p. 624 - 626, Dec. 1992.

31. H. Hwang, M. Y. Hao, J. Lee, V. Mathews, P. Fazan and C. Dennison, "Furnace $N_2O$ Oxidation Process for Submicron MOSFET Device Applications," Solid-State Electronics, vol. 36, p. 749 - 751, 1993.

32. H. Hwang, J. Lee, P. Fazan and C. Dennison, "Hot-Carrier Reliability Characteristics of Narrow Width MOSFETs," Solid-State Electronics, Vol. 36, No. 4, p. 665 - 666, 1993.

33. B. Maiti and J. Lee, "A New Low-Thermal Budget Process for Ultrathin Oxynitride Dielectrics," Journal of Electronic Materials, 1992.

34. J. Lin, W. Chen, S. Banerjee and J. Lee, "Cobalt Disilicide as a Dopant Diffusion Source for Polysilicon Gates in MOS Devices," Journal of Electronic Materials, vol. 22, p. 667 - 673, 1993.

35. W. Chen, J. Lin, S. Banerjee and J. Lee, "Thermal Stability and Dopant Drive-Out Characteristics of $CoSi_2$ Polycide Gates," Journal of Applied Physics, vol. 73, p. 4712 - 4714, May 1993.

36. J. Lee, V. Chikarmane, C. Sudhama, and J. Kim, "Sputtered PZT Thin Films for Memory Applications," Journal of Integrated Ferroelectrics, vol. 3, 1993.

37. C. Sudhama, J. Kim, J. Lee, W. Shepherd and E. Meyer, "The Effects of Lanthanum Doping on the Electrical Properties of Sol-Gel Derived Ferroelectric Lead Zirconate Titanate (PZT) for ULSI DRAM Applications," Journal of Vacuum Science and Technology, p. 1302 - 1309, July / Aug 1993.

38. M. Y. Hao, H. Hwang and J. Lee, "Silicon-Implanted $SiO_2$ for Non-volatile Memory Applications," Solid-State Electronics, vol. 36, p. 1321 - 1324, 1993.

39. M. Y. Hao, H. Hwang and J. Lee, "Memory Effects of Silicon-Implanted Oxides for EEPROM Applications," Applied Physics Letters, vol. 62, No. 13, p. 1530 - 1532, March 1993.

40. S. Batra, K. Picone, K. Park, S. Bhattacharya, S. Banerjee, J. Lee, M. Manning and C. Dennison, "Study of Lateral Non-Uniformity as a Function of Junction Depth in Ultra-Shallow Junctions and Its Effects on Leakage Behavior in As-Deposited Polycrystalline Si and Amorphous Si Diodes," Solid-State Electronics vol. 36, no. 7, p. 955 - 960, 1993.

41. J. Lee, C. Sudhama, J. Kim and R. Khamankar, (Invited Paper) "High Dielectric Constant Ferroelectric Thin Films for DRAM Applications", Extended Abstracts of International Conference on Solid State Devices and Materials, p. 850 - 852, 1993.

42. W. M. Chen, S. K. Banerjee, and J. C. Lee," Degradation mechanism and improvement of thermal stability of $CoSi_2$/polycrystalline Si layers," Applied Physics Letters, vol. 64, no. 12, p. 1505 - 1507, 1994.

43. W. M. Chen, J. Lin, S. K. Banerjee, and J. C. Lee," Simultaneous Shallow-Junction Formation and Gate Doping p-channel Metal-Semiconductor-Oxide Field-Effect Transistor Process Using Cobalt Silicide as a Diffusion/Doping Source," Applied Physics Letters, vol. 64, no. 3, p. 345 - 347, 1994.

44. M. Y. Hao, B. Maiti, and J. Lee," Novel Process for Reliable Ultrathin Tunnel Dielectrics," Appl. Phys. Lett., vol.. 64, p. 2102 - 2104, April 1994.

45. B. Jiang, C. Sudhama, R. Khamankar, J. Kim and J. Lee, "Effects of Nonlinear Storage Capacitor on DRAM READ/WRITE," IEEE Electron Device Letters, vol. 15, no. 4, p.126 - 128, April 1994.

46. J. Kim, C. Sudhama, R. Khamankar, B. Jiang, J. Lee, P. Maniar, R. Moazzami, R. Jones and C. J. Mogab, "La Doped PZT Thin Films for Gigabit DRAM Technology," 1994 Symposium on VLSI Tech. Digest, p. 151 - 152, 1994.

47. M. Y. Hao, K. Lai, W. M. Chen, and J. Lee, " Surface Cleaning Effect on Dielectric Integrity for Ultrathin Oxynitrides Grown in $N_2O$," Applied Physics Letters, vol . 65, no. 9, p. 1133 - 1135, August 1994.

48. K. Lai, M. Y. Hao, C. Y. Hu, W. M. Chen, and J. Lee, " Effects of Surface Preparation on the Electrical and Reliability Properties of Ultrathin Thermal Oxide," IEEE Electron Device Letters, vol. ED-15, no. 11, p. 446 - 448, November, 1994.

49. M. Y. Hao, W. M. Chen, K. Lai, M. Gardner, J. Fulford, and J. Lee, "Correlation of Dielectric Breakdown with Hole Transport for Ultrathin Thermal Oxides and $N_2O$ Oxynitrides," Applied Physics Letters, vol. 66, no. 9, p. 1126 - 1128, February 27, 1995.

50. R. Khamankar, J. Kim, C. Sudhama, B. Jiang, and J. Lee, "Effects of Electrical Stress Parameters on Polarization Loss in Ferroelectric PZT Thin Film Capacitors," Electron Device Letter, p. 130 - 132, April 1995.

51. J. Lee, B. Jiang, R. Khamankar, and J. Kim, "Nonlinearity of Ferroelectric Capacitors on DRAM R/W Operations," Integrated Ferroelectrics, p. 319 - 328, 1995.

52. W. M. Chen, M. Y. Hao, K. Lai, M. Gardner, J. Fulford, and J. Lee, " 'Turn-around' Effects of Stress-Induced Leakage Current of Ultrathin $N_2O$-Annealed Oxides," Applied Physics Letters, vol. 67, No. 5, p. 1 - 3, July 1995.

53. Kafai Lai, Wei-Ming Chen, Ming-Yin Hao, Mark Gardner, Jim Fulford, Jack C. Lee, "'Turn-around' effects of stress-induced leakage current of ultrathin $N_2O$-annealed oxides", Applied Physics Letters, vol. 67, no. 5, p. 673-5, Jul. 31, 1995.

54. Kafai Lai, Kiran Kumar, Anthony I. Chou, and Jack C. Lee, "Plasma damage and photo-annealing effects of thin gate oxides and oxynitrides during $O_2$ plasma exposure", IEEE Elec. Dev. Lett., vol. 17, no. 3, p. 82, Mar. 1996.

55. Anthony I. Chou, Kafai Lai, Kiran Kumar, Mark Gardner, Jim Fulford, and Jack C. Lee, "Optimization of gate dopant concentration and microstructure for improved electrical and reliability characteristics of ultrathin oxides and $N_2O$-oxynitrides", Applied Physics Letters, vol. 69, no. 7, p. 934, Aug. 12, 1996.

56 C. Lin, A. Chou, K. Kumar, P. Chowdhury, and J. C. Lee, "Effect of $BF_2$ implantation on ultra-thin gate oxide reliability" Appl. Phys. Lett. Vol. 69, No. 11, p1591, Sep. 1996.

57. C. Lin, A. Chou, K. Kumar, P. Chowdhury, and J. C. Lee, "Reliability of gate oxide grown on nitrogen-implanted Si substrate" Appl. Phys. Lett. Vol. 69, No. 24, 9 Dec. 1996.

58. K. Kumar, A. Chou, C. Lin, P. Choudhury, and J. C. Lee, "Optimization of sub 3 nm gate dielectrics grown by rapid thermal oxidation in a nitric oxide ambient", Appl. Phys. Lett. 70 (3), 20 January 1997.

59. Prasenjit Chowdhury, Anthony I. Chou, Kiran Kumar, Chuan Lin and Jack C. Lee, "Improvement of Ultra-thin Gate Oxide and Oxynitirde Integrity Using Fluorine Implantation Techniques," Applied Physics Letters 70 (1), January 6, 1997.

60. A. Chou, K. Lai, K. Kumar, P. Chowdhury and J. Lee, "Modeling of Stress-Induced Leakage Current in Ultra-Thin Oxide with the Trap Assisted Tunneling Mechanism," Applied Physics Lettes, vol. 70, no. 25, Pg. 3407, June 23, 1997.

61. Byoung Hun Lee, Yongjoo Jeon,Keith Zawadzki, Wen-Jie Qi and Jack C. Lee, "Effect of interfacial layer growth on the electrical characteristics of thin titanium oxide films on silicon", Appl. Phys. Lett. Vol. 74, p. 3143, 1999.

62. Tung-Sheng Chen, Venkatasubramani Balu, Shylaja Katakam, Jian-Hung Lee and Jack C. Lee, "Effects of Ir Electrodes on BST Thin Film Capacitors for High-Density Memory Application" IEEE Transactions on Electron Devices vol. 46, no. 12, p. 2304, Dec. 1999.

63. Jian-Hung Lee, Razak Mohammedali, Venkatasubramani Balu, Jeong Hee Han, Sundar Gopalan, Chun-Hui Wong and Jack C. Lee "The Niobium Doping Effects on Resistance Degradation of Strontium Titanate Thin Film Capacitors", Applied Physics Letters, vol. 75, no. 10, p. 1455, September 6, 1999.

64. Sundar Gopalan, Chun-Hui Wong, Venkatasubramani Balu, Jian-Hung Lee, Jeong Hee Han, Razak Mohammedali, and Jack C. Lee, "Effects of Nb Doping on the Microstructure and Electrical Properties of Strontium Titanates Thin Films for Semiconductor Memory Applications", Applied Physics Letters, vol. 75, no. 14, p. 2123, October 4, 1999.

65. T. Ngai, W. Qi, R. Sharma, J. Fretwell, X. Chen, J. Lee and S. Banerjee, "Electrical Properties of $ZrO_2$ Gate Dielectric on SiGe," Applied Physics Letters, vol. 76, no. 4, p. 502, January 24, 2000.

66. Laegu Kang, Byoung Hun Lee, Wen-Jie Qi, Yongjoo Jeon, Renee Nieh, Sundar Gopalan, Katsunori Onishi, and Jack C. Lee ," Electrical Characteristics of Highly Reliable Ultra-Thin Hafnium Oxide Gate Dielectric," IEEE Electron Dev. Lett., vol. 21, 4, p.181, 2000.

67. Byoung Hun Lee , Laegu Kang, Renee Nieh, Wen-Jie Qi, and Jack C.Lee, "Thermal stability and electrical characteristics of Hafnium oxide gate dielectric reoxidized with rapid thermal annealing", Appl. Phys. Lett., 76, p.1926, 2000.

68. A. Lucas, S. Gopalan, J. Lee, S. Kaushal, R. Niino and Y. Tada, "Ultrathin Gate Oxynitrides Grown Using Fast Ramp Vertical Furnace for Sub-130 Nanometer Technology," Electrochemical and Solid-State Letters, vol. 3, no. 8, p. 389-391, August 2000.

69. Wen-Jie Qi, Renee Nieh, Easwar Dharmarajan, Byoung Hun Lee, Yongjoo Jeon, Laegu Kang, Katsunori Onishi, and Jack C. Lee, "Ultrathin zirconium silicate film with good thermal stability for alternative gate dielectric applications", Appl. Phys. Lett., vol. 77, no.11, p. 1704-1706, Sept. 2000.

70. Wen-Jie Qi, Renee Nieh, Byoung Hun Lee, Laegu Kang, Yongjoo Jeon, Aaron Lucas, and Jack C. Lee, "Electrical and reliability characteristics of $ZrO_2$ deposited directly on Si for gate dielectric application", Appl. Phys. Lett., vol. 77, no. 20, p.3269, 2000.

71. T. Ngai, W.J. Qi, R. Sharma, J.L. Fretwell, X. Chen, J.C. Lee, and S.K. Banerjee, "Transconductance Improvement in Surface-Channel SiGe pMOSFETs using $ZrO_2$ Gate Dielectric," Applied Physics Letters, May 14, 2001.

72. P.D. Kirsch, C. S. Kang, J. Lozano, J. C. Lee, J. G. Eckerdt, "Electrical and spectroscopic comparison of HfO2/Si interfaces on nitrided and un-nitrided Si (100)," Journal of Applied Physics, Volume 91, Number 7, pp. 1 – 11, 1 April 2002.

73. H. Cho, C. Kang, K. Onishi, S. Gopalan, R. Nieh, R. Choi, S. Krishnan and Jack Lee, "Structural and Electrical Properties of $HfO_2$ with Top Nitrogen Incorporated Layer," IEEE Electron Device Letters, vol. 23, no. 5, p. 249, May 2002.

74. S. Gopalan, K. Onishi, R. Nieh, C. Kang, R. Choi, J. Cho, S. Krishnan, and J. Lee, "Electrical and Physical Characteristics of Ultrathin Hafnium Silicate Films with Polycrystalline Silicon and TaN Gates," Applied Physics Letters, vol. 80, no. 23, p. 4416, June 10, 2002.

75. R. Nieh, R. Choi, S. Gopalan, K. Onishi, C. Kang, H. Cho, S. Krishnan and J. Lee, "Evaluation of Silicon Surface Nitridation Effects on Ultra-thin ZrO2 Gate Dielectrics," Applied Physics Letters, vol. 81, no. 9, p. 1663, August 26, 2002.

76. Chang Seok Kang, Hag-Ju Cho, Katsunori Onishi, Renee Nieh, Rino Choi, Sundar Gopalan, Sid Krishnan, Jeong H. Han, and Jack C. Lee, "Bonding states and electrical properties of ultrathin HfOxNy gate dielectrics", Appl. Phys. Lett. 81, p2593, September 30, 2002.

77. Chang Seok Kang, Katsunori Onishi, Laegu Kang, and Jack C. Lee, "Effects of Hf contamination on the properties of silicon oxide metal--oxide--semiconductor devices", Appl. Phys. Lett. 81, p5018, December 23, 2002.

78. Y. Kim, K. Onishi, C. Kang, H. Cho, R. Nieh, S. Gopalan, R. Choi, J. Han, S. Krishnan, and J. Lee, "Area Dependence of TDDB Characteristics for $HfO_2$ Gate Dielectrics," IEEE Electron Devices Letters, vol. 23, no. 10, p. 594, October 2002.

79. Y. Fan, R. Nieh, J. Lee, G. Lucovsky, G. Brown, F. Register and S. Banerjee, "Voltage and Temperature Dependent Gate Capacitance and Current Model: Application to ZrO2 n-channel MOS Capacitor," IEEE Tran. Electron Devices, vol. 49, no. 11, p. 1969, November 2002.

