William H. Manning (*pro hac vice*)
E-mail: WHManning@rkmc.com
Brad P. Engdahl (*pro hac vice*)
E-mail: BPEngdahl@rkmc.com
Samuel L. Walling (*pro hac vice*)
E-mail: SLWalling@rkmc.com
**Robins, Kaplan, Miller & Ciresi L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181

Robert T. Haslam (Bar No. 71134)
E-mail: Rhaslam@cov.com
**Covington & Burling LLP**
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: 650-632-4700
Facsimile: 650-632-4800

Christine Saunders Haskett (Bar No. 188053)
E-mail: Chaskett@cov.com
**Covington & Burling LLP**
One Front Street
San Francisco, CA 94111
Telephone: 415-591-6000
Facsimile: 415-591-6091

Attorneys for Plaintiffs and
Counterdefendants Advanced Micro
Devices, Inc., et al.

Attorneys for Defendants and Counterclaimants
Samsung Electronics Co., Ltd., et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>    Defendants. | Case No. CV-08-0986-SI<br><br>**STIPULATION AND [PROPOSED] ORDER PERMITTING PROTECTED MATERIAL TO BE FILED UNDER SEAL**<br><br>**[Civil L.R. 7-12]** |

  Advanced Micro Devices, Inc. and ATI Technologies, ULC (collectively, "AMD"), and Samsung Electronics Co., Ltd.; Samsung Semiconductor, Inc.; Samsung Austin Semiconductor, LLC; Samsung Electronics America, Inc.; Samsung Telecommunications America, LLC; Samsung Techwin Co., Ltd.; and Samsung Opto-Electronics America, Inc. (collectively, "Samsung") jointly submit this Stipulation regarding the filing of Protected Material under seal.

1      WHEREAS, The Joint Stipulated Protective Order states that "a Party may not file in the

2 public record in this action any Protected Material or document summarizing, discussing or

3 otherwise referencing Protected Material."  Dkt. No. 60 at 12.

4      WHEREAS, Defendants and Counterclaimants' Opening Claim Construction Brief

5 contains Highly Confidential AMD Protected Material.

6      WHEREAS, the parties acknowledge that AMD does not waive any right to later

7 challenge the inclusion of AMD Protected Material in Defendants and Counterlaimants' Opening

8 Claim Construction Brief.

9      Pursuant to Civil Local Rule 7-12, IT IS HEREBY STIPULATED AND AGREED, by

10 and between AMD and Samsung that, subject to the Court's approval, the unredacted version of

11 Defendants and Counterclaimants' Opening Claim Construction Brief filed on March 16, 2009

12 shall be filed under seal, and the redacted version of this document shall be publicly filed with the

13 Court.

14

15 DATED:  March 16, 2009      **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

16

17      By:___/s/ William Manning_____ _____

18          William H. Manning
         Samuel L. Walling

19
20      **ATTORNEYS FOR ADVANCED MICRO DEVICES, INC. AND ATI TECHNOLOGIES, ULC**

21 DATED:  March 16, 2009      **COVINGTON & BURLING LLP**

22

23      By:__/s/ Christine Saunders Haskett_____

24          Robert T. Haslam
         Christine Saunders Haskett

25

26      **ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG AUSTIN SEMICONDUCTOR, LLC; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG**

27
28

TELECOMMUNICATIONS AMERICA, LLC;
SAMSUNG TECHWIN CO., LTD.; AND
SAMSUNG OPTO-ELECTRONICS AMERICA,
INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

_____, 2009

_____
Honorable Susan Illston
United States District Judge

1

## ECF CERTIFICATION

2     I, Christine Saunders Haskett, am the ECF User whose identification and password are

3 being used to file this Stipulation regarding the the filing of Protected Material under seal  In

4 compliance with General Order 45.X.B, I hereby attest that William H. Manning has concurred

5 in this filing.

6

7 DATED:  March 16, 2009              **COVINGTON & BURLING LLP**

8                                    By /s Christine Saunders Haskett
9                                       CHRISTINE SAUNDERS HASKETT

10                                    Attorneys for Defendants and Counterclaimants
                                      Samsung Electronics Co., Ltd., et al.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28