| | |
|---|---|
| 1 | ROBERT T. HASLAM (Bar No. 71134) |
| | rhaslam@cov.com |
| 2 | MICHAEL K. PLIMACK (Bar No. 133869) |
| | mplimack@cov.com |
| 3 | CHRISTINE SAUNDERS HASKETT (Bar No. 188053) |
| | chaskett@cov.com |
| 4 | SAMUEL F. ERNST (Bar No. 223963) |
| | sernst@cov.com |
| 5 | COVINGTON & BURLING LLP |
| | One Front Street |
| 6 | San Francisco, CA 94111 |
| | Telephone: (415) 591-6000 |
| 7 | Facsimile: (415) 591-6091 |
| 8 | ALAN H. BLANKENHEIMER (Bar No. 218713) |
| | ablankenheimer@cov.com |
| 9 | LAURA E. MUSCHAMP (Bar No. 228717) |
| | lmuschamp@cov.com |
| 10 | JO DALE CAROTHERS (Bar No. 228703) |
| | jcarothers@cov.com |
| 11 | CHRISTOPHER J. LONGMAN (Bar No. 234473) |
| | clongman@cov.com |
| 12 | COVINGTON & BURLING LLP |
| | 9191 Towne Centre Drive, 6th Floor |
| 13 | San Diego, CA 92122-1225 |
| | Telephone: (858) 678-1800 |
| 14 | Facsimile: (858) 678-1600 |

Attorneys for Defendants and Counterclaimants SAMSUNG ELECTRONICS CO., LTD., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, LLC, SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, SAMSUNG TECHWIN CO., LTD., and SAMSUNG OPTO-ELECTRONICS AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., | Case No. 3:08-CV-0986-SI |
| Plaintiffs and Counterdefendants, | **DECLARATION OF SAMUEL F. ERNST IN SUPPORT OF DEFENDANT AND COUNTERCLAIMANT SAMSUNG ELECTRONICS CO., LTD.'S OPENING CLAIM CONSTRUCTION BRIEF** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., et al., | |
| Defendants and Counterclaimants. | |
| | DATE: May 6-7, 2009 |
| | TIME: 3:30 p.m. |
| | COURTROOM: 10, 19th Floor |
| | JUDGE: The Honorable Susan Illston |

DECLARATION OF SAMUEL F. ERNST IN SUPPORT OF
SAMSUNG'S OPENING CLAIM CONSTR. BRIEF
CV-08-0986-SI

| | |
|---|---|
| 1 | I, Samuel F. Ernst declare: |
| 2 | 1. I am an associate with the law firm of Covington Burling LLP, counsel to |
| 3 | Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., Samsung Austin Semiconductor, |
| 4 | LLC, Samsung Electronics America, Inc., Samsung Telecommunications America, LLC, |
| 5 | Samsung Techwin Co., Ltd., and Samsung Opto-Electronics America, Inc. (collectively |
| 6 | "Samsung") in the above-captioned matter. I make this declaration in support of Samsung |
| 7 | Electronic Co. Ltd.'s Opening Claim Construction Brief. I have personal knowledge of the facts |
| 8 | set forth in this declaration, and, if called as a witness, could and would testify thereto. |
| 9 | 2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of the |
| 10 | deposition of Christopher Allen Bode taken on January 16, 2009 in this matter. |
| 11 | 3. Attached hereto as **Exhibit 2** is a true and correct copy of a document produced |
| 12 | by Samsung in this litigation bearing Bates Numbers SAMAMD0318886 - SAMAMD0318922, |
| 13 | and SAMAMD0324669 - SAMAMD0324671. This is Douglas C. Montgomery, *Introduction to* |
| 14 | *Statistical Quality Control* 277-313 (2d ed. 1991). |
| 15 | 4. Attached hereto as **Exhibit 3** is a true and correct copy of a document produced |
| 16 | by Samsung in this litigation bearing Bates Numbers SAMAMD0275075 - SAMAMD0275078. |
| 17 | This is Merriam-Webster's Collegiate Dictionary (10th ed. 1994), definition of the term |
| 18 | "average." |
| 19 | I declare under penalty of perjury under the laws of the United States that the |
| 20 | foregoing is true and correct. Executed at San Francisco, California on March 16, 2009. |

By: /s/ *Samuel F. Ernst*
Samuel F. Ernst

SF: 117167-1