

**EXHIBIT 2**



Douglas C.
Montgomery

SAMAMD0318886

# Introduction to
# Statistical Quality Control

### Second Edition

## Douglas C. Montgomery
*Arizona State University*



## John Wiley & Sons
*New York*   *Chichester*   *Brisbane*   *Toronto*   *Singapore*

SAMAMD0318887

Copyright © 1985, 1991 by John Wiley & Sons, Inc.

All rights reserved. Published simultaneously in Canada.

Reproduction or translation of any part of
this work beyond that permitted by Sections
107 and 108 of the 1976 United States Copyright
Act without the permission of the copyright
owner is unlawful. Requests for permission
or further information should be addressed to
the Permissions Department, John Wiley & Sons.

*Library of Congress Cataloging in Publication Data:*

Montgomery, Douglas C.
    Introduction to statistical quality control / by Douglas C.
Montgomery. — 2nd ed.
        p.        cm.
    Includes bibliographical references.
    ISBN 0-471-51988-X
    1. Quality control—Statistical methods.  2. Process control-
Statistical methods.        I. Title.
TS156.M64   1990
658.5'62—dc20
                                        90-31744
                                        CIP

Printed in the United States of America

10  9  8  7  6  5  4  3  2  1

**6-42** The purity of a chemical product is measured on each batch. Purity determinations for 20 successive batches are shown below. Is the process in statistical control?

| Batch | Purity | Batch | Purity |
|-------|--------|-------|--------|
| 1 | 0.81 | 11 | 0.81 |
| 2 | 0.82 | 12 | 0.83 |
| 3 | 0.81 | 13 | 0.81 |
| 4 | 0.82 | 14 | 0.82 |
| 5 | 0.82 | 15 | 0.81 |
| 6 | 0.83 | 16 | 0.85 |
| 7 | 0.81 | 17 | 0.83 |
| 8 | 0.80 | 18 | 0.87 |
| 9 | 0.81 | 19 | 0.86 |
| 10 | 0.82 | 20 | 0.84 |

**6-43** In the semiconductor industry, the production of microcircuits involves many steps. The wafer fabrication process typically builds these microcircuits on silicon wafers, and there are many microcircuits per wafer. Each production lot consists of between 16 and 48 wafers. Some processing steps treat each wafer separately, so that the batch size for that step is one wafer. It is usually necessary to estimate several components of variation: within-wafer, between-wafer, between-lot; and the total variation.

**a.** Suppose that one wafer is randomly selected from each lot and that a single measurement on a critical dimension of interest is taken. Which components of variation could be estimated with these data? What type of control charts would you recommend?

**b.** Suppose that each wafer is tested at five fixed locations (say, the center and four points at the circumference). The average and range of these within-wafer measurements are $\bar{x}_{ww}$ and $R_{ww}$, respectively. What components of variability are estimated using control charts based on these data?

**c.** Suppose that one measurement point on each wafer is selected and that this measurement is recorded for five consecutive wafers. The average and range of these between-wafer measurements are $\bar{x}_{BW}$ and $R_{BW}$, respectively. What components of variability are estimated using control charts based on these data? Would it be necessary to run separate $\bar{x}$ and $R$ charts for all five locations on the wafer?

**d.** Consider the question in part (c). How would your answer change if the test sites on each wafer were randomly selected and varied from wafer to wafer?

**e.** What type of control charts and rational subgroup scheme would you recommend to control the batch-to-batch variability?

**6-44** Consider the situation described in Exercise 6-43. A critical dimension (measured in $\mu m$) is of interest to the process engineer. Suppose that five fixed positions are used on each wafer (position 1 is the center) and that two consecutive wafers are selected from each batch. The data that result from several batches are shown below.

**a.** What can you say about overall process capability?

**b.** Can you construct control charts that allow within-wafer variability to be evaluated?

**c.** What control charts would you establish to evaluate variability between wafers? Set up these charts and use them to draw conclusions about the process.

**d.** What control charts would you use to evaluate lot-to-lot variability? Set up these charts and use them to draw conclusions about lot-to-lot variability.

SAMAMD0324669

| Lot Number | Wafer Number | Position | | | | |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 1 | 1 | 2.15 | 2.13 | 2.08 | 2.12 | 2.10 |
| | 2 | 2.13 | 2.10 | 2.04 | 2.08 | 2.05 |
| 2 | 1 | 2.02 | 2.01 | 2.06 | 2.05 | 2.08 |
| | 2 | 2.03 | 2.09 | 2.07 | 2.06 | 2.04 |
| 3 | 1 | 2.13 | 2.12 | 2.10 | 2.11 | 2.08 |
| | 2 | 2.03 | 2.08 | 2.03 | 2.09 | 2.07 |
| 4 | 1 | 2.04 | 2.01 | 2.10 | 2.11 | 2.09 |
| | 2 | 2.07 | 2.14 | 2.12 | 2.08 | 2.09 |
| 5 | 1 | 2.16 | 2.17 | 2.13 | 2.18 | 2.10 |
| | 2 | 2.17 | 2.13 | 2.10 | 2.09 | 2.13 |
| 6 | 1 | 2.04 | 2.06 | 2.00 | 2.10 | 2.08 |
| | 2 | 2.03 | 2.10 | 2.05 | 2.07 | 2.04 |
| 7 | 1 | 2.04 | 2.02 | 2.01 | 2.00 | 2.05 |
| | 2 | 2.06 | 2.04 | 2.03 | 2.08 | 2.10 |
| 8 | 1 | 2.13 | 2.10 | 2.10 | 2.15 | 2.13 |
| | 2 | 2.10 | 2.09 | 2.13 | 2.14 | 2.11 |
| 9 | 1 | 2.00 | 2.03 | 2.08 | 2.07 | 2.08 |
| | 2 | 2.01 | 2.03 | 2.06 | 2.05 | 2.04 |
| 10 | 1 | 2.04 | 2.08 | 2.09 | 2.10 | 2.01 |
| | 2 | 2.06 | 2.04 | 2.07 | 2.04 | 2.01 |
| 11 | 1 | 2.15 | 2.13 | 2.14 | 2.09 | 2.08 |
| | 2 | 2.11 | 2.13 | 2.10 | 2.14 | 2.10 |
| 12 | 1 | 2.03 | 2.06 | 2.05 | 2.01 | 2.00 |
| | 2 | 2.04 | 2.08 | 2.03 | 2.10 | 2.07 |
| 13 | 1 | 2.05 | 2.03 | 2.05 | 2.09 | 2.08 |
| | 2 | 2.08 | 2.01 | 2.03 | 2.04 | 2.10 |
| 14 | 1 | 2.08 | 2.04 | 2.05 | 2.01 | 2.08 |
| | 2 | 2.09 | 2.11 | 2.06 | 2.04 | 2.05 |
| 15 | 1 | 2.14 | 2.13 | 2.10 | 2.10 | 2.08 |
| | 2 | 2.13 | 2.10 | 2.09 | 2.13 | 2.15 |
| 16 | 1 | 2.06 | 2.08 | 2.05 | 2.03 | 2.09 |
| | 2 | 2.03 | 2.01 | 2.00 | 2.06 | 2.05 |
| 17 | 1 | 2.05 | 2.03 | 2.08 | 2.01 | 2.04 |
| | 2 | 2.06 | 2.05 | 2.03 | 2.05 | 2.00 |
| 18 | 1 | 2.03 | 2.08 | 2.04 | 2.00 | 2.03 |
| | 2 | 2.04 | 2.03 | 2.05 | 2.01 | 2.04 |
| 19 | 1 | 2.16 | 2.13 | 2.10 | 2.13 | 2.12 |
| | 2 | 2.13 | 2.15 | 2.18 | 2.19 | 2.13 |
| 20 | 1 | 2.06 | 2.03 | 2.04 | 2.09 | 2.10 |
| | 2 | 2.01 | 2.00 | 2.05 | 2.08 | 2.06 |

SAMAMD0324670

# Chapter 7

# Cumulative-Sum and Exponentially Weighted Moving-Average Control Charts

Chapters 4, 5, and 6 have concentrated on the basic methods of SPC. The control charts discussed in these chapters are usually called Shewhart control charts, as they are based on the principles of control charts developed by Dr. Walter A. Shewhart. A major disadvantage of any Shewhart control chart is that it only uses the information about the process contained in the last plotted point, and it ignores any information given by the entire sequence of points. This feature makes the Shewhart control chart relatively insensitive to small shifts in the process, say on the order of about $1.5\sigma$, or less. Of course, other criteria can be applied to Shewhart charts, such as tests for runs and the use of warning limits, which attempt to incorporate information from the entire set of points into the decision procedure. However, the use of these supplemental sensitizing rules reduces the simplicity and ease of interpretation of the Shewhart control chart.

Two very effective alternatives to the Shewhart control chart may be used when small shifts are of interest: the cumulative-sum (or cusum) control chart, and the exponentially weighted moving-average (EWMA) control chart. These control charts will be presented in this chapter.

SAMAMD0318889

# 7-1 THE CUMULATIVE-SUM CONTROL CHART

### 7-1.1 Basic Principles: The Cusum Control Chart for Sample Averages

Consider the data in Table 7-1, column (a). The first 20 of these observations were drawn at random from a normal distribution with mean $\mu = 10$ and standard deviation $\sigma = 1$. These observations have been plotted on a Shewhart control chart in Figure 7-1. The center line and 3-sigma control limits on this chart are at

$$UCL = 13$$
$$CL = 10$$
$$LCL = 7$$

Notice that all 20 observations plot in control.

The last 10 observations in column (a) of Table 7-1 were drawn from a normal distribution with mean $\mu = 10.5$ and standard deviation $\sigma = 1$. Consequently, we can think of these last 10 observations as having been drawn from the process when it is out of control, that is, after the process has experienced a shift in the mean of $0.5\sigma$. These last 10 observations are also plotted on the control chart in Figure 7-1. None of these points plots outside the control limits, so we have no strong evidence that the process is out of control. Notice that there is a slight indication of a shift in process level for the last 10 points, as all but two of the points plot above the center line. However, if we rely on the traditional signal of an out-of-control process, one or more points beyond a 3-sigma control limit, then the Shewhart control chart has failed to detect the shift.

The reason for this failure, of course, is the relatively small magnitude of the shift. The Shewhart $\bar{x}$ chart for averages is very effective if the magnitude of the shift is $1.5\sigma$ to $2\sigma$ or larger. For smaller shifts, it may not be very effective. The cumulative-sum (or cusum) control chart is a good alternative when small shifts are important.

