1　ROBERT T. HASLAM (Bar No. 71134)
　　rhaslam@cov.com
2　MICHAEL K. PLIMACK (Bar No. 133869)
　　mplimack@cov.com
3　CHRISTINE SAUNDERS HASKETT (Bar No. 188053)
　　chaskett@cov.com
4　SAMUEL F. ERNST (Bar No. 223963)
　　sernst@cov.com
5　COVINGTON & BURLING LLP
　　One Front Street
6　San Francisco, CA 94111
　　Telephone:　(415) 591-6000
7　Facsimile:　(415) 591-6091

8　ALAN H. BLANKENHEIMER (Bar No. 218713)
　　ablankenheimer@cov.com
9　LAURA E. MUSCHAMP (Bar No. 228717)
　　lmuschamp@cov.com
10　JO DALE CAROTHERS (Bar No. 228703)
　　jcarothers@cov.com
11　CHRISTOPHER J. LONGMAN (Bar No. 234473)
　　clongman@cov.com
12　COVINGTON & BURLING LLP
　　9191 Towne Centre Drive, 6th Floor
13　San Diego, CA 92122-1225
　　Telephone:　(858) 678-1800
14　Facsimile:　(858) 678-1600

15　Attorneys for Defendants and Counterclaimants SAMSUNG ELECTRONICS CO., LTD.,
　　SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, LLC,
16　SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS
　　AMERICA, LLC, SAMSUNG TECHWIN CO., LTD., and SAMSUNG
17　OPTO-ELECTRONICS AMERICA, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., <br><br> Plaintiffs and Counterdefendants, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendants and Counterclaimants. | Case No. 3:08-CV-0986-SI <br><br> **SEALED VERSION OF DEFENDANT AND COUNTERCLAIMANT SAMSUNG ELECTRONICS CO., LTD.'S OPENING CLAIM CONSTRUCTION BRIEF** <br><br> **MANUAL FILING NOTIFICATION** <br><br> DATE: May 6-7, 2009 <br> TIME: 3:30 p.m. <br> COURTROOM: 10, 19th Floor <br> JUDGE: The Honorable Susan Illston |

| | |
|---|---|
| 1 | **MANUAL FILING NOTIFICATION** |
| 2 | **Regarding: SEALED VERSION OF DEFENDANT AND COUNTERCLAIMANT SAMSUNG ELECTRONICS CO., LTD.'S OPENING CLAIM CONSTRUCTION BRIEF** |

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the Court, please see the Court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____
    _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

**[X] Item Under Seal**

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____
    _____

DATED: March 16, 2009                    COVINGTON & BURLING LLP

                                         By:  /s/ Robert T. Haslam
                                              Robert T. Haslam

                                         Attorneys for Defendants and
                                         Counterclaimants SAMSUNG
                                         ELECTRONICS CO., LTD., SAMSUNG
                                         SEMICONDUCTOR, INC., SAMSUNG
                                         AUSTIN SEMICONDUCTOR, LLC,
                                         SAMSUNG ELECTRONICS
                                         AMERICA, INC., SAMSUNG
                                         TELECOMMUNICATIONS AMERICA,
                                         LLC, SAMSUNG TECHWIN CO.,
                                         LTD., and SAMSUNG
                                         OPTO-ELECTRONICS AMERICA,
                                         INC.