ROBERT T. HASLAM (Bar No. 71134)
rhaslam@cov.com
MICHAEL K. PLIMACK (Bar No. 133869)
mplimack@cov.com
CHRISTINE SAUNDERS HASKETT (Bar No. 188053)
chaskett@cov.com
SAMUEL F. ERNST (Bar No. 223963)
sernst@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA  94111
Telephone:     (415) 591-6000
Facsimile:     (415) 591-6091

ALAN H. BLANKENHEIMER (Bar No. 218713)
ablankenheimer@cov.com
LAURA E. MUSCHAMP (Bar No. 228717)
lmuschamp@cov.com
JO DALE CAROTHERS (Bar No. 228703)
jcarothers@cov.com
CHRISTOPHER J. LONGMAN (Bar No. 234473)
clongman@cov.com
COVINGTON & BURLING LLP
9191 Towne Centre Drive, 6th Floor
San Diego, CA  92122-1225
Telephone:     (858) 678-1800
Facsimile:     (858) 678-1600

Attorneys for Defendants and Counterclaimants SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, LLC,
SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS
AMERICA, LLC, SAMSUNG TECHWIN CO., LTD., and SAMSUNG
OPTO-ELECTRONICS AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADVANCED MICRO DEVICES, INC., et al.,

      Plaintiffs and Counterdefendants,

v.

SAMSUNG ELECTRONICS CO., LTD., et al.,

      Defendants and Counterclaimants.

Case No. 3:08-CV-0986-SI

**[PROPOSED] ORDER CONSTRUING
TERMS OF SAMSUNG'S PATENTS IN
SUIT**

Dockets.Justia.com

The Court held a hearing in this case on the proper construction of disputed terms from the patents-in-suit on May 6-7, 2009. Having considered the parties' arguments and the papers and evidence submitted, IT IS HEREBY ORDERED that the following terms of U.S. Patent Nos. 5,740,065, and 5,781,750 shall be construed as follows:

| Claim Language | Construction |
|---|---|
| U.S. Patent No. 5,740,065<br><br>**"corresponding to an alignment state"** | Relating to a lower layer or a reference layer formed during the manufacturing process of a semiconductor device. |
| U.S. Patent No. 5,740,065<br><br>**"extracting a correction condition"** | Creating a value or data set to be used to affect the determination of a current working condition. |
| U.S. Patent No. 5,740,065<br><br>**"accumulatively averaging working conditions"** | Performing a mathematical operation on a set of working conditions to determine a value representative of the set. |
| U.S. Patent No. 5,781,750<br><br>**"separate instruction sets"** | The term occurs in the preamble of Claims 1 and 14. It is not a claim limitation and does not require construction. |
| U.S. Patent No. 5,781,750<br><br>**"separate instruction sets"** | Distinct groups of instructions. |

**IT IS SO ORDERED.**

DATED:_____          _____

                            Honorable Susan Illston
                            United States District Judge