ROBERT T. HASLAM (Bar No. 71134)
rhaslam@cov.com
MICHAEL K. PLIMACK (Bar No. 133869)
mplimack@cov.com
CHRISTINE SAUNDERS HASKETT (Bar No. 188053)
chaskett@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

ALAN H. BLANKENHEIMER (Bar No. 218713)
ablankenheimer@cov.com
LAURA E. MUSCHAMP (Bar No. 228717)
lmuschamp@cov.com
JO DALE CAROTHERS (Bar No. 228703)
jcarothers@cov.com
COVINGTON & BURLING LLP
9191 Towne Centre Drive, 6th Floor
San Diego, CA 92122-1225
Telephone: (858) 678-1800
Facsimile: (858) 678-1600

Attorneys for Defendants and Counterclaimants SAMSUNG ELECTRONICS CO., LTD., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, LLC, SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, SAMSUNG TECHWIN CO., LTD., and SAMSUNG OPTO-ELECTRONICS AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., <br><br> Plaintiffs and Counterdefendants, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendants and Counterclaimants. | CASE NO. 3:08-CV-0986-SI <br><br> **CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE BY E-MAIL
## Case No.: 3:08-CV-0986-SI, N.D. Cal.

I, Kimberley M. Sydorak, declare as follows:

I am employed with the law firm of Covington & Burling LLP, whose address is One Front Street, San Francisco, CA 94111

On March 16, 2009, I served the following:

**SEALED VERSION: EXHIBIT 1 TO THE DECLARATION OF SAMUEL F. ERNST IN SUPPORT OF DEFENDANT AND COUNTERCLAIMAINT SAMSUNG ELECTRONICS CO., LTD.'S OPENING CLAIM CONSTRUCTION BRIEF**

**SEALED VERSION: DEFENDANT AND COUNTERCLAIMANT SAMSUNG ELECTRONICS CO., LTD.'S OPENING CLAIM CONSTRUCTION BRIEF**

on the below parties in this action by sending an electronic image via e-mail using the below e-mail addresses:

| | |
|---|---|
| John P. Bovich, Esq. | William H. Manning, Esq. |
| E-mail: JBovich@reedsmith.com | E-mail: WHManning@rkmc.com |
| REED SMITH LLP | Brad P. Engdahl, Esq. |
| Two Embarcadero Center, Suite 2000 | E-mail: BPEngdahl@rkmc.com |
| San Francisco, CA 94111 | Samuel Walling |
| Tel.: (415) 543-8700 | Email: SLWalling@rkmc.com |
| Fax: (415) 391-8269 | David E. Marder, Esq. |
| | E-mail: DEMarder@rkmc.com |
| | ROBINS, KAPLAN, MILLER & CIRESI LLP |
| | 2800 LaSalle Plaza |
| | 800 LaSalle Avenue |
| | Minneapolis, MN 55402 |
| | Tel.: (612) 349-8500 |
| | Fax: (612) 339-4181 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this proof of service was executed on March 16, 2009 at San Francisco, California.

Kimberley M. Sydorak

---

1

CERTIFICATE OF SERVICE: CASE NO.: 3:08-CV-0986-SI