|   | IN THE UNITED STATES DISTRICT COURT |
|---|---|
|   | FOR THE NORTHERN DISTRICT OF CALIFORNIA |

ADVANCED MICRO DEVICES,

      Plaintiff,

  v.

SAMSUNG ELECTRONICS CO,

      Defendant.
                                   /

No. C 08-00986SI

**NOTICE**

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the motion for leave to amend answers and counterclaims has been continued to Friday, May 8, 2009, at 9:00 a.m.

Dated: March 18, 2009

RICHARD W. WIEKING, Clerk

Tracy Sutton
Deputy Clerk