ROBERT T. HASLAM (Bar No. 71134)
RHaslam@cov.com
MICHAEL K. PLIMACK (Bar No. 133869)
MPlimack@cov.com
CHRISTINE SAUNDERS HASKETT (Bar No. 188053)
CHaskett@cov.com
COVINGTON & BURLING LLP
1 Front Street, 35th Floor
San Francisco, California 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

ALAN H. BLANKENHEIMER (Bar No. 218713)
ABlankenheimer@cov.com
LAURA E. MUSCHAMP (Bar No. 228717)
LMuschamp@cov.com
JO DALE CAROTHERS (Bar No. 228703)
JCarothers@cov.com
COVINGTON & BURLING LLP
9191 Towne Centre Drive, 6th Floor
San Diego, California 92122
Telephone: (858) 678-1800
Facsimile: (850) 678-1600

Attorneys for Defendants and Counterclaimants
SAMSUNG ELECTRONICS CO., LTD., et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., <br><br> Plaintiffs and Counterdefendants, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendants and Counterclaimants. | Case No. 3:08-CV-0986-SI <br><br> **DECLARATION OF MICHAEL THOMAS IN SUPPORT OF SAMSUNG'S MOTION FOR SUMMARY JUDGMENT** <br><br> DATE: May 8, 2009 <br> TIME: 9:00 a.m. <br> COURTROOM: 10, 19th Floor <br> JUDGE: The Honorable Susan Illston |

**DECLARATION OF MICHAEL THOMAS IN SUPPORT OF SAMSUNG'S MOTION FOR SUMMARY JUDGMENT Case No. 3:08-CV-0986-SI**

I, Michael E. Thomas declare as follows:

1. I have been retained as an expert in this case by the Defendant-Counterclaimant Samsung entities ("Samsung"). No part of my compensation is dependent upon the particular outcome of this case or any issue in it.

2. I submit this Declaration in support of Samsung's motion for summary judgment of invalidity of claims 1 and 4 of U.S. Patent No. 5,545,592 ("the '592 patent").

3. I am over eighteen years of age and I am competent to testify as to the matters set forth herein if I am called upon to do so. If called as a witness, I could and would competently testify about the facts and opinions set forth herein.

4. In making the statements in this declaration, I rely on my personal knowledge, education, and professional experience. Attached as Exhibit A is a true and correct copy of my curriculum vitae, which summarizes my education and professional qualifications.

### The '592 Patent

5. The '592 patent relates to a technique for forming a contact on a silicon surface. Such a contact serves as a convenient way to form an electrical connection to the integrated circuit in the underlying silicon material. Below, I describe an embodiment of the patented technique that is set forth in the patent.

6. First, as shown in Figure 1 of the '592 patent, an oxide layer is grown above the silicon surface by exposing the surface to an oxidizing environment. '592 patent at 1:20-23. The oxide layer is composed of silicon atoms combined, at the molecular level, with oxygen atoms.

7. Next, as shown in Figure 2 of the '592 patent, a hole is created in the oxide layer and a layer of titanium is deposited over the exposed surfaces of the silicon and oxide. '592 patent at 1:24-28.

8. A high-temperature anneal (high temperature heating) causes the titanium layer in contact with the silicon layer to react with the silicon to form a titanium silicide layer (titanium and silicon atoms interdiffuse and combine) that is more electrically conductive than silicon alone. The remainder of the titanium (which covers the oxide layer) remains unreacted and is selectively removed. The resulting structure is shown in Figure 3 of the '592 patent. '592 patent at 1:29-36.

9. Next, a dielectric (electrically insulating) layer is deposited, for example an oxide layer. A hole is then created in the dielectric layer; this hole will form the outline of the metallic contact to the underlying surface. The resulting structure is depicted in Figure 4 of the '592 patent. '592 patent at 1:37-46.

