ROBERT T. HASLAM (Bar No. 71134)
rhaslam@cov.com
MICHAEL K. PLIMACK (Bar No. 133869)
mplimack@cov.com
CHRISTINE SAUNDERS HASKETT (Bar No. 188053)
chaskett@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

ALAN H. BLANKENHEIMER (Bar No. 218713)
ablankenheimer@cov.com
LAURA E. MUSCHAMP (Bar No. 228717)
lmuschamp@cov.com
JO DALE CAROTHERS (Bar No. 228703)
jcarothers@cov.com
COVINGTON & BURLING LLP
9191 Towne Centre Drive, 6th Floor
San Diego, CA 92122-1225
Telephone: (858) 678-1800
Facsimile: (858) 678-1600

Attorneys for Defendants and Counterclaimants SAMSUNG ELECTRONICS CO., LTD., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, LLC, SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, SAMSUNG TECHWIN CO., LTD., and SAMSUNG OPTO-ELECTRONICS AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al.,<br><br>Plaintiffs and Counterdefendants,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>Defendants and Counterclaimants. | Case No. 3:08-CV-0986-SI<br><br>**DECLARATION OF CHRISTINE SAUNDERS HASKETT IN SUPPORT OF SAMSUNG'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT 5,545,592**<br><br>DATE: May 8, 2009<br>TIME: 9:00 a.m.<br>COURTROOM: 10, 19th Floor<br>JUDGE: The Honorable Susan Illston |

I, Christine Saunders Haskett declare:

1. I am a partner with the law firm of Covington Burling LLP, counsel to Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc., Samsung Telecommunications America, LLC, Samsung Techwin Co., Ltd., and Samsung Opto-Electronics America, Inc. (collectively "Samsung") in the above-captioned matter. I make this declaration in support of Samsung's Motion for Summary Judgment of Invalidity of U.S. Patent No. 5,545,592. I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, could and would testify thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of U.S. Patent No. 5,545,592 to Iacoponi.

3. Attached hereto as **Exhibit 2** is a true and correct copy of U.S. Patent No. 5,975,912 to Hillman et al.

4. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts (pages 47, 62, and 63) of the deposition of John Iacoponi taken on November 18, 2008.

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of AMD's Responses and Objections To Samsung's First Set of Interrogatories to AMD (Nos. 1-13), which were served on October 15, 2008.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at San Francisco, California on March 19, 2009.

By: /s/ *Christine Saunders Haskett*
Christine Saunders Haskett

SF: 117291-1

DECL. OF CHRISTINE SAUNDERS HASKETT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
CASE NO.: 3:08-CV-0986 SI

1