Goodard v. Google, Inc.

Doc. 145 Att. 2

# EXHIBIT 3

Dockets.Justia.com

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
------------------------------------x
ADVANCED MICRO DEVICES, INC.,
et al,

       Plaintiffs and
       CounterDefendants

       -against-          Case No.
                           3:08-CV-0986-SI
SAMSUNG ELECTRONICS CO., LTD.,
et al,

       Defendants and
       Counterclaimants.

------------------------------------x


(HIGHLY CONFIDENTIAL-OUTSIDE COUNSEL'S EYES

ONLY PORTIONS ARE ON THE FOLLOWING PAGES:

96-106; 112-113; 178; 180-192)



       CONFIDENTIAL


  VIDEOTAPE DEPOSITION of JOHN IACOPONI,

taken by the Defendants at the offices of

Covington & Burling, 620 Eighth Avenue, New York,

New York, on November 18, 2008, at 9:00 o'clock

a.m., before Catherine M. Donahue, a Certified

Court Reporter and Notary Public within and for

the State of New York.

1  the first one.
2      Q.  Do you remember if there might have
3  been other patents before this one?
4      A.  There might have been, but I don't
5  recall if this was the first or not.
6      Q.  The patent, the '592 patent is
7  titled Nitrogen Treatment for Metal-Silicide
8  Contact, right?
9      A.  Yes.
10     Q.  And this patent relates to the
11 technical area of forming contacts in
12 semiconductor devices, right?
13     A.  Yes.
14     Q.  And that's an area that you have
15 worked in your entire career essentially with
16 AMD, right?
17     A.  Yes, that's correct.
18     Q.  When we were talking earlier, you
19 mentioned Sematech and also the VMIC
20 conferences.
21         Are there any other industry
22 organizations that you have belonged to that
23 relate to interconnect or contact formation
24 technology?
25     A.  Yes.

1  see if there was anything in there that might be
2  relevant to this lawsuit?
3       A.   I looked, yes.
4       Q.   And you decided that there wasn't
5  anything relevant to the lawsuit?
6       A.   That's correct.
7       Q.   Why did you decide that?
8       A.   I think the reason, the primary
9  reason is that the documentation I have is, you
10 know, industry journals from 2008, 2007. IITC
11 conference proceedings from, you know, the
12 years, random years of 2000 or 2001, et cetera.
13      Q.   So you don't have anything in that
14 file that is dated from the 1990s?
15      A.   In the 1990s until 1999, yes, there
16 are files; so, yes, there are.
17      Q.   Do you have anything in that file
18 that is dated before 1997?
19      A.   I don't -- I don't recall.
20      Q.   Other than the file that you -- that
21 we were just talking about, do you have any
22 other files that you keep of either U.S. or
23 foreign patents?
24      A.   No.
25      Q.   AMD has asserted in this case that

1 you conceived the inventions of the '592 patent
2 by October 14, 1994.
3     Do you agree with that date?
4   A.  October 14, '94?
5   Q.  Yes.
6   A.  Yes, I do.
7   Q.  You didn't conceive the inventions
8 of the '592 patent before October 14, '94,
9 correct?
10  A.  That's my understanding, yes.
11  Q.  What is it about that date,
12 October 14, 1994, that tells you that that was
13 the date that these inventions were conceived?
14  A.  I'm not sure I understand. I'm not
15 sure I understand your question.
16  Q.  Well, my question is just
17 October 14, 1994 is a specific date. I'm
18 wondering what was it that happened on
19 October 14, 1994 relevant to this patent?
20  A.  Part of my job responsibilities were
21 to find solutions, address the problems of
22 interconnect technology that we were facing.
23 And it was part of the normal course of the job,
24 I -- it was part of my job responsibilities to
25 find, to develop, find solutions for the

```
 1                    C E R T I F I C A T E
 2    STATE OF NEW YORK  )
 3                      )SS:
 4    COUNTY OF NEW YORK )
 5
 6        I, CATHERINE M. DONAHUE, a Certified Court
 7    Reporter and Notary Public within and for the
 8    State of New York, do hereby certify:
 9        That the witness whose deposition is
10    hereinbefore set forth was duly sworn by me and
11    that such deposition is a true record of the
12    testimony given by such witness.
13        I further certify that I am not related to
14    any of the parties to this action by blood or
15    marriage, and that I am in no way interested in
16    the outcome of this matter.
17        IN WITNESS WHEREOF, I have hereunto set my
18    hand this 24th day of November, 2008.
19
20                        [signature]
21                        ─────────────────────────
                          CATHERINE M. DONAHUE, CCR
22
23
24
25
```