1    ROBERT T. HASLAM (Bar No. 71134)
rhaslam@cov.com
2    MICHAEL K. PLIMACK (Bar No. 133869)
mplimack@cov.com
3    CHRISTINE SAUNDERS HASKETT (Bar No. 188053)
chaskett@cov.com
4    SAMUEL F. ERNST (Bar No. 223963)
sernst@cov.com
5    COVINGTON & BURLING LLP
One Front Street
6    San Francisco, CA 94111
Telephone: (415) 591-6000
7    Facsimile: (415) 591-6091

8    ALAN H. BLANKENHEIMER (Bar No. 218713)
ablankenheimer@cov.com
9    LAURA E. MUSCHAMP (Bar No. 228717)
lmuschamp@cov.com
10    JO DALE CAROTHERS (Bar No. 228703)
jcarothers@cov.com
11    COVINGTON & BURLING LLP
9191 Towne Centre Drive, 6th Floor
12    San Diego, CA 92122-1225
Telephone: (858) 678-1800
13    Facsimile: (858) 678-1600

Attorneys for Defendants and Counterclaimants SAMSUNG ELECTRONICS CO., LTD., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, LLC, SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, SAMSUNG TECHWIN CO., LTD., and SAMSUNG OPTO-ELECTRONICS AMERICA, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al.,<br><br>Plaintiffs and Counterdefendants,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>Defendants and Counterclaimants. | Case No. 3:08-CV-0986-SI<br><br>**EXHIBIT 4 TO THE DECLARATION OF CHRISTINE SAUNDERS HASKETT IN SUPPORT OF SAMSUNG'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO 5,545,592**<br><br>**MANUAL FILING NOTIFICATION**<br><br>DATE: May 8, 2009<br>TIME: 9:00 a.m.<br>COURTROOM: 10, 19th Floor<br>JUDGE: The Honorable Susan Illston |

EX. 4 TO THE DECL. OF CHRISTINE SAUNDERS HASKETT
ISO OF SAMSUNG'S MOTION FOR SUMMARY JUDGMENT
CV-08-0986-SI

| | |
|---|---|
| 1 | **MANUAL FILING NOTIFICATION** |
| 2 | **Regarding: EXHIBIT 4 TO THE DECLARATION OF CHRISTINE SAUNDERS HASKETT IN SUPPORT OF DEFENDANT AND COUNTERCLAIMANT SAMSUNG'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 5,545,592** |

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the Court, please see the Court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____
     _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

**[X] Item Under Seal**

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____
     _____

DATED: March 19, 2009                    COVINGTON & BURLING LLP

                                         By:  */s/ Robert T. Haslam*
                                              Robert T. Haslam

                                         Attorneys for Defendants and
                                         Counterclaimants SAMSUNG
                                         ELECTRONICS CO., LTD., SAMSUNG
                                         SEMICONDUCTOR, INC., SAMSUNG
                                         AUSTIN SEMICONDUCTOR, LLC,
                                         SAMSUNG ELECTRONICS
                                         AMERICA, INC., SAMSUNG
                                         TELECOMMUNICATIONS AMERICA,
                                         LLC, SAMSUNG TECHWIN CO.,
                                         LTD., and SAMSUNG
                                         OPTO-ELECTRONICS AMERICA,
                                         INC.


EX. 4 TO THE DECL. OF CHRISTINE SAUNDERS
HASKETT ISO OF SAMSUNG'S MOTION FOR SUMMARY
JUDGMENT
CV-08-0986-SI

1
