ROBERT T. HASLAM (Bar No. 71134)
rhaslam@cov.com
MICHAEL K. PLIMACK (Bar No. 133869)
mplimack@cov.com
CHRISTINE SAUNDERS HASKETT (Bar No. 188053)
chaskett@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

ALAN H. BLANKENHEIMER (Bar No. 218713)
ablankenheimer@cov.com
LAURA E. MUSCHAMP (Bar No. 228717)
lmuschamp@cov.com
JO DALE CAROTHERS (Bar No. 228703)
jcarothers@cov.com
COVINGTON & BURLING LLP
9191 Towne Centre Drive, 6th Floor
San Diego, CA 92122-1225
Telephone: (858) 678-1800
Facsimile: (858) 678-1600

Attorneys for Defendants and Counterclaimants SAMSUNG ELECTRONICS CO., LTD., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, LLC, SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, SAMSUNG TECHWIN CO., LTD., and SAMSUNG OPTO-ELECTRONICS AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al.,<br><br>Plaintiffs and Counterdefendants,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>Defendants and Counterclaimants. | Case No. 3:08-CV-0986-SI<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 5,545,592** |

[PROPOSED] ORDER GRANTING MOTION FOR SUMMARY JUDGMENT
CV-08-0986-SI

Defendants and Counterclaimants Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc., Samsung Telecommunications America, LLC, Samsung Techwin Co., Ltd., and Samsung Opto-Electronics America, Inc. ("Samsung") have moved the Court for summary judgment of invalidity of U.S. Patent No. 5,545,592 ("the '592 patent") under Rule 56 of the Federal Rules of Civil Procedure and 35 U.S.C. §§ 102 and/or 103.

Having considered that motion and its supporting papers, any oppositions to that motion, and any further proceedings, and finding good cause supporting it, the Court finds that:

- U.S. Patent No. 5,975,912 ("the Hillman patent") is prior art to the '592 patent under at least 35 U.S.C. § 102(e) because the Hillman patent was filed before the conception of the '592 patent;
- every limitation of claims 1 and 4 of the '592 patent is disclosed by U.S. Patent No. 5,975,912 ("the Hillman patent"), and in particular, at least by the Hillman patent at 1:11-21 and 15:29-37;
- claims 1 and 4 of the '592 patent are anticipated by the Hillman patent.

IT IS THEREFORE ORDERED that Samsung's Motion for Summary Judgment of Invalidity of U.S. Patent No. 5,545,592 is GRANTED.

**IT IS SO ORDERED.**

Date: _____    _____

                                        Honorable Susan Illston
                                        United States District Judge