1  ROBERT T. HASLAM (Bar No. 71134)
   rhaslam@cov.com
2  MICHAEL K. PLIMACK (Bar No. 133869)
   mplimack@cov.com
3  CHRISTINE SAUNDERS HASKETT (Bar No. 188053)
   chaskett@cov.com
4  COVINGTON & BURLING LLP
   One Front Street
5  San Francisco, CA 94111
   Telephone:   (415) 591-6000
6  Facsimile:   (415) 591-6091

7  ALAN H. BLANKENHEIMER (Bar No. 218713)
   ablankenheimer@cov.com
8  LAURA E. MUSCHAMP (Bar No. 228717)
   lmuschamp@cov.com
9  JO DALE CAROTHERS (Bar No. 228703)
   jcarothers@cov.com
10 COVINGTON & BURLING LLP
   9191 Towne Centre Drive, 6th Floor
11 San Diego, CA 92122-1225
   Telephone:   (858) 678-1800
12 Facsimile:   (858) 678-1600

13 Attorneys for Defendants and Counterclaimants SAMSUNG ELECTRONICS CO., LTD.,
   SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, LLC,
14 SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS
   AMERICA, LLC, SAMSUNG TECHWIN CO., LTD., and SAMSUNG OPTO-ELECTRONICS
15 AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., | CASE NO. 3:08-CV-0986-SI |
| Plaintiffs and Counterdefendants, | **CERTIFICATE OF SERVICE** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., et al., | |
| Defendants and Counterclaimants. | |

# CERTIFICATE OF SERVICE BY E-MAIL
## Case No.: 3:08-CV-0986-SI, N.D. Cal.

I, Kimberley M. Sydorak, declare as follows:

I am employed with the law firm of Covington & Burling LLP, whose address is One Front Street, San Francisco, CA 94111

On March 19, 2009, I served the following:

**SEALED VERSION: EXHIBIT 4 TO THE DECLARATION OF CHRISTINE SAUNDERS HASKETT IN SUPPORT OF SAMSUNG'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 5,545,592**

on the below parties in this action by sending an electronic image via e-mail using the below e-mail addresses:

| | |
|---|---|
| John P. Bovich, Esq.<br>E-mail: JBovich@reedsmith.com<br>REED SMITH LLP<br>Two Embarcadero Center, Suite 2000<br>San Francisco, CA 94111<br>Tel.: (415) 543-8700<br>Fax: (415) 391-8269 | William H. Manning, Esq.<br>E-mail: WHManning@rkmc.com<br>Brad P. Engdahl, Esq.<br>E-mail: BPEngdahl@rkmc.com<br>Samuel Walling<br>Email: SLWalling@rkmc.com<br>David E. Marder, Esq.<br>E-mail: DEMarder@rkmc.com<br>ROBINS, KAPLAN, MILLER<br>  & CIRESI LLP<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402<br>Tel.: (612) 349-8500<br>Fax: (612) 339-4181 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this proof of service was executed on March 19, 2009 at San Francisco, California.

_____
Kimberley M. Sydorak