ROBERT T. HASLAM (Bar No. 71134)
rhaslam@cov.com
MICHAEL K. PLIMACK (Bar No. 133869)
mplimack@cov.com
CHRISTINE SAUNDERS HASKETT (Bar No. 188053)
chaskett@cov.com
SAMUEL F. ERNST (Bar No. 223963)
sernst@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

ALAN H. BLANKENHEIMER (Bar No. 218713)
ablankenheimer@cov.com
LAURA E. MUSCHAMP (Bar No. 228717)
lmuschamp@cov.com
JO DALE CAROTHERS (Bar No. 228703)
jcarothers@cov.com
COVINGTON & BURLING LLP
9191 Towne Centre Drive, 6th Floor
San Diego, CA 92122-1225
Telephone: (858) 678-1800
Facsimile: (858) 678-1600

Attorneys for Defendants and Counterclaimants SAMSUNG ELECTRONICS CO., LTD., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, LLC, SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, SAMSUNG TECHWIN CO., LTD., and SAMSUNG OPTO-ELECTRONICS AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., <br><br> Plaintiffs and Counterdefendants, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendants and Counterclaimants. | Case No. 3:08-CV-0986-SI <br><br> **DECLARATION OF LAURA E. MUSCHAMP IN SUPPORT OF SAMSUNG'S MOTION FOR LEAVE TO AMEND ITS PRELIMINARY INVALIDITY CONTENTIONS** <br><br> DATE: April 3, 2009 <br> TIME: 9:00 a.m. <br> COURTROOM: 10, 19th Floor <br> JUDGE: The Honorable Susan Illston |

DECLARATION OF LAURA E. MUSCHAMP IN
SUPPORT OF MOTION TO AMEND PICS

I, Laura E. Muschamp declare:

1. I am a partner with the law firm of Covington & Burling LLP, counsel to Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc., Samsung Telecommunications America, LLC, Samsung Techwin Co., Ltd., and Samsung Opto-Electronics America, Inc. (collectively "Samsung") in the above-captioned matter. I make this declaration in support of Samsung's Motion for Leave to Amend Its Preliminary Invalidity Contentions in this action, pursuant to Patent L.R. 3-7. I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, could and would testify thereto.

2. Samsung began searching for and analyzing prior art to all of the AMD patents-in-suit promptly after the complaint in this matter was filed.

3. Samsung's efforts to find and analyze prior art to all of the AMD patent-in-suit were ongoing until the time Samsung served its original Preliminary Invalidity Contentions on November 14, 2008.

4. Samsung's prior art search and analysis efforts were conducted by all of the following:
   - Attorneys and others employed by Samsung
   - Attorneys and staff employed by Samsung's outside counsel
   - Prior art search firms
   - Outside technical experts

5. After Samsung's Preliminary Invalidity Contentions were served, Samsung continued to search for and analyze prior art.

6. To the best of my knowledge and recollection, the prior art references U.S. Patent No. 5,222,047; U.S. Patent No. 4,788,667; U.S. Patent No. 5,276,649; U.S. Patent No. 5,210,723; and U.S. Patent No. 5,287,324 first came to the attention of Samsung's attorneys on or about January 12, 2009, when they were brought to Samsung's attention by an outside technical expert, who had been instructed to forward such references as soon as practical upon

finding them.  Samsung's attorneys began to analyze these references promptly after receiving them.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed at San Diego, California on March 20, 2009.

By: /s/ *Laura E. Muschamp*
Laura E. Muschamp

SD: 1739-1

DECLARATION OF LAURE E. MUSCHAMP IN SUPPORT OF MOTION TO AMEND PICS     2