ROBERT T. HASLAM (Bar No. 71134)
rhaslam@cov.com
MICHAEL K. PLIMACK (Bar No. 133869)
mplimack@cov.com
CHRISTINE SAUNDERS HASKETT (Bar No. 188053)
chaskett@cov.com
SAMUEL F. ERNST (Bar No. 223963)
sernst@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

ALAN H. BLANKENHEIMER (Bar No. 218713)
ablankenheimer@cov.com
LAURA E. MUSCHAMP (Bar No. 228717)
lmuschamp@cov.com
JO DALE CAROTHERS (Bar No. 228703)
jcarothers@cov.com
COVINGTON & BURLING LLP
9191 Towne Centre Drive, 6th Floor
San Diego, CA 92122-1225
Telephone: (858) 678-1800
Facsimile: (858) 678-1600

Attorneys for Defendants and Counterclaimants SAMSUNG ELECTRONICS CO., LTD., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, LLC, SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, SAMSUNG TECHWIN CO., LTD., and SAMSUNG OPTO-ELECTRONICS AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., <br><br> Plaintiffs and Counterdefendants, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendants and Counterclaimants. | Case No. 3:08-CV-0986-SI <br><br> **DECLARATION OF CHRISTOPHER J. LONGMAN IN SUPPORT OF SAMSUNG'S MOTION FOR LEAVE TO AMEND ITS PRELIMINARY INVALIDITY CONTENTIONS** <br><br> DATE: April 3, 2009 <br> TIME: 9:00 a.m. <br> COURTROOM: 10, 19th Floor <br> JUDGE: The Honorable Susan Illston |

I, Christopher J. Longman declare:

1. I am an attorney with the law firm of Covington Burling LLP, counsel to Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc., Samsung Telecommunications America, LLC, Samsung Techwin Co., Ltd., and Samsung Opto-Electronics America, Inc. (collectively "Samsung") in the above-captioned matter. I make this declaration in support of Samsung's Motion for Leave to Amend Its Preliminary Invalidity Contentions in this action, pursuant to Patent L.R. 3-7. I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, could and would testify thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a letter from Kim Sydorak to Samuel L. Walling and John P. Bovich dated January 13, 2009.

3. Attached hereto as **Exhibit 2** is a true and correct copy of a letter from Kim Sydorak to Samuel L. Walling and John P. Bovich dated January 26, 2009.

4. Attached hereto as **Exhibit 3** is a true and correct copy of a letter from Kim Sydorak to Samuel L. Walling and John P. Bovich dated February 12, 2009.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at San Diego, California on March 20, 2009.

By: /s/ *Christopher J. Longman*
     Christopher J. Longman

SF: 117435-1

DECLARATION OF CHRISTOPHER J. LONGMAN IN SUPPORT OF MOTION TO AMEND PICS;
CASE NO. 3:08-CV-0986 SI

1