Goodard v. Google, Inc.											Doc. 151 Att. 1

# EXHIBIT 2

Dockets.Justia.com

COVINGTON & BURLING LLP

ONE FRONT STREET
SAN FRANCISCO, CA 94111-5356
TEL 415.591.6000
FAX 415.591.6091
WWW.COV.COM

BEIJING
BRUSSELS
LONDON
NEW YORK
SAN DIEGO
SAN FRANCISCO
SILICON VALLEY
WASHINGTON

January 26, 2009

VIA FEDERAL EXPRESS

Samuel L. Walling
Robins, Kaplan, Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Ave.
Minneapolis, MN 55402-2015

John P. Bovich
Reed Smith
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

Re: Advanced Micro Devices, Inc. et al. v. Samsung Electronics Co., Ltd. et al., No CV-08-0986-SI

Dear Counsel:

Enclosed for service please find a CD containing SAMAMD0278112-SAMAMD0278161.

If you have any questions concerning this production, do not hesitate to contact me.

Sincerely,

Kim Sydorak
Senior Paralegal

Enclosure

SF: 114799-1