UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>Defendants. | Case. No. CV-08-0986-SI<br><br>**[PROPOSED] ORDER** |

Defendants Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc., Samsung Telecommunications America, LLC, Samsung Techwin Co., Ltd., and Samsung Opto-Electronics America, Inc. (collectively "Samsung") have asked the Court to extend the deadline for compliance with the Court's March 9, 2009, Order compelling production of firmware source code for certain Samsung accused products. In response, Plaintiffs Advanced Micro Devices, Inc. and ATI Technologies ULC (collectively "AMD") have asked the Court to enter a Second Addendum to the Parties' Joint Stipulated Protective Order (Dkt. #60) and order that Samsung make the production of firmware source code ordered on March 9, 2009, (Dkt. #119) at the offices of Reed Smith LLP in Palo Alto, California.

Samsung's request for an extension of time to comply with the Court's Order requiring production of firmware source code is DENIED. AMD's request is GRANTED. The Court adopts the Second Addendum to the Parties' Joint Stipulated Protective Order proposed by AMD. Samsung shall immediately make its firmware source code production in compliance with the Court's Order dated March 9, 2009, at the offices of Reed Smith LLP in Palo Alto, California, in accordance with the Second Addendum to the Parties' Joint Stipulated Protective Order.

Case No. CV-08-0986-SI [PROPOSED] ORDER

**IT IS SO ORDERED.**

March __, 2009

_____
Honorable Susan Illston
United States District Judge