William H. Manning (*pro hac vice*)
E-mail: WHManning@rkmc.com
Brad P. Engdahl (*pro hac vice*)
E-mail: BPEngdahl@rkmc.com
Aaron R. Fahrenkrog (*pro hac vice*)
E-mail: ARFahrenkrog@rkmc.com
**Robins, Kaplan, Miller & Ciresi L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181

John P. Bovich (SBN 150688)
E-mail: JBovich@reedsmith.com
**Reed Smith LLP**
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111
Telephone: 415-543-8700

Attorneys for Plaintiffs Advanced Micro Devices, Inc., et al.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendants. | Case. No. CV-08-0986-SI <br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that on March 29, 2009, I electronically filed AMD's letter and enclosures opposing Samsung's request (Dkt. #154) for an extension of time to comply with the Court's Order (Dkt. #119) regarding firmware source code, with the Clerk of Court using the CM/ECF system, which will send notice of such filing to the following attorneys:

Case No. CV-08-0986-SI         CERTIFICATE OF SERVICE

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

1 | Robert T. Haslam, Esq.
E-mail: rhaslam@cov.com

Michael K. Plimack, Esq.
E-Mail: mplimack@cov.com

Christine Saunders Haskett, Esq.
E-mail: chaskett@cov.com

Alan Blankenheimer, Esq.
E-mail: ablankenheimer@cov.com

DATED: March 29, 2009

_____
Aaron R. Fahrenkrog (*pro hac vice*)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Ave.
Minneapolis, MN 55402-2015
Phone: (612) 349-8500
Facsimile: (612) 339-4181
E-mail: ARFahrenkrog@rkmc.com