William H. Manning (*pro hac vice*)
E-mail: WHManning@rkmc.com
Cole M. Fauver (*pro hac vice*)
E-mail: CMFauver@rkmc.com
Anthony G. Beasley (*pro hac vice*)
E-mail: AGBeasley@rkmc.com
**Robins, Kaplan, Miller & Ciresi L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181

John P. Bovich (SBN 150688)
E-mail: JBovich@reedsmith.com
**Reed Smith LLP**
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111
Telephone: 415-543-8700

Attorneys for Plaintiffs Advanced Micro
Devices, Inc. and ATI Technologies ULC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., <br><br> Counterclaim-Plaintiff, <br><br> v. <br><br> ADVANCED MICRO DEVICES, INC. <br><br> Defendants. | Case No. CV-08-0986-SI <br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that on March 30, 2009, I electronically filed

1) Counterclaim-Defendants' Responsive Claim Construction Brief;

2) Declaration of Anthony G. Beasley in Support of Counterclaim-Defendants' Responsive Claim Construction Brief;

3) Declaration of Thomas Gafford in Support of Counterclaim-Defendants' Responsive Claim Construction Brief;

4) Declaration of Thomas F. Edgar, Ph.D. in Support of Counterclaim-Defendants' Responsive Claim Construction Brief;

5) Proposed Order;

with the Clerk of Court using the CM/ECF system, which will send notice of such filing to the following attorneys:

Robert T. Haslam, Esq.
E-mail: rhaslam@cov.com

Michael K. Plimack, Esq.
E-Mail: mplimack@cov.com

Christine Saunders Haskett, Esq.
E-mail: chaskett@cov.com

Alan Blankenheimer, Esq.
E-mail: ablankenheimer@cov.com

DATED: March 30, 2009

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: _____
Anthony G. Beasley (*pro hac vice*)

**ATTORNEY FOR COUNTERCLAIM-DEFENDANTS ADVANCED MICRO DEVICES, INC. AND ATI TECHNOLOGIES, ULC**

Case. No. CV-08-0986-SI — - 1 - — CERTIFICATE OF SERVICE