William H. Manning (*pro hac vice*)
E-mail: WHManning@rkmc.com
Cole M. Fauver (*pro hac vice*)
E-mail: CMFauver@rkmc.com
Anthony G. Beasley (*pro hac vice*)
E-mail: AGBeasley@rkmc.com
**Robins, Kaplan, Miller & Ciresi L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Telephone:  612-349-8500
Facsimile:  612-339-4181

John P. Bovich (SBN 150688)
E-mail: JBovich@reedsmith.com
**Reed Smith LLP**
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111
Telephone:  415-543-8700
Facsimile:  415-391-8269

Attorneys for Plaintiffs and Counterclaim-Defendants Advanced Micro Devices, Inc. and ATI Technologies, ULC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD.<br><br>Counterclaim-Plaintiff<br><br>v.<br><br>ADVANCED MICRO DEVICES, INC., et al.,<br><br>Counterclaim-Defendants. | Case No. CV-08-0986-SI<br><br>**DECLARATION OF ANTHONY G. BEASLEY IN SUPPORT OF COUNTERCLAIM-DEFENDANTS' RESPONSIVE CLAIM CONSTRUCTION BRIEF** |

I, Anthony G. Beasley, do hereby declare as follows:

1. I am an associate with the law firm of Robins, Kaplan, Miller & Ciresi L.L.P., and am one of the attorneys representing the Counterclaim-Defendants in this action. I make all of the statements in this Declaration of my own personal knowledge and in accord with 28 U.S.C. § 1746.

2. Attached as Exhibit A is a true and correct copy of U.S. Patent No. 5,781,750 (Blomgren).

3. Attached as Exhibit B is a true and correct copy of U.S. Patent No. 5,740,065 (Jang).

4. Attached as Exhibit C is a true and correct copy of an excerpt from 08/179,926 Examiner's Action, Jun. 16, 1994 (the first office action rejecting all claims of the '750 patent as anticipated by Ueda and de Nicolas).

5. Attached as Exhibit D is a true and correct copy of an excerpt from 08/179,926 Amendment and Response, Sep. 20, 1994 (the first response from the applicant distinguishing Ueda and de Nicolas).

6. Attached as Exhibit E is a true and correct copy of an excerpt from 08/179,926 Examiner's Action, Nov. 16, 1994 (the second office action rejecting all claims of the '750 patent as obvious over Portanova in view of Onishi and Bullions).

7. Attached as Exhibit F is a true and correct copy of an excerpt from 08/179,926 Amendment and Response, Feb. 14, 1995 (the second response from the applicant distinguishing Portanova, Onishi and Bullions).

8. Attached as Exhibit G is a true and correct copy of an excerpt from 08/179,926 Examiner's Action, Apr. 5, 1995 (the third office action rejecting all claims of the '750 patent as obvious over Portanova in view of Onishi and Bullions, and citing Lee and Agnew as of general interest.)

9. Attached as Exhibit H is a true and correct copy of an excerpt from 08/179,926 Amendment and Response, May 22, 1995 (the third response from the applicant distinguishing Portanova, Onishi, Bullions, Lee and Agnew).

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

1    10.    Attached as Exhibit I is a true and correct copy of an excerpt from 08/179,926 Brief on Appeal, Aug. 29, 1995 (the applicant's appeal from the examiner's final rejection of all claims of the '750 patent).

11.    Attached as Exhibit J is a true and correct copy of an excerpt from 08/179,926 Reply Brief (Nov. 29, 1995) (the examiner's answer to the applicant's appeal brief).

12.    Attached as Exhibit K is a true and correct copy of an excerpt from Webster's Third New International Dictionary (2002).

13.    Attached as Exhibit L is a true and correct copy of an excerpt from Merriam-Webster's Collegiate Dictionary (10th Ed. 1994).

14.    Attached as Exhibit M is a true and correct copy of a Wikipedia.com article entitled "Moving average," from *http://en.wikipedia.org/Moving_average*, retrieved Dec. 18, 2008.

15.    Attached as Exhibit N is a true and correct copy of "Table A: Applicant's use of 'separate instruction sets' to distinguish prior art."

16.    Attached as Exhibit O is a true and correct copy of "Table B: Applicant's limitation of the '750 invention to one that processes RISC and CISC instruction sets specifically."

17.    Attached as Exhibit P is a true and correct copy of "Table C: Applicant's disclaimer of 'mere extensions' of instruction sets."

18.    Attached as Exhibit Q is a true and correct copy of the Translation of Amendment to Japanese Patent No. 2662377, Nov. 12, 1998 (produced at SAMAMD0038787).

19.    Attached as Exhibit R is a true and correct copy of U.S. Patent No. 3,764,988 (Onishi) (a prior art reference cited by the examiner in the '750 prosecution history).

20.    Attached as Exhibit S is a true and correct copy of U.S. Patent No. 4,763,242 (Lee) (a prior art reference cited by the examiner in the '750 prosecution history).

21.    Attached as Exhibit T is a true and correct copy of U.S. Patent No. 4,514,803 (Agnew) (a prior art reference cited by the examiner in the '750 prosecution history).

22.    Attached as Exhibit U is a true and correct copy of U.S. Patent No. 4,821,187

(Ueda) (a prior art reference cited by the examiner in the '750 prosecution history).

23. Attached as Exhibit V is a true and correct copy of U.S. Patent No. 4,992,934 (Portanova) (a prior art reference cited by the examiner in the '750 prosecution history).

24. Attached as Exhibit W is a true and correct copy of U.S. Patent No. 5,167,023 (de Nicolas) (a prior art reference cited by the examiner in the '750 prosecution history).

25. Attached as Exhibit X is a true and correct copy of "High Performance Dual Architecture Processor," IBM Technical Disclosure Bulletin, vol. 36, No. 2, Feb. 1993.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 30 day of March, 2009, at Minneapolis, Minnesota.

Anthony G. Beasley (*pro hac vice*)