Goodard v. Google, Inc.

Doc. 157 Att. 10

# EXHIBIT K

Dockets.Justia.com

# Webster's Third New International Dictionary

OF THE ENGLISH LANGUAGE
UNABRIDGED

AMD001989856



**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 2002 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language,
unabridged: a Merriam-Webster/editor in chief, Philip Babcock Gove
and the Merriam-Webster editorial staff.
    p.   cm.
    ISBN-13: 978-0-87779-201-7 (buckram)
    ISBN-10: 0-87779-201-1 (buckram)
    1. English language—Dictionaries. I. Gove, Philip Babcock,
1902–1972.  II. Merriam-Webster, Inc.
PE1625.W36 1993
423-dc20

*All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA

5455QKY0605

AMD001989857

⟨keep careful ~ of all you do⟩ 9 a : a statement of facts or events ⟨a newspaper remarkable for its sober ~s of the theater world⟩ b : an informative report or descriptive narration ⟨an ~ of the varieties of tropical vegetation⟩ ⟨the ~ of a battle⟩ c : a study or narrative usu. nonfictional and wholly objective ⟨an illuminating ~ of colonial days⟩ 10 : HEARSAY — usu. used in pl. ⟨by all ~s he is very rich⟩ ⟨he has been quite successful, from all ~s⟩ 11 : a sum of money or its equivalent deposited in the common cash of a bank and subject to withdrawal at the option of the depositor 12 : a common-law action for a statement of receipts and disbursements and the recovery of any balance due; also : the writ by which it was brought 13 : the fortnightly or monthly settlement between buyers and sellers on the London Stock Exchange; also : the period from one such settlement to another — usu. used with the; compare ACCOUNT DAYS, TERM SETTLEMENT 14 : performance or rendition (as of a musical composition) ⟨the pianist gave a sensitive ~ of it⟩ syn see ²USE — for account of prep : on behalf of — for the account : not for settlement until the end of the term-settlement period — for the account and risk of : on behalf of and at the hazard of — used by a stock-exchange broker to indicate that he is solely an agent in buying or selling for a customer — in account with prep : in reckoning with : in the relationship of creditor or debtor to — on account of prep : for the sake of : by reason of : because of ⟨on account of her love for them, she did all that was possible⟩ — on one's own account 1 : for one's own interest or on one's own behalf ⟨I'm doing it on my own account, not for anyone else⟩ 2 : at one's own risk ⟨it's a dangerous plan, one you'll have to follow up on your own account⟩ 3 : on one's own intelligence or strength : on one's own motivation : by oneself ⟨she left her parents and lived in the city entirely on her own account⟩

²account \"\ vb -ED/-ING/-s [ME accounten, acounten, acompten, fr. MF aconter, acompter, fr. a- (fr. L ad-) + conter, compter to count — more at COUNT] vt 1 a obs : to calculate the numerical quantity of : COUNT ⟨my father and my mother ~ the days —William Caxton⟩ b obs : to determine or establish by comparison with a fixed point or standard c obs : to include in an enumeration or calculation ⟨~ing the Lent season —Thomas Cogan⟩ d archaic : CREDIT, ALLOT e : to probe into : give an analytical report on : take or render account of ⟨the report will be ~ed by the finance committee⟩ 2 : to think of as : look upon as : rate, regard, or classify as — usu. used passively or reflexively ⟨he was ~ed a lawyer of ability —G.S.Bryan⟩ ⟨they ~ed themselves fortunate⟩ ~ vi 1 obs : COUNT 2 archaic : to give or receive a financial account : settle an account 3 : to furnish a justifying analysis or a detailed explanation of one's financial credits and debits or of the discharge of any of one's responsibilities — used with for ⟨the broker ~ed satisfactorily for his expenditures⟩ ⟨he could not ~ for the time spent away from his post⟩ 4 : to furnish substantial reasons or a convincing explanation : make clear or reveal basic causes — used with for ⟨a consistent theory which would ~ for the facts —G.C.Sellery⟩ 5 a : to be the sole or primary factor in the existence, acquisition, supply, use, or disposal of an indicated thing — used with for ⟨the region ~s for a large part of usable timber⟩ b : to bring about the capture, death, or destruction of an indicated thing — used with for ⟨his dog ~ed for two of the rabbits⟩ syn see CONSIDER, EXPLAIN

ac·count·abil·i·ty \ə,kaunt·ə'biləd·ē, -lətē, -i\ n -ES : the quality or state of being accountable, liable, or responsible

ac·count·able \ə'kauntəbəl\ adj [ME, fr. AF, fr. MF aconter to account + -able] 1 : subject to giving an account : ANSWERABLE ⟨every sane man is ~ to his conscience for his behavior⟩ 2 : capable of being accounted for : EXPLAINABLE ⟨their apparently strange customs are now ~⟩ syn see RESPONSIBLE

ac·count·ably \-blē, -li\ adv : in an accountable manner

ac·coun·tan·cy \ə'kauntᵊnsē, -tən-, -si\ n -ES 1 : the profession of accounting 2 : the practice of accounting

¹ac·coun·tant \-tᵊnt, -tənt\ n -s [ME accountaunt, accomptaunt, fr. MF acontant, acomptant, fr. pres. part. of aconter, acompter to account, compute — more at ACCOUNT] 1 a : one that gives an account : one that is accountable b archaic : the defendant in an action of account 2 archaic : one that counts or calculates 3 : one that is skilled in the practice of accounting : one that has charge of public or private accounts — distinguished from bookkeeper; see CERTIFIED PUBLIC ACCOUNTANT, CHARTERED ACCOUNTANT, PUBLIC ACCOUNTANT

²accountant adj [ME accountaunt, accomptaunt, fr. MF acontant, acomptant, pres. part.] obs : liable to account : ACCOUNTABLE ⟨~ to the law —Shak.⟩

account book n : a book in which accounts are kept : LEDGER

account current n, pl accounts current : CURRENT ACCOUNT

account day n : the final day of the account days : SETTLEMENT DAY

account days n pl : the several days at the end of each term-settlement period on the London Stock Exchange when arrangements are made for carrying over the transactions to the next period or for making final settlement

accounted past of ACCOUNT

account executive n : a business executive (as in an advertising agency) responsible for the management of a client's account

accounting n -s [ME, fr. gerund of accounten to account] 1 a : the system of classifying, recording, and summarizing business and financial transactions in books of account and analyzing, verifying, and reporting the results b : the body of principles, conventions, and procedures underlying accounting — distinguished from bookkeeping 2 a : practical application of accounting — see COST ACCOUNTING, PUBLIC ACCOUNTING b : an instance of applying the principles, conventions, and procedures of accounting to the financial condition of an individual or individual organization 3 : the presenting or stating of accounts ⟨the treasurer rendered his annual ~⟩ 4 : the process of devising and installing systems of accounts

accounting equation n 1 : the equality of debits and credits as used in the double-entry system 2 : a statement of net worth as equal to assets minus liabilities

accounting machine n 1 : a key-operated machine which dates, codes, tabulates, adds, subtracts, or totals chiefly in the process of keeping business records (as accounts payable or receivable) 2 : a business machine that selects information from punched cards fed into it, tabulates, adds, subtracts, or totals in various predeterminable ways, and prints the results

