# EXHIBIT L



# Merriam-Webster's Collegiate® Dictionary

## TENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.

SAMAMD0275075



### A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1994 by Merriam-Webster, Incorporated

Philippines Copyright 1994 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data
Main entry under title:

Merriam-Webster's collegiate dictionary. — 10th ed.
    p.   cm.
  ISBN 0-87779-708-0 (unindexed). — ISBN 0-87779-709-9 (indexed).
 — ISBN 0-87779-710-2 (deluxe). — ISBN 0-87779-707-2 (laminated cover).
  1. English language—Dictionaries.
PE1628.M36    1994
423—dc20                               93-32603
                                                CIP

Merriam-Webster's Collegiate® Dictionary, Tenth Edition principal copyright 1993

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

9101112RMcN94

SAMAMD0275076

**ac·cord·ing·ly** \ə-'kȯr-diŋ-lē\ *adv* (14c) 1 : in accordance : CORRESPONDINGLY 2 : CONSEQUENTLY, SO
**according to** *prep* (14c) 1 : in conformity with 2 : as stated or attested by 3 : depending on
¹**ac·cor·di·on** \ə-'kȯr-dē-ən\ *n* [G *Akkordion*, fr. *Akkord* chord, fr. F *accord*, fr. OF *acort*] (1831) : a portable keyboard wind instrument in which the wind is forced past free reeds by means of a hand-operated bellows — **ac·cor·di·on·ist** \-dē-ə-nist\ *n*
²**accordion** *adj* (1885) : folding or creased or hinged to fold like an accordion (an ~ pleat) (an ~ door)
**ac·cost** \ə-'kȯst, -'käst\ *vt* [MF *acoster*, ultim. fr. L *ad-* + *costa* rib, side — more at COAST] (1612) : to approach and speak to often in a challenging or aggressive way
**ac·couche·ment** \ˌa-ˌküsh-'mäⁿ, ə-'küsh-\ *n* [F] (1803) : the time or act of giving birth
**ac·cou·cheur** \ˌa-ˌkü-'shər\ *n* [F] (1759) : one that assists at a birth; *esp* : OBSTETRICIAN



