# EXHIBIT O

| TABLE B: Applicant's limitation of the '750 invention to one that processes RISC and CISC instruction sets specifically | | |
|---|---|---|
| Location in Prosecution History | Reference(s) Distinguished | Applicant's Distinguishing Argument |
| Amendment and Response at 12, Sept. 20, 1994 (Ex. D) | de Nicolas | "Nicolas neither teaches nor suggests a processor that can execute both CISC and RISC instructions in hardware." |
| Amendment and Response at 8, May 22, 1995 (Ex. H) | Portanova | "Applicant's definition of dual-instruction set processor is one that executes both CISC and RISC." |
| Amendment and Response at 9, May 22, 1995 (Ex. H) | Onishi | "The claims recite at least a RISC and a CISC instruction decoder, and an execute unit that receives decoded RISC and decoded CISC instructions and executes both RISC and CISC instructions." |
| Brief on Appeal at 2, Aug. 29, 1995 (Ex. I) | | "A dual-instruction-set CPU is able to execute x86 CISC (complex instruction set computer) code or PowerPC RISC (reduced instruction set computer) code." |
| Brief on Appeal at 15, Aug. 29, 1995 (Ex. I) | | "The claims recite at least a RISC and a CISC instruction decoder." |
| Reply Brief at 2, Nov. 29, 1995 (Ex. J) | Portanova | "The fact that Portanova is an emulator drives to the heart of this appeal: the complete, total absence of prior art showing both RISC and CISC hardware execution." |