# EXHIBIT P

| TABLE C: Applicant's disclaimer of "mere extensions" of instruction sets |||
|---|---|---|
| **Location in Prosecution History** | **Reference(s) Distinguished** | **Applicant's Distinguishing Argument** |
| Amendment and Response at 7, May 22, 1995 (Ex. H) | Lee, Agnew | "Claim 1 clearly disallows a *mere extension* of a single instruction set by stating: 'said first encoding of instructions independent from second encoding of instructions'. *Mere extensions* of instruction sets must have dependent encodings since otherwise one opcode could be used for two instructions. . . . [T]hese references show *mere extensions* to a single instruction set, such as for floating point instructions." |
| Brief on Appeal at 4, Aug. 29, 1995 (Ex. I) | | [Although 386 and 486 processors were not cited by the examiner as prior art, the applicant used 486 as an example of an instruction set that was a "mere extension" of another instruction set:]<br><br>"The 386 and 486 instruction sets do not meet claim limitations for separate instruction sets since the 486 set is a *mere extension* of the 386 set, having most opcode in common." |