William H. Manning (*pro hac vice*)
E-mail: WHManning@rkmc.com
Brad P. Engdahl (*pro hac vice*)
E-mail: BPEngdahl@rkmc.com
Samuel L. Walling (*pro hac vice*)
E-mail: SLWalling@rkmc.com
**Robins, Kaplan, Miller & Ciresi L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181

Robert T. Haslam (Bar No. 71134)
E-mail: Rhaslam@cov.com
**Covington & Burling LLP**
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: 650-632-4700
Facsimile: 650-632-4800

Christine Saunders Haskett (Bar No. 188053)
E-mail: Chaskett@cov.com
**Covington & Burling LLP**
One Front Street
San Francisco, CA 94111
Telephone: 415-591-6000
Facsimile: 415-591-6091

Attorneys for Plaintiffs and
Counterdefendants Advanced Micro
Devices, Inc., et al.

Attorneys for Defendants and Counterclaimants
Samsung Electronics Co., Ltd., et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendants. | Case. No. CV-08-0986-SI <br><br> **STIPULATION AND [PROPOSED] ORDER PERMITTING PROTECTED MATERIAL TO BE FILED UNDER SEAL** <br><br> **[Civil L.R. 7-12]** |

Advanced Micro Devices, Inc. and ATI Technologies, ULC (collectively, "AMD"), and Samsung Electronics Co., Ltd.; Samsung Semiconductor, Inc.; Samsung Austin Semiconductor, LLC; Samsung Electronics America, Inc.; Samsung Telecommunications America, LLC; Samsung Techwin Co., Ltd.; and Samsung Opto-Electronics America, Inc. (collectively, "Samsung") jointly submit this Stipulation regarding the filing of Protected Material under seal.

1 | WHEREAS, The Joint Stipulated Protective Order states that "a Party may not file in the public record in this action any Protected Material or document summarizing, discussing or otherwise referencing Protected Material." Dkt. No. 60 at 12.

WHEREAS, Samsung's Responsive Claim Construction Brief, and the Declaration of Christine Saunders Haskett in Support of Samsung's Responsive Claim Construction Brief contain Highly Confidential AMD Protected Material.

Pursuant to Civil Local Rule 7-12, IT IS HEREBY STIPULATED AND AGREED, by and between AMD and Samsung that, subject to the Court's approval, the unredacted version of Samsung's Responsive Claim Construction Brief, and the Declaration of Christine Saunders Haskett in Support of Samsung's Responsive Claim Construction Brief shall be filed under seal, and the redacted version of this document shall be publicly filed with the Court.

DATED: March 30, 2009        **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: /s/ William H. Manning

William H. Manning
Samuel L. Walling

**ATTORNEYS FOR ADVANCED MICRO DEVICES, INC. AND ATI TECHNOLOGIES, ULC**

DATED: March 30, 2009        **COVINGTON & BURLING LLP**

By: /s/ Christine Saunders Haskett

Robert T. Haslam
Christine Saunders Haskett

**ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG AUSTIN SEMICONDUCTOR, LLC; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; SAMSUNG TECHWIN CO., LTD.; AND SAMSUNG OPTO-ELECTRONICS AMERICA, INC.**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

_____, 2009          _____
                          Honorable Susan Illston
                          United States District Judge

## ECF CERTIFICATION

I, Christine Saunders Haskett, am the ECF User whose identification and password are being used to file this Stipulation regarding the the filing of Protected Material under seal In compliance with General Order 45.X.B, I hereby attest that William H. Manning has concurred in this filing.

DATED:  March 30, 2009                          **COVINGTON & BURLING LLP**

By /s/ Christine Saunders Haskett
CHRISTINE SAUNDERS HASKETT

Attorneys for Defendants and Counterclaimants
Samsung Electronics Co., Ltd., et al.