1    ROBERT T. HASLAM (Bar No. 71134)
rhaslam@cov.com
2    MICHAEL K. PLIMACK (Bar No. 133869)
mplimack@cov.com
3    CHRISTINE SAUNDERS HASKETT (Bar No. 188053)
chaskett@cov.com
4    SAMUEL F. ERNST (Bar No. 223963)
sernst@cov.com
5    COVINGTON & BURLING LLP
One Front Street
6    San Francisco, CA 94111
Telephone: (415) 591-6000
7    Facsimile: (415) 591-6091

8    ALAN H. BLANKENHEIMER (Bar No. 218713)
ablankenheimer@cov.com
9    LAURA E. MUSCHAMP (Bar No. 228717)
lmuschamp@cov.com
10    JO DALE CAROTHERS (Bar No. 228703)
jcarothers@cov.com
11    CHRISTOPHER J. LONGMAN (Bar No. 234473)
clongman@cov.com
12    COVINGTON & BURLING LLP
9191 Towne Centre Drive, 6th Floor
13    San Diego, CA 92122-1225
Telephone: (858) 678-1800
14    Facsimile: (858) 678-1600

Attorneys for Defendants and Counterclaimants SAMSUNG ELECTRONICS CO., LTD., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, LLC, SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, SAMSUNG TECHWIN CO., LTD., and SAMSUNG OPTO-ELECTRONICS AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., <br><br> Plaintiffs and Counterdefendants, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendants and Counterclaimants. | Case No. 3:08-CV-0986-SI <br><br> **[PROPOSED] ORDER CONSTRUING TERMS OF AMD'S PATENTS IN SUIT** |

The Court held a hearing in this case on the proper construction of disputed terms from the patents-in-suit on May 6-7, 2009. Having considered the parties' arguments and the papers and evidence submitted, IT IS HEREBY ORDERED that the following terms of U.S. Patent Nos. 6,784,879; 5,559,990; 5,248,893; 5,377,200; 4,737,830; 5,623,434 shall be construed as follows:

| **Claim Language** | **Construction** |
|---|---|
| U.S. Patent No. 6,784,879<br><br>"control panel" | An area of the personal computer screen containing control functions. |
| U.S. Patent No. 5,559,990<br><br>"integrated memory" | A memory containing one or more integrated circuits. |
| U.S. Patent No. 5,559,990<br><br>"burst mode" | A mode for sequentially accessing memory locations in which the memory receives the address of one memory location and provides in response the contents of a plurality of consecutive memory locations. |
| U.S. Patent No. 5,559,990<br><br>"consecutively addressed memory locations" | A set of addresses following one after the other in order from L1 to Ln wherein each memory location represents a memory cell, or cells, associated with a single address. |
| U.S. Patent No. 5,559,990<br><br>"enabling / disabling sense amplifiers" | Developing a signal on the output of a sense amplifier only when it is transferring data from its output to the memory output, and not developing a signal on the output of a sense amplifier when data is being transferred from a memory location to the sense amplifier. |
| U.S. Patent No. 5,248,893<br><br>"channel-free region" and "channel-free zone" | Area without a channel and through which current flows between the channel and the drain. |
| U.S. Patent No. 5,377,200<br><br>"Data Pattern" | A pattern of bits representing information and not representing an address or an instruction. |
| U.S. Patent No. 4,737,830<br><br>"Gate electrode…is divided into a plurality of segments" | In the improved integrated structure of claim 1, the gate electrode is divided into two or more separate gate electrode segments. |

| Claim Language | Construction |
|---|---|
| U.S. Patent No. 4,737,830<br><br>"electrically connected directly" | Connected through a direct and physical electrical connection, which includes no intermediate devices, to the Vcc current bus and the Vss bus. |
| U.S. Patent No. 4,737,830<br><br>"Vcc Current Bus" | The main power supply bus on an integrated circuit for receiving external current and providing that current to the integrated circuit. |
| U.S. Patent No. 4,737,830<br><br>"independently connected electrically" | Each gate electrode segment is connected through a separate electrical path that is not shared by any other gate electrode segment |
| U.S. Patent No. 5,623,434<br><br>"Arithmetic and logic unit (ALU)" | A conventional circuit which performs arithmetic and logic operations (e.g., addition) within the data processing system and optionally includes registers capable of receiving inputs from multiple sources within that data processing system. |

**IT IS SO ORDERED.**

DATED:_____                 _____
                                    Honorable Susan Illston
                                    United States District Judge