| | |
|---|---|
| 1 | ROBERT T. HASLAM (Bar No. 71134) |
|   | rhaslam@cov.com |
| 2 | MICHAEL K. PLIMACK (Bar No. 133869) |
|   | mplimack@cov.com |
| 3 | CHRISTINE SAUNDERS HASKETT (Bar No. 188053) |
|   | chaskett@cov.com |
| 4 | SAMUEL F. ERNST (Bar No. 223963) |
|   | sernst@cov.com |
| 5 | COVINGTON & BURLING LLP |
|   | One Front Street |
| 6 | San Francisco, CA  94111 |
|   | Telephone:     (415) 591-6000 |
| 7 | Facsimile:      (415) 591-6091 |
| 8 | ALAN H. BLANKENHEIMER (Bar No. 218713) |
|   | ablankenheimer@cov.com |
| 9 | LAURA E. MUSCHAMP (Bar No. 228717) |
|   | lmuschamp@cov.com |
| 10 | JO DALE CAROTHERS (Bar No. 228703) |
|   | jcarothers@cov.com |
| 11 | COVINGTON & BURLING LLP |
|   | 9191 Towne Centre Drive, 6th Floor |
| 12 | San Diego, CA  92122-1225 |
|   | Telephone:     (858) 678-1800 |
| 13 | Facsimile:      (858) 678-1600 |

Attorneys for Defendants and Counterclaimants SAMSUNG ELECTRONICS CO., LTD., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, LLC, SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, SAMSUNG TECHWIN CO., LTD., and SAMSUNG OPTO-ELECTRONICS AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., | Case No. 3:08-CV-0986-SI |
| Plaintiffs and Counterdefendants, | |
| v. | **DECLARATION OF CHRISTINE SAUNDERS HASKETT IN SUPPORT OF SAMSUNG'S RESPONSIVE CLAIM CONSTRUCTION BRIEF** |
| SAMSUNG ELECTRONICS CO., LTD., et al., | |
| Defendants and Counterclaimants. | DATE:  May 6-7, 2009 |
| | TIME:  3:30 p.m. |
| | COURTROOM:  10, 19th Floor |
| | JUDGE:  The Honorable Susan Illston |

DECLARATION OF CHRISTINE SAUNDERS HASKETT
IN SUPPORT OF RESPONSIVE CLAIM
CONSTRUCTION BRIEF

CASE NO. 3:08-CV-0986 SI

1  I, Christine Saunders Haskett declare:

2  1. I am a partner with the law firm of Covington Burling LLP, counsel to Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc., Samsung Telecommunications America, LLC, Samsung Techwin Co., Ltd., and Samsung Opto-Electronics America, Inc. (collectively "Samsung") in the above-captioned matter. I make this declaration in support of Samsung's Responsive Claim Construction Brief. I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, could and would testify thereto.

3  2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the Macintosh Desktop Reference produced in this litigation at SAMAMD0247981 - SAMAMD0247995, SAMAMD0248032, SAMAMD0248037 - SAMAMD0248040, SAM0248075, SAMAMD0248236, and SAMAMD0248363.

4  3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the IBM Aptiva Handbook produced in this litigation at SAMAMD0247767 - SAMAMD0247778, and SAMAMD0247794.

5  4. Attached hereto as **Exhibit 3** is a true and correct copy of U.S. Patent No. 5,668,571 to Pai et al.

6  5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the Microsoft Press Computer Dictionary (3d ed. 1997), definition of the term "control panel."

7  6. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from the deposition of Stephen J. Orr taken on November 20, 2008 in this matter.

8  7. Attached hereto as **Exhibit 6** is a true and correct copy of U.S. Patent No. 6,118,493 to Duhault et al.

9  8. Attached hereto as **Exhibit 7** is a true and correct copy of U.S. Patent No. 5,900,868 to Duhault.

