# EXHIBIT 2



# Aptiva

## Handbook

SAMAMD0247767

# Aptiva



## Handbook

SAMAMD0247768

**First Edition (May 1996)**
**The following paragraph does not apply to any state or country where such provisions are inconsistent with local law:** INTERNATIONAL BUSINESS MACHINES CORPORATION PROVIDES THIS PUBLICATION "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. References to IBM products, programs, or services do not imply that IBM intends to make them available outside the United States.

This publication could contain technical inaccuracies or typographical errors. Changes are periodically made to the information herein; these changes will be made in later editions. IBM may make improvements and/or changes in the product(s) and/or program(s) at any time.

Address comments about this publication to IBM HelpCenter – Aptiva PC, IBM Corporation, 3039 Cornwallis Rd., Dept. BM1/203, Research Triangle Park, NC 27709-2195 USA. Information you supply may be used by IBM without obligation.

For copies of publications related to this product, call toll free 1-800-IBM-7282 in the Continental U.S.A. In Canada, call toll free 1-800-465-7999.

**© Copyright International Business Machines Corporation 1996. All rights reserved.**
Note to U.S. Government Users – Documentation related to restricted rights – Use, duplication or disclosure is subject to restrictions set forth in GSA ADP Schedule Contract with IBM Corp.

# Contents at a glance

**Part 1: Learning about this book** .................................................. **1**

Chapter 1: Using this book .................................................................. 3

**Part 2: Controlling system settings** ............................................... **9**

Chapter 2: Getting started with your Aptiva computer ........................ 11
Chapter 3: Understanding Rapid Resume features ............................ 23
Chapter 4: Viewing and changing Aptiva configuration ...................... 31

**Part 3: Upgrading and replacing hardware** ................................. **51**

Chapter 5: Preparing to upgrade ........................................................ 53
Chapter 6: Adding and replacing system board components ............. 63
Chapter 7: Adding and removing adapter cards and drives ............... 81

**Part 4: Troubleshooting** ................................................................ **129**

Chapter 8: Diagnosing and recovering from problems ..................... 131

**Part 5: Technical reference** .......................................................... **159**

Appendix A: Specification tables ...................................................... 161
Appendix B: Audio and video cards .................................................. 171
Appendix C: Modem information ...................................................... 173
Appendix D: Monitor terminology ..................................................... 191

**Index** ............................................................................................. **193**

SAMAMD0247770

SAMAMD0247771

# Table of contents

Notices ............................................................................................................. xiii
   Safety information ....................................................................................... xiii
   Trademarks ................................................................................................. xiv
   Hardware and software assistance ............................................................. xiv

## Part 1: Learning about this book ....................................................... 1

### Chapter 1: Using this book ................................................................. 3
   How this book is organized ........................................................................... 3
   Presentation conventions used in this book ................................................. 5
   Where to find more information ..................................................................... 6

## Part 2: Controlling system settings ................................................... 9

### Chapter 2: Getting started with your Aptiva computer ................... 11
   Controlling monitor settings ......................................................................... 11
      Getting the best performance from your monitor ................................... 12
      Power saver feature ................................................................................ 12
      Changing display settings ....................................................................... 12
         Customizing display properties ........................................................ 13
         Tips for choosing display properties ................................................. 15
         Using the Windows Help function to select display properties ........ 15
   Controlling volume ....................................................................................... 16
      Adjusting the speaker volume ................................................................ 16
      Adjusting the headphone volume ........................................................... 16
   Getting ready to print .................................................................................... 17
   Setting up communications .......................................................................... 18
      Connecting your modem to the telephone network .............................. 19
      Configuring your communications software .......................................... 19
      Configuring your Aptiva computer for a connection to the Internet ...... 20

SAMAMD0247772

The IBM Internet Connection ..................................................................... 20
The Internet Setup Wizard ........................................................................ 21

## Chapter 3: Understanding Rapid Resume features ..................... 23
Starting the Rapid Resume Manager ............................................................ 24
Rapid Resume features ............................................................................ 24
   Rapid Resume ................................................................................... 24
   Automatic Power Off .......................................................................... 25
Standby features ..................................................................................... 26
   Standby ............................................................................................ 26
   Snapshot .......................................................................................... 26
Scheduler features .................................................................................. 27
   Scheduler ......................................................................................... 27
   Automatic Power On .......................................................................... 27
Wake Up on Ring features ......................................................................... 27
   Wake Up on Ring ............................................................................... 28
   Ring Indicator ................................................................................... 28
How Rapid Resume features change your computer's behavior ....................... 28

