Goodard v. Google, Inc. Doc. 163 Att. 3

# EXHIBIT 4

Dockets.Justia.com



Designed for Microsoft Windows NT Windows 95

CD-ROM Included

**The Ultimate Computer Reference**

*The Comprehensive Standard for Business, School, Library, and Home*

© 1997

Over 7,600 Terms
Additional Terms Available On-Line Quarterly

# Microsoft Press Computer Dictionary

## Third Edition

- Over 300 *illustrations and diagrams*
- Extensive *Internet coverage*
- Featured in Microsoft® Bookshelf®
- Covers software, hardware, concepts, and more!

*Microsoft* Press

SAMAMD0275189

PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 1997 by Microsoft Corporation

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data
Microsoft Press Computer Dictionary. -- 3rd ed.
      p.   cm.
   ISBN 1-57231-446-X
   1. Computers--Dictionaries.   2. Microcomputers--Dictionaries.
   I. Microsoft Press.
QA76.15.M54  1997
004'.03--dc21                                              97-15489
                                                              CIP

Printed and bound in the United States of America.

      4 5 6 7 8 9   QMQM   2 1 0 9 8

Distributed to the book trade in Canada by Macmillan of Canada, a division of Canada Publishing Corporation.

A CIP catalogue record for this book is available from the British Library.

Microsoft Press books are available through booksellers and distributors worldwide. For further information about international editions, contact your local Microsoft Corporation office. Or contact Microsoft Press International directly at fax (425) 936-7329.

Macintosh, Power Macintosh, QuickTime, and TrueType are registered trademarks of Apple Computer, Inc. Intel is a registered trademark of Intel Corporation. DirectInput, DirectX, Microsoft, Microsoft Press, MS-DOS, Visual Basic, Visual C++, Win32, Win32s, Windows, Windows NT, and XENIX are registered trademarks and ActiveMovie, ActiveX, and Visual J++ are trademarks of Microsoft Corporation. Java is a trademark of Sun Microsystems, Inc. Other product and company names mentioned herein may be the trademarks of their respective owners.

**Acquisitions Editor:** Kim Fryer
**Project Editor:** Maureen Williams Zimmerman, Anne Taussig
**Technical Editors:** Dail Magee Jr., Gary Nelson, Jean Ross, Jim Fuchs, John Conrow, Kurt Meyer,
            Robert Lyon, Roslyn Lutsch

SAMAMD0275190

the user to select options, and scroll bars, which allow the user to move through a document or position text in a window.

**control break** \kən-trōl´ brāk`\ *n.* A transition in control of the computer that typically gives control of the central processing unit (CPU) to the user console or to some other program.

**Control-Break** \kən-trōl´brāk`\ *n. See* Break key.

**control bus** \kən-trōl´ bus`\ *n.* The set of lines (conductors) within a computer that carry control signals between the central processing unit (CPU) and other devices. For example, a control bus line is used to indicate whether the CPU is attempting to read from memory or to write to it; another control bus line is used by memory to request an interrupt in case of a memory error.

**control character** \kən-trōl´ kâr`ək-tər\ *n.* **1.** Any of the first 32 characters in the ASCII character set (0 through 31 in decimal representation), each of which is defined as having a standard control function, such as carriage return, linefeed, or backspace. **2.** Any of the 26 characters Control-A through Control-Z (1 through 26 in decimal representation) that can be typed at the keyboard by holding the Control key down and typing the appropriate letter. The six remaining characters with control functions, such as Escape (ASCII 27), cannot be typed using the Control key. *Compare* control code.

**control code** \kən-trōl´ kōd`\ *n.* One or more nonprinting characters used by a computer program to control the actions of a device, used in printing, communications, and management of display screens. Control codes are mainly employed by programmers or by users to control a printer when an application program does not support the printer or one of its specialized features. In video, control codes are sent from a computer to a display unit to manipulate the appearance of text or a cursor on the screen. Popular video control code sets are ANSI and VT-100. *Also called* escape sequence, setup string. *See also* control character.

**control console** \kən-trōl´ kon`sōl\ *n. See* console.

**control data** \kən-trōl´ dā`tə, dat`ə\ *n.* Data that consists of information about timing and switching, used to synchronize and route other data or to manage the operation of a device such as a bus or a port.

**control flow** \kən-trōl´ flō`\ *n.* The tracing of all possible execution paths in a program, often represented in the form of a diagram. See the illustration.



*Control flow.*

**Control key** \kən-trōl´ kē`\ *n.* A key that, when pressed in combination with another key, gives the other key an alternative meaning. In many application programs, Control (labeled CTRL or Ctrl on a PC keyboard) plus another key is used as a command for special functions. *See also* control character (definition 2).

**controller** \kən-trō´lər\ *n.* A device on which other devices rely for access to a computer subsystem. A disk controller, for example, controls access to one or more disk drives, managing physical and logical access to the drive or drives.

**control logic** \kən-trōl´ loj`ik\ *n.* The electronic circuitry that generates, interprets, and uses control data.

**control panel** \kən-trōl´ pan`əl\ *n.* In Windows and Macintosh systems, a utility that allows the user to control aspects of the operating system or hardware, such as system time and date, keyboard characteristics, and networking parameters.

**control sequence** \kən-trōl´ sē`kwens\ *n. See* control code.



SAMAMD0275191