# EXHIBIT 21

# McGRAW-HILL ELECTRONICS DICTIONARY

FIFTH EDITION

**JOHN MARKUS**

**NEIL SCLATER**

**McGraw-Hill, Inc.**
New York  St. Louis  San Francisco  Washington, D.C.  Auckland
Bogotá  Caracas  Lisbon  London  Madrid  Mexico City  Milan
Montreal  New Delhi  Paris  San Juan  Singapore
Sydney  Tokyo  Toronto

SAMAMD0275199

**Library of Congress Cataloging-in-Publication Data**

Markus, John, 1911–1982
  McGraw-Hill electronics dictionary / John Markus, Neil Sclater. —
5th ed., international ed.
    p.   cm.
  Rev. ed. of: Electronics dictionary. 3rd ed. 1978.
  ISBN 0-07-040434-8
  1. Electronics—Dictionaries.  I. Sclater, Neil.  II. Markus,
John, 1911–1982  Electronics dictionary.  III. Title.
TK7804.M354  1994
621.38'03—dc20                                            93-39212
                                                              CIP

Copyright © 1994, 1978, 1945 by McGraw-Hill, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a data base or retrieval system, without the prior written permission of the publisher. Copyright © 1966, 1960 under the title *Electronics and Nucleonics Dictionary*. All rights reserved.

1 2 3 4 5 6 7 8 9 0   DOC/DOC   9 9 8 7 6 5 4 3

ISBN 0-07-040434-8

*The sponsoring editor for this book was Steve Chapman, the editing supervisor was Frank Kotowski, Jr. and the production supervisor was Suzanne W. Babeuf. It was set in Times roman by North Market Street Graphics.*

*Printed and bound by R. R. Donnelley & Sons Company.*

### INTERNATIONAL EDITION

Copyright © 1994. Exclusive rights by McGraw-Hill, Inc. for manufacture and export. This book cannot be re-exported from the country to which it is consigned by McGraw-Hill. The International Edition is not available in North America.

When ordering this title, use ISBN 0-07-113486-7.

---

Information contained in this work has been obtained by McGraw-Hill, Inc. from sources believed to be reliable. However, neither McGraw-Hill nor its authors guarantee the accuracy or completeness of any information published herein and neither McGraw-Hill nor its authors shall be responsible for any errors, omissions, or damages arising out of use of this information. This work is published with the understanding that McGraw-Hill and its authors are supplying information but are not attempting to render engineering or other professional services. If such services are required, the assistance of an appropriate professional should be sought.

SAMAMD0275200

displayed as dark traces or dark blips where the potassium chloride screen is hit by the electron beam. When the screen is illuminated externally by powerful lamps, the image may be enlarged greatly by optical lenses and projected onto a conventional rear-projection glass screen. In World War II this screen was usually mounted horizontally at table height, and a translucent map of the area under radar survey was placed over the screen for viewing by many controllers during naval actions. Also called skiatron.

**Darlington amplifier** A current amplifier consisting essentially of two separate transistors, with the collectors connected together and the emitter of one connected to the base of the other. The Darlington pair is usually mounted in a common housing.



Darlington amplifier has same terminations as single transistor.

**DARPA** Abbreviation for *Defense Advanced Research Projects Agency;* now called *ARPA* (Advanced Research Projects Agency).

**d'Arsonval movement** See *permanent magnet, moving-coil meter movement.*

**DAS** Abbreviation for *data-acquisition system.*

**DASD** Abbreviation for *direct-access storage device.*

**dashpot** A device that uses a piston moving in a gas or liquid to absorb energy and thereby delay the operating time of a relay, circuit breaker, or other electric device.

**data** General term for the numbers, letters, and symbols that serve as input for computer processing. Commonly treated as a collective noun, for use with a singular verb.

**data acquisition** The process of acquiring indications of the change in physical parameter such as temperature, pressure, and flow rate being measured from the output of a sensor or transducers such as a thermocouple, strain gage, or flowmeter in the form of a time-varying analog signal and processing that signal for recording and/or display. The most basic data acquisition system consists of a sensor, an analog-to-digital converter, digital display, and serial or parallel data output to a recorder or computer.

**data amplifier** An amplifier that has low offset error and high common-mode rejection, used to condition the electric output signals of a data transducer by modifying the bandwidth, providing amplification, or reshaping the signal. The resulting output is usually converted to a digital code.

**data bank** One or more collections of data, generally stored on magnetic tapes, disks, or drums in a form suitable for computer processing. Also called data base.

**data base** *Data bank.*

**data cartridge** A tape cartridge used for nonvolatile and removable data storage in small digital systems.

**data center** An organization established primarily to acquire, analyze, process, store, retrieve, and disseminate one or more types of data. Examples include centers for processing raw data received from spacecraft and centers for collecting and compiling data on properties of materials.

**data circuit** A wire or radio link that allows transmission of digital data pulses with minimum distortion.

**data compression** A technique for reducing the number of bits in the original data without information loss, for more efficient and faster transmission. The receiver expands the received data bits into the original bit sequence.

**data concentrator** A device that takes data from several different teletypewriter or other slow-speed lines and feeds them to a single higher-speed line. A microprocessor can be used to perform this function.

**data converter** A converter that changes data from one form to another, as from punched holes in cards or paper tape to binary form on magnetic tape.

**data domain** The aspect of digital systems that is characterized by data flows, data formats, equipment architecture, and state-space concepts.

**data element** A basic unit of information, such as age, sex, payroll number, geographic location, date, or time. Also called data item.

**date encryption** The transformation of computer data into a form that is unreadable by nonauthorized recipients. The protection system is based on use of a unique encryption key assigned to each customer. Data is encrypted with its key at the point of transmission and decrypted at the receiving point.

**data-entry terminal** A portable keyboard and small numerical display designed for interactive communication with a computer. One version has 16 keys for 0 through 9 and A through F, and larger versions have all the ASCII characters.

**data-flow diagram** A graphic representation of a communication system in which data transmitters, data receiver, data storage, and the processes performed on data are shown as nodes, and the logical flow of data is shown as links between nodes.

**data-flow machine** A parallel-processing architecture in which each processor acts on instructions when the data needed becomes available.

**data-handling capacity** The maximum number of units of information that can be transmitted, received, processed, stored, or otherwise handled by a specific piece of equipment.

**data-handling system** Automatically operated equipment used to interpret data gathered by instrument installations. Also called data-reduction system.

**data item** *Data element.*

**data link** A wire, radio, or other data-transmission channel used for connecting data-processing equipment to an input terminal, output or display device, or other remotely located data-processing equipment.

**data logging** Recording of data in the time sequence at which related events occur.

**data mile** A military unit of distance, equal to 6000 ft (1828.8 m).

**data path** The section of the chip through which information to be manipulated passes, including parts of the buses, caches, and registers.

**Data-Phone** A Bell System device that permits transmission of data over telephone channels at speeds up to 2000 b/s. It uses a modem to convert binary input information

SAMAMD0275201