# EXHIBIT 23



3 1822 00038

# The American Heritage Dictionary

**Second College Edition**

SAMAMD0275082

Words that are believed to be registered trademarks have been checked with authoritative sources. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. Words that are known to have current registrations are shown with an initial capital and are also identified as trademarks. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

Copyright © 1982 by Houghton Mifflin Company. All rights reserved. No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system, except as may be expressly permitted by 1976 Copyright Act or in writing by the Publisher.

All correspondence and inquiries should be directed to
Reference Division, Houghton Mifflin Company
Two Park Street, Boston, MA 02108

**Library of Congress Cataloging in Publication Data**
Main entry under title:
American Heritage dictionary
  Rev. ed. of: American Heritage dictionary of the English language. New college ed. c1976.
  1. English language—Dictionaries.   I. Morris, William, 1913–
PE1625.A54   1982      423      82-9346
ISBN 0-395-32943-4
ISBN 0-395-32944-2 (thumb index)
ISBN 0-395-33959-6 (deluxe edition)

Manufactured in the United States of America

SAMAMD0275083

**3.** Not clearly defined; indefinite. —**in′de·ci′sive·ly** *adv.* —**in′de·ci′sive·ness** *n.*
**in·de·clin·a·ble** (ĭn′dĭ-klī′nə-bəl) *adj.* Having no set of grammatical inflections.
**in·de·com·pos·a·ble** (ĭn-dē′kəm-pō′zə-bəl) *adj.* Not capable of being split into component parts.
**in·dec·o·rous** (ĭn-dĕk′ər-əs) *adj.* Lacking propriety or good taste. —**in·dec′o·rous·ly** *adv.* —**in·dec′o·rous·ness** *n.*
**in·de·co·rum** (ĭn′dĭ-kôr′əm, -kōr′-) *n.* **1.** Lack of decorum; impropriety. **2.** An instance of indecorous behavior or action.
**in·deed** (ĭn-dēd′) *adv.* **1.** Without a doubt; certainly; truly. **2.** In fact; in reality. **3.** Admittedly; unquestionably. —*interj.* Used to express surprise, skepticism, or irony. [ME *indede*, in fact : *in*, in + *dede*, deed.]
**in·de·fat·i·ga·ble** (ĭn′dĭ-făt′ĭ-gə-bəl) *adj.* Incapable of being fatigued; tireless. [Lat. *indefatigabilis* : *in-*, not + *defatigare* to tire out (*de-*, thoroughly + *fatigare*, to weary).] —**in′de·fat′i·ga·bil′i·ty, in′de·fat′i·ga·ble·ness** *n.* —**in′de·fat′i·ga·bly** *adv.*
**in·de·fea·si·ble** (ĭn′dĭ-fē′zə-bəl) *adj.* Not capable of being annulled or made void. —**in′de·fea′si·bil′i·ty** *n.* —**in′de·fea′si·bly** *adv.*
**in·de·fec·ti·ble** (ĭn′dĭ-fĕk′tə-bəl) *adj.* **1.** Having the ability to resist defect or failure; lasting. **2.** Without flaw or defect; perfect. —**in′de·fec′ti·bil′i·ty** *n.* —**in′de·fec′ti·bly** *adv.*
**in·de·fen·si·ble** (ĭn′dĭ-fĕn′sə-bəl) *adj.* Not capable of being defended, esp.: **a.** Inexcusable; unpardonable. **b.** Invalid; untenable. **c.** Vulnerable to physical attack. —**in′de·fen′si·bil′i·ty, in′de·fen′si·ble·ness** *n.* —**in′de·fen′si·bly** *adv.*
**in·de·fin·a·ble** (ĭn′dĭ-fī′nə-bəl) *adj.* Not capable of being defined, described, or analyzed. —*n.* One that is indefinable. —**in′de·fin′a·ble·ness** *n.* —**in′de·fin′a·bly** *adv.*
**in·def·i·nite** (ĭn-dĕf′ə-nĭt) *adj.* Not definite, esp.: **a.** Unclear; vague. **b.** Lacking precise limits. **c.** Uncertain; undecided. [Lat. *indefinitus* : *in-*, not + *definitus*, definite.] —**in·def′i·nite·ly** *adv.* —**in·def′i·nite·ness** *n.*
**indefinite article** *n. Gram.