Goodard v. Google, Inc.

Doc. 163 Att. 23

# EXHIBIT 24

Dockets.Justia.com

# BRITANNICA WORLD LANGUAGE

EDITION OF FUNK & WAGNALLS STANDARD

# DICTIONARY

SAMAMD0275096

FUNK & WAGNALLS

# Standard

REGISTERED UNITED STATES PATENT OFFICE

# DICTIONARY

## OF THE ENGLISH LANGUAGE

*International Edition*

COMBINED WITH

# BRITANNICA WORLD LANGUAGE DICTIONARY

## VOLUME ONE

Standard Dictionary of the English Language, *International Edition* Part I—A to P

ENCYCLOPAEDIA BRITANNICA, INC., Chicago

Funk & Wagnalls Company, New York

SAMAMD0275097

# *Standard Dictionary*

OF THE ENGLISH LANGUAGE

*International Edition*

© 1964
Previous Copyrights
© 1963, 1962, 1961, 1960, 1959 and 1958, *by* FUNK & WAGNALLS COMPANY

Library of Congress Catalog Card Number 58-11577

"Standard" is our trademark registered in U. S. Patent Office

Copyright under the Articles of the Copyright Convention
of the Pan-American Republics and the United States.

# *Britannica World Language Dictionary*

© 1954, 1955, 1956, 1958, 1959

*by*

ROBERT C. PREBLE

*Copyright under International Copyright Union*
All Rights Reserved under Pan-American and Universal Copyright Conventions
*by* ROBERT C. PREBLE

Any reproduction or other usage of form or content of the BRITANNICA WORLD LANGUAGE DICTIONARY, either in whole or in part, is expressly prohibited without the prior consent of the copyright owner.

Printed in the United States of America

64-AW

SAMAMD0275098

642 indention

indenture 643

. [<L *incursio, -onis* < *incur-* · **in·cur'sive** *adj.*
kûr'vāt) *v.t.* & *v.i.* **·vat·ed, ·vat·**
·end, especially inwards. — *adj.*
*ncurvatus*, pp. of *incurvare* curve
+ *curvare* curve]
in'kər·vā'shən) *n.* 1 The state
d or bent. 2 The act of bend-
wing inward of the nails. 4 An

rv') *v.t.* & *v.i.* To curve in-
'kûrv') In baseball, a pitched
s inward toward the batter.
*n. pl.* **in·cu·des** (in·kyōō'dēz)
entral one of three small bones
m or middle ear; so called from
mblance to an anvil. See illus-
EAR. 2 *Meteorol.* The anvil-
part of a cumulonimbus cloud;
<L, anvil] — **in'cu·dal** *adj.*
z') *adj.* Formed by hammering
— *n.* An impression made by
with or against a die. — *v.t.*
*Rare* To indent or impress
or stamping, as a device on
*incusus*, pp. of *incudere* forge
r < *in-* on + *cudere* beat]
*tic* India. 2 *Obs.* The Indies.
e INDRA.
'bä) *n.* A great meeting of
natives; parliament; council.
*ba* subject, matter]
ə·gāt) *v.t. Obs.* **·gat·ed, ·gat·ing**
[<L *indagatus*, pp. of *indagare*
**in'da·ga'tion** *n.* — **in'da·ga'tor** *n.*
də·mēn, -min) *Chem.* Any of a
, unstable, organic bases de-
ilines which form bluish and
: also called *phenylene blue.*
(-min). [<IND(IGO) + AMINE]
det'id) *adj.* 1 Having con-
. 2 Owing gratitude; beholden.
, pp. of *endetter* < *en-* on +
DEBT.]
(in·det'id·nis) *n.* 1 The state of
. 2 The amount of one's debts.
·dē'sən·sē) *n. pl.* **·cies** 1 The
being indecent; especially, vul-
orality in actions, spoken or
, pictures, etc. 2 An indecent
nity.
oarseness, filthiness, foulness,
nodesty, impropriety, impurity,
idelicacy, obscenity, offensive-
ess, unseemliness, vileness. See
*nyms*: delicacy, modesty, nicety,
ity, refinement.
dē'sənt) *adj.* 1 Offensive to
ropriety; immodest; gross. 2
what is fit and proper. See
er IMMODEST. — **in·de'cent·ly** *adv.*
(in'də·sij'ōō·it) *adj.* Without a

