# EXHIBIT 25



# R'S Ninth New Collegiate Dictionary

*A Merriam-Webster®*

MERRIAM-WEBSTER INC., *Publishers*
Springfield, Massachusetts, U.S.A.

SAMAMD0275104

kə-rən(t)s\ *n* (1656) : the act or process of

[L *incurrent-, incurrens,* prp. of *incurrere*] current that flows inward

[ME, fr. MF or L; MF, fr. L *incursion-, ncurrere*] (15c) **1** : a hostile entrance into ering in or into (as an activity or undertak-

-'kər-\ *vt* -vat·ed; -vat·ing (1578) **1** : to cause in·cur·vate \'in-ˌkər-ˌvāt, (ˈ)in-ˈkər-vət\ *adj* ā-shən\ *n* — in·cur·va·ture \(ˈ)in-ˈkər-və-

[L *incurvare,* fr. *in-* + *curvare* to curve, fr. ɒWN] (15c) : to bend so as to curve inward s \iŋ-ˈkyüd-(ˌ)ēz, ˈiŋ-kyə-ˌdēz\ [NL, fr. L, the middle of a chain of three small bones lled also *anvil;* see EAR illustration

[L *incusus,* pp. of *incudere* to stamp, strike, nore at HEW] (1818) : formed by stamping y of old coins or features of their design *haic* : India  **2** *obs* : Indies

*rm* [ISV, fr. L *indicum* — more at INDIGO] embling indigo (as in color) *(indophenol)* *'n-daba* affair] *chiefly So Afr* (1827) : CON-

ᴅed; -gat·ing [L *indagatus,* pp. of *indagare,* nvestigation, fr. OL *indu* in + L *agere* to s, AGENT] (1623) : to search into : INVESTI--'gā-shən\ *n* — in·da·ga·tor \'in-də-ˌgāt-ər\

V] (1888) : any of a series of organic bases ιe formula $C_{12}H_{11}N_3$ and which form salts een dyes

[E *indetted,* fr. OF *endeté,* pp. of *endeter* to *te* debt] (13c) **1** : owing money  **2** : ow- to another : BEHOLDEN

the condition of being indebted  **2** : some- ·y) that is owed

*n* (1589) **1** : the quality or state of being a word or action) that is indecent

·; MF *indécent,* fr. L *indecent-, indecens,* fr. ιt] (1563) : not decent; *esp* : grossly un- iers or morals   *syn* see INDECOROUS — in-

η immoral act or series of acts exclusive of her person without consent intentional exposure of part of one's body here such exposure is likely to be an offense ·d standards of decency

ə-)rə-bəl\ *adj* (1802) : incapable of being

η [F *indécision,* fr. *indécis* undecided, fr. LL s, pp. of *decidere* to decide] (ca. 1763) : a ιore possible courses of action : IRRESOLU-

*Ij* (1726)  **1** : not decisive : INCONCLUSIVE ə indecision : IRRESOLUTE  **3** : not clearly in·de·ci·sive·ly *adv* — in·de·ci·sive·ness *n* ɔəl\ *adj* [MF, fr. LL *indeclinabilis,* fr. L *in-* being inflected, fr. L *declinare* to inflect — /ing no grammatical inflections ɔm-ˈpō-zə-bəl\ *adj* (1807) : not capable of being ιent parts or elements

ɪs, ˌin-di-ˈkōr-əs, -ˈkòr-\ *adj* [L *indecorus,* fr. 582) : not decorous — in·de·co·rous·ly *adv*

UNSEEMLY, INDECENT, UNBECOMING, INDELI- to what is accepted as right, fitting, or in ggests a violation of accepted standards of pplies to a broader range of transgressions behavior but of ethical practice or logical ethod; UNSEEMLY adds a suggestion of spe- situation or an offensiveness to good taste; iseemliness or gross offensiveness esp. in s; UNBECOMING suggests behavior or lan- ιe's character or status; INDELICATE implies or of refined perception of feeling.

