Goodard v. Google, Inc. Doc. 163 Att. 28

# EXHIBIT 29

Dockets.Justia.com

COVINGTON & BURLING LLP

9191 TOWNE CENTRE DRIVE
6TH FLOOR
SAN DIEGO, CA 92122-1225
TEL 858.678.1800
FAX 858.678.1600
WWW.COV.COM

BEIJING
BRUSSELS
LONDON
NEW YORK
SAN DIEGO
SAN FRANCISCO
SILICON VALLEY
WASHINGTON

ALAN H. BLANKENHEIMER
TEL 858.678.1801
FAX 858.678.1601
ABLANKENHEIMER @ COV.COM

March 27, 2009

**VIA E-MAIL**

David Marder, Esq.
Robins, Kaplan, Miller & Ciresi LLP
800 Boylston Street, 25th Floor
Boston, MA 02199

Re: **Samsung Electronics Co., Ltd., et al. adv. Advanced Micro Devices, Inc., et al.; Civil Action No. CV-08-0986-SI**

Dear David:

We have received AMD's opening claim construction brief, and I write to propose agreement on constructions of certain terms in the '893, '830, and '434 patents.

**'893 Patent:** In its opening brief, AMD accepted Samsung's proposed construction for the phrase "self-aligned to the respective first and second opposed sides of the gate," which appears in claim 4 of the '893 patent  Claim 1 recites a very similar phrase, "self-aligned to and positioned at one side and the other side of said gate electrode respectively," and Samsung proposes that this phrase be accorded the same construction as the "self-aligned" phrase of claim 4, *viz.*, "formed by a process in which the gate is used as a mask during source and drain implantation." Does AMD agree to this clarification of the claim language?

**'830 Patent:** Samsung has modified its proposed constructions of two claim terms, and we now propose that:

- "electrically connected directly" means "connected through a direct and physical electrical connection, which includes no intermediate devices, to the Vcc current bus and the Vss bus"; and

- "Vcc current bus" means "the main power supply bus on an integrated circuit for receiving external current and providing that current to the integrated circuit."

The first change merely substitutes "devices" for "structures." The second simplifies our original construction and substitutes "current" for "power." Both are intended to respond to AMD's misunderstanding of our original constructions, which suggest there were ambiguities we had not intended. Both changes move Samsung closer to AMD's positions. Does AMD agree to Samsung's modified construction of either or both of these terms?

COVINGTON & BURLING LLP

David Marder, Esq.
March 27, 2009
Page 2

**'434 Patent:** Responding to a concern raised in AMD's opening brief, we propose that "bus coupling said carry save stage to said ALU" means "physical path between the carry save stage and ALU that does not modify the value from the carry save stage." Does AMD agree to Samsung's modified construction?

Samsung's responsive claim construction brief is due this Monday, so please let us know as soon as possible whether Samsung can inform the Court in the brief that agreement has been reached for any or all of the claim terms above.

Sincerely,

Alan H. Blankenheimer
COVINGTON & BURLING LLP

cc: Samuel Walling, Esq.
William Manning, Esq.