# EXHIBIT 30

# COVINGTON & BURLING LLP

9191 TOWNE CENTRE DRIVE
6TH FLOOR
SAN DIEGO, CA 92122-1225
TEL 858.678.1800
FAX 858.678.1600
WWW.COV.COM

BEIJING
BRUSSELS
LONDON
NEW YORK
SAN DIEGO
SAN FRANCISCO
SILICON VALLEY
WASHINGTON

ALAN H. BLANKENHEIMER
TEL 858.678.1801
FAX 858.678.1601
ABLANKENHEIMER @ COV.COM

March 28, 2009

**VIA E-MAIL**

David Marder, Esq.
Robins, Kaplan, Miller & Ciresi LLP
800 Boylston Street, 25th Floor
Boston, MA  02199

Re: **Samsung Electronics Co., Ltd., et al. adv. Advanced Micro Devices, Inc., et al.; Civil Action No. CV-08-0986-SI**

Dear David:

Following up on my letter of yesterday's date proposing agreement on certain constructions, and in an ongoing effort to reach compromise, we propose the following modified construction for "channel-free region" and "channel-free zone" in the '893 patent: "area without a channel and through which current flows between the channel and the drain."

This construction comes closer to AMD's proposed construction ("areas where there is no channel") and responds to AMD's concern in its opening claim construction brief regarding the technical term "inversion region" in Samsung's original construction. The modified construction also more clearly describes the portion of the substrate designated by Samsung's original construction.

Does AMD accept the modified construction above of "channel-free region" and "channel-free zone"?  We recognize that this may not obviate all of AMD's objections to our original construction.  However, even if it does not, at least we will have narrowed the dispute concerning these claim terms.

Sincerely,

Alan H. Blankenheimer
COVINGTON & BURLING LLP

cc: Samuel Walling, Esq.
William Manning, Esq.