# EXHIBIT B

# Dr. RICHARD PASHLEY

# PATENTS

1. 3,946,369 High Speed MOS RAM Employing Depletion Loads, Filed: 4/21/75, Granted: 3/23/76

2. 4,026,733 Process for Defining Polycrystalline Silicon Patterns, Filed: 10/29/75, Granted: 5/31/77

3. 4,033,026 High Density/High Speed MOS Process and device, Filed: 12/16/75, Granted: 7/5/77

4. 4,052,229 Process for Preparing a Substrate for MOS Devices of Different Thresholds, Filed: 6/25/76, Granted: 10/4/77

5. 4,058,413 Ion Implantation Method for the Fabrication of Gallium Arsenide Semiconductor Devices Utilizing an Aluminum Nitride Protective Capping Layer, Filed: 5/13/76, Granted: 11/15/77

6. 4,096,584 Low Power/High Speed Static RAM, Filed: 1/31/77, Granted: 6/20/78

7. 4,178,674 Process for Forming a Contact Region Between Layers of Polysilicon with an Integral Polysilicon Resistor, Filed: 3/27/78, Granted: 12/18/79

8. 4,272,880 MOS/SOS Process, Filed: 4/20/79, Granted: 6/16/81

9. 5,696,917 Method and Apparatus for Performing Burst Read Operations in an Asynchronous Nonvolatile Memory, Filed: 6/3/94, Granted: 12/9/97

10. 5,732,207 Microprocessor Having a Single Poly-Silicon EPROM Memory for Programmably Controlling Optional Features, Filed: 2/28/95, Granted: 3/24/98

11. 5,822,256 Method and Circuitry for Usage of Partially Functional Nonvolatile Memory, Filed: 3/5/97, Granted: 10/13/98

12. 5,852,712 Microprocessor Having a Single Ploy-Silicon EPROM Memory for Programmably Controlling Optional Features, Filed: 9/8/97, Granted: 12/22/98

13. 5,978,833 Method and Apparatus for Accessing and Downloading Information from the Internet, Filed: 12/31/96, Granted: 11/2/99

14. 6,026,465 Flash Memory Including a Mode Register for Indicating Synchronous or Asynchronous Mode of Operation, Filed:6/18/97, Granted: 2/15/00

15. 6,385,688 Asynchronous Interface for a Nonvolatile Memory, Filed: 6/18/97, Granted: 5/7/02

16. 6,418,506 Integrated Circuit Memory and Method for Transferring Data Using a Volatile Memory to Buffer Data for a Nonvolatile Memory Array, Filed: 12/31/96, Granted: 7/9/02

17. 6,564,285 Synchronous Interface for a Nonvolatile Memory, Filed: 6/14/00, Granted: 5/13/03

# RICHARD D. PASHLEY

Publications

1. J. Gyulai, O. Meyer, R.D. Pashley, J.W. Mayer, "Lattice Location and Dopant Behavior of Group II and VI Elements Implanted Into Silicon," paper present by J. Gyulai at I International Conference on Ion Implantation in Semiconductors, California, May 1970; Radiation Effects, 7, Numbers 1, 2, January 1971, pp. 17-24.

2. R.D. Pashley, "Ionization Energy Determination in Indium Implanted Silicon," paper presented by J.W. Mayer at II International Conference on Ion Implantation in Semiconductors, Garmish, Germany, May, 1971; in conference proceedings edited by I. Ruge and J. Graul, Springer-Verlag, New York, 1971, pp. 485-488.

3. R.D. Pashley, "Electrical Properties of Indium Implanted Silicon," Radiation Effects, 11, November 1971, pp. 1-8.

4. J.S. Harris, F.H. Eisen, B. Welch, J. D. Haskell, R.D. Pashley and J.W. Mayer, "Influence of Implantation Temperature and Surface Protection on Tellurium Implantation in GaAs," presented by J.S. Harris at Device Research Conference, Edmonton, Canada, June 1972, Appl. Phys. Lett., Vol. 21, Dec. 1972, pp. 601-603.

