Goodard v. Google, Inc.
Doc. 164 Att. 2

# EXHIBIT C

Dockets.Justia.com

intel®

UNITED STATES, Intel Corporation
3065 Bowers Ave., Santa Clara, CA 95051
Tel: (408) 765-8080

JAPAN, Intel Japan K.K.
5-6 Tokodai, Tsukuba-shi, Ibaraki, 300-26
Tel: 029747-8511

FRANCE, Intel Corporation S.A.R.L.
1, Rue Edison, BP 303, 78054 Saint-Quentin-en-Yvelines Cedex
Tel: (33) 1-30 57 70 00

UNITED KINGDOM, Intel Corporation (U.K.) Ltd.
Pipers Way, Swindon, Wiltshire, England SN3 1RJ
Tel: (44) (0793) 696000

WEST GERMANY, Intel Semiconductor GmbH
Dornacher Strasse 1
8016 Feldkirchen bei Muenchen
Tel: (49) 089/90992-0

HONG KONG, Intel Semiconductor Ltd.
10/F East Tower, Bond Center, Queensway, Central
Tel: (5) 8444-555

CANADA, Intel Semiconductor of Canada, Ltd.
190 Attwell Drive, Suite 500
Rexdale, Ontario M9W 6H8
Tel: (416) 675-2105

Printed in USA/G324/0490/7k/GF/CC
Memory Components

CG/BC2/101088

intel®

PRELIMINARY

RICHARD D. PASHLEY

# 28F010
# 1024K (128K x 8) CMOS FLASH MEMORY

- **Flash Electrical Chip-Erase**
  - **1 Second Typical Chip-Erase**
- **Quick-Pulse Programming™ Algorithm**
  - **10 µs Typical Byte-Program**
  - **2 Second Chip-Program**
- **10,000 Erase/Program Cycles Minimum**
- **12.0V ±5% $V_{PP}$**
- **High-Performance Read**
  - **120 ns Maximum Access Time**
- **CMOS Low Power Consumption**
  - **30 mA Maximum Active Current**
  - **100 µA Maximum Standby Current**
- **Command Register Architecture for Microprocessor/Microcontroller Compatible Write Interface**
- **Noise Immunity Features**
  - **±10% $V_{CC}$ Tolerance**
  - **Maximum Latch-Up Immunity through EPI Processing**
- **ETOX™-II Flash-Memory Technology**
  - **EPROM-Compatible Process Base**
  - **High-Volume Manufacturing Experience**
- **Compatible with JEDEC-Standard Byte-Wide EPROM Pinouts**
  - **32-Pin Plastic Dip**
  - **32-Lead PLCC**
  - **32-Lead TSOP**

(See Packaging Spec., Order #231369)

Intel's 28F010 CMOS flash memory offers the most cost-effective and reliable alternative for read/write random access nonvolatile memory. The 28F010 adds electrical chip-erasure and reprogramming to familiar EPROM technology. Memory contents can be rewritten: in a test socket; in a PROM-programmer socket; on-board during subassembly test; in-system during final test; and in-system after-sale. The 28F010 increases memory flexibility, while contributing to time- and cost-savings.

The 28F010 is a 1024-kilobit nonvolatile memory organized as 131,072 bytes of 8 bits. Intel's 28F010 is offered in 32-pin plastic dip or 32-lead PLCC and TSOP packages. Pin assignments conform to JEDEC standards for byte-wide EPROMs.

Extended erase and program cycling capability is designed into Intel's ETOX-II (EPROM Tunnel Oxide) process technology. Advanced oxide processing, an optimized tunneling structure, and lower electric field combine to extend reliable cycling beyond that of traditional EEPROMs. With the 12.0V $V_{PP}$ supply, the 28F010 performs a minimum of 10,000 erase and program cycles well within the time limits of the Quick-Pulse Programming™ and Quick-Erase™ algorithms.

Intel's 28F010 employs advanced CMOS circuitry for systems requiring high-performance access speeds, low power consumption, and immunity to noise. Its 120 nanosecond access time provides no-WAIT-state performance for a wide range of microprocessors and microcontrollers. Maximum standby current of 100 µA translates into power savings when the device is deselected. Finally, the highest degree of latch-up protection is achieved through Intel's unique EPI processing. Prevention of latch-up is provided for stresses up to 100 mA on address and data pins, from −1V to $V_{CC}$ + 1V.

With Intel's ETOX-II process base, the 28F010 levers years of EPROM experience to yield the highest levels of quality, reliability, and cost-effectiveness.

Intel Corporation assumes no responsibility for the use of any circuitry other than circuitry embodied in an Intel product. No other circuit patent

SAMAMD0325651



Figure 1. 28F010 Block Diagram

Table 1. Pin Description

| Symbol | Type | Name and Function |
|---|---|---|
| $A_0$–$A_{16}$ | INPUT | **ADDRESS INPUTS** for memory addresses. Addresses are internally latched during a write cycle. |
| $DQ_0$–$DQ_7$ | INPUT/OUTPUT | **DATA INPUT/OUTPUT:** Inputs data during memory write cycles; outputs data during memory read cycles. The data pins are active high and float to tri-state OFF when the chip is deselected or the outputs are disabled. Data is internally latched during a write cycle. |
| $\overline{CE}$ | INPUT | **CHIP ENABLE:** Activates the device's control logic, input buffers, decoders and sense amplifiers. $\overline{CE}$ is active low; $\overline{CE}$ high deselects the memory device and reduces power consumption to standby levels. |
| $\overline{OE}$ | INPUT | **OUTPUT ENABLE:** Gates the devices output through the data buffers during a read cycle. $\overline{OE}$ is active low. |
| $\overline{WE}$ | INPUT | **WRITE ENABLE:** Controls writes to the control register and the array. Write enable is active low. Addresses are latched on the falling edge and data is latched on the rising edge of the $\overline{WE}$ pulse. **Note:** With $V_{PP} \leq V_{CC} + 2V$, memory contents cannot be altered. |
| $V_{PP}$ | | **ERASE/PROGRAM POWER SUPPLY** for writing the command register, erasing the entire array, or programming bytes in the array. |
| $V_{CC}$ | | **DEVICE POWER SUPPLY** (5V ±10%) |
| $V_{SS}$ | | **GROUND** |
| NC | | **NO INTERNAL CONNECTION** to device. Pin may be driven or left floating. |

Figure 2. 28F010 Pin Configurations

SAMAMD0325652

## APPLICATIONS

The 28F010 flash memory provides nonvolatility along with the capability to typically perform over 100,000 electrical chip-erasure/reprogram cycles. These features make the 28F010 an innovative alternative to disk, EEPROM, and battery-backed static RAM. Where periodic updates of code and data-tables are required, the 28F010's reprogrammability and nonvolatility make it the obvious and ideal replacement for EPROM.

Primary applications and operating systems stored in flash eliminate the slow disk-to-DRAM download process. This results in dramatic enhancement of performance and substantial reduction of power consumption — a consideration particularly important in portable equipment. Flash memory increases flexibility with electrical chip erasure and in-system update capability of operating systems and application code. With updatable BIOS, system manufacturers can easily accommodate last-minute changes as revisions are made.

In diskless workstations and terminals, network traffic reduces to a minimum and systems are instant-on. Reliability exceeds that of electromechanical media. Often in these environments, power interruptions force extended re-boot periods for all networked terminals. This mishap is no longer an issue if boot code, operating systems, communication protocols and primary applications are flash-resident in each terminal.

For embedded systems that rely on dynamic RAM/disk for main system memory or nonvolatile backup storage, the 28F010 flash memory offers a solid state alternative in a minimal form factor. The 28F010 provides higher performance, lower power consumption, instant-on capability, and allows an "execute in place" memory hierarchy for code and data table reading. Additionally, the flash memory is more rugged and reliable in harsh environments where extreme temperatures and shock can cause disk-based systems to fail.

The need for code updates pervades all phases of a system's life — from prototyping to system manufacture to after-sale service. The electrical chip-erasure and reprogramming ability of the 28F010 allows in-circuit alterability; this eliminates unnecessary handling and less-reliable socketed connections, while adding greater test, manufacture, and update flexibility.

Material and labor costs associated with code changes increases at higher levels of system integration — the most costly being code updates after sale. Code "bugs", or the desire to augment system functionality, prompt after-sale code updates. Field revisions to EPROM-based code requires the removal of EPROM components or entire boards. With the 28F010, code updates are implemented locally via an edge-connector, or remotely over a communcation link.

For systems currently using a high-density static RAM/battery configuration for data accumulation, flash memory's inherent nonvolatility eliminates the need for battery backup. The concern for battery failure no longer exists, an important consideration for portable equipment and medical instruments, both requiring continuous performance. In addition, flash memory offers a considerable cost advantage over SRAM.

Flash memory's electrical chip erasure, byte programmability and complete nonvolatility fit well with data accumulation and recording needs. Electrical chip-erasure gives the designer a "blank slate" in which to log or record data. Data can be periodically off-loaded for analysis and the flash memory erased producing a new "blank slate".

A high degree of on-chip feature integration simplifies memory-to-processor interfacing. Figure 3 depicts two 28F010s tied to the 80C186 system bus. The 28F010's architecture minimizes interface circuitry needed for complete in-circuit updates of memory contents.

