Goodard v. Google, Inc. Doc. 164 Att. 4

# EXHIBIT E

Dockets.Justia.com

UNITED STATES, Intel Corporation
3065 Bowers Ave., Santa Clara, CA 95051
Tel: (408) 765-8080

JAPAN, INTEL Japan K.K.
5-6 Tokodai, Tsukuba-shi, Ibaraki, 300-26
Tel: 0298-47-8511

FRANCE, Intel Corporation S.A.R.L.
1, Rue Edison, BP 303, 78054 Saint-Quentin-en-Yvelines Cedex
Tel: (33) (1) 30 57 70 00

UNITED KINGDOM, Intel Corporation (U.K.) Ltd.
Pipers Way, Swindon, Wiltshire, England SN3 1RJ
Tel: (44) (0793) 696000

WEST GERMANY, Intel GmbH
Dornacher Strasse 1
8016 Feldkirchen bei Muenchen
Tel: (49) 089/90992-0

HONG KONG, Intel Semiconductor Ltd.
10/F East Tower, Bond Center, Queensway, Central
Tel: (852) 844-4555

CANADA, Intel Semiconductor of Canada, Ltd.
190 Attwell Drive, Suite 500
Rexdale, Ontario M9W 6H8
Tel: (416) 675-2105

PRINTED IN USA/E413/0990/10K/MS/CC
MEMORY PRODUCTS

# iMC001FLKA
# 1-MEGABYTE FLASH MEMORY CARD

- Inherent Nonvolatility (Zero Retention Power)
  - No Batteries Required for Back-up
- Over 1,000,000 Hours MTBF
  - More Reliable than Disk
- High-Performance Read
  - 250 ns Maximum Access Time
- CMOS Low Power Consumption
  - 25 mA Typical Active Current (X8)
  - 400 μA Typical Standby Current
- Flash Electrical Zone-Erase
  - 1 Second Typical per 128 K-Byte Zone
  - Multiple Zone Erase > 128 K-Bytes/Sec
- Random Writes to Erased Zones
  - 10 μs Typical Byte Write
- Write Protect Switch to Prevent Accidental Data Loss
- Command Register Architecture for Microprocessor/Microcontroller Compatible Write Interface
- ETOX™ II Flash Memory Technology
  - 5V Read, 12V Erase/Write
  - High-Volume Manufacturing Experience
- PCMCIA/JEIDA 68-Pin Standard
  - Byte- or Word-wide Selectable
- Independent Software & Hardware Vendor Support
  - Integrated System Solution Using Flash Filing Systems

Intel's Flash Memory Card is the integrated memory solution for portable PCs. The iMC001FLKA enables OEM system manufacturers to design portable PCs that no longer require rotating electro-mechanical media to store application code and data files. This allows the design and manufacture of PCs that are higher performance, more rugged, consume less battery power, and weigh much less than traditional disk-based portable PCs. The flash memory card supports the emerging "Mobile Office" by allowing the user to transport both application code and data files between desktop PCs and portables.

The iMC001FLKA conforms to the PCMCIA/JEIDA international standard, providing compatibility at the hardware and data interchange level. OEMs may opt to write the Card Information Structure (CIS) at the memory card's address 00000H with a format utility. This information provides data interchange functional compatibility. The 250 nanosecond access time allows for "execute-in-place" capability, for popular low-power microprocessors. Intel's 1-Megabyte Flash Memory Card operates in a byte-wide and word-wide configuration providing performance/power options for different systems.

Intel's Flash Memory card employs Intel's ETOX II Flash Memories. Filing systems, such as Microsoft's* Flash File System (FFS), facilitate sequential data file storage and card erasure using a purely nonvolatile medium. Flash filing systems, coupled with the Intel Flash Memory Card, effectively create an all-silicon nonvolatile read/write random access memory system that is more reliable and higher performance than disk-based memory systems.

*Microsoft is a trademark of Microsoft Corp.

Intel Corporation assumes no responsibility for the use of any circuitry other than circuitry embodied in an Intel product. No other circuit patent licenses are implied. Information contained herein supersedes previously published specifications on these devices from Intel. October 1990
© INTEL CORPORATION, 1990
Order Number: 290399-001

SAMAMD0325680

54.0 ± 0.1 mm

3.3 ± 0.1 mm

85.6 ± 0.2 mm

10.0 Min. (mm)

10.0 Min. (mm)

34 FRONT SIDE 1

68 BACK SIDE 35

| Pin | Signal | Pin | Signal | Pin | Signal | Pin | Signal |
|---|---|---|---|---|---|---|---|
| 1 | GND | 18 | $V_{pp1}$ | 35 | GND | 52 | $V_{pp2}$ |
| 2 | $D_3$ | 19 | $A_{16}$ | 36 | $\overline{CD}_1$ | 53 | NC |
| 3 | $D_4$ | 20 | $A_{15}$ | 37 | $D_{11}$ | 54 | NC |
| 4 | $D_5$ | 21 | $A_{12}$ | 38 | $D_{12}$ | 55 | NC |
| 5 | $D_6$ | 22 | $A_7$ | 39 | $D_{13}$ | 56 | NC |
| 6 | $D_7$ | 23 | $A_6$ | 40 | $D_{14}$ | 57 | NC |
| 7 | $\overline{CE}_1$ | 24 | $A_5$ | 41 | $D_{15}$ | 58 | NC |
| 8 | $A_{10}$ | 25 | $A_4$ | 42 | $\overline{CE}_2$ | 59 | NC |
| 9 | $\overline{OE}$ | 26 | $A_3$ | 43 | NC | 60 | NC |
| 10 | $A_{11}$ | 27 | $A_2$ | 44 | NC | 61 | $\overline{REG}$[1] |
| 11 | $A_9$ | 28 | $A_1$ | 45 | NC | 62 | $\overline{BVD}_2$[2] |
| 12 | $A_8$ | 29 | $A_0$ | 46 | $A_{17}$ | 63 | $\overline{BVD}_1$[2] |
| 13 | $A_{13}$ | 30 | $D_0$ | 47 | $A_{18}$ | 64 | $D_8$ |
| 14 | $A_{14}$ | 31 | $D_1$ | 48 | $A_{19}$ | 65 | $D_9$ |
| 15 | $\overline{WE}$ | 32 | $D_2$ | 49 | NC | 66 | $D_{10}$ |
| 16 | NC | 33 | WP | 50 | NC | 67 | $\overline{CD}_2$ |
| 17 | $V_{cc}$ | 34 | GND | 51 | $V_{cc}$ | 68 | GND |

NOTES:
1. $\overline{REG}$ = register memory select = No Connect (NC), unused. When $\overline{REG}$ is brought low, PCMCIA/JEIDA standard card information structure data is expected. This is accomplished by formatting the card with this data.
2. $\overline{BVD}$ = battery detect voltage = No Connect (NC), unused.

**Figure 1. iMC001FLKA Pin Configurations**

**Table 1. Pin Description**

| Symbol | Type | Name and Function |
|---|---|---|
| $A_0$-$A_{19}$ | INPUT | **ADDRESS INPUTS** for memory locations. Addresses are internally latched during a write cycle. |
| $D_0$-$D_{15}$ | INPUT/ OUTPUT | **DATA INPUT/OUTPUT:** inputs data during memory write cycles; outputs data during memory read cycles. The data pins are active high and float to tri-state OFF when the card is deselected or the outputs are disabled. Data is internally latched during a write cycle. |
| $\overline{CE}_1$, $\overline{CE}_2$ | INPUT | **CARD ENABLE:** activates the card's high and low byte control logic, input buffers, zone decoders, and associated memory devices. $\overline{CE}$ is active low; $\overline{CE}$ high deselects the memory card and reduces power consumption to standby levels. |
| $\overline{OE}$ | INPUT | **OUTPUT ENABLE:** gates the cards output through the data buffers during a read cycle. $\overline{OE}$ is active low. |
| $\overline{WE}$ | INPUT | **WRITE ENABLE** controls writes to the control register and the array. Write enable is active low. Addresses are latched on the falling edge and data is latched on the rising edge of the $\overline{WE}$ pulse. Note: With $V_{PP} \leq 6.5V$, memory contents cannot be altered. |
| $V_{PP1}$, $V_{PP2}$ | | **ERASE/WRITE POWER SUPPLY** for writing the command register, erasing the entire array, or writing bytes in the array. |
| $V_{CC}$ | | **DEVICE POWER SUPPLY** (5V + 5%). |
| GND | | **GROUND** |
| $\overline{CD}_1$, $\overline{CD}_2$ | OUTPUT | **CARD DETECT.** The card is detected at $\overline{CD}_{1,2}$ = ground. |
| WP | OUTPUT | **WRITE PROTECT.** All write operations are disabled with WP = active high. |
| NC | | **NO INTERNAL CONNECTION** to device. Pin may be driven or left floating. |
| $\overline{BVD}_1$, $\overline{BVD}_2$ | OUTPUT | **BATTERY VOLTAGE DETECT. NOT REQUIRED.** |

SAMAMD0325681

Figure 2. iMC001FLKA Block Diagram

## APPLICATIONS

The iMC001FLKA Flash Memory Card allows for the storage of data files and application programs on a purely solid-state removable medium. System resident flash filing systems, such as Microsoft's Flash File System, allow Intel's ETOX II highly reliable Flash Memory Card to effectively function as a physical disk drive. The Intel Flash Memory Card in conjunction with flash filing systems provides an innovative alternative to both fixed hard disks and floppy disks in DOS-compatible portable PCs.

