# EXHIBIT F



SAMAMD0325665