ROBERT T. HASLAM (Bar No. 71134)
RHaslam@cov.com
MICHAEL K. PLIMACK (Bar No. 133869)
MPlimack@cov.com
CHRISTINE SAUNDERS HASKETT (Bar No. 188053)
CHaskett@cov.com
COVINGTON & BURLING LLP
1 Front Street, 35th Floor
San Francisco, California 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

ALAN H. BLANKENHEIMER (Bar No. 218713)
ABlankenheimer@cov.com
LAURA E. MUSCHAMP (Bar No. 228717)
LMuschamp@cov.com
JO DALE CAROTHERS (Bar No. 228703)
JCarothers@cov.com
COVINGTON & BURLING LLP
9191 Towne Centre Drive, 6th Floor
San Diego, California 92122
Telephone: (858) 678-1800
Facsimile: (850) 678-1600

Attorneys for Defendants and Counterclaimants
SAMSUNG ELECTRONICS CO., LTD., et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., <br><br> Plaintiffs and Counterdefendants, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendants and Counterclaimants. | Case No. 3:08-CV-0986-SI <br><br> **DECLARATION OF WILLIAM M. GOSNEY IN SUPPORT OF SAMSUNG'S RESPONSIVE CLAIM CONSTRUCTION BRIEF** |

Dockets.Justia.com

I, William M. Gosney declare as follows:

1.    I have been retained as an expert in this case by the Defendant-Counterclaimant Samsung entities ("Samsung").  No part of my compensation is dependent upon the particular outcome of this case or any issue in it.

2.    I submit this Declaration in support of Samsung's responsive claim construction brief.

3.    I am over eighteen years of age and I am competent to testify as to the matters set forth herein if I am called upon to do so.  If called as a witness, I could and would competently testify about the facts and opinions set forth herein.

4.    In making the statements in this declaration, I rely on my personal knowledge, education, and professional experience.  Attached as Exhibit A is a true and correct copy of my curriculum vitae summarizing my education and professional qualifications.

### The '893 Patent

5.    The '893 patent relates to a modification to the structure of a MOSFET (metal-oxide-silicon field effect transistor).  A conventional MOSFET has a planar structure with four terminals:  source, drain, gate, and substrate.  These regions are illustrated in Figure 6 of the '893 patent (reproduced below).



---

6.     The source and drain regions are created by diffusing or implanting ions into the silicon material that forms the bulk of the transistor. The gate comprises an insulating gate oxide formed on the silicon substrate between the source and drain and a gate electrode placed on the gate oxide. In early MOSFET devices, the source and drain regions were created before the formation of the gate. This resulted in manufacturing difficulties in aligning the gate to be flush with the source and drain regions. Starting in the 1970s, these manufacturing steps were reversed. First, the gate was formed on the silicon surface. Next, the ions creating the source and drain regions were introduced over the length of the silicon, including over the gate, which blocked the ions from entering the silicon under the gate. This reversal of source/drain creation and gate formation resulted in source and drain regions flush with the gate, and because the gate was not required to be manually aligned between the source and drain, the source/drain regions were considered to be *self-aligned* to the gate.



**FIG. 9**
**PRIOR ART**

7.     Application at the gate electrode (in Fig. 9 above, $V_G$) of a voltage sufficiently large in magnitude (such that the gate-to-source voltage exceeds the *threshold voltage*) results in a MOSFET being turned "on" by the creation of a *channel* of charge carriers at the surface of the silicon beneath the gate. Current flows between the source and the drain when a voltage is applied at the drain electrode (in the figure, $V_D$). When the drain voltage rises to a sufficiently large magnitude (the magnitude of the gate voltage minus the threshold voltage), the channel *pinches-off*,

3

meaning it terminates before it reaches the drain. This pinch-off phenomenon results in a region under the gate without a channel, indicated by the labels Lg1 and "channel-free length" in Figure 9 of the patent (reproduced above). Charge carriers from the channel continue to flow through this channel-free region. The flow of charge carriers is known as *current*.