80. S. Mudanai, F. Li, S. Samavedam, R. Tobin, C. Kang, R. Nieh, L. Register, J. Lee, and S. Banerjee, "Interfacial Defect States in HfO2 and ZrO2 nMOS Capacitor," IEEE Electron Devices Letters, vol. 23, no. 12, p. 728, December 2002.

81. Y.H. Kim, K. Onishi, C. Kang, H. Cho, R. Choi, S. Krishnan, M. Akbar and J. Lee, "Thickness Dependence of Weibull Slopes of $HfO_2$ Gate Dielectrics," IEEE Electron Devices Letters, vol. 24, no. 1, p. 40, January 2003.

82. Z. Shi, D. Onsongo, K. Onishi, J. Lee, and S. Banerjee, "Mobility Enhancement in Surface Channel SiGe PMOSFETs With $HfO_2$ Gate Dielectrics," IEEE Electron Device Letter, vol. 24, no. 1, p. 34, January 2003.

83. K. Onishi, C. Kang, R. Choi, H. Cho, S. Gopalan, R. Nieh, S. Krishnan and J. Lee, "Improvement of Surface Carrier Mobility of $HfO_2$ MOSFET's by High-Temperature Forming Gas Annealing," IEEE Trans. On Electron Devices, vol. 50, no. 2, p. 384 – 390, February 2003.

84. R. Nieh, C. Kang, H. Cho, K. Onishi, R. Choi, S. Krishnan, J. Han, Y. Kim, A. Shahriar and J. Lee, "Electrical Characterization and Material Evaluation of Nitrogen Incorporated $ZrO_2$ ($ZrO_xN_y$) Gate Dielectric in TaN-gated NMOSFET's with High Temperature Forming Gas Annealing," IEEE Trans. On Electron Devices, vol. 50, no. 2, p. 333 – 340, February 2003.

85. Rino Choi, Katsunori Onishi, Chang Seok Kang, Hag-Ju Cho, Y.H. Kim, Siddharth Krishnan, M. S. Akbar and Jack C. Lee, " Effects of Deuterium Anneal on MOSFETs with $HfO_2$ Gate Dielectrics," IEEE Electron Device Letter, vol. 24, no. 3, p. 144, March 2003.

86. Katsunori Onishi, Chang Seok Kang, Rino Choi, Hag-Ju Cho, Young Hee Kim, Siddharth Krishnan, Mohammad Akbar, and Jack C. Lee, "Performance of polysilicon gate $HfO_2$ MOSFET's on (100) and (111) silicon substrates," IEEE Electron Device Letter, vol. 24, no. 4, p. 254, April 2003.

87. M.S. Akbar, S. Gopalan, H.-J. Cho, K. Onishi, R. Choi, C.S. Kang, Y.H. Kim, J. Han, S. Krishnan, and J. C. Lee, "High Performance TaN/HfSiON/Si MOSCAP and MOSFET Prepared by Low Thermal Budget $NH_3$ Post-Deposition Anneal," Applied Physics Letters, vol. 82, no.11, pp.1757, March 17 2003

88. K. Onishi, R. Choi, C. Kang, H. Cho, Y. Kim, R. Nieh, J. Han, S. Krishnan, M. Akbar, and J. Lee, "Bias-temperature Instabilities of Polysilicon Gate $HfO_2$ MOSFET's." IEEE Trans. On Electron Devices, vol. 50, no. 6, p. 1517, June 2003.

89. Chang Seok Kang, H.-J. Cho, R. Choi, K. Onishi, Y.H. Kim, M. S. Akbar, and J. C. Lee, "Characterization of resistivity and work function of sputtered-TaN film for gate electrode applications", Journal of Vacuum Science and Technology, vol. 21, issue #5, p. 2026, September/October 2003.

90. Y. H. Kim, and J. C. Lee, "Reliability Characteristics of high-k dielectrics" invited paper in the Microelectronics Reliability Journal, Volume 44, Issue 2, Pages 183-193, February 2004.

91. Chang Seok Kang, Hag-Ju Cho, Rino Choi, Young-Hee Kim, Chang Yong Kang, Se Jong Rhee, Changhwan Choi, Mohammad Shahariar Akbar, and Jack C. Lee "The Electrical and Material Characterization of Hafnium Oxynitride Gate Dielectrics with TaN-Gate Electrode" IEEE Transactions on Electron Devices, Vol. 51, No. 2, P220-227, FEBRUARY 2004.

92. C.Y. Kang, Hag-Ju Cho, Rino Choi, Chang Seok Kang, Young Hee Kim, Se Jong Rhee, Chang Hwan Choi, Shahriar M. Akbar, and Jack C. Lee, "Effects of dielectric structure of HfO2 on carrier generation rate in Si substrate and channel mobility", App Phy. Lett., vol 84, 12, pp. 2148-2150, 2004.

93. R. Jha, J. Gurganos, Y. H. Kim, R. Choi, J. Lee and V. Misra, "A Capacitance Based Methodology for Extracting Workfunction of Metal Electrodes on High-K Dielectrics," IEEE Electron Device Letters, vol. 25, no. 6, p. 420, June 2004.

94. Rino Choi, Chang Seok Kang, Hag-Ju Cho, Young-Hee Kim, Mohammad S. Akbar, and Jack C. Lee "Effects of high temperature forming gas anneal on the characteristics of MOSFET with HfO$_2$ gate stacks," Applied Physics Letter, Vol. 84, Issue 24, p4839-4841, June 14, 2004.

95. S. J. Rhee, C. Y. Kang, C. S. Kang, R. Choi, C. Choi, M. Akbar and J. Lee, ""Effect of Varying Interfacial Oxide and High-k Layer Thicknesses for HfO$_2$ Metal Oxide Semiconductor Field Effect Transistor" Applied Physics Letter, Vol. 85, p1286, 2004.

96. C.M. Osburn, S.A. Campbell, E. Eisenbraun, E. Garfunkel, T. Gustafson, A. Kingon, D.-L. Kwong, J. Lee, G. Lucovsky, T.P. Ma, J.P. Maria, V. Misra, G. Parsons, D. Schlom, and S. Stemmer, "Materials and Processes for High k Gate Stack", Semiconductor Fabtech Magazine, 2004.

97. Se Jong Rhee, Chang Yong Kang, Chang Seok Kang, Chang Hwan Choi, Rino Choi, Mohammad S. Akbar, and Jack C. Lee, "Threshold Voltage Instability Characteristics under Positive Dynamic Stress in Ultra Thin HfO$_2$ Metal Oxide Semiconductor Field Effect Transistors," Applied Physics Letters, vol. 85, no. 15, p. 3184, October 2004.

98. M. S Akbar, H. -J. Cho, R. Choi, C. S. Kang, C.Y. Kang, C. H. Choi, S. J. Rhee, Y. H. Kim and Jack C. Lee "Optimized NH$_3$ Annealing Process for High Quality HfSiON Gate Oxide", in IEEE Electron Device Letters, vol. 25 (7), pp. 465-467, 2004.

99. Akbar, M.S.; Moumen, N.; Barnett, J.; Lee, B.-H.; Lee, J.C, "Mobility Improvement after HCl Post-Deposition Cleaning of High-k Dielectric A Potential Issue in Wet Etching of Dual Metal Gate Process Technology," IEEE Electron Devices Letters, vol. 26, no. 3, p. 163, March 2005.

100. Rino Choi, Se Jong Rhee, Jack C. Lee, Byoung Hun Lee, Gennadi Bersuker, "Charge trapping and detrapping characteristics in high-k gate dielectric under static and dynamic stress," Electron Dev. Lett. vol 26 (3), p197, 2005.

101. Mohammad S. Akbar, Naim Moumen, Joel Barnett, Johnny Sim, and Jack C. Lee, " Effect of $NH_3$ surface nitridation temperature on mobility of ultrathin atomic layer deposited $HfO_2$", Appl. Phys. Lett. 86 (2005).

102. C. H. Choi, C.S. Kang, C.Y. Kang, S.J.Rhee, M.S. Akbar, S.A. Krishnan, M. Zhang, and Jack C. Lee, "Positive Bias Temperature Instability Effects of Hf-Based nMOFETs with Various Nitrogen and Silicon Profiles", IEEE Electron Device Letter (EDL), Vol., 26, No.1, p32, 2005.

103. Akbar, M.S.; Choi, C.H.; Rhee, S.J.; Krishnan, S.A.; Kang, C.Y.; Zhang, M.H.; Lee, T.; Ok, I.J.; Zhu, F.; Kim, H.-S.; Lee, J.C., "Electrical Performance and Reliability Improvement by Using Compositionally Varying Bi-Layer Structure of PVD HfSixOy Dielectric," IEEE Electron Devices Letters, vol. 26, no. 3, p. 166, March 2005.

104. Chang Yong Kang, Pat Lysaght, Rino Choi, Byoung Hun Lee, Chang Seok Kang, Se Jong Rhee, Chang Hwan Choi, Shahriar M. Akbar and Jack C. Lee, "Nickel-Silicide Phase Effects on Flatband Voltage Shift and Equivalent Oxide Thickness Decrease of Hafnium Silicon Oxynitride Metal Silicon Oxide Capacitors," Applied Physics Letter, vol. 86, article no. 222906, 2005.

105. Chang Yong Kang, Se Jong Rhee, Chang Hwan Choi, Chang Seok Kang, Rino Choi, Mohammad S. Akbar, Manhong Zang, Siddarth A. Krishnan and Jack C. Lee, "Effects of Nitrogen-Incorporated Interface Layer on the Transient Characteristics of Hafnium Oxide n-Metal Oxide Semiconductor Field Effect Transistors," Applied Physics Letter, vol. 86, article no. 1236506, 2005.

106. Chang Yong Kang, Se Jong Rhee, Chang Hwan Choi, Shariar M. Abkar , Manhong Zhang, Taekhwi Lee, Injo Ok and Jack C. Lee, "Effects of Tantalum Penetration through Hafnium Oxide Layer on Carrier Generation Rate in Silicon Substrate and Carrier Mobility Degradation," Applied Physics Letter, vol. 86, article no. 012901, 2005.

107. Changhwan Choi, Chang Yong Kang, Se Jong Rhee, Mohammad Shahariar Abkar, Siddarth A. Krishna, Manhong Zhang, Hyungseob Kim, Tackhwi Lee, Feng Zhu, Injo Ok, and Jack C. Lee, "Aggressively Scaled Ultra-Thin Undoped HfO2 Gate Dielectric (EOT < 0.7nm) with TaN Gate Electrode Using Engineered Interface Layer", IEEE Electron Device Letter (EDL), Vol., 26, No.7, p454, 2005.

108. Changhwan Choi, C.S. Kang, C.Y. Kang, S.J.Rhee, M.S. Akbar, S.A. Krishnan, M. Zhang, and Jack C. Lee, "Positive Bias Temperature Instability Effects of Hf-Based nMOFETs with Various Nitrogen and Silicon Profiles", IEEE Electron Device Letter (EDL), Vol., 26, No.1, p32, 2005.

109. Mohammad S. Akbar, Naim Moumen, Joel Barnett, Byoung Hun Lee, and Jack C. Lee, "Improvement in Bias Instabilities of MOCVD Hf-silicate by dilute HCl (500:1) Post-Deposition Rinsing and its effect after High Pressure $H_2$ Anneal", in Appl. Phys. Lett. 87, 252903 (2005).

110. Chang Yong Kang, Pat Lysaght, Rino Choi, Byoung Hun Lee, Se Jong Rhee, Chang Hwan Choi, M. S. Akbar, and Jack C. Lee, "Nickel-silicide phase effects on flatband voltage shift and equivalent oxide thickness decrease of hafnium silicon oxynitride metal-silicon-oxide capacitors", Appl. Phys. Lett. 86, 222906 (2005).

111. M. S. Akbar, Naim Moumen, Jeff Peterson, Joel Barnett, Muhammad Hussain and Jack C Lee, "Effect of Precursor Pulse Time on Charge Trapping and Mobility of ALD $HfO_2$", to be published in Electrochemical Society, 2005.

112. M. H. Zhang, S. J. Rhee, C. Y. Kang, C. H. Choi, M. S. Akbar, S. A. Krishnan, T. Lee, I. J. Ok, F. Zhu, H. S. Kim, and Jack C. Lee, "Improved electrical and material characteristics of HfTaO gate dielectrics with high crystallization temperature," Applied Physics Letters, **87**, 232901 (2005).

113. Se Jong Rhee, Chang Yong Kang, Chang Hwan Choi, Manhong Zhang, and Jack C. Lee, "Material and electrical analysis of hafnium titania bilayer dielectric metal-oxide-semiconductor field-effect transistors," J. Vac. Sci. Technol. B 23, 2561 (2005).

114. Yanxia Lin, Mehmet C. Öztürk, Bei Chen, Se Jong Rhee, Jack C. Lee, and Veena Misra, "Impact of Ge on integration of $HfO_2$ and metal gate electrodes on strained Si channels," Appl. Phys. Lett. 87, 071903 (2005).

115. (**<u>Invited Paper</u>**) Se Jong Rhee and Jack C. Lee "Threshold voltage instability characteristics of HfO2 dielectrics n-MOSFETs" IEEE Microelectronic Reliability, 45, p1051-1060, 2005.

116. Feng Zhu, Se Jong Rhee, Chang Yong Kang, Chang Hwan Choi, Akbar, M.S., Krishnan, S.A., Manhong Zhang, Hyoung-Sub Kim, Tackwhi Lee, Ok, I., and J.C. Lee, "Improving channel carrier mobility and immunity to charge trapping of high-k NMOSFET by using stacked Y2O3/HfO2 gate dielectric" Volume 26, Issue 12, Dec. 2005.

117. Se Jong Rhee; Feng Zhu; Hyoung-Sub Kim; Chang Hwan Choi; Chang Yong Kang; Manhong Zhang; Tackhwi Lee; Ok, I.; Krishnan, S.A.; Lee, J.C., "Hafnium Titanate bilayer structure multimetal dielectric nMOSCAPs", IEEE Electron Device Letters, Volume: 27, Issue: 4, p. 225, April 2006.

118. Se Jong Rhee, Feng Zhu, Hyoung-Sub Kim, Chang Yong Kang, Chang Hwan Choi, Manhong Zhang, Tackhwi Lee, Injo Ok, Siddarth A. Krishnan, and Jack C. Lee, "Systematic analysis of silicon oxynitride interfacial layer and its effects on electrical characteristics of high-*k* $HfO_2$ transistor," Appl. Phys. Lett. 88, 153515 (2006).

119. M. S. Akbar**,** Naim Moumen, Jeff Peterson, Joel Barnett, Muhammad Hussain and Jack C Lee, "Optimization of Precursor Time in Improving Bulk Trapping Properties of ALD HfO$_2$ Gate Stacks" Applied Physics Letter, vol. 88, article no. 082901, March 2006.

120. Siddarth A. Krishnan, Manuel Quevedo, Rusty Harris, Paul D. Kirsch, Rino Choi, Byoung Hun Lee, Gennadi Bersuker and Jack C. Lee, "NBTI Dependence on Dielectric Thickness and Nitrogen concentration in Ultra-scaled HfSiON Dielectric/ ALD-TiN Gate Stacks", JJAP, Vol. 45, No. 4B, 2006.