The cusum chart directly incorporates all the information in the sequence of sample values by plotting the cumulative sums of the deviations of the sample values from a target value. For example, suppose that samples of size $n \geq 1$ are collected, and $\bar{x}_i$ is the average of the $i$th sample. Then if $\mu_0$ is the target for the process mean, the cumulative-sum control chart is formed by plotting the quantity

$$S_i = \sum_{j=1}^{i} (\bar{x}_j - \mu_0) \tag{7-1}$$

against the sample number $i$. $S_i$ is called the cumulative sum up to and including the $i$th sample. Because they combine information from *several* samples, cumulative-sum charts are more effective than Shewhart charts for detecting small process shifts. Furthermore, they are particularly effective with samples of $n = 1$. This makes the cumulative-sum control chart a good candidate for use in the chemical and process industries where rational subgroups are frequently of size one, and in discrete parts manufacturing with automatic measurement of each part and on-line control using a microcomputer directly at the work center.

Cumulative-sum control charts were first proposed by Page (1954) and have been studied by many authors; in particular, see Ewan (1963), Page (1961), Johnson (1961), Johnson and Leone (1962a, 1962b, 1962c), and Lucas (1976). In this section, we concentrate on the cumulative-sum chart for the process mean. It is possible

SAMAMD0318890

**Table 7-1**
Data for the cusum example

| Sample, $i$ | (a) $x_i$ | (b) $x_i - 10$ | (c) $S_i = (x_i - 10) + S_{i-1}$ |
|---|---|---|---|
| 1 | 9.45 | −0.55 | −0.55 |
| 2 | 7.99 | −2.01 | −2.56 |
| 3 | 9.29 | −0.71 | −3.27 |
| 4 | 11.66 | 1.66 | −1.61 |
| 5 | 12.16 | 2.16 | 0.55 |
| 6 | 10.18 | 0.18 | 0.73 |
| 7 | 8.04 | −1.96 | −1.23 |
| 8 | 11.46 | 1.46 | 0.23 |
| 9 | 9.20 | −0.80 | −0.57 |
| 10 | 10.34 | 0.34 | −0.23 |
| 11 | 9.03 | −0.97 | −1.20 |
| 12 | 11.47 | 1.47 | 0.27 |
| 13 | 10.51 | 0.51 | 0.78 |
| 14 | 9.40 | −0.60 | 0.18 |
| 15 | 10.08 | 0.08 | 0.26 |
| 16 | 9.37 | −0.63 | −0.37 |
| 17 | 10.62 | 0.62 | 0.25 |
| 18 | 10.31 | 0.31 | 0.56 |
| 19 | 8.52 | −1.48 | −0.92 |
| 20 | 10.84 | 0.84 | −0.08 |
| 21 | 10.40 | 0.40 | 0.32 |
| 22 | 8.83 | 1.17 | −0.85 |
| 23 | 11.79 | 1.79 | 0.94 |
| 24 | 11.00 | 1.00 | 1.94 |
| 25 | 10.10 | 0.10 | 2.04 |
| 26 | 10.58 | 0.58 | 2.62 |
| 27 | 9.88 | −0.12 | 2.50 |
| 28 | 11.12 | 1.12 | 3.62 |
| 29 | 10.81 | 0.81 | 4.43 |
| 30 | 10.02 | 0.02 | 4.45 |



**Figure 7-1**
A Shewhart control chart for the data in Table 7-1.

to devise cumulative-sum procedures for other variables, such as Poisson and binomial variables for modeling nonconformities and process fallout, or sample standard deviations and ranges. See Johnson and Leone (1962a, 1962b, 1962c) and Page (1963).

We note that if the process remains in control at the target value $\mu_0$, the cumulative sum defined in Equation (7-1) should fluctuate stochastically around zero. (In fact, the cusum is a random walk with mean zero.) However, if the mean shifts upward to some value $\mu_1 > \mu_0$, say, then an upward or positive drift will develop in the cumulative sum $S_i$. Conversely, if the mean shifts downward to some $\mu_1 < \mu_0$, then a downward or negative drift in $S_i$ will develop. Therefore, if a trend develops in the plotted points either upward or downward, we should consider this as evidence that the process mean has shifted, and a search for some assignable cause should be performed.

This theory can be easily demonstrated by using the data in column (a) of Table 7-1 again. To apply the cusum in Equation (7-1) to these observations, we would take $\bar{x}_i = x_i$ (since our sample size is $n = 1$) and let the target value $\mu_0 = 10$. Therefore, the cusum becomes

$$S_i = \sum_{j=1}^{i} (x_j - 10)$$

$$= (x_i - 10) + \sum_{j=1}^{i-1} (x_j - 10)$$

$$= (x_i - 10) + S_{i-1}$$

Column (b) of Table 7-1 contains the differences $x_i - 10$, and the cumulative sums are computed in column (c). The starting value for the cusum, $S_0$, is taken to be zero. Figure 7-2 plots the cusum from column (c) of Table 7-1. Notice that for the first 20 observations where $\mu = 10$, the cusum tends to vary randomly around zero. However, in the last 10 observations, where the mean has shifted to $\mu = 10.5$, an upward trend develops.



**Figure 7-2**
Plot of the cumulative sum from column (c) of Table 7-1.

It would be helpful to have a formal procedure for determining whether the process is out of control. One way to do so is by using the V-mask procedure proposed by Barnhard (1959). A typical V mask is shown in Figure 7-3a. The decision procedure consists of placing the V mask on the cumulative-sum control chart with the point $O$ on the last value of $S_i$ and the line $OP$ parallel to the horizontal axis. If all the previous cumulative sums, $S_1, S_2, \ldots, S_i$ lie within the two arms of the V mask, the process is in control. However, if any $S_j$ lies outside the arms of the mask, the process is considered to be out of control. In actual use, the V mask would be applied to each new point on the cusum chart as soon as it was plotted. In the example shown in Figure 7-3b, an upward shift in the mean



(a)



(b)

**Figure 7-3**
The cumulative-sum control chart. (a) The V mask and scaling. (b) The cumulative-sum control chart in operation.

SAMAMD0318893

is indicated, since the point corresponding to sample 22 now lies below the lower arm of the mask, when the V mask is centered on the thirtieth observation. If the point lies above the upper arm, a downward shift in the mean is indicated. Thus, the V mask forms a visual frame of reference similar to the control limits on an ordinary Shewhart control chart.

Once an out-of-control point has been detected, we can directly estimate the new process level from the cusum. On a cusum chart, the mean process level is determined by the slope of the plotted points. If the process is operating with the mean equal to the target value $\mu_0$, the slope is zero. For a sustained pattern with constant slope running from observation $j$ to observation $i$, the estimate of the mean over this segment is

$$\hat{\mu} = \mu_0 + \frac{S_i - S_j}{i - j} \tag{7-2}$$

We can apply this to the cusum chart in Figure 7-3b. Since sample number 22 was out of control, we will compute the new estimate of the mean over the interval from $j = 21$ to $i = 30$. (Notice that we will make $j$ equal to the period just before the shift was detected.) Since $S_{21} = 0.32$ and $S_{30} = 4.45$ (refer to Table 7-1), Equation (7-2) becomes

$$\hat{\mu} = \mu_0 + \frac{S_i - S_j}{i - j}$$
$$= 10 + \frac{4.45 - 0.32}{30 - 21}$$
$$= 10.46$$

Recall that the true mean over the interval from the twenty-first to the thirtieth observation was 10.5.

The performance of the cumulative-sum control chart is determined by the parameters of the V mask. One may use the *lead distance* $d$ and the angle $\theta$ to define the V mask. If $\sigma_{\bar{x}}$ is the standard deviation of $\bar{x}$, $\alpha$ is the advertized probability of incorrectly concluding that a shift has occurred (a false alarm), $\beta$ is the advertized probability of failing to detect a shift in the mean, and $\Delta$ is the shift in the process mean that it is desired to detect, then a widely used design procedure for the cumulative-sum control chart is to choose

$$d = \left(\frac{2}{\delta^2}\right) \ln\left(\frac{1 - \beta}{\alpha}\right) \tag{7-3}$$

and

$$\theta = \tan^{-1}\left(\frac{\Delta}{2\Delta}\right) \tag{7-4}$$

where

$$\delta = \frac{\Delta}{\sigma_{\bar{x}}} \tag{7-5}$$

SAMAMD0318894

is the magnitude of the shift that we wish to detect in standard deviation of $\bar{x}$ units and $A$ is a scale factor relating the vertical scale unit to the horizontal scale unit. It is usually recommended that $A$ lie between $\sigma_{\bar{x}}$ and $2\sigma_{\bar{x}}$, with $A = 2\sigma_{\bar{x}}$ being the preferred value. If $\beta$ is small, then (7-3) simplifies to

$$d = -2\frac{\ln \alpha}{\delta^2} \qquad (7-6)$$

Note that if the sample consists of a single observation ($n = 1$), then use the process $\sigma$ instead of $\sigma_{\bar{x}}$ in the calculations in Equations (7-3) through (7-6).

In constructing a V mask, it is helpful to define the following additional quantities:

> $H$ = The decision interval of the procedure, or the half-height of the V mask at point $O$. This is the distance $OU$ (or $OL$) in Figure 7-3a.
>
> $h$ = The decision interval in multiples of the standard deviation of the sample statistic; i.e., $H = h\sigma_{\bar{x}}$.
>
> $K$ = The slope of the arms of the V mask. It is also called the reference value in tabular cusum schemes; see Sections 7-1.3 and 7-1.4.
>
> $k$ = The slope of the arms of the V mask in multiples of the standard deviation of the sample statistic; i.e., $K = k\sigma_{\bar{x}}$.

It can be readily shown that

$$\tan(\theta) = \frac{\Delta}{2A} = \frac{\delta\sigma_{\bar{x}}}{2(2\sigma_{\bar{x}})} = \frac{\delta}{2(2)}, \qquad (7-7)$$

and since $K = k\sigma_{\bar{x}}$ is the slope of the V-mask arms per sample interval, and one sample interval equals $A = 2\sigma_{\bar{x}}$ units on the cusum scale,

$$\tan(\theta) = \frac{K}{A} = \frac{k\sigma_{\bar{x}}}{2\sigma_{\bar{x}}} = \frac{k}{2}. \qquad (7-8)$$

From (7-7) and (7-8) we obtain

$$k = \frac{\delta}{2} \qquad (7-9a)$$

or

$$K = \frac{\Delta}{2} = \frac{\delta\sigma_{\bar{x}}}{2} \qquad (7-9b)$$

Also,

$$\tan(\theta) = \frac{H}{Ad} = \frac{h\sigma_{\bar{x}}}{(2\sigma_{\bar{x}})d} = \frac{h}{2d} \qquad (7-10)$$

SAMAMD0318895

so that

$$h = 2d \tan(\theta)$$

(7-11)

or

$$H = 2d\sigma_{\bar{x}} \tan(\theta).$$

(7-11b)

## Example 7-1

### Designing a V Mask—I

To illustrate how the above relationships are actually used to design a V mask, consider the data in Table 7-1. We know that $\sigma = 1$ (usually in practice $\sigma$ is unknown and must be estimated either from an $R$ chart or from a previous capability study), $n = 1$ so that in each period we will observe an individual measurement $x_i$, and we wish to design a V mask that would be effective in detecting a shift of $1.5\sigma$. We choose $\alpha = 0.005$, and from (7-5) we find that

$$\delta = \frac{\Delta}{\sigma_{\bar{x}}} = \frac{\Delta}{\sigma} = \frac{1.5\sigma}{\sigma} = 1.5$$