10. Next, as shown in Figure 8 of the '592 patent, the patent discloses exposing the layers to active free nitrogen (N) by creating a plasma using a gas such as $N_2$ (nitrogen gas) or $NH_3$ (ammonia). In general, a plasma is a partially ionized gas that is electrically conductive and that responds to electromagnetic fields. "Partially ionized" means that some of the gas molecules are broken apart into "ions," which are atoms or groups of atoms with missing or added electrons. The '592 patent explains that the nitrogen plasma can be generated using any conventional plasma generating technique. '592 patent at 3:31-40.

11. In the presence of the nitrogen plasma, a portion of the titanium silicide layer near the surface is converted to titanium nitride (composed of titanium and nitrogen atoms, with some silicon atoms also included), as shown in Figure 9 of the patent. '592 patent at 3:41-43, 57-59. The '592 patent asserts that the benefits of this conversion are that the titanium nitride layer provides a protective barrier for the underlying titanium silicide layer and the conversion of titanium silicide to titanium nitride removes substances such as metal oxides from the surface of the titanium silicide layer. This removal improves the electrical conductivity of the contact. *Id*. at 3:54-67.

12. A titanium nitride layer is then deposited using conventional techniques onto the surface of the structure. This second titanium nitride layer covers the top surface of the dielectric oxide layer and the sides and bottom of the hole etched in the dielectric layer, as shown in Figure 10 of the patent. At the bottom of the contact hole, the patent asserts, this second (deposited) titanium nitride layer combines with the titanium nitride layer formed using the nitrogen plasma to form a single titanium nitride layer at the bottom of the contact hole. '592 patent at 4:1-10.

13. Finally, a tungsten metal plug is deposited in and around the contact hole, resulting in the structure shown in Figure 11 of the '592 patent. '592 patent at 4:11-12, 28. The metal is conductive and serves as a convenient contact for other circuits to form an electrical connection to the underlying silicon surface.

## Relevant Prosecution History of the '592 Patent

14. Attached as Exhibit B is a true and correct copy of excerpts of the prosecution history of the '592 patent.

15. In response to a rejection by the patent examiner, the patent applicant amended claim 1 as follows (amendments are underlined):

> 1. (Amended) A method for forming a contact to a semiconductor body, said method comprising the steps of:
>     forming a metal silicide layer on said body;
>     exposing said metal silicide layer to [active free] nitrogen <u>ionized in a plasma</u>, thereby converting a portion of said metal silicide layer to a first metal nitride <u>layer</u>;
>     depositing a layer of a second metal nitride over said metal silicide layer<u>, such that the second metal nitride layer overlays and engages said first metal nitride layer</u>; and
>     depositing a layer of a second metal over said metal nitride layer.

(Ex. B, 8/15/95 Response to Office Action at 1-2.)

16. In remarks accompanying these amendments, the applicant stated:

> … Claim 1 is amended to recite the step of "exposing said metal silicide layer to nitrogen ionized in a plasma …" This amendment is clearly supported in Applicant's specification from page 5, line 36, to page 6, line 8, which states in part "the active free nitrogen may be produced by generating a plasma above silicon body 100 using a nitrogen gas, such as $N_2$ or $NH_3$."

(Ex. B, 8/15/95 Response to Office Action at 4.)

17. The patent examiner again rejected claim 1 on several grounds, including that the newly added term "engages" was unclear. (Ex. B, 10/2/95 Office Action at 2.)

18. In response, the applicant clarified the meaning of the claim term "engages" in claim 1, stating:

> Applicant intends that ***the second nitride layer physically and electrically contacts the first nitride layer.*** The term "engages," which in one sense means to mesh or to come together and interlock, is used to convey more than a mere touching of the two layers. As stated in Applicant's specification, the "[d]eposited titanium nitride combines with titanium nitride layer 200 to form titanium nitride layer 220" of Figure 10. (Specification, Page 7, lines 9 and 10.) Applicant respectfully submits that the phrase of Claim 1 that states "the second metal nitride layer" clearly excludes the possibility of an intermediate layer between the first and second metal nitride layers."

(Ex. B, 12/18/95 Response to Office Action at 3-4 (internal footnote omitted) (emphasis added).)