account payable n, pl accounts payable : the balance due to a creditor on a current account

account receivable n, pl accounts receivable : a balance due from a debtor on a current account

account render n : ACCOUNT 12

account rendered n, pl accounts rendered : an account presented by a creditor to his debtor for examination and settlement

accounts pl of ACCOUNT, pres 3d sing of ACCOUNT

account sale or account sales n 1 : a statement showing the net result of a purchase or sale transaction made by one person on another's account or behalf with commission and all other charges included 2 : a sale on credit

account stated n, pl accounts stated : an account rendered which by implied or express acceptance has been agreed upon by both parties as correct

accouple vt -ED/-ING/-s [ME acoplen, fr. MF accoupler, acopler, fr. a- (fr. L ad-) + cople couple — more at COUPLE] obs : JOIN, COUPLE

ac·cou·ple·ment \ə'kəpəlmənt, a'-\ n -s [MF, fr. accoupler + -ment] 1 : action of joining together : COUPLING ⟨proposing an ~ of the two great labor organizations —Edwin Lahey⟩ 2 archit : placement of two columns very close together or in contact 3 : something that couples (as a tie or brace)

ac·cou·tre or ac·cou·ter \ə'küd·ə(r), -ütə- also a'k-\ vt accoutred or accoutered; accoutred or accoutered; accou·tring or accou·ter·ing \-üd·əriŋ, -ütər-, -ü·tr-\ accoutres or accouters [F accoutrer, fr. MF acoustrer, fr. a- (fr. L ad-) + costure seam, fr. (assumed) VL consutura, fr. L consutus (past part. of consuere to sew together, fr. com- + suere to sew) + -ura -ure — more at SEW] : to fit out : DRESS : provide with equipment or furnishings : equip esp. for military service — usu. used passively ⟨they were properly ~ed for the trip⟩ ⟨~ed for battle⟩ syn see FURNISH

ac·cou·tre·ment \-ütrəmənt; -üd·ə(r)m-, -ütə(-\ or ac·cou·ter·ment \-ütrə-, -üdə(-, -ütə(-\ n -s [MF accoutrement, fr. accoutrer + -ment] 1 : the act of accoutering or state of being accoutered 2 a : any article of equipment or dress esp. when used merely as an accessory ⟨she carried a pink parasol, a rather startling ~⟩ b : OUTFIT, FURNISHINGS, EQUIPMENT, TRAPPINGS, REGALIA; specif : a soldier's outfit (as a rifle belt, pack, and other accessories) usu. not including clothes and weapons ⟨the ~s of war⟩ — usu. used in pl. 3 a : an identifying but usu. extraneous characteristic : a nonessential but usual accompaniment ⟨political demagoguery accompanied by its unsurprising ~ of prejudice and stupidity⟩ b : a typical device or procedure ⟨the lurid ~s employed by the average comic artist —Coulton Waugh⟩

accpt abbr accompaniment

¹ac·cra \ə'krä, a'-, ä'-\ adj, usu cap [fr. Accra, Akkra, Ghana] : of or from Accra, the capital of Ghana : of the kind or style prevalent in Accra

²accra usu cap, var of AKRA

accra copal n, usu cap A : a hard resin obtained from certain trees in the coastal forests of western Africa and used in varnishes

accrd abbr accrued

ac·cred·it \ə'kredət also a'-; usu -dəd·+V\ vt -ED/-ING/-s [F accréditer, fr. ad- + crédit credit — more at CREDIT] 1 : to put (as by common consent) into a reputable or outstanding category : consider, recognize, or acclaim as rightfully possessing an uncontested status ⟨sages so fully ~ed as Mr. Bertrand Russell —C.E.Montague⟩ 2 : to give official authorization to or approval of: a : to order or permit to proceed on an official mission or on one otherwise officially recognized ⟨in the course of service as an air attaché at several capitals . . . governments to which he was ~ed gave him medals —J.G. Cozzens⟩ b : to vouch for officially : recognize or clear officially as bona fide, approved, or in conformity with a standard ⟨only a few counties in the state had been ~ed with reference to tuberculosis in cattle —Jour. Amer. Med. Assoc.⟩ c : to recognize (an educational institution) as maintaining standards that render it eligible for membership in an association of similar institutions and that qualify its graduates for admission to higher or more specialized institutions or for professional practice 3 : CREDIT : to give credit for : ascribe or attribute esp. favorably ⟨rare and treasured possessions ~ed with magical properties —C.D.Forde⟩ ⟨nobility not generally ~ed to him by the coarse world —Bernard DeVoto⟩ syn see APPROVE, ASCRIBE, AUTHORIZE

ac·cred·i·ta·tion \ə,kredə'tāshən\ n -s often attrib : the act or process of accrediting ⟨recently developed standards for the ~ of junior colleges⟩ ⟨a joint commission on ~ of hospitals⟩ : the state or fact of being accredited ⟨ambassador in Rome with concurrent ~ to Italy and Yugoslavia —Current Biog.⟩ ⟨the ~ status of an educational institution⟩

accredited adj 1 a : publicly sanctioned or recognized ⟨take it as a personal insult if any of their neighbors break away from ~ custom —W.R.Inge⟩ b : officially authorized or recognized : provided with credentials ⟨an ~ war correspondent⟩ ⟨~ observers at the United Nations⟩ c : accepted as valid or authoritative ⟨theories in keeping with the ~ science of the day⟩ 2 : officially vouched for or guaranteed as conforming to a prescribed or desirable standard ⟨an ~ hospital⟩: as a of an educational institution : approved by an accrediting agency ⟨an ~ college⟩ b of livestock : guaranteed as free from a usu. specified disease ⟨an ~ herd⟩

ac·cred·i·tee \ə,kredə'tē\ n -s : one that has received accreditation ⟨UN ~s —Newsweek⟩

accrediting agency n : a state-controlled or privately supported agency authorized to grant accreditation to educational institutions

ac·cred·it·ment \ə'kredətmənt\ n -s : ACCREDITATION

ac·cresce \ə'kres, a'-\ vi -ED/-ING/-s [L accrescere, fr. ad- + crescere to grow — more at CRESCENT] : ACCRUE vi 1

ac·cres·cence \-sᵊn(t)s\ n -s [ML accrescentia, fr. L accrescent-, accrescens (pres. part. of accrescere) + -ia] 1 : continuous growth 2 : ACCRETION

ac·cres·cent \-sᵊnt, 'a,k-\ adj [L accrescent-, accrescens] : growing continuously; specif : growing larger after flowering — used esp. of a calyx

¹ac·crete \ə'krēt, a'-\ vb -ED/-ING/-s [back-formation fr. accretion] vi 1 : to grow together : UNITE, COMBINE 2 : to become attached by accretion : ADHERE ~ vt 1 : to cause to adhere or become attached ⟨a desire to ~ to himself symbols of status —Edward Sapir⟩ 2 : to gather and attach to oneself or itself ⟨as the story traveled, it accreted emotion —E. M.Forster⟩