accordion

¹**ac·count** \ə-'kau̇nt\ *n* (14c) 1 *archaic* : RECKONING, COMPUTATION 2 **a** : a record of debit and credit entries to cover transactions involving a particular item or a particular person or concern **b** : a statement of transactions during a fiscal period and the resulting balance 3 **a** : a statement explaining one's conduct **b** : a statement or exposition of reasons, causes, or motives (no satisfactory ~ of these phenomena) **c** : a reason for an action : BASIS (on that ~ I must refuse) 4 **a** : a formal business arrangement providing for regular dealings or services (as banking, advertising, or store credit) and involving the establishment and maintenance of an account; *also* : CLIENT, CUSTOMER **b** : money deposited in a bank account and subject to withdrawal by the depositor 5 **a** : VALUE, IMPORTANCE (it's of no ~ to me) **b** : ESTEEM (stood high in their ~) 6 : ADVANTAGE (turned her wit to good ~) 7 **a** : careful thought : CONSIDERATION (have to take many things into ~) **b** : a usu. mental record : TRACK (keep ~ of all you do) 8 : a description of facts, conditions, or events : REPORT, NARRATIVE (the newspaper ~ of the fire) (by all ~s they're well-off); *also* : PERFORMANCE (a straightforward ~ of the sonata) 9 : a sum of money deposited to one's credit — **on account of** : for the sake of : by reason of — **on no account** : under no circumstances — **on one's own account** 1 : on one's own behalf 2 : at one's own risk 3 : by oneself : on one's own
²**account** *vb* [ME, fr. MF *acompter*, fr. *a-* (fr. L *ad-*) + *compter* to count] *vt* (14c) 1 : to think of as : CONSIDER (~s himself lucky) 2 : to probe into : ANALYZE ~ *vi* 1 : to furnish a justifying analysis or explanation — used with *for* (couldn't ~ for the loss) 2 **a** : to be the sole or primary factor — used with *for* (the pitcher ~ed for all three putouts) **b** : to bring about the capture, death, or destruction of something (~ed for two rabbits)
**ac·count·abil·i·ty** \ə-ˌkau̇n-tə-'bi-lə-tē\ *n* (1794) : the quality or state of being accountable; *esp* : an obligation or willingness to accept responsibility to account for one's actions (public officials lacking ~)
**ac·count·able** \ə-'kau̇n-tə-bəl\ *adj* (14c) 1 : subject to giving an account : ANSWERABLE 2 : capable of being accounted for : EXPLAINABLE *syn* see RESPONSIBLE — **ac·count·able·ness** \-'kau̇n-tə-bəl-nəs\ *n* — **ac·count·ably** \-blē\ *adv*
**ac·coun·tan·cy** \ə-'kau̇n-t°n(t)-sē\ *n* (1854) : the profession or practice of accounting
¹**ac·coun·tant** \ə-'kau̇n-t°nt\ *n* (15c) 1 : one that gives an account or is accountable 2 : one who is skilled in the practice of accounting or who is in charge of public or private accounts — **ac·coun·tant·ship** \-ˌt°n(t)-ˌship\ *n*
²**accountant** *adj* (15c) *obs* : ACCOUNTABLE, ANSWERABLE (I stand ~ for as great a sin —Shak.)
**account executive** *n* (1931) : a business executive (as in an advertising agency) responsible for dealing with a client's account
**ac·count·ing** \ə-'kau̇n-tiŋ\ *n* (ca. 1716) 1 : the system of recording and summarizing business and financial transactions and analyzing, verifying, and reporting the results; *also* : the principles and procedures of accounting 2 **a** : work done in accounting or by accountants **b** : an instance of applied accounting or of the settling or presenting of accounts
**account payable** *n, pl* **accounts payable** (ca. 1936) : the balance due to a creditor on a current account
**account receivable** *n, pl* **accounts receivable** (1936) : a balance due from a debtor on a current account
**ac·cou·tre** *or* **ac·cou·ter** \ə-'kü-tər\ *vt* **-cou·tred** *or* **-cou·tered**; **-cou·tring** *or* **-cou·ter·ing** \-'kü-tə-riŋ, -'kü-triŋ\ [F *accoutrer*, fr. MF *acoustrer*, fr. *a-* + *costure* seam, fr. (assumed) VL *consutura* — more at COUTURE] (1596) : to provide with equipment or furnishings : OUTFIT *syn* see FURNISH
**ac·cou·tre·ment** *or* **ac·cou·ter·ment** \ə-'kü-trə-mənt, -'kü-tər-mənt\ *n* (1549) 1 **a** : EQUIPMENT, TRAPPINGS *specif* : a soldier's outfit usu. not including clothes and weapons — usu. used in pl. **b** : an accessory item of clothing or equipment — usu. used in pl. 2 *archaic* : the act of accoutring 3 : an identifying and often superficial characteristic or device — usu. used in pl. (~s of power that define our diplomacy —Elizabeth Drew)
**ac·cred·it** \ə-'kre-dət\ *vt* [L *accreditus*, pp. of *accredere* to give credence to, fr. *ad-* + *credere* to believe — more at CREED] (1535) 1 : to give official authorization to or approval of: **a** : to provide with credentials; *esp* : to send (an envoy) with letters of authorization **b** : to recognize or vouch for as conforming with a standard **c** : to recognize (an educational institution) as maintaining standards that qualify the graduates for admission to higher or more specialized institutions or for professional practice 2 : to consider or recognize as outstanding 3 : ATTRIBUTE, CREDIT *syn* see APPROVE — **ac·cred·it·able** \-də-tə-bəl\ *adj* — **ac·cred·i·ta·tion** \ə-ˌkre-də-'tā-shən, -'dā-\ *n*