10  9. Attached hereto as **Exhibit 8** is a true and correct copy of U.S. Patent No. 5,987,106 to Kitamura.

1  10. Attached hereto as **Exhibit 9** is a true and correct copy of U.S. Patent No. 5,761,417 to Henley et al.

11. Attached hereto as **Exhibit 10** is a true and correct copy of U.S. Patent No. 5,321,805 to Hayman et al.

12. Attached hereto as **Exhibit 11** is a true and correct copy of U.S. Patent No. 5,999,860 to Mintz.

13. Attached hereto as **Exhibit 12** is a true and correct copy of the Advisory Action dated May 17, 1995 from the file history for U.S. Patent No. 5,559,990.

14. Attached hereto as **Exhibit 13** is a true and correct copy of the Amendment After Final Office Action dated September 23, 1994 from the file history for U.S. Patent No. 5,559,990.

15. Attached hereto as **Exhibit 14** is a true and correct copy of the Notice of Allowability dated February 5, 1996 from the file history for U.S. Patent No. 5,559,990.

16. Attached hereto as **Exhibit 15** is a true and correct copy of excerpts of Keith Leaver, *Microelectronic Devices* (2d ed. 1997).

17. Attached hereto as **Exhibit 16** is a true and correct copy of the Office Action dated May 19, 1992 from the file history for U.S. Patent No. 5,248,893.

18. Attached hereto as **Exhibit 17** is a true and correct copy of the Amendment dated July 7, 1992 from the file history for U.S. Patent No. 5,248,893.

19. Attached hereto as **Exhibit 18** is a true and correct copy of the Notice of Allowability dated March 22, 1993 from the file history for U.S. Patent No. 5,248,893.

20. Attached hereto as **Exhibit 19** is a true and correct copy of the Response dated November 10, 1992 from the file history for U.S. Patent No. 5,248,893.

21. Attached hereto as **Exhibit 20** is a true and correct copy of excerpts from the Microsoft Press Computer Dictionary (2d ed. 1994), definition of the term "bus."

22. Attached hereto as **Exhibit 21** is a true and correct copy of the excerpts from the McGraw-Hill Electronics Dictionary (5th ed. 1994), definition of the term "data."

23. Attached hereto as **Exhibit 22** is a true and correct copy of excerpts from Jack Horn, *Computer and Data Processing Dictionary and Guide* (1966), definition of the term "data."

24. Attached hereto as **Exhibit 23** is a true and correct copy of excerpts from The American Heritage Dictionary (2d ed. 1982), definition of the term "independent."

25. Attached hereto as **Exhibit 24** is a true and correct copy of excerpts from Britannica World Language Dictionary (1964), definition of the term "independent."

26. Attached hereto as **Exhibit 25** is a true and correct copy of excerpts from Webster's Ninth New Collegiate Dictionary, definition of the term "independent."

27. Attached hereto as **Exhibit 26** is a true and correct copy of U.S. Patent No. 4,617,482 to Matsuda.

28. Attached hereto as **Exhibit 27** is a true and correct copy of U.S. Patent No. 5,289,631 to Koopman et al.

29. Attached hereto as **Exhibit 28** is a true and correct copy of excerpts from Que's Computer User's Dictionary (5th ed. 1994), definition of the term "bus."

30. Attached hereto as **Exhibit 29** is a true and correct copy of a letter from Alan H. Blankenheimer to David Marder dated March 27, 2009.

31. Attached hereto as **Exhibit 30** is a true and correct copy of a letter from Alan H. Blankenheimer to David Marder dated March 28, 2009.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at San Francisco, California on March 30, 2009.

By: /s/ *Christine Saunders Haskett*
Christine Saunders Haskett

SF: 117693-1

DECLARATION OF CHRISTINE SAUNDERS HASKETT IN SUPPORT OF RESPONSIVE CLAIM CONSTRUCTION BRIEF   3   CASE NO. 3:08-CV-0986 SI