## Chapter 4: Viewing and changing Aptiva configuration ................ 31
Using the Setup Utility ............................................................................. 31
Starting the Setup Utility ......................................................................... 32
Working with the Setup Utility menus ........................................................ 33
   Changing and restoring settings ........................................................... 34
   Restoring factory settings .................................................................... 34
Viewing system information ..................................................................... 35
Viewing video configuration ..................................................................... 35
   Video controller ................................................................................. 35
   Video memory .................................................................................. 35
Changing disk drive configuration .............................................................. 35
   Diskette drive (A: or B:) ...................................................................... 35
   Hard disk drive and CD-ROM drive ....................................................... 36
Changing input/output port configuration ................................................... 37
   Serial port A ..................................................................................... 37
   Parallel port ..................................................................................... 37
   Parallel port mode ............................................................................. 38

SAMAMD0247773

Mouse ................................................................................................. 38
Keyboard NumLock state ................................................................. 38
Keyboard speed ................................................................................ 38
Changing Rapid Resume features configuration ............................. 39
APM BIOS mode ................................................................................ 39
Rapid Resume .................................................................................... 39
Standby .............................................................................................. 40
Wake Up on Ring ............................................................................... 41
Automatic Power On ......................................................................... 41
Rapid Resume advanced options .................................................... 42
Changing adapter card device information ..................................... 44
Plug and Play cards detected .......................................................... 44
ISA Legacy resources ....................................................................... 44
Configuring startup options ............................................................. 45
Startup devices (First - Fourth) ....................................................... 45
System memory test ......................................................................... 46
Virus detection .................................................................................. 46
Viewing model information .............................................................. 46
Setting the date and time ................................................................. 46
Configuring advanced options ......................................................... 47
Security options ................................................................................ 47
Cache options ................................................................................... 48
ROM shadowing ................................................................................ 49
PCI card options ................................................................................ 49
Memory timings ................................................................................ 49
Using other configuration utilities .................................................. 50

## Part 3: Upgrading and replacing hardware ........................ 51

## Chapter 5: Preparing to upgrade ............................................ 53
Understanding the differences between the desktop and minitower systems ........ 54
Inside the desktop system ............................................................... 54
Inside the minitower system ........................................................... 55
Similarities between the systems ................................................... 55
Evaluating your new hardware ........................................................ 56
For conflicts with system resources used by an Mwave card ..... 56

SAMAMD0247774

For conflicts with system resources used by a Plug and Play card ... 57
For conflicts with other system resources ... 57
Planning your hardware changes ... 58
Understanding the Setup Utility's role ... 58
Planning an order for hardware changes ... 58
Recording your changes ... 60
Opening the system unit ... 60
Opening a desktop system unit ... 60
Opening a minitower system unit ... 61

**Chapter 6: Adding and replacing system board components ... 63**
Accessing the system board ... 63
If you need to remove the riser card in a minitower system ... 64
Identifying the parts of the system board ... 65
Installing an upgrade processor ... 68
Installing cache memory modules ... 69
Inserting a new module ... 69
Replacing an existing module ... 70
Installing system memory modules ... 71
Installing dual inline memory modules ... 72
Replacing an existing DIMM ... 73
Installing single inline memory modules ... 74
Removing single inline memory modules ... 75
Upgrading video memory ... 76
Replacing the system battery ... 78
Updating the Setup Utility ... 79
For a cache memory module ... 79
For system memory modules ... 79
For the system battery ... 79

**Chapter 7: Adding and removing adapter cards and drives ... 81**
Resolving Mwave resource conflicts ... 81
Resolving resource conflicts ... 82
Resolving joystick port conflicts ... 82
Starting and using the Windows 95 Device Manager ... 82
Resolving Plug and Play resource conflicts ... 83

SAMAMD0247775

Working with the hardware in the desktop system unit ............................................. 86
  Identifying the parts of the system unit ......................................................... 87
  Adding and removing adapter cards ............................................................. 89
    Identifying adapter card connectors .......................................................... 89
    Identifying card cable connectors ............................................................ 89
    Setting jumpers ............................................................................. 90
    Installing adapter cards ..................................................................... 93
    Connecting card cables ...................................................................... 93
    Removing adapter cards ...................................................................... 94
  Adding and removing drives ...................................................................... 94
    Identifying drive bays ...................................................................... 94
    Removing and replacing bay panels ........................................................... 95
    Identifying signal cable connectors ......................................................... 95
    Guidelines for connecting IDE/ATA signal cables ............................................. 96
    Guidelines for connecting diskette AT interface signal cables ............................... 98
    Tip for proper drive alignment .............................................................. 98
    Installing a drive in bay 1 ................................................................. 99
    Installing a drive in bay 2 ................................................................ 101
    Installing a drive in bay 3 ................................................................ 103
    Installing a drive in bay 4 ................................................................ 105
    Connecting signal cables ................................................................... 107
    Removing drives ............................................................................ 107
Working with the hardware in the minitower system unit .......................................... 108
  Identifying the parts of the system unit ...................................................... 109
  Adding and removing adapter cards ............................................................. 111
    Identifying adapter card connectors ........................................................ 111
    Identifying card cable connectors .......................................................... 111
    Setting jumpers ............................................................................ 112
    Installing adapter cards ................................................................... 115
    Connecting card cables ..................................................................... 115
    Removing adapter cards ..................................................................... 116
  Adding and removing drives .................................................................... 116
    Identifying drive bays ..................................................................... 116
    Removing and replacing bay panels .......................................................... 117
    Identifying signal cable connectors ........................................................ 118
    Guidelines for connecting IDE/ATA signal cables ............................................ 119
    Guidelines for connecting diskette AT interface signal cables .............................. 121