* An article, as English *a* or *an*, that does not fix the identity of the noun modified.
**indefinite integral** *n. Math.* The set of all functions of which a given function is the derivative, usually represented by $\int f(x)dx + C$, where $\int f(x)dx$ is any member of the set and $C$ is an arbitrary constant.
**indefinite pronoun** *n. Gram.* A pronoun, as English *any* or *some*, that does not specify the identity of its object.
**in·de·his·cent** (ĭn′dĭ-hĭs′ənt) *adj.* Not splitting open at maturity: *indehiscent fruit.* —**in′de·his′cence** *n.*
**in·del·i·ble** (ĭn-dĕl′ə-bəl) *adj.* **1.** Incapable of being removed, erased, or washed away; permanent. **2.** Making a mark not easily erased or washed away: *an indelible laundry pencil.* [Lat. *indelebilis* : *in-*, not + *delebilis* capable of being destroyed < *delēre*, to destroy.] —**in·del′i·bil′i·ty, in·del′i·ble·ness** *n.* —**in·del′i·bly** *adv.*
**in·del·i·ca·cy** (ĭn-dĕl′ĭ-kə-sē) *n., pl.* **-cies. 1.** The quality or condition of being indelicate. **2.** Something that is indelicate.
**in·del·i·cate** (ĭn-dĕl′ĭ-kĭt) *adj.* **1. a.** Offensive to or lacking in propriety. **b.** Bordering on vulgarity; coarse. **2.** Prone to or marked by lack of sensitivity to the feelings of others; tactless. —**in·del′i·cate·ly** *adv.* —**in·del′i·cate·ness** *n.*
**in·dem·ni·fi·ca·tion** (ĭn-dĕm′nə-fĭ-kā′shən) *n.* **1. a.** The act of indemnifying. **b.** The condition of being indemnified. **2.** Something that indemnifies; indemnity.
**in·dem·ni·fy** (ĭn-dĕm′nə-fī′) *tr.v.* **-fied, -fy·ing, -fies. 1.** To protect against damage, loss, or injury; insure. **2.** To make compensation to for damage, loss, or injury suffered. [< Lat. *indemnis*, uninjured : *in-*, not + *damnum*, harm.] —**in·dem′ni·fi′er** *n.*
**in·dem·ni·ty** (ĭn-dĕm′nĭ-tē) *n., pl.* **-ties. 1.** Security against damage, loss, or injury. **2.** A legal exemption from liability for damages. **3.** Compensation for damage, loss, or injury suffered. [ME *indempnite* < AN < LLat. *indemnitas* < Lat. *indemnis*, uninjured. —see INDEMNIFY.]
**in·de·mon·stra·ble** (ĭn′dĭ-mŏn′strə-bəl) *adj.* Incapable of being proved or demonstrated. —**in′de·mon′stra·ble·ness, in′de·mon′stra·bil′i·ty** *n.* —**in′de·mon′stra·bly** *adv.*
**in·dene** (ĭn′dēn′) *n.* A colorless organic liquid, $C_9H_8$, obtained from coal tar and used in preparing synthetic resins. [IND(OLE) + -ENE.]
**in·dent¹** (ĭn-dĕnt′) *v.* **-dent·ed, -dent·ing, -dents.** —*tr.* **1. a.** To cut or tear (a document with two or more copies) along an irregular line so that the parts can later be matched for establishing authenticity. **b.** To draw up (a document) in duplicate or triplicate. **2. a.** To notch or serrate the edge of; make jagged. **b.** To make notches, grooves, or holes in (wood, for example) for the purpose of mortising. **c.** To fit or join together by or as if by mortising. **3.** To set (the first line of a paragraph, for example) in from the margin. **4.** *Chiefly Brit.* To order (goods) by purchase order or official requisition. —*intr.* **1.** To form an indentation. **2.** *Chiefly Brit.* To draw up or order an indent. —*n.* (ĭn-dĕnt′, ĭn′dĕnt′). **1.** An indenture. **2.** A U.S. certificate issued at the close of the Revolutionary War for interest due on the public debt. **3.** *Chiefly Brit.* An official requisition or purchase order for goods. **4.** An indention. [ME *endenten*, to notch < OFr. *en-*