(in'də·sij'ōō·əs) *adj. Bot.* Not
at maturity; persistent; ever-
d to *deciduous.*
') *adv.* In fact; in truth: used to
affirmation, to mark a qualify-
clause, to denote a concession,
ely for the purpose of drawing
ation of a fact stated. — *interj.*
on of surprise, irony, incredu-
+ DEED]
**le** (in'də·fat'ə·gə·bəl) *adj.* Not
y to fatigue; tireless; unflagging.
*tigable* <L *indefatigabilis* < *in-*
*are* tire out] — **in'de·fat'i·ga·bil'·**
**i·ga·ble·ness** *n.* — **in'de·fat'i·ga·**

ssiduous, indomitable, industri-
iling, never-tiring, persevering,
reless, unfailing, unfaltering,
ntiring, unwearied. *Antonyms*:
pondent, discouraged, fainting,
ging, indolent, negligent, remiss,

(in'də·fē'zə·bəl) *adj.* Not de-
able of being annulled, set aside,
— **in'de·fea'si·bil'i·ty** *n.* — **in'de·**

(in'di·fek'tə·bəl) *adj.* 1 Not

subject to defect or decay. 2 ...
— **in'de·fec'ti·bil'i·ty** *n.* — **in'de·fec'ti·bly** ...
**in·de·fin·a·ble** (in'di·fī'nə·bəl) *adj.* That ...
be defined or described; vague; subtle. ...
**de·fin'a·ble·ness** *n.* — **in'de·fin'a·bly** *adv.*
**in·def·i·nite** (in·def'ə·nit) *adj.* 1 Not de...
or precise. 2 Indeterminate; without ...
boundaries; incapable of measurement ...
large as to have no definite or particular ...
also, infinite. 4 *Bot.* Uncertain ...
stamens when too many to be counted ...
and of inflorescence when not termi...
absolutely by a flower. 5 *Gram.* Not ...
ing or determining; tending to generali...
the *indefinite* articles *a* and *an.* See syn...
under EQUIVOCAL, VAGUE. — **in·def'i·nite·ly**
*adv.* — **in·def'i·nite·ness** *n.*
**indefinite pronoun** See under PRONOUN.
**in·de·his·cent** (in'də·his'ənt) *adj.* Not
opening spontaneously or naturally when ...
said of certain grains and fruits. — **in'de·his'·**
**cence** *n.*
**in·del·i·ble** (in·del'ə·bəl) *adj.* That cannot
blotted out; ineffaceable. [<L *indelibilis*
not + *delibilis* perishable < *delere* des...]
— **in·del'i·bil'i·ty, in·del'i·ble·ness** *n.* —
**del'i·bly** *adv.*
**in·del·i·ca·cy** (in·del'ə·kə·sē) *n. pl.* **·cies** 1 ...
quality of being indelicate; coarseness. ...
act offensive to propriety or refined ...
**in·del·i·cate** (in·del'ə·kit) *adj.* Not deli...
offensive to propriety; immodest. See syno-
nyms under IMMODEST. — **in·del'i·cate·ly** ...
**in·dem·ni·fy** (in·dem'nə·fī) *v.t.* **·fied, ·fy·ing**
1 To compensate for loss or damage sustained.
2 To make good (a loss). 3 To give security
against future loss or punishment to. See syno-
nyms under PAY. [<L *indemnis* unhurt ...
not + *damnum* harm) + -FY] — **in·dem'ni·fi·**
**ca'tion** *n.* — **in·dem'ni·fi'er** (-nə·fī'ər) *n.*
**in·dem·ni·ty** (in·dem'nə·tē) *n. pl.* **·ties** 1 ...
which is given as compensation for a loss
for damage. 2 An undertaking to reimburse
another for loss or to protect him ...
liability. 3 Exemption from penalties ...
bilities incurred. See synonyms under RECOM-
PENSE, RESTITUTION, SUBSIDY. [<F *indemnité*
<L *indemnitas* < *indemnis.* See INDEMNIFY.]
**indemnity bond** See under BOND.
**in·dene** (in'dēn) *n. Chem.* A colorless
hydrocarbon, $C_9H_8$, obtained from coal tar by
fractional distillation. [<IND(OLE) + ...]
**in·dent** (in·dent') *v.t.* 1 To set, as the first
line of a paragraph, in from the margin. 2 To
cut or mark the edge of with toothlike notches
or notches; serrate. 3 To make an order for
goods upon. 4 To make an order for (goods).
5 To cut or tear (a document drawn in dupli-
cate) along an irregular line in order to identify
the halves when fitted together. 6 To ...
tear the edge or top of (a document) in an
irregular line. 7 To indenture, as an appren-
tice. — *v.i.* 8 To be notched or cut; form a
recess. 9 To set a line, etc., in from the
margin. 10 To make out an order in dupli-
cate; make a requisition. 11 *Archaic* To enter
into a bargain or covenant. — *n.* (in'dent, in·dent') 1 A cut or notch in the edge of any
thing; an opening like a notch; an indentation
or impression. 2 An indented contract; in-
denture. 3 An indented certificate issued by
the United States government at the close of
the American Revolution, for principal or in-
terest due on the public debt. 4 An official
order for supplies. 5 In commerce, a foreign
order for goods, with or without special
particulars as to quality, price, mode of ship-
ment, etc. 6 An indention. [<OF *endenter*
<Med. L *indentare* < *in-* in + *dens, dentis* tooth]
**in·den·ta·tion** (in'den·tā'shən) *n.* 1 The act
of denting. 2 A cut or notch in an edge or
border. 3 An indention. See synonyms under
HOLE.
**in·dent·ed** (in·den'tid) *adj.* 1 *Archit.* a
Notched or serrated. b Formed into re-entrant
angles: said of a parapet. 2 *Her.* Toothed
like a saw. 3 In printing or typewriting, set
in from the margin. 4 Indentured.
**in·den·tion** (in·den'shən) *n.* 1 A dent. 2 *Print-*
*ing* a The setting in of a line or body of type
at the left side. b The space thus left blank.