-ˈkōr-\ *n* [L, neut. of *indecorus*] (1575)  **1** us  **2** : lack of decorum : IMPROPRIETY

**1** : without any question : TRULY, UNDENI- ionally to express irony or disbelief or sur- :hings considered : as a matter of fact

gə-bəl\ *adj* [MF, fr. L *indefatigabilis,* fr. *in- de-* down + *fatigare* to fatigue — more at ɔeing fatigued : UNTIRING — in·de·fat·i·ga- *n* — in·de·fat·i·ga·ble·ness \-ˈfat-i-gə-bəl- blē\ *adv*

*ij* (1548) : not capable of being annulled or ɪt\ — in·de·fea·si·bil·i·ty \-ˌfē-zə-ˈbil-ət-ē\ *n* ē\ *adv*

*adj* (1659)  **1** : not subject to failure or ɔf faults : FLAWLESS — in·de·fec·ti·bil·i·ty ·fec·ti·bly \-ˈfek-tə-blē\ *adv*

l\ *adj* (1529)  **1 a** : incapable of being : UNTENABLE  **b** : incapable of being justi- ʟᴇ  **2** : incapable of being protected against ι·si·bil·i·ty \-ˌfen(t)-sə-ˈbil-ət-ē\ *n* — in·de-

*j* (1690) : incapable of being precisely de- ə·fin·able \-ˈfī-nə-ˈbil-ət-ē\ — indefin- \-ˈfī-nə-bəl-nəs\ *n* — in·de·fin·ably \-blē\

\ *adj* [L *indefinitus,* fr. *in-* + *definitus* defi-  **a** : typically designating an unidentified or not immediately identifiable person or thing ⟨the ∼ article *ɑ an*⟩  **b** : not precise : VAGUE  **c** : having no exact limits  **d** *of ʃ organs* : numerous and difficult to ascertain in number — **indefi** — **in·def·i·nite·ly** *adv* — **in·def·i·nite·ness** *n*

**indefinite integral** *n* (ca. 1877) : any function whose derivative is a ρ function

**in·de·his·cent** \ˌin-di-ˈhis-ᵊnt\ *adj* (1832) : remaining closed at maturity ⟨∼ fruits⟩ — **in·de·his·cence** \-ᵊn(t)s\ *n*

**in·del·i·ble** \in-ˈdel-ə-bəl\ *adj* [ML *indelibilis,* alter. of L *indelebilis,* ʃ *delēre* to delete] (1529)  **1** : that cannot be removed, washed ɑ or erased  **2** : making marks that cannot easily be removed ⟨ɑ pencil⟩  **3** : LASTING, UNFORGETTABLE — **in·del·i·bil·i·ty** \(ˌ)in-ˌdel-ə ət-ē\ *n* — **in·del·i·bly** \-ˈdel-ə-blē\ *adv*

**in·del·i·ca·cy** \-kə-sē\ *n* (1712)  **1** : the quality or state of being indel cate  **2** : something that is indelicate

**in·del·i·cate** \(ˈ)in-ˈdel-i-kət\ *adj* (1742) : not delicate:  **a** (1) : lacking or offending against propriety : IMPROPER  (2) : verging on the indc cent  **b** : marked by a lack of feeling for the sensibilities others : TACTLESS   *syn* see INDECOROUS — **in·del·i·cate·ly** *adv* i·cate·ness *n*

**in·dem·ni·fi·ca·tion** \in-ˌdem-nə-fə-ˈkā-shən\ *n* (1732)  **1 a** : the ɑcti of indemnifying  **b** : the condition of being indemnified  **2** : INDE NITY 2b

**in·dem·ni·fy** \in-ˈdem-nə-ˌfī\ *vt* **-fied; -fy·ing** [L *indemnis* unharmed ʃ *in-* + *damnum* damage] (1611)  **1** : to secure against hurt, loss, ɔ damage  **2** : to make compensation to for incurred hurt, loss, or dɑ age   *syn* see PAY — **in·dem·ni·fi·er** \-ˌfī(-ə)r\ *n*

**in·dem·ni·ty** \in-ˈdem-nət-ē\ *n, pl* **-ties** (15c)  **1 a** : security ɑgains hurt, loss, or damage  **b** : exemption from incurred penalties or liɑbili ties  **2 a** : INDEMNIFICATION 1  **b** : something that indemnifies

**in·de·mon·stra·ble** \ˌin-di-ˈmän(t)-strə-bəl, (ˌ)in-ˈdem-ən-strə-\ *adj* (15 : incapable of being demonstrated : not subject to proof — **in·demo stra·bly** \-blē\ *adv*