5. F.H. Eisen, J.S. Harris, B. Welch, R.D. Pashley, D. Sigurd and J.W. Mayer, "Properties of Tellurium Implanted Gallium Arsenide," paper presented by R.D. Pashley at III International Conference on Ion Implantation in Semiconductors, Yorktown Heights, New York, December 1972; <u>Ion Implantation in Semiconductors and other Materials</u>, edited by B.L. Crowder, Plenum, New York, 1973, pp. 631-640.

6. R.D. Pashley, H. Muller, J.W. Mayer, F. Eisen, and B.M. Welch, "Comparison of Encapsulating Dielectrics

on Ion Implanted GaAs," paper 137 presented by J.W. Mayer at Electrochem.Soc.Mtg., San Francisco, California, May 1974.

7. F.T. Lee, R.D. Pashley, T.C. McGill, and J.W. Mayer, "Investigation of Tellurium-Implanted Silicon," J. Appl.Phys., Vol. 46. No. 1, January 1975, pp. 381-387.

8. J.S.-Y. Feng, R.D. Pashley and M.A. Nicolet, "Magnetoelectric Properties of Magnetite Thin Films," J.Phys., Vol. 46, No. 1, January 6 1975, pp. 1010-1021.

9. R.D. Pashley and B.M. Welch, "Tellurium Implanted N Layers in GaAs," Solid-State Electronics, Vol. 18, November 1975, pp. 977-981.

10. R.D. Pashley and G.A. McCormick, "A 70ns 1k MOS RAM," paper presented by R.D. Pashley at 1976 ISSCC; ISSCC Digest of Technical Papers, February 1976, pp. 138-139.

11. R.D. Pashley, "The Future High Performance Memory Technology," invited debate with W. Herndon; Bipolar vs. MOS, Palo Alto, May 1976.

12. C.A. Mead, R.D. Pashley, L.D. Britton, Y.T. Diamon and S.F. Sando, "128 Bit Multicomparator," IEEE SSC, Vol. SC-11, October 1976, pp. 692-695.

13. R.D. Pashley, "Application of N-MOS Device Scaling," invited talk at IEEE SSCTC Workshop, New York, February 1977.

14. R.D. Pashley, W.H. Owen. K.R. Kokkonen, R.M. Jecmen, A.V. Ebel, C.N. Ahlquist, and P. Schoen, "A High Performance 4k Static RAM Fabricated with an Advanced MOS Technology," paper presented by R.D. Pashley at 1977 ISSCC; ISSCC Digest of Technical Papers, February 1977, pp. 22-23.

15. R. Pashley, W. Owen, K. Kokkonen, and A. Ebel, "Speedy RAM Runs Cool with Power-Down Circuitry," Electronics Magazine, August 1977, pp. 103-107.

16. R. Pashley, K. Kokkonen, E. Boleky, R. Jecmen, S. Liu, and W. Owen, "H-MOS Scales Traditional

   Devices to Higher Performance Level," <u>Electronics Magazine</u>, August 1977, pp. 111-117.

17. R.D. Pashley, "HMOS - A High Speed NMOS Technology," invited talk at IEEE SSCTC Workshop, Santa Barbara, California, September 1977.

18. W. Owen, K. Kokkonen, and R. Pashley, "The Intel 2147, A New Era in Mainframe Memory," paper presented by W. Owen at Midcon 1977, Chicago, Illinois; Midcon Proceedings, Session 29, November 1977, pp. 2-3.

19. R.D. Pashley, "NMOS Memories," invited talk at 1978 Compcom, San Francisco, California, February, 1978.

20. R.D. Pashley, "Power Supply Requirements of Narrow Channel MOS Devices," invited talk at IEEE LSI Approaches and Techniques Seminar, Stanford, California, April 1978.

21. R.D. Pashley, "The Future of Static RAM Technologies," invited talk at IEEE SSCTC Workshop on Semiconductor Memories, Philadelphia, Pennsylvania, February 1979.

22. R.D. Pashley, S.S. Liu, W.H. Owen, J.M. Owen, J. Shappir, R.J. Smith, and R.M. Jecmen, "A 16k x 1b Static Ram," paper presented by R. Pashley at 1979 ISSCC; ISSCC Digest of Technical Papers, February 1979, pp. 106-107.

23. R.M. Jecmen, A.V. Ebel, R.J. Smith, V. Kynett, C. -H. Hui, and R.D. Pashley, "A 25ns 4k Static Ram," paper presented by R. Jecmen at 1979 ISSCC; ISSCC Digest of Technical Papers, February 1979, pp. 100-101.