With cost-effective in-system reprogramming, extended cycling capability, and true nonvolatility, the 28F010 offers advantages to the alternatives: EPROMs, EEPROMs, battery backed static RAM, or disk. EPROM-compatible read specifications, straight-forward interfacing, and in-circuit alterability offers designers unlimited flexibility to meet the high standards of today's designs.

290207-4

**Figure 3. 28F010 in a 80C186 System**

## PRINCIPLES OF OPERATION

Flash-memory augments EPROM functionality with in-circuit electrical erasure and reprogramming. The 28F010 introduces a command register to manage this new functionality. The command register allows for: 100% TTL-level control inputs; fixed power supplies during erasure and programming; and maximum EPROM compatibility.

In the absence of high voltage on the $V_{PP}$ pin, the 28F010 is a read-only memory. Manipulation of the external memory-control pins yields the standard EPROM read, standby, output disable, and int$_e$ligent Identifier™ operations.

The same EPROM read, standby, and output disable operations are available when high voltage is applied to the $V_{PP}$ pin. In addition, high voltage on $V_{PP}$ enables erasure and programming of the device. All functions associated with altering memory contents—int$_e$ligent Identifier, erase, erase verify, program, and program verify—are accessed via the command register.

Commands are written to the register using standard microprocessor write timings. Register contents serve as input to an internal state-machine which controls the erase and programming circuitry. Write cycles also internally latch addresses and data needed for programming or erase operations. With the appropriate command written to the register, standard microprocessor read timings output array data, access the int$_e$ligent Identifier codes, or output data for erase and program verification.

Successive command write cycles define the durations of program and erase operations; specifically, the program or erase time durations are normally terminated by associated program or erase verify commands. An integrated watchdog timer provides simplified timing control over these operations; thus eliminating the need for maximum program/erase timing specifications. Programming and erase pulse durations are minimums only. When the watchdog timer terminates a program or erase operation, the device enters an inactive state and remains inactive until receiving the appropriate verify command.

The command register is only alterable when $V_{PP}$ is at high voltage. Depending upon the application, the system designer may choose to make the $V_{PP}$ power supply switchable—available only when memory updates are desired. When high voltage is removed,

SAMAMD0325653

**Table 2. 28F010 Bus Operations**

| | Pins / Operation | $V_{PP}$(1) | $A_0$ | $A_9$ | $\overline{CE}$ | $\overline{OE}$ | $\overline{WE}$ | $DQ_0$–$DQ_7$ |
|---|---|---|---|---|---|---|---|---|
| READ-ONLY | Read | $V_{PPL}$ | $A_0$ | $A_9$ | $V_{IL}$ | $V_{IL}$ | $V_{IH}$ | Data Out |
| | Output Disable | $V_{PPL}$ | X | X | $V_{IL}$ | $V_{IH}$ | $V_{IH}$ | Tri-State |
| | Standby | $V_{PPL}$ | X | X | $V_{IH}$ | X | X | Tri-State |
| | int$_e$ligent Identifier™ (Mfr)(2) | $V_{PPL}$ | $V_{IL}$ | $V_{ID}$(3) | $V_{IL}$ | $V_{IL}$ | $V_{IH}$ | Data = 89H |
| | int$_e$ligent Identifier™ (Device)(2) | $V_{PPL}$ | $V_{IH}$ | $V_{ID}$(3) | $V_{IL}$ | $V_{IL}$ | $V_{IH}$ | Data = B4H |
| READ/WRITE | Read | $V_{PPH}$ | $A_0$ | $A_9$ | $V_{IL}$ | $V_{IL}$ | $V_{IH}$ | Data Out(4) |
| | Output Disable | $V_{PPH}$ | X | X | $V_{IL}$ | $V_{IH}$ | $V_{IH}$ | Tri-State |
| | Standby(5) | $V_{PPH}$ | X | X | $V_{IH}$ | X | X | Tri-State |
| | Write | $V_{PPH}$ | $A_0$ | $A_9$ | $V_{IL}$ | $V_{IH}$ | $V_{IL}$ | Data In(6) |

**NOTES:**
1. Refer to D.C. Characteristics. When $V_{PP} = V_{PPL}$ memory contents can be read but not written or erased.
2. Manufacturer and device codes may also be accessed via a command register write sequence. Refer to Table 3. All other addresses low.
3. $V_{ID}$ is the int$_e$ligent Identifier high voltage. Refer to DC Characteristics.
4. Read operations with $V_{PP} = V_{PPH}$ may access array data or the int$_e$ligent Identifier™ codes.
5. With $V_{PP}$ at high voltage, the standby current equals $I_{CC} + I_{PP}$ (standby).
6. Refer to Table 3 for valid Data-In during a write operation.
7. X can be $V_{IL}$ or $V_{IH}$.

the contents of the register default to the read command, making the 28F010 a read-only memory. Memory contents cannot be altered.

Or, the system designer may choose to "hardwire" $V_{PP}$, making the high voltage supply constantly available. In this instance, all operations are performed in conjunction with the command register. The 28F010 is designed to accommodate either design practice, and to encourage optimization of the processor-memory interface.

## BUS OPERATIONS

### Read

The 28F010 has two control functions, both of which must be logically active, to obtain data at the outputs. Chip-Enable ($\overline{CE}$) is the power control and should be used for device selection. Output-Enable ($\overline{OE}$) is the output control and should be used to gate data from the output pins, independent of device selection. Figure 6 illustrates read timing waveforms.

When $V_{PP}$ is high ($V_{PPH}$), the read operation can be used to access array data, to output the int$_e$ligent Identifier™ codes, and to access data for program/erase verification. When $V_{PP}$ is low ($V_{PPL}$), the read operation can **only** access the array data.

### Output Disable

With Output-Enable at a logic-high level ($V_{IH}$), output from the device is disabled. Output pins are placed in a high-impedance state.

### Standby

With Chip-Enable at a logic-high level, the standby operation disables most of the 28F010's circuitry and substantially reduces device power consumption. The outputs are placed in a high-impedance state, independent of the Output-Enable signal. If the 28F010 is deselected during erasure, programming, or program/erase verification, the device draws active current until the operation is terminated.

### int$_e$ligent Identifier™ Operation

The int$_e$ligent Identifier operation outputs the manufacturer code (89H) and device code (B4H). Programming equipment automatically matches the device with its proper erase and programming algorithms.

With Chip-Enable and Output-Enable at a logic low level, raising A9 to high voltage $V_{ID}$ (see DC Characteristics) activates the operation. Data read from locations 0000H and 0001H represent the manufacturer's code and the device code, respectively.

The manufacturer- and device-codes can also be read via the command register, for instances where the 28F010 is erased and reprogrammed in the target system. Following a write of 90H to the command register, a read from address location 0000H outputs the manufacturer code (89H). A read from address 0001H outputs the device code (B4H).

### Write

Device erasure and programming are accomplished via the command register, when high voltage is applied to the $V_{PP}$ pin. The contents of the register serve as input to the internal state-machine. The state-machine outputs dictate the function of the device.

The command register itself does not occupy an addressable memory location. The register is a latch used to store the command, along with address and data information needed to execute the command.

The command register is written by bringing Write-Enable to a logic-low level ($V_{IL}$), while Chip-Enable is low. Addresses are latched on the falling edge of Write-Enable, while data is latched on the rising edge of the Write-Enable pulse. Standard microprocessor write timings are used.

Refer to A.C. Write Characteristics and the Erase/Programming Waveforms for specific timing parameters.

## COMMAND DEFINITIONS

When low voltage is applied to the $V_{PP}$ pin, the contents of the command register default to 00H, enabling read-only operations.

Placing high voltage on the $V_{PP}$ pin enables read/write operations. Device operations are selected by writing specific data patterns into the command register. Table 3 defines these 28F010 register commands.

**Table 3. Command Definitions**

| Command | Bus Cycles | First Bus Cycle | | | Second Bus Cycle | | |
|---|---|---|---|---|---|---|---|
| | Req'd | Operation(1) | Address(2) | Data(3) | Operation(1) | Address(2) | Data(3) |
| Read Memory | 1 | Write | X | 00H | | | |
| Read int$_e$ligent Identifier™ Codes(4) | 2 | Write | X | 90H | Read | IA | ID |
| Set-up Erase/Erase(5) | 2 | Write | X | 20H | Write | X | 20H |
| Erase Verify(5) | 2 | Write | EA | A0H | Read | X | EVD |
| Set-up Program/Program(6) | 2 | Write | X | 40H | Write | PA | PD |
| Program Verify(6) | 2 | Write | X | C0H | Read | X | PVD |
| Reset(7) | 2 | Write | X | FFH | Write | X | FFH |

**NOTES:**
1. Bus operations are defined in Table 2.
2. IA = Identifier address: 00H for manufacturer code, 01H for device code.
EA = Address of memory location to be read during erase verify.
PA = Address of memory location to be programmed.
Addresses are latched on the falling edge of the Write-Enable pulse.
3. ID = Data read from location IA during device identification (Mfr = 89H, Device = B4H).
EVD = Data read from location EA during erase verify.
PD = Data to be programmed at location PA. Data is latched on the rising edge of Write-Enable.
PVD = Data read from location PA during program verify. PA is latched on the Program command.
4. Following the Read int$_e$ligent ID command, two read operations access manufacturer and device codes.
5. Figure 5 illustrates the Quick-Erase™ Algorithm.
6. Figure 4 illustrates the Quick-Pulse Programming™ Algorithm.
7. The second bus cycle must be followed by the desired command register write.