User application software stored on the flash memory card substantially reduces the slow disk-DRAM download process. Replacing the disk results in a dramatic enhancement of read performance and substantial reduction of active power consumption, size, and weight — considerations particularly important in portable PCs and equipment. The iMC001FLKA's high performance read access time and command register microprocessor write interface allows for use of the flash memory system in an "execute-in-place" architecture. This configuration eliminates the need for the redundancy associated with DRAM and Disk memory system architectures. ROM based operating systems, such as Microsoft's MS-DOS ROM Version allow for "instant-on" capability. This enables the design of PCs that boot, operate, store data files, and execute application code from/to purely nonvolatile memory.

Flash write performance is often 50% higher than hard disks for typical user file storage. This equates to ten times more performance when compared to "spun-down" disks, the common practice for portable machines.

Flash filing systems enable the storage and modification of data files by allocating flash memory space intelligently, thus minimizing the number of rewrite cycles. This management function allows the user to rewrite reliably to the flash memory card many more times than a fixed or floppy disk which concentrate rewrite operations into small fixed portions of the medium.

Flash filing systems implement Intel's Flash Memory Card as a redirected disk drive; similar to structures used in local area networks. This enables the end user to interact with the flash memory card in precisely the same way as a magnetic disk. Filing systems that run under popular operating systems, such as MS-DOS, can use the installed base of application software.

The Microsoft Flash File System enables the storage and modification of data files by utilizing a linked list directory structure that is evenly distributed along with the data across the memory card. The linked list approach minimizes file fragmentation losses by using variable-sized data structures rather than the standard sector/cluster method of disk-based systems.

The integration of the PCMCIA/JEIDA 68-pin interface with flash filing systems enables the end-user to transport user files and application code between portable PCs and desktop PCs with memory card Reader/Writers. Intel Flash PC cards provide durable nonvolatile memory storage for Notebook PCs on the road, facilitating simple transfer back into the desktop environment.

For systems currently using a static RAM/battery configuration for data acquisition, the iMC001FLKA's inherent nonvolatility eliminates the need for battery backup. The concern for battery failure no longer exists, an important consideration for portable computers and medical instruments, both requiring continuous operation. The iMC001FLKA consumes no power when the system is off. In addition, the iMC001FLKA offers a considerable cost and density advantage over memory cards based on static RAM with battery backup.

The flash memory card's electrical zone-erasure, byte writability, and complete nonvolatility fit well with data accumulation and recording needs. Electrical zone-erasure gives the designer the flexibility to selectively rewrite zones of data while saving other zones for infrequently updated look-up tables.

SAMAMD0325682

## PRINCIPLES OF OPERATION

Intel's Flash Memory Card combines the functionality of two mainstream memory technologies: the rewritability of RAM and the nonvolatility of EPROM. The flash memory card consists of an array of individual memory devices, each of which defines a physical zone. The iMC001FLKA's memory devices erase as individual blocks, equivalent in size to the 128 K-Byte zone. Multiple zones can be erased simultaneously provided sufficient current for the appropriate number of zones (memory devices). Note, multiple zone erasure requires higher current from both the $V_{PP}$ and $V_{CC}$ power supplies. Erased zones can then be written in bit- or byte-at-a-time fashion and read randomly like RAM. Bit level write capability also supports disk emulation.

In the absence of high voltage on the $V_{PP1/2}$ pins, the iMC001FLKA remains in the read-only mode. Manipulation of the external memory card-control pins yields the standard read, standby, and output disable operations.

The same read, standby, and output disable operations are available when high voltage is applied to the $V_{PP1/2}$ pins. In addition, high voltage on $V_{PP1/2}$ enables erasure and rewriting of the accessed zone(s). All functions associated with altering zone contents — erase, erase verify, write, and write verify — are accessed via the command register.

Commands are written to the internal memory register(s), decoded by zone size, using standard microprocessor write timings. Register contents for a given zone serve as input to that zone's internal state-machine which controls the erase and rewrite circuitry. Write cycles also internally latch addresses and data needed for write and erase operations. With the appropriate command written to the register(s), standard microprocessor read timings output zone data, or output data for erase and write verification.

### Byte-wide or Word-wide Selection

The flash memory card can be read, erased, and written in a byte-wide or word-wide mode. In the word-wide configuration $V_{PP1}$ and/or $\overline{CE}_1$ control the LO-Byte (with $A_0$ = O) while $V_{PP2}$ and $\overline{CE}_2$ control the HI-Byte ($A_0$ = don't care).

Read, Write, and Verify operations are byte- or word-oriented, thus zone independent. Erase Setup and Begin Erase Commands are zone dependent such that commands written to any address within a 128 K-Byte zone boundary initiate the erase operation in that zone (or two 128 K-Byte zones under word-wide operation).

Conventional x8 operation uses $\overline{CE}_1$ active-low, with $\overline{CE}_2$ high, to read or write data through the $D_0$-$D_7$ only. "Even bytes" are accessed when $A_0$ is low, corresponding to the low byte of the complete x16 word. When $A_0$ is high, the "odd byte" is accessed by transposing the high byte of the complete x16 word onto the $D_0$-$D_7$ outputs. This odd byte corresponds to data presented on $D_8$-$D_{15}$ pins in x16 mode.

Note that two zones logically adjacent in x16 mode are multiplexed through $D_0$-$D_7$ in x8 mode and are toggled by the $A_0$ address. Thus, zone specific erase operations must be kept discrete in x8 mode by addressing even bytes only for one-half of the zone pair, then addressing odd bytes only for the other half.

### Card Detection

The flash memory card features two card detect pins ($\overline{CD}_{1/2}$) that allow the host system to determind if the card is properly loaded. Note that the two pins are located at opposite ends of the card. Each $\overline{CD}$ output should be read through a port bit. Should only one of the two bits show the card to be present, then the system should instruct the user to re-insert the card squarely into the socket. Card detection can also tell the system whether or not to redirect drives in the case of system booting. $\overline{CD}_{1/2}$ is active low, internally tied to ground.

### Write Protection

The flash memory card features three types of write protection. The first type features a mechanical Write Protect Switch that disables the circuitry that control Write Enable to the flash devices. When the switch is activated, $\overline{WE}$ is forced high, which disables any writes to the Command Register. The second type of write protection is based on the PCMCIA/JEIDA socket. Unique pin length assignments provide protective power supply sequencing during hot insertion and removal. The third type operates via software control through the Command Register when the card resides in its connector. The Command Register of each zone is only active when $V_{PP1/2}$ is at high voltage. Depending upon the application, the system designer may choose to make $V_{PP1/2}$ power supply switchable — available only when writes are desired. When $V_{PP1/2} = V_{PPL}$, the contents of the register default to the read command, making the iMC001FLKA a read-only memory card. In this mode, the memory contents cannot be altered.

The system designer may choose to leave $V_{PP1/2} = V_{PPH}$, making the high voltage supply constantly available. In this case, all Command Register functions are inhibited whenever $V_{CC}$ is below the write lockout voltage, $V_{LKO}$. (See the section on Power Up/Down Protection.) The iMC001FLKA is designed to accommodate either design practice, and to encourage optimization of the processor-memory card interface.

## BUS OPERATIONS

### Read

The iMC001FLKA has two control functions, both of which must be logically active, to obtain data at the outputs. Card Enable ($\overline{CE}$) is the power control and should be used for high and/or low zone(s) selection. Output Enable ($\overline{OE}$) is the output control and should be used to gate data from the output pins, independent of accessed zone selection. In the byte-wide configuration, only one $\overline{CE}$ is required. The word-wide configuration requires both $\overline{CE}$s active low.

When $V_{PP1/2}$ is high ($V_{PPH}$), the read operations can be used to access zone data and to access data for write/erase verification. When $V_{PP1/2}$ is low ($V_{PPL}$), only read accesses to the zone data are allowed.

### Output Disable

With Output Enable at a logic-high level ($V_{IH}$), output from the card is disabled. Output pins are placed in a high-impedance state.

### Standby

With one Card Enable at a logic-high level, the standby operation disables one-half of the x16 output's read/write buffer. Further, only the zone corresponding to the selected address within the upper or lower $\overline{CE}_{1,2}$ bank is active at a time. (NOTE: $A_0$ must be low to select the low half of the x16 word when $\overline{CE}_2$ = 1 and $\overline{CE}_1$ = 0.) All other zones are deselected, substantially reducing card power consumption. For deselected banks, the outputs are placed in a high-impedance state, independent of the Output Enable signal. If the iMC001FLKA is deselected during erasure, writing, or write/erase verification, the accessed zone draws active current until the operation is terminated.