8. The '893 patent discusses a modification to the structure of the conventional MOSFET. The patent asserts that it is desirable to increase the effective length of the channel, so rather than a planar top silicon surface, the '893 patent purports to introduce a curved surface under the gate around which the channel will be formed. *See* '893 patent at 2:38-41, 2:67-3:2; *see id.* at Figure 4 (reproduced below). Such a structure allegedly increases the channel-free region (denoted Lg2 in the figure) and reduces some of the negative effects caused by a short channel. *Id.* at 4:3-8, 4:13-37.



**FIG. 4**

### Comments On Declaration Of Jack Lee, Ph.D. In Support Of Plaintiffs' Opening Claim Construction Brief

9. In paragraph 11, Dr. Lee states, "Doping refers to the process of treating part of the chip with various chemicals." To be more specific, dopants in silicon are atoms from the third or fifth columns of the periodic table of elements. Dopant atoms can be introduced into the substrate silicon either by high-temperature diffusion or by ion implantation. Heat treatment after implantation causes the implanted dopant atoms to substitute for some of the silicon atoms in the crystalline lattice. Dopant atoms from the fifth column of the periodic table (such as phosphorus or

4

arsenic) have an extra electron that is weakly bonded. At normal temperatures, the weakly-bonded electrons are mobile and contribute to conductivity. Likewise, dopant atoms from the third column (such as boron) have a missing electron. Again, at normal temperatures, this missing electron behaves like a positive carrier (a hole) and contributes to conductivity. By itself, the silicon lattice is not very conductive at normal temperatures, but by adding the dopant atoms, one is able to produce conductive regions to control both the conductivity of the regions and the type of conductivity of the regions (p-type or n-type).

10.     In any region of a semiconductor such as silicon, there are four possible kinds of charge: positive holes, negative electrons, positively-charged ionized donor atoms, and negatively-charged ionized acceptor atoms. At normal temperatures, the donor and acceptor atoms are not mobile, but the holes and electrons are mobile and can easily move around. In a p-type region, the number of holes is approximately equal to the number of acceptor atoms, and in an n-type region, the number of electrons is approximately equal to the number of donor atoms. At the metallurgical boundary between the n- and p-type regions, the concentration gradient of holes and electrons is large, so electrons near the boundary diffuse from a region of high concentration (the n-type region) to the region of low concentration (the p-type region). Likewise, holes near the boundary diffuse from a region of high concentration (the p-type region) to the region of low concentration (the n-type region). This leaves two layers of uncompensated charge: the positive ionized donors on n-type side and the negative ionized acceptors on the p-type side. These charged layers are the depletion layers, which produce an electrostatic field that counterbalances the diffusion of carriers, keeping electrons on the n-type side and holes on the p-type side.

11.     By convention, current flow is in the direction of positive charge carriers and opposite to the direction of negative charge carriers. Thus, in p-channel devices (such as those shown in the '893 patent), the direction of hole flow and source-drain current flow is from source to drain. In n-channel devices, on the other hand, although the charge-carrying electrons flow from source to drain, the current flow is from drain to source.

12.     Fig. 9 of the patent shows a p-channel MOSFET with operating voltage applied to the drain, gate, source, and substrate terminals. The source is at ground (or reference voltage), the

5

substrate is at ground or at some more positive voltage, the gate is at some negative voltage (at a magnitude greater than the device threshold voltage), and the drain is at some negative voltage. At the source end of the device, the electric field from the channel to the gate (caused by the negative voltage applied to the gate) repels electrons under the gate in the channel region, causing the depletion zone 20 and also causing the highly-conductive, positively-charged p-type channel 13. The gate-to-source voltage is the summation of the electric field developed between the gate and source electrodes over the thickness of the gate oxide insulating film 22. On the source side of the transistor, this electric field can be represented by an upward-pointing arrow (pointing from relatively positive to relatively negative). The drain to source voltage is the summation of the horizontal electric field over the distance between the source and drain electrodes. This magnitude of this horizontal electric field changes with position within the region between the source and drain regions, but it could be represented by a rightward-pointing arrow (pointing from relatively positive to relatively negative).