121. M. S. Akbar, C. H. Choi, S. J. Rhee, S. Krishnan, C. Kang, M. H. Zhang, T. Lee, I. J. Ok, F. Zhu, H. –S. Kim, and Jack C. Lee, "Investigation of Transient Relaxation under Static and Dynamic Stress in Hf-based Gate Oxides", IEEE Transaction in Electron Device Letters, vol. 53, no. 5, p. 1200-1207, May 2006.

122. C. Y. Kang, R. Choi, S. C. Song , C. D. Young, G. Bersuker, B. H. Lee and J. C. Lee, "Transient Bi-Carrier Response in High-k Dielectrics and its Impact on Transient Charge Effects in High-k Complementary Metal Oxide Semiconductor Devices" Applied Phys. Lett. **88**, 162905 (2006).

123. M. H. Zhang, F. Zhu, T. Lee, H. S. Kim, I. J. Ok, G. Thareja, L.Yu, and Jack C. Lee "Fluorine passivation in poly-Si/TaN/HfO$_2$ through ion implantation", Applied Physics Letters, 89 (142909) 2006.

124. InJo Ok, Hyoung-sub Kim, Manhong Zhang,Chang-Yong Kang, Se Jong Rhee, Changhwan Choi, Siddarth A. Krishnan, Tackhwi Lee, Feng Zhu, Gaurav Thareja, and Jack C. Lee, "Metal Gate – HfO2 MOS Structures on GaAs Substrate with and without Si interlayer", IEEE Electron Device Letters, 27(3), pp. 145-147, March 2006.

125. Hyoung-Sub Kim, I. Ok, M. Zhang, C. Choi, T. Lee, F. Zhu, G. Thareja, L. Yu, and Jack C. Lee, "Ultrathin HfO2 (equivalent oxide thickness=1.1nm) metal-oxide-semiconductor capacitors on n-GaAs substrate with germanium passivation" Appl. Phys. Lett. 88, p. 252906, 2006.

126. M. H. Zhang, I. J.Ok , H. S. Kim, F. Zhu, T. Lee, G. Thareja, L.Yu, and Jack C. Lee, "Electrical characteristics of sputter deposited Hf $_{1-x}$Si$_x$O/Si/GaAs gate stacks," Applied Physics Letters 89, p. 042902, 2006.

127. Feng Zhu, Chang Yong Kang, Se Jong Rhee, Chang Hwan Choi, Siddarth A. Krishnan, Manhong Zhang, Hyoung-Sub Kim, Taekhwi Lee, Injo Ok, Gaurav Thareja, and Jack C. Lee, "Mechanism of improved channel carrier mobility for stacked Y2O3 /HfO2 gate dielectric", Applied Physics Letters, 89, 257642, 2006.

128. Tackhwi Lee, Se Jong Rhee, Chang Yong Kang, Feng Zhu, Hyoung-sub Kim, Changhwan Choi, Injo Ok, Manhong Zhang, Siddarth Krishnan, Gaurav Thareja, and Jack C. Lee "Structural Advantage for the EOT Scaling and Improved Electron Channel Mobility by Incorporating Dysprosium Oxide (Dy2O3) Into HfO2 n-MOSFETs" IEEE Electron Device Letters, Vol. 27, No. 8, P.640-643, August 2006.

129. Hyoung-Sub Kim, Injo Ok, Manhong Zhang, T. Lee, F. Zhu, L. Yu, S. Koveshnikov, W. Tasi, V. Tokranov, M. Yakimov, S. Oktyabrsky, and Jack C. Lee, "Depletion-mode GaAs metal-oxide-semiconductor field-effect transistor with $HfO_2$ dielectric and germanium interfacial passivation layer," *Appl. Phys. Lett.*, Vol. 89, pp. 222904, 2006.

130. Hyoung-Sub Kim, Injo Ok, Manhong Zhang, Tackhwi Lee, Feng Zhu, Lu Yu and Jack C. Lee, "Metal gate-$HfO_2$ metal-oxide-semiconductor capacitors on n-GaAs substrate with silicon/germanium interfacial passivation layers," *Appl. Phys. Lett.*, Vol. 89, pp. 222903, 2006.

131. G. Thareja, H. Wen, R. Harris, P. Majhi, B. Lee, and Jack Lee, "NMOS Compatible Workfunction of TaN Metal Gate with Gadolinium Oxide Buffer Layer on Hf-Based Dielectrics," IEEE Electron Devices Letters, vol.. 27, no. 10, p. 802, October 2006.

132. M. S. Akbar and J. Lee, "A Novel Approach in Separating the Roles of Electrons and Holes in Degradation of Hf-based MOSFET Devices by Using Stress-Anneal Technique," IEEE Electron Devices Letters, vol. 28, no. 2, February 2007.

133. J. Lee (Invited Paper) "MOSCAP's and MOSFET's on III-V Channel Materials with Si, Ge and SiGe Interface Passivation Layer", Electrochemical Society Transactions, Volume 6, "Silicon Nitride, Silicon Dioxide, and Emerging Dielectrics 9", April 2007.

134. M. S. Akbar, C. H. Choi, S. J. Rhee, S. Krishnan, C. Kang, M. H. Zhang, T. Lee, I. J. Ok, F. Zhu, H. –S. Kim, and Jack C. Lee, "A Novel Approach in Separating the roles of Electrons and Holes in causing Degradation in Hf-based MOSFET Devices by using Stress-Anneal Technique", in IEEE Electron Device Letter, vol. 28 (2), pp.132-134, 2007.

135. Feng Zhu, S. Koveshnikov, I. Ok, H.S. Kim,V. Tokranov, M. Yakimov, S. Oktyabrsky, M. Zhang, T. Lee, G. Thareja, L. Yu, W. Tsai and   J. C. Lee, "Depletion-mode GaAs metal-oxide-semiconductor field-effect transistor with amorphous silicon interface passivation layer and thin HfO2 gate oxide," Applied Physics Letters, 91, 043507 (2007).

136. Hyoung-Sub Kim, Injo Ok, Manhong Zhang, F. Zhu, S. Park, J. Yum, Han Zhao, and Jack C. Lee, "Gate oxide scaling down in $HfO_2$-GaAs metal-oxide-semiconductor capacitor using germanium interfacial passivation layer," *Appl. Phys. Lett.*, Vol. 91, pp. 042904, 2007.

137. M. H. Zhang, M. Oye, B. Cobb, F. Zhu, H. S. Kim, I. J. Ok,  J. Hurst,  S. Lewis, A. Holmes, J. C. Lee, S. Koveshnikov, W. Tsai, M. Yakimov, V. Torkanov, S. Oktyabrsky, "Importance of controlling oxygen incorporation into $HfO_2$/Si/n-GaAs gate stacks"   *J. Appl. Phys.*. . 101, 034103 (2007).

138. Sachin Joshi, Cristiano Krug, Dawei Heh, Hoon Joo Na, Harlan R Harris, Jung Woo Oh, Paul D. Kirsch, Prashant Majhi, Byoung Hun Lee, Hsing-Huang Tseng, Raj Jammy, Jack C. Lee and Sanjay K. Banerjee, "Improved Ge Surface Passivation with Ultrathin $SiO_X$ Enabling High Mobility Surface Channel PMOSFETs Featuring a HfSiO/WN gate stack," Electron Devices Letters, vol. 28, p. 308, April 2007.

139. InJo Ok, H. Kim, M. Zhang, F. Zhu, S. Park, J. Yum, H. Zhao and Jack C. Lee, "Temperature Effects of Si Interface Passivation Layer Deposition on High-k III-V Metal–Oxide–Semiconductor Characteristics." Applied physics letters, 91, 2007.

140. Han Zhao, Hyoung-Sub Kim, Feng Zhu, Manhong Zhang, Injo OK, Sung Il Park , Jung Hwan Yum and Jack C Lee, "Metal-oxide-semiconductor capacitors on GaAs with germanium nitride passivation layer", Applied Physics Letters, 91, 172101, (2007)

141. Sung Il Park, InJo Ok, Hyoung-sub Kim, Feng Zhu, Manhong Zhang, Jung Hwan Yum, Zhao Han, and Jack C. Lee, "Optimization of electrical characteristics of TiO2-incorporated HfO2 n-type doped gallium arsenide metal oxide semiconductor capacitor with silicon interface passivation layer", in Applied Physics Letters 91, 081908(2007).

142. Feng Zhu, S. Koveshnikov, I. Ok, H.S. Kim, M. Zhang, T. Lee, G. Thareja, L. Yu, V. Tokranov, M. Yakimov, and S. Oktyabrsky, W. Tsai and J. C. Lee, "Depletion-mode GaAs N-MOSFETs with amorphous silicon interface passivation layer and thin $HfO_2$ gate oxide," Applied Physics Letters, 91, 043507 (2007)

143. M. H. Zhang, F. Zhu, H. S. Kim, I. J. Ok and Jack C. Lee, "Fluorine passivation in gate stacks of poly-Si/TaN/$HfO_2$ (and HfSiON/$HfO_2$)/Si through gate ion implantation", IEEE Electron Device Letters, 28, 195 (2007).

144. Hyoung-Sub Kim, Injo Ok, Manhong Zhang, F. Zhu, S. Park, J. Yum, Han Zhao, and Jack C. Lee, "Gate oxide scaling down in $HfO_2$-GaAs metal-oxide-semiconductor capacitor using germanium interfacial passivation layer," Appl. Phys. Lett., Vol. 91, pp. 042904, (2007).

145. Hyoung-Sub Kim, I. Ok, M. Zhang, F. Zhu, S. Park, J. Yum, H. Zhao, J. Oh, P. Majhi, and Jack C. Lee, "Flatband voltage instability characteristics of $HfO_2$-based GaAs metal-oxide-semiconductor capacitors with a thin Ge layer," Appl. Phys. Lett., Vol. 92, pp. 102904, (2008).

146. Hyoung-Sub Kim, I. Ok, M. Zhang, F. Zhu, S. Park, J. Yum, H. Zhao, J. Oh, P. Majhi, and Jack C. Lee, "Inversion-type enhancement-mode $HfO_2$-based GaAs metal-oxide-semiconductor field effect transistors with a thin Ge layer," Appl. Phys. Lett., Vol. 92, pp. 032907, (2008).

147. InJo Ok, H. Kim, M. Zhang, F. Zhu, S. Park, J. Yum, H. Zhao, Domingo Garcia, Prashant Majhi, N. Goel and W. Tsai, C. K. Gaspe, M.B. Santos, and Jack C. Lee, "Metal gate: $HfO_2$ metal-oxide-semiconductor structures on high-indium-content InGaAs substrate using physical vapor deposition." Appl. Phys. Lett. 92, 112904 (2008).

148. InJo Ok, H. Kim, M. Zhang, F. Zhu, S. Park, J. Yum, H. Zhao, Domingo Garcia, Prashant Majhi, and Jack C. Lee, "Influence of the substrate orientation on the electrical and material properties of GaAs metal-oxide-semiconductor (MOS) Capacitors and self-aligned transistors using $HfO_2$ and silicon interface passivation layer (IPL)" Appl. Phys. Lett. 92, 1 (2008)

149. InJo Ok , H. Kim, M. Zhang, F. Zhu, S. Park, J. Yum, H. Zhao, Domingo Garcia, Prashant Majhi, N. Goel and W. Tsai, C.K. Gaspe, M.B. Santos, and Jack C. Lee, "Self-aligned n-

channel metal-oxide-semiconductor field effect transistor on high-indium-content In$_{0.53}$Ga$_{0.47}$As and InP using physical vapor deposition HfO$_2$ and silicon interface passivation Layer." Appl. Phys. Lett. 92, 1 (2008)

150. InJo Ok, H. Kim, M. Zhang, F. Zhu, S. Park, J. Yum, H. Zhao and Jack C. Lee, "Self-aligned n- channel GaAs metal–oxide–semiconductor field-effect transistors (MOSFETs) Using HfO$_2$ and silicon interface passivation layer: post metal annealing optimization." Microelectronics Engineering (2008).

151. Hyoung-Sub Kim, I. Ok, M. Zhang, F. Zhu, S. Park, J. Yum, H. Zhao, P. Majhi, N. Goel, W. Tsai, C. K. Gaspe, M. B. Santos, and Jack C. Lee, "A study of Metal-Oxide-Semiconductor Capacitors on GaAs, In0.53Ga0.47As, InAs, and InSb Substrates using a Germanium Interfacial Passivation Layer," Appl. Phys. Lett., (2008).

152. Hyoung-Sub Kim, I. Ok, M. Zhang, F. Zhu, S. Park, J. Yum, H. Zhao, P. Majhi, and Jack C. Lee, "HfO$_2$-based InP n-channel metal-oxide-semiconductor field-effect transistors and metal-oxide-semiconductor capacitors using a germanium interfacial passivation layer," Appl. Phys. Lett., (2008).

## Refereed Conference Publications

1. S. Holland, I-C Chen, J. Lee, Y. Fong, K.K. Young, and C. Hu, "Time-Dependent Breakdown of Thin Oxides," Electrochemical Society Meeting, vol. 86-2, p. 599 - 600, Fall 1986.

2. Y. Fong, I-C Chen, S. Holland, J. Lee and C. Hu, "Dynamic Stressing of Thin Oxides," IEEE International Electron Devices Meeting Technical Digest, p. 664 - 667, December 1986.

3. K. Mayaram, J. Lee, T.Y. Chan and C. Hu, "An Analytical Perspective of LDD MOSFETs," 1986 Symposium on VLSI Technology, no. VI-1, p. 61 - 62, May 1986.

4. J. Lee, I-C Chen, S. Holland, Y. Fong and C. Hu, "Oxide Defect Density, Failure Rate and Screen Yield," 1986 Symposium on VLSI Technology, no. VI-5, p. 69 - 70, May 1986.

5. I-C Chen, J. Lee and C. Hu, "Accelerated Testing of Silicon Dioxide Wearout," 1987 Symposium on VLSI Technology, no. IV-2, p. 23 - 24, May 1987.

6. J. Lee, I-C Chen and C. Hu, "Statistical Modeling of Silicon Dioxide Reliability," IEEE International Reliability Physics Symposium, 26th annual proceeding, p. 131 - 138, April 1988 [Best Paper Award].

7. J. Lee and C. Hu, "Low-Pressure Chemical Vapor Deposited Oxide Process for MOS Device Application," 1988 Symposium on VLSI Technology, no. V-8, p. 49 - 50, May 1988.

8. C. Hu, P. Ko, P. Lee, J. Lee, N. Cheung and B. Liew, "IC Reliability Prediction," SRC Technical Program Conference, Extended Abstract, p. 240, October 1988.

9.  R. Moazzami, J. Lee, I-C Chen and C. Hu, "Projecting the Minimum Acceptable Oxide Thickness for Time-Dependent Dielectric Breakdown," IEEE International Electron Devices Meeting Technical Digest, p. 710 - 713, December 1988.