The lead distance $d$ is found from (7-6):

$$d = -2 \frac{\ln \alpha}{\delta^2} = -2 \frac{\ln(0.005)}{(1.5)^2} = 4.71$$

The angle $\theta$ is found from (7-4) using $A = 2\sigma_{\bar{x}} = 2\sigma = 2(1) = 2$ and $\Delta = 1.5\sigma = 1.5(1) = 1.5$

$$\theta = \tan^{-1}\left(\frac{\Delta}{2A}\right) = \tan^{-1}\left[\frac{1.5}{2(2)}\right] = 20.55$$

We will round these values to $d = 5$ and $\theta = 21°$. To construct the V mask, it is easier to parameterize the mask in terms of $H$ and $K$. To find $H$, use Equation (7-11b):

$$H = 2d\sigma_{\bar{x}} \tan(\theta)$$
$$= 2(5)(1) \tan(21°)$$
$$= 3.8$$

and to find $K$ use Equation (7-9b):

$$K = \frac{\Delta}{2} = \frac{1.5}{2} = 0.75$$

The V mask is shown in Figure 7-4. We drew this mask by first scaling the cusum axis using $A = 2\sigma_{\bar{x}} = 2(1) = 2$ (so that one unit on the sample number scale

SAMAMD0318896



**Figure 7-4**
Design of the V mask in Example 7-1.

corresponds to 2 units on the cusum scale). Then we drew the line $OU$ (the length of this line is $H = 3.8$) and located the point $U^*$ by moving a distance 5 units on the sample number scale and plotting $U^*$ on the cusum scale at $H + 5K$. The line connecting $U$ and $U^*$ is the upper arm of the V mask. The lower arm can be drawn similarly.

Because the advertized $\alpha$ and $\beta$ risks for the cusum in the above design procedure do not closely match the actual risks, most authors have adopted average run length or ARL as a method of summarizing cusum performance. Recall that the ARL is the average number of sample points that must be plotted before a point indicates an out-of-control condition. For any Shewhart control chart, the ARL is

$$\text{ARL} = \frac{1}{p} \qquad (7\text{-}12)$$

where $p$ is the probability that a single point exceeds the control limits. Thus, for the $\bar{x}$ chart with the usual 3-sigma limits, $p = 0.0027$ is the probability that a single point falls outside the control limits when the process is in control, so the ARL of the $\bar{x}$ chart is

$$\text{ARL} = \frac{1}{p} = \frac{1}{0.0027} = 370$$

when the process is in control. That is, even if the process remains in control, an out-of-control signal will be generated every 370 samples, on the average. For the cumulative-sum control chart parameters in Example 7-1 obtained from

SAMAMD0318897

Equations (7-4) and (7-6), the ARL when the process is in control is approximately 500. In the next section we discuss how to design a cumulative-sum control chart to obtain a particular ARL curve.

Cumulative-sum control charts have several advantages relative to Shewhart control charts. First, they are more effective in detecting relatively small shifts in the process mean, say on the order of $0.5\sigma_{\bar{x}}$ to about $2\sigma_{\bar{x}}$. Over this region the cumulative-sum control chart will detect shifts approximately twice as quickly (or with a smaller sample size) as the corresponding Shewhart chart. Second, the process shift is often easy to detect visually by the change in slope of the plotted points. Finally, it is often relatively easy to detect the point at which the shift occurs simply by visual examination of the plotted data, noting where the change in slope occured.

Two disadvantages of the cumulative-sum control chart should be noted. First, and perhaps most important, the cumulative-sum control chart can be very slow to detect large process shifts. Lucas (1973) has proposed a modification of the V mask to improve cumulative-sum control chart performance relative to large shifts. His procedure is briefly discussed in Section 7-1.5, along with other suggestions to improve cusum performance. Second, the cumulative-sum control chart is not a very effective procedure for analyzing past data to detect control in a process or to bring a process into control. Diagnosis of patterns on the cumulative-sum control chart is very difficult because the usual assumption in pattern recognition is that the sequence of points is uncorrelated. The cumulative sums are not uncorrelated because successive values of $S_{i-1}$ and $S_i$ differ by only one observation. Consequently, the cumulative-sum control chart will often exhibit runs or other patterns that are an artifact of this correlation.

## 7-1.2 Designing a Cumulative-Sum Control Chart to obtain a Particular ARL

The standard design given in Equations (7-3) and (7-4) for the parameters of the V mask may be thought of as analogous to the use of 3-sigma control limits on Shewhart control charts; that is, they will work satisfactorily in many situations. However, in some cases, the analyst may wish to design a cumulative-sum control chart that has certain properties. The usual basis for the design of a cumulative-sum control chart is the ARL. In general, we would like the ARL of the chart to be long when the process is in control and very short when the process is out of control. Let $L(\delta)$ be the ARL of the control chart when the process mean differs from the in-control or target value $\mu_0$ by $\delta\sigma_{\bar{x}}$. We call $L(\delta)$ the ARL curve of the cumulative-sum control chart.

Goel and Wu (1971) have published a nomogram that is useful in the design of cumulative-sum control charts. Duncan (1974) shows how to use this nomogram to design a cumulative-sum control chart with an ARL curve that passes through two specified points, one at $[L(0), 0]$, and the other at $[L(\delta), \delta]$. Note that this is analogous to finding an acceptance-sampling plan or a Shewhart control chart whose OC curve passes through two specified points.

Bowker and Lieberman (1972) provide a table for choosing $d$ and $\theta$ to minimize $L(\delta)$ when the analyst is able to specify $L(0)$ and $\delta$. This is reproduced as Table 7-2. This table gives the values of $(A/\sigma_{\bar{x}})\tan\theta$, $d$ and the minimum value of $L(\delta)$ for various values of $\delta$ and $L(0)$.

SAMAMD0318898

**Table 7-2**
Cumulative-sum control chart parameters

| | | $L(0)$ = Average run length when process is in control. | | | | | |
|---|---|---|---|---|---|---|---|
| | | 50 | 100 | 200 | 300 | 400 | 500 |
| 0.25 | $(A/\sigma_{\bar{x}}) \tan \theta$ | 0.125 | | | 0.195 | | 0.248 |
| | $d$ | 47.6 | | | 46.2 | | 37.4 |
| | $L(0.25)$ | 28.3 | | | 74.0 | | 94.0 |
| 0.50 | $(A/\sigma_{\bar{x}}) \tan \theta$ | 0.25 | 0.28 | 0.29 | 0.28 | 0.28 | 0.27 |
| | $d$ | 17.5 | 18.2 | 21.4 | 24.7 | 27.3 | 29.6 |
| | $L(0.5)$ | 15.8 | 19.0 | 24.0 | 26.7 | 29.0 | 30.0 |
| 0.75 | $(A/\sigma_{\bar{x}}) \tan \theta$ | 0.375 | 0.375 | 0.375 | 0.375 | 0.375 | 0.375 |
| | $d$ | 9.2 | 11.3 | 13.8 | 15.0 | 16.2 | 16.8 |
| | $L(0.75)$ | 8.9 | 11.0 | 13.4 | 14.5 | 15.7 | 16.5 |
| 1.0 | $(A/\sigma_{\bar{x}}) \tan \theta$ | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 |
| | $d$ | 5.7 | 6.9 | 8.2 | 9.0 | 9.6 | 10.0 |
| | $L(1.0)$ | 6.1 | 7.4 | 8.7 | 9.4 | 10.0 | 10.5 |
| 1.5 | $(A/\sigma_{\bar{x}}) \tan \theta$ | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 |
| | $d$ | 2.7 | 3.3 | 3.9 | 4.3 | 4.5 | 4.7 |
| | $L(1.5)$ | 3.4 | 4.0 | 4.6 | 5.0 | 5.2 | 5.4 |
| 2.0 | $(A/\sigma_{\bar{x}}) \tan \theta$ | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| | $d$ | 1.5 | 1.9 | 2.2 | 2.4 | 2.5 | 2.7 |
| | $L(2.0)$ | 2.26 | 2.63 | 2.96 | 3.15 | 3.3 | 3.4 |

$\delta$ = Deviation from Target Value (in standard deviations)

*Source:* Adapted from A. H. Bowker and G. J. Lieberman, *Engineering Statistics*, 2nd ed., Prentice-Hall, Englewood Cliffs, N.J., 1972, with permission of the publisher.

## Example 7-2

### Designing a V mask—II

To illustrate the use of Table 7-2, suppose we wish to detect a shift of $\pm 1.5\sigma_{\bar{x}}$ from the target value of $\mu_0$, and we want the in-control ARL $L(0) = 500$. From Table 7-2, we find that $d = 4.7$ and $(A/\sigma_{\bar{x}}) \tan \theta = 0.75$. If $A = 2\sigma_{\bar{x}}$, which is the usual choice, then

$$(A/\sigma_{\bar{x}}) \tan \theta = 0.75$$
$$2 \tan(\theta) = 0.75$$

SAMAMD0318899

or

$$\theta = 20.55$$

Notice that this is identical to the cusum design from Example 7-1. The out-of-control ARL is found from Table 7-2 as $L(1.5) = 5.4$ periods.

## Example 7-3

### Designing a V mask—III

To illustrate the design of a cusum procedure for detecting a smaller shift, suppose that we want to detect a shift of $\pm 1.0\sigma_{\bar{x}}$ from the target value of $\mu_0$ with an in-control ARL $L(0) = 500$. Table 7-2 shows that a V mask with $d = 10$ and $(A/\sigma_{\bar{x}}) \tan \theta = 0.50$ will give the desired performance. If $A = 2\sigma_{\bar{x}}$, then the angle $\theta$ is found from $(A/\sigma_{\bar{x}}) \tan \theta = 0.50$, or $\theta = 14°$. Notice that, in order to detect the smaller shift, the lead distance $d$ is increased and the angle $\theta$ is smaller. The out-of-control ARL for this chart is $L(1.0) = 10.5$ samples.

Now suppose that the analyst decides that he or she wishes to detect this shift more rapidly than 10.5 time periods and would like to specifically require that $L(1.0) < 10$. From Table 7-2, we note that for $\delta = 1$, the largest value of $L(1.0)$ that is less than 10 is $L(1.0) = 9.4$, for which the corresponding cumulative-sum chart parameters are $(A/\sigma_{\bar{x}}) \tan \theta = 0.50$, $d = 9.0$, and $L(0) = 300$. By increasing the sensitivity of the chart to detect the specified shift, we have reduced the ARL, when the process is in control, from 500 samples to 300 samples.

In this last example, another alternative can be used to detect the shift more rapidly: sample more frequently. For example, if $d = 10$ and $(A/\sigma_{\bar{x}}) \tan \theta = 0.5$, the out-of-control ARL is $L(1.0) = 10.5$, and if we are sampling every hour this means that 10.5 hours go by, on the average, until the shift is detected. If we wish to reduce the time the process runs out of control before detection via the cusum by one-half, we will achieve that by sampling every half hour.