### The Hillman Patent

19. U.S. Patent No. 5,975,912 to Hillman et al. ("the Hillman patent" or "Hillman") discloses a method for forming a contact to a semiconductor material. For example, Hillman states:

> In the formation of integrated circuits (IC's), ***thin films containing metal elements are often deposited*** upon the surface of a substrate, such as a semiconductor wafer. Thin films are deposited ***to provide conducting and ohmic contacts*** in the circuits and between the various devices of an IC. For example, a desired thin film might be ***applied to the exposed surface of a contact or via hole on a semiconductor wafer***, with the film passing through the insulative layers on the wafer to provide plugs of conductive material for the purpose of making interconnections across the insulating layers.

Hillman at 1:11-21 (emphases added). In this passage, Hillman discloses "thin films containing metal elements" being applied to a contact hole or a via to provide a metal contact that can be used to create an electrical connection to a semiconductor material (e.g., silicon)—or, in other words, a method for forming a contact to a semiconductor body.

20. Later in the patent, Hillman describes exactly the same method for forming a contact that is claimed in claims 1 and 4 of the '592 patent:

> An integrated contact metallization process can be used by first ***depositing titanium*** onto a silicon surface by PECVD. This will ***form a layer of titanium silicide***. After the titanium deposition an ***ammonia plasma anneal*** is performed to ***provide an upper layer of nitrided silicide titanium.*** Finally, a ***titanium nitride layer can be deposited*** by PECVD, again in the same reaction chamber. Finally, following the deposition of the titanium nitride, aluminum or ***tungsten metal can be sputter deposited***.

Hillman at 15:29-37 (emphases added). I will discuss each statement of this paragraph in turn.

21. Hillman discloses "depositing titanium onto a silicon surface . . . [to] form a layer of titanium silicide." Hillman at 15:29:31. Titanium silicide is a type of metal silicide.

22. Hillman states: "After the titanium deposition an ammonia plasma anneal is performed to provide an upper layer of nitrided silicide titanium." Hillman at 15:31-33; *see also id.* at 3:47-58. Performing an ammonia plasma anneal as disclosed in Hillman means exposing a substance to a nitrogen plasma generated using ammonia (chemical formula, $NH_3$) while performing an annealing (heating) process. Thus, Hillman's "ammonia plasma anneal" is one way to expose the metal silicide layer to nitrogen ionized in a plasma. (This is further confirmed by the '592 patent's prosecution history; see ¶¶ 15-16 above.) In addition, Hillman's "upper layer of

5

nitrided silicide titanium" (Hillman at 15:33) is formed by converting a portion of titanium silicide to titanium nitride.

23. Hillman states next that "a titanium nitride layer can be deposited." Hillman at 15:33-35. Titanium is a metal, and titanium nitride is a metal nitride. Because one layer of titanium nitride already exists due to the plasma anneal, the *deposited* titanium nitride layer is a second metal nitride layer. This second titanium nitride layer—having been deposited directly over the first titanium nitride layer (which resulted from the plasma anneal)—overlays the first titanium nitride layer and physically and electrically contacts the first titanium nitride layer. The second titanium nitride layer must come together with, interlock with, and be in physical and electrical contact with the first titanium nitride layer in order to maintain acceptable physical and electrical continuity of the contact being formed. The second titanium nitride layer thus "overlays and engages" the first titanium nitride layer, as that term is used in claim 1 of the '592 patent and is clarified in the patent applicant's remarks during prosecution (*see* ¶ 18 above).

24. Last, Hillman discloses: "Finally, following the deposition of the titanium nitride, aluminum or tungsten metal can be sputter deposited." This metal deposition step occurs immediately after the deposition of the second titanium nitride layer, which indicates that the metal is deposited over the second titanium nitride layer. The metals mentioned in this step (aluminum or tungsten) are different from the metal mentioned earlier in the process (titanium).

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this ___18th___ day of ___MARCH___, 2009 at Milpitas, California.

By _____, Ph.D
Michael Thomas