²accrete \", 'a,k-\ adj [L accretus] 1 : formed by accretion 2 bot : grown together

ac·cre·tion \ə'krēshən, a'-\ n -s [L accretion-, accretio increase, increment, fr. accretus (past part. of accrescere to increase) + -ion-, -io -ion — more at ACCRESCE] 1 : the process of growth or enlargement: a : organic growth : continued development from within b : increase by external addition or accumulation (as by adhesion of external parts or particles) c (1) : the increase or extension of the boundaries of land or the consequent acquisition of land accruing to the owner by the gradual or imperceptible action of natural forces (as by the washing up of sand or soil from the sea or a river or by a gradual recession of the water from the usual watermark) : accession in which the boundaries of land are enlarged by this process; sometimes : increase in the amount or extent of any kind of property or in the value of any property — compare AVULSION (2) : gain to an heir or legatee by failure of a coheir or a colegatee to take his share 2 a : the result of the process of accretion ⟨every culture is an ~ —A.L. Kroeber⟩ ⟨a complex ~ of rules —Edmund Wilson⟩ b : the matter added; esp : an extraneous addition ⟨~s of grime⟩ ⟨the immense ~ of flesh which had descended on her in middle life —Edith Wharton⟩ c forestry : INCREMENT; sometimes : increase in diameter as contrasted with increase in volume 3 : CONCRETION : coherence of separate particles

ac·cre·tion·ary \-,nerē\ adj 1 : marked by or involving accretion 2 : produced by accretion

accretionary hypothesis n : any explanation of the origin of the earth that involves the hypothesis of gradual growth by the gravitational infall of solid bodies (as asteroids, planetesimals, or meteorites) — compare PLANETESIMAL HYPOTHESIS

accretion borer n : a hollow auger used for cutting out from a tree a core from which accretion is estimated by counting annual rings

accretion cutting or accretion thinning n : thinning of trees in order to secure greater growth in girth of those left standing

ac·cre·tive \ə'krēd·iv, (')a¦k-\ adj [accretion + -ive] 1 : relating to accretion ⟨made up by a sort of ~ process —N.Y. Times⟩ 2 : growing by accretion

ac·croach \ə'krōch, a'-\ vt -ED/-ING/-ES [ME acrochen to draw, acquire, fr. MF acrochier, fr. a- (fr. L ad-) + crochier to hook, get hold of, fr. croc hook, of Gmc origin; akin to ON krōkr hook — more at CROOK] : ASSUME, APPROPRIATE, USURP ⟨~ to themselves royal power —William Stubbs⟩

ac·croi·des \ə'krȯi(,)dēz, a'-\ or accroides resin or accroides gum n [modif. of NL acaroides] : ACAROID RESIN

ac·cru·al \ə'krüəl also a'-\ n -s often attrib [¹accrue + -al] 1 : the action or process of accruing 2 a : something that accrues; esp : an amount of money that periodically accumulates for a specific item (as taxes, interest, or anticipated expenses) b : something that has accrued during a specified period

accrual basis n : the method of keeping accounts that recognizes income when earned and expenses when incurred regardless of when cash is received or disbursed — compare CASH BASIS

¹ac·crue \ə'krü also a'-\ vb -ED/-ING/-s [ME acreuen, acruwen, prob. fr. MF acreue, accreue increase, fr. fem. of acreu, past part. of acreistre to increase, grow, fr. L accrescere, fr. ad- + crescere to grow — more at CRESCENT] vi 1 : to come into existence as an enforceable claim : vest as a right ⟨a cause of action has accrued when the right to sue has become vested⟩ 2 : to come by way of increase or addition : arise as a growth or result — usu. used with to or from ⟨advantages accruing to society from the freedom of the press⟩ 3 : to be periodically accumulated in the process of time whether as an increase or a decrease ⟨the accruing of taxes⟩ ⟨allowing the receivable interest to ~⟩ ~ vt 1 : GATHER, COLLECT, ACCUMULATE ⟨authorized by law to ~ leave . . . in the maximum amount of 120 days —U.S.Code⟩ 2 : to enter in the books as an accrual

²accrue \"\ n -s [MF accreue, acreue] obs : ACCRUAL, ADDITION

accrued dividend n : a dividend earned or assumed earned at a specified rate on cumulative preferred stock but not declared or paid

accrued interest n : interest earned since last settlement date but not yet due or payable

accrued liability n : the portion of an accruing liability that has become definitely ascertainable and chargeable though actual payment thereof is not yet due

ac·crue·ment \-ümənt\ n -s [¹accrue + -ment] : ACCRUAL, INCREMENT

acct abbr account; accountant

ac·cul·tur·ate \ə'kəlchə,rāt\ vb -ED/-ING/-s [back-formation fr. acculturation] vt : to cause to change through acculturation ⟨enterprises designed to ~ new Americans —Cynthia Ozick⟩ ~ vi : to become changed through acculturation

ac·cul·tur·a·tion \ə,kəlchə'rāshən, (,)a,k-\ n -s [ad- + culture + -ation] 1 a : a process of intercultural borrowing marked by the continuous transmission of traits and elements between diverse peoples and resulting in new and blended patterns — distinguished from assimilation; compare TRANSCULTURATION b : modification of a primitive culture resulting from prolonged contact with a more advanced culture 2 : the process of socialization — compare ENCULTURATION

ac·cul·tur·a·tion·al \-shənᵊl, -shnəl\ adj : of or relating to the process of acculturation or to the modifications in culture resulting from acculturation

ac·cul·tur·a·tion·ist \-sh(ə)nəst\ n -s : a student of acculturation

ac·cul·tur·a·tive \ə'kəlchə,rād·iv, a'-\ adj : of, relating to, or contributing to acculturation

ac·cul·tur·ize \-chə,rīz\ vt -ED/-ING/-s [acculturation + -ize] : to cause (a people) to adopt the culture of another

ac·cum·ben·cy \ə'kəmbənsē, a'-\ n -ES [L accumbent-, accumbens + E -cy] : the state of being accumbent

ac·cum·bent \ə'kəmbənt, (')a¦k-\ adj [L accumbent-, accumbens, pres. part. of accumbere to lie down, recline at table, fr. ad- + -cumbere to lie down (akin to cubare to lie down) — more at HIP] 1 : leaning or reclining esp. at meals ⟨the Roman ~ posture in eating⟩ 2 bot : lying against something — used chiefly of cotyledons having their edges folded against the hypocotyl (as in many crucifers) — compare CONDUPLICATE, INCUMBENT 3 zool : closely applied to a surface (as of the wing scales of certain insects)

ac·cu·mu·la·ble \ə'kyümyələbəl, +-mə- also a'-\ adj [accumulate + -able] : capable of being accumulated