**ac·crete** \ə-'krēt\ *vb* **ac·cret·ed**; **ac·cret·ing** [back-formation fr. *accretion*] *vi* (1784) : to grow or become attached by accretion ~ *vt* : to cause to adhere or become attached; *also* : ACCUMULATE
**ac·cre·tion** \ə-'krē-shən\ *n* [L *accretion-, accretio*, fr. *accrescere* — more at ACCRUE] (1615) 1 : the process of growth or enlargement by a gradual buildup: as **a** : increase by external addition or accumulation (as by adhesion of external parts or particles) **b** : the increase of land by the action of natural forces 2 : a product of accretion; *esp* : an extraneous addition (~s of grime) — **ac·cre·tion·ary** \-shə-ˌner-ē\ *adj* — **ac·cre·tive** \ə-'krē-tiv\ *adj*
¹**ac·cru·al** \ə-'krü-əl\ *n* (1880) 1 : the action or process of accruing 2 : something that accrues or has accrued
²**accrual** *adj* (1917) : being a method of accounting that recognizes income when earned and expenses when incurred regardless of when cash is received or disbursed
**ac·crue** \ə-'krü\ *vb* **ac·crued**; **ac·cru·ing** [ME *acreuen*, prob. fr. MF *acreue* increase, fr. *acreistre* to increase, fr. L *accrescere*, fr. *ad-* + *crescere* to grow — more at CRESCENT] *vi* (15c) 1 : to come into existence as a legally enforceable claim 2 **a** : to come about as a natural growth, increase, or advantage (the wisdom that ~s with age) **b** : to come as a direct result of some state or action (rewards due to the feminine will ~ to me —Germaine Greer) 3 : to accumulate or be added periodically (interest ~s on a daily basis) ~ *vt* : to accumulate or have due after a period of time (~ vacation time) — **ac·cru·able** \ə-'krü-ə-bəl\ *adj* — **ac·crue·ment** \-'krü-mənt\ *n*
**ac·cul·tur·ate** \ə-'kəl-chə-ˌrāt, a-\ *vt* **-at·ed**; **-at·ing** [back-formation fr. *acculturation*] (1930) : to change through acculturation
**ac·cul·tur·a·tion** \ə-ˌkəl-chə-'rā-shən, a-\ *n* (1880) 1 : cultural modification of an individual, group, or people by adapting to or borrowing traits from another culture; *also* : a merging of cultures as a result of prolonged contact 2 : the process by which a human being acquires the culture of a particular society from infancy — **ac·cul·tur·a·tion·al** \-shnəl, -shə-n°l\ *adj* — **ac·cul·tur·a·tive** \ə-'kəl-chə-ˌrā-tiv, a-\ *adj*
**ac·cu·mu·late** \ə-'kyü-m(y)ə-ˌlāt\ *vb* **-lat·ed**; **-lat·ing** [L *accumulatus*, pp. of *accumulare*, fr. *ad-* + *cumulare* to heap up — more at CUMULATE] *vt* (15c) : to gather or pile up esp. little by little : AMASS (~ a fortune) ~ *vi* : to increase gradually in quantity or number
**ac·cu·mu·la·tion** \ə-ˌkyü-m(y)ə-'lā-shən\ *n* (15c) 1 : something that has accumulated or has been accumulated 2 : the action or process of accumulating : the state of being or having accumulated 3 : increase or growth by addition esp. when continuous or repeated (~ of interest)
**ac·cu·mu·la·tive** \ə-'kyü-m(y)ə-ˌlā-tiv, -lə-\ *adj* (ca. 1651) 1 : CUMULATIVE (an age of rapid and ~ change) 2 : tending or given to accumulation — **ac·cu·mu·la·tive·ly** *adv* — **ac·cu·mu·la·tive·ness** *n*
**ac·cu·mu·la·tor** \ə-'kyü-m(y)ə-ˌlā-tər\ *n* (1748) : one that accumulates: as **a** : a device (as in a hydraulic system) in which a fluid is collected and esp. in which it is kept under pressure as a means of storing energy **b** *Brit* : STORAGE BATTERY **c** : a part (as in a computer) where numbers are totaled or stored
**ac·cu·ra·cy** \'a-kyə-rə-sē, 'a-k(ə-)rə-\ *n, pl* **-cies** (1662) 1 : freedom from mistake or error : CORRECTNESS 2 **a** : conformity to truth