SAMAMD0247776

| | |
|---|---|
| Tip for proper drive alignment | 121 |
| Installing a drive in bay 1 | 122 |
| Installing a drive in bay 2 or 3 | 123 |
| Installing a drive in bay 4 | 124 |
| Installing a drive in bay 5 | 125 |
| Installing a drive in bay 6 | 126 |
| Connecting signal cables | 127 |
| Removing drives | 127 |
| Updating the Setup Utility | 127 |
| For adapter cards | 127 |
| For drives | 128 |

**Part 4: Troubleshooting** ............ **129**

**Chapter 8: Diagnosing and recovering from problems** ........ **131**
| | |
|---|---|
| Before you panic: some simple fixes | 131 |
| Solving hardware problems | 135 |
| Solving software problems | 141 |
| Solving monitor problems | 146 |
| Solving audio, multimedia, and modem problems (Mwave) | 148 |
| Responding to error codes | 149 |
| Recovering factory installed programs and files | 156 |

**Part 5: Technical reference** ........ **159**

**Appendix A: Specification tables** ........ **161**
| | |
|---|---|
| Memory module placement | 161 |
| Memory map | 163 |
| System input/output addresses | 164 |
| System interrupts | 166 |
| DMA channel assignments | 168 |
| Serial port addresses | 169 |

SAMAMD0247777

**Appendix B: Audio and video cards** .................... **171**
   About sound cards ........................................... 171
   About Mwave cards ........................................... 171
   About television cards ....................................... 172

**Appendix C: Modem information** ........................ **173**
   About modems ................................................. 173
      Operating your modem .................................... 173
      Using the Auto Answer feature ........................ 174
      Disabling Call Waiting ..................................... 175
   How modems work ............................................ 175
      Modem connection process ............................. 175
      Data modems ................................................. 176
      Connecting to other data modems ................... 177
      Fax modems ................................................... 178
         Choosing fax software programs ................. 178
      Communications settings ................................ 179
         Changing modem addresses for the Mwave adapter card ... 179
         Changing modem addresses for non-Mwave adapter cards ... 179
   Modem commands ............................................ 180
   Modem return codes ......................................... 183
   S registers ....................................................... 184
   United States modem regulations ....................... 187
      FCC and telephone company requirements ..... 187
   Canadian modem regulations ............................. 188
      Canadian Department of Communications certification label ... 188
      Étiqueete d'homologation du Ministère des Communications du Canada ... 188

**Appendix D: Monitor terminology** ....................... **191**

**Index** ............................................................... **193**

SAMAMD0247778

## Customizing display properties

In Windows 95, you can change display options such as screen resolution, number of colors, refresh rate, and the size of displayed characters.

If you need assistance in selecting display properties, highlight an area of the Display Properties window and press the **F1** key to read about the selected topic.

To customize your display properties:

1. Double-click on the **My Computer** icon on your desktop.
2. In the My Computer window, double-click on the **Control Panel** folder.
3. In the Control Panel window, double-click on the **Display** icon.
4. In the Display Properties window, click on the **Settings** tab.

In the Settings section of the Display Properties window, you can set the following display properties:

- Color palette

  Lets you specify the number of colors that can be displayed on the screen.

- Screen area

  Lets you specify the screen resolution. The resolution setting determines the amount of information that can be displayed on your screen. The larger the resolution setting numbers, the more you can see on your screen, but the smaller the images on the screen appear.

- Desktop area

  Lets you specify the total viewable area. This area can be larger than the size of your screen. If you select a desktop area that is larger than the size of your screen, your desktop will "scroll" as you move the mouse or cursor beyond the edge of the screen area.

  note: *Windows 95 may reset the desktop area to the size of the screen when you restart the system or complete a Rapid Resume cycle.*

- Font size

  Lets you specify the size of the characters displayed on the screen.

  You should generally use the default setting for font size since some programs were not designed to work with large fonts.

The values you can choose for screen area (resolution) and colors will be limited by:

- Your monitor's maximum horizontal frequency.
- The amount of video memory available on the computer's system board.

To find out how much video memory your system uses, go to the Setup Utility. For these instructions, see "Using the Setup Utility" on page 31.

SAMAMD0247794