*denter* < Med. Lat. *indentare* : Lat. *in-*, in + Lat. *dens, tooth.*] —**in·dent′er** *n.*
**in·dent²** (ĭn-dĕnt′) *tr.v.* **-dent·ed, -dent·ing, -dents. 1.** To make a dent in. **2.** To impress (a design, for example); stamp. —*n.* (ĭn-dĕnt′, ĭn′dĕnt′). An indentation.
**in·den·ta·tion** (ĭn′dĕn-tā′shən) *n.* **1. a.** The act of indenting. **b.** The condition of being indented. **2.** A notch or jagged cut in an edge. **3.** A recess in a border, coastline, or other boundary. **4.** The blank space between a margin and the beginning of an indented line.
**in·den·tion** (ĭn-dĕn′shən) *n.* **1. a.** The act of indenting. **b.** The condition of being indented. **2.** The blank space between a margin and the beginning of an indented line. **3.** *Archaic.* An indentation or dent.
**in·den·ture** (ĭn-dĕn′chər) *n.* **1. a.** A document in duplicate having indented edges. **b.** A legal deed or contract executed between two or more parties. **c.** Often **indentures.** A contract binding one party into the service of another for a specified term. **d.** An official or authenticated inventory, list, or voucher. **2.** Indentation. —*tr.v.* **-tured, -tur·ing, -tures. 1.** To bind into the service of another by indenture. **2.** *Archaic.* To form an indentation in. [ME *endenture*, a written agreement < AN < OFr. *endenter*, to indent.]
**in·de·pend·ence** (ĭn′dĭ-pĕn′dəns) *n.* **1.** The state or quality of being independent. **2.** *Archaic.* Sufficient income for self-support; competence.
**Independence Day** *n.* July 4, a U.S. legal holiday celebrating the anniversary of the adoption of the Declaration of Independence in 1776.
**in·de·pend·en·cy** (ĭn′dĭ-pĕn′dən-sē) *n., pl.* **-cies. 1.** Independence. **2.** An independent territory or state. **3. Independency.** The Independent movement in 17th-century England.
**in·de·pend·ent** (ĭn′dĭ-pĕn′dənt) *adj.* **1.** Politically autonomous; self-governing. **2.** Free from the influence, guidance, or control of another or others; self-reliant: *an independent mind.* **3.** Not determined or influenced by someone or something else; not contingent: *an independent study of air pollution.* **4.** Affiliated with or loyal to no one political party or organization: *an independent voter.* **5.** Not dependent on or affiliated with a larger or controlling group or system: *an independent food store.* **6. a.** Financially self-sufficient; self-supporting. **b.** Providing or being sufficient income to enable one to live without working: *a person of independent means.* **7.** *Math.* **a.** Not dependent on other variables: *an independent variable.* **b.** Of or pertaining to a system of equations no one of which is necessarily satisfied by a set of values of the independent variables that satisfy all the others. **c.** Of, pertaining to, describing, or being an outcome of a trial of a chance experiment the probability of which does not depend on the outcome of any other trial of the chance experiment. —*n.* **1.** One that is independent, esp. a voter who does not pledge allegiance to any one political party. **2. Independent.** A member of a movement in England in the 17th century advocating the political and religious independence of individual congregations. **3. Independent.** *Chiefly Brit.* A Congregationalist.
**independent clause** *n. Gram.* A clause that contains a subject, a verb, and sometimes an object and modifiers, and that is capable of standing alone as a complete sentence.
**in-depth** (ĭn′dĕpth′) *adj.* Detailed; thorough: *an in-depth study.*
**in·de·scrib·a·ble** (ĭn′dĭ-skrī′bə-bəl) *adj.* **1.** Incapable of being described. **2.** Exceeding description: *indescribable delight.* —**in′de·scrib′a·bil′i·ty, in′de·scrib′a·ble·ness** *n.* —**in′de·scrib′a·bly** *adv.*
**in·de·struc·ti·ble** (ĭn′dĭ-strŭk′tə-bəl) *adj.* Incapable of being destroyed; unbreakable. —**in′de·struc′ti·bil′i·ty, in′de·struc′ti·ble·ness** *n.* —**in′de·struc′ti·bly** *adv.*
**in·de·ter·min·a·ble** (ĭn′dĭ-tûr′mə-nə-bəl) *adj.* **1.** Incapable of being fixed or measured; not ascertainable. **2.** Incapable of being finally settled or decided. —**in′de·ter′min·a·bly** *adv.*
**in·de·ter·mi·na·cy** (ĭn′dĭ-tûr′mə-nə-sē) *n.* The state or quality of being indeterminate.
**in·de·ter·mi·nate** (ĭn′dĭ-tûr′mə-nĭt) *adj.* **1. a.** Not precisely determined: *a person of indeterminate age.* **b.** Incapable of being determined. **c.** Lacking clarity or precision; vague. **d.** Not known in advance. **2.** *Bot.* Not terminating in a flower and continuing to grow at the apex: *an indeterminate inflorescence.* [ME *determinat* < LLat. *indeterminatus* : Lat. *in-*, not + *determinatus*, determinate.] —**in′de·ter′mi·nate·ly** *adv.* —**in′de·ter′mi·nate·ness, in′de·ter′mi·na′tion** *n.*
**in·de·ter·min·ism** (ĭn′dĭ-tûr′mə-nĭz′əm) *n.* **1.** Indeterminacy; unpredictability. **2.** The philosophical doctrine that in some circumstances volition occurs independent of physiological and psychological antecedents. —**in′de·ter′min·ist** *n.* —**in′de·ter′min·is′tic** *adj.*
**in·dex** (ĭn′dĕks′) *n., pl.* **-dex·es** or **-di·ces** (-dĭ-sēz′). **1.** Something that serves to guide, point out, or otherwise facilitate reference, esp.: **a.** An alphabetized listing of names, places, and subjects included in a printed work that gives for each item the page on which it is mentioned. **b.** A series of notches cut into the edge of a book for easy access to chapters or other divisions. **c.** A table, file, or catalogue. **2.** Something that reveals or indicates; sign: *"Her face . . . was a fair index to her disposition"* (Samuel Butler).

ă pat / ā pay / âr care / ä father / b bib / ch church / d deed / ĕ pet / ē be / f fife / g gag / h hat / hw which / ĭ pit / ī pie / îr pier / j judge / k kick / l lid, needle / m mum / n no, sudden / ng thing / ŏ pot / ō toe / ô paw, for / oi noise / ou out / ŏŏ took / ōō boot /

SAMAMD0275084