**hanging indention** *Printing* Equal indention
of all lines of a paragraph except the first,
which is not indented.
**in·den·ture** (in·den'chər) *n.* 1 *Law* An instru-
ment of contract under seal; an instrument
in duplicate between parties, each party keep-
ing a counterpart. 2 *Often pl.* A legal instru-
ment for binding an apprentice or a servant
to his master. 3 The act of indenting, or the
state of being indented. — *v.t.* **·tured, ·tur·ing**
1 To bind by indenture, as an apprentice.
2 To indent; furrow. [<OF *endenture*
<Med. L *indentare.* See INDENT.]
**in·de·pen·dence** (in'di·pen'dəns) *n.* 1 Free-
dom from dependence upon others, as for
government or financial support. 2 A com-
petency. 3 A spirit of self-reliance. Also
**in'de·pen'den·cy.** See synonyms under LIBERTY,
... See DECLARATION OF INDEPENDENCE.
**Independence Day** The Fourth of July: so
called in the United States in commemora-
tion of the Declaration of Independence,
adopted July 4, 1776.
**in·de·pen·dent** (in'di·pen'dənt) *adj.* 1 Not
subordinate or subject to nor dependent for
support upon another government, person,
thing. 2 Affording means of independence
or freedom of action. 3 Indicating self-
reliance; resentful of, or uninfluenced by,
advice or assistance. 4 Separate or discon-
nected. 5 Pertaining to the Independents or
Congregationalists. 6 Not identified with any
political party. 7 Possessing sufficient means
to live without labor. 8 *Math.* a Capable of
having any value without regard to the varia-
tion of other quantities. b Denoting two or
more quantities such that the value of none
of them depends upon that of the others.
— *n.* 1 One who exercises his own will or
judgment without the guidance or control of
others. 2 *Often cap.* One who is not an ad-
herent of any political party. — **in'de·pen'·**
**dent·ly** *adv.*
**In·de·pen·dent** (in'di·pen'dənt) *n.* An English
Congregationalist.
**in·de·ter·mi·na·ble** (in'di·tûr'mi·nə·bəl) *adj.* 1
Incapable of exact determination or mea-
surement. 2 Not decided or clearly estab-
lished.
**in·de·ter·mi·na·cy** (in'di·tûr'mə·nə·sē) *n.* The
state of being indefinite or undetermined.
**indeterminacy principle** The uncertainty
principle.
**in·de·ter·mi·nate** (in'di·tûr'mə·nit) *adj.* 1 Not
definite in extent, amount, or nature. 2 Not
clear or precise; vague. 3 Not decided; un-
settled. 4 *Bot.* Not definitely terminated,
as a raceme. 5 *Math.* Designating any of a
class of undefined expressions, as infinity
minus infinity, zero divided by infinity, zero
to the zero power, etc. — **in'de·ter'mi·nate·ly**
*adv.* — **in'de·ter'mi·nate·ness** *n.*
**in·de·ter·mi·na·tion** (in'di·tûr'mə·nā'shən) *n.*
1 Lack of determination. 2 The state of
being indeterminate.
**in·de·ter·min·ism** (in'di·tûr'mə·niz'əm) *n.* The
doctrine that the will, while influenced, is not
absolutely determined by motives or environ-
ment; especially, the doctrine that, since
motives have no existence external to the
mind, the agent chooses the motives which
will influence him rather than being strictly
determined by them or by antecedent causes.
— **in'de·ter'min·ist** *n.*
**in·dex** (in'deks) *n. pl.* **·dex·es** or **·di·ces** (-də·
sēz) 1 Anything used to indicate, point out,
or guide, as the index finger, or forefinger,
the hand of a clock, a pointer, etc. 2 Any-
thing that manifests or denotes: an *index* of
character. 3 An alphabetic list of matters or
references, as in a book. 4 *Math.* An exponent.
5 A mark [☞] employed to direct attention.
6 A numerical expression of the ratio between
one dimension or magnitude and another
with which it is regarded as comparable: the
cephalic *index.* 7 *Obs.* A prolog; prelude.
— *v.t.* 1 To provide with an index. 2 To
put in an index. 3 To indicate; mark. [<L.