**in·dene** \ˈin-ˌdēn\ *n* [ISV, fr. *indole*] (1888) : a liquid hydrocarbon C ˌH obtained from coal tar and used esp. in making resins

¹**in·dent** \in-ˈdent\ *vb* [ME *indenten,* fr. MF *endenter,* fr. OF, fr. *en* + *dent* tooth, fr. L *dent-, dens* — more at TOOTH] *vt* (14c)  **1 a** : to dividc (a document) so as to produce sections with irregular edges that can be matched for authentication  **b** : to draw up (as a deed) in two or more exactly corresponding copies  **2** : INDENTURE  **3 a** : to notch the edge of : make jagged  **b** : to cut into for the purpose of mortising or dov tailing  **4** : to set (as a line of a paragraph) in from the margin  **5** ι join together by or as if by mortises or dovetails  **6** *chiefly Brit* : to order by an indent ∼ *vi*  **1** *obs* : to make a formal or express agree ment  **2** : to form an indentation  **3** *chiefly Brit* : to make out an in dent for something — **in·dent·er** *n* — **indent on**  **1** *chiefly Brit* : ι make a requisition on  **2** *chiefly Brit* : to draw on

²**in·dent** \in-ˈdent, ˈin-ˌ\ *n* (15c)  **1 a** : INDENTURE 1  **b** : a certificate issued by the U.S. at the close of the American Revolution for the prin cipal or interest on the public debt  **2** *chiefly Brit* : an official requι sition  **b** : a purchase order for goods esp. when sent from a foreigm country  **3** : INDENTION

³**in·dent** \in-ˈdent\ *vt* [ME *endenten,* fr. *en-* + *denten* to dent] (15c) : to force inward so as to form a depression  **2** : to form a dent in — **in·dent·er** *n*

⁴**in·dent** \in-ˈdent, ˈin-ˌ\ *n* (1596) : INDENTATION

**in·den·ta·tion** \ˌin-ˌden-ˈtā-shən\ *n* (1728)  **1 a** : an angular cut in ɑn edge : NOTCH  **b** : a recess in a surface  **2** : the action of indentiιg : the condition of being indented  **3** : DENT  **4** : INDENTION 2b

**in·den·tion** \in-ˈden-chən\ *n* (1763)  **1** *archaic* : INDENTATION 1  **2** : ι the action of indenting : the condition of being indented  **b** : ι blank space produced by indenting

¹**in·den·ture** \in-ˈden-chər\ *n* [ME *endenture,* fr. MF, fr. *endenter*] (14c)  **1 a** (1) : a document or a section of a document that is indented  (2) : a formal or official document usu. executed in two or more copies (3) : a contract binding one person to work for another for a given period of time — usu. used in pl.  **b** : a formal certificate (as an inveι tory or voucher) prepared for purposes of control  **c** : a document stating the terms under which a security (as a bond) is issued  **2** : IN DENTATION 1  **3** [³*indent*] : DENT

²**indenture** *vt* **in·den·tured; in·den·tur·ing** \-ˈdench-(ə-)riŋ\ (1676) : tu bind (as an apprentice) by or as if by indentures

**indentured servant** *n* (1723) : a person who binds himself by indentu to work for another for a specified time esp. in return for payment oʃ his travel expenses and maintenance

**in·de·pen·dence** \ˌin-də-ˈpen-dən(t)s\ *n* (1640)  **1** : the quality or state oʃ being independent  **2** *archaic* : COMPETENCE 1

**Independence Day** *n* (1791) : a civil holiday for the celebration of the anniversary of the beginnings of national independence; *specif* : July 4 observed as a legal holiday in the U.S. in commemoration of the adoρ tion of the Declaration of Independence in 1776

**in·de·pen·den·cy** \ˌin-də-ˈpen-dən-sē\ *n* (1611)  **1** : INDEPENDENCE 1  **2** *cap* : the Independent polity or movement  **3** : an independent politi cal unit