24. R.D. Pashley, "NMOS and HMOS Static RAMS," invited talk at UC Berkeley one-day course on "Advances in Random-Access Memory Technology," San Francisco, December 1979.

25. R.D. Pashley, "The Practical Limits of VLSI," invited talk at the AIME Electronic Materials Symposium, Palo Alto, California, March 1980.

26. R.D. Pashley and R.A. Pederson, IEEE <u>Journal of Solid State Circuits</u>, Guest Editorship and Forward, October 1982, pp. 791-792.

27. R.D. Pashley, "CHMOS: The Ultimate VLSI Technology," invited talk at Regis McKenna Public Relations Semiconductor Memory Forum, presented to press and financial analysts, Palo Alto; February 1984.

28. R.D. Pashley and K. Kokkonen, "Modular Approach to CMOS Technology Tailors Process to Application," <u>Electronics Magazine</u>, May 1984, pp. 129-131.

29. R.D. Pashley, "Nonvolatility: Semiconductor vs. Magnetic," paper presented and chaired 1988 ISSCC Evening Panel Session, ISSCC Digest of Papers, February 1988, pp. 214-215.

30. R.D. Pashley, "Intel Flash Memory: A Breakthrough in Nonvolatile Technology," 256k Flash Memory Product Introduction presented to press, customers, and financial analysts, Paris, France; April 1988.

31. R.D. Pashley, "A Breakthrough in Nonvolatile Technology," Flash 1 Megabit Memory Product Introduction presented to press, customers, and financial analysts, San Francisco, California; March 1989.

32. R.D. Pashley and S.K. Lai, "Flash Memories: the Best of Two Worlds," IEEE <u>Spectrum</u>, December, 1989, pp. 30-33.

33. R.D. Pashley, "A Breakthrough in Portable Personal Computer Technology," Flash 2 Megabit Product Introduction presented to press, customers and financial analysts; San Francisco, Tokyo, London, Paris, Munich; June 1990.

34. R.D. Pashley, "World's First Flash Memory Card," 1 and 4 Megabyte Flash Memory Card Product Introduction presented to press, customers and financial analysts, Santa Clara, California; October 1990.

35. R.D. Pashley, "Flash Memory Technology Trends,"

invited talk at Montgomery Securities Technology Week Conference, San Francisco, California; January 1991.

36. R.D. Pashley and G.E. Moore, "In Search of the Ultimate Memory Technology," presented to press and financial analysts on business conversion from EPROM to Flash Memory, Santa Clara, California; April 1991.

37. R.D. Pashley, "Flash Memory: The Technology for Today and Tomorrow," talk presented at annual Electronic Analyst Group Meeting; Harvard Club, New York; October 1991.

38. R.D. Pashley and R.W. Reed, "Sharp/Intel Flash Memory Partnership," announcement of joint technology and manufacturing partnership between Intel and Sharp Corporation presented to press and financial analysts, Tokyo; February 1992.

39. R.D. Pashley, "Flash File Memory: The Mass Media for True Portability," 8 Megabit Flash Memory and 20 Mbyte Flash Memory Card Product Introduction presented to press, customers, and financial analysts, Santa Clara, Tokyo; April 1992.

40. R.D. Pashley, "Flash Revolution: Intel's Next Generation Flash Products - Smaller, Lighter, Longer-Lasting," 16/32 Megabit Flash Memory, 40 MB Cards, and 5/10 MB Flash ATA Drive product introduction presented to press, customers, and financial analysts, Tokyo; October 1993.

41. R.D. Pashley, "Intel's Flash Memory Product Line," Hamilton-Hallmark Distributor Video Training talk presented on live feed to four U.S. cities; January 1994.

42. R.D. Pashley, "Intel Flash Memory Leadership," Pioneer Distributor US Video Training talk presented on live feed to eight U.S. cities, April 1994.

43. R.D. Pashley, "Intel Flash Memory: The Startup

of a New Business," invited seminar at UCD Graduate School of Management, Davis, California, November 1995.

44. R.D. Pashley, "Ethical-Value Differences in International Teaming," guest lecture in J. Suran's MGT 216; May 1996.