SAMAMD0325654

## Read Command

While $V_{PP}$ is high, for erasure and programming, memory contents can be accessed via the read command. The read operation is initiated by writing 00H into the command register. Microprocessor read cycles retrieve array data. The device remains enabled for reads until the command register contents are altered.

The default contents of the register upon $V_{PP}$ power-up is 00H. This default value ensures that no spurious alteration of memory contents occurs during the $V_{PP}$ power transition. Where the $V_{PP}$ supply is hard-wired to the 28F010, the device powers-up and remains enabled for reads until the command-register contents are changed. Refer to the A.C. Read Characteristics and Waveforms for specific timing parameters.

## int$_e$ligent Identifier™ Command

Flash-memories are intended for use in applications where the local CPU alters memory contents. As such, manufacturer- and device-codes must be accessible while the device resides in the target system. PROM programmers typically access signature codes by raising A9 to a high voltage. However, multiplexing high voltage onto address lines is not a desired system-design practice.

The 28F010 contains an int$_e$ligent Identifier operation to supplement traditional PROM-programming methodology. The operation is initiated by writing 90H into the command register. Following the command write, a read cycle from address 0000H retrieves the manufacturer code of 89H. A read cycle from address 0001H returns the device code of B4H. To terminate the operation, it is necessary to write another valid command into the register.

## Set-up Erase/Erase Commands

Set-up Erase is a command-only operation that stages the device for electrical erasure of all bytes in the array. The set-up erase operation is performed by writing 20H to the command register.

To commence chip-erasure, the erase command (20H) must again be written to the register. The erase operation begins with the rising edge of the Write-Enable pulse and terminates with the rising edge of the next Write-Enable pulse (i.e., Erase-Verify Command).

This two-step sequence of set-up followed by execution ensures that memory contents are not accidentally erased. Also, chip-erasure can only occur when high voltage is applied to the $V_{PP}$ pin. In the absence of this high voltage, memory contents are protected against erasure. Refer to A.C. Erase Characteristics and Waveforms for specific timing parameters.

## Erase-Verify Command

The erase command erases all bytes of the array in parallel. After each erase operation, all bytes must be verified. The erase verify operation is initiated by writing A0H into the command register. The address for the byte to be verified must be supplied as it is latched on the falling edge of the Write-Enable pulse. The register write terminates the erase operation with the rising edge of its Write-Enable pulse.

The 28F010 applies an internally-generated margin voltage to the addressed byte. Reading FFH from the addressed byte indicates that all bits in the byte are erased.

The erase-verify command must be written to the command register prior to each byte verification to latch its address. The process continues for each byte in the array until a byte does not return FFH data, or the last address is accessed.

In the case where the data read is not FFH, another erase operation is performed. (Refer to Set-up Erase/Erase). Verification then resumes from the address of the last-verified byte. Once all bytes in the array have been verified, the erase step is complete. The device can be programmed. At this point, the verify operation is terminated by writing a valid command (e.g. Program Set-up) to the command register. Figure 5, the Quick-Erase™ algorithm, illustrates how commands and bus operations are combined to perform electrical erasure of the 28F010. Refer to A.C. Erase Characteristics and Waveforms for specific timing parameters.

## Set-up Program/Program Commands

Set-up program is a command-only operation that stages the device for byte programming. Writing 40H into the command register performs the set-up operation.

Once the program set-up operation is performed, the next Write-Enable pulse causes a transition to an active programming operation. Addresses are internally latched on the falling edge of the Write-Enable pulse. Data is internally latched on the rising edge of the Write-Enable pulse. The rising edge of Write-Enable also begins the programming operation. The programming operation terminates with the next rising edge of Write-Enable, used to write the program-verify command. Refer to A.C. Programming Characteristics and Waveforms for specific timing parameters.

## Program-Verify Command

The 28F010 is programmed on a byte-by-byte basis. Byte programming may occur sequentially or at random. Following each programming operation, the byte just programmed must be verified.

The program-verify operation is initiated by writing C0H into the command register. The register write terminates the programming operation with the rising edge of its Write-Enable pulse. The program-verify operation stages the device for verification of the byte last programmed. No new address information is latched.

The 28F010 applies an internally-generated margin voltage to the byte. A microprocessor read cycle outputs the data. A successful comparison between the programmed byte and true data means that the byte is successfully programmed. Programming then proceeds to the next desired byte location. Figure 4, the 28F010 Quick-Pulse Programming™ algorithm, illustrates how commands are combined with bus operations to perform byte programming. Refer to A.C. Programming Characteristics and Waveforms for specific timing parameters.

## Reset Command

A reset command is provided as a means to safely abort the erase- or program-command sequences. Following either set-up command (erase or program) with two consecutive writes of FFH will safely abort the operation. Memory contents will not be altered. A valid command must then be written to place the device in the desired state.

## EXTENDED ERASE/PROGRAM CYCLING

EEPROM cycling failures have always concerned users. The high electrical field required by thin oxide EEPROMs for tunneling can literally tear apart the oxide at defect regions. To combat this, some suppliers have implemented redundancy schemes, reducing cycling failures to insignificant levels. However, redundancy requires that cell size be doubled—an expensive solution.

Intel has designed extended cycling capability into its ETOX-II flash memory technology. Resulting improvements in cycling reliability come without increasing memory cell size or complexity. First, an advanced tunnel oxide increases the charge carrying ability ten-fold. Second, the oxide area per cell subjected to the tunneling electric field is one-tenth that of common EEPROMs, minimizing the probability of oxide defects in the region. Finally, the peak electric field during erasure is approximately 2 MV/cm lower than EEPROM. The lower electric field greatly reduces oxide stress and the probability of failure—increasing time to wearout by a factor of 100,000,000.

The 28F010 is specified for a minimum of 10,000 program/erase cycles. The device is programmed and erased using Intel's Quick-Pulse Programming™ and Quick-Erase™ algorithms. Intel's algorithmic approach uses a series of operations (pulses), along with byte verification, to completely and reliably erase and program the device.

For further information, see Reliability Report RR-60.

## QUICK-PULSE PROGRAMMING™ ALGORITHM

The Quick-Pulse Programming algorithm uses programming operations of 10 μs duration. Each operation is followed by a byte verification to determine when the addressed byte has been successfully programmed. The algorithm allows for up to 25 programming operations per byte, although most bytes verify on the first or second operation. The entire sequence of programming and byte verification is performed with $V_{PP}$ at high voltage. Figure 4 illustrates the Quick-Pulse Programming algorithm.

## QUICK-ERASE™ ALGORITHM

Intel's Quick-Erase algorithm yields fast and reliable electrical erasure of memory contents. The algorithm employs a closed-loop flow, similar to the Quick-Pulse Programming™ algorithm, to simultaneously remove charge from all bits in the array.

Erasure begins with a read of memory contents. The 28F010 is erased when shipped from the factory. Reading FFH data from the device would immediately be followed by device programming.

For devices being erased and reprogrammed, uniform and reliable erasure is ensured by first programming all bits in the device to their charged state (Data = 00H). This is accomplished, using the Quick-Pulse Programming algorithm, in approximately two seconds.

Erase execution then continues with an initial erase operation. Erase verification (data = FFH) begins at address 0000H and continues through the array to the last address, or until data other than FFH is encountered. With each erase operation, an increasing number of bytes verify to the erased state. Erase efficiency may be improved by storing the address of the last byte verified in a register. Following the next erase operation, verification starts at that stored address location. Erasure typically occurs in one second. Figure 5 illustrates the Quick-Erase algorithm.