### Int$_e$ligent Identifier™ Command

The manufacturer- and device-codes can be read via the Command Register, for instances where the iMC001FLKA is erased and rewritten in a universal reader/writer. Following a write of 90H to a zone's Command Register, a read from address location 00000H on any zone outputs the manufacturer code (89H). A read from address 0002H outputs the memory device code (B4H).

### Write

Zone erasure and rewriting are accomplished via the Command Register, when high voltage is applied to $V_{PP1/2}$. The contents of the register serve as input to that zone's internal state-machine. The state-machine outputs dictate the function of the targeted zone.

The Command Register itself does not occupy an addressable memory location. The register is a latch used to store the command, along with address and data information needed to execute the command.

The Command Register is written by bringing Write Enable to a logic-low level ($V_{IL}$), while Card Enable(s) is/are low. Addresses are latched on the falling edge of Write Enable, while data is latched on the rising edge of the Write Enable pulse. Standard microprocessor write timings are used.

Refer to AC Write Characteristics and the Erase/Write Waveforms for specific timing parameters.

## COMMAND DEFINITIONS

When low voltage is applied to the $V_{PP}$ pin(s), the contents of the zone Command Register(s) default to 00H, enabling read-only operations.

Placing high voltage on the $V_{PP}$ pin(s) enable(s) read/write operations. Zone operations are selected by writing specific data patterns into the Command Register. Tables 3 and 4 define these iMC001FLKA register commands for both byte-wide and word-wide configurations.

SAMAMD0325683

### Table 2. Bus Operations

| | Pins / Operation | Notes | [1, 7] $V_{PP2}$ | [1, 7] $V_{PP1}$ | A0 | $\overline{CE_2}$ | $\overline{CE_1}$ | $\overline{OE}$ | $\overline{WE}$ | $D_8$-$D_{15}$ | $D_0$-$D_7$ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| READ-ONLY | Read (x8) | 8 | $V_{PPL}$ | $V_{PPL}$ | $V_{IL}$ | $V_{IH}$ | $V_{IL}$ | $V_{IL}$ | $V_{IH}$ | Tri-state | Data Out-Even |
| | Read (x8) | 9 | $V_{PPL}$ | $V_{PPL}$ | $V_{IH}$ | $V_{IH}$ | $V_{IL}$ | $V_{IL}$ | $V_{IH}$ | Tri-state | Data Out-Odd |
| | Read (x8) | 10 | $V_{PPL}$ | $V_{PPL}$ | X | $V_{IL}$ | $V_{IH}$ | $V_{IL}$ | $V_{IH}$ | Data Out | Tri-state |
| | Read (x16) | 11 | $V_{PPL}$ | $V_{PPL}$ | X | $V_{IL}$ | $V_{IL}$ | $V_{IL}$ | $V_{IH}$ | Data Out | Data Out |
| | Output Disable | | $V_{PPL}$ | $V_{PPL}$ | X | X | X | $V_{IH}$ | $V_{IH}$ | Tri-state | Tri-state |
| | Standby | | $V_{PPL}$ | $V_{PPL}$ | X | $V_{IH}$ | $V_{IH}$ | X | X | Tri-state | Tri-state |
| READ/WRITE | Read (x8) | 3, 8 | $V_{PPX}$ | $V_{PPH}$ | $V_{IL}$ | $V_{IH}$ | $V_{IL}$ | $V_{IL}$ | $V_{IH}$ | Tri-state | Data Out-Even |
| | Read (x8) | 3, 9 | $V_{PPH}$ | $V_{PPX}$ | $V_{IH}$ | $V_{IH}$ | $V_{IL}$ | $V_{IL}$ | $V_{IH}$ | Tri-state | Data Out-Odd |
| | Read (x8) | 10 | $V_{PPH}$ | $V_{PPX}$ | X | $V_{IL}$ | $V_{IH}$ | $V_{IL}$ | $V_{IH}$ | Data Out | Tri-state |
| | Read (x16) | 3, 11 | $V_{PPH}$ | $V_{PPH}$ | X | $V_{IL}$ | $V_{IL}$ | $V_{IL}$ | $V_{IH}$ | Data Out | Data Out |
| | Write (x8) | 5, 8 | $V_{PPX}$ | $V_{PPH}$ | $V_{IL}$ | $V_{IH}$ | $V_{IL}$ | $V_{IH}$ | $V_{IL}$ | Tri-state | Data In-Even |
| | Write (x8) | 9 | $V_{PPH}$ | $V_{PPX}$ | $V_{IH}$ | $V_{IH}$ | $V_{IL}$ | $V_{IH}$ | $V_{IL}$ | Tri-state | Data In-Odd |
| | Write (x8) | 10 | $V_{PPH}$ | $V_{PPX}$ | X | $V_{IL}$ | $V_{IH}$ | $V_{IH}$ | $V_{IL}$ | Data In | Tri-state |
| | Write (x16) | 11 | $V_{PPH}$ | $V_{PPH}$ | X | $V_{IL}$ | $V_{IL}$ | $V_{IH}$ | $V_{IL}$ | Data In | Data In |
| | Standby | 4 | $V_{PPH}$ | $V_{PPH}$ | X | $V_{IH}$ | $V_{IH}$ | X | X | Tri-state | Tri-state |
| | Output Disable | | $V_{PPH}$ | $V_{PPH}$ | X | X | X | $V_{IH}$ | $V_{IL}$ | Tri-state | Tri-state |

**Notes:**

1. Refer to DC Characteristics. When $V_{PP1/2} = V_{PPL}$ memory contents can be read but not written or erased.
2. Manufacturer and device codes may be accessed via a command register write sequence. Refer to Table 3. All other addresses low.
3. Read operations with $V_{PP1/2}$ = Vpph may access array data or the Inteligent Identifier codes.
4. With $V_{PP1/2}$ at high voltage, the standby current equals $I_{CC} + I_{PP}$ (standby).
5. Refer to Table 3 for valid Data-In during a write operation.
6. X can be $V_{IL}$ or $V_{IH}$.
7. $V_{PPX} = V_{PPH}$ or $V_{PPL}$.
8. This x8 operation reads or writes the low byte of the x16 word on $DQ_{0-7}$, i.e., $A_0$ low reads "even" byte in x8 mode.
9. This x8 operation reads or writes the high byte of the x16 word on $DQ_{0-7}$ (transposed from $DQ_{8-15}$), i.e., $A_0$ high reads "odd" byte in x8 mode.
10. This x8 operation reads or writes the high byte of the x16 on $DQ_{8-15}$. $A_0$ is "don't care."
11. $A_0$ is "don't care," unused in x16 mode. High and low bytes are presented simultaneously.

### Table 3. Command Definitions byte-wide mode

| Command | Notes | Bus Cycles Req'd | First Bus Cycle Operation[1] | First Bus Cycle Address[2] | First Bus Cycle Data[3] | Second Bus Cycle Operation[1] | Second Bus Cycle Address[2] | Second Bus Cycle Data[3] |
|---|---|---|---|---|---|---|---|---|
| Read Memory | | 1 | Write | X | 00H | | | |
| Read Inteligent ID Codes | 4 | 3 | Write | IA | 90H | Read | | |
| Set-up Erase/Erase | 5 | 2 | Write | ZA | 20H | Write | ZA | 20H |
| Erase Verify | 5 | 2 | Write | EA | A0H | Read | EA | EVD |
| Set-up Write/Write | 6 | 2 | Write | WA | 40H | Write | WA | WD |
| Write Verify | 6 | 2 | Write | WA | C0H | Read | WA | WVD |
| Reset | 7 | 2 | Write | X | FFH | Write | X | FFH |

### Table 4. Command Definitions word-wide mode

| Command | Notes | Bus Cycles Req'd | First Bus Cycle Operation[1] | First Bus Cycle Address[2] | First Bus Cycle Data[3] | Second Bus Cycle Operation[1] | Second Bus Cycle Address[2] | Second Bus Cycle Data[3] |
|---|---|---|---|---|---|---|---|---|
| Read Memory | | 1 | Write | X | 0000H | | | |
| Read Inteligent ID Codes | 4 | 3 | Write | IA | 9090H | Read | | |
| Set-up Erase/Erase | 5 | 2 | Write | ZA | 2020H | Write | ZA | 2020H |
| Erase Verify | 5 | 2 | Write | EA | A0A0H | Read | EA | EVD |
| Set-up Write/Write | 6 | 2 | Write | WA | 4040H | Write | WA | WD |
| Write Verify | 6 | 2 | Write | WA | C0C0H | Read | WA | WVD |
| Reset | 7 | 2 | Write | X | FFFFH | Write | X | FFFFH |

**Notes:**

1. Bus operations are defined in Table 2.
2. IA = Identifier address: 00H for manufacturer code, 01H for device code.
   EA = Address of memory location to be read during erase verify.
   WA = Address of memory location to be written.
   ZA = Address of 128 K-Byte zones involved in erase operation.
   Addresses are latched on the falling edge of the Write Enable pulse.
3. ID = Data read from location IA during device identification. (Mfr = 89H, Device = B4H).
   EVD = Data read from location EA during erase verify.
   WD = Data to be written at location WA. Data is latched on the rising edge of Write Enable.
   WVD = Data read from location WA during write verify. WA is latched on the Write command.
4. Following the Read Inteligent ID command, two read operations access manufacturer and device codes.
5. Figure 5 illustrates the Erase Algorithm.
6. Figure 6 illustrates the Write Algorithm.
7. The second bus cycle must be followed by the desired command register write.