13. In Fig. 9, as one traverses the distance between the source 29 and the drain 5 along the boundary between the gate oxide insulating film 22 and the depletion zone 20, the voltage varies between the source voltage (0) and the drain voltage $V_D$. If the transistor is in "pinch-off" as shown in Fig. 9, then the drain voltage may be more negative than the gate voltage.

14. The channel 13 in Fig. 9, is represented by a triangular region that is the thickest at the source end, and has zero thickness near the edge of the channel-free region. At any point along the channel, the thickness of the depicted channel 13 represents the number of charge carriers (holes) in the channel at that point of the channel. The number of charge carriers at any point in the channel depends on the voltage difference between the gate voltage and the voltage of the channel at that point. Thus, as the voltage changes from zero to the negative voltage on the drain as one traverses the channel between the source and the drain, the voltage difference becomes smaller, and therefore the number of carriers in the channel at that point becomes less. As one approaches the drain from the source, there will be a point at which the electric field from the gate will be too small to produce a channel. From that point on to the drain is the channel-free region/zone, through which current continues to flow between the channel and the drain. If the magnitude of the drain

6

voltage is larger than the magnitude of the gate voltage, the vertical electric field in the gate oxide insulating film 22 will reverse and, instead of holding the charge carriers next to the surface, the vertical electric field from the gate will push the carriers away from surface. The horizontal electric field from the drain, however, will still attract the carriers to the drain, causing the current that flows in the channel-free region/zone.

15. I disagree with Dr. Lee's assertions in paragraphs 20 and 21 of his declaration that "channel-free region" and "channel-free zone" mean simply "areas where there is no channel." Such a definition is too broad and vague, and it does not fit the context of the patent. The proper construction of the terms "channel-free region" and "channel-free zone" is an "area without a channel and through which current flows between the channel and the drain." This definition fits the channel-free region/zone to the zone next to the channel in the MOSFET that does not have a channel, but which is still conducting the channel current. It eliminates the portions of the transistor that technically meet Dr. Lee's definition but that fall outside the thrust of the '893 patent, such as regions over the source/drain diffusions and field regions between transistors. Such regions are "areas where there is no channel," but they are not the focus of the '893 patent, and there is no support in the patent for including such regions in the definition of channel-free region/zone. Thus, I disagree with Dr. Lee that simply "being without a channel" is the same as "channel free" in the context of regions the '893 patent.

16. I disagree with Dr. Lee's contention in paragraph 22 of his declaration that Samsung's construction improperly limits the scope of the claims. Samsung's construction properly limits the scope of the claims. The patent and the file history demonstrate that "channel-free region" and "channel-free zone" refer to what Dr. Lee called the "pinch-off region," pointed to by Lg2 and Lg1 in Figures 4 and 9 of the patent. Figure 9 even labels Lg1 the "channel-free length." When amending the claims to recite "channel-free region," the patentee inserted "(Lg2)" immediately thereafter. Haskett Decl.[1] Ex. 17 (7/7/92 Amendment at 3). And in remarks to the

---

[1] "Haskett Decl." refers to the Declaration Of Christine Saunders Haskett In Support Of Samsung's Responsive Claim Construction Brief.

Patent Office, the patentee stated: "Referring to Fig. 9 . . . , it is seen that a *'channel-free' zone (which is the region labeled Lg1)* develops . . . ." *Id.* at Ex. 19 (11/10/92 Amendment at 10) (emphasis added). "Fig. 4 shows a . . . *'channel-free' zone Lg2.*" *Id.* at 11 (emphasis added). Based at least on this intrinsic evidence (the patent and its file history), I agree with Samsung's construction of "channel-free region" and "channel-free zone," and I disagree with that of AMD and Dr. Lee.