10. J. Carrano, C. Sudhama, J. Lee, A. Tasch and W. Miller, "Electrical and Reliability Characteristics of Lead-Zirconate-Titanate (PZT) Ferroelectric Thin Films for DRAM Application," IEEE International Electron Devices Meeting Technical Digest, p. 255 - 258, December, 1989.

11. J. Carrano, C. Sudhama, J. Lee and A. Tasch, "Electrical and Reliability Properties of PZT Thin Films for ULSI DRAM Applications," SEMATECH Centers of Excellence Coordination Meeting, March 20-22, 1990 (Best Paper Award).

12. J. Lin, K. Park, S. Batra, S. Yoganathan, J. Lee, S. Banerjee, S. Sun, J. Yeargain, G. Lux, "Effects of Arsenic Segregation and Electron Trapping on the Capacitance-Voltage Behavior of Polysilicon and Polycide Gates," Materials Research Society Proceeding, vol. 182, p. 195 - 200, April 1990.

13. C. Sudhama, J. Carrano, L. Parker, V. Chikarmane, J. Lee, A. Tasch, W. Miller, N. Abt and W. Shepherd, "Scaling Properties in the Electrical and Reliability Characteristics of Lead-Zirconate-Titanate (PZT) Ferroelectric Thin Film Capacitors," Proc. of the Spring Meeting of the Materials Research Society, vol. 200, p. 331 - 336, April 1990.

14. H. Hwang, W. Ting, D.L. Kwong and J. Lee, "High Quality Ultrathin OxynitrideGate Dielectric Prepared by Rapid Thermal Processing in $N_2O$," Solid State Devices Meeting, p. 1155 - 1156, August 1990.

15. H. Hwang, W. Ting, B. Maiti, D. L. Kwong and J. Lee, "Electrical Characteristics of Ultrathin Oxynitride Gate Dielectric Prepared by Rapid Thermal Processing in $N_2O$," SRC Technical Program Conference, Extended Abstract, p. 91 - 94, October 1990.

16. V. Chikarmane, C. Sudhama, J. Carrano, J. Lee and A. Tasch, " Material Characterization of Sol-Gel Derived PZT Films for ULSI DRAM Applications," Proc. of SRC Technical Program Conference, p. 139 - 142, October 1990.

17. H. Hwang, W. Ting, D. L. Kwong and J. Lee, "Electrical Characteristics of Ultrathin Oxynitride Gate Dielectric Prepared by Rapid Thermal Oxidation of Si in $N_2O$," Electrochemical Society Meeting, Extended Abstract # 312, October 1990.

18. H. Hwang, W. Ting, D. L. Kwong and J. Lee, "Electrical and Reliability Characteristics of Oxynitride Gate Dielectric Prepared by Rapid Thermal Processing in $N_2O$," IEEE International Electron Devices Meeting Technical Digest, p. 421 - 424, December 1990.

19. S. Bhattacharya, S. Banerjee, J. Lee, A. Tasch and A. Chatterjee, "Deign Issues for Achieving Latchup-Free, Deep Trench-Isolated, Bulk, Non-Epitaxial, Submicron CMOS,"

IEEE International Electron Devices Meeting Technical Digest, p. 185 - 188, December 1990.

20. V. Chikarmane, C. Sudhama, J. Lee, and A. Tasch, "The Effects of Pb Compensation and Thermal Processing on the Characteristics of DC-Magnetron Sputtered Lead Zirconate Titanate Thin Films," Proc. of the Spring Meeting of the Materials Research Society , Vol. 230, p. 297 - 300, April 1991.

21. H. Hwang, W. Ting, D. L. Kwong and J. Lee, "Ultrathin Oxynitride Gate Dielectric Prepared by Rapid Thermal Oxidation in $N_2O$ for ULSI Applications," Proc. of the Spring Meeting of the Materials Research Society , p. 379 - 384, April 1991.

22. J. Lin, K. Park, S. Batra, S. Banerjee, J. Lee and G. Lux, "Effects of $TiSi_2$ Formation on Boron Penetration Through Gate Oxides in MOS Devices Under Rapid Thermal Processing," Proc. of the Spring Meeting of the Materials Research Society , p. 152 - 155, April 1991.

23. H. Hwang, W. Ting, D. L. Kwong, and J. Lee, "Excellent Reliability Characteristics of Submicron MOSFETs with Oxynitride Gate Dielectric Prepared by Rapid Thermal Oxidation in $N_2O$," SPIE Optical Engineering Conference, May 8-10, 1991.

24. C. Sudhama, V. Chikarmane, J. Kim, J. Lee and A. Tasch, "Measurement Techniques for Characterization of Ferroelectric Thin Films for Memory Applications," SPIE Optical Engineering Conference, May 8-10, 1991.

25. V. Chikarmane, C. Sudhama, J. Kim, J. Lee and A. Tasch, "The Effects of Pb Compensation and Thermal Processing on the Phase Content and Electrical Characteristics of DC-Magnetron Sputtered PZT Thin Films," SPIE Optical Engineering Conference, May 8-10, 1991.

26. J. Lin, K. Park, S. Batra, S. Banerjee, J. Lee and G. Lux, "Effects of $TiSi_2$ Formation on Boron Penetration through Gate Oxides in MOS Devices," SPIE Optical Engineering Conference, May 8-10, 1991.

27. B. Maiti and J. Lee, "Stacked Thermal/LPCVD Oxide for Ultra-thin Gate Dielectric Application," SPIE Optical Engineering Conference, May 8-10, 1991.

28. B. Maiti and J. Lee, "The Effects of Post-Deposition Annealing on Dielectric Integrity of Thin Chemical Vapor Deposited Oxides," SPIE Optical Engineering Conference, May 8-10, 1991.

29. V. Chikarmane, C. Sudhama, J. Kim, J. Lee and A. Tasch, "The Effects of Deposition Temperature and Annealing on the Material and Electrical Characteristics of DC-Magnetron Sputtered PZT Thin Films Capacitors," Electronic Materials Conference, Technical Program Abstract, p. 2 - 7, June, 1991.

30. K. Picone, S. Batra, K. Park, M. Lobo, S. Bhattacharya, J. Lee and S. Banerjee, "Leakage Characteristics and Lateral Uniformity of Ultra-Shallow Junctions Formed Using Polysilicon and Amorphous Silicon Diffusion Source," Electronic Materials Conference, June, 1991

31. H. Hwang, W. Ting, D. L. Kwong, J. Lee, "Electrical and Reliability Characteristics of Submicron nMOSFET's with Oxynitride Gate Dielectrics Prepared by Rapid Thermal Oxidation in $N_2O$," Device Research Conference, p. IVB-6 - IVB-7, June, 1991.

32. C. Sudhama, V. Chikarmane, J. Kim, J. Lee and A. Tasch, "Electrically Induced Improvement in the Properties of Thin Ferroelectric Films for NVRAM and DRAM Cells," Proceedings of the 10th Annual Symposium on Electronic Materials, Processing and Characterization Conference, June 3-4, 1991.

33. V. Chikarmane, C. Sudhama, J. Kim, J. Lee and A. Tasch, "Electrical Characteristics and Structure Property Relationships in DC-Magnetron Sputtered PZT Thin Film Capacitors Annealed in Oxygen and Nitrogen Ambient for ULSI DRAM Applications, " 10th Annual Symposium on Electronic Materials Processing and Characterization, June 1991.

34. C. Maziar and J. Lee, "Team Teaching a Multi-Section Introductory Electronics Course," Proceedings of the 1991 Frontiers in Education Conference, p.709 West Lafayette, IN, September 21-24, 1991.

35. V. Chikarmane, J. Kim, C. Sudhama, J. Lee and A. Tasch, "Growth and Electrical Characterization of $Pb(Zr_xTi_{1-x})O_3$ Thin Films for Memory Applications," 3rd Annual New Mexico Symposium on Ceramics and Advanced Materials, October 24, 1991.

36. V. Chikarmane, C. Sudhama, J. Kim, J. Lee and A. Tasch, "Effects of Post-deposition Annealing Ambient on the Electrical Characteristics and Phase-Transformation Kinetics of Sputtered Lead Zirconate Titanate (65/35)Thin Film Capacitors," American Vacuum Society 38th Annual Symposium, Seattle, WA, November, 1991.

37. C. Sudhama, J. Kim, V. Chikarmane, J. Lee and A. Tasch, "The Effects of La Doping on the Electrical Properties of Sol-Gel Derived Ferroelectric Lead-Zirconate-Titanate (PZT) for ULSI DRAM Application," American Vacuum Society 38th Annual Symposium, Seattle, WA, November, 1991.

38. V. Chikarmane, C. Sudhama, J. Kim, J. Lee and A. Tasch, "The Role of the PZT-Pt Interface in the Anomalous Phase Transformation Kinetics in Sputtered Thin Film Capacitors at sub-200nm Thicknesses," Proceeding of the Fall Meeting of the Materials Research Society, Vol. 243, p. 367 - 372, December 1991.

39. C. Sudhama, J. Kim, V. Chikarmane, J. Lee and A. Tasch, "Polarity and Area Dependence of Reliability Characteristics of Sputtered and Sol-Gel Derived Thin PLZT Films for DRAM Applications," Proceeding of the Fall Meeting of the Materials Research Society, Vol. 243, p. 147 - 152, December 1991.

40. V. Chikarmane, J. Kim, C. Sudhama, J. Lee and A. Tasch, "The Dependence of Device Electrical Properties on the Zr/Ti Ratio in Reactively Sputtered Ferroelectric $Pb(Zr_xTi_{1-x})O_3$ Thin FIlms for Memory Applications," Minerals, Metals and Materials Society (TMS) Annual Meeting, San Diego, CA, March 1992.

41. J. Lee, V. Chikarmane, C. Sudhama, J. Kim and A. Tasch, "Sputtered PZT Thin Films for Memory Applications," 4th International Symposium on Integrated Ferroelectrics, Monterey, CA, March 1992, Invited Paper.

42. W. Chen, J. Lin, S. Banerjee and J. Lee, "Thermal Stability of Cobalt Disilicide for Self-Aligned Silicide Applications," Spring Meeting of Materials Research Society, Mat. Res. Soc. Symp. Proc., vol. 260, p.163 - 167, April 1992.

43. J. Lin, W. Chen, S. Banerjee and J. Lee, "Study of SITOX (SIlicidation Through OXide) Process and its Application to Advanced CMOS Devices," Spring Meeting of Materials Research Society, Mat. Res. Soc. Symp. Proc., vol. 260, p.623 - 628, April 1992.

44. M. Hao, J. Lee, I.C. Chen and C. Teng, "Reliability of Submicron MOSFET's with Deposited Gate Oxides Under F-N Injection and Hot-Carrier Stress," Spring Meeting of Materials Research Society, Mat. Res. Soc. Symp. Proc., vol. 265, p. 237 - 242, Sept. 1992.

45. H. Hwang and J. Lee, "Excellent Boron Diffusion Barrier Characteristics of Oxynitride Gate Dielectric Prepared by Rapid Thermal Processing in $N_2O$," Spring Meeting of Materials Research Society, April 1992.

46. B. Maiti and J. Lee, "Electrical and Reliability Characteristics of Silicon-Rich Oxide for Non-volatile Memory Applications," Spring Meeting of Materials Research Society, vol. 265, p. 255 - 260, April 1992.

47. J. Kim, V. Chikarmane, C. Sudhama, J. Lee and A. Tasch, "The Impact of Device Asymmetry on the Fatigue-Endurance of Ferroelectric PZT for Memory Applications," Spring Meeting of Materials Research Society, vol. 265, p. 313 - 318, April 1992.

48. B. Maiti and J. Lee, "Highly-Reliable Stacked Thermal/LPCVD Oxides for Ultrathin Gate Dielectric Applications," Spring Meeting of Materials Research Society, vol. 265, p. 261 - 266, April 1992.

49. C. Sudhama, J. Kim, V. Chikarmane, R. Khamankar, J. Lee and A. Tasch, "Optimization of Pb Compensation with Thickness-Scaling of Thin Sputtered PZT Films in the 200nm Range for Memory Applications," Electronic Materials Conference, June 1992.

50. J. Lin, W. Chen, S. Banerjee and J. Lee, "Cobalt Disilicide as a Dopant Source for Polysilicon Gates in MOS Devices," Electronic Materials Conference, June 1992, Journal of Electronic Materials, vol. 22, No. 6, p. 667 - 673, 1993.

51. B. Maiti and J. Lee, "A New Low-Thermal Budget Process for Ultrathin Oxynitride Dielectric," Electronic Materials Conference, June 1992.

52. J. Kim, V. Chikarmane, C. Sudhama, R. Khamankur and J. Lee, "The Enhancement of Lifetime of Sputtered Lead Zirconate Titanate Thin Film Capacitors Under A.C. Stressing," Electronic Materials Conference, June 1992.

53. V. Chikarmane, C. Sudhama, J. Kim, R. Khamankar and J. Lee, "Sputtered ZPT Thin Films with Low-Thermal Budget for I.C. Applications," Electronic Materials Conference, June 1992.

54. B. Maiti, M.Y. Hao and J. Lee, "Incorporation of Nitrogen into Oxynitride Dielectrics through Thermal Nitridation of Silicon," Spring Meeting of Materials Research Society, vol. 309, p.3 - 8, 1993.

55. W. Chen, J. Lin, S. Banerjee and J. Lee, "The Impact of Pre-Silicidation Heat Treatment and Dopant Effects on the Thermal Stability of $CoSi_2$ Polycide during Rapid Thermal Annealing," Materials Research Society Symposia Proceeding, vol. 303, p. 81 - 86, 1993.

56. W. Chen J. Lin, S. Banerjee and J. Lee, "Using $CoSi_2$/Polysilicon Polycide Structure as a Gate Diffusion Source in Rapid Thermal Processing," Materials Research Society Symposia Proceeding, vol. 303, p. 271 - 276, 1993.

57. J. Lin, W. Chen, S. Banerjee and J. Lee, "Enhanced Boron Diffusion in Silicon Using $CoSi_2$ Diffusion Source and Rapid Thermal Processing," Materials Research Society Symposia Proceeding, vol. 303, p. 265 - 270, 1993.

58. J. Kim, C. Sudhama, R. Khamankar and J. Lee, "Ultra-Thin (65nm) Sputtered PZT Films for ULSI DRAMs," Materials Research Society Symposium Proceedings, vol. 310, p.473 - 478, 1993.

59. J. Kim, R. Khamankar, C. Sudhama, J. Lee, S. Summerfelt and B. Gnade, "Investigation of Electrode Materials for Metal-Ferroelectrics-Pt Capacitors for DRAM Applications," 184th Meeting of Electrochemical Society Meeting, Extended Abstracts, vol. 93-2, p. 269 - 270, Oct. 1993.

60. W. M. Chen, J. C. Lee, and M. R. Frost, " Silicided p-n junction fabricated by silicidation through  silicon buffer layer and dopant drive-out process ," Mat. Res. Soc. Symp. Proc., vol. 320, p. 47 - 51, 1993.