### 7-1.3 The One-Sided Cusum

The cumulative-sum charts described in the previous two sections assume that a process shift could occur in either direction from the target value of $\mu_0$. Consequently, the procedures devised are usually called two-sided tests. However, the cumulative-sum control chart was originally designed to detect shifts in one direction only. Such a procedure is called a one-side test. In a one-sided cumulative-sum chart, it is customary to plot the quantity

$$S_i = \sum_{j=1}^{i} \left[ \bar{x}_j - (\mu_0 + K) \right] \qquad (7\text{-}13)$$

SAMAMD0318900

where $K$ is the reference value, usually chosen about halfway between the target or goal $\mu_0$, and the value $\mu_1 = \mu_0 + \Delta$, corresponding to rejectable quality, or $K \simeq \Delta/2$. If $S_i$ falls below zero, it is automatically reset to zero (assuming $\mu_1 > \mu_0$; that is, the process shifts upward). Should $S_i$ exceed the decision interval $H = 2d\sigma_x \tan \theta$, the process mean is assumed to have shifted to some value $\mu_1 > \mu_0$. The nomogram given by Goel and Wu (1971) can be used to design one-sided cumulative-sum charts that have specified ARL characteristics.

A two-sided procedure can be devised by simultaneously running two one-sided procedures with upper and lower reference values $K_1$ and $K_2$. However, this is equivalent to the usual V-mask scheme used for two-sided procedures. Furthermore, the ARLs of the one-sided schemes, say $L_1(\delta)$, $L_2(\delta)$, are related to the ARL of the two-sided procedure $L(\delta)$ by

$$L^{-1}(\delta) = L_1^{-1}(\delta) + L_2^{-1}(\delta) \qquad (7\text{-}14)$$

### 7-1.4 A Tabular Form of the Cusum

While the V-mask method described previously is relatively easy to implement, most practitioners prefer a tabular version of the cusum. The tabular procedure is particularly useful when the cusum is implemented on a computer. Let $S_H(i)$ be an upper one-sided tabular cusum for period $i$ and let $S_L(i)$ be a lower one-sided tabular cusum for period $i$. The quantities $S_H(i)$ and $S_L(i)$ are calculated from

$$S_H(i) = \max[0, \bar{x}_i - (\mu_0 + K) + S_H(i-1)] \qquad (7\text{-}15)$$

and

$$S_L(i) = \max[0, (\mu_0 - K) - \bar{x}_i + S_L(i-1)] \qquad (7\text{-}16)$$

respectively, where the starting values $S_H(0) = S_L(0) = 0$. In Equation (7-15) and (7-16) $K$ is called the reference value, which is usually chosen about halfway between the target $\mu_0$ and the value of the mean corresponding to the out-of-control state, $\mu_1 = \mu_0 + \Delta$. That is, $K$ is about one-half the magnitude of the shift we are interested in, or

$$K = \frac{\Delta}{2}$$

[see Equation (7-9b)]. Notice that $S_H(i)$ and $S_L(i)$ accumulate deviations from the target value that are greater than $K$, with both quantities reset to zero upon becoming negative. If either $S_H(i)$ or $S_L(i)$ exceeds the decision interval $H$, the process is out of control.

## Example 7-4

### A Tabular Cusum

We will demonstrate the calculation for the tabular cusum by using the data from Table 7-1. Recall that the target value is $\mu_0 = 10$, $n = 1$ so that $\bar{x}_i = x_i$, the process standard deviation is $\sigma = 1$, and suppose that the magnitude of the shift we are

SAMAMD0318901

interested in is $\Delta = 1$. We will use a tabular cusum with $K = \Delta/2 = \frac{1}{2}$, and $H = 5$. This value of $H$ was found using Equation (7-11b) after choosing the optimum $d$ and $\theta$ to detect a shift of $1\sigma$ from Table 7-2. That is, Table 7-2 indicates that $d = 10$ and $\theta = 14$ would be optimum for detecting a shift of $1\sigma$, so from (7-11b),

$$H = 2d\sigma_{\bar{x}} \tan(\theta)$$
$$= 2(10)(1) \tan(14) \simeq 5$$

Table 7-3 presents the tabular cusum scheme. To illustrate the calculations, consider period 1. The equations for $S_H(1)$ and $S_L(1)$ are

$$S_H(1) = \max[0, x_i - 10.5 + S_H(0)]$$

and

$$S_L(1) = \max[0, 9.5 - x_i + S_L(0)]$$

**Table 7-3**
A tabular cusum

| Period | | a | | | b | | |
|---|---|---|---|---|---|---|---|
| $i$ | $x_i$ | $x_i - 10.5$ | $S_H(i)$ | $N_H$ | $9.5 - x_i$ | $S_L(i)$ | $N_L$ |
| 1 | 9.45 | −1.05 | 0 | 0 | 0.05 | 0.05 | 1 |
| 2 | 7.99 | −2.51 | 0 | 0 | 1.51 | 1.56 | 2 |
| 3 | 9.29 | −1.21 | 0 | 0 | 0.21 | 1.77 | 3 |
| 4 | 11.66 | 1.16 | 1.16 | 1 | −2.16 | 0 | 0 |
| 5 | 12.16 | 1.66 | 2.82 | 2 | −2.16 | 0 | 0 |
| 6 | 10.18 | −0.32 | 2.50 | 3 | −0.68 | 0 | 0 |
| 7 | 8.04 | −2.46 | 0.04 | 4 | 1.46 | 1.46 | 1 |
| 8 | 11.46 | 0.96 | 1.00 | 5 | −1.96 | 0 | 0 |
| 9 | 9.20 | −1.30 | 0 | 0 | 0.03 | 0.03 | 1 |
| 10 | 10.34 | −0.16 | 0 | 0 | −0.84 | 0 | 0 |
| 11 | 9.03 | −1.47 | 0 | 0 | 0.47 | 0.47 | 1 |
| 12 | 11.47 | 0.97 | 0.97 | 1 | −1.97 | 0 | 0 |
| 13 | 10.51 | 0.01 | 0.98 | 2 | −1.01 | 0 | 0 |
| 14 | 9.40 | −1.10 | 0 | 0 | 0.10 | 0.10 | 1 |
| 15 | 10.08 | −0.42 | 0 | 0 | −0.58 | 0 | 0 |
| 16 | 9.37 | −1.13 | 0 | 0 | 0.13 | 0.13 | 1 |
| 17 | 10.62 | 0.12 | 0.12 | 1 | −1.12 | 0 | 0 |
| 18 | 10.31 | −0.19 | 0 | 0 | −0.81 | 0 | 0 |
| 19 | 8.52 | −1.98 | 0 | 0 | 0.98 | 0.98 | 1 |
| 20 | 10.84 | 0.34 | 0.34 | 1 | −1.34 | 0 | 0 |
| 21 | 10.40 | −0.10 | 0.24 | 2 | −0.90 | 0 | 0 |
| 22 | 8.83 | −1.67 | 0 | 0 | 0.67 | 0.67 | 1 |
| 23 | 11.79 | 1.29 | 1.29 | 1 | −2.29 | 0 | 0 |
| 24 | 11.00 | 0.50 | 1.70 | 2 | −1.50 | 0 | 0 |
| 25 | 10.10 | −0.40 | 1.39 | 3 | −0.60 | 0 | 0 |
| 26 | 10.58 | 0.08 | 1.47 | 4 | −1.08 | 0 | 0 |
| 27 | 9.88 | −0.62 | 0.85 | 5 | −0.38 | 0 | 0 |
| 28 | 11.12 | 0.62 | 1.47 | 6 | −1.62 | 0 | 0 |
| 29 | 10.81 | −0.31 | 1.88 | 7 | −1.31 | 0 | 0 |
| 30 | 10.02 | −0.48 | 1.40 | 8 | −0.52 | 0 | 0 |

SAMAMD0318902

since $K = 0.5$ and $\mu_0 = 10$. Now $x_1 = 9.45$, so

$$S_H(1) = \max[0, 9.45 - 10.5 + 0] = 0$$

and

$$S_L(1) = \max[0, 9.5 - 9.45 + 0] = 0.05.$$

For period 2, we would use

$$S_H(2) = \max[0, x_i - 10.5 + S_H(1)]$$
$$= \max[0, x_i - 10.5 + 0]$$

and

$$S_L(2) = \max[0, 9.5 - x_i + S_L(1)]$$
$$= \max[0, 9.5 - x_i + 0.05]$$

Since $x_2 = 7.99$, we obtain

$$S_H(2) = \max[0, 7.99 - 10.5 + 0] = 0$$

and

$$S_L(2) = \max[0, 9.5 - 7.99 + 0.05] = 1.56$$

Panels (a) and (b) of Table 7-3 summarize the remaining calculations. The quantities $N_H$ and $N_L$ in Table 7-3 indicate the number of periods that the cusum $S_H(i)$ or $S_L(i)$ have been nonzero.

The cusum for Example 7-4 in Table 7-3 indicates that the process is in control at period 30. Suppose that the observation for periods 31 and 32 are $x_{31} = 12.50$ and $x_{12} = 12.25$, respectively. Then

$$S_H(31) = \max[0, 12.50 - 10.5 + 1.40]$$
$$= 3.40$$
$$N_H = 9$$

and

$$S_H(32) = \max[0, 12.25 - 10.5 + 3.40]$$
$$= 5.15$$
$$N_H = 10$$

and since $S_H(32) \geq 5$, we conclude that the process is out of control.

SAMAMD0318903

When the process goes out of control, we should search for the assignable cause, take any corrective actions indicated, and restart the cusums at zero. It may be helpful to have an estimate of the new process mean following the shift. This can be computed from

$$\hat{\mu} = \begin{cases} \mu_0 + K + \dfrac{S_H(i)}{N_H}, & \text{if } S_H(i) > H \\[2mm] \mu_0 - K - \dfrac{S_L(i)}{N_L}, & \text{if } S_L(i) > H \end{cases} \qquad (7\text{-}17)$$

To illustrate the use of Equation (7-17), consider the cusum in period 32 with $S_H(32) = 5.15$. From (7-17), we would estimate the new process average as

$$\hat{\mu} = \mu_0 + K + \frac{S_H(32)}{N_H}$$

$$= 10.0 + 0.5 + \frac{5.15}{10}$$

$$= 11.015$$

It is also useful to present a graphical display for the tabular cusum. These charts are sometimes called *cusum status charts*. They are constructed by plotting $S_H(i)$ and $S_L(i)$ versus the sample number. Figure 7-5 shows the cusum status chart for the data in Example 7-4. Each vertical bar represents the value of $S_H(i)$ and $S_L(i)$ in period $i$. With the decision interval plotted on the chart, the cusum status chart resembles a Shewhart control chart. We have also plotted the sample statistics $x_i$ for each period on the cusum status chart as the solid dots. This frequently



**Figure 7-5**
A cusum status chart for Example 7-4.

SAMAMD0318904

helps the user of the control chart to visualize the actual process performance that has led to a particular value of the cusum.