¹ac·cu·mu·late \-,lāt, usu -ād·+V\ vb -ED/-ING/-s [L accumulatus, past part. of accumulare, fr. ad- + cumulare to heap up — more at CUMULATE] vt : to heap up in a mass : pile up ⟨the sands then had their own way, and accumulated the barrier which now exists between the two rivers —Douglas Carruthers⟩ ⟨they . . . ~ blame upon the conditions imposed on them by fate —A.C.Benson⟩ : AMASS ⟨accumulated a fortune as a tea planter⟩ : COLLECT, GATHER ⟨true poetry ~s meaning every time it is read —C.D.Lewis⟩ ⟨dismantled the spinning wheel and carried it to the attic to ~ antiquity —John Gould⟩ ~ vi : to grow or increase in quantity or number ⟨where wealth ~s and men decay —Oliver Goldsmith⟩ ⟨snow accumulated to a depth of 10 feet⟩

syn AMASS, HOARD: ACCUMULATE suggests a gradual piling up or increasing so as to make a store or great quantity ⟨to accumulate dust⟩ ⟨he who accumulates objects of value —Herbert Spencer⟩ ⟨accumulated major collections of important Arabic manuscripts —Amer. Council of Learned Soc. Newsletter⟩ ⟨to accumulate wisdom⟩ AMASS stresses the size, esp. the great size, of the accumulation, usu. of things of value; it may imply rather rapid acquisition ⟨great wealth was amassed through steel, railroad, coal, and other industries —Amer. Guide Series: Pa.⟩ ⟨scientific knowledge, painstakingly amassed by many devotees over an extended period of human history —F.A.Geldard⟩ HOARD always implies a holding or storing up after acquisition, and usu. concealment, sometimes suggesting miserly retention ⟨hoarding money is not a safe way of saving —G.B.Shaw⟩ ⟨some delicacy that has been hoarded for weeks is brought forth for a guest —Macanna Chesterton› Mangle⟩ ⟨newspapermen, hoarding their eloquent comments for their own typewriters —Leonard Lyons⟩

²ac·cu·mu·late \-,lət, -,lāt\ adj [L accumulatus] : heaped or piled up : ACCUMULATED

accumulated surplus n : the surplus of a corporation that has been earned or has accrued after incorporation

accumulated temperature n : CUMULATIVE TEMPERATURE

ac·cu·mu·la·tion \ə,kyümyə'lāshən\ n -s [F or L; F, fr. L accumulation-, accumulatio, fr. accumulatus + -ion-, -io -ion] 1 : the action or process of accumulating : state of being or having accumulated : a collecting together : AMASSING ⟨the steady ~ of snow throughout the night⟩ ⟨fabrics subject to the ~ of static electricity⟩ ⟨current theories about the ~ of the sun and stars from dust clouds —H.C.Urey⟩ 2 : increase or growth by addition esp. when continuous or repeated (as of interest to principal): as a : the increase of a fund or property by the continuous addition to it of the interest or income of it, subject in England to a rule analogous to the rule against perpetuities and in the U. S. allowed in many states only during the minority of the person for whom the property is held b (1) in life insurance : retention of dividends for distribution at some later date (2) in accident insurance : an increase in the principal sum that sometimes takes effect without change of premium upon each renewal of a policy (3) in marine insurance : an increase in the limit of liability under open-cargo policies to double the normal amount if two or more cargoes at a port are loaded on the same vessel c : the gradual purchase of large quantities of securities in anticipation of a rise in price or for investment or control purposes d : appreciation between the date of purchase and maturity in the value of a bond bought at a discount 3 : something that has accumulated or has been accumulated : an accumulated mass, quantity, or number ⟨huge ~s of mouse-gray clouds —Ira Wolfert⟩ ⟨clearing away the ~ of centuries from the base of the pyramid —London Calling⟩ ⟨the giant ~s of stars known as galaxies —George Gamow⟩ 4 : the movement of a substance into a cell against a concentration gradient or from a lower to a higher potential for the specific substance — used esp. of movement of ions into plant cells

accumulation factor n : the factor $(1 + r)^n$ by which any principal must be multiplied to give its amount at compound interest after $n$ periods, $r$ being the interest for one period ⟨the accumulation factor for 10 years at 6 percent compounded quarterly is $(1.015)^{40}$⟩

accumulation of energy or accumulation of power : the storing of energy by various means (as by weights lifted, masses put in motion, or chemical changes effected)

ac·cu·mu·la·tive \ə'kyümyə,lād·iv, -lәt-, -lāt-, ,iv, -ēv\ adj 1 : marked by accumulation : produced by accumulation : CUMULATIVE ⟨~ toxic effects⟩ ⟨~ rainfall⟩ ⟨to have them in their proper order and thereby to receive their ~ impact —Irving Howe⟩ 2 : tending to or given to accumulation : ACCUMULATING ⟨nations are imperialistic in their ~ stage —D.L.Kemmerer⟩ 3 : CUMULATIVE 4 — ac·cu·mu·la·tive·ly adv

ac·cu·mu·la·tor \-,lād·ə(r), -ātə-\ n -s : one that accumulates; as a : an apparatus for storing energy (as a cylinder containing water under the pressure of a weighted piston for hydraulic presses) b : a contrivance to take up the force of a sudden strain (as a system of springs or an elastic section in a chain) c Brit : STORAGE CELL d : a vessel for collecting a gas or liquid usu. for temporary storage e : a part (as in a computer) where numbers are totaled or stored f chiefly Brit : PARLAY 1

ac·cu·ra·cy \'akyərəsē, -si, +-k(ə)rəs-\ n -ES [accurate + -cy] : the quality, state, or degree of being accurate: a : freedom from mistake or error : CORRECTNESS ⟨answers will be marked for neatness as well as for ~⟩ ⟨to achieve ~, errors or their repetition must be avoided —English Language Teaching⟩ b : conformity to truth or to some standard or

AMD001989858

mankind, natural phenomena, or the world) 2 : one that symbolizes the ideal of a people or a group

culture–historical \'ˌ ˌ ˌ\ *adj* [trans. of G *kulturhistorisch*] : being or relating to the theory and methods of the Vienna school of ethnology

culture language *n* : a language that is learned by many members of other speech communities for the sake of access to the culture of which it is the vehicle

culture myth *n* : a myth accounting for the discovery of arts and sciences

culture trait *n* : TRAIT 4

cul·tur·ist \'kəlch(ə)rəst\ *n* -s 1 : one engaged in a culture 2 : an advocate of culture or of a particular method of cultivating mind or body 3 : one that breeds or raises animals esp. of kinds not usu. regarded as domesticated (as fishes or game birds)

cul·tur·o·log·i·cal \ˌkəlch(ə)rəˈläjəkəl\ *adj* : of or relating to culturology : of, relating to, or applying a methodology that regards culture as an autonomous self-determined process and explains human behavior in terms of that process — cul·tur·o·log·i·cal·ly \-jək(ə)lē\ *adv*

culturologist *n* -s : a specialist in or advocate of culturology

cul·tur·ol·o·gy \-jē\ *n* -es [¹*culture* + -o- + -*logy*] : the science of culture; *specif* : a methodology esp. associated with the American anthropologist Leslie A. White that treats culture as a self-contained self-determined process and regards cultural traits (as technologies, ideologies, and institutions) as the products of antecedent and concomitant cultural elements and as developing independently of other data (as climatic environment, human physical type, or human wishes and purposes)