or to a standard or model : EXACTNESS **b** : degree of conformity of a measure to a standard or a true value — compare PRECISION 2a
**ac·cu·rate** \'a-kyə-rət, 'a-k(ə-)rət\ *adj* [L *accuratus*, fr. pp. of *accurare* to take care of, fr. *ad-* + *cura* care] (1596) 1 : free from error esp. as the result of care (an ~ diagnosis) 2 : conforming exactly to truth or to a standard : EXACT (providing ~ color) 3 : able to give an accurate result (an ~ gauge) *syn* see CORRECT — **ac·cu·rate·ly** \'a-kyə-rət-lē, 'a-k(ə-)rət-, 'a-k(y)ərt-\ *adv* — **ac·cu·rate·ness** \-kyə-rət-nəs, -k(ə-)rət-nəs\ *n*
**ac·cursed** \ə-'kər-səd, -'kərst\ *or* **ac·curst** \ə-'kərst\ *adj* [ME *acursed*, fr. pp. of *acursen* to consign to destruction with a curse, fr. *a-* (fr. OE *a-*, perfective prefix) + *cursen* to curse — more at ABIDE] (13c) 1 : being under or as if under a curse 2 : DAMNABLE — **ac·curs·ed·ly** \-'kər-səd-lē\ *adv* — **ac·curs·ed·ness** \-'kər-səd-nəs\ *n*
**ac·cus·al** \ə-'kyü-zəl\ *n* (1594) : ACCUSATION
**ac·cu·sa·tion** \ˌa-kyə-'zā-shən, -(ˌ)kyü-\ *n* (14c) 1 : the act of accusing : the state or fact of being accused 2 : a charge of wrongdoing
¹**ac·cu·sa·tive** \ə-'kyü-zə-tiv\ *adj* [ME, fr. MF or L; MF *accusatif*, fr. L *accusativus*, fr. *accusatus*, pp. of *accusare*] (15c) 1 : of, relating to, or being the grammatical case that marks the direct object of a verb or the object of any of several prepositions 2 : ACCUSATORY
²**accusative** *n* (ca. 1620) : the accusative case of a language : a form in the accusative case
**ac·cu·sa·to·ry** \ə-'kyü-zə-ˌtȯr-ē, -ˌtōr-\ *adj* (14c) : containing or expressing accusation : ACCUSING
**ac·cuse** \ə-'kyüz\ *vb* **ac·cused**; **ac·cus·ing** [ME, fr. OF *acuser*, fr. L *accusare* to call to account, fr. *ad-* + *causa* lawsuit] *vt* (14c) 1 : to charge with a fault or offense : BLAME 2 : to charge with an offense judicially or by a public process ~ *vi* : to bring an accusation — **ac·cus·er** \ə-'kyü-zər\ *n* — **ac·cus·ing·ly** \-'kyü-ziŋ-lē\ *adv*
**ac·cused** *n, pl* **accused** (1593) : one charged with an offense; *esp* : the defendant in a criminal case
**ac·cus·tom** \ə-'kəs-təm\ *vt* [ME, fr. MF *acostumer*, fr. *a-* (fr. L *ad-*) + *costume* custom] (15c) : to make familiar with something through use or experience — **ac·cus·tom·a·tion** \-ˌkəs-tə-'mā-shən\ *n*
**ac·cus·tomed** \ə-'kəs-təmd\ *adj* (15c) 1 : often used or practiced : CUSTOMARY (her ~ cheerfulness) 2 : adapted to existing conditions (eyes ~ to the dark) 3 : being in the habit or custom (~ to making decisions) *syn* see USUAL — **ac·cus·tomed·ness** \-təm(d)-nəs\ *n*
**AC/DC** \ˌā-ˌ(ˌ)sē-'dē-(ˌ)sē\ *adj* [fr. the likening of a bisexual person to an electrical appliance which can operate on either alternating or direct current] (ca. 1960) : BISEXUAL 1b
¹**ace** \'ās\ *n* [ME *as*, fr. MF, fr. L, unit, a copper coin] (14c) 1 **a** : a die face marked with one spot **b** : a playing card marked in its center with one pip **c** : a domino end marked with one spot 2 : a very small amount or degree : PARTICLE 3 : a point scored esp. on a service (as in tennis or handball) that an opponent fails to touch 4 : a golf score of one stroke on a hole; *also* : a hole made in one stroke 5 : a combat pilot who has brought down at least five enemy airplanes 6 : one that excels at something — **ace in the hole** 1 : an ace dealt face down to a player (as in stud poker) and not exposed until the showdown 2 : an effective and decisive argument or resource held in

SAMAMD0275077



SAMAMD0275078