See INDICATE.] — **in'dex·er** *n.* — **in·**
**cal** *adj.*
**In·dex** (in'deks) *n.* A list of interdicted
prepared by the Holy Office of the
Catholic Church. The *Index Expurg*
no longer officially prepared, indicate
books which, with certain expurgations,
be read; the *Index Librorum Prohib*
those which are forbidden.
**index finger** The forefinger: so calle
its universal use as a pointer or indicat
**index number** *Stat.* Any of a series o
bers indicating the quantitative time c
in a given statistical aggregate, as prices,
etc., with reference to an arbitrary base (
100) which represents the status of the
gate at a specified previous time or pe
**index of refraction** *Optics* The ratio
sine of the angle of incidence to that
angle of refraction when light enters a
parent substance.
**In·di·a** (in'dē·ə) The central peninsula of
ern Asia, south of the Himalayas; 1,5
square miles: ancient *Bharat*; divided
(1) the **Republic of India,** a self-gov
member of the Commonwealth of Na
1,138,814 square miles; capital, New
(2) Pakistan; (3) several smaller state
affiliated with the Commonwealth.

AFGHANISTAN
Lahore
TIBET
PAKISTAN
NEPAL
BHUTAN
New Delhi
Karachi
Calcutta
PAKISTAN
BURA
INDIA
ARABIAN SEA
BAY OF BENGAL
CEYLON
INDIAN OCEAN

**India ink** 1 A black pigment composed
mixture of lampblack or burnt cork
gelatin and water, originally made in I
China, and Japan and molded in stick
cakes. 2 A liquid ink made from this
ment. 3 Any of various heavy drawing
in different colors, especially one conta
sepia. Also called *Chinese ink.*
**In·di·a·man** (in'dē·ə·mən) *n. pl.* **·men** (-
A large merchant ship in the India tr
especially one in the service of the East I
Company.
**In·di·an** (in'dē·ən) *adj.* 1 Pertaining to I
or the East Indies or to Indians. 2 Pertai
to the American aboriginal race or to the V
Indies. 3 Made from maize. — *n.* 1 A na
of India or of the East Indies. 2 A mem
of the aboriginal race of America (Ameri
Indian) or of the West Indies. 3 Loosely,
of the languages of the American Indi
[<L *India* <Gk. <*Indos* the Indus ri
<OPersian *Hindu* India <Skt. *sindhu* ri
Cf. HINDI.]
**In·di·an·a** (in'dē·an'ə) A north central St
of the United States; 36,291 square mi
capital, Indianapolis; entered the Un
Dec. 11, 1816; nickname, *Hoosier State*: ab
*Ind.* — **In'di·an'i·an** *adj.* & *n.*
**In·di·an·ap·o·lis** (in'dē·ə·nap'ə·lis) The cap
of Indiana.
**Indian bean** The catalpa tree (*Catalpa*
*nonides*) of China, the West Indies, and
United States: it yields a fine, durable wo
adapted for cabinetwork.
**Indian bread** Tuckahoe.
**Indian clubs** See under CLUB[1].
**Indian corn** Maize.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| inexplicable | inextension | infrequency | inirritable | insapient | insonorous | intranquillity | intra |
| inexplicit | inextinguishable | infrequent | inobservant | insaturable | insubduable | intranscalent | intra |
| inexpressive | infelonious | infrugal | inobtrusive | insensuous | insubmergible | intransferable | intra |
| inextensibility | infeminine | inhomogeneity | inopportune | inseverable | insubmissive | intransformable | intra |
| inextensible | infrequence | inhomogeneous | inoppressive | insolidity | insubvertible | intransfusible | inurb |

ăce,câre,pälm; end,ēven; it,īce; odd,ōpen,ôrder; tŏŏk,pōōl; up,bûrn; ə = a in *above*, e in *si*
oil,oil; ou,pout; ch,check; g,go; ng,ring; th,thin; th,this; zh,vision. Foreign sounds à,œ,ü,kh

SAMAMD0275099