¹**in·de·pen·dent** \ˌin-də-ˈpen-dənt\ *adj* (1611)  **1** : not dependent: as  **ɑ** (1) : not subject to control by others : SELF-GOVERNING  (2) : not affili ated with a larger controlling unit  **b** (1) : not requiring or relying on something else : not contingent ⟨an ∼ conclusion⟩  (2) : not looking to others for one's opinions or for guidance in conduct  **c** (1) : not bound by or committed to a political party  (2) : not requiring or relying on others (as for care or livelihood) ⟨∼ of his parents⟩  (3) : being enough to free one from the necessity of working for a living ⟨a man of ∼ means⟩  **d** : showing a desire for freedom ⟨an ∼ manner⟩  **e** (1) : not determined by or capable of being deduced or derived from or expressed in terms of members (as axioms or equations) of the set un der consideration; *esp* : having linear independence ⟨an ∼ set of vec tors⟩  (2) : having the joint probability equal to the product (as of events or samples) or the joint probability density function (as of random variables) equals the product of the probabilities or probability density functions of separate occurrence  **2** *cap* : of or relating to the Indepen dents  **3 a** : MAIN 5 ⟨the ∼ clause⟩  **b** : neither deducible from nor incompatible with another statement ⟨∼ postulates⟩   *syn* see FREE — **in·de·pen·dent·ly** *adv*

²**independent** *n* (1644)  **1** *cap* : a sectarian of an English religious move- ιt for congregational autonomy originating in the late 16th century, ɪl rise to Congregationalists, Baptists, and Friends, and forming ɔf ɪhe major political groupings of the period of Cromwell  **2** : one ι is not bound by or definitely committed to a political party

**independent assortment** *n* (ca. 1948) : formation of random combina- ɔf chromosomes in meiosis and of genes on different pairs of ho- ɔus chromosomes by the passage at random of one of each diρ ɪ pair of homologous chromosomes into each gamete independenι ɪ other pair

**independent variable** *n* (1852) : a mathematical variable whose v ιed first and determines the value of one or more other v ression or function ⟨in $z = x^2 + 3xy + y^2$, $x$ and $y$ are in variables⟩

**depth** \(ˌ)in-ˈdepth\ *adj* (1965) : COMPREHENSIVE, THOROUGH ⟨an

ɪ**scrib·able** \ˌin-di-ˈskrī-bə-bəl\ *adj* (1794)  **1** : that cannot be de- ed ⟨an ∼ sensation⟩  **2** : surpassing description ⟨∼ joy⟩ — **in·de- able·ness** *n* — **in·de·scrib·ably** \-blē\ *adv*

ɪ**struc·ti·ble** \ˌin-di-ˈstrək-tə-bəl\ *adj* [prob. fr. LL *indestructibilis,* fr. L ɪ *destructus,* pp. of *destruere* to tear down — more at DESTROY] ɪ) : not destructible — **in·de·struc·ti·bil·i·ty** \-ˌstrək-tə-ˈbil-ət-ē\ *n* **in·de·struc·ti·ble·ness** \-ˈstrək-tə-bəl-nəs\ *n* — **in·de·struc·ti·bly** blē\ *adv*

ɪ**ter·min·able** \ˌin-di-ˈtərm-(ə-)nə-bəl\ *adj* (15c)  **1** : incapable of being definitely decided or settled  **2** : incapable of being definitely ed or ascertained — **in·de·ter·min·ably** \-blē\ *adv*

ɪ**ter·mi·na·cy** \-ˈtərm-(ə-)nə-sē\ *n* (1649) : the quality or state of being indeterminate

**determinacy principle** *n* (ca. 1928) : UNCERTAINTY PRINCIPLE

ɪ**ter·mi·nate** \ˌin-di-ˈtərm-(ə-)nət\ *adj* [ME *indeterminat,* fr. LL indeterminatus, fr. L *in-* + *determinatus,* pp. of *determinare* to deter ɪte] (14c)  **1 a** : not definitely or precisely determined or fixed VAGUE  **b** : not known in advance  **c** : not leading to a definite end ɪ result  **2** : having an infinite number of solutions ⟨a system of ∼ ɑuations⟩  **3** : being one of the seven undefined mathematical expres- ɪons

$$\frac{0}{0}, \frac{\infty}{\infty}, \infty \cdot 0, 1^\infty, 0^0, \infty^0, \infty - \infty$$

ɪ RACEMOSE — **in·de·ter·mi·nate·ly** *adv* — **in·de·ter·mi·nate·ness** *n* ɪ**de·ter·mi·na·tion** \-ˌtər-mə-ˈnā-shən\ *n*