SAMAMD0325655



| Bus Operation | Command | Comments |
|---|---|---|
| Standby | | Wait for $V_{PP}$ Ramp to $V_{PPH}$(1) |
| | | Initialize Pulse-Count |
| Write | Set-up Program | Data = 40H |
| Write | Program | Valid Address/Data |
| Standby | | Duration of Program Operation ($t_{WHWH1}$) |
| Write | Program(2) Verify | Data = C0H; Stops Program Operation(3) |
| Standby | | $t_{WHGL}$ |
| Read | | Read Byte to Verify Programming |
| Standby | | Compare Data Output to Data Expected |
| Write | Read | Data = 00H, Resets the Register for Read Operations |
| Standby | | Wait for $V_{PP}$ Ramp to $V_{PPL}$(1) |

NOTES:
1. See D.C. Characteristics for the value of $V_{PPH}$ and $V_{PPL}$.
2. Program Verify is only performed after byte programming. A final read/compare may be performed (optional) after the register is written with the Read command.
3. Refer to principles of operation.
4. **CAUTION: The algorithm MUST BE FOLLOWED to ensure proper and reliable operation of the device.**

**Figure 4. 28F010 Quick-Pulse Programming™ Algorithm**

| Bus Operation | Command | Comments |
|---|---|---|
| | | Entire Memory Must = 00H Before Erasure |
| | | Use Quick-Pulse Programming™ Algorithm (Figure 4) |
| Standby | | Wait for $V_{PP}$ Ramp to $V_{PPH}$(1) |
| | | Initialize Addresses and Pulse-Count |
| Write | Set-up Erase | Data = 20H |
| Write | Erase | Data = 20H |
| Standby | | Duration of Erase Operation ($t_{WHWH2}$) |
| Write | Erase(2) Verify | Addr = Byte to Verify; Data = A0H; Stops Erase Operation(3) |
| Standby | | $t_{WHGL}$ |
| Read | | Read Byte to Verify Erasure |
| Standby | | Compare Output to FFH Increment Pulse-Count |
| Write | Read | Data = 00H, Resets the Register for Read Operations |
| Standby | | Wait for $V_{PP}$ Ramp to $V_{PPL}$(1) |

1. See D.C. Characteristics for the value of $V_{PPH}$ and $V_{PPL}$.
2. Erase Verify is performed only after chip-erasure. A final read/compare may be performed (optional) after the register is written with the read command.
3. Refer to principles of operation.
4. **CAUTION: The algorithm MUST BE FOLLOWED to ensure proper and reliable operation of the device.**

**Figure 5. 28F010 Quick-Erase™ Algorithm**

SAMAMD0325656

## DESIGN CONSIDERATIONS

### Two-Line Output Control

Flash-memories are often used in larger memory arrays. Intel provides two read-control inputs to accommodate multiple memory connections. Two-line control provides for:

a. the lowest possible memory power dissipation and,
b. complete assurance that output bus contention will not occur.

To efficiently use these two control inputs, an address-decoder output should drive chip-enable, while the system's read signal controls all flash-memories and other parallel memories. This assures that only enabled memory devices have active outputs, while deselected devices maintain the low power standby condition.

### Power Supply Decoupling

Flash-memory power-switching characteristics require careful device decoupling. System designers are interested in three supply current ($I_{CC}$) issues—standby, active, and transient current peaks produced by falling and rising edges of chip-enable. The capacitive and inductive loads on the device outputs determine the magnitudes of these peaks.

Two-line control and proper decoupling capacitor selection will suppress transient voltage peaks. Each device should have a 0.1 µF ceramic capacitor connected between $V_{CC}$ and $V_{SS}$, and between $V_{PP}$ and $V_{SS}$.

Place the high-frequency, low-inherent-inductance capacitors as close as possible to the devices. Also, for every eight devices, a 4.7 µF electrolytic capacitor should be placed at the array's power supply connection, between $V_{CC}$ and $V_{SS}$. The bulk capacitor will overcome voltage slumps caused by printed-circuit-board trace inductance, and will supply charge to the smaller capacitors as needed.

### $V_{PP}$ Trace on Printed Circuit Boards

Programming flash-memories, while they reside in the target system, requires that the printed circuit board designer pay attention to the $V_{PP}$ power supply trace. The $V_{PP}$ pin supplies the memory cell current for programming. Use similar trace widths and layout considerations given the $V_{CC}$ power bus. Adequate $V_{PP}$ supply traces and decoupling will decrease $V_{PP}$ voltage spikes and overshoots.

### Power Up/Down Protection

The 28F010 is designed to offer protection against accidental erasure or programming during power transitions. Power supply sequencing is not required. Internal circuitry in the 28F010 ensures that the command register is reset to the read mode on power up.

A system designer must guard against active writes for $V_{CC}$ voltages above $V_{LKO}$ when $V_{PP}$ is active. Since both $\overline{WE}$ and $\overline{CE}$ must be low for a command write, driving either to $V_{IH}$ will inhibit writes. The control register architecture provides an added level of protection since alteration of memory contents only occurs after successful completion of the two-step command sequences.

## ABSOLUTE MAXIMUM RATINGS*

Operating Temperature
  During Read ....................0°C to +70°C(1)
  During Erase/Program ............0°C to +70°C
Temperature Under Bias .........−10°C to +80°C
Storage Temperature ..........−65°C to +125°C
Voltage on Any Pin with
  Respect to Ground ..........−2.0V to +7.0V(2)
Voltage on Pin $A_9$ with
  Respect to Ground .......−2.0V to +13.5V(2, 3)
$V_{PP}$ Supply Voltage with
  Respect to Ground
  During Erase/Program ....−2.0V to +14.0V(2, 3)
$V_{CC}$ Supply Voltage with
  Respect to Ground ..........−2.0V to +7.0V(2)
Output Short Circuit Current.............100 mA(4)

**Notice: Stresses above those listed under "Absolute Maximum Ratings" may cause permanent damage to the device. This is a stress rating only and functional operation of the device at these or any other conditions above those indicated in the operational sections of this specification is not implied. Exposure to absolute maximum rating conditions for extended periods may affect device reliability.*

*NOTICE: Specifications contained within the following tables are subject to change.*

**NOTES:**
1. Operating temperature is for commercial product defined by this specification.
2. Minimum D.C. input voltage is −0.5V. During transitions, inputs may undershoot to 2.0V for periods less than 20 ns. Maximum D.C. voltage on output pins is $V_{CC}$ + 0.5V, which may overshoot to $V_{CC}$ + 2.0V for periods less than 20 ns.
3. Maximum D.C. voltage on $A_9$ or $V_{PP}$ may overshoot to +14.0V for periods less than 20 ns.
4. Output shorted for no more than one second. No more than one output shorted at a time.

**OPERATING CONDITIONS**

| Symbol | Parameter | Limits | | Unit | Comments |
|---|---|---|---|---|---|
| | | Min | Max | | |
| $T_A$ | Operating Temperature | 0 | 70 | °C | For Read-Only and Read/Write Operations |
| $V_{CC}$ | $V_{CC}$ Supply Voltage | 4.50 | 5.50 | V | |

## D.C. CHARACTERISTICS—TTL/NMOS COMPATIBLE

| Symbol | Parameter | Limits | | Unit | Test Conditions |
|---|---|---|---|---|---|
| | | Min | Max | | |
| $I_{LI}$ | Input Leakage Current | | ±1.0 | µA | $V_{CC} = V_{CC}$ Max<br>$V_{IN} = V_{CC}$ or $V_{SS}$ |
| $I_{LO}$ | Output Leakage Current | | ±10 | µA | $V_{CC} = V_{CC}$ Max<br>$V_{OUT} = V_{CC}$ or $V_{SS}$ |
| $I_{CCS}$ | $V_{CC}$ Standby Current | | 1.0 | mA | $V_{CC} = V_{CC}$ Max<br>$\overline{CE} = V_{IH}$ |
| $I_{CC1}$(1) | $V_{CC}$ Active Read Current | | 30 | mA | $V_{CC} = V_{CC}$ Max, $\overline{CE} = V_{IL}$<br>f = 6 MHz, $I_{OUT}$ = 0 mA |
| $I_{CC2}$(1) | $V_{CC}$ Programming Current | | 30 | mA | Programming in Progress |
| $I_{CC3}$(1) | $V_{CC}$ Erase Current | | 30 | mA | Erasure in Progress |
| $I_{PPS}$ | $V_{PP}$ Leakage Current | | ±10 | µA | $V_{PP} \leq V_{CC}$ |

SAMAMD0325657

## D.C. CHARACTERISTICS—TTL/NMOS COMPATIBLE (Continued)

| Symbol | Parameter | Limits | | Unit | Test Conditions |
|---|---|---|---|---|---|
| | | Min | Max | | |
| $I_{PP1}$ | $V_{PP}$ Read Current or Standby Current | | 200 | μA | $V_{PP} > V_{CC}$ |
| | | | ±10 | | $V_{PP} \leq V_{CC}$ |
| $I_{PP2}$(2) | $V_{PP}$ Programming Current | | 30 | mA | $V_{PP} = V_{PPH}$ Programming in Progress |
| $I_{PP3}$(2) | $V_{PP}$ Erase Current | | 30 | mA | $V_{PP} = V_{PPH}$ Erasure in Progress |
| $V_{IL}$ | Input Low Voltage | −0.5 | 0.8 | V | |
| $V_{IH}$ | Input High Voltage | 2.0 | $V_{CC}$ + 0.5 | V | |
| $V_{OL}$ | Output Low Voltage | | 0.45 | V | $I_{OL}$ = 5.8 mA, $V_{CC} = V_{CC}$ Min |
| $V_{OH1}$ | Output High Voltage | 2.4 | | V | $I_{OH}$ = −2.5 mA, $V_{CC} = V_{CC}$ Min |
| $V_{ID}$ | $A_9$ int$_e$ligent Identifer™ Voltage | 11.50 | 13.00 | V | |
| $I_{ID}$ | $A_9$ int$_e$ligent Identifier™ Current | | 500 | μA | $A_9 = V_{ID}$ |
| $V_{PPL}$ | $V_{PP}$ during Read-Only Operations | 0.00 | 6.5 | V | **NOTE:** Erase/Program are Inhibited when $V_{PP} = V_{PPL}$ |
| $V_{PPH}$ | $V_{PP}$ during Read/Write Operations | 11.40 | 12.60 | V | |
| $V_{LKO}$ | $V_{CC}$ Erase/Write Lock Voltage | 2.5 | | V | |