SAMAMD0325684

### Read Command

While $V_{PP1/2}$ is high, for erasure and writing, zone memory contents can be accessed via the read command. The read operation is initiated by writing 00H (0000H for the word-wide configuration) into the zone Command Register(s). Microprocessor read cycles retrieve zone data. The accessed zone remains enabled for reads until the Command Register(s) contents are altered.

The default contents of each zone's register(s) upon $V_{PP1/2}$ power-up is 00H (00000H for word-wide). This default value ensures that no spurious alteration of memory card contents occurs during the $V_{PP1/2}$ power transition. Where the $V_{PP1/2}$ supply is left at $V_{PPH}$, the memory card powers-up and remains enabled for reads until the command Register contents of targeted zones are changed. Refer to the AC Read Characteristics and Waveforms for specific timing parameters.

### int$_e$ligent Identifier Command

Each zone of the iMC001FLKA contains an int$_e$ligent Identifier to identify memory card device characteristics. The operation is initiated by writing 90H (9090H for word-wide) into the Command Register(s). Following the command write, a read cycle from address 00000H retrieves the manufacturer code 89H (8989H for word-wide). A read cycle from address 0002H returns the device code B4H (B4B4H for word-wide). To terminate the operation, it is necessary to write another valid command into the register(s).

### Set-up Erase/Erase Commands

Set-up Erase is a command-only operation that stages the targeted zone(s) for electrical erasure of all bytes in the zone. The set-up erase operation is performed by writing 20H to the Command Register (2020H for word-wide).

To commence zone-erasure, the erase command (20H or 2020H) must again be written to the register(s). The erase operation begins with the rising edge of the Write-Enable pulse and terminates with the rising edge of the next Write-Enable pulse (i.e., Erase-Verify Command).

This two-step sequence of set-up followed by execution ensures that zone memory contents are not accidentally erased. Also, zone-erasure can only occur when high voltage is applied to the $V_{PP1/2}$ pins. In the absence of this high voltage, zone memory contents are protected against erasure. Refer to AC Erase Characteristics and Waveforms for specific timing parameters.

### Erase-Verify Command

The erase command erases all of the bytes of the zone in parallel. After each erase operation, all bytes in the zone must be individually verified. In byte-mode operations, zones are segregated by $A_0$ in odd and even banks; erase and erase verify operations must be done in complete passes of even-bytes-only then odd-bytes-only. See the Erase Algorithm for byte-wide mode. The erase verify operation is initiated by writing A0H (A0A0H for word-wide) into the Command Register(s). The address for the byte(s) to be verified must be supplied as it is latched on the falling edge of the Write Enable pulse. The register write terminates the erase operation with the rising edge of its Write Enable pulse.

The enabled zone applies an internally-generated margin voltage to the addressed byte. Reading FFH from the addressed byte indicates that all bits in the byte are erased. Similarly, reading FFFFH from the addressed word indicates that all bits in the word are erased.

The erase-verify command must be written to the Command Register prior to each byte (word) verification to latch its address. The process continues for each byte (word) in the zone(s) until a byte (word) does not return FFH (FFFFH) data, or the last address is accessed.

In the case where the data read is not FFH (FFFFH), another erase operation is performed. (Refer to Set-up Erase/Erase.) Verification then resumes from the address of the last-verified byte (word). Once all bytes (words) in the zone(s) have been verified, the erase step is complete. The accessed zone can now be written. At this point, the verify operation is terminated by writing a valid command (e.g., Write Set-up) to the Command Register. The Erase algorithms for byte-wide and word-wide configurations illustrate how commands and bus operations are combined to perform electrical erasure of the iMC001FLKA. Refer to AC Erase Characteristics and Waveforms for specific timing parameters.

### Set-up Write/Write Commands

Set-up write is a command-only operation that stages the targeted zone for byte writing. Writing 40H (4040H) into the Command Register(s) performs the set-up operation.

Once the write set-up operation is performed, the next Write Enable pulse causes a transition to an active write operation. Addresses are internally latched on the falling edge of the Write Enable pulse. Data is internally latched on the rising edge of the Write Enable pulse. The rising edge of Write Enable also begins the write operation. The write operation terminates with the next rising edge of Write Enable, which is used to write the verify command. Refer to AC Write Characteristics and Waveforms for specific timing parameters.

### Write Verify Command

The iMC001FLKA is written on a byte-by-byte or word-by-word basis. Byte or word writing may occur sequentially or at random. Following each write operation, the byte or word just written must be verified.

The write-verify operation is initiated by writing C0H (C0C0) into the Command Register(s). The register write(s) terminate(s) the write operation with the rising edge of its Write Enable pulse. The write-verify operation stages the accessed zone(s) for verification of the byte or word last written. No new address information is latched. The zone(s) apply(ies) an internally-generated margin voltage to the byte or word. A microprocessor read cycle outputs the data. A successful comparison between the written byte or word and true data means that the byte or word is successfully written. The write operation then proceeds to the next desired byte or word location. The Write algorithms for byte-wide and word-wide configurations illustrate how commands are combined with bus operations to perform byte and word writes. Refer to AC Write Characteristics and Waveforms for specific timing parameters.

### Reset Command

A reset command is provided as a means to safely abort the erase- or write-command sequences. Following either set-up command (erase or write) with two consecutive writes of FFH (FFFFH for word-wide) will safely abort the operation. Zone memory contents will not be altered. A valid command must then be written to place the accessed zone in the desired state.

## EXTENDED ERASE/WRITE CYCLING

Intel has designed extended cycling capability into its ETOX II flash memory technology enabling a flash memory card with a MTBF that is approximately 20 times more reliable than rotating disk technology. Resulting improvements in cycling reliability come without increasing memory cell size or complexity. First, an advanced tunnel oxide increases the charge carrying ability ten-fold. Second, the oxide area per cell subjected to the tunneling electric field minimizes the probability of oxide defects in the region. The lower electric field greatly reduces oxide stress and the probability of failure.

## WRITE ALGORITHMS

The write algorithm(s) use write operations of 10µs duration. Each operation is followed by a byte or word verification to determine when the addressed byte or word has been successfully written. The algorithm(s) allows for up to 25 write operations per byte or word, although most bytes and words verify on the first or second operation. The entire sequence of writing and byte/word verification is performed with $V_{PP}$ at high voltage.

SAMAMD0325685

## ERASE ALGORITHM

The Erase algorithm(s) yield(s) fast and reliable electrical erasure of memory contents. The algorithm employs a closed-loop flow, similar to the write algorithm, to simultaneously remove charge from all bits in the accessed zone(s).

Erasure begins with a read of memory zone contents. Reading FFH (FFFFH) data from the accessed zone(s) can be immediately followed by writing to the desired zone(s).

For zones being erased and rewritten, uniform and reliable erasure is ensured by first writing all bits in the accessed zone to their charged state (data = 00H byte-wide, 00000H word-wide). This is accomplished, using the write algorithm, in approximately two seconds per zone.

Erase execution then continues with an initial erase operation. Erase verification (data = FFH byte-wide, FFFFH word-wide) begins at address 00000H and continues through the zone to the last address, or until data other than FFH (FFFFH) is encountered. (Note: byte-wide erase operation requires separate even- and odd-address passes to handle the individual 128 K-Byte zones.) With each erase operation, an increasing number of bytes or words verify to the erased state. Erase efficiency may be improved by storing the address of the last byte or word verified in a register(s). Following the next erase operation, verification starts at that stored address location. Follow this procedure until all bytes in the zone are erased. Then, re-start the procedure for the next zone or word-wide zone pair. Erasure typically occurs in one second per zone.

START
INITIALIZE SIZE AND NUMBER OF ZONES ZONE L = 0 ZONE H = 1
ERASE ZONES L, H
ZONE ERASURE COMPLETE ?
N
Y
INCREMENT ZONES L, H
ALL ZONES ERASED ?
N
Y
ERASURE COMPLETE
ERASURE ERROR

Figure 3. Full Card Erase Flow

| BUS OPERATION | COMMAND | COMMENTS |
|---|---|---|
| Standby | | Wait for $V_{PP}$ ramp to $V_{PPH}$ (= 12.0V) [2] |
| | | Initialize pulse-count |
| Write | Set-up Write | Data = 40H |
| Write | Write | Valid address/data |
| Standby | | Duration Of Write operation ($t_{WHWH1}$) |
| Write | Write Verify [3] | Data = C0H; Stops Write Operation [4] |
| Standby | | $t_{WHGL}$ |
| Read | | Read byte to verify Write Operation |
| Standby | | Compare data output to data expected |
| Write | Read | Data = 00H, resets the register for read operations. |
| Standby | | Wait for $V_{PP}$ ramp to $V_{PPL}$ [2] |

Notes:

1. CAUTION: The algorithm MUST BE FOLLOWED to ensure proper and reliable operation of the device.
2. See DC Characteristics for the value of $V_{PPH}$ and $V_{PPL}$.
3. Write Verify is only performed after a byte write operation. A final read/compare may be performed (optional) after the register is written with the Read command.
4. Refer to principles of operation.