17.     In paragraph 23 of his declaration, Dr. Lee states, "Nothing in the intrinsic record undermines or disclaims this plain claim language" that channel-free zone "references the area between the source and drain that does not conduct current when the transistor is turned off." I disagree. As mentioned in the previous paragraph, the intrinsic record is clear that the term actually refers to what Dr. Lee calls the "pinch-off region."

18.     Although I have addressed some of Dr. Lee's statements above, my decision not to address other statements should not be interpreted to mean I agree with those other statements. Further, I may have other disagreements (not stated here) with Dr. Lee's statements (whether or not addressed above).

19.     The physics of MOSFETs was understood many years before the early 1990s, when the application leading to the '893 patent was filed. Thus, the technical descriptions here and in the extrinsic evidence cited by Samsung in its brief would have been known to one of skill in the art at the time the application was filed.


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 30 $^{TH}$ day of March, 2009 at Dallas, Texas.

By William M. Gosney

William M. Gosney

8

# EXHIBIT A

# William M. Gosney, Jr.

## Expertise

- Silicon devices
- Silicon integrated circuit process technology
- Integrated circuits

- Semiconductor memory chips
- Circuits

## Professional Summary

## Employment History

From: 06/1986    **Southern Methodist University**
To:    Present    Dallas, TX
     Position: *Cecil and Ida Green Professor of Electrical Engineering*

My most recent teaching achievement is a very successful laboratory course in electronic technology for non-engineering students. This course, EE-1301, has been attended by nearly 300 students per semester for the last five years. In addition, I am the graduate advisor to a number of MS and PhD students. Before EE-1301, I taught graduate and undergraduate courses in electronic devices and circuits, VLSI technology, and semiconductor integrated circuit technology.

My consulting activities include serving as an expert witness in the fields of integrated circuit and transistor technology, and in areas dealing with electrical and electronic product design and electrical safety—topics that are part of EE-1301, which relate to my overall engineering experience.

My research interests include 1) applications of the scanning tunneling microscope for nanostructure fabrication and metrology in integrated circuits; and 2) applications of VLSI circuits for monitoring and stimulating living neurons. I have received two State of Texas Advanced Technology Program grants in the STM field to build an STM and utilize it for semiconductor process metrology. I have held grants from the National Science Foundation and the W. W. Caruth Foundation for the neural electronics program.

From: 1977    **Mostek Corporation**

To:     1986

Position:    *1984-1986: Director, Process R&D*

I directed 40-50 professionals developing advanced silicon process technology, including double-level metal, 1.5 µm NMOS technology, 1.2 µm CMOS technology, and 1.0 µm CMOS technology.

Selected publications based on process technology development work performed by the R&D Department under my direction include:

"A Manufacturable 1.2 Micron Double-Poly, Double-Level Metal CMOS Process for a One Megabit DRAM", T. Harrington, M. Bayless, B. Waller, and T. Chan; presented at the 1984 IEEE International Electron Devices Meeting, abstract p. 75.

"A 1Mb CMOS DRAM with a Divided Bitline Matrix Architecture," R. Taylor and M. Johnson, presented at the 1985 IEEE International Solid-State Circuits Conference, abstract p. 242. Also published in the *IEEE Journal of Solid-State Circuits*, *SC-20*, 894 (1985).

"A Word-Wide 1Mb ROM with Error Correction," H. L. Davis, presented at the 1985 IEEE ISSCC, abstract p. 40. Also published in the *IEEE Journal of Solid-State Circuits*, *SC-20*, 958 (1985).

*1979-1984: Manager, Advanced Technology Group, R&D Department* .

I directed a group of seven or eight engineers developing new semiconductor processes. Group contributions included the $D^2$ process used on 64K DRAMs, and the $LD^3$ process used on the 1M DRAM.

Selected publications based on work done in the Advanced Technology Group under my direction include[*]:

"A 59ns 256K DRAM using $LD^3$ Technology and Double-Level Metal"; R. A. Kertis, K. J. Fitzpatrick, and Y. P. Han; presented at the 1984 IEEE International Solid-State Circuits Conference, abstract p. 96.