61. J. Lee, C. Sudhama, J. Kim and R. Khamankar, "High Dielectric Constant Ferroelectric Thin Films for DRAM Applications," International Conference on Solid State Devices and Materials, Chiba, Japan, 1993(Invited Paper).

62. C. Sudhama, R. Khamankar, J. Kim, J. C. Lee, P. D. Maniar, R. Moazzami, R. E. Jones and C. J. Mogab, "Novel Methods for the Reliability Testing of Ferroelectric DRAM Storage Capacitors," 32nd Annual IEEE International Reliability Physics Proceedings, p. 238 - 242, 1994.

63. J. Kim, C. Sudhama, R. Khamankar, B. Jiang, J. Lee, P. Maniar, R. Moazzami, R. Jones and C. J. Mogab, "La Doped PZT Thin Films for Gigabit DRAM Technology," 1994 Symposium on VLSI Tech. Digest, Honolulu, June, 1994 and published in VLSI Tech. Digest, p. 151 - 152, 1994.

64. R. Khamankar, J. Kim, C. Sudhama and J. Lee, "Effect of Deposition Temperature on Material and Electrical Properties of PZT Thin Films for DRAM Applications," International Symposium on Integrated Ferroelectrics, 1994, published in Integrated Ferroelectrics, 1994.

65. K. Lai, M. Y. Hao, W. M. Chen, and J. Lee, "Surface Cleaning Effects on Reliability for Devices with Ultrathin Oxides or Oxynitrides," Proceedings of SPIE Conference on Microelectronics Manufacturing '94, vol. 2334, p. 137-143, Oct. 1994.

66. R. Khamankar, J. Kim, B. Jiang, and J. Lee, "Effects ac Stress on Charge and Voltage Decay Rates of PZT Thin Film Capacitors for DRAM Applications," Material Research Symposium Fall Meeting, Boston, MA, Nov. 1994.

67. B. Jiang, J. Kim, R. Khamankar, I. Lee, and J. Lee, "Effects of Electron-beam Irradiation on PZT/PLZT Thin Film Capacitors," Material Research Symposium Fall Meeting, Boston, MA, Nov. 1994.

68. J. Kim, B. Jiang, R. Khamankar, I. Lee, J. Lee, P. Maniar, R. Moazzami, and R. Jones, "Effects of Microstructure on the Electrical Characteristics of Sol-Gel Derived PZT Thin Films," Material Research Symposium Fall Meeting, Boston, MA, Nov. 1994

69. R. Khamankar, J. Kim, B. Jiang, J. Lee, P. Maniar, R. Moazzami, R. Jones, "Impact of Process Damages on Performance of High Dielectric Constant PLZT Capacitor for ULSI DRAM Applications," IEEE International Electron Devices Meeting Technical Digest, p. 337 - 339, Dec. 1994.

70. M. Y. Hao, K. Lai, W. M. Chen and J. Lee, "Reliability Characteristics and Surface Preparation Technique for Ultra-thin (33 Å - 87 Å) Oxides and Oxynitrides," IEEE International Electron Devices Meeting Technical Digest, p. 601 - 603, Dec. 1994.

71. W. M. Chen, J. Lin and J. Lee, "A Novel CoSi$_2$ Thin Film Process with Improved Thickness Scalability and Thermal Stability," IEEE International Electron Devices Meeting Technical Digest, p. 691 - 695, Dec. 1994.

72. K. Lai, A. Chou, K. Kumar, P. Chowdhury, M. Hao, W. Chen, M. Gardner, J. Fulford and J. Lee, "Breakdown Mechanisms and Stress-Induced Leakage Current in Ultra-thin Oxides and N$_2$O Oxynitrides," Eleventh Biennial University/ Government / Industry Microelectronics Symposium, May 1995.

73. C. Sudhama, J. Kim, V. Chikarmane, R. Khamankar, J. Lee and A. Tasch, "Optimization of Pb Compensation with Thickness-Scaling of Thin Sputtered PZT Films in the 200nm Range for Memory Applications," Accepted to Journal of Electronic Materials.

74. R. Khamankar, B. Jiang, R. Tsu, W. Hsu, J. Nulman, S. Summerfelt, M. Anthony and J. Lee, "A Novel Low-Temperature Process for High Dielectric Constant BST Thin Films for ULSI DRAM Applications," presented at the 1995 Symposium on VLSI Technology, Kyoto, Japan, May 1995 and published in VLSI Techn. Digest, p. 127 - 128, 1995.

75. Jack C. Lee, Anthony Chou, Kafai Lai and Kiran Kumar, "$N_2O$-Based tunnel oxides", Proceedings of SPIE Conference on Microelectronics Manufacturing '95, vol. 2636, p. 182.

76. Kafai Lai, Anthony Chou, Kiran Kumar, Mark Gardner, Jim Fulford, and Jack C. Lee, "Effects of gate doping species, concentration, and microstructure on the electrical and reliability characteristics of ultrathin oxides and $N_2O$-oxynitrides", Proceedings of 1995 International Semiconductor Device Research Symposium, Dec. 1995.

77. Kafai Lai, Kiran Kumar, Anthony I. Chou, and Jack C. Lee, "Effects of oxide exposure, photoresist and dopant activation on the plasma damage immunity of ultrathin oxides and oxynitrides", Tech. Dig. IEEE Int. Elec. Dev. Mtg. Tech. Dig., p. 319, 1995.

78. T. Chen, V. Balu, B. Jiang, S. Kuah and J. Lee, "Stability of Reaactive DC-Sputtered Ir and $IrO_2$ Thin Films in Various Ambients,"presented at the Int. Symp. on Integrated Ferroelectrics, March 18-20, Tempe, AZ, 1996 and published in ISIF Extended Abstract, p. 48C, 1996.

79. B. Jiang and J. Lee, "Modeling Ferroelectric Capacitor Switching Using Parallel-Element Model," presented at the Int. Symp. on Integrated Ferroelectrics, March 18-20, Tempe, AZ, 1996 and published in ISIF Extended Abstract, p. 49C, 1996.

80. V. Balu, T. Chen, B. Jiang, S. Kuah and J. Lee, P. Chu, R. Joens, P. Zurcher, D. Taylor and S. Gillespie, "Electrode Materials for Ferroelectic Capacitors: Properties of Reactive DC Sputtered $IrO_2$ Thin Films," 1996 Materials Research Society Spring Meeting, San Francisco, CA, April 8-12, 1996; abstract no. T4.3, 1996 MRS Abstract Proceeding, p. 337, 1996 and published in MRS Symposium Proceedings, Ferroelectric thin films V, p.169, 1996.

81. B. Jiang, V. Balu, T. Chen, S. Kuah, and J. Lee, "Polarization Relaation in PZT/PLZT Thin Film Capacitors, " 1996 Materials Research Society Spring Meeting, San Francisco, CA, April 8-12, 1996; abstract no. T6.3, 1996 MRS Abstract Proceeding, p. 340, 1996.

82. B. Jiang, V. Balu, T. Chen, Jack Lee, P. Chu, R. Jones, P. Zurcher, D. Taylor, M. Kottke, and S. Gillespie, "A New Electrode Technology for High-Density Nonvolatile Ferroelectric (SrBi2Ta2O9) Memories," presented at the 1996 Symposium on VLSI Technology, Honolulu, June 1996 and published in VLSI Techn. Digest, p. 26-27, 1996.

83. C. Lin, A. Chou, K. Kumar, P. Chowdhury, and J. C. Lee, "Leakage current, reliability characteristics and boron penetration of ultra-thin (32-36Å) $O_2$-oxide and $N_2O$/NO-Oxynitrides, Tech. Dig. IEEE Int. Elec. Dev. Mtg. Tech. Dig., 1996, p-331.

84. C. Lin, A. Chou, B. Doyle, H. R. Soleimani, and J. C. Lee, "Effect of nitrogen implant on gate oxide reliability," 27th IEEE Semiconductor Interface Specialists Conference, San Diego, CA, 1996.

85. Tung-Sheng Chen, Venkatasubramani Balu, Bo Jiang, Shao-Hong Kuah, and Jack Lee, "Stability of reactive DC-sputtered Ir and $IrO_2$ thin films in various ambients," International Symposium on Integrated Ferroelectrics (ISIF), 1996.

86. Tung-Sheng Chen, Daniel Hadad, Venkatasubramani Balu, Bo Jiang, Shao-Hong Kuah, Paul McIntyre, Scott Summerfelt, Mark Anthony, and Jack Lee, "Ir-electroded BST thin film capacitors for 1 giga-bit DRAM application," Tech. Dig. IEEE Int. Elec. Dev. Mtg. (IEDM), p. 679, 1996.

87. Shaohong Kuah, Venkatasubramani Balu, Tung-Sheng Chen, Bo Jiang, Daniel Hadad, Bruce White, Robert Jones, Peter Zurcher, Bradley Melnick, Sherry Gillespie and Jack C. Lee, "Interaction of Ir and $IrO_2$ Thin Films with Polysilicon, W and $WSi_x$". The 9th International Symposium on Integrated Ferroelectrics (ISIF), p. 150C, Mar 2-5, 1997.

88. Daniel Hadad, Tung-Sheng Chen, Venkatasubramani Balu, Bo Jiang, ShaoHong Kuah, Paul McIntyre, Scott Summerfelt, Mark Anthony and Jack C. Lee, "The Effects ofForming Gas Anneal on the Electrical Characteristics of Ir-Electroded BST Thin Film Capacitors" The 9th International Symposium on Integrated Ferroelectrics (ISIF), p. 152C, Mar 2-5, 1997.

89. A. Chou, C. Lin, K. Kumar, P. Chowdhury, M. Garder, M. Gilmer, J. Fulford, and J. C. Lee, "The effects of nitrogen implant into gate electrode on the characteristics of dual-gate MOSFETS with ultra-thin oxide and oxynitrides," International Reliability Physics Symposium, 1997.

90. Bo Jiang, P. Zurcher, R. Jones, S. Gillespie, and J. Lee, "Computationally Efficient Ferroelectric Capacitor Model for Circuit Simulation," presented at the 1997 Symposium on VLSI Technology, Kyoto, Japan, June 1997 and published in VLSI Tech. Digest, p. 141-142, 1997.

91. Chou, Chan Lin, Keith Zawadzki, Yongjoo Jeon, Aaron Lucas and Jack Lee, "Enhanced oxidation rate of oxynitrides during RTP in $N_2O$," the 28th IEEE Semiconductor Interface Specialists Conference, Charleston, SC, 1997.

92. Venkatasubramani Balu, Tung-Sheng Chen, Shylaja Katakam, Jian-Hung Lee, Bruce White, Sufi Zafar, Bo Jiang, Peter Zurcher, Robert E. Jones and Jack C. Lee, "Dielectric Dispersion in Barium Strontium Titanate Thin Film capacitors with Ir electrodes", Presented at the 10th International Symposium on Integrated Ferroelectrics, March 1-4, 1998, Published in the Integrated Ferroelectrics.

93. Tung-Sheng Chen, Venkatasubramani Balu, Shylaja Katakam, Jian-Hung Lee, B. White, S. Zafar, B. Jiang, P. Zurcher, R. Jones and Jack C. Lee, "Study of $SrTiO_3$ Thin Films on Ir Bottom Electrodes for Ultra-large scale Integrated DRAM application" Presented at the

10th International Symposium on Integrated Ferroelectrics, Mar 1-4, 1998, Published in the Integrated Ferroelectrics.

94. Tung-Sheng Chen, Venkatasubramani Balu, Shylaja Katakam, Jian-Hung Lee, Jeong Hee Han, Robert E. Jones, Sherry Gillespie and Jack C. Lee, "Dynamic Stressing Effects on Reliability of Strontium Titanate Thin Film Capacitors for High-density Memory Applications" 1998 Symposium on VLSI Technology Digest of Technical Papers, p. 54, (1998).

95. Keith Zawadzki, Wen Jie Qi, Yongjoo Jeon, Byoung Hun Lee, Aaron Lucas, Renee Nieh, and Jack Lee, "Sputtered BST Thin Films for Alternative High K Gate Dielectrics", Proceedings of American Vacuum Society Symposium, Austin, 1998.

96. Byoung Hun Lee, Yongjoo Jeon, Keith Zawadzki, Wen-Jie Qi, Renee Nieh, Aaron Lucas and Jack Lee, "Leakage characteristics of TiO2 films", Proceedings of American Vacuum Society Symposium, Austin, 1998.

97. Yongjoo Jeon, Keith Zawadzki, Byoung Hun Lee, Venkatsubramani Balu, and Jack Lee, "Alternative Gate Dielectric with BST/TiO2(Barrier Layer) Stacked Structure", Abstracts of MRS Symposium on Rapid thermal and Integrated Processing, San Fransisco, April 10, p.370, 1998.

98. Byoung Hun Lee, Yongjoo Jeon, Aaron Lucas, Mark Gilmer, Mark Gardner, Jim Fair and Jack C. Lee, "Comparative study of $TiO_2$ and $Ta_2O_5$ on JVD nitride as an alternative gate dielectrics", 29th IEEE Semiconductor Interface Specialists Conference, December, 1998.

99. Jian-Hung Lee, Venkatasubramani Balu, Tung-Sheng Chen, Jeong Hee Hanand Jack C. Lee,"N2O Processed Ferroelectric Thin Films", MRS Symposium Proceedings, Ferroelectric thin films VII, 1998.

100. Yongjoo Jeon, Byoung Hun Lee, Keith Zawadzki, Wen-Jie Qi, Aaron Lucas, Renee Nieh and Jack Lee, "Effect of Barrier layer on the Electrical and Reliability Characteristics of High-k gate dielectric films", IEEE Tech. Dig. Of International Electron Devices Meeting, p. 707, December, 1998.

101. Jeong Hee Han, Venkatasubramani Balu, Jian-Hung Lee, Razak Mohammedali, Sundar Gopalan, Chun-Hui Wong and Jack C. Lee, "Effect of $N_2O$ on RF-magnetron sputtered $SrTiO_3$ films for ULSI DRAM applcation," Presented at the 11th International Symposium on Integrated Ferroelectrics, March 1999.

102. Renee Nieh, Wen-Jie Qi, Yongjoo Jeon, Byoung Hun Lee, Aaron Lucas and Jack C. Lee," Nitrogen implantation to suppress growth of interfacial oxide in MOCVD BST and sputtered BST films",Proceedings of MRS spring meeting,1999.

103. J. Lee, "$ZrO_2$ Thin Films for Gate Dielectric Applications" <u>an Invited Talk</u> to be presented at the Taiwan Future Development Conference, Hsin-Chu, Taiwan, June 24, 1999.

104. J. Lee, "ZrO$_2$ and Zr-Silicate Ultra-thin Gate Dielectrics" <u>an Invited Talk</u> to be presented at the SEMATECH Gate Stacked Workshop, Austin TX, July 22, 1999.