Finally, we should note that runs tests, and other sensitizing rules such as the zone rules cannot be safely applied to the cusum, as successive values of $S_H(i)$ and $S_L(i)$ are not independent. In fact, the cusum can be thought of as a weighted average, where the weights are stochastic or random. For example, consider the cusum shown in Table 7-3. The cusum at period 30 is $S_H(30) = 1.4$. This can be thought of as a weighted average in which we give equal weight to the last $N_H = 8$ observations and weight zero to all other observations.

### General Recommendations for Cusum Design

The tabular cusum is designed by choosing values for the reference value $K$ and the decision interval $H$. It is usually recommended that these parameters be selected to provide good average run length values. There have been many analytical studies of cusum ARL performance. Based on these studies, we may give some general recommendations for selecting $H$ and $K$. Recall that $H = h\sigma_{\bar{x}}$ and $K = k\sigma_{\bar{x}}$, where $\sigma_{\bar{x}}$ is the standard deviation of the sample variable used in forming the cusum (if $n = 1$, $\sigma_{\bar{x}} = \sigma_x$). Using $h = 4$ or $h = 5$ will generally provide a cusum that has good ARL properties, against a shift of about $1\sigma_{\bar{x}}$ (or $1\sigma_x$) in the process mean. If much larger or smaller shifts are of interest, set $k = \delta/2$ (see Equation 7-9a). Some practitioners prefer to use a standardized variable $\bar{y}_i = (\bar{x}_i - \mu_0)/S_{\bar{x}}$ as the basis of the cusum. In that case, Equations (7-15) and (7-16) become

$$S_H(i) = \max[0, \bar{y}_i - K + S_H(i-1)]$$

and

$$S_L(i) = \max[0, K - \bar{y}_i + S_L(i-1)]$$

For this scheme, we would usually select $K = \frac{1}{2}$ and $H = 4$ or $H = 5$.

To illustrate how well the recommendations of $H = 4$ or $H = 5$ with $K = \frac{1}{2}$ work, consider the average run lengths shown below:

| Shift in Mean (multiple of $\sigma_{\bar{x}}$) | $H = 4$ | $H = 5$ |
|---|---|---|
| 0 | 168 | 465 |
| 0.25 | 74.2 | 139 |
| 0.50 | 26.6 | 38.0 |
| 0.75 | 13.3 | 17.0 |
| 1.00 | 8.38 | 10.4 |
| 1.50 | 4.75 | 5.75 |
| 2.00 | 3.34 | 4.01 |
| 2.50 | 2.62 | 3.11 |
| 3.00 | 2.19 | 2.57 |
| 4.00 | 1.71 | 2.01 |

SAMAMD0318905

Notice that a $1\sigma_{\bar{x}}$ shift would be detected in either 8.38 samples (with $K = \frac{1}{2}$ and $H = 4$) or 10.4 samples (with $K = \frac{1}{2}$ and $H = 5$). By comparison, an $\bar{x}$ chart would require 43.96 samples, on the average, to detect this shift.

### 7-1.5 Some Other Cusum Procedures

There are many interesting and useful variations of the cusum. In this section we briefly discuss some of these procedures.

**Improving Responsiveness to Large Shifts**

We have observed that the cumulative-sum control chart is not very effective in detecting large process shifts. A modification in the shape of the mask can improve its performance relative to large process shifts. The modification consists of adding a parabolic section to the mask, as shown in Figure 7-6. Lucas (1973) describes the construction of these modified V masks in detail and has obtained (using simulation) ARL curves for the procedure. He also presents a brief comparison of the modified V mask, the conventional V mask, and the Shewhart chart, and gives a tabular algorithm that can be substituted for the V mask.



**Figure 7-6**
A "modified" V mask for the cumulative-sum control chart.

SAMAMD0318906

Another approach to improving the ability of the cumulative-sum control chart to detect large process shifts is to use a *combined* cusum-Shewhart procedure for on-line control. Adding the Shewhart control chart is the simplest possible modification of the cumulative-sum control procedure. The Shewhart control limits should be approximately 3.5 standard deviations of $\bar{x}$ away from the center line or target value $\mu_0$. An out-of-control signal on either (or both) charts constitutes an action signal. Lucas (1982) gives a good discussion of this technique. He notes that the combined cusum-Shewhart procedure is almost as responsive to large shifts as the parabolic V mask and easier to implement. This scheme will give excellent protection against both large and small shifts.

**Fast Initial Response or Headstart**

This procedure was devised by Lucas and Crosier (1982) to improve the sensitivity of a cusum at process start-up. Increased sensitivity at process start-up would be desirable if the corrective action did not reset the mean to the target value. The fast initial response (FIR) or *headstart* essentially just sets the starting values $S_H(0)$ and $S_L(0)$ equal to some nonzero value, typically $H/2$.

To illustrate the headstart procedure, consider the data in Table 7-4. These data have a target value of 100, $K = 3$, and $H = 12$. We will use a headstart value of $S_H(0) = S_L(0) = H/2 = 6$. The first 10 samples are in control with mean equal to the target value of 100. Since $x_1 = 102$, the cusums for the first period will be

$$S_H(1) = \max[0, x_i - 103 + S_H(0)]$$
$$= \max[0, 102 - 103 + 6] = 5$$
$$S_L(1) = \max[0, 97 - x_i + S_L(0)]$$
$$= \max[0, 97 - 102 + 6] = 1$$

Notice that the starting cusum value is the headstart $H/2 = 6$. In addition, we see from panels (a) and (b) of Table 7-4 that both cusums decline rapidly to zero from the starting value. In fact, from period 2 onward $S_H(i)$ is unaffected by the headstart, while from period 3 onward $S_L(i)$ is unaffected by the headstart. This has occurred because the process is in control at the target value of 100, and several consecutive observations near the target value were observed.

**Table 7-4**
A cusum with a headstart, process mean equal to 100

| Period | | a | | | b | | |
|---|---|---|---|---|---|---|---|
| $i$ | $x_i$ | $x_i - 103$ | $S_H(i)$ | $N_H$ | $97 - x_i$ | $S_L(i)$ | $N_L$ |
| 1 | 102 | $-1$ | 5 | 1 | $-5$ | 1 | 1 |
| 2 | 97 | $-6$ | 0 | 0 | 0 | 1 | 2 |
| 3 | 104 | 1 | 1 | 1 | $-7$ | 0 | 0 |
| 4 | 93 | $-6$ | 0 | 0 | 4 | 4 | 1 |
| 5 | 100 | $-3$ | 0 | 0 | $-3$ | 1 | 2 |
| 6 | 105 | 2 | 2 | 1 | $-8$ | 0 | 0 |
| 7 | 96 | $-7$ | 0 | 0 | 1 | 1 | 1 |
| 8 | 98 | $-5$ | 0 | 0 | $-1$ | 0 | 0 |
| 9 | 105 | 2 | 2 | 1 | $-8$ | 0 | 0 |
| 10 | 99 | $-4$ | 0 | 0 | $-2$ | 0 | 0 |

**Table 7-5**
A cusum with a headstart, process mean equal to 105

| Period | | a | | | b | | |
|---|---|---|---|---|---|---|---|
| $i$ | $x_i$ | $x_i - 103$ | $S_H(i)$ | $N_H$ | $97 - x_i$ | $S_L(i)$ | $N_L$ |
| 1 | 107 | 4 | 10 | 1 | −10 | 0 | 0 |
| 2 | 102 | −1 | 9 | 2 | −5 | 0 | 0 |
| 3 | 109 | 6 | 15 | 3 | −12 | 0 | 0 |
| 4 | 98 | −5 | 10 | 4 | −1 | 0 | 0 |
| 5 | 105 | 2 | 12 | 5 | −8 | 0 | 0 |
| 6 | 110 | 7 | 19 | 6 | −13 | 0 | 0 |
| 7 | 101 | −2 | 17 | 7 | −4 | 0 | 0 |
| 8 | 103 | 0 | 17 | 8 | −6 | 0 | 0 |
| 9 | 110 | 7 | 24 | 9 | −13 | 0 | 0 |
| 10 | 104 | 1 | 25 | 10 | −7 | 0 | 0 |

Now suppose the process had been out of control at process start-up, with mean 105. Table 7-5 presents the data that would have been produced by this process and the resulting cusums. Notice that the third sample causes $S_H(3)$ to exceed the limit $H = 12$. If no headstart had been used, we would have started with $S_H(0) = 0$, and the cusum would not exceed $H$ until sample number 6.

This example demonstrates the benefits of a headstart. If the process starts in control at the target value, the cusums will quickly drop to zero and the headstart will have little effect on the performance of the cusum procedure. However, if the process starts at some level different from the target value, the headstart will allow the cusum to detect it more quickly, resulting in shorter out-of-control ARL values.

### Some ARL Values

To illustrate how the combined cusum-Shewhart procedure and the headstart (or FIR) modification work, we provide a list of some ARL values. All of the cusums below use $K = \frac{1}{2}$ and $H = 5$:

| Shift in Mean (multiple of $\sigma_{\bar{x}}$) | Basic Cusum | Cusum-Shewhart (Shewhart limits at 3.5 $\sigma_{\bar{x}}$) | Cusum with FIR | FIR Cusum-Shewhart (Shewhart limits at 3.5 $\sigma_{\bar{x}}$) |
|---|---|---|---|---|
| 0 | 465 | 391 | 430 | 360 |
| 0.25 | 139 | 130.9 | 122 | 113.9 |
| 0.50 | 38.0 | 37.20 | 28.7 | 28.1 |
| 0.75 | 17.0 | 16.80 | 11.2 | 11.2 |
| 1.00 | 10.4 | 10.20 | 6.35 | 6.32 |
| 1.50 | 5.75 | 5.58 | 3.37 | 3.37 |
| 2.00 | 4.01 | 3.77 | 2.36 | 2.36 |
| 2.50 | 3.11 | 2.77 | 1.86 | 1.86 |
| 3.00 | 2.57 | 2.10 | 1.54 | 1.54 |
| 4.00 | 2.01 | 1.34 | 1.16 | 1.16 |

SAMAMD0318908

Note that the ARL values for the FIR cusum are valid when the shift occurs at the time the cusums are reset. When the process is in control, the headstart value quickly drops to zero. Thus, if the process is in control when the cusum is reset but shifts out of control later the appropriate ARL for such a case should be read from the cusum without the FIR feature.

**Cusums for Other Sample Statistics**

We have concentrated on cusums for sample averages. However, it is possible to develop cusums for other sample statistics such as ranges, standard deviations, fractions nonconforming, and defects. Some of these cusums are discussed in the papers by Johnson and Leone (1962a, 1962b, 1962c). The paper by Lucas (1985) on cusums for count data is also of interest.