¹cul·tus \'kəltəs\ *n, pl* cultuses \-təsəz\ *or* cul·ti \-ˌtī, -ˌtē\ [NL, fr. L, adoration — more at CULT] 1 : organized religious practice or system of worship : the practical aspect of a religion embodying the aggregate of its ritual forms, sacred ceremonies, liturgies, rites, and all acts expressive of veneration or worship 2 : CULT 3b

²cultus \"\ *or* cultus cod *n* -es [Chinook *kultus* worthless] : LINGCOD

cultus image *or* cultus statue *n* [¹*cultus*] : an image or statue that is a direct object of worship

¹cul·ver \'kəlvə(r), 'kül-\ *n* -s [ME, fr. OE *culfre, culufre*, fr. (assumed) VL *columbra*, fr. L *columbula*, dim. of *columba* dove — more at COLUMBA] : DOVE, PIGEON; *specif, Brit* : WOOD PIGEON

²cul·ver \'kəlvə(r)\ *n* -s [by shortening] : CULVERIN

culverfoot \'ˌ ˌ\ *n, pl* culverfoots [ME *culverfot*, fr. ¹*culver* + *fot* foot; fr. the shape of the leaves] : any of several plants of the genus *Geranium*; *esp* : the small-flowered European cranesbill (*G. columbinum*) — compare DOVE'S-FOOT

culverhouse \'ˌ ˌ\ *n* [ME *culverhous*, fr. ¹*culver* + *hous* house] : DOVECOTE

cul·ve·rin \'kəlvərən\ *also* cul·ve·ring \-riŋ\ *n* -s [ME, fr. MF *coulevrine, couleuvrine*, fr. *couleuvre* adder, snake (fr. L *colubra*, fem. of *colubr-, coluber* snake) + -*ine* — more at COLUBER] : a firearm that was orig. a rude musket but was in the 16th and 17th centuries a long cannon (as an 18-pounder) with serpent-shaped handles

cul·ver·key \'kəlvə(r),kē\ *n* [¹*culver* + *key*] 1 *dial Eng* : WOOD HYACINTH 2 *dial Eng* : COWSLIP 1a

cul·ver's root \'kəlvə(r)z-\ *or* culver's physic *also* culvers *n, usu cap C* [after a Dr. *Culver fl* before 1716 Am. physician who used it for medicinal purposes] 1 : a tall perennial herb (*Veronicastrum virginicum*) common in eastern No. America 2 : the rhizome and roots of Culver's root used as a cathartic

¹cul·vert \'kəlvə(r)t, *chiefly in dial or substand speech* -lbə-; *usu* |d·+V\ *n* -s [origin unknown] 1 : a transverse drain or waterway (as under a road, railroad, or canal) 2 : a conduit for a culvert 3 : a bridge over a culvert

culvert 1

²culvert \"\ *vt* -ED/-ING/-S 1 : to provide (a road) or bridge (a stream) with a culvert 2 : to channel (a river) underground

cul·vert·age \'kəlvə(r)d·ij\ *n* -s [OF, fr. *culvert* serf (fr. L *collibertus* fellow freedman, fr. *com-* + *libertus* one made free, fr. *liber* free) + -*age* — more at LIBERAL] : VILLENAGE; *also* : reduction to villenage with forfeiture of estate

culverwort \'ˌ ˌ\ *n* [¹*culver* + *wort*] : GARDEN COLUMBINE

¹cum \(ˌ)küm, (ˌ)kəm\ *prep* [L; akin to L *com-* — more at CO-] : WITH : combined with ⟨the entertainment-*cum*-profit motive —*Newsweek*⟩ : INCLUDING : along with ⟨house-*cum*-farm⟩ ⟨the members of this orchestra-*cum*-ballet —*New Yorker*⟩

²cum \"\ *adj (or adv)* [in sense 1, by shortening; in sense 2, fr. ¹*cum*] 1 : CUM LAUDE 2 : including dividend ⟨the ~ price of a stock⟩

cum- *or* cumo- *comb form* [*cumin*] : cumic : cumin ⟨*cumal*dehyde⟩ ⟨*cumo*quinol⟩

cum *abbr* cumulative

cu·ma·cea \kyüˈmāshēə\ *n pl, cap* [NL, fr. *Cuma*, type genus (irreg. fr. Gk *kyma* sprout, wave, anything swollen) + -*acea* — more at CYME] : an order of small sessile-eyed malacostracan marine crustaceans (division Peracarida) having a carapace formed by fusion of the first three or four thoracic segments with the head — cu·ma·cean \(ˈ)ˌ·ˈshən\ *adj or n* — cu·ma·ceous \-shəs\ *adj*

cu·ma·gloia \ˌkyüməˈglōiə\ *n, cap* [NL, irreg. fr. Gk *kyma* sprout, wave, anything swollen + *gloia*, var. of *glia* glue — more at CLAY] : a genus of marine red algae (family Helminthocladiaceae) occurring commonly along the Pacific coast of No. America as a summer annual, the mature thallus consisting of a disk-shaped holdfast and a simple or sparsely branched upper portion with numerous fine cylindrical branches

cu·mal·de·hyde \kyüˈmaldəˌhīd\ *n* [*cum-* + *aldehyde*] : an aromatic oily aldehyde $(CH_3)_2CHC_6H_4CHO$ found in cumin oil and other essential oils and used in perfumes and flavors; *para*-isopropyl-benzaldehyde — called also *cuminaldehyde*

cumalic acid *var of* COUMALIC ACID

cumalin *var of* COUMALIN

cu·man \k(y)üˈmän, ˈ·ˌ·\ *or* co·man \kōˈ·, ˈ·ˌ·\ *or* ku·man \k(y)üˈ·, ˈ·ˌ·\ *n, pl* cuman *or* cumans *or* coman *or* comans *or* kuman *or* kumans *usu cap* [ML *Cumani* (pl.), fr. MGk *Koumanoi*] 1 a : a Turkic people who occupied parts of southern Russia and the Moldavian and Wallachian steppes during the 9th, 10th and 11th centuries and were driven out by the Tatar and Mongol invasions and some of whom passed into Hungary where they were absorbed b : a member of such people 2 : the Turkic language of the Cuman people

cu·ma·na·go·to \kü,mänəˈgōd·(ˌ)ō\ *n, pl* cumanagoto *or* cumanagotos *usu cap* [Sp, of AmerInd origin] 1 a : a Cariban people of Venezuela b : a member of such people 2 : the language of the Cumanagoto people

cu·ma·ni·an \kyüˈmänēən\ *n* -s *usu cap* [*Cuman* + -*ian*] : CUMAN

cumara *or* cumaru *var of* COUMAROU

cumarin *var of* COUMARIN

cumarone *var of* COUMARONE

cu·mat·o·phyte \kyüˈmad·əˌfīt\ *also* cu·ma·phyte \ˈkyüməˌ\ *n* -s [*cumatophyte* irreg. fr. Gk *kymato-* (fr. *kymat-, kyma* wave) + E -*phyte*; *cumaphyte* irreg. fr. Gk *kyma* wave + E -*phyte* — more at CYME] : a plant adapted for growth under surf conditions : SURF PLANT — cu·mat·o·phyt·ic \(ˈ)kyüˌmad·əˈfid·ik\ *also* cu·ma·phyt·ic \ˌkyüməˈ-\ *adj*

cu·may \küˈmī(ˌ)ē, ˌkümə'ē\ *n* -s [Pg *cumaí, cumahy*, fr. Tupi *cumá*] : a small tree or shrub (*Zschokkea arborescens*) of the family Apocynaceae of the Amazon valley; *also* : its gum

cum·bent \'kəmbənt\ *adj* [L -*cumbent-, -cumbens*, pres. part. of -*cumbere* to lie (as in *recumbere* to lie down) — more at RECUMBENT] : RECUMBENT