ɪ**de·ter·min·ism** \ˌin-ˈtər-mə-ˌniz-əm\ *n* (1874)  **1 a** : a theory that the ɪll is free and that deliberate choice and actions are not determined by ɔr predictable from antecedent causes  **b** : a theory that holds that not ιery event has a cause  **2** : the quality or state of being indeterminate; ʃ UNPREDICTABILITY — **in·de·ter·min·ist** \-ˈtərm-(ə-)nəst\ *n* — **in·de- ɪr·min·is·tic** \-ˌtər-mə-ˈnis-tik\ *adj*

ɪ**dex** \ˈin-ˌdeks\ *n, pl* **in·dex·es** *or* **in·di·ces** \-də-ˌsēz\ [L *indic-, index,* ʃ *indicare* to indicate] (1571)  **1** : a device (as the pointer on a ɑle or the gnomon of a sundial) that serves to indicate a value or ɑuantity  **2** : something (as a physical feature or a mode of expression) ɪat leads one to a particular fact or conclusion : INDICATION ⟨the fer- ʃlity of the land is an ∼ of the country's wealth⟩  **3** : a list (as of bib- ɪographical information or citations to a body of literature) arranged ɪsu. in alphabetical order of some specified datum (as author, subject, ɔr keyword): as  **a** : a list of items (as topics or names) treated in a ιrinted work that gives for each item the page number where it may be ɔund  **b** : THUMB INDEX  **c** : a bibliographical analysis of groups of ιublications that is usu. published periodically  **3** : a list of restricted ɔr prohibited material; *specif, cap* : a list of books the reading of which ɪ prohibited or restricted for Roman Catholics by the church authori ιes  **4** *pl usu indices* : a number or symbol or expression (as an expo- ɪent) associated with another to indicate a mathematical operation to ɔe performed or to indicate use or position in an arrangement ⟨the ɪdices 2 and 3 locate the element $a_{23}$ in the second row and third col ɪmn of a determinant⟩  **5** : a character ☞ used to direct attention to ɑ note or paragraph — called also *fist*  **6 a** : a number (as a ratio) ɪerived from a series of observations and used as an indicator or mea ɑure (as of a condition, property, or phenomenon); *specif* : INDEX NUM ɪɛʀ  **b** : the ratio of one dimension of a thing (as an anatomical struc ɪure) to another dimension — **in·dex·i·cal** \ˈdek-si-kəl\ *adj*

²**ιndex** *vt* (1720)  **1 a** : to provide with an index  **b** : to list in an index ɑ ι to serve as an index of  **3** : to regulate (as wages, prices, or interest ɑtes) by indexation ∼ *vi* : to index something — **in·dex·er** *n*

**in·dex·a·tion** \ˌin-dek-ˈsā-shən\ *n* (1960) : a system of economic control ιn which certain variables (as wages and interest) are tied to a cost-of ɪiving index so that both rise or fall at the same rate and the detrimen ɪal effect of inflation is theoretically eliminated

**index finger** *n* (1849) : FOREFINGER

**index fossil** *n* (1900) : a fossil usu. with a narrow time range and wide ιpatial distribution that is used in the identification of related geologic ʃormations

**in·dex·ing** *n* (ca. 1974) : INDEXATION

**index number** *n* (ca. 1896) : a number used to indicate change in magni ιude (as of cost or price) as compared with the magnitude at some ιpecified time usu. taken as 100

**index of refraction** (ca. 1829) : the ratio of the velocity of radiation (as ɪight) in the first of two media to its velocity in the second as it passes ʃrom one into the other

ɪndi- — see IND-

**In·dia** \ˈin-dē-ə\ (ca. 1952) — a communications code word for the ɪetter *i*

**India ink** *n, often cap 1st I* (1665)  **1** : a solid black pigment (as specially ιrepared lampblack) used in drawing and lettering  **2** : a fluid ink ɔnsisting usu. of a fine suspension of india ink in a liquid

**In·dia·man** \ˈin-dē-ə-mən\ *n* (1709) : a merchant ship formerly used in ɪrade with India; *esp* : a large sailing ship used in this trade

**In·di·an** \ˈin-dē-ən *also* ˈin-din *or chiefly dial* -jən\ *n* (14c)  **1 a** : a native ɔr inhabitant of the subcontinent of India or of the East Indies  **2 a** ʃr. the belief held by Columbus that the lands he discovered were part

SAMAMD0275105