## D.C. CHARACTERISTICS—CMOS COMPATIBLE

| Symbol | Parameter | Limits | | Unit | Test Conditions |
|---|---|---|---|---|---|
| | | Min | Max | | |
| $I_{LI}$ | Input Leakage Current | | ±1.0 | μA | $V_{CC} = V_{CC}$ Max, $V_{IN} = V_{CC}$ or $V_{SS}$ |
| $I_{LO}$ | Output Leakage Current | | ±10 | μA | $V_{CC} = V_{CC}$ Max, $V_{OUT} = V_{CC}$ or $V_{SS}$ |
| $I_{CCS}$ | $V_{CC}$ Standby Current | | 100 | μA | $V_{CC} = V_{CC}$ Max, $\overline{CE} = V_{CC} \pm 0.2V$ |
| $I_{CC1}$(1) | $V_{CC}$ Active Read Current | | 30 | mA | $V_{CC} = V_{CC}$ Max, $\overline{CE} = V_{IL}$, f = 6 MHz, $I_{OUT}$ = 0 mA |
| $I_{CC2}$(1) | $V_{CC}$ Programming Current | | 30 | mA | Programming in Progress |
| $I_{CC3}$(1) | $V_{CC}$ Erase Current | | 30 | mA | Erasure in Progress |
| $I_{PPS}$ | $V_{PP}$ Leakage Current | | ±10 | μA | $V_{PP} \leq V_{CC}$ |

## D.C. CHARACTERISTICS—CMOS COMPATIBLE (Continued)

| Symbol | Parameter | Limits | | Unit | Test Conditions |
|---|---|---|---|---|---|
| | | Min | Max | | |
| $I_{PP1}$ | $V_{PP}$ Read Current or Standby Current | | 200 | μA | $V_{PP} > V_{CC}$ |
| | | | ±10 | | $V_{PP} \leq V_{CC}$ |
| $I_{PP2}$(2) | $V_{PP}$ Programming Current | | 30 | mA | $V_{PP} = V_{PPH}$ Programming in Progress |
| $I_{PP3}$(2) | $V_{PP}$ Erase Current | | 30 | mA | $V_{PP} = V_{PPH}$ Erasure in Progress |
| $V_{IL}$ | Input Low Voltage | −0.5 | 0.8 | V | |
| $V_{IH}$ | Input High Voltage | 0.7 $V_{CC}$ | $V_{CC}$ + 0.5 | V | |
| $V_{OL}$ | Output Low Voltage | | 0.45 | V | $I_{OL}$ = 5.8 mA, $V_{CC} = V_{CC}$ Min |
| $V_{OH1}$ | Output High Voltage | 0.85 $V_{CC}$ | | V | $I_{OH}$ = −2.5 mA, $V_{CC} = V_{CC}$ Min |
| $V_{OH2}$ | | $V_{CC}$ − 0.4 | | | $I_{OH}$ = −100 μA, $V_{CC} = V_{CC}$ Min |
| $V_{ID}$ | $A_9$ int$_e$ligent Identifer™ Voltage | 11.50 | 13.00 | V | |
| $I_{ID}$ | $A_9$ int$_e$ligent Identifier™ Current | | 500 | μA | $A_9 = V_{ID}$ |
| $V_{PPL}$ | $V_{PP}$ during Read-Only Operations | 0.00 | 6.5 | V | **NOTE:** Erase/Programs are Inhibited when $V_{PP} = V_{PPL}$ |
| $V_{PPH}$ | $V_{PP}$ during Read/Write Operations | 11.40 | 12.60 | V | |
| $V_{LKO}$ | $V_{CC}$ Erase/Write Lock Voltage | 2.5 | | V | |

**CAPACITANCE**(3) $T_A$ = 25°C, f = 1.0 MHz

| Symbol | Parameter | Limits | | Unit | Conditions |
|---|---|---|---|---|---|
| | | Min | Max | | |
| $C_{IN}$ | Address/Control Capacitance | | 6 | pF | $V_{IN}$ = 0V |
| $C_{OUT}$ | Output Capacitance | | 12 | pF | $V_{OUT}$ = 0V |

**NOTES:**
1. Active $I_{CC}$ current of a typical device is 12 mA with nominal $V_{CC}$ at room temperature.
2. Active $I_{PP}$ current of a typical device is 10 mA with nominal $V_{PP}$ at room temperature.
3. Sampled, not 100% tested.

SAMAMD0325658

### A.C. TESTING INPUT/OUTPUT WAVEFORM

A.C. Testing: Inputs are driven at $V_{OH1}$ for a logic "1" and $V_{OL}$ for a logic "0". Testing measurements are made at $V_{IH}$ for a logic "1" and $V_{IL}$ for a logic "0". Rise/Fall time ≤ 10 ns.

### A.C. TESTING LOAD CIRCUIT

$C_L$ = 100 pF
$C_L$ Includes Jig Capacitance

### A.C. TEST CONDITIONS

Input Rise and Fall Times (10% to 90%) ...... 10 ns
Input Pulse Levels ................ $V_{OL}$ and $V_{OH1}$
Input Timing Reference Level .......... $V_{IL}$ and $V_{IH}$
Output Timing Reference Level ........ $V_{IL}$ and $V_{IH}$

### A.C. CHARACTERISTICS—Read-Only Operations

| Versions | | 28F010-120 | | 28F010-150 | | 28F010-200 | | Unit |
|---|---|---|---|---|---|---|---|---|
| Symbol | Characteristic | Min | Max | Min | Max | Min | Max | |
| $t_{AVAV}/t_{RC}$ | Read Cycle Time | 120 | | 150 | | 200 | | ns |
| $t_{ELQV}/t_{CE}$ | Chip Enable Access Time | | 120 | | 150 | | 200 | ns |
| $t_{AVQV}/t_{ACC}$ | Address Access Time | | 120 | | 150 | | 200 | ns |
| $t_{GLQV}/t_{OE}$ | Output Enable Access Time | | 50 | | 55 | | 60 | ns |
| $t_{ELQX}/t_{LZ}$ | Chip Enable to Output in Low Z | 0 | | 0 | | 0 | | ns |
| $t_{GLQX}/t_{OLZ}$ | Output Enable to Output in Low Z | 0 | | 0 | | 0 | | ns |
| $t_{GHQZ}/t_{DF}$ | Output Disable to Output in High Z | | 30 | | 35 | | 40 | ns |
| $t_{OH}$ | Output Hold from Address, $\overline{CE}$, or $\overline{OE}$ Change(1) | 0 | | 0 | | 0 | | ns |
| $t_{WHGL}$ | Write Recovery Time before Read | 6 | | 6 | | 6 | | µs |

NOTES:
1. Whichever occurs first.
2. Rise/Fall Time ≤ 10 ns.

Figure 6. A.C. Waveforms for Read Operations

SAMAMD0325659

## A.C. CHARACTERISTICS—Write/Erase/Program Operations(1)

| Versions | | 28F010-120 | | 28F010-150 | | 28F010-200 | | Unit |
|---|---|---|---|---|---|---|---|---|
| Symbol | Characteristic | Min | Max | Min | Max | Min | Max | |
| $t_{AVAV}/t_{WC}$ | Write Cycle Time | 120 | | 150 | | 200 | | ns |
| $t_{AVWL}/t_{AS}$ | Address Set-Up Time | 0 | | 0 | | 0 | | ns |
| $t_{WLAX}/t_{AH}$ | Address Hold Time | 60 | | 60 | | 75 | | ns |
| $t_{DVWH}/t_{DS}$ | Data Set-Up Time | 50 | | 50 | | 50 | | ns |
| $t_{WHDX}/t_{DH}$ | Data Hold Time | 10 | | 10 | | 10 | | ns |
| $t_{WHGL}$ | Write Recovery Time before Read | 6 | | 6 | | 6 | | µs |
| $t_{GHWL}$ | Read Recovery Time before Write | 0 | | 0 | | 0 | | µs |
| $t_{ELWL}/t_{CS}$ | Chip Enable Set-Up Time before Write | 20 | | 20 | | 20 | | ns |
| $t_{WHEH}/t_{CH}$ | Chip Enable Hold Time | 0 | | 0 | | 0 | | ns |
| $t_{WLWH}/t_{WP}$ | Write Pulse Width(2) | 50 | | 50 | | 60 | | ns |
| $t_{WHWL}/t_{WPH}$ | Write Pulse Width High | 20 | | 20 | | 20 | | ns |
| $t_{WHWH1}$ | Duration of Programming Operation | 10 | (3) | 10 | (3) | 10 | (3) | µs |
| $t_{WHWH2}$ | Duration of Erase Operation | 9.5 | (3) | 9.5 | (3) | 9.5 | (3) | ms |
| $t_{VPEL}$ | $V_{PP}$ Set-Up Time to Chip Enable Low | 100 | | 100 | | 100 | | ns |

**NOTES:**
1. Read timing characteristics during read/write operations are the same as during read-only operations. Refer to A.C. Characteristics for Read-Only Operations.
2. Rise/Fall time ≤ 10 ns.
3. The integrated watchdog timer terminates the programming/erase operations, thereby eliminating the need for a maximum specification.