Figure 4. Write Algorithm for byte-wide mode

SAMAMD0325686

START ERASURE [1]
DATA =00H? (Y / N)
WRITE ALL BYTES TO 00H
APPLY $V_{PPH}$ [2]
ADDR = 00000H
TEW = 10 ms
PLSCNT = 0
ODD = 0
ADDR = 00001H
PLSCNT = 0
ODD = 1
WRITE ERASE SET-UP CMD
WRITE ERASE CMD
TIME OUT TEW
WRITE ERASE VERIFY CMD
TIME OUT 6uS
READ DATA FROM DEVICE
DATA =FFH? (N / Y)
INC PLSCNT, = 3000? (N / Y)
LAST ADDRESS ? (N / Y)
INCREMENT ADDRESS +2
ODD=1? (N / Y)
WRITE READ CMD
APPLY $V_{PPL}$ [2]
ERASURE COMPLETED
APPLY $V_{PPL}$ [2]
ERASE ERROR

| BUS OPERATION | COMMANDS | COMMENTS |
|---|---|---|
| Standby | | Wait for $V_{PP}$ ramp to $V_{PPH}$ (= 12.0V) [2] |
| | | Use Write Operation Algorithm |
| | | Initialize even/odd Addresses, Erase Pulse Width, and Pulse Count |
| Write | Set-up Erase | Data = 20H |
| Write | Erase | Data = 20H |
| Standby | | Duration of Erase operation ($t_{WHWH2}$) |
| Write | Erase Verify [3] | Addr = Byte to verify; Data = A0H; Stops Erase Operation [4] |
| Standby | | $t_{WHGL}$ |
| Read | | Read byte to verify erasure |
| Standby | | Compare output to FFH increment pulse count |
| Write | Read | Data = 00H, resets the register for read operations. |
| Standby | | Wait for $V_{PP}$ ramp to $V_{PPL}$ [2] |

Notes:

1. CAUTION: The algorithm MUST BE FOLLOWED to ensure proper and reliable operation of the device.
2. See DC Characteristics for the value of $V_{PPH}$ and $V_{PPL}$.
3. Erase Verify is only performed after chip erasure. A final read/compare may be performed (optional) after the register is written with the Read command.
4. Refer to principles of operation.

Figure 5. Erase Algorithm for byte-wide mode

Start Write Operation
Apply $V_{PPH}$
Get ADRS/W_DAT
Initialize:
V_DAT = W_DAT
W_COM = 4040H
V_COM = C0C0H
PLSCNT_HI = 0
PLSCNT_LO = 0
FLAG = 0
Write xx/W_COM
Write ADRS/W_DAT
Time Out 10uS
Write ADRS/V_COM
Time Out 6uS
Read ADRS/F_DAT
F_DAT = V_DAT ? (N / Y)
Flag = 0? (Y / N)
High/Low Byte Compare & Mask Subroutine
More Data ? (Y / N)
Write READ_COM
Apply $V_{PPL}$
Write Complete
Write READ_COM
Apply $V_{PPL}$
Write Error

| COMMENTS |
|---|
| Wait for $V_{PP}$ ramp to $V_{PPH}$ |
| ADRS = address to write<br>W_DAT = data word to write |
| Initialize Data Word Variables:<br>V_DAT = valid data<br>W_COM = Write Command<br>V_COM = Write Verify Command<br>PLSCNT_HI = HI Byte Pulse Counter<br>PLSCNT_LO = LO Byte Pulse Counter<br>FLAG = Write Error Flag |
| Write Set-up Command<br>xx = Address don't care |
| Write |
| See Write Verify and Mask Subroutine. |
| Write Verify Command |
| F_DAT = flash memory data |
| Compare flash memory data to valid data (word compare). If not equal, check for Write Error flag. If Flag not set, compare High and Low Bytes in the Subroutine. |
| Check buffer of I/O port for more data to write. |
| Reset device for read operation. |
| Turn off $V_{PP}$. |

Figure 6. Write Algorithm for word-wide mode

SAMAMD0325687



Figure 7. Write Verify and Mask Subroutine for word-wide mode

Figure 8. Erase Algorithm for word-wide mode

SAMAMD0325688

Start Subroutine
Time Out 6 uS
Read ADRS/F_DATA
F_DATA = FFFFH?
Y
N
LO_Byte = (F_DATA and 00FFH)
LO_Byte = FFH?
Y
E_COM = (E_COM or 00FFH)
V_COM = (V_COM or 00FFH)
N
INCREMENT PLSCNT_LO
PLSCNT_LO = 3000?
Y
FLAG = FLAG + 1
N
HI_Byte = (F_DATA AND FF00H)
HI_Byte = FF00H?
Y
E_COM = (E_COM or FF00H)
V_COM = (V_COM or FF00H)
N
INCREMENT PLSCNT_HI
PLSCNT_HI = 3000?
Y
FLAG = FLAG + 2
N
Subroutine Return
COMMENTS:
This subroutine reads the data word (F_DATA). It then masks the HI or LO Byte of the Erase and Verify commands from executing during the next operation.
If both HI and LO Bytes verify, then return.
Mask* the HI Byte with 00H.
If the LO Byte verifies erasure, then mask* the next erase and verify commands with FFH (RESET).
If the LO Byte does not verify, then increment its pulse counter and check for max count. FLAG = 1 denotes a LO Byte error.
Repeat the sequence for the HI Byte.
Flag = 2 denotes a HI Byte error. Flag = 3 denotes both a HI and LO Byte errors. FLAG = 0 denotes no max count errors; continue with algorithm.

*Masking can easily and efficiently be done in assembly languages. Simply load word registers with the incoming data (F_DAT), the program commands and the verify commands. Then manipulate the HI or LO register contents.

Figure 9. Erase Verify and Mask Subroutine for word-wide mode.

## SYSTEM DESIGN CONSIDERATIONS

### Three-Line Control

Three-line control provides for:

a. the lowest possible power dissipation and,

b. complete assurance that output bus contention will not occur.

To efficiently use these three control inputs, an address-decoder output should drive $\overline{CE}_{1,2}$, while the system's Read signal controls the card $\overline{OE}$ signal, and other parallel zones. This, coupled with the internal zone decoder, assures that only enabled memory zones have active outputs, while deselected zones maintain the low power standby condition.

### Power-Supply Decoupling

Flash memory power-switching characteristics require careful device decoupling. System designers are interested in three supply current issues — standby, active and transient current peaks, produced by falling and rising edges of $\overline{CE}_{1/2}$. The capacitive and inductive loads on the card and internal flash memory zones determine the magnitudes of these peaks.

Three-line control and proper decoupling capacitor selection will suppress transient voltage peaks. The iMC001FLKA features on-card ceramic decoupling capacitors connected between $V_{CC}$ and $V_{SS}$, and between $V_{PP1}/V_{PP2}$ and $V_{SS}$.

The card connector should also have a 4.7μF electrolytic capacitor between $V_{CC}$ and $V_{SS}$, as well as between $V_{PP1}/V_{PP2}$ and $V_{SS}$. The bulk capacitors will overcome voltage slumps caused by printed-circuit-board trace inductance, and will supply charge to the smaller capacitors as needed.

### Power Up/Down Protection

The PCMCIA/JEIDA socket is specified, via unique Pin lengths, to properly sequence the power supplies to the flash memory card. This assures that hot insertion and removal will not result in card damage or data loss.

Each zone in the iMC001FLKA is designed to offer protection against accidental erasure or writing, caused by spurious system-level signals that may exist during power transitions. The card will power-up into the read state.

A system designer must guard against active writes for $V_{CC}$ voltages above $V_{LKO}$ when $V_{PP}$ is active. Since both $\overline{WE}$ and $\overline{CE}_{1,2}$ must be low for a command write, driving either to $V_{IH}$ will inhibit writes. With its control register architecture, alteration of zone contents only occurs after successful completion of the two-step command sequences.

While these precautions are sufficient for most applications, it is recommended that $V_{CC}$ reach its steady state value before raising $V_{PP1/2}$ above $V_{CC}+2.0V$. In addition, upon powering-down, $V_{PP1/2}$ should be below $V_{CC}+2.0V$, before lowering $V_{CC}$.