"An Optimized 0.5 Micron LDD Transistor"; S. Rathnam, H. Baharamian, and D. Laurent; presented at the IEEE International Electron Device Meeting, abstract p. 237.

"An Automated Methodology for Generating Self-Consistent Layout Rules for VLSI Designs"; M. Bayless, B. Waller, B. Devaney, and D. Laurent; presented at the 1983 IEEE International Electron Device Meeting, abstract p. 250.

"Ultra-Thin Gate Oxide Characteristics and MOS/VLSI Scaling Implications"; Y. P. Han, J. Mize, T. Mozden, T. O'Keffe, J. Pinto, and R. Worley; presented at the 1982 IEEE International Electron Devices Meeting, abstract p. 98.

"High-Density 5 Volt-only Compatible Non-volatile RAM Cell"; D. Guterman, presented at the 1982 IEEE International Electron Device Meeting, abstract p. 728.

*As Lab Director, it was my policy not to include the entire management organization as the authors on each report, paper, or presentation unless that person was a major technical contributor to that program.

*1977-1979: Senior Staff Engineer, R&D Group*

I was responsible for debugging circuit design and process problems on the MK2716 EPROM and the MK4116 and MK4564 DRAMs.

From: 1969   **Texas Instruments**
To:   1977
      Position:  *Member of the Technical Staff, Semiconductor R&D Lab*
      I was an individual contributor on a number of product technology programs including the 4K DRAM (1974), CCD's, non-volatile memories (DIFMOS), and NMOS and CMOS process development. DIFMOS was one of the first commercial EEPROM devices. The following paper documents the use of DIFMOS after I left TI:

      Hiro Asahi, John D. Bryant, Masa Harada, Ei. Iwamoto, Ken Kato, Nori Kitagawa and Yoshi Yasue; "A Single Chip Station Memory System With DIFMOS Non-Volatile Memory"; IEEE *Transactions on Consumer Electronics*, CE-27, 260 (1981).

## Patents

| Patent Number | Date Issued | Title |
|---|---|---|
| 5,658,728 | | Templates For Nucleic Acid Molecules |
| 4,445,266 | | MOSFET Fabrication Process for Reducing Overlap Capacitance and Lowering Interconnect Impedance |
| 4,331,968 | | Three Layer Floating-Gate Memory Transistor with Erase Gate Over Field Oxide Region. |

| 4,060,737 | Charge Coupled Device Shift Registers Having An Improved Regenerative Charge Detector |
|---|---|
| 4,037,242 | Dual Injector, Floating Gate MOS Electrically Alterable, Non-Volatile Semiconductor Memory Device |
| 4,025,801 | Regenerative MOS Transistor Charge Detectors for Charge Coupled Device Shift Registers in a Multiplexing System |
| 3,979,603 | Regenerative Charge Detector for Charged Coupled Devices |
| 3,889,245 | Metal-Insulator-Semiconductor Compatible Charge Transfer Device Memory System |
| 3,882,469 | Non-Volatile Variable Threshold Memory Cell |
| 3,881,180 | Non-Volatile Memory Cell |
| 3,852,119 | Metal-Insulator-Semiconductor Structures Having Reduced Junction Capacitance and Method of Fabrication |
| 3,819,958 | Charge Transfer Device Analog Matched Filter |
| 3,724,065 | Fabrication of an Insulated Gate Field Effect Transistor Device |
| 3,673,679 | Complementary Insulated Gate Field Effect Devices |

# Education

| Year | College/University | Degree |
|---|---|---|
| 1970 | University of California at Berkeley | Ph.D., Electrical Engineering |
| 1966 | University of California at Berkeley | M.S., Electrical Engineering |
| 1964 | North Carolina State University | B.S., Electrical Engineering (with High Honors), |

# Publications & Presentations

"A Pipelined Current-Mode Analog-to-Digital Converter", Haydar Bilhan and W. Milton Gosney, Proceedings of the 13th Biennial University/Government/Industry Microelectronics Symposium, June 1999.