105. J. Lee, "High-K Gate Dielectrics" an <u>Invited Talk</u> to be presented at the SPIE's 1999 Symposium and Education Program on Microelectronic Manufacturing, Santa Clara, CA September 22, 1999.

106. J. Lee, "High-K Films for Gate Dielectric " <u>an Invited Talk</u> to be presented at the First International Workshop on Dielectric Thin Films for Future ULSI Devices: Science and Technology, Tokyo, Japan, October 22-23, 1999.

107. B. Lee, L. Kang, W. Qi, R. Nieh, Y. Jeon, K. Onishi, and J. Lee, "Ultrathin Hafnium oxide with Low Leakage and Excellent Reliability for Alternative Gate Dielectric Application," IEEE Tech. Dig. Of International Electron Devices Meeting, p. 133, December 1999.

108. W. Qi, R. Nieh, B. Lee, L. Kang, Y. Jeon, K. Onishi, T. Ngai, S. Banerjee, and J. Lee, "MOSCAP and MOSFET Characteristics Using ZrO$_2$ Gate Dielectric Deposited Directly on Si", IEEE Tech. Dig. Of International Electron Devices Meeting, p. 145, December 1999.

109. L. Kang, B. Lee, W. Qi, Y. Jeon, R. Nieh, S. Gopalan, K. Onishi, and J. Lee, "Highly Reliable Thin Hafnium Oxide Gate Dielectric," presented at the Materials Research Symposium, Fall 1999.

110. B. Lee, L. Kang, W. Qi, R. Nieh, Y. Jeon, and J. Lee, "Electrical Characteristics of Ultra-thin Hafnium Oxide Gate Dielectric", Proceedings of the 30th IEEE Semiconductor Interface Specialists Conference, December, 1999.

111. W. Qi, R. Nieh, B. Lee, L. Kang, Y. Jeon and J. Lee, "Study on ZrO$_2$ Deposited Directly on Si as an Alternative Gate Dielectric Material", Proceedings of Materials Research Symposium, vol. 606, 2000.

112. W. Qi, K. Zawadzki, R. Nieh, Y. Jeon, B. Lee, A. Lucas, L. Kang, and J. Lee, "A study on Hysteresis Effect of Barrium Strontium Titanate Thin Films for Alternative Gate Dielectric Application," Proceedings of Materials Research Symposium, vol. 606, 2000.

113. W. Qi, R. Nieh, B. Lee, L. Kang, Y. Jeon, K. Onishi, S. Gopalan, and J. Lee, "Temperature Effect on the Reliability of ZrO$_2$ Gate Dielectric Deposited Directly on Silicon," IEEE International Reliability Physics Symposium, p. 72, April 2000.

114. Wen-Jie Qi, Byoung Hun Lee, Renee Nieh, Laegu Kang, Yongjoo Jeon, Katsu Onishi, and Jack C. Lee, "High-k gate dielectrics", Proc. SPIE Vol. 3881, p. 24-32, Microelectronic Device Technology III, 2000.

115. Laegu Kang, Yongjoo Jeon, Katsunori Onishi, Byoung Hun Lee, Wen-Jie Qi, Renee Nieh, Sundar Gopalan, and Jack C. Lee, "Single-layer Thin HfO$_2$ Gate Dielectric with n+-Polysilicon Gate," Symposium on VLSI Technology, pp. 44, 2000.

116. Wen-Jie Qi, Renee Nieh, Byoung Hun Lee, Katsunori Onishi, Laegu Kang, Yongjoo Jeon, Jack C. Lee, Vidya Kaushik, Bich-Yen Neuyen, Lata Prabhu, Kurt Eigenbeiser, and Jeff Finder,"Performance of MOSFETs with ultra thin $ZrO_2$ and Zr silicate gate dielectrics," Symposium on VLSI Technology, pp. 40, 2000.

117. Y. –Y. Fan, S. Mudani, W. Qi, J. C. Lee, A. F. Tasch, L. F. Register, and S. K. Banerjee, "Modeling high k gate current from p-type Si inversion layers", Proceedings of 58th Device Research Conference, p.63, 2000.

118. T. Ngai, W. J. Qi, X. Chen, R. Sharma, J. L. Fretwell, J. C. Lee, S. K. Banerjee, "SiGe and Si PMOSFET's characteristics with $ZrO_2$ gate dielectric", Proceedings of 58th Device Research Conference, p.21, 2000.

119. J.M.Leng, S.Li, J.L.Opsal, B.H.Lee, and J.C.Lee, "Interface between c-Si and the High-k dielectric HfO2: Chararcterization by rotating compensator spectroscopic ellipsometry (RCSE)", Proceedings of the First International Conference on Microelectronics and Interfaces, 2000.

120. Renee Nieh, Wen-Jie Qi, Byoung Hun Lee, Laegu kang, Yongjoo Jeon, Katsunori Onishi, and Jack C. Lee, "Processing effect and electrical characteristics of ZrO2 formed by RTP oxidation of Zr", ECS spring meeting, Ontario, 2000.

121. J. Lee, "$ZrO_2$ and $HfO_2$ Gate Dielectrics," an Invited Talk at PASSS Symposium, Portland OR August 18, 2000.

122. J. Lee, "Ultra-thin High-K Gate Dielectrics," an Invited Talk at IBM Yorktown Research Center Seminar Series, NY September 28, 2000.

123. J. Lee, "Reliability Issues of ZrO2 and HfO2 for Gate Dielectrics Applications," an Invited Talk at the SRC Topic Research Conference, Stanford CA October 30-Nov. 1, 2000.

124. Laegu Kang, Katsunori Onishi, Yongjoo Jeon, Byoung Hun Lee, Changseok Kang, Wen-Jie Qi, Renee Nieh, Sundar Gopalan, Rino Choi, and Jack C. Lee, "MOSFET Devices with Polysilicon on Single-Layer $HfO_2$ High-K Dielectrics," International Electron Devices Meeting, IEDM Technical Digest, p. 35, 2000.

125. Byoung Hun Lee,Rino Choi, Laegu Kang, Sundar Gopalan, Renee Nieh, Katsunori Onishi, Yongjoo Jeon, Wen-Jie Qi, Changseok Kang, and Jack C Lee, "Characteristics of TaN gate MOSFET with ultrathin hafnium oxide (8-12Å)", International Electron Devices Meeting, IEDM Technical Digest, p. 39, 2000.

126. J. Lee, "Scaling of Gate Dielectrics and the Impact of High-K Dielectrics," an Invited Talk at The ULIS'2001 Workshop (2nd European Workshop on Ultimate Integration of Silicon) Grenoble, France January 18-19, 2001.

127. J. Lee, "High-Dielectric Gate Dielectrics" an Invited Talk at the 6th Workshop on Formation, Characterization and Reliability of Ultrathin Silicon Oxide, held at Atagawa, Sizuoka, Japan, p. 55, January 26-27, 2001.

128. J. Lee, "Alternative Gate Dielectrics for Future CMOS Devices" an Invited Talk at the Cypress Semiconductor Workshop, San Jose, CA March 7, 2001.

129. J. Lee, "Future Gate Dielectrics Materials" an Invited Talk in the "Rapid Thermal and Other Short-Time Processing Technologies" Session at the 199th Electrochemical Society (ECS) Meeting, Washington D.C., March 25-30, 2001.

130. J. Lee, "High-K Gate Dielectric Devices" (keynote speaker) 2001 Symposium on Nano Device Technology, Hsinchu, Taiwan, April 23-25, 2001.

131. R. Choi, C. Kang, B. Lee, K. Onishi, R. Nieh, S. Gopalan, E. Dharmarajan, and J. Lee, "High-Quality Ultra-thin $HfO_2$ Gate Dielectric MOSFETs with TaN Electrode and Nitridation Surface Preparation," Tech. Dig. of Symposium on VLSI Technology (Highlight Session), p. 15, June 2001.

132. K. Onishi, L. Kang, R. Choi, E. Dharmarajan, S. Gopalan, Y. Jeon, C. Kang, B. Lee, R. Nieh, and J. Lee, "Dopant Penetration Effects on Polysilicon Gate $HfO_2$ MOSFETs," Tech. Dig. of Symposium on VLSI Technology, p. 131, June 2001.

133. T. Ngai, K. Onishi, R. Choi, C. Kang, J. Fretwell, X. Chen, J. Chen, J. Lee and S. Banerjee, "Electrical Properties of $HfO_2$ Gate Dielectric on SiGe," Electronic Materials Conference, June 2001.

134. J. Lee, "High-K Gate Dielectrics: $ZrO_2$ and $HfO_2$" an Invited Talk presented at the Distinguished Lectures Series of the Electron Devices Society, Kansai Chapter, Kyoto, Japan, June 15, 2001.

135. Easwar Dharmarajan, Wen-Jie Qi, Renee Nieh, Laegu Kang, Katsunori Onishi, and Jack C. Lee, "Ultra-Thin Zirconium Silicate Films With Good Physical and Electrical Properties for Gate Dielectric Applications," MRS fall meeting 2000.

136. Renee Nieh, Katsunori Onishi, Rino Choi, Hag-Ju Cho, Chang Seok Kang, Sundar Gopalan, Siddarth Krishna, and Jack C. Lee, "Performance Effects of Two Nitrogen Incorporation Techniques on $TaN/HfO_2$ and poly/$HfO_2$ MOSCAP and MOSFET Devices" 1st International Workshop on Gate Insulator (IWGI) Tokyo, p. 70, Japan, November 1-2, 2001.

137. S. Gopalan, E. Dharmarajan, K. Onishi, R. Nieh, C. S. Kang, R. Choi, H-J. Cho and J. C. Lee, "Ultra-thin Hafnium Silicate films with TaN and Polysilicon gates for gate dielectric application", IEEE Semiconductor Interface Specialist Conference (SISC) Proceedings, p. 11, November 2001.

138. H. Cho, C. Kang, K. Onishi, S. Gopalan, R. Nieh, E. Dharmarajan, and J. Lee, "Novel Nitrogen Profile Engineering for Improved TaN/ $HfO_2$/Si MOSFET Performance" International Electron Devices Meeting (IEDM Technical Digest), p. 655, 2001.

139. K. Onishi, C. Kang, R. Choi, H. Cho, S. Gopalan, R. Nieh, E. Dharmarajan, and J. Lee, "Reliability Characteristics, including NBTI, of Polysilicon Gate MOSFET's," International Electron Devices Meeting (IEDM Technical Digest), p. 659, 2001.

140. J. Lee, "High-K Gate Dielectrics ($HfO_2$ and $ZrO_2$), Semicon Korea Technical Program Digest, p. 155, February 2002.

141. C.M. Osburn, S.K. Han, I. Kim, S. Campbell, E. Garfunkel, T. Gustafson, J. Hauser, T.-J. King, A. Kingon, D.-L. Kwong, S.J. Lee, C.H. Lee, J. Lee, C.S. Kang, K. Onishi, R. Choi, G. Lucovsky, J.G. Hong, T.P. Ma, W. Zhu, Z. Luo, J.P. Maria, D. Wicaksana, V. Misra, J.J. Lee, Y.S. Suh, G. Parsons, D. Niu, and S. Stemmer, "Integration Issues with High k Gate Stacks" an invited to VLSI Symposium of The Electrochemical Society Meeting, Spring 2002.

142. C. Kang, H. Cho, K. Onishi, R. Choi, R. Nieh, S. Gopalan, S. Krishnan, and J. Lee, "Improved Thermal Stability and Device Perfromance of Ultra-thin (EOT < 10 Å) Gate Dielectric MOSFET's by Using Hafnium Oxynitride ($HfO_xN_y$)," 2002 Symposium on VLSI Technology, p. 146, June 2002.

142. R. Nieh, S. Krishnan, H. Cho, C. Kang, S. Gopalan, K. Onishi, R. Choi, and J. Lee, "Comparison between ultra-thin $ZrO_2$ and $ZrO_xN_y$ gate dielectrics in TaN or poly-gated NMOSCAP and NMOSFET devices," 2002 Symposium on VLSI Technology, p. 186, June 2002.

143. K. Onishi, C. Kang, R. Choi, H. Cho, S. Gopalan, R. Nieh, S. Krishnan, and J. Lee, "Effects of High-Temperature Forming Gas Anneal on $HfO_2$ MOSFET Performance," The 2002 Symposium on VLSI Technology, p. 22, June 2002.

144. Q. Lu, H. Takeuchi, X. Meng, T. King, C. Hu, K. Onihi, H. Cho, and J. Lee, "Improved Performance of Ultra-thin $HfO_2$ CMOSFETs Using Poly-SiGe Gate," 2002 Symposium on VLSI Technology, p. 86, June 2002.

145. K. Onishi, C. Kang, R. Choi, H. Cho, S. Gopalan, R. Nieh, S. Krishnan and J. Lee, "Charging Effects on Reliability of $HfO_2$ Devices with Polysilicon Gate Electrode," Proceeding of International Reliability Physics Symposium, pp. 419-420, 2002.

146. Q. Lu, H. Takeuchi, R. Lin, T. King, C. Hu, K. Onishi, R. Choi, C. Kang and J. Lee, "Hot Carrier Reliability of n-MOSFET with Ultra-thin $HfO_2$ Gate Dielectric and Poly-Si Gate," 2002 International Reliability Physics Symposium Proceedings, p429 (2002).

147. R. Choi, K. Onishi, C. S. Kang, R. Nieh, S. Gopalan, H.-J. Cho, S. Krishnan, and J. C. Lee, "High Quality MOSFETs Fabrication with $HfO_2$ Gate Dielectric and TaN Gate Electrode", 60th Device Research Conference at the University of California, Santa Barbara, June 24-26, 2002, p. 193.

148. S. Gopalan, R. Choi, K. Onishi, R. Nieh, C. Kang, H. Cho, S. Krishnan, and J. Lee, "Impact of $NH_3$ Pre-treatment on the Electrical and Reliability Characteristics of Ultra-thin

Hafnium Silicate Films Prepared by Re-oxidation Method," 60th Device Research Conference at the University of California, Santa Barbara, June 24-26, 2002, p. 195.

149. K. Onishi, R. Choi, C. Kang, H. Cho, Y. Kim, R. Nieh, J. Han, S. Krishnan, A. Shahriar and J. Lee, "Charge Trapping and Interfacial Degradation of Polysilicon Gate $HfO_2$ NMOSFET's," Gate Stack Engineering Working Group Symposium, October 16-18, 2002.

150. J. Lee, "Nitrogen Incorporation and High-Temperature Forming Gas Anneal for High-K Gate Dielectrics," an Invited Paper in 202nd Meeting of the Electrochemical Society, p. 171, October 20-25, 2002.

151. J. Lee, "Effects of Interface States and Charge Trapping on Performance of High-K Dielectric Devices," an Invited Paper in the 33rd IEEE Semiconductor Interface Specialists Conference, December 5-7, 2002.