One variation of the cusum is extremely useful when working with count data and the count rate is very low. In this case, it is frequently more effective to form a cusum using the time between events. The most common situation encountered in practice is to use the time-between-events cusum to detect an *increase* in the count rate. This is equivalent to detecting a *decrease* in the time between events. An appropriate cusum scheme is

$$S_L(i) = \max[0, K - Y_i + S_L(i - 1)] \tag{7-18}$$

where $K$ is the reference value and $Y_i$ is the time that has elapsed since that last observed count. Lucas (1985) discusses the choice of $K$ and $H$ for this procedure.

## 7-2 THE EXPONENTIALLY WEIGHTED MOVING-AVERAGE CONTROL CHART

The exponentially weighted moving-average (or EWMA) control chart is also a good alternative to the Shewhart control chart when we are interested in detecting small shifts. The performance of the EWMA control chart is approximately equivalent to that of the cumulative-sum control chart, and in some ways, it is easier to set up and operate.

### 7-2.1 The Exponentially Weighted Moving-Average Control Chart for Sample Averages

The EWMA control chart was introduced by Roberts (1959). See also Hunter (1986) for a good discussion of the EWMA. The exponentially weighted moving average is defined as

$$z_t = \lambda \bar{x}_t + (1 - \lambda)z_{t-1} \tag{7-19}$$

where $0 < \lambda \leq 1$ is a constant and the starting value (required with the first sample at $t = 1$) is

$$z_0 = \bar{\bar{x}}$$

SAMAMD0318909

To demonstrate that the EWMA $z_i$ is a weighted average of all previous sample means, we may substitute for $z_{i-1}$ on the right-hand side of (7-19) to obtain

$$z_i = \lambda \bar{x}_i + (1 - \lambda)[\lambda \bar{x}_{i-1} + (1 - \lambda)z_{i-2}]$$
$$= \lambda \bar{x}_i + \lambda(1 - \lambda)\bar{x}_{i-1} + (1 - \lambda)^2 z_{i-2}$$

Continuing to substitute recursively for $z_{i-j}, j = 2, 3, \ldots, t$, we obtain

$$z_i = \lambda \sum_{j=0}^{t-1} (1 - \lambda)^j \bar{x}_{i-j} + (1 - \lambda)^t z_0 \qquad (7\text{-}20)$$

The weights $\lambda(1 - \lambda)^j$ decrease geometrically with the age of the sample mean. Furthermore, the weights sum to unity, since

$$\lambda \sum_{j=0}^{t-1} (1 - \lambda)^j = \lambda \left[ \frac{1 - (1 - \lambda)^t}{1 - (1 - \lambda)} \right] = 1 - (1 - \lambda)^t.$$

If $\lambda = 0.2$, then the weight assigned to the current sample mean is 0.2 and the weights given to the preceding means are 0.16, 0.128, 0.1024, and so forth. A comparison of these weights with those of a five-period moving average is shown in Figure 7-7. Because these weights decline geometrically when connected by a smooth curve, the EWMA is sometimes called a geometric moving average (GMA). The EWMA is used extensively in time series modeling and in forecasting [see Box and Jenkins (1976) and Montgomery and Johnson (1976)]. Since the EWMA can be viewed as a weighted average of all past and current observations, it is very insensitive to the normality assumption. It is therefore an ideal control chart to use with individual observations.

If the $\bar{x}_i$ are independent random variables with variance $\sigma^2/n$, then the variance of $z_i$ is

$$\sigma_{z_i}^2 = \frac{\sigma^2}{n} \left( \frac{\lambda}{2 - \lambda} \right) [1 - (1 - \lambda)^{2t}] \qquad (7\text{-}21)$$



**Figure 7-7**
Weights of past sample means.

SAMAMD0318910

As $t$ increases, $\sigma_{z_t}^2$ increases to a limiting value

$$\sigma_z^2 = \frac{\sigma^2}{n}\left(\frac{\lambda}{2-\lambda}\right) \tag{7-22}$$

Consequently, the upper and lower control limits are

$$\text{UCL} = \bar{\bar{x}} + 3\sigma\sqrt{\frac{\lambda}{(2-\lambda)n}} \tag{7-23a}$$

and

$$\text{LCL} = \bar{\bar{x}} - 3\sigma\sqrt{\frac{\lambda}{(2-\lambda)n}} \tag{7-23b}$$

respectively, if the sample number $t$ is moderately large. For small $t$, control limits could be based on (7-21).

## Example 7-5

An $\bar{x}$ control chart with center line $\bar{\bar{x}} = 10$ and upper and lower 3-sigma control limits at $\text{UCL}_{\bar{x}} = 16.0$ and $\text{LCL}_{\bar{x}} = 4.0$ is shown in Figure 7-8a. Values of the sample statistic $\bar{x}$ are plotted on the chart and listed in Table 7-6 for periods $1 \le t \le 38$. Suppose that we wish to construct an EWMA chart for these data using $\lambda = 0.2$. Since $\bar{\bar{x}} = 10$, the center line of the EWMA chart will be 10 and the starting value $z_0 = \bar{\bar{x}} = 10$.

The upper and lower control limits on the EWMA chart would be found from Equation (7-23) as

$$\begin{aligned}
\text{UCL} &= \bar{\bar{x}} + 3\sigma\sqrt{\frac{\lambda}{(2-\lambda)n}} \\
&= \bar{\bar{x}} + 3\frac{\sigma}{\sqrt{n}}\sqrt{\frac{\lambda}{(2-\lambda)}} \\
&= 10.0 + 6.0\sqrt{\frac{0.2}{1.8}} \\
&= 12.0
\end{aligned}$$

and

$$\begin{aligned}
\text{LCL} &= \bar{\bar{x}} - 3\sigma\sqrt{\frac{\lambda}{(2-\lambda)n}} \\
&= \bar{\bar{x}} - 3\frac{\sigma}{\sqrt{n}}\sqrt{\frac{\lambda}{(2-\lambda)}} \\
&= 10.0 - 6.0\sqrt{\frac{0.2}{1.8}} \\
&= 8.0
\end{aligned}$$

SAMAMD0318911





**Figure 7-8**
Control charts for Example 7-5. (a) The $\bar{x}$-chart. (b) The EWMA chart with $\lambda = 0.2$.

for large $t$. For the first few samples the control limits could be calculated from

$$\bar{\bar{x}} \pm 3 \frac{\sigma}{\sqrt{n}} \sqrt{\left(\frac{\lambda}{2 - \lambda}\right)[1 - (1 - \lambda)^{2t}]}$$

These control limits will increase rapidly to their limiting value, as shown in Figure 7-8b.

SAMAMD0318912

**Table 7-6**
Data and calculations for the EWMA control chart in Figure 7-8b

| Sample, | | | Control Limits for $z_t$ | |
| $t$ | $\bar{x}_t$ | $z_t$ | LCL | UCL |
| --- | --- | --- | --- | --- |
| 1 | 10.5 | 10.10 | 8.80 | 11.20 |
| 2 | 6.0 | 9.28 | 8.46 | 11.54 |
| 3 | 10.0 | 9.42 | 8.26 | 11.72 |
| 4 | 11.0 | 9.74 | 8.18 | 11.82 |
| 5 | 12.5 | 10.29 | 8.11 | 11.89 |
| 6 | 9.5 | 10.13 | 8.07 | 11.93 |
| 7 | 6.0 | 9.31 | 8.04 | 11.96 |
| 8 | 10.0 | 9.45 | 8.03 | 11.97 |
| 9 | 10.5 | 9.66 | 8.00 | 12.00 |
| 10 | 14.5 | 10.62 | ⋮ | ⋮ |
| 11 | 9.5 | 10.40 | | |
| 12 | 12.0 | 10.72 | | |
| 13 | 12.5 | 11.07 | | |
| 14 | 10.5 | 10.96 | | |
| 15 | 8.0 | 10.37 | | |
| 16 | 9.5 | 10.19 | | |
| 17 | 7.0 | 9.56 | | |
| 18 | 10.0 | 9.64 | | |
| 19 | 13.0 | 10.32 | | |
| 20 | 9.0 | 10.05 | | |
| 21 | 12.0 | 10.44 | | |
| 22 | 6.0 | 9.55 | | |
| 23 | 12.0 | 10.04 | | |
| 24 | 15.0 | 11.03 | | |
| 25 | 11.0 | 11.03 | | |
| 26 | 7.0 | 10.22 | | |
| 27 | 9.5 | 10.08 | | |
| 28 | 10.0 | 10.06 | | |
| 29 | 12.0 | 10.45 | | |
| 30 | 8.0 | 9.96 | | |
| 31 | 9.0 | 9.77 | | |
| 32 | 13.0 | 10.41 | | |
| 33 | 11.0 | 10.53 | | |
| 34 | 9.0 | 10.23 | | |
| 35 | 10.0 | 10.18 | | |
| 36 | 15.0 | 11.14 | | |
| 37 | 12.0 | 11.32 | | |
| 38 | 8.0 | 10.65 | | |

Since the first sample mean $\bar{x}_1 = 10.5$, we calculate the first value of the exponentially weighted moving average from (7-19) as

$$z_1 = \lambda \bar{x}_1 + (1 - \lambda)z_0$$
$$= (0.2)10.5 + (0.8)10.0$$
$$= 10.10$$

SAMAMD0318913

Thus $z_1 = 10.10$ is the first point plotted on the control chart. The second sample mean is $\bar{x}_2 = 6.0$, resulting in

$$z_2 = \lambda \bar{x}_2 + (1 - \lambda)z_1$$
$$= (0.2)6.0 + (0.8)10.10$$
$$= 9.28$$

The remaining values of the EWMA $z_t$ may be calculated similarly. The calculations are summarized in Table 7-6. The complete EWMA chart is shown in Figure 7-8b.

We have illustrated the EWMA chart for the $\sigma$-known case. Usually, $\sigma$ must be estimated from an $R$ chart. If this is the case, then the control limits for the EWMA chart become:

$$UCL = \bar{\bar{x}} + A_2 \bar{R} \sqrt{\frac{\lambda}{(2 - \lambda)}} \tag{7-24a}$$

$$LCL = \bar{\bar{x}} - A_2 \bar{R} \sqrt{\frac{\lambda}{(2 - \lambda)}} \tag{7-24b}$$

Although we have discussed the EWMA primarily as a statistical process-control tool, it actually has a much broader interpretation. From an SPC viewpoint, the EWMA is roughly equivalent to the cusum in its ability to *monitor* a process and detect the presence of assignable causes that result in a process shift. However, the EWMA provides a *forecast* of where the process mean will be at the next time period. That is, $z_t$ is actually a forecast of the value of the process mean $\mu$ at time $t + 1$. Thus, the EWMA could be used as the basis for a dynamic process-control algorithm.

In computer-integrated manufacturing where sensors are used to measure every unit manufactured, a forecast of the process mean based on previous behavior would be very useful. If the forecast of the mean is different from target by a critical amount, then either the operator or some electro-mechanical control system can make the necessary process adjustment. If the operator makes the adjustment, then he or she must exercise caution and not make adjustments too frequently as this will actually cause process variability to increase. The control limits on the EWMA chart can be used to signal *when* an adjustment is necessary, and the difference between the target and the forecast of the mean $\mu_{t+1}$ can be used to determine *how much* adjustment is necessary.