¹cum·ber \'kəmbə(r)\ *vt* cumbered; cumbered; cumbering \-b(ə)riŋ\ cumbers [ME *cumbren, combren*, perh. fr. OF *combrer* to prevent, hinder, fr. (assumed) OF *combre* abatis — more at ENCUMBER] 1 *obs* a : to destroy utterly : DEFEAT b : TROUBLE, HARASS ⟨Martha was ~*ed* about much serving —Luke 10:40 (AV)⟩ 2 : to hinder or bother by being in the way ⟨~*ed* with heavy clothing⟩ 3 : to weigh down needlessly : burden uselessly : clutter up ⟨~ the memory with trivial facts⟩ ⟨an old walnut tree . . . had perished a long time ago, but still stood and was ~*ing* the earth —A.E.Coppard⟩ *syn* see BURDEN

²cumber \"\ *n* -s [ME *cumbre, combre*, fr. *cumbren, combren*, v.] 1 something that cumbers: as a *archaic* : CARE, WORRY b *archaic* : TROUBLE, INCONVENIENCE c : HINDRANCE, BURDEN, ENCUMBRANCE

cum·ber·land \'kəmbə(r)lənd\ *adj, usu cap* [fr. *Cumberland* county, England] : of or from the county of Cumberland, England : of the kind or style prevalent in Cumberland : CUMBRIAN

cum·ber·some \'kəmbə(r)səm\ *adj* 1 a *obs* : difficult of passage or access b *chiefly dial* : BURDENSOME, TROUBLESOME 2 : awkward, inconvenient, or difficult to handle, carry, or manage : of an excessive size, shape, or length ⟨plants wrapped for carrying are sometimes ~⟩ : CLUMSY, UNWIELDY ⟨~ technical terms⟩ 3 : slow-moving : PONDEROUS, LUMBERING ⟨~ administrative procedures⟩ ⟨the grizzly bear looked ~ and awkward⟩ *syn* see HEAVY

cum·ber·some·ly \-lē, -li\ *adv* : in a cumbersome manner

cum·ber·some·ness \-nəs\ *n* -es : the quality or state of being cumbersome

cum·bly \'kəmlē, -li\ *n* -es [Hindi *kamlī*, fr. Skt *kambala* woolen blanket] *India* : a blanket made of wool or goat's hair; *also* : the material of such blankets

cum·brance \'kəmbrən(t)s\ *n* -s [ME *cumbraunce, cambraunce*, fr. *cumbren, combren* to cumber + -*aunce* -ance] : ENCUMBRANCE, TROUBLE

¹cum·bri·an \'kəmbrēən\ *adj, usu cap* [NL *Cumbria* Cumberland county (fr. ML, ancient Celtic kingdom in northwestern Britain, of Celt origin; akin to W *Cymro* Welshman) + E -*an*] 1 : CUMBERLAND 2 : of, relating to, or characteristic of Cumbrians

²cumbrian \"\ *n* -s *cap* : a native or inhabitant of Cumberland

cum·brous \'kəmbrəs\ *adj* [ME, fr. *cumbren* to cumber + -*ous*] 1 *obs* a : difficult to pass through or over : hard to reach b : giving trouble : VEXATIOUS 2 : making action or motion difficult : UNWIELDY, CLOGGING; CUMBERSOME *syn* see HEAVY

cum·brous·ly *adv* [ME, fr. *cumbrous* + -*ly*] : in a cumbrous way : CLUMSILY, PONDEROUSLY

cum·brous·ness *n* -es : the quality or state of being cumbrous

cum·bu \'kəm(ˌ)bü\ *n* -s [Kannada & Telugu *kambu* & Tamil *kampu*] : PEARL MILLET 1

cum dividend \ˌkəm-, kəm-\ *adv (or adj)* [¹*cum*] : with the value of a pending dividend included in the sale price of a security, the buyer being entitled to the dividend when paid — opposed to *ex dividend*

cu·mene \'kyü(ˌ)mēn\ *n* -s [ISV *cum-* + -*ene*; orig. formed as F *cumène*] : a colorless oily hydrocarbon $(CH_3)_2CHC_6H_5$ obtained by acid-catalyzed alkylation of benzene with propylene and used as an additive for high-octane motor fuel; isopropyl-benzene

cumene hydroperoxide *n* : an oily liquid made by oxidation of cumene with air and used as a polymerization catalyst (as in making synthetic rubber) and as a source material for the production of phenol and acetone

cu·men·gite *also* cu·men·geite \kyüˈmenˌjīt, -ˌgīt\ *n* -s [G *cumengit*, fr. Édouard *Cumenge* †1902 Fr. mining engineer + G -*it* -ite] : a mineral $Pb_4Cu_4Cl_8(OH)_8.H_2O$ consisting of a basic lead-copper chloride occurring in deep blue tetragonal crystals

cu·me·nyl \'kyüməˌnil\ *n* -s [*cumene* + -*yl*] : any of three univalent radicals $(CH_3)_2CHC_6H_4$— derived from cumene by removal of one hydrogen atom; isopropyl-phenyl

cumfrey *var of* COMFREY

cu·mic acid \'kyümik-\ *n* [*cum-* + -*ic*] : a white crystalline acid $(CH_3)_2CHC_6H_4COOH$ obtained by oxidation of cumin oil; *p*-isopropyl-benzoic acid

cumic aldehyde *n* : CUMALDEHYDE

cu·mi·dine \'kyüməˌdēn, -dən\ *n* -s [ISV *cum-* + -*idine*; orig. formed as G *kumidin*] : any of three isomeric liquid bases $C_3H_7C_6H_4NH_2$ derived from cumene; isopropyl-aniline; *esp* : the para isomer made by nitration of cumene followed by reduction

cum·in *also* cum·min \'kəmən\ *n* -s [ME *comin, cummin*, fr. OE *cymen*; akin to OHG *kumīn* cumin, MLG *kömen*, all fr. a prehistoric WGmc word borrowed fr. L *cuminum*, fr. Gk *kyminon*, of Sem origin; akin to Ar *kammūn* cumin, Heb *kammōn*] : a dwarf plant (*Cuminum cyminum*) of the family Umbelliferae that is native to Egypt and Syria and has long been cultivated for its aromatic seeds which are used in flavoring