### ERASE AND PROGRAMMING PERFORMANCE

| Parameter | Limits | | | | | | | | | Unit |
|---|---|---|---|---|---|---|---|---|---|---|
| | 28F010-120 | | | 28F010-150 | | | 28F010-200 | | | |
| | Min | Typ | Max | Min | Typ | Max | Min | Typ | Max | |
| Chip Erase Time(3) | | 0.5(1) | 10 | | 0.5(1) | 10 | | 0.5(1) | 30 | Sec |
| Chip Program Time(4) | | 2(1) | 24(2) | | 2(1) | 24(2) | | 2(1) | 24(2) | Sec |
| Erase/Program Cycles(5) | 10,000 | 100,000 | | 10,000 | 100,000 | | 10,000 | 100,000 | | Cycles |

**NOTES:**
1. 25°C, 12.0V $V_{PP}$, 10,000 Cycles.
2. Minimum byte programming time excluding system overhead is 16 µsec (10 µsec program + 6 µsec write recovery), while maximum is 400 µsec/byte (16 µsec x 25 loops allowed by algorithm). Max chip programming time is specified lower than the worst case allowed by the programming algorithm since most bytes program significantly faster than the worst case byte.
3. Excludes 00H Programming prior to Erasure.
4. Excludes System-Level Overhead.
5. Refer to RR-60 "ETOX™ Flash Memory Reliability Data Summary" for typical cycling data and failure rate calculations.

CONDITIONS: Vpp = 12.0V NOMINAL

MAXIMUM CHIP PROGRAMMING TIME (24 SEC)

TOTAL CHIP PROGRAMMING TIME (SEC)

TEMPERATURE (°C)

100,000 REWRITE CYCLES
10,000 REWRITE CYCLES
1,000 REWRITE CYCLES

290207-13

**Figure 7. 28F010 Typical Programming Time vs. Temperature**

CONDITIONS: TEMPERATURE = 70°C

MAXIMUM CHIP PROGRAMMING TIME (24 SEC)

TOTAL CHIP PROGRAMMING TIME (SEC)

11.4V (−5%) 12.0V NOMINAL 12.6V (+5%)

Vpp VOLTAGE

100,000 REWRITE CYCLES
10,000 REWRITE CYCLES
1,000 REWRITE CYCLES

290207-14

**Figure 8. 28F010 Typical Programming Time vs. $V_{PP}$ Voltage**

SAMAMD0325660



Figure 9. 28F010 Typical Erase Time vs. Temperature

Figure 10. 28F010 Typical Erase Time vs. $V_{PP}$ Voltage

Figure 11. A.C. Waveforms for Programming Operations

SAMAMD0325661

Figure 12. A.C. Waveforms for Erase Operations

**ALTERNATIVE $\overline{CE}$-CONTROLLED WRITES**

| Versions | | 28F010-120 | | 28F010-150 | | 28F010-200 | | Unit |
|---|---|---|---|---|---|---|---|---|
| Symbol | Characteristic | Min | Max | Min | Max | Min | Max | |
| $t_{AVAV}$ | Write Cycle Time | 120 | | 150 | | 200 | | ns |
| $t_{AVEL}$ | Address Set-Up Time | 0 | | 0 | | 0 | | ns |
| $t_{ELAX}$ | Address Hold Time | 80 | | 80 | | 95 | | ns |
| $t_{DVEH}$ | Data Set-Up Time | 50 | | 50 | | 50 | | ns |
| $t_{EHDX}$ | Data Hold Time | 10 | | 10 | | 10 | | ns |
| $t_{EHGL}$ | Write Recovery Time before Read | 6 | | 6 | | 6 | | µs |
| $t_{GHEL}$ | Read Recovery Time before Write | 0 | | 0 | | 0 | | µs |
| $t_{WLEL}$ | Write Enable Set-Up Time before Chip Enable | 0 | | 0 | | 0 | | ns |
| $t_{EHWH}$ | Write Enable Hold Time | 0 | | 0 | | 0 | | ns |
| $t_{ELEH}$ | Write Pulse Width(1) | 70 | | 70 | | 80 | | ns |
| $t_{EHEL}$ | Write Pulse Width High | 20 | | 20 | | 20 | | ns |
| $t_{PEL}$ | $V_{PP}$ Set-Up Time to Chip Enable Low | 100 | | 100 | | 100 | | ns |

**NOTE:**
1. Chip-Enable Controlled Writes: Write operations are driven by the valid combination of Chip-Enable and Write-Enable. In systems where Chip-Enable defines the write pulse width (within a longer Write-Enable timing waveform) all set-up, hold and inactive Write-Enable times should be measured relative to the Chip-Enable waveform.

SAMAMD0325662

**NOTE:**
Alternative $\overline{CE}$-Controlled Write Timings also apply to erase operations.

**Figure 13. Alternate A.C. Waveforms for Programming Operations**

## ORDERING INFORMATION

P 2 8 F 0 1 0 – 1 2 0

PACKAGE
P = 32-PIN PLASTIC DIP
N = 32-LEAD PLCC
E = STANDARD 32-LEAD TSOP
F = REVERSE 32-LEAD TSOP

ACCESS SPEED (ns)
120 ns
150 ns
200 ns

290207-20

**VALID COMBINATIONS:**

| | |
|---|---|
| P28F010-120 | N28F010-120 |
| P28F010-150 | N28F010-150 |
| P28F010-200 | N28F010-200 |
| E28F010-120 | F28F010-120 |
| E28F010-150 | F28F010-150 |
| E28F010-200 | F28F010-200 |

### THIN SMALL OUTLINE PACKAGE (TSOP) DIMENSIONS

| | Inches | MM |
|---|---|---|
| Package Body Height: | 0.038 | 0.96 |
| Package Body Length: | 0.72 | 18.20 |
| Package Body Width: | 0.31 | 7.80 |

## ADDITIONAL INFORMATION

| | | Order Number |
|---|---|---|
| ER-20, | "ETOX™ Flash Memory Technology" | 294005 |
| ER-24, | "The Intel 28F010 Flash Memory" | 294008 |
| RR-60, | "ETOX™ Flash Memory Reliability Data Summary" | 293002 |
| AP-316, | "Using Flash Memory for In-System Reprogrammable Nonvolatile Storage" | 292046 |
| AP-325 | "Guide to Flash Memory Reprogramming" | 292059 |

SAMAMD0325663

intel

# DOMESTIC SALES OFFICES

**ALABAMA**

†Intel Corp.
5015 Bradford Dr., #2
Huntsville 35805
Tel: (205) 830-4010
FAX: (205) 837-2640

**ARIZONA**

†Intel Corp.
11225 N. 28th Dr.
Suite D-214
Phoenix 85029
Tel: (602) 869-4980
FAX: (602) 869-4294

Intel Corp.
7225 N. Mona Lisa Rd.
Suite 215
Tucson 85741
Tel: (602) 544-0227
FAX: (602) 544-0232

**CALIFORNIA**

†Intel Corp.
21515 Vanowen Street
Suite 116
Canoga Park 91303
Tel: (818) 704-8500
FAX: (818) 340-1144

†Intel Corp.
2250 E. Imperial Highway
Suite 218
El Segundo 90245
Tel: (213) 640-6040
FAX: (213) 640-7133

Intel Corp.
1 Sierra Gate Plaza
Suite 280C
Roseville 95678
Tel: (916) 782-8086
FAX: (916) 782-8153

†Intel Corp.
9665 Chesapeake Dr.
Suite 325
San Diego 92123
Tel: (619) 292-8086
FAX: (619) 292-0628

†Intel Corp.*
400 N. Tustin Avenue
Suite 450
Santa Ana 92705
Tel: (714) 835-9642
TWX: 910-595-1114
FAX: (714) 541-9157

†Intel Corp.*
San Tomas 4
2700 San Tomas Expressway
2nd Floor
Santa Clara 95051
Tel: (408) 986-8086
TWX: 910-338-0255
FAX: (408) 727-2620

**COLORADO**

Intel Corp.
4445 Northpark Drive
Suite 100
Colorado Springs 80907
Tel: (719) 594-6622
FAX: (303) 594-0720

†Intel Corp.*
650 S. Cherry St.
Suite 915
Denver 80222
Tel: (303) 321-8086
TWX: 910-931-2289
FAX: (303) 322-8670

**CONNECTICUT**

†Intel Corp.
301 Lee Farm Corporate Park
83 Wooster Heights Rd.
Danbury 06810
Tel: (203) 748-3130
FAX: (203) 794-0339

**FLORIDA**

†Intel Corp.
6363 N.W. 6th Way
Suite 100
Ft. Lauderdale 33309
Tel: (305) 771-0600
TWX: 510-956-9407
FAX: (305) 772-8193

†Intel Corp.
5850 T.G. Lee Blvd.
Suite 340
Orlando 32822
Tel: (407) 240-8000
FAX: (407) 240-8097