SAMAMD0325689

## ABSOLUTE MAXIMUM RATINGS*

Operating Temperature
During Read ................ 0°C to + 60°C[1]
During Erase/Write ............ 0°C to + 60°C
Temperature Under Bias ....... −10°C to + 70°C
Storage Temperature .......... −30°C to + 70°C
Voltage on Any Pin with
Respect to Ground ........ −2.0V to + 7.0V[2]
$V_{PP1}/V_{PP2}$ Supply Voltage with
Respect to Ground
During Erase/Write ...... −2.0V to + 14.0V[2,3]
$V_{CC}$ Supply Voltage with
Respect to Ground ........ −2.0V to + 7.0V[2]

*Notice: Stresses above those listed under "Absolute Maximum Ratings" may cause permanent damage to the card. This is a stress rating only and functional operation of the card at these or any other conditions above those indicated in the operational sections of this specification is not implied. Exposure to absolute maximum rating conditions for extended periods may affect card reliability.*

*NOTICE: Specifications contained within the following tables are subject to change.*

**Notes:**

1. Operating temperature is for commercial product defined by this specification.
2. Minimum DC input voltage is −0.5V. During transitions, inputs may undershoot to −2.0V for periods less than 20 ns. Maximum DC voltage on output pins is $V_{CC}$ + 0.5V, which may overshoot to $V_{CC}$ + 2.0V for periods less than 20 ns.
3. Maximum DC input voltage on $V_{PP1}/V_{PP2}$ may overshoot to +14.0V for periods less than 20 ns.

### OPERATING CONDITIONS

| Symbol | Parameter | Limits | | Unit | Comments |
|---|---|---|---|---|---|
| | | Min | Max | | |
| $T_A$ | Operating Temperature | 0 | 60 | °C | For Read-Only and Read/Write Operations |
| $V_{CC}$ | $V_{CC}$ Supply Voltage | 4.75 | 5.25 | V | |
| $V_{PPH}$ | Active $V_{PP1}$, $V_{PP2}$ Supply Voltages | 11.40 | 12.60 | V | |
| $V_{PPL}$ | $V_{PP}$ During Read Only Operations | 0.00 | 6.50 | V | |

### DC CHARACTERISTICS — Byte Wide Mode

| Symbol | Parameter | Notes | Limits | | | Unit | Test Condition |
|---|---|---|---|---|---|---|---|
| | | | Min | Typical | Max | | |
| $I_{LI}$ | Input Leakage Current | 1 | | ±1.0 | ±20 | uA | $V_{CC} = V_{CC}$ max, $V_{IN} = V_{CC}$ or $V_{SS}$ |
| $I_{LO}$ | Output Leakage Current | 1 | | ±1.0 | ±20 | uA | $V_{CC} = V_{CC}$ max, $V_{OUT} = V_{CC}$ or $V_{SS}$ |
| $I_{CCS}$ | $V_{CC}$ Standby Current | 1 | | 0.4 | 0.8 | mA | $V_{CC} = V_{CC}$ max, $\overline{CE} = V_{IH}$ |
| $I_{CC1}$ | $V_{CC}$ Active Read Current | 1,2 | | 25 | 50 | mA | $V_{CC} = V_{CC}$ max $\overline{CE} = V_{IL}$, f = 6MHz, $I_{OUT}$ = 0mA |
| $I_{CC2}$ | $V_{CC}$ Write Current | 1,2 | | 1.0 | 10.0 | mA | Writing in progress |
| $I_{CC3}$ | $V_{CC}$ Erase Current | 1,2 | | 5.0 | 15 | mA | Erasure in progress |
| $I_{CC4}$ | $V_{CC}$ Write Verify Current | 1,2 | | 5.0 | 15 | mA | $V_{PP} = V_{PPH}$, Write Verify in progress |
| $I_{CC5}$ | $V_{CC}$ Erase Verify Current | 1,2 | | 5.0 | 15 | mA | $V_{PP} = V_{PPH}$, Erase Verify in progress |
| $I_{PPS}$ | $V_{PP}$ Leakage Current | 1 | | | ±40 | uA | $V_{PP} \leq V_{CC}$ |
| $I_{PP1}$ | $V_{PP}$ Read Current or Standby Current | 1,3 | | 0.4 | 0.8 | mA | $V_{PP} > V_{CC}$ |
| | | | | | ±.04 | | $V_{PP} \leq V_{CC}$ |
| $I_{PP2}$ | $V_{PP}$ Write Current | 1,3 | | 8.0 | 30 | mA | $V_{PP} = V_{PPH}$, Write in progress |
| $I_{PP3}$ | $V_{PP}$ Erase Current | 1,3 | | 10 | 30 | mA | $V_{PP} = V_{PPH}$, Erasure in progress |
| $I_{PP4}$ | $V_{PP}$ Write Verify Current | 1,3 | | 2.0 | 5.0 | mA | $V_{PP} = V_{PPH}$, Write Verify in progress |
| $I_{PP5}$ | $V_{PP}$ Erase Verify Current | 1,3 | | 2.0 | 5.0 | mA | $V_{PP} = V_{PPH}$, Erase Verify in progress |
| $V_{IL}$ | Input Low Voltage | | −0.5 | | 0.8 | V | |
| $V_{IH}$ | Input High Voltage | | 2.4 | | $V_{CC}$ + 0.3 | V | |
| $V_{OL}$ | Output Low Voltage | | | | 0.40 | V | $I_{OL}$ = 3.2mA, $V_{CC} = V_{CC}$ min |
| $V_{OH1}$ | Output High Voltage | | 3.8 | | | V | $I_{OH}$ = −2.0mA, $V_{CC} = V_{CC}$ min |
| $V_{PPL}$ | $V_{PP}$ During Read-Only Operations | | 0.00 | | 6.5 | V | Note: Erase/Write are inhibited when $V_{PP} = V_{PPL}$ |
| $V_{PPH}$ | $V_{PP}$ During Read/Write Operations | | 11.40 | | 12.60 | V | |
| $V_{LKO}$ | $V_{CC}$ Erase/Write lock voltage | | 2.5 | | | V | |

**Notes:**

1. All currents are in RMS unless otherwise noted. Typical values at $V_{CC}$ = 5.0V, $V_{PP}$ = 12.0V, T = 25° C.
2. 1 chip active and 7 in standby for byte-wide mode.
3. Assumes 1 $V_{PP}$ is active.

SAMAMD0325690

## DC CHARACTERISTICS — Word Wide Mode

| Symbol | Parameter | Notes | Limits Min | Limits Typical | Limits Max | Unit | Test Condition |
|---|---|---|---|---|---|---|---|
| $I_{LI}$ | Input Leakage Current | 1 | | ±1.0 | ±20 | uA | $V_{CC} = V_{CC}$ max $V_{IN} = V_{CC}$ or $V_{SS}$ |
| $I_{LO}$ | Output Leakage Current | 1 | | ±1.0 | ±20 | uA | $V_{CC} = V_{CC}$ max $V_{OUT} = V_{CC}$ or $V_{SS}$ |
| $I_{CCS}$ | $V_{CC}$ Standby Current | 1 | | 0.4 | 0.8 | mA | $V_{CC} = V_{CC}$ max $\overline{CE} = V_{IH}$ |
| $I_{CC1}$ | $V_{CC}$ Active Read Current | 1,2 | | 40 | 80 | mA | $V_{CC} = V_{CC}$ max $\overline{CE} = V_{IL}$ f = 6MHz, $I_{OUT}$ = 0mA |
| $I_{CC2}$ | $V_{CC}$ Write Current | 1,2 | | 2.0 | 20 | mA | Writing in progress |
| $I_{CC3}$ | $V_{CC}$ Erase Current | 1,2 | | 10 | 30 | mA | Erasure in progress |
| $I_{CC4}$ | $V_{CC}$ Write Verify Current | 1,2 | | 10 | 30 | mA | $V_{PP} = V_{PPH}$ Write Verify in progress |
| $I_{CC5}$ | $V_{CC}$ Erase Verify Current | 1,2 | | 10 | 30 | mA | $V_{PP} = V_{PPH}$ Erase Verify in progress |
| $I_{PPS}$ | $V_{PP}$ Leakage Current | 1 | | | ±80 | uA | $V_{PP} \leq V_{CC}$ |
| $I_{PP1}$ | $V_{PP}$ Read Current or Standby Current | 1,3 | | 0.7 | 1.6 | mA | $V_{PP} > V_{CC}$ |
| | | | | | ±.08 | | $V_{PP} \leq V_{CC}$ |
| $I_{PP2}$ | $V_{PP}$ Write Current | 1,3 | | 16 | 60 | mA | $V_{PP} = V_{PPH}$ Write in progress |
| $I_{PP3}$ | $V_{PP}$ Erase Current | 1,3 | | 20 | 60 | mA | $V_{PP} = V_{PPH}$ Erasure in progress |
| $I_{PP4}$ | $V_{PP}$ Write Verify Current | 1,3 | | 5.0 | 12 | mA | $V_{PP} = V_{PPH}$ Write Verify in progress |
| $I_{PP5}$ | $V_{PP}$ Erase Verify Current | 1,3 | | 5.0 | 12 | mA | $V_{PP} = V_{PPH}$ Erase Verify in progress |
| $V_{IL}$ | Input Low Voltage | | −0.5 | | 0.8 | V | |
| $V_{IH}$ | Input High Voltage | | 2.4 | | $V_{CC}$+0.3 | V | |
| $V_{OL}$ | Output Low Voltage | | | | 0.40 | V | $I_{OL}$ = 3.2mA $V_{CC} = V_{CC}$ min |
| $V_{OH1}$ | Output High Voltage | | 3.8 | | | V | $I_{OH}$ = −2.0mA $V_{CC} = V_{CC}$ min |
| $V_{PPL}$ | $V_{PP}$ During Read-Only Operations | | 0.00 | | 6.5 | V | Note: Erase/Write are inhibited when $V_{PP} = V_{PPL}$ |
| $V_{PPH}$ | $V_{PP}$ During Read/Write Operations | | 11.40 | | 12.60 | V | |
| $V_{LKO}$ | $V_{CC}$ Erase/Write lock voltage | | 2.5 | | | V | |

**Notes:**
1. All currents are in RMS unless otherwise noted. Typical values at $V_{CC}$ = 5.0V, $V_{PP}$ = 12.0V, T = 25° C.
2. 2 chips active and 6 in standby for word-wide mode.
3. Assumes 2 $V_{PP}$s are active.