"A 13-Bit 20-Ms/s Current-Mode Pipelined Analog-to-Digital Converter," Haydar Bilhan and W. Milton Gosney, 42nd Midwest Symposium on Circuits and Systems, August 1999.

"Description and demonstration of a CMOS amplifier-based-system with measurement and stimulation capability for bioelectrical signal transduction," Joseph J. Pancrazio, Paul P. Bey, Jr., Arash Loloee, SubbaRao Manne, Hui-Chuan Chao, Lorn L. Howard, W. Milton Gosney, David A. Borkholder, Gregory T. A. Kovacs, Patricia Manos, David S. Cuttino, and David A. Stenger, *Biosensors and Bioelectronics*, Vol. 13, p. 971, 1998.

"A Numerical Analysis of the Storage Times of Dynamic Random-Access Memory Cells Incorporating Ultrathin Dielectrics," Alex Y. Romanenko and W. Milton Gosney; IEEE *Transactions on Electron Devices*, Vol. 45, p. 218, 1998.

"A Programmable-Gain VLSI Circuit for Sensing and Stimulating Action Potentials of Neuronal Networks," presented at the 15th Southern Biomedical Engineering Conference, University of Dayton, Dayton, Ohio, March 1996. A. Loloee, W. M. Gosney and L. L. Howard.

"Laptop-Computer Control of a System For Multielectrode Neuronal Signal Sensing and Stimulation," presented at the National Institutes of Health Neural Prosthesis Worshop, Bethesda, MD, October 1995; L. L. Howard, W. M. Gosney, A. Loloee, and J. L. Adams.

"Multielectrode Signal Sensing and Stimulation for Cultured or In Vivo Neuronal Networks," presented at the National Institutes of Health Neural Prosthesis Workshop, Bethesda, MD, October 1994. L. L. Howard, W. M. Gosney, S. V. Manne, and J. L. Adams.

"A VLSI Circuit and System For Sensing and Stimulating Action Potentials of Cultured Neurons," L. L. Howard, S. V. Manne, W. M. Gosney, and J. L. Adams, presented at the Thirteenth Southern Biomedical Engineering Conference, Washington, DC, April 1994.

"Some Characteristics of a System for Multielectrode Neuronal Network Signal Sensing and Stimulation," L. L. Howard, W. M. Gosney, S. V. Manne and J. L. Adams, presented at the National Institutes of Health Workshop, Bethesda, MD, October 1993.

"Computer Control of Signal Sensing and Stimulation for Cultured or *In Vivo* Neuronal Networks", W. M. Gosney, S. V. Manne, L. L. Howard, and J. L. Adams, poster presentation at the 15th Annual International Conference of the IEEE Engineering in Medicine and Biology Society, San Diego, California, October 1993.

"An Algorithm and Its Implementation For Neural Spike-Burst-Pattern Recognition"; J. Tai, W. M. Gosney, L. L. Howard, and G. W. Gross; presented at the 1992 ASME Conference on Artificial Neural Networks in Engineering; University of Missouri--Rolla; Rolla, Missouri; November 1992.

"Computer Control of Multielectrode Neuronal Network Signal Sensing and Stimulation"; L. L. Howard, W. M. Gosney, S. V. Manne, and J. L. Adams; presented at the National Institutes of Health Neural Prothesis Workshop; Bethesda, Maryland; October, 1992.

"Real-Time Neural Pulse-Pattern Feature Extraction and Recognition"; Jy-Der Tai, W. M. Gosney, L. L. Howard, and G. W. Gross; presented at the 35th Midwest Symposium on Circuits and Systems, George Washington University, St. Louis, Missouri; August 1992.

"A Sublithographic Antifuse Structure for Field-Programmable Gate Array Applications", K. -L. Chen, D. K. Y. Liu, G. Misium, W. M. Gosney, S. -J. Wang, J. Camp, and H. Tigelaar, *IEEE Electron Device Letters*, Vol. 13, p. 53-55, 1992.