152. C. Kang, H. Cho, K. Onishi, R. Choi, Y. Kim, R. Nieh, J. Han, S. Krishnan and J. Lee, "Nitrogen Concentration Effects and Performance Improvement of MOSFETs Using Thermally Stable $HfO_xN_y$ Gate Dielectrics," International Electron Devices Meeting (IEDM), p. 865, December 2002.

153. Y. Kim, K. Onishi, C. Kang, R. Choi, H. Cho, R. Nieh, J. Han, S. Krishnan and J. Lee, "Hard and Soft-Breakdown Characteristics of Ultra-Thin $HfO_2$ Under Dynamic and Constant Voltage Stress," International Electron Devices Meeting (IEDM), p. 629, December 2002.

155. R. Choi, K. Onishi, C. Kang, S. Gopalan, R. Nieh, Y. Kim, J. Han, S. Krishnan, H. Cho, A. Shahriar, and J. Lee ""Fabrication of High Quality Ultra-thin $HfO_2$ Gate Dielectric MOSFETs Using Deuterium Anneal," International Electron Devices Meeting (IEDM), p. 613, December 2002.

156. Y. H. Kim, K. Onishi, C. S. Kang, R. Choi, H. -J. Cho, S. Krishnan, M. Akbar, and J. C. Lee, "Dynamic Reliability Characteristics of Ultra-Thin $HfO_2$," Highlight Session of 2003 International Reliability Physics Symposium, p. 46, March 2003.

157. H. Cho, C. Kang, M. Akbar, K. Onishi, Y. Kim, R. Choi, and J. Lee, "Application of Top HfSiON Layer for Improved Poly-Gated $HfO_2$ PMOSFET Performance," the 61st Device Research Conference (section II.B), p. 37, June 23-25, 2003.

158. Y. H. Kim, K. Onishi, C. S. Kang, R. Choi, H. -J. Cho, M. S. Akbar, and J. C. Lee, "Polarity Dependence of the Reliability Characteristics of $HfO_2$ with Poly-Si Gate Electrode", the 61st Device Research Conference proceeding (DRC), p.57, 2003.

159. Y. H. Kim, K. Onishi, C. S. Kang, R. Choi, H. -J. Cho, and J. C. Lee, "The Effects of Forming Gas Anneal Temperature and Dielectrics Leakage Current on TDDB Properties of $HfO_2$ Devices" Electrochemical Society Proceeding (ECS), October 2003.

160. H.-J. Cho, C.Y. Kang, C.S. Kang, Y.H. Kim, R. Choi, A. Shahriar, C.H. Choi, S.J. Rhee and J. C. Lee, "Effects of $NH_3$ Annealing on High-k $HfSiON/HfO_2$ Gate Stack Dielectrics," Electrochemical Society Proceeding (ECS), October 2003.

161. C.S. Kang, H.-J. Cho, Y.H. Kim, R. Choi, A. Shahriar, C.Y. Kang, C.H. Choi, S.J. Rhee and J. C. Lee, "Characterization of resistivity and work function of sputtered-TaN film for gate electrode applications," accepted for publication of Electrochemical Society Proceeding (ECS), October 2003.

162. Jack C. Lee, "Hf-based Dielectrics and Reliability" Invited Paper presented at the SRC Topical Research Conference, October 2003.

163. J. Lee, "Hf-based High-K Dielectrics" Invited Paper presented at the International Workshop on Gate Insulator, Tokyo, Japan, Nov. 2003.

164. Y. H. Kim, R. Choi, R. Jha, J.H. Lee, V. Misra and J. C. Lee, "Interface Tunneling Mechanism of $HfO_2$ /Dual Metal Gate Stack with Varying Interface Layer Thickness and Different Bias Polarities", 34th IEEE Semiconductor Interface Specialists Conference, p. 45, December 2003.

165. J. Lee, "High-K Dielectrics and MOSFET Characteristics", Invited Paper at IEEE International Electron Devices Meeting, Section 4, no. 4, p. 95, December 2003.

166. H. Cho and J. Lee, "The Effects of Nitrogen in $HfO_2$ for Improved MOSFET Performance" presented at the 2003 International Semiconductor Device Research Symposium, Washington D.C. December 2003.

167. C.M. Osburn, S.A. Campbell, E. Eisenbraun, E. Garfunkel, T. Gustafson, A. Kingon, D.-L. Kwong, J. Lee, G. Lucovsky, T.P. Ma, J.P. Maria, V. Misra, G. Parsons, D. Schlom, and S. Stemmer, "Materials and Processes for High k Gate Stack", International Forum on Semiconductor Technology, Paris, February 2004.

168. Y. H. Kim, R. Choi, R. Jha, J.H. Lee, V. Misra and J. C. Lee. "Effects of Gate Electrodes and Barrier Heights on the Breakdown Characteristics and Weibull Slopes of $HfO_2$ MOS Devices" 2004 International Reliability Physics Symposium, p. 595, 2004.

169. C. Y. Kang, H. -J. Cho, C. S. Kang, R. Choi, Y. H. Kim, S. J. Rhee, C. H. Choi, A. Shahriar and J. C. Lee, "Effects of Thin SiN Interface Layer on Transient I-V Characteristics and Stress Induced Degradation of High-k Dielectrics," 2004 International Reliability Physics Symposium, p. 587, 2004.

170. Se Jong Rhee, Young Hee Kim, Chang Yong Kang, Chang Seok Kang, Hag-Ju Cho, Rino Choi, Chang Hwan Choi, Mohammad S. Akbar, and Jack C. Lee, "Dynamic Positive Bias Temperature Instability Characteristics of Ultra-Thin $HfO_2$ NMOSFET," 2004 International Reliability Physics Symposium, p. 269, 2004.

171. C. S. Kang, C. Choi, C. Y. Kang, S. J. Rhee, Y. H. Kim, S. Akbar, J. Lee, "Advantage and Concerns of Si and N Incorporation", Sematech Gate Stack Workshop Digest, Sect. 1, p. 1, March 2004.

172. R. Choi, B. Lee, G. Brown, P. Zeitzoff, J. H. Sim, and J. C. Lee, "Polarity Dependence of Dielectrics Wearout Properties for Hf-based High-K Dielectrics," Sematech Gate Stack Workshop Digest, Sect. 1, p. 4, March 2004.

173. C. Choi, C.S. Kang, C. Y. Kang, R. Choi, Y. Kim, S. J. Rhee, M. Akbar and J. Lee, "The Effects of Nitrogen and Silicon Profile on High-K MOSFET Performance and Bias Temperature Instability," 2004 Symposium on VLSI Technology, p. 214, June 2004.

174. Y. Kim, R. Choi, R. Jha, J. H. Lee, V. Misra and J. Lee, "Effects of Barrier Height and the Nature of Bi-Layer Structure on the Reliability of High-K Dielectrics with Dual Metal Gate (Ru & Ru-Ta alloy) Technology," 2004 Symposium on VLSI Technology, p. 138, June 2004.

175. Rino Choi, B. H. Lee, G. Brown, P. Zeitzoff, J. H. Sim, and J. C.Lee, "Polarity dependence of FN Stress induced degradation on NMOSFETs with Polysilicon Gate and HfSiON Gate Dielectrics," to be presented at the 11th IEEE International Symposium on the Physical and Failure Analysis of Integrated Circuits (IPFA 2004), p. 21, 2004.

176. Rino Choi, Byoung Hun Lee, K. Matthews, J. H. Sim, G. Bersuker, L. Larson and Jack C. Lee, "Relaxation of FN stress induced Vth shift at NMOSFETs with HfSiON Gate Dielectric and TiN Gate Electrode," 62nd annual Device Research Conference (2004 DRC), p. 14, 2004.

177. Se Jong Rhee, Chang Yong Kang, Young Hee Kim, Chang Seok Kang, Hag-Ju Cho, Rino Choi, Chang Hwan Choi, Mohammad S. Akbar, and Jack C. Lee, "Threshold Voltage Instability of Ultra-Thin $HfO_2$ NMOSFETs : Characteristics of Polarity Dependences," 62nd annual Device Research Conference (2004 DRC), p. 101, 2004.

178. Y. H. Kim, R. Choi, R. Jha, J.H. Lee, V. Misra, and J. C. Lee, "Reliability of High-K Dielectrics and Its Dependence on Gate Electrode and Interfacial / High-K Bi-Layer Structure" to be published at the 15th European Symposium on Reliability of Electronic Devices, Failure Physics and Analysis, October 2004.

179. C. Y. Kang, R. Choi, J. H. Sim, C. Young, B. H. Lee, G. Bersuker, and Jack C. Lee, "Charge Trapping Effects in HfSiON Dielectrics on the Ring Oscillator Circuit and the Single Stage Inverter Operation," Technical Digest of International Electron Devices Meeting (IEDM), p. 485, December 2004.

180. Se Jong Rhee, Chang Seok Kang, Chang Hwan Choi, Chang Yong Kang, Siddarth Krishnan, Manhong Zhang, Mohammad S. Akbar and Jack C. Lee, "Improved Electrical and Material Characteristics of Hafnium Titanate Multi-metal Oxide n-MOSFETs with Ultra-Thin-EOT (~8Å) Gate Dielectric Application" Technical Digest of International Electron Devices Meeting (IEDM), p. 837, December 2004.

181. Se Jong Rhee, Chang Seok Kang, Chang Yong Kang, Chang Hwan Choi, Manhong Zhang, Siddarth Krishnan, Mohammad S. Akbar and Jack C. Lee "Charge Compensation Effect in Hafnium Titanate Multi-metal Oxide n-MOSFETs," IEEE Semiconductor Interface Specialists Conference, p. 50-51, 2004.

182. C. Choi, C. Y. Kang, S. Rhee, M. Akbar, S. Krishnan, M. Zhang and J. Lee, "A Suppression of Interfacial Oxide Formation by Oxygen-Scavenging Technique to Reduce EOT to < 0.7nm of "Undoped" $HfO_2$ / Si Gate Stacks" IEEE Semiconductor Interface Specialists Conference, 2004.

183. C. Y. Kang, R. Choi, B. H. Lee, G. Bersuker, and Jack C. Lee, "A Study of Charge Trapping Dynamics in HfSiON Dielectrics Using the Single Stage Inverter Circuit" IEEE Semiconductor Interface Specialists Conference, December 2004.

184. **Invited Paper** -Jack C. Lee , C. Kang, S. Rhee, C. Choi, S. Krishnan, I. Ok, M. Akbar, H. Kim, F. Zhu, M. Zhang, T. Lee, "Hafnium-based High-K Dielectrics" VLSI Technology (VLSI-TSA-Tech), 2005 IEEE VLSI-TSA International Symposium on Page(s):122 – 125, April 2005.

185. **Invited Paper** - Jack C. Lee, S. Rhee, C. Kang, C. Choi, S. Krishnan, I. Ok, M. Akbar, H. Kim, F. Zhu, M. Zhang, T. Lee, "Process Effects and Characterization of Hf-Based Dielectrics," Electrochemical Society 207th meeting, May 2005.

186. M. S. Akbar, Naim Moumen, Joel Barnett, Byoung-Hun Lee, and Jack C. Lee, "Effects of High-k Post Deposition Cleaning in Improving CMOS Bias Instabilities and Mobility. A Potential Issue in Reliability of Dual Metal Gate Technology", IEEE International Reliability Physics Symposium, pp. 640, 2005.

187. C. Y. Kang, S. J. Rhee, C. H. Choi, M. S. Akbar, H. -S. Kim, M. Zhang, T. Lee, I. Ok, F. Zhu, and J. C. Lee, "Effects of Optimized Nitrogen Tailoring in High-k dielectrics on Impurity Penetration and Stress Induced Device Degradation", IEEE International Reliability Physics Symposium, p. 628, 2005.

188. Siddarth Krishnan, Jeff J. Peterson, Chadwin D. Young, George Brown, Rino Choi, Rusty Harris, Jang Hoan Sim, Peter Zeitzoff, Paul Kirsch, Jim Gutt, Hong Jyh Li, Ken Matthews, Jack C. Lee, Byoung Hun Lee, and Gennadi Bersuker "Dominant SILC mechanisms in $HfO_2$/TiN Gate nMOS and pMOS transistors", and, Proceedings of 43rd Annual IEEE International Reliability Physics Symposium, Page(s):642 – 643, 2005.

189. Changhwan Choi, Chang Yong Kang, Se Jong Rhee, Mohammad Shahariar Abkar, Siddarth A. Krishna, Manhong Zhang, Hyungseob Kim, Tackhwi Lee, Feng Zhu, Injo Ok, Sergei Koveshnikov and Jack C. Lee, "Fabrication of TaN-gated Ultra-Thin MOSFETs (EOT <1.0nm) with HfO2 using a Novel Oxygen Scavenging Process for Sub 65nm Application" Symposium on VLSI Technology, Kyoto, Japan, p. 226, 2005.

190. J. Lee, "High-K Dielectrics – processes and reliability," IEEE Solid-State Circuits Society Fort Collins, Aug. 5, 2005.

191. M. S. Akbar**,** Naim Moumen, Jeff Peterson, Joel Barnett, Muhammad Hussain and Jack C Lee, "Effect of Precursor Pulse Time on Charge Trapping and Mobility of ALD $HfO_2$", 207th Electrochemical Society (ECS) Meeting, pp. 161, 2005.

192. Se Jong Rhee, Hyoung-Sub Kim, Chang Yong Kang, Chang Hwan Choi, Manhong Zhang, Feng Zhu, Tackhwi Lee, Injo Ok, Mohammad S. Akbar, Siddarth A. Krishnan, and Jack C. Lee, "Optimization and Reliability Characteristics of $TiO_2/HfO_2$ Multi-metal Dielectric MOSFETs" Symposium on VLSI Technology, Kyoto, Japan, p. 168, 2005.

193. Se Jong Rhee, Hyoung-Sub Kim, Chang Yong Kang, Chang Hwan Choi, M. S. Akbar, Manhong Zhang, Tackwhi Lee, Injo Ok, Feng Zhu, Siddarth A. Krishnan, and Jack C. Lee, "Structural Optimization and Electrical Characteristics of Ultra-thin Gadolinium ($Gd_2O_3$) Incorporated $HfO_2$ n-MOSFETs," 63rd annual Device Research Conference (2005 DRC), p. 219, 2005.

194. Siddarth A. Krishnan, M.A. Quevedo-Lopez, Rino Choi, Paul D.Kirsch, Chadwin Young, Rusty Harris, Jeff J. Peterson, Hong-Jyh Li, Byoung Hun Lee and Jack C. Lee "Charge Trapping Dependence on the Physical Structure of Ultra-thin ALD-HfSiON/TiN Gate Stacks", , International Integrated Reliability Workshop (IIRW) proceedings, p. 89, October 2005.

195. Siddarth A. Krishnan, Manuel Quevedo, Rusty Harris, Paul D. Kirsch, Rino Choi, Byoung Hun Lee, Gennadi Bersuker, Jeff Peterson, Hong-Jyh Li, Chadwin Young and Jack C. Lee, "NBTI Dependence on Dielectric Thickness in Ultra-scaled HfSiO Dielectric/ALD-TiN Gate Stacks", Extended Abstracts of the 2005 International Conference on Solid State Devices and Materials, p. 23, 2005.