The EWMA can be modified to enhance its ability to forecast the mean. Suppose that the process mean trends or drifts steadily away from the target. The forecasting performance of the EWMA can be improved in this case. First, note that the usual EWMA can be written as

$$z_t = \lambda \bar{x}_t + (1 - \lambda)z_{t-1}$$
$$= z_{t-1} + \lambda(\bar{x}_t - z_{t-1})$$

SAMAMD0318914

and if we view $z_{t-1}$ as a forecast of the process mean in period $t$ we can think of $\bar{x}_t - z_{t-1}$ as the forecast error $e_t$ for period $t$. Therefore,

$$z_t = z_{t-1} + \lambda e_t.$$

Thus, the EWMA for period $t$ is equal to the EWMA for period $t - 1$ plus a fraction $\lambda$ of the forecast error for the mean in period $t$. Now add a second term to this last equation to give

$$z_t = z_{t-1} + \lambda_1 e_t + \lambda_2 \sum_{j=1}^{t} e_j$$

where $\lambda_1$ and $\lambda_2$ are constants that weight the error at time $t$ and the *sum* of the errors accumulated to time $t$. If we let $\nabla e_t = e_t - e_{t-1}$ be the first difference of the errors, then we can arrive at a final modification of the EWMA:

$$z_t = z_{t-1} + \lambda_1 e_t + \lambda_2 \sum_{j=1}^{t} e_j + \lambda_3 \nabla e_t$$

Notice that in this empirical control equation the EWMA in period $t$ (which is the forecast of the process mean in period $t + 1$) equals the current estimate of the mean ($z_{t-1}$ estimates $\mu_t$), plus a term proportional to the error, plus a term related to the sum of the errors, plus a term related to the first difference of the errors. These three terms are sometimes called the *proportional, integral,* and *differential* components of the classical control theory engineer's PID (proportional, integral, differential) control equation. The parameters $\lambda_1$, $\lambda_2$, and $\lambda_3$ would be chosen to give the best forecasting performance. An extensive literature exists on this type of discrete process-control methodology.

Because the EWMA statistic $z_t$ can be viewed as a *forecast* of the mean of the process at time $t + 1$, we often plot the EWMA statistic one time period ahead. That is, we actually plot $z_t$ at time period $t + 1$ on the control chart. This allows the analyst to visually see how much difference there is between the current observation and the estimate of the current mean of the process. In statistical process-control applications where the mean may "wander" over time, this approach has considerable appeal. Situations where the process mean may drift over time are discussed in Section 8-8.

### 7-2.2 Design of an EWMA Control Chart

The EWMA control chart is very effective against small process shifts. The design parameters of the chart are the multiple of sigma used in the control limits ($k$) and the value of $\lambda$. It is possible to choose these parameters to give ARL performance from the EWMA control chart that closely approximates cusum ARL performance for detecting small shifts.

There have been several theoretical studies of the average run length properties of the EWMA control chart. For example, see the papers by Crowder (1987a, 1989) and Lucas and Saccucci (1990). These studies provide average run length tables for a range of values of $\lambda$ and $k$. The optimal design procedure would consist of specifying the desired in-control and out-of-control average run lengths and the magnitude of the process shift that is anticipated, and then to select the combination of $\lambda$ and $k$ that provide the desired ARL performance.

In general, we have found that values of $\lambda$ in the interval $0.05 \leq \lambda \leq 0.25$ work well in practice, with $\lambda = 0.08$, $\lambda = 0.10$, and $\lambda = 0.15$ being popular choices. A good rule of thumb is to use smaller values of $\lambda$ to detect smaller shifts. We have also found that $k = 3$ (the usual 3-sigma limits) works well, although when $\lambda \leq 0.10$ there is some advantage to reducing $k$ to 2.75.

Like the cusum, the EWMA performs well against small shifts but does not react to large shifts as quickly as the Shewhart $\bar{x}$ chart. However, the EWMA is often superior to the cusum for large shifts, particularly if $\lambda > 0.10$. A good way to further improve the sensitivity of the control procedure to large shifts without sacrificing the ability to detect small shifts quickly is to combine a Shewhart $\bar{x}$ chart with the EWMA. These combined Shewhart–EWMA control procedures are effective against both large and small shifts. When using such schemes, we have found it helpful to use slightly wider than usual limits on the $\bar{x}$ chart (say 3.25 sigma, or even 3.5 sigma). It is also possible to plot *both* $\bar{x}_i$ and the EWMA statistic $z_i$ on the same control chart along with both the Shewhart and EWMA limits. This produces one chart for the combined control procedure which operators quickly become adept at interpreting. When the plots are computer-generated, different colors or plotting symbols can be used for the two sets of control limits and statistics.

### 7-2.3 EWMA Charts for Other Sample Statistics

The EWMA control chart can be easily extended to other sample statistics. For example, if the count of the number of nonconformances ($c$) is of interest, then the EWMA statistic would be

$$z_i = \lambda c_i + (1 - \lambda) z_{i-1}.$$

This statistic would be plotted on a control chart with center line $\bar{c}$ and control limits at

$$\text{UCL} = \bar{c} + 3 \sqrt{\frac{\lambda \bar{c}}{2 - \lambda}}$$

$$\text{LCL} = \bar{c} - 3 \sqrt{\frac{\lambda \bar{c}}{2 - \lambda}}$$

The EWMA chart can also be used when the time between events is the variable of interest. Such control charts are often used in low defect-level manufacturing environments. If $Y_i$ is the time between occurrence of the $(i - 1)st$ and the $i$th event, then the EWMA statistic is

$$z_i = \lambda Y_i + (1 - \lambda) z_{i-1}$$

This statistic would be plotted on a control chart with center line $\bar{Y}$, and assuming Poisson events, the control limits are:

$$\text{UCL} = \bar{Y} + 3\bar{Y} \sqrt{\frac{\lambda}{2 - \lambda}}$$

$$\text{LCL} = \max \left[ \bar{Y} - 3\bar{Y} \sqrt{\frac{\lambda}{2 - \lambda}}, 0 \right]$$

SAMAMD0318916

### 7-2.4 The Moving-Average Control Chart

The EWMA chart uses a weighted average as the chart statistic. Occasionally, a control chart based on a simple, unweighted moving average may be of interest.

Suppose that samples of size $n$ have been collected, and let $\bar{x}_1, \bar{x}_2, \ldots, \bar{x}_t, \ldots$ denote the corresponding sample means. The moving average of span $w$ at time $t$ is defined as

$$M_t = \frac{\bar{x}_t + \bar{x}_{t-1} + \cdots + \bar{x}_{t-w+1}}{w} \tag{7-25}$$

That is, at time period $t$, the oldest sample mean is dropped and the newest one added to the set. The variance of the moving average $M_t$ is

$$V(M_t) = \frac{1}{w^2} \sum_{i=t-w+1}^{t} V(\bar{x}_i) = \frac{1}{w^2} \sum_{i=t-w+1}^{t} \frac{\sigma^2}{n} = \frac{\sigma^2}{nw} \tag{7-26}$$

Therefore, if $\bar{\bar{x}}$ denotes the center line of the control chart, then the 3-sigma control limits for $M_t$ are

$$\text{UCL} = \bar{\bar{x}} + \frac{3\sigma}{\sqrt{nw}} \tag{7-27a}$$

and

$$\text{LCL} = \bar{\bar{x}} - \frac{3\sigma}{\sqrt{nw}} \tag{7-27b}$$

The control procedure would consist of calculating the new moving average $M_t$ as each sample mean $\bar{x}_t$ becomes available, plotting $M_t$ on a control chart with upper and lower control limits given by (7-27), and concluding that the process is out of control if $M_t$ exceeds the control limits. In general, the magnitude of the shift of interest and $w$ are inversely related; smaller shifts would be guarded against more effectively by longer moving averages.

## Example 7-6

We will set up a moving-average control chart for the data used in Example 7-5 using $w = 8$. Values of the statistic $\bar{x}_t$ for periods $1 \leq t \leq 38$ are shown in Table 7-7. The statistic plotted on the moving-average control chart will be

$$M_t = \frac{\bar{x}_t + \bar{x}_{t-1} + \cdots + \bar{x}_{t-7}}{8}$$

for period $t \geq 8$. For time periods $t < 8$ the average of the observations for periods $1, 2, \ldots, t$ is plotted. The values of these moving averages are shown in Table 7-7.

The control limits for the moving-average control chart may be easily obtained from (7-27). Since for the $\bar{x}$ chart in Example 7-5 we have $3\sigma_{\bar{x}} = 6.0$, then

SAMAMD0318917

**Table 7-7**
Data and calculations for the moving-average control chart in Figure 79 ($w = 8$)

| Sample, $t$ | $\bar{x}_t$ | $M_t$ | Control Limits for $M_t$ LCL | UCL |
|---|---|---|---|---|
| 1 | 10.5 | 10.50 | 4.00 | 16.00 |
| 2 | 6.0 | 8.25 | 5.76 | 14.24 |
| 3 | 10.0 | 8.83 | 6.54 | 13.46 |
| 4 | 11.0 | 9.38 | 7.00 | 13.00 |
| 5 | 12.5 | 10.00 | 7.32 | 12.68 |
| 6 | 9.5 | 9.92 | 7.55 | 12.45 |
| 7 | 6.0 | 9.36 | 7.73 | 12.27 |
| 8 | 10.0 | 9.44 | 7.88 | 12.12 |
| 9 | 10.5 | 9.44 | 7.88 | 12.12 |
| 10 | 14.5 | 10.50 | ⋮ | ⋮ |
| 11 | 9.5 | 10.44 | | |
| 12 | 12.0 | 10.57 | | |
| 13 | 12.5 | 10.57 | | |
| 14 | 10.5 | 10.69 | | |
| 15 | 8.0 | 10.94 | | |
| 16 | 9.5 | 10.88 | | |
| 17 | 7.0 | 10.44 | | |
| 18 | 10.0 | 9.88 | | |
| 19 | 13.0 | 10.31 | | |
| 20 | 9.0 | 9.94 | | |
| 21 | 12.0 | 9.88 | | |
| 22 | 6.0 | 9.31 | | |
| 23 | 12.0 | 9.81 | | |
| 24 | 15.0 | 10.50 | | |
| 25 | 11.0 | 11.00 | | |
| 26 | 7.0 | 10.63 | | |
| 27 | 9.5 | 10.19 | | |
| 28 | 10.0 | 10.31 | | |
| 29 | 12.0 | 10.31 | | |
| 30 | 8.0 | 10.56 | | |
| 31 | 9.0 | 10.19 | | |
| 32 | 13.0 | 9.94 | | |
| 33 | 11.0 | 9.94 | | |
| 34 | 9.0 | 10.18 | | |
| 35 | 10.0 | 10.25 | | |
| 36 | 15.0 | 10.88 | | |
| 37 | 12.0 | 10.88 | | |
| 38 | 8.0 | 10.88 | | |

$\sigma_{\bar{x}} = \sigma/\sqrt{n} = 2.0$. Consequently, we find the upper and lower control limits for the moving-average control chart as

$$\text{UCL} = \bar{\bar{x}} + \frac{3\sigma}{\sqrt{nw}} = \bar{\bar{x}} + \frac{3\sigma_{\bar{x}}}{\sqrt{w}} = 10.0 + \frac{(3)(2.0)}{\sqrt{8}} = 12.12$$

SAMAMD0318918



**Figure 7-9**
Moving-average control chart with $w = 8$, Example 7-6.

and

$$\text{LCL} = \bar{\bar{x}} - \frac{3\sigma}{\sqrt{nw}} = \bar{\bar{x}} - \frac{3\sigma_{\bar{x}}}{\sqrt{w}} = 10.0 - \frac{(3)(2.0)}{\sqrt{8}} = 7.88$$

The control limits for $M_t$ apply for periods $t \geq 8$. For periods $0 < t < 8$, the control limits are given by $\bar{\bar{x}} \pm 3\sigma/\sqrt{nt}$. These control limits are shown in Table 7-7. An alternative procedure that avoids using special control limits for periods $t < w$ is to use an ordinary $\bar{x}$ chart until at least $w$ sample means have been obtained.