cum·i·nal·de·hyde \ˌkəməˈnaldəˌhīd\ *n* [ISV *cumin* + *aldehyde*] : CUMALDEHYDE

cu·min·ic \ˌkyüˈminik\ *n* [ISV *cumin* + -*ic*] : CUMIC ACID

cumin oil *also* cummin oil *n* : a colorless to yellow essential oil obtained from cuminseeds

cu·min·o·in \kyüˈminəwən\ *n* -s [ISV *cumin* + -*oin* (as in *benzoin*); orig. formed as G *kuminoin*] : a white crystalline compound $C_{20}H_{24}O_2$ prepared from cumaldehyde and analogous to benzoin

cu·mi·nol \'kyüməˌnōl, -nȯl\ *n* -s [ISV *cumin* + -*ol*] : CUMALDEHYDE

cuminseed *or* cumminseed \'ˌ ˌ\ *n* : the seed of the cumin plant

cu·mi·nyl \'kyüməˌnil\ *n* -s [ISV *cumin* + -*yl*] : the univalent radical $(CH_3)_2CHC_6H_4CH_2$— derived from the para isomer of cymene; *para*-isopropyl-benzyl

cum lau·de \kəmˈlaudə, -dē, -dī; kəmˈlȯd-\ *adv (or adj)* [NL, with praise] : with distinction — used as a mark of meritorious achievement in the academic requirements for graduation from school or college; compare MAGNA CUM LAUDE, SUMMA CUM LAUDE

cum·ly \'kəmlē, -li\ *var of* CUMBLY

cum·mer \'kəmə(r)\ *n* -s [ME *commare* godmother, fr. MF *commere*, fr. LL *commater*, fr. L *com-* + *mater* mother — more at MOTHER] 1 *chiefly Scot* : GODMOTHER 2 *chiefly Scot* : an intimate female friend 3 *chiefly Scot* : a woman or girl 4 : WITCH 4 *chiefly Scot* : MIDWIFE

cum·mer·bund \'kəmə(r)ˌbənd\ *n* -s [Hindi *kamarband*, fr. Per, fr. *kamar* waist, loins + *band* band, bandage; akin to Av *bandā* band, fetter, Skt *bandha* binding — more at BAND] : a broad sash worn as a waistband by men in India; *also* : a similar waistband worn in place of a vest with men's dress clothes and adapted in various styles for women's clothes

cummerbund

cum·ming·ton·ite \ˈkəmiŋtəˌnīt\ *n* -s [*Cummington*, Mass. + E -*ite*] : a mineral $(Fe, Mg)_7Si_8O_{22}(OH)_2$ consisting of an iron-magnesium amphibole isomorphous with anthophyllite

cum·mock \'kəmək\ *var of* CAMMOCK

cumo- — see CUM-

cu·mol \'kyüˌmōl, -mȯl\ *n* -s [ISV *cum-* + -*ol*; prob. orig. formed as G *kumol*] : CUMENE

cu·mo·yl \'kyüməˌwil\ *n* -s [*cum-* + -*oyl*] : the radical $(CH_3)_2CHC_6H_4CO$— of cumic acid

cum pri·vi·le·gio \ˌküm,prēvēˈlēgē(ˌ)ō, ˌkəm-, -lē-, -lē-\ *adv* [NL] : with privilege — used esp. in a published book to indicate that the issue is duly licensed or authorized

cumquat *var of* KUMQUAT

¹cum·shaw *also* cum·sha \'kəmˌshȯ\ *n* -s [Chin (Amoy) *kam sia* & (Pek.) *kan⁵ hsieh⁴* grateful thanks (a phrase used by beggars)] : PRESENT, BONUS, GRATUITY, TIP

²cumshaw \"\ *vt* -ED/-ING/-S : to make a present of ⟨resigned to ~*ing* ten cents an hour to any stevedore foreman who would give them a short job —N.C.McDonald⟩

cumul- *or* cumuli- *or* cumulo- *comb form* [NL, fr. L *cumulus* heap, mass — more at CUMULATE] 1 : cumulus and ⟨*cumulo*-cirrus⟩ 2 : cumulus ⟨*cumul*ous⟩ 3 : heap : mass ⟨*cumul*ose⟩

cu·mu·lant \'kyümyələnt, +-mə-\ *n* -s [L *cumulant-, cumulans*, pres. part. of *cumulare* to heap up] : any of the statistical coefficients that arise in the series expansion in powers of *x* of the logarithm of the moment-generating function

cu·mu·lar \'kyümyələ(r)\ *adj* [L *cumularis*, fr. L *cumulus* heap + *aris* -ar] : CUMULOUS

¹cu·mu·late \'kyümyəˌlāt, +-mə-, *usu* -ād·+V\ *vb* -ED/-ING/-S [L *cumulatus*, past part. of *cumulare* to pile up, fr. *cumulus* heap, mass; akin to L *cavus* hollow — more at CAVE] *vt* 1 : to gather or pile up into a heap : heap together : ACCUMULATE 2 a : to combine (as votes, law actions, or penalties) into one; *specif* : to combine (the entries of preceding issues) in successive issues (as of an index or catalog) b : to enlarge (a collection) by addition of new material ⟨~ an index⟩ ~ *vi* : to become massed : form into a cumulus : ACCUMULATE ⟨sets up tensions which ~ —P.M.Gregory⟩

²cumulate \-ˌlət, -ˌlāt\ *adj* [L *cumulatus*] : heaped up : gathered in a heap

cu·mu·lat·ed \-ˌlād·əd\ *adj, of the molecule of an organic compound* : characterized by two double bonds on the same atom (as C=C=C) — compare CONJUGATED

cu·mu·la·tion \ˌ··ˈlāshən\ *n* -s 1 : a heaping together : a gradual building up ⟨~ of effect of a drug⟩ ⟨the ~ of a body of jurisprudence⟩ 2 : the product or result of cumulating ⟨three ~s of the index were published yearly⟩

cu·mu·la·tive \'··ləd·iv, -ˌlād-, |tiv, -ēv\ *adj* 1 : increasing in size or strength by successive additions without corresponding loss ⟨the ~ effect of small daily doses⟩ ⟨a ~ weight of evidence⟩ 2 a *of evidence* : tending to prove the same point to which other evidence has been offered b *of a legacy* : given by the same testator to the same legatee 3 *criminal law* a *of a sentence* : to be carried into effect after the convict has suffered a punishment to which he has already been sentenced b *of a penalty* : increasing in severity with repetition of the offense 4 a *of preferred dividends or contingent interest* : to be added if not paid when due to the next payment or a future payment b *of stock* : bearing such a dividend 5 : formed by the addition of new material of the same kind as that already collected ⟨~ record⟩; *specif* : having reference to or prepared according to a system whereby additional entries for books or periodical articles are integrated in a later issue of a printed index to maintain the original order of arrangement (as alphabetically by subject) ⟨~ book index in the reference library⟩ 6 : ¹COPULATIVE 1a — cu·mu·la·tive·ly \-əvlē, -li\ *adv*

cumulative error *n* : an error whose degree or significance gradually increases in the course of a series of measurements or connected calculations; *specif* : an error that is repeated in the same sense or with the same sign

cumulative intercession *n* : the assumption of liability for another's debt by the addition of a new debtor or security