Intel Corp.
11300 4th Street North
Suite 170
St. Petersburg 33716
Tel: (813) 577-2413
FAX: (813) 578-1607

**GEORGIA**

Intel Corp.
20 Technology Parkway, N.W.
Suite 150
Norcross 30092
Tel: (404) 449-0541
FAX: (404) 605-9762

**ILLINOIS**

†Intel Corp.*
300 N. Martingale Road
Suite 400
Schaumburg 60173
Tel: (708) 605-8031
FAX: (708) 706-9762

**INDIANA**

†Intel Corp.
8777 Purdue Road
Suite 125
Indianapolis 46268
Tel: (317) 875-0623
FAX: (317) 875-8938

**IOWA**

Intel Corp.
1930 St. Andrews Drive N.E.
2nd Floor
Cedar Rapids 52402
Tel: (319) 393-1294

**KANSAS**

†Intel Corp.
10985 Cody St.
Suite 140, Bldg. D
Overland Park 66210
Tel: (913) 345-2727
FAX: (913) 345-2076

**MARYLAND**

†Intel Corp.*
10010 Junction Dr.
Suite 200
Annapolis Junction 20701
Tel: (301) 206-2860
FAX: (301) 206-3677
(301) 206-3678

**MASSACHUSETTS**

†Intel Corp.*
Westford Corp. Center
3 Carlisle Road
2nd Floor
Westford 01886
Tel: (508) 692-3222
TWX: 710-343-6333
FAX: (508) 692-7867

**MICHIGAN**

†Intel Corp.
7071 Orchard Lake Road
Suite 100
West Bloomfield 48322
Tel: (313) 851-8096
FAX: (313) 851-8770

**MINNESOTA**

†Intel Corp.
3500 W. 80th St.
Suite 360
Bloomington 55431
Tel: (612) 835-6722
TWX: 910-576-2867
FAX: (612) 831-6497

**MISSOURI**

†Intel Corp.
4203 Earth City Expressway
Suite 131
Earth City 63045
Tel: (314) 291-1990
FAX: (314) 291-4341

**NEW JERSEY**

†Intel Corp.*
Parkway 109 Office Center
328 Newman Springs Road
Red Bank 07701
Tel: (201) 747-2233
FAX: (201) 747-0983

†Intel Corp.
280 Corporate Center
75 Livingston Avenue
First Floor
Roseland 07068
Tel: (201) 740-0111
FAX: (201) 740-0626

**NEW YORK**

Intel Corp.*
850 Cross Keys Office Park
Fairport 14450
Tel: (716) 425-2750
TWX: 510-253-7391
FAX: (716) 223-2561

†Intel Corp.*
2950 Expressway Dr., South
Suite 130
Islandia 11722
Tel: (516) 231-3300
TWX: 510-227-6236
FAX: (516) 348-7939

†Intel Corp.
Westage Business Center
Bldg. 300, Route 9
Fishkill 12524
Tel: (914) 897-3860
FAX: (914) 897-3125

**NORTH CAROLINA**

†Intel Corp.
5800 Executive Center Dr.
Suite 105
Charlotte 28212
Tel: (704) 568-8966
FAX: (704) 535-2236

Intel Corp.
5540 Centerview Dr.
Suite 215
Raleigh 27606
Tel: (919) 851-9537
FAX: (919) 851-8974

**OHIO**

†Intel Corp.*
3401 Park Center Drive
Suite 220
Dayton 45414
Tel: (513) 890-5350
TWX: 810-450-2528
FAX: (513) 890-8658

†Intel Corp.*
25700 Science Park Dr.
Suite 100
Beachwood 44122
Tel: (216) 464-2736
TWX: 810-427-9298
FAX: (804) 282-0673

**OKLAHOMA**

Intel Corp.
6801 N. Broadway
Suite 115
Oklahoma City 73162
Tel: (405) 848-8086
FAX: (405) 840-9819

**OREGON**

†Intel Corp.
15254 N.W. Greenbrier Parkway
Building B
Beaverton 97005
Tel: (503) 645-8051
TWX: 910-467-8741
FAX: (503) 645-8181

**PENNSYLVANIA**

†Intel Corp.*
455 Pennsylvania Avenue
Suite 230
Fort Washington 19034
Tel: (215) 641-1000
TWX: 510-661-2077
FAX: (215) 641-0785

†Intel Corp.*
400 Penn Center Blvd.
Suite 610
Pittsburgh 15235
Tel: (412) 823-4970
FAX: (412) 829-7578

**PUERTO RICO**

†Intel Corp.
South Industrial Park
P.O. Box 910
Las Piedras 00671
Tel: (809) 733-8616

**TEXAS**

Intel Corp.
8911 Capital of Texas Hwy.
Austin 78759
Tel: (512) 794-8086
FAX: (512) 338-9335

†Intel Corp.*
12000 Ford Road
Suite 400
Dallas 75234
Tel: (214) 241-8087
FAX: (214) 484-1180

†Intel Corp.*
7322 S.W. Freeway
Suite 1490
Houston 77074
Tel: (713) 988-8086
TWX: 910-881-2490
FAX: (713) 988-3660

**UTAH**

†Intel Corp.
428 East 6400 South
Suite 104
Murray 84107
Tel: (801) 263-8051
FAX: (801) 268-1457

**VIRGINIA**

†Intel Corp.
1504 Santa Rosa Road
Suite 108
Richmond 23288
Tel: (804) 282-5668
FAX: (216) 464-2270

**WASHINGTON**

†Intel Corp.
155 108th Avenue N.E.
Suite 386
Bellevue 98004
Tel: (206) 453-8086
TWX: 910-443-3002
FAX: (206) 451-9556

Intel Corp.
408 N. Mullan Road
Suite 102
Spokane 99206
Tel: (509) 928-8086
FAX: (509) 928-9467

**WISCONSIN**

Intel Corp.
330 S. Executive Dr.
Suite 102
Brookfield 53005
Tel: (414) 784-8087
FAX: (414) 796-2115

## CANADA

**BRITISH COLUMBIA**

Intel Semiconductor of Canada, Ltd.
4585 Canada Way
Suite 202
Burnaby V5G 4L6
Tel: (604) 298-0387
FAX: (604) 298-8234

**ONTARIO**

†Intel Semiconductor of Canada, Ltd.
2650 Queensview Drive
Suite 250
Ottawa K2B 8H6
Tel: (613) 829-9714
FAX: (613) 820-5936

†Intel Semiconductor of Canada, Ltd.
190 Attwell Drive
Suite 500
Rexdale M9W 6H8
Tel: (416) 675-2105
FAX: (416) 675-2438

**QUEBEC**

Intel Semiconductor of Canada, Ltd.
620 St. Jean Boulevard
Pointe Claire H9R 3K2
Tel: (514) 694-9130
FAX: 514-694-0064

†Sales and Service Office
*Field Application Location

intel

# DOMESTIC DISTRIBUTORS

**ALABAMA**

Arrow Electronics, Inc.
1015 Henderson Road
Huntsville 35805
Tel: (205) 837-6955

†Hamilton/Avnet Electronics
4940 Research Drive
Huntsville 35805
Tel. (205) 837-7210
TWX: 810-726-2162

Pioneer/Technologies Group, Inc.
4825 University Square
Huntsville 35805
Tel: (205) 837-9300
TWX: 810-726-2197

**ARIZONA**

†Hamilton/Avnet Electronics
505 S. Madison Drive
Tempe 85281
Tel: (602) 231-5140
TWX: 910-950-0077

Hamilton/Avnet Electronics
30 South McKiemy
Chandler 85226
Tel: (602) 961-6669
TWX: 910-950-0077

Arrow Electronics, Inc.
4134 E. Wood Street
Phoenix 85040
Tel: (602) 437-0750
TWX: 910-951-1550

Wyle Distribution Group
17855 N. Black Canyon Hwy.
Phoenix 85023
Tel: (602) 249-2232
TWX: 910-951-4282

**CALIFORNIA**

Arrow Electronics, Inc.
10824 Hope Street
Cypress 90630
Tel: (714) 220-6300

Arrow Electronics, Inc
19748 Dearborn Street
Chatsworth 91311
Tel: (213) 701-7500
TWX: 910-493-2086

†Arow Electronics, Inc.
521 Weddell Drive
Sunnyvale 94086
Tel. (408) 745-6600
TWX: 910-339-9371

Arrow Electronics, Inc.
9511 Ridgehaven Court
San Diego 92123
Tel: (619) 565-4800
TWX: 888-064

†Arrow Electronics, Inc
2961 Dow Avenue
Tustin 92680
Tel: (714) 838-5422
TWX. 910-595-2860

†Avnet Electronics
350 McCormick Avenue
Costa Mesa 92626
Tel: (714) 754-6071
TWX: 910-595-1928

†Hamilton/Avnet Electronics
1175 Bordeaux Drive
Sunnyvale 94086
Tel: (408) 743-3300
TWX: 910-339-9332

†Hamilton/Avnet Electronics
4545 Ridgeview Avenue
San Diego 92123
Tel: (619) 571-7500
TWX: 910-595-2638

†Hamilton/Avnet Electronics
9650 Desoto Avenue
Chatsworth 91311
Tel: (818) 700-1161