## CAPACITANCE T = 25° C, f = 1.0 MHz

| Symbol | Parameter | Notes | Limits Min | Limits Max | Unit | Conditions |
|---|---|---|---|---|---|---|
| $C_{IN1}$ | Address Capacitance | | | 8 | pF | $V_{IN}$ = 0V |
| $C_{IN2}$ | Control Capacitance | | | 16 | pF | $V_{IN}$ = 0V |
| $C_{OUT}$ | Output Capacitance | | | 21 | pF | $V_{OUT}$ = 0V |
| $C_{I/O}$ | I/O Capacitance | | | 16 | pF | $V_{I/O}$ = 0V |

## AC TEST CONDITIONS

Input Rise and Fall Times (10% to 90%) .......... 10 ns
Input Pulse Levels .......... Vol and Voh1
Input Timing Reference Level .......... Vil and Vih
Output Timing Reference Level .......... Vil and Vih

## AC CHARACTERISTICS — Read-Only Operations

| Symbol | Characteristic | Notes | Min | Max | Unit |
|---|---|---|---|---|---|
| $t_{AVAV}/t_{RC}$ | Read Cycle Time | 2 | 250 | | ns |
| $t_{ELQV}/t_{CE}$ | Chip Enable Access Time | 2 | | 250 | ns |
| $t_{AVQV}/t_{ACC}$ | Address Access Time | 2 | | 250 | ns |
| $t_{GLQV}/t_{OE}$ | Output Enable Access Time | 2 | | 120 | ns |
| $t_{ELQX}/t_{LZ}$ | Chip Enable to Output in Low Z | 2 | 5 | | ns |
| $t_{EHQZ}$ | Chip Disable to Output in High Z | 2 | | 60 | ns |
| $t_{GLQX}/t_{OLZ}$ | Output Enable to Output in Low Z | 2 | 5 | | ns |
| $t_{GHQZ}/t_{DF}$ | Output Disable to Output in High Z | 2 | | 60 | ns |
| $t_{OH}$ | Output Hold from Address, $\overline{CE}$, or $\overline{OE}$ Change | 1,2 | 5 | | ns |
| $t_{WHGL}$ | Write Recovery Time Before Read | 2 | 6 | | us |

**Notes:**
1. Whichever occurs first.
2. Rise/Fall time ≤ 10ns.

SAMAMD0325691

Figure 10. AC Waveforms for Read Operations

**AC CHARACTERISTICS — For Write/Erase Operations**

| Symbol | Characteristic | Notes | Min | Max | Unit |
|---|---|---|---|---|---|
| $t_{AVAV}/t_{WC}$ | Write Cycle Time | 1,2 | 250 | | ns |
| $t_{AVWL}/t_{AS}$ | Address Set-up Time | 1,2 | 0 | | ns |
| $t_{WLAX}/t_{AH}$ | Address Hold Time | 1,2 | 100 | | ns |
| $t_{DVWH}/t_{DS}$ | Data Set-up Time | 1,2 | 80 | | ns |
| $t_{WHDX}/t_{DH}$ | Data Hold Time | 1,2 | 30 | | ns |
| $t_{WHGL}$ | Write Recovery Time Before Read | 1,2 | 6 | | us |
| $t_{GHWL}$ | Read Recovery Time Before Write | 1,2 | 0 | | us |
| $t_{WLOZ}$ | Output High-Z from Write Enable | 1,2 | 5 | | ns |
| $t_{WHOX}$ | Output Low-Z from Write Enable | 1,2 | | 60 | ns |
| $t_{ELWL}/t_{CS}$ | Chip Enable Set-up Time Before Write | 1,2 | 40 | | ns |
| $t_{WHEH}/t_{CH}$ | Chip Enable Hold Time | 1,2 | 0 | | ns |
| $t_{WLWH}/t_{WP}$ | Write Pulse Width | 1,2 | 100 | | ns |
| $t_{WHWL}/t_{WPH}$ | Write Pulse Width High | 1,2 | 20 | | ns |
| $t_{WHWH1}$ | Duration of Write Operation | 1,2,3 | 10 | | us |
| $t_{WHWH2}$ | Duration of Erase Operation | 1,2,3 | 9.5 | | ms |
| $t_{VPEL}$ | $V_{PP}$ Set-up Time to Chip Enable Low | 1,2 | 100 | | ns |

**Notes:**

1. Read timing parameters during read/write operations are the same as during read-only operations. Refer to AC Characteristics for Read-Only Operations.
2. Rise/Fall time ≤ 10ns.
3. The integrated stop timer terminates the write/erase operations, thereby eliminating the need for a maximum specification.

## ERASE/WRITE PERFORMANCE

| Parameter | Notes | Min | Typ | Max | Unit |
|---|---|---|---|---|---|
| Zone Erase Time | 1,3,4 | | 1.0 | 10 | sec |
| Zone Write Time | 1,2,4 | | 2.0 | 12.5 | sec |
| MTBF | 5 | | $10^6$ | | Hrs |

**Notes:**

1. 25° C, 12.0V $V_{PP}$.
2. Minimum byte writing time excluding system overhead is 16 usec (10 usec program + 6 usec write recovery), while maximum is 400 usec/byte (16 usec x 25 loops allowed by algorithm). Max chip write time is specified lower than the worst case allowed by the write algorithm since most bytes write significantly faster than the worst case byte.
3. Excludes 00H writing Prior to Erasure.
4. One zone equals 128K Bytes.
5. MTBF = Mean Time Between Failure, 50% failure point for disk drives.

SAMAMD0325692



Figure 11. AC Waveforms for Write Operations

Figure 12. AC Waveforms for Erase Operations

SAMAMD0325693

## ALTERNATIVE $\overline{CE}$-CONTROLLED WRITES

| Symbol | Characteristic | Notes | Min | Max | Unit |
|---|---|---|---|---|---|
| $t_{AVAV}$ | Write Cycle Time | | 250 | | ns |
| $t_{AVEL}$ | Address Set-up Time | | 0 | | ns |
| $t_{ELAX}$ | Address Hold Time | | 100 | | ns |
| $t_{DVEH}$ | Data Set-up Time | | 80 | | ns |
| $t_{EHDX}$ | Data Hold Time | | 30 | | ns |
| $t_{EHGL}$ | Write Recovery Time Before Read | | 6 | | us |
| $t_{GHEL}$ | Read Recovery Time Before Write | | 0 | | us |
| $t_{WLEL}$ | Write Enable Set-Up Time before Chip-Enable | | 0 | | ns |
| $t_{EHWH}$ | Write Enable Hold Time | | 0 | | ns |
| $t_{ELEH}$ | Write Pulse Width | 1 | 100 | | ns |
| $t_{EHEL}$ | Write Pulse Width High | | 20 | | ns |
| $t_{PEL}$ | $V_{PP}$ Set-Up Time to Chip-Enable Low | | 100 | | ns |

**Notes:**

1. Chip Enable Controlled Writes: Write operations are driven by the valid combination of Chip Enable and Write Enable. In systems where Chip Enable defines the write pulse width (with a longer Write Enable timing waveform) all set-up, hold and inactive Write Enable times should be measured relative to the Chip Enable waveform.