"Scanning Tunneling Spectroscopy Determination of Barrier Potentials in Air or Moderate Vacuum"; G. C. Wetsel, Jr., Z. M. Liu, T. L. Weng, S. E. McBride, and W. M. Gosney, *16th Review of Progress in Quantitative Non-Destructive Evaluation*, Vol. 9, p.1177-1183, 1990.

"Effects of Environmental Gases on Tunneling Spectroscopy of Metal Films", G. C. Wetsel, Z. M. Liu, T. L. Weng, W. M. Gosney, and R. J.Warmack; *High Resolution Microscopy of Materials*, Vol. 139, p. 303-307, 1989.

"A Sixteen-Channel CMOS Analog Preamplifier Chip for Monitoring (and Stimulating) Action Potentials of Cultured Neurons"; P. Vithalani, M. Abuzaid, L. Howard and W. M. Gosney, presented at the Eighth Southern Biomedical Conference, Richmond, VA, October 1989.

"Applications of Semiconductor Technology to Fabricate Miniature Multielectrode Plate Assemblies for Use in the Electrical Characterization of Cultured Living Neurons"; S. Desai, P. Vithalani, M. Abuzaid, L. Howard and W. M. Gosney, presented at the Eighth Annual Symposium on Electronic Materials, Processing and Characterization, Dallas, TX, June 1989.

"VLSI Electronics in Multi-Electrode Neurophysiology"; S. Desai, P. Vithalani, M. Abuzaid, L. Howard and W. M. Gosney, presented at the Fourth Annual Symposium on Networks in Brain and Computer Architecture, Univ. of Texas, Dallas, TX, October 1988.

"Triple Level Polysilicon E$^2$PROM with Single Transistor Per Bit"; J. Kupec, V. McKenny, W. M. Gosney, and V. Kowshik, presented at the 1980 IEEE International Electron Device Meeting, abstract p. 602.

"Dynamic Storage Time Measurements on Metal Oxide Semiconductor-Random Access Memory Circuits"; *Lifetime Factors in Silicon*, ASTM Publication *STP 712*, 58 (1980). Also presented at the "Lifetime Factors in Silicon" Symposium, San Diego, CA 1979.

"DIFMOS--A Floating-Gate Electrically Erasable Nonvolatile Semiconductor Memory Technology"; *IEEE Trans. on Electron Devices*, *ED-24*, p. 594 (1977). Also presented at the IEEE Non-Volatile Semiconductor Memory Workshop, Vail, Colorado, August 1976.

"The Extension of Self-Registered Gate and Doped-Oxide Diffusion Technology to the Fabrication of Complementary MOS Transistors"; L. H. Hall and W. M. Gosney, *IEEE Trans. on Electron Devices*, *ED-20*, p. 469 (1973).

"Sub-Threshold Drain Leakage Currents in MOS Field-Effect Transistors"; W. M. Gosney, *IEEE Transactions on Electron Devices*, *ED-19*, p. 213 (1972).

## Professional Associations and Achievements

- Senior Member of the IEEE
- Member of the Electrochemical Society
- Registered Professional Engineer in the State of Texas (#33740)
- Member of the Society of Broadcast Engineers
- Member of the IEEE IEDM Program Committees, 1985-1987,
    IEDM IC Subcommittee Chairman, 1987

## Awards

Selected as a recipient of the Southern Methodist University Altshuler Distinguished Teaching Professor Award 2006.

Outstanding Involvement In Student Organizations, School of Engineering, Southern Methodist University, 2003.

Outstanding Involvement In Student Organizations, School of Engineering, Southern Methodist University, 2002.

Outstanding Professor Award, Southern Methodist University, School of Engineering and Applied Science, Electrical Engineering Department, Dallas, TX 1988-89.

Outstanding Graduate Faculty Award, Southern Methodist University, School of Engineering and Applied Science, Electrical Engineering Department, Dallas, TX 1988-89.

Outstanding Graduate Faculty Award, Southern Methodist University, School of Engineering and Applied Science, Electrical Engineering Department, Dallas, TX 1989-90.