196. J. Lee, "Future of High-K Dielectrics" **(Invited Talk)** Electron Device Society Mini-Colloquium at UCF, p. 31, February 23-25, 2006.

197. Chang Yong Kang, Jack Lee, "Carrier Recombination in High-k Dielectrics and its Impact on Transient Charge Effects in High-k Devices", Advanced Gate Stack Engineering Working Group Biannual Meeting, March 2006.

198. Feng Zhu, C.Y Kang, S.J. Rhee, C.H. Choi, S.A. Krishnan, M. Zhang, H.S. Kim, T. Lee, I. Ok, G. Thareja, and J.C. Lee, "Improving carrier mobility and reliability characteristics of high-k NMOSFET by using stacked Y2O3/HfO2 gate dielectric", Proceedings of IEEE International Reliability Physics Symposium, p659, 2006.

199. C. Y. Kang, R. Choi, S. C. Song, C. D. Young, G. Bersuker, B. H. Lee, and J. C. Lee, "Carrier Recombination in High-k Dielectrics and its Impact on Transient Charge Effects in High-k Devices", Proceedings of IEEE International Reliability Physics Symposium, p. 657, 2006.

200. J. Lee, **(Invited Talk)** "High-K Gate Dielectrics," Symposium on VLSI Technology Short Course Series, Honolulu, HI, June 12-15, 2006.

201. InJo Ok, H. Kim, M. Zhang, T. Lee, F. Zhu, G. Thareja, L. Yu, S. Koveshnikov, W. Tsai, V. Tokranov, M. Yakimov, S. Oktyabrsky, and Jack C. Lee "Depletion-Mode MOSFET on n-GaAs substrate with HfO2 and Silicon Interface Passivation", IEEE Device Research Conference, pp. 45-46, 2006.

202. Feng Zhu, S. Koveshnikov, I. Ok, H.S. Kim,V. Tokranov, M. Yakimov, S. Oktyabrsky, W. Tsai and J. C. Lee, "Enhancement and Depletion-mode GaAs N-MOSFETs with stacked HfO2/Y2O3 gate dielectric", Digest of Device Research Conference, p. 83, 2006.

203. Hyoung-Sub Kim, I. Ok, M. Zhang, T. Lee, F. Zhu, G. Thareja, L. Yu, S. Koveshnikov,W. Tsai, V. Tokranov, M. Yakimov, S. Oktyabrsky, and Jack C. Lee, "Germanium passivation for high-k dielectric III-V MOSFETs and temperature dependence of dielectric leakage current", IEEE Device Research Conf. p. 87-88, 2006.

204. Tackhwi Lee; Se Jong Rhee; Chang Yong Kang; Feng Zhu; Manhong Zhang; Hyoung-sub Kim; Changhwan Choi; Injo Ok; Sergei Koveshnikov; Hokyung Park; Lee, J.C., **"**Improved MOSFET characteristics by Incorporating Laminated Dysprosium (Dy2O3) Dielectric into HfO2 Gate Stack**,"** IEEE Device Research Conf., Page(s):69 – 70,June 2006.

205. H. Park, H. C. Wen, M. Chang, M. Jo, R. Choi, B. H. Lee, S.C. Song, C. Y. Kang, T. Lee, G. Brown, J. C. Lee and H. Hwang, "Thermal stability of metal electrodes and its impact on gate dielectric characteristics," Solid State Devices Meeting, 2006.

206. **Keynote Speech –** Jack C. Lee, "MOS and MOSFET Structures on III-V Substrate with Interface Passivation Layer", 3rd Annual International Symposium on Advanced Gate Stack Technology, September 2006.

207. **Invited Paper -** C.M. Osburn, S.A. Campbell, A. Demkov, E. Eisenbraun, E. Garfunkel, T. Gustafsson, A.I. Kingon, J. Lee, D.J. Lichtenwalner, G. Lucovsky, T.P. Ma, J.P. Maria, V. Misra, R.J. Nemanich, G.N. Parsons, D.G. Schlom, S. Stemmer, R.M. Wallace, and J. Whitten, "Materials and Processes for High k Gate Stacks: Results from the FEP Transition Center,", Electrochemical Society Transactions, 3(3), 389, October 2006.

208. Michael M. Oye, Davood Shahrjerdi, Jeffrey B. Hurst, Shannon D. Lewis, Sagnik Dey, David Q. Kelly, Sachin Joshi, Injo Ok, Terry J. Mattord, Jack C. Lee, Archie L. Holmes Jr., and Sanjay K. Banerjee, "Molecular-beam Epitaxy Growth of Ge and GaAs on Silicon substrates for High-k III-V MOSFET applications," accepted to the 24th North American Conference on Molecular Beam Epitaxy, October 2006.

209. G. Thareja, J. Lee, A. V. Y. Thean, V. Vartanian, B. Y. Nguyen, "NBTI Reliability of Strained SOI MOSFETs," accepted by 32nd International Symposium for Testing and Failure Analysis, November 2006.

210. InJo Ok, H. Kim, M. Zhang, T. Lee, F. Zhu, L. Yu, S. Koveshnikov, W. Tsai, V. Tokranov, M. Yakimov, S. Oktyabrsky, and Jack C. Lee "Self-Aligned n- and p-channel GaAs MOSFETs on Undoped and P-type Substrates Using HfO$_2$ and Silicon Interface Passivation Layer", IEEE International Electron Devices Meeting, p. 829, 2006.

211. InJo Ok, H. Kim, M. Zhang, T. Lee, F. Zhu, L. Yu, and Jack C. Lee "Metal Gate HfO2 MOS Structures on GaAs Substrate with SiGe Interface Passivation Layer", IEEE Semiconductor Interface Specialists Conference, 2006.

212. Feng Zhu, S. Koveshnikov, I. Ok, H.S. Kim, M. Zhang, V. Tokranov, M. Yakimov, S. Oktyabrsky, W. Tsai and J. C. Lee, "Investigation of charge trapping properties of high-$\kappa$ on GaAs with silicon interface passivation layer", IEEE Semiconductor Interface Specialists Conference 2006.

213. M. H. Zhang, F. Zhu , I. J.Ok , H. S. Kim, L.Yu, M. Oye, J.Hurst, B. Cobb, S. Lewis, A. Holmes and Jack C. Lee, "Criticality of controlling oxygen incorporation into $HfO_2$/Si/GaAs gate stacks" IEEE Semiconductor Interface Specialists Conference 2006.

214. H.-S. Kim, I. Ok, M. Zhang, F. Zhu, L. Yu, T. Lee, and Jack C. Lee, "The Effects of Germanium Interfacial Passivation Layer Thickness on Electrical Characteristics of $HfO_2$ MOSCAP on GaAs Substrate" IEEE Semiconductor Interface Specialists Conference, p. 28, 2006.

215. H. J. Na, C. Krug, S. Joshi, D. Heh, R. D. Kirsh, R. Choi, B. H. Lee, R. Jammy, S. Banerjee, and J. Lee, "Improved Passivation and Characterization of Ge/HfSiO Interface Enabling Surface Channel Ge pFETs," IEEE Semiconductor Interface Specialists Conference, session 8, no. 3, 2006.

216. **Invited Paper --** Jack C. Lee, "III-V Channel High-K MOSFETs" Technical Digest of SEMI Technology Symposium (STS) Korea, p. 285, January 31, 2007.

217. S. Joshi, C. Krug, D. Heh, H. Na, H. Harris, J. Oh, P. Kirsch, P. Majhi, B. Lee, H. Tseng, R. Jammy, J. Kee and S. Banerjee, "Improved Ge Surface Passivation with Ultrathin SiOx Enabling High Mobility Surface Channel PMOSFETs Featuring a HfSiO/WN Gate Stack," 37th Conference on the Physics and Chemistry of Semiconductor Interfaces, February 2007.

218. S. Koveshnikov, S. Oktyabrsky, V. Tokranov, M. Yakimov, R. Moore, W. Tsai, F. Zhu, J.C. Lee, "Metal-Oxide-Semiconductor Field Effect Transistors with InGaAs and GaAs/InGaAs Channels and High-k Gate Dielectric," Materials Research Society Symposium, San Francisco, April 2007.

219. J. Lee **(Invited talk)** "MOSCAP's and MOSFET's on III-V Channel Materials with Si, Ge and SiGe Interface Passivation Layer", Electrochemical Society Meeting, May 7, 2007.

220. J. Lee (Invited Talk) " III-V Channel Materials with Si, Ge and SiGe Interface Passivation Layer", Ohio State University Distinguished Lecture Series, May 24, 2007.

221. InJo Ok, H. Kim, M. Zhang, F. Zhu, S. Park, J Yum, S. Koveshnikov, W. Tsai, V. Tokranov, M. Yakimov, S. Oktyabrsky, and Jack C. Lee "Metal Gate – $HfO_2$ MOS Structures on InGaAs Substrate with Varying Si Interface Passivation Layers and PDA Conditions", Conference on the Physics and Chemistry of Semiconductor Interfaces, 2007

222. Feng Zhu, Injo Ok, Hyoung-sub Kim, Manhong Zhang, Sung Il Park, Jung Hwan Yum and Jack C. Lee, "Investigation of the passivation mechanism of ultra-thin silicon interface

layer for III-V MOS devices," Conference on the Physics and Chemistry of Semiconductor Interfaces (PCSI) (2007).

223. S. Oktyabrsky, S. Koveshnikov, V. Tokranov, M. Yakimov, R. Kambhampati, H. Bakhru, F. Zhu, J. Lee, and W. Tsai, "InGaAs and GaAs/InGaAs Channel Enhancement Mode n-MOSFETs With HfO2 Gate Oxide and a-Si Interface Passivation Layer," Device Research Conference, June 19, 2007.

224. Hyoung-Sub Kim, Injo Ok, Feng Zhu, M. Zhang, S. Park, J. Yum, H. Zhao, and Jack C. Lee, "n- and p-channel TaN/HfO$_2$ MOSFETs on GaAs substrate using a germanium interfacial passivation layer," *The 65th annual Device Research Conf.*, pp. 99, 2007.

225. Hyoung-Sub Kim, I. Ok, M. Zhang, F. Zhu, S. Park, J. Yum, S. Koveshnikov, W. Tsai, V. Tokranov, M. Yakimov, S. Oktyabrsky, and Jack C. Lee, "HfO$_2$-based Metal-Oxide-Semiconductor Capacitors on n-InGaAs Substrate with a Thin Germanium Passivation Layer," *The International Conference on Compound Semiconductor Manufacturing Technology*, pp. 69, 2007.

226. InJo Ok, H. Kim, M. Zhang, F. Zhu, S. Park, J Yum, S. Koveshnikov, W. Tsai, V. Tokranov, M. Yakimov, S. Oktyabrsky, and Jack C. Lee "Hydrogen Incorporation of Metal Gate HfO$_2$ MOS Structures on In$_{0.2}$Ga$_{0.8}$As Substrate with Si Interface Passivation Layer", International Conference on Compound Semiconductor Manufacturing Technology, 2007.

227. InJo Ok, H. Kim, M. Zhang, F. Zhu, S. Park, J Yum, S. Koveshnikov, W. Tsai, V. Tokranov, M. Yakimov, S. Oktyabrsky, and Jack C. Lee, "Metal Gate HfO2 MOS Structures on InGaAs Substrate with Varying Si Interface Passivation Layer and PDA Condition," J. Vac. Sci. Technol. B 25, Jul/Aug 2007.

228. Injo Ok, Hyung-sub Kim, Manhong Zhang, Feng Zhu, Sung-il Park, Junghwan Yum, Han Zhao and Jack C. Lee, "Post Metal Annealing Optimization of Self-Aligned n- channel GaAs MOSFETs Using HfO2 and Silicon Interface Passivation Layer," the International Symposium on Advanced Gate Stack Technology, September 2007.

229. InJo Ok, H. Kim, M. Zhang, F. Zhu, S. Park, J. Yum, H. Zhao, Domingo Garcia, Prashant Majhi, and Jack C. Lee, "Influence of the substrate orientation on the electrical and material properties of GaAs MOSFETs Using HfO2 and Silicon Interface Passivation Layer," Semiconductor Interface Specialists Conference (SISC), December 2007.

230. Manhong Zhang, I. Ok, H. Kim, F. Zhu, and J. Lee, "Mechanism of Vfb shift in SiO2 and Hf-based gate dielectric stacks by capping Gd2O3," Semiconductor Interface Specialists Conference (SISC), December 2007.

231. Tackhwi Lee, Jack C. Lee and Sanjay K. Banerjee, "Characterization of Dysprosium oxide (Dy$_2$O$_3$) incorporated HfO$_2$ gate oxide devices" Semiconductor Interface Specialists Conference (SISC), December 2007.

232. InJo Ok, H. Kim, M. Zhang, F. Zhu, H. Zhao, S. Park, J. Yum, Domingo Garcia, Prashant Majhi, N. Goel and W. Tsai, C.K. Gaspe, M.B. Santos, and Jack C. Lee, "Self-Aligned n-channel MOSFET on InP and In0.53Ga0.47As Using Physical Vapor Deposition HfO2 and Silicon Interface Passivation Layer." IEEE Device Research Conference, June 2008.

233. Manhong Zhang, Feng Zhu, In-Jo Ok, Hyoung- Kim, Han Zhao, Jack C. Lee "Mechanism of flatband voltage shift capping $Me_2O_3$ (Me=Gd, Y, Dy)", IEEE Device Research Conference June 2008.

234. Feng Zhu, Injo Ok, Hyoung-sub Kim, Manhong Zhang, Sung Il Park, Jung Hwan Yum, Han Zhao and Jack C. Lee, "Can GaAs MOS device match with its silicon counterpart in interface quality by using silicon interface passivation layer and $HfO_2$ gate oxide?", Electronic Materials Conference (EMC) (2008).

235. Feng Zhu, H. Zhao, I. Ok, H.S. Kim, M. Zhang, S. Park, J. Yum, S. Koveshnikov, V. Tokranov, M. Yakimov, S. Oktyabrsky, W. Tsai and Jack C. Lee, "Charge trapping and wearout characteristics of self-aligned enhancement-mode GaAs n-MOSFET with Si interface passivation layer and $HfO_2$ gate oxide", accepted by Compound Semiconductor IC Symposium (CSICS) 2008.

236. Feng Zhu, Han Zhao, H.S. Kim, I. Ok, J. Yum and Jack C. Lee, "The effects of silicon interface passivation layer thickness on device characteristics of InP enhancement-mode nMOSFETs with $HfO_2$ gate oxide", accepted to be published at IEEE SISC 2008.

237. Feng Zhu, Han Zhao, H.S. Kim, I. Ok, J. Yum and Jack C. Lee, "A high performance enhancement-mode $In_{0.53}Ga_{0.47}As$ nMOSFET with directly sputtered $HfO_2$ gate oxide", accepted to be published at IEEE SISC 2008.