The moving-average control chart is shown in Figure 7-9. No points exceed the control limits. Note that for the initial periods $t < w$ the control limits are wider than their final steady-state value. Moving averages that are less than $w$ periods apart are highly correlated, which often complicates interpreting patterns on the control chart. This is easily seen by examining Figure 7-9.

The moving-average control chart is more effective than the usual $\bar{x}$ chart in detecting small process shifts. However, it is generally not as effective against small shifts as either the cusum or the EWMA. The moving average control chart is considered by some to be simpler to implement than the cusum. This author prefers the EWMA to the moving average control chart.

Moving-average control charts can also be used in cases where each sample consists of a single observation. This situation occurs frequently when production of a single unit of product requires a very long time, and where automatic measurement and test procedures are used. It is also possible to construct a moving-range control chart. An example of the moving-range control chart for $w = 2$ and $n = 1$ was given in Chapter 6.

SAMAMD0318919

## 7-3 Exercises

**7-1** The data below represent averages of samples of size five selected hourly from a manufacturing process with $\sigma = 2.0$. Set up a cumulative-sum control chart and V mask for this process. Analyze the data.

| Sample Number | $\bar{x}$ | Sample Number | $\bar{x}$ |
|---|---|---|---|
| 1 | 10.45 | 11 | 11.39 |
| 2 | 10.55 | 12 | 11.69 |
| 3 | 10.37 | 13 | 11.51 |
| 4 | 10.64 | 14 | 11.28 |
| 5 | 10.95 | 15 | 11.38 |
| 6 | 10.08 | 16 | 11.25 |
| 7 | 10.50 | 17 | 11.63 |
| 8 | 10.87 | 18 | 11.88 |
| 9 | 11.25 | 19 | 11.46 |
| 10 | 11.46 | 20 | 11.67 |

**7-2** Set up a tabular cusum scheme for the data in Exercise 7-1.

**7-3** Set up a tabular cusum scheme for the piston-ring data used in Example 6-1 (see Tables 6-1 and 6-2). When the procedure is applied to all 40 samples, does the cusum react more quickly than the $\bar{x}$ chart to the shift in the process mean? Use $\alpha = 0.01$ in setting up the cusum, and design the procedure to detect a shift of about $1\sigma$.

**7-4** A machine is used to fill cans with motor oil additive. A sample of four cans is selected every half hour and the average weight of the cans is obtained. Since the filling process is automated, it has very stable variability, and long experience indicates that $\sigma = 0.10$ oz. Construct a cumulative-sum control chart and V mask for the sample data shown below.

| Sample Number | $\bar{x}$ | Sample Number | $\bar{x}$ |
|---|---|---|---|
| 1 | 8.00 | 9 | 8.05 |
| 2 | 8.01 | 10 | 8.04 |
| 3 | 8.02 | 11 | 8.03 |
| 4 | 8.01 | 12 | 8.05 |
| 5 | 8.00 | 13 | 8.06 |
| 6 | 8.01 | 14 | 8.04 |
| 7 | 8.06 | 15 | 8.05 |
| 8 | 8.07 | 16 | 8.06 |

**7-5** Rework Exercise 7-4 using a tabular cusum.

**7-6** Consider the data in Exercise 7-1. Suppose it is necessary to design the cumulative-sum control chart to detect a shift in the process mean of 1.3 units and that $L(0) = 500$. Use Table 7-2 to design the cumulative-sum control chart.

**7-7** Suppose that in Exercise 7-6, the analyst wishes to find a cumulative-sum control chart that has $L(\Delta) \le 4.0$. Does the chart designed in Exercise 7-6 have this property? If not, use Table 7-2 to redesign a new chart. What is $L(0)$ for this cumulative-sum control chart?

SAMAMD0318920

**7-8** Design a cumulative-sum control chart to detect a shift of $\Delta = 0.75$ that has $L(0) = 400$. Is it possible to find a cumulative-sum control chart for detecting this shift that has $L(0.75) \leq 12$? What is $L(0)$ for this chart?

**7-9** Design a cusum procedure with $\alpha = 0.002$, $\beta = 0.10$, $\Delta = 0.5$, $\sigma = 1.0$, and $n = 4$. Set up both the V mask and the parameters $K$ and $H$ for the tabular scheme. Assume that the target value is $\mu_0 = 100$.

**7-10** Design a cusum procedure with $\alpha = 0.005$, $\beta = 0.20$, $\Delta = 1$, $\sigma = 3$, and $n = 5$. Set up both the V mask and the parameters $K$ and $H$ for the tabular scheme. Assume that the target value $\mu_0 = 50$.

**7-11** Analyze the data in Exercise 7-1 using an exponentially weighted moving-average control chart with $\lambda = 0.2$. Compare the results obtained with the cumulative-sum control chart in Exercise 7-1.

**7-12** Rework Exercise 7-11 using $\lambda = 0.1$. How does this affect the control limits on the EWMA chart? Would control limits at $\pm 2.5$ sigma be a good idea?

**7-13** Analyze the piston-ring data in Example 6-1 with an EWMA control chart using $\lambda = 0.15$. Compare the performance with the ordinary $\bar{x}$ chart.

**7-14** Analyze the data in Exercise 7-4 with an EWMA chart with $\lambda = 0.10$. Compare the results with the cusum from Exercise 7-4.

**7-15** Show how the EWMA control chart could be used with fraction nonconforming data. What are the control limits for the chart?

**7-16** Analyze the data in Exercise 7-1 using a moving-average control chart with $w = 6$. Compare the results obtained with the cumulative-sum control chart in Exercise 7-1.

**7-17** Analyze the data in Exercise 7-4 using a moving-average control chart with $w = 5$. Compare the results obtained with the cumulative-sum control chart in Exercise 7-4.

**7-18** Show that if the process is in control at the level $\mu$, the exponentially weighted moving average is an unbiased estimator of the process mean.

**7-19** Derive the variance of the exponentially weighted moving-average $z_i$.

**7-20** **Equivalence of moving-average and exponentially weighted moving-average control charts.** Show that if $\lambda = 2/(w + 1)$ for the EWMA control chart, then this chart is equivalent to a $w$-period moving-average control chart in the sense that the control limits are identical for large $t$.

**7-21** **Continuation of Exercise 7-20.** Show that if $\lambda = 2/(w + 1)$, then the average "age" of the data used in computing the statistics $z_i$ and $M_t$ is identical.

**7-22** The data below are temperature readings from a chemical process in degrees centigrade, taken every two minutes. Analyze these data using cumulative-sum control charts. What can you say about overall process variability and process capability? (Read the observations down, from left.)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 953 | 985 | 949 | 937 | 959 | 948 | 958 | 952 |
| 945 | 973 | 941 | 946 | 939 | 937 | 955 | 931 |
| 972 | 955 | 966 | 954 | 948 | 955 | 947 | 928 |
| 945 | 950 | 966 | 935 | 958 | 927 | 941 | 937 |
| 975 | 948 | 934 | 941 | 963 | 940 | 938 | 950 |
| 970 | 957 | 937 | 933 | 973 | 962 | 945 | 970 |
| 959 | 940 | 946 | 960 | 949 | 963 | 963 | 933 |
| 973 | 933 | 952 | 968 | 942 | 943 | 967 | 960 |
| 940 | 965 | 935 | 959 | 965 | 950 | 969 | 934 |
| 936 | 973 | 941 | 956 | 062 | 938 | 981 | 927 |

SAMAMD0318921

**7-23** Repeat Exercise 7-22 using an EWMA control chart. What can you say about overall process variability and process capability?

**7-24** Bath concentrations are measured hourly in a chemical process. Analyze the concentration data shown below using the cumulative-sum control chart. What can you say about process variability and process capability. (Data in PPM; read down from left.)

| | | | |
|---|---|---|---|
| 160 | 186 | 190 | 206 |
| 158 | 195 | 189 | 210 |
| 150 | 179 | 185 | 216 |
| 151 | 184 | 182 | 212 |
| 153 | 175 | 181 | 211 |
| 154 | 192 | 180 | 202 |
| 158 | 186 | 183 | 205 |
| 162 | 197 | 186 | 197 |
| 169 | 205 | 185 | 188 |
| 173 | 203 | 187 | 183 |
| 162 | 209 | 192 | 175 |
| 154 | 208 | 199 | 174 |
| 139 | 211 | 197 | 171 |
| 145 | 214 | 193 | 180 |
| 160 | 215 | 190 | 179 |
| 172 | 209 | 183 | 175 |
| 175 | 203 | 197 | 174 |
| 159 | 192 | 194 | 176 |
| 184 | 195 | 201 | 170 |
| 187 | 193 | 204 | 173 |

**7-25** Repeat Exercise 7-24 using the EWMA control chart. What can you say about process variability and process capability?

# Chapter 8

# Other Statistical
Process-Control Techniques

In addition to the standard control charts presented in Chapters 5, 6, and 7, a number of other statistical process-control techniques are useful in certain situations. Some of these procedures are described in this chapter.

## 8-1 STATISTICAL PROCESS CONTROL FOR SHORT PRODUCTION RUNS

Statistical process-control methods have found wide application in almost every type of business. Some of the most interesting applications occur in job-shop manufacturing systems, or, generally in any type of system characterized by short production runs. SPC methods for these situations are straightforward adaptations of the standard concepts and require no new methodology. In fact, Example 6-9 illustrated one of the basic techniques of control charting used in the short-run environment—using deviation from the nominal dimension as the variable on the control chart. In this section, we present a summary of several techniques that have proven successful in the short production run situation.

SAMAMD0324671