cu·mu·la·tive·ness *pronunc at* CUMULATIVE + nəs\ *n* -es : the quality or state of being cumulative

cumulative scoring *n* : a scoring of duplicate bridge that ranks contestants by the sum of all points scored by each on all boards played — called also *total-point scoring*; compare MATCH POINT

cumulative temperature *n* : the algebraic sum for a week, month, or other considerable period of the daily or other unit interval departures of the average temperature of the air from any arbitrary value, commonly 42° F

cumulative voting *n* : proportional representation that allocates to each voter as many votes as there are persons to be voted for and permits him to cast these votes for one person or to distribute them among the candidates as he pleases

cu·mu·lene \'kyümyəˌlēn\ *n* -s [*cumulated* + -*ene*] : a hydrocarbon containing cumulated double bonds

cumuli- *or* cumulo- — see CUMUL-

cu·mu·li·form \'kyümyələˌfȯrm\ *adj* [*cumul-* + -*form*] : of the form of a cumulus

cu·mu·lo-cir·rus \ˌkyümyə(ˌ)lō, +-mə-+\ *n* [NL, fr. *cumul-* + *cirrus*] : a small cumulus cloud at a high altitude having the whiteness and delicacy of the cirrus

cu·mu·lo-nim·bus \"+\ *n* [NL, fr. *cumul-* + *nimbus*] : a mountainous cumulus cloud often spread out in the shape of an anvil extending to great heights and topped with a fibrous veil of ice crystals : THUNDERCLOUD — see CLOUD illustration

cu·mu·lose \'kyümyəˌlōs, +-mə-\ *adj* [*cumul-* + -*ose*] 1 : full of heaps 2 *of a soil deposit* : consisting chiefly of accumulated organic matter

cu·mu·lo-stra·tus \ˌkyümyə(ˌ)lō, +-mə-+\ *n* [NL, fr. *cumul-* + *stratus*] : a cumulus whose base extends horizontally as a stratus cloud

cu·mu·lous \'kyümyələs, +-mə-\ *adj* [*cumul-* + -*ous*] 1 : resembling cumulus 2 : CUMULATIVE

cu·mu·lo-vol·cano \ˌkyümyə(ˌ)lō, +-mə-+\ *n* [*cumul-* + *volcano*] : a dome-shaped volcano formed by the extrusion of highly viscous lava

cu·mu·lus \'kyümyələs, +-mə-\ *n, pl* cumu·li \-ˌlī, -ˌlē\ [L, heap — more at CUMULATE] 1 : the acme of an accumulation : HEAP, ACCUMULATION ⟨what a tremendous lot of stuff makes up the ~ called "the home" —E.B.White⟩ 2 [NL, fr. L] : a massy cloud form usu. occurring in the low or middle cloud regions at elevations between 2,000 and 15,000 feet, having a flat base and rounded outlines often piled up like a mountain, commonly appearing in the early afternoon on warm days, and sometimes affording rain or thunder gusts — see CLOUD illustration 3 *or* cumulus ooph·o·rus \-ōˈäf(ə)rəs\ [*cumulus*, NL, fr. L; *cumulus oophorus*, NL, lit., ovarian heap] *anat* : the projecting mass of granulosa cells that bears the developing ovum in a Graafian follicle

cumulus con·ges·tus \-kənˈjestəs\ *n, pl* cumuli conges·ti \-ˌstī, -(ˌ)stē\ [NL, lit., pressed together, thick cumulus] : a swelling cumulus cloud of cauliflower appearance

cumulus hu·mi·lis \-ˈhyüməlәs\ *n, pl* cumuli humi·les \-ˌlēz\ [NL, lit., low cumulus] : a small white cumulus cloud appearing in fine weather

cu·myl \'kyüməl\ *n* -s [ISV *cum-* + -*yl*] 1 : CUMOYL 2 : CUMINYL 3 : CUMENYL

cu·na \'künə\ *n, pl* cuna *or* cunas *usu cap* [Sp, of AmerInd origin] 1 a : a Cunan people of the Republic of Panama b : a member of such people 2 : the Chibchan language of the Cuna people

cu·nab·u·la \kyüˈnabyələ\ *n pl* [L, fr. *cunae* cradle — more at CEMETERY] : INCUNABULA

cu·nan \'künən\ *n, pl* cunan *or* cunans *usu cap* [*Cuna* + -*an*] 1 : a language family of the Chibchan stock including Colba, Cueva, Cuna, and San Blas 2 a : the peoples speaking Cunan languages b : a member of one of such peoples

cunc·ta·tion \kəŋkˈtāshən\ *n* -s [L *cunctation-, cunctatio*, fr. *cunctatus* (past part. of *cunctari* to hesitate) + -*ion-*, -*io* -ion — more at ¹HANG] : DELAY, PROCRASTINATION

cund *var of* CON

cun·de·a·mor \ˌkün(ˌ)dēəˈmō(ə)r\ *n* -s [AmerSp, prob. fr. Sp *cunde* (3d sing. pres. indic. of *cundir* to spread, swell) + *amor* love, fr. L — more at AMOROUS] : CYPRESS VINE 1

cun·dy \'kəndē\ *n* -es [by alter.] *chiefly Scot* : CONDUIT

cu·ne·al \'kyünēəl\ *adj* [NL *cunealis*, fr. L *cuneus* wedge + -*alis* -al — more at COIN] : relating to a wedge : shaped like a wedge

cu·ne·ate \'kyünēˌāt, -ēət\ *also* cu·ne·at·ed \-ˌād·əd\ *adj* [L *cuneatus*, fr. *cuneus* wedge + -*atus* -ate, -ated — more at CULEX] : shaped like a wedge : narrowly triangular with the acute angle toward the base ⟨a ~ leaf⟩ — see LEAF illustration — cu·ne·ate·ly *adv*

cuneate lobe *n* : CUNEUS 3

cu·ne·at·ic \ˌkyünēˈad·ik\ *adj* [L *cuneatus* + E -*ic*] : CUNEIFORM

¹cu·ne·i·form \kyüˈnēəˌfȯrm, ˈkyünēəˌ-, ˈkyünēˌ-\ *adj* [prob. fr. F *cunéiforme*, fr. MF, fr. L *cuneus* wedge + MF -*iforme* -iform — more at CULEX] 1 : of, relating to, or being any of several somewhat wedge-shaped chiefly skeletal elements: as a : any of three small bones of the tarsus lying between the navicular and the first three metatarsals b : the pyramidal bone of the wrist c : either of a pair of rods of yellow elastic cartilage lying in the aryteno-epiglottic folds of the larynx 2 *of a human skull* : wedge-shaped as viewed from above — used of a head type not uncommon in the Mediterranean subrace 3 a : composed of strokes having the form of a wedge or arrowhead — used of the characters employed in a system of writing in which the strokes are formed by the impression of a stylus in soft clay or are written in some other medium but with strokes in imitation of ones impressed on clay b : written in cuneiform characters — used of a document or of a language c : made up of cuneiform characters ⟨tablets . . . were written in an alphabetic ~ script —L.A.Weigle⟩

AMD001989859