†Hamilton Electro Sales
10950 W. Washington Blvd.
Culver City 20230
Tel: (213) 558-2458
TWX: 910-340-6364

Hamilton Electro Sales
1361B West 190th Street
Gardena 90248
Tel: (213) 217-6700

†Hamilton/Avnet Electronics
3002 'G' Street
Ontario 91761
Tel: (714) 989-9411

†Avnet Electronics
20501 Plummer
Chatsworth 91351
Tel: (213) 700-6271
TWX: 910-494-2207

†Hamilton Electro Sales
3170 Pullman Street
Costa Mesa 92626
Tel: (714) 641-4150
TWX: 910-595-2638

†Hamilton/Avnet Electronics
4103 Northgate Blvd.
Sacramento 95834
Tel: (916) 920-3150

Wyle Distribution Group
124 Maryland Street
El Segundo 90254
Tel: (213) 322-8100

Wyle Distribution Group
7382 Lampson Ave.
Garden Grove 92641
Tel (714) 891-1717
TWX: 910-348-7140 or 7111

Wyle Distribution Group
11151 Sun Center Drive
Rancho Cordova 95670
Tel: (916) 638-5282

†Wyle Distribution Group
9525 Chesapeake Drive
San Diego 92123
Tel: (619) 565-9171
TWX: 910-335 1590

†Wyle Distribution Group
3000 Bowers Avenue
Santa Clara 95051
Tel: (408) 727-2500
TWX: 910-338-0296

†Wyle Distribution Group
17872 Cowan Avenue
Irvine 92714
Tel: (714) 863-9953
TWX: 910-595-1572

Wyle Distribution Group
26677 W. Agoura Rd.
Calabasas 91302
Tel: (818) 880-9000
TWX: 372-0232

**COLORADO**

Arrow Electronics, Inc.
7060 South Tucson Way
Englewood 80112
Tel: (303) 790-4444

†Hamilton/Avnet Electronics
8765 E. Orchard Road
Suite 708
Englewood 80111
Tel: (303) 740-1017
TWX: 910-935-0787

†Wyle Distribution Group
451 E. 124th Avenue
Thornton 80241
Tel: (303) 457-9953
TWX: 910-936-0770

**CONNECTICUT**

†Arrow Electronics, Inc.
12 Beaumont Road
Wallingford 06492
Tel: (203) 265-7741
TWX: 710-476-0162

Hamilton/Avnet Electronics
Commerce Industral Park
Commerce Drive
Danbury 06810
Tel: (203) 797-2800
TWX: 710-456-9974

†Pioneer Electronics
112 Main Street
Norwalk 06851
Tel: (203) 853-1515
TWX: 710-468-3373

**FLORIDA**

†Arrow Electronics, Inc.
400 Fairway Drive
Suite 102
Deerfield Beach 33441
Tel: (305) 429-8200
TWX: 510-955-9456

Arrow Electronics, Inc.
37 Skyline Drive
Suite 3101
Lake Mary 32746
Tel: (407) 323 0252
TWX: 510-959-6337

†Hamilton/Avnet Electronics
6801 N.W. 15th Way
Ft. Lauderdale 33309
Tel: (305) 971-2900
TWX: 510-956-3097

†Hamilton/Avnet Electronics
3197 Tech Drive North
St. Petersburg 33702
Tel: (813) 576-3930
TWX: 810-863-0374

†Hamilton/Avnet Electronics
6947 University Boulevard
Winter Park 32792
Tel: (305) 628-3888
TWX: 810-853-0322

†Pioneer/Technologies Group, Inc.
337 S. Lake Blvd.
Alta Monte Springs 32701
Tel: (407) 834-9090
TWX: 810-853-0284

Pioneer/Technologies Group, Inc.
674 S. Military Trail
Deerfield Beach 33442
Tel: (305) 428-8877
TWX: 510-955-9653

**GEORGIA**

†Arrow Electronics, Inc.
3155 Northwoods Parkway
Suite A
Norcross 30071
Tel: (404) 449-8252
TWX: 810-766-0439

†Hamilton/Avnet Electronics
5825 D Peachtree Corners
Norcross 30092
Tel: (404) 447-7500
TWX: 810-766-0432

Pioneer/Technologies Group, Inc.
3100 F Northwoods Place
Norcross 30071
Tel: (404) 448-1711
TWX: 810-766-4515

**ILLINOIS**

Arrow Electronics, Inc.
1140 W. Thorndale
Itasca 60143
Tel: (312) 250-0500
TWX: 312-250-0916

†Hamilton/Avnet Electronics
1130 Thorndale Avenue
Bensenville 60106
Tel: (312) 860 7780
TWX: 910-227-0060

MTI Systems Sales
1100 W. Thorndale
Itasca 60143
Tel: (312) 773-2300

†Pioneer Electronics
1551 Carmen Drive
Elk Grove Village 60007
Tel: (312) 437-9680
TWX: 910-222-1834

**INDIANA**

†Arrow Electronics, Inc.
2495 Directors Row, Suite H
Indianapolis 46241
Tel: (317) 243-9353
TWX: 810-341-3119

Hamilton/Avnet Electronics
485 Gradle Drive
Carmel 46032
Tel: (317) 844-9333
TWX: 810-260-3966

†Pioneer Electronics
6408 Castleplace Drive
Indianapolis 46250
Tel: (317) 849-7300
TWX: 810-260-1794

**IOWA**

Hamilton/Avnet Electronics
915 33rd Avenue, S.W.
Cedar Rapids 52404
Tel: (319) 362-4757

**KANSAS**

Arrow Electronics
8208 Melrose Dr., Suite 210
Lenexa 66214
Tel: (913) 541-9542

†Hamilton/Avnet Electronics
9219 Quivera Road
Overland Park 66215
Tel: (913) 888-8900
TWX: 910-743-0005

Pioneer/Tec Gr.
10551 Lockman Rd.
Lenexa 66215
Tel: (913) 492-0500

**KENTUCKY**

Hamilton/Avnet Electronics
1051 D. Newton Park
Lexington 40511
Tel: (606) 259-1475

**MARYLAND**

Arrow Electronics, Inc.
8300 Guilford Drive
Suite H, River Center
Columbia 21046
Tel: (301) 995-0003
TWX 710-236-9005

Hamilton/Avnet Electronics
6822 Oak Hall Lane
Columbia 21045
Tel: (301) 995-3500
TWX 710-862-1861

†Mesa Technology Corp.
9720 Patuxent Woods Dr.
Columbia 21046
Tel: (301) 290-8150
TWX: 710-828-9702

†Pioneer/Technologies Group, Inc.
9100 Gaither Road
Gaithersburg 20877
Tel: (301) 921-0660
TWX: 710-828-0545

Arrow Electronics, Inc.
7524 Standish Place
Rockville 20855
Tel: 301-424-0244

**MASSACHUSETTS**

Arrow Electronics, Inc.
25 Upton Dr.
Wilmington 01887
Tel: (617) 935-5134

†Hamilton/Avnet Electronics
10D Centennial Drive
Peabody 01960
Tel: (617) 531-7430
TWX: 710-393-0382

MTI Systems Sales
83 Cambridge St.
Burlington 01813

Pioneer Electronics
44 Hartwell Avenue
Lexington 02173
Tel: (617) 861-9200
TWX: 710-326-6617

**MICHIGAN**

Arrow Electronics, Inc.
755 Phoenix Drive
Ann Arbor 48104
Tel: (313) 971-8220
TWX: 810-223-6020

Hamilton/Avnet Electronics
2215 29th Street S.E.
Space A5
Grand Rapids 49508
Tel: (616) 243-8805
TWX: 810-274-6921

Pioneer Electronics
4504 Broadmoor S.E.
Grand Rapids 49508
FAX: 616-698-1831

†Hamilton/Avnet Electronics
32487 Schoolcraft Road
Livonia 48150
Tel: (313) 522-4700
TWX: 810-282-8775

†Pioneer/Michigan
13485 Stamford
Livonia 48150
Tel: (313) 525-1800
TWX: 810-242-3271

**MINNESOTA**

†Arrow Electronics, Inc.
5230 W. 73rd Street
Edina 55435
Tel: (612) 830-1800
TWX: 910-576-3125

†Hamilton/Avnet Electronics
12400 Whitewater Drive
Minnetonka 55434
Tel: (612) 932-0600

†Pioneer Electronics
7625 Golden Triange Dr.
Suite G
Eden Prairi 55343
Tel: (612) 944-3355

**MISSOURI**

†Arrow Electronics, Inc.
2380 Schuetz
St. Louis 63141
Tel: (314) 567-6888
TWX: 910-764-0882

†Hamilton/Avnet Electronics
13743 Shoreline Court
Earth City 63045
Tel: (314) 344-1200
TWX: 910-762-0684

**NEW HAMPSHIRE**

†Arrow Electronics, Inc.
3 Perimeter Road
Manchester 03103
Tel: (603) 668-6968
TWX: 710-220-1684

†Hamilton/Avnet Electronics
444 E. Industrial Drive
Manchester 03103
Tel: (603) 624-9400

†Microcomputer System Technical Distributor Center

SAMAMD0325664