Figure 13. Alternate AC Waveforms for Write Operations



SAMAMD0325694

## ORDERING INFORMATION

| i | M | C | 0 | 0 | 1 | F | L | K | A | - | 2 | 5 | 0 | , | S | B | X | X | X | X | X |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

CUSTOMER IDENTIFIER
ACCESS SPEED (ns)
A = REVISION
K = WORD-WIDE ARCHITECTURE
FL = FLASH
001 = 1 MEGABYTE DENSITY IN MEGABYTES
MC = MEMORY CARD
I = INTEL

## ADDITIONAL INFORMATION

| | Order Number |
|---|---|
| ER-20, "ETOX II Flash Memory Technology" | 294005 |
| RR-60, "ETOX II Flash Memory Reliability Data Summary" | 293002 |
| AP-343, "Solutions for High Density Applications using Flash Memory" | 292079 |

intel®

# DOMESTIC SALES OFFICES

**ALABAMA**

†Intel Corp.
5015 Bradford Dr., #2
Huntsville 35805
Tel: (205) 830-4010
FAX: (205) 837-2640

**ARIZONA**

†Intel Corp.
410 North 44th Street
Suite 500
Phoenix 85008
Tel: (602) 231-0386
FAX: (602) 244-0446

Intel Corp.
7225 N. Mona Lisa Rd.
Suite 215
Tucson 85741
Tel: (602) 544-0227
FAX: (602) 544-0232

**CALIFORNIA**

†Intel Corp.
21515 Vanowen Street
Suite 116
Canoga Park 91303
Tel: (818) 704-8500
FAX: (818) 340-1144

†Intel Corp.
2250 E. Imperial Highway
Suite 218
El Segundo 90245
Tel: (213) 640-6040
FAX: (213) 640-7133

Intel Corp.
1 Sierra Gate Plaza
Suite 280C
Roseville 95678
Tel: (916) 782-8086
FAX: (916) 782-8153

†Intel Corp.
9665 Chesapeake Dr.
Suite 325
San Diego 92123
Tel: (619) 292-8086
FAX: (619) 292-0628

†Intel Corp.*
400 N. Tustin Avenue
Suite 450
Santa Ana 92705
Tel: (714) 835-9642
TWX: 910-595-1114
FAX: (714) 541-9157

†Intel Corp.*
San Tomas 4
2700 San Tomas Expressway
2nd Floor
Santa Clara 95051
Tel: (408) 986-8086
TWX: 910-338-0255
FAX: (408) 727-2620

**COLORADO**

Intel Corp.
4445 Northpark Drive
Suite 100
Colorado Springs 80907
Tel: (719) 594-6622
FAX: (303) 594-0720

†Intel Corp.*
650 S. Cherry St.
Suite 915
Denver 80222
Tel: (303) 321-8086
TWX: 910-931-2289
FAX: (303) 322-8670

**CONNECTICUT**

Intel Corp.
301 Lee Farm Corporate Park
83 Wooster Heights Rd.
Danbury 06810
Tel: (203) 748-3130
FAX: (203) 794-0339

**FLORIDA**

†Intel Corp.
800 Fairway Drive
Suite 160
Deerfield Beach 33441
Tel: (305) 421-0506
FAX: (305) 421-2444

†Intel Corp.
5850 T.G. Lee Blvd.
Suite 340
Orlando 32822
Tel: (407) 240-8000
FAX: (407) 240-8097

Intel Corp.
11300 4th Street North
Suite 170
St. Petersburg 33716
Tel: (813) 577-2413
FAX: (813) 578-1607

**GEORGIA**

†Intel Corp.
20 Technology Parkway
Suite 150
Norcross 30092
Tel: (404) 449-0541
FAX: (404) 605-9762

**ILLINOIS**

†Intel Corp.*
Woodfield Corp. Center III
300 N. Martingale Road
Suite 400
Schaumburg 60173
Tel: (708) 605-8031
FAX: (708) 706-9762

**INDIANA**

Intel Corp.
8910 Purdue Road
Suite 350
Indianapolis 46268
Tel: (317) 875-0623
FAX: (317) 875-8938

**IOWA**

Intel Corp.
1930 St. Andrews Drive N.E.
2nd Floor
Cedar Rapids 52402
Tel: (319) 393-5510

**KANSAS**

†Intel Corp.
10985 Cody St.
Suite 140
Overland Park 66210
Tel: (913) 345-2727
FAX: (913) 345-2076

**MARYLAND**

†Intel Corp.*
10010 Junction Dr.
Suite 200
Annapolis Junction 20701
Tel: (301) 206-2860
FAX: (301) 206-3677
(301) 206-3678

**MASSACHUSETTS**

†Intel Corp.*
Westford Corp. Center
3 Carlisle Road
2nd Floor
Westford 01886
Tel: (508) 692-0960
TWX: 710 343-6333
FAX: (508) 692-7867

**MICHIGAN**

†Intel Corp.
7071 Orchard Lake Road
Suite 100
West Bloomfield 48322
Tel: (313) 851-8096
FAX: (313) 851-8770

**MINNESOTA**

†Intel Corp.
3500 W. 80th St.
Suite 360
Bloomington 55431
Tel: (612) 835-6722
TWX: 910-576-2867
FAX: (612) 831-6497

**MISSOURI**

†Intel Corp.
4203 Earth City Expressway
Suite 131
Earth City 63045
Tel: (314) 291-1990
FAX: (314) 291-4341

**NEW JERSEY**

†Intel Corp.*
Parkway 109 Office Center
328 Newman Springs Road
Red Bank 07701
Tel: (201) 747-2233
FAX: (201) 747-0983

Intel Corp.
280 Corporate Center
75 Livingston Avenue
First Floor
Roseland 07068
Tel: (201) 740-0111
FAX: (201) 740-0626

**NEW YORK**

Intel Corp.*
850 Crosskeys Office Park
Fairport 14450
Tel: (716) 425-2750
TWX: 510-253-7391
FAX: (716) 223-2561

†Intel Corp.*
2950 Express Dr., South
Suite 130
Islandia 11722
Tel: (516) 231-3300
TWX: 510-227-6236
FAX: (516) 348-7939

†Intel Corp.
Westage Business Center
Bldg. 300, Route 9
Fishkill 12524
Tel: (914) 897-3860
FAX: (914) 897-3125

**NORTH CAROLINA**

†Intel Corp.
5800 Executive Center Dr.
Suite 105
Charlotte 28212
Tel: (704) 568-8966
FAX: (704) 535-2236

†Intel Corp.
5540 Centerview Dr.
Suite 215
Raleigh 27606
Tel: (919) 851-9537
FAX: (919) 851-8974

**OHIO**

†Intel Corp.*
3401 Park Center Drive
Suite 220
Dayton 45414
Tel: (513) 890-5350
TWX: 810-450-2528
FAX: (513) 890-8658

†Intel Corp.*
25700 Science Park Dr.
Suite 100
Beachwood 44122
Tel: (216) 464-2736
TWX: 810-427-9298
FAX: (804) 282-0673

**OKLAHOMA**

Intel Corp.
6801 N. Broadway
Suite 115
Oklahoma City 73162
Tel: (405) 848-8086
FAX: (405) 840-9819

**OREGON**

†Intel Corp.
15254 N.W. Greenbrier Parkway
Building B
Beaverton 97005
Tel: (503) 645-8051
TWX: 910-467-8741
FAX: (503) 645-8181

**PENNSYLVANIA**

†Intel Corp.*
925 Harvest Drive
Suite 200
Blue Bell 19422
Tel: (215) 641-1000
FAX: (215) 641-0785

†Intel Corp.*
400 Penn Center Blvd.
Suite 610
Pittsburgh 15235
Tel: (412) 823-4970
FAX: (412) 829-7578

**PUERTO RICO**

†Intel Corp.
South Industrial Park
P.O. Box 910
Las Piedras 00671
Tel: (809) 733-8616

**TEXAS**

Intel Corp.
8911 Capital of Texas Hwy.
Austin 78759
Tel: (512) 794-8086
FAX: (512) 338-9335

†Intel Corp.*
12000 Ford Road
Suite 400
Dallas 75248
Tel: (214) 241-8087
FAX: (214) 484-1180

†Intel Corp.*
7322 S.W. Freeway
Suite 1490
Houston 77074
Tel: (713) 988-8086
TWX: 910-881-2490
FAX: (713) 988-3660

**UTAH**

†Intel Corp.
428 East 6400 South
Suite 104
Murray 84107
Tel: (801) 263-8051
FAX: (801) 268-1457

**VIRGINIA**

†Intel Corp.
1504 Santa Rosa Road
Suite 108
Richmond 23288
Tel: (804) 282-5668
FAX: (216) 464-2270

**WASHINGTON**

†Intel Corp.
155 108th Avenue N.E.
Suite 386
Bellevue 98004
Tel: (206) 453-8086
TWX: 910-443-3002
FAX: (206) 451-9556

Intel Corp.
408 N. Mullan Road
Suite 102
Spokane 99206
Tel: (509) 928-8086
FAX: (509) 928-9467

**WISCONSIN**

Intel Corp.
330 S. Executive Dr.
Suite 102
Brookfield 53005
Tel: (414) 784-8087
FAX: (414) 796-2115

## CANADA

**BRITISH COLUMBIA**

Intel Semiconductor of Canada, Ltd.
4585 Canada Way
Suite 202
Burnaby V5G 4L6
Tel: (604) 298-0387
FAX: (604) 298-8234

**ONTARIO**

†Intel Semiconductor of Canada, Ltd.
2650 Queensview Drive
Suite 250
Ottawa K2B 8H6
Tel: (613) 829-9714
FAX: (613) 820-5936

†Intel Semiconductor of Canada, Ltd.
190 Attwell Drive
Suite 500
Rexdale M9W 6H8
Tel: (416) 675-2105
FAX: (416) 675-2438

**QUEBEC**

†Intel Semiconductor of Canada, Ltd.
1 Rue Holiday
Suite 115
Tour East
Pt. Claire H9R 5N3
Tel: (514) 694-9130
FAX: 514-694-0064

†Sales and Service Office
*Field Application Location

CG/SALE/061090

SAMAMD0325695