ROBERT T. HASLAM (Bar No. 71134)
rhaslam@cov.com
MICHAEL K. PLIMACK (Bar No. 133869)
mplimack@cov.com
CHRISTINE SAUNDERS HASKETT (Bar No. 188053)
chaskett@cov.com
SAMUEL F. ERNST (Bar No. 223963)
sernst@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

ALAN H. BLANKENHEIMER (Bar No. 218713)
ablankenheimer@cov.com
LAURA E. MUSCHAMP (Bar No. 228717)
lmuschamp@cov.com
JO DALE CAROTHERS (Bar No. 228703)
jcarothers@cov.com
COVINGTON & BURLING LLP
9191 Towne Centre Drive, 6th Floor
San Diego, CA 92122-1225
Telephone: (858) 678-1800
Facsimile: (858) 678-1600

Attorneys for Defendants and Counterclaimants SAMSUNG ELECTRONICS CO., LTD., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, LLC, SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, SAMSUNG TECHWIN CO., LTD., and SAMSUNG OPTO-ELECTRONICS AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., <br><br> Plaintiffs and Counterdefendants, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendants and Counterclaimants. | Case No. 3:08-CV-0986-SI <br><br> **DECLARATION OF MARWAN HASSOUN, PH.D. IN SUPPORT OF DEFENDANT SAMSUNG'S RESPONSIVE CLAIM CONSTRUCTION BRIEF** |

DECLARATION OF MARWAN HASSOUN, PH.D. IN SUPPORT
OF DEFENDANT SAMSUNG'S RESPONSIVE CLAIM
CONSTRUCTION BRIEF
Case No. 3:08-CV-0986-SI

I, Marwan Hassoun, declare as follows:

# I. BACKGROUND

1. My name is Marwan Hassoun, Ph.D. I am currently a collaborating Professor in the Department of Electrical and Computer Engineering at Iowa State University, as well as President, CEO and Founder of Green Semiconductor, Inc., President and Managing Partner of TraCHip, LLC and CTO of Abby Media Publishing.

2. I received a Bachelor of Science degree in Electrical Engineering from South Dakota State University in Electrical Engineering in 1983.

3. I received a Masters of Science degree in Electrical Engineering from Purdue University in 1985.

4. I received a Ph.D. in Electrical Engineering from Purdue University in 1988.

5. During my academic tenure at Purdue, I focused on integrated circuits technology including circuit analysis and design.

6. In 1988 I was hired by Iowa State University to start the VLSI research and teaching area.

7. I have been an Assistant Professor, from 1988 to 1994, an Associate Professor with Tenure, from 1994 to 2000, and a Collaborating Professor, from 2000 to the present, in the Department of Electrical and Computer Engineering at Iowa State University.

8. I served as Chair of the VLSI area in the Department of Electrical and Computer Engineering at Iowa State University.

9. I co-founded the Analog and Mixed-Signal VLSI Design Center at Iowa State University in 1996 securing sponsorship for the Center from major companies that included Texas Instruments, Honeywell, Rockwell, RocketChips, Non-Volatile Electronics and VTC.

10. I served as Director of the Analog and Mixed-Signal VLSI Design Center at Iowa State University from 1998 – 2000.

DECLARATION OF MARWAN HASSOUN, PH.D. IN SUPPORT 1
OF DEFENDANT SAMSUNG'S RESPONSIVE CLAIM
CONSTRUCTION BRIEF
Case No. 3:08-CV-0986-SI

11. I have designed and managed the design, production and commercialization of analog and mixed-signal VLSI chips in various semiconductor processes at Texas Instruments, RocketChips and Xilinx.

12. Since receiving my Ph.D., I have worked with integrated circuits of the type described in U.S. Patent No. 4,737,830 ("'830") in both an industry and academic setting. My curriculum vita is attached and reflects my experience in the area of integrated circuits.

13. I have been retained by the defendants in this litigation as an expert witness and to provide a declaration addressing issues relating to the construction of the claims of the '830.

14. I make all statements in this Declaration of my own personal knowledge and in accord with 28 U.S.C. § 1746.

## II. BASIS FOR MY OPINION

15. In preparing this Declaration, I have extensively reviewed various materials, including the '830 patent, its file history, and the extrinsic evidence cited by both AMD and Samsung in the Join Claim Construction Prehearing Statement; AMD's Opening Claim Construction Brief, and Dr. Friedman's Declaration in Support of AMD's Opening Claim Construction Brief.

## III. OVERVIEW OF THE TECHNOLOGY

16. I understand the '830 patent to relate to decoupling capacitors placed between the busses and distributed along the length of the busses to reduce voltage spikes induced during switching. '830 Patent at Abstract.

17. I understand that AMD has asserted only Claims 5 and 6 in this litigation.

18. I am also aware that the '830 patent was previously asserted in the Northern District of California in *Oki Am., Inc. v. Advanced Micro Devices, Inc.*, No. C-04-03171-CRB, and have reviewed those materials

## IV. LEVEL OF SKILL IN THE ART

19. I agree with Dr. Friedman that a person having ordinary skill in the art at the time of filing of the application that led to the '830 patent (a "POSA") would be a person having a

DECLARATION OF MARWAN HASSOUN, PH.D. IN SUPPORT
OF DEFENDANT SAMSUNG'S RESPONSIVE CLAIM
CONSTRUCTION BRIEF
Case No. 3:08-CV-0986-SI

2

master's degree or higher in electrical engineering or a related field, plus three to five years of experience working in integrated circuit design, and particularly in circuit design and physical layout, or the equivalent.

20. Given my background, I am qualified as a POSA.

## V. CLAIM TERMS

### A. "Gate electrode...Is Divided into a Plurality of Segments"

21. A POSA would understand the term "Gate electrode...Is Divided into a Plurality of Segments" to mean that "In the improved integrated structure of claim 1, the gate electrode is divided into two or more separate gate electrode segments".

22. It is my opinion that Samsung's construction gives the term its full scope as used in the claims and is fully consistent with the specification.

23. I understand that AMD has proposed the following construction: "For each doped region (lower plate), the gate electrode (upper plate) is divided into a plurality of segments."

24. I disagree with AMD's construction as it is my opinion that Claim 5 does not limit the capacitor structure to having either a solid bottom plate, or doped region, or a segmented bottom plate. Based on reading the text of the specifications and the claims, Claim 5 discloses the concepts of a gate electrode "divided into a plurality of segments", "independently connected electrically", and "at a spaced apart point" and purposely does not limit the Claim to a shared common region. A POSA would understand that segmenting the bottom plate is an option that does not preclude taking full advantage of the concepts disclosed by the Claim and as explained in the text of the specification that it is an option that would reduce the resistance of the bottom plate.

25. A POSA would understand that Claim 1 allows either the top plate or the bottom plate, or both to be segmented.

26. A POSA would understand that Claim 2 narrows claim 1 by requiring the segmentation of either the top plate or the bottom plate, or both plates, creating several

capacitors in parallel, but makes no restrictions on the connectivity, independent or not, nor on the spacing.

27. A POSA would understand that Claim 5 narrows claim 1 to instances where the top plate is segmented creating several parallel capacitors that are independently connected electrically to the Vcc bus at spaced apart intervals, but does not place any limitation on the bottom plate.

28. It is my opinion that the device described in Claim 5, which includes the division of the gate electrode into a plurality of segments, could also include either a common bottom plate or a segmented bottom plate.

**B.    "Electrically Connected Directly Between Said Busses"**

29. A POSA would understand the term "Electrically Connected Directly Between Said Busses" to mean that "Connected through a direct and physical electrical connection, which includes no intermediate devices, to the Vcc current bus and the Vss bus".

30. After reviewing AMD's opening claim construction brief, it is my opinion that the term "intermediate device" in place of "intermediate structure" in Samsung's proposed construction is more accurate and would focus the dispute between the parties.

31. It is my opinion that AMD's construction is technically incorrect.

32. A POSA would consider a "direct" connection to be a point-to-point electrical connection. If a passive device, such as a resistor, intervenes between two points, the connection is no longer point-to-point, and therefore not direct. Therefore, a POSA would consider a direct electrical connection to preclude not only an intervening active device, but also any intermediate passive device, such as a resistor.

33. I have reviewed the file history of the '830 patent and Dr. Friedman's declaration. In my opinion, the declaration (paragraph 25) reaches an inaccurate conclusion. The fact that the embodiment shows "the other plate is connected to an active device" does not support the claim construction that preclude a passive device from separating two electrical nodes and thus nullifying the direct connection between them.

DECLARATION OF MARWAN HASSOUN, PH.D. IN SUPPORT    4
OF DEFENDANT SAMSUNG'S RESPONSIVE CLAIM
CONSTRUCTION BRIEF
Case No. 3:08-CV-0986-SI

34.     It is also my opinion that the intrinsic evidence supports Samsung's construction. The invention itself is an improved integrated circuit structure having "capacitance means coupled between the busses" in order to reduce voltage spikes induced during switching. '830 Patent at 2:23-25. FIGS. 3A and 3B clearly show the capacitor connected directly between the busses with no intervening devices. The patent itself makes no mention of active devices or transistors, and further includes no indication that "directly" means anything more than a direct connection, from point A to point B, with no intervening devices, as depicted consistently by the Figures and text of the specification. Otherwise, AMD's construction would indicate that placing a passive decoupling capacitor between a Vcc and a Vss bus would constitute a direct electrical connection between the two busses which a POSA would disagree with.

### C.     "Vcc Current Bus"

35.     A POSA would understand the term "Vcc Current Bus" to mean that "The main power supply bus on an integrated circuit for receiving external current and providing that current to the integrated circuit."

36.     A POSA would understand that a Vcc current bus a the main provider of current to the entire integrated circuit. That is the very purpose of the bus—to receive external current and provide it to the integrated circuit.

37.     It is my opinion that the description of the Vcc bus throughout the patent also lends to the understanding of a POSA that the patent is referring to this main conduit of current. The patent explains that "[s]ince the Vss and Vcc busses in a typical VLSI chip or die are fairly wide, such an MOS capacitor can be formed beneath one or both of the busses to thereby have a minimum impact on the available space on the die." '830 Patent at 3:57-61, confirming that the patent is discussing the main, wide, current handling busses typically found on an integrated circuit. Also, the patent refers to the requirement that "many output pins to switch simultaneously" and "[a]ll of these factors combine to make *very high peak current requirements on the Vcc and Vss busses*," '830 Patent at 1:17-24 (emphasis added), further lending to the understanding of a POSA that the patent is discussing the main Vcc bus.

38. As I understand the parties have agreed, the term Vdd is interchangeable with the term Vcc when discussing the Vcc current bus.

**D. "Independently Connected Electrically"**

39. A POSA would understand the term "Independently Connected Electrically" to mean that "each gate electrode segment is connected through a separate electrical path that is not shared by any other gate electrode segment."

40. I have reviewed AMD's proposed construction and it is my opinion that AMD's proposed construction is untenable because, taking into account a basic principle of electricity, it is in conflict with the very embodiment AMD cites as support.

41. A basic principle of electricity is that current will flow wherever there is a path. In other words, current is not confined to one single path but will, instead, follow all paths simultaneously. Thus, if a gate electrode segment of a capacitor has a connection to the bus that is not shared by any other gate electrode segment *and* a connection to the bus that *is* shared by another gate electrode segment, current will flow through *both* paths, or connections, at the same time. Furthermore, if one gate electrode segment fails and is shorted to ground (causing the capacitor to not function as a capacitor), *all* gate electrode segments connected to it will also be shorted to ground and fail because of the shared path(s).

42. It is my opinion that FIG. 16 in the '830 Patent is one possible embodiment of Claim 5. It is further my understanding that that the claimed benefit of such a structure lays in redundancy, which would result in a loss of only that portion of the overall capacitance, and not the entire capacitor in the event of a defect in the oxide. '830 Patent at 5:40-43. The only way for the redundancy goal referred to in the embodiment to be achieved is if each segment has a separate path that is not shared by any other segment and the path is small enough so that "the occurrence of such a defect could result in sufficient current flow to sever the connection." '830 Patent 5:36-39.

43. It is my opinion that AMD's proposed construction is inconsistent with FIG. 16 and the accompanying text, as it does not allow for such redundancy.

44. I have also reviewed several dictionary definitions of the word "independent" from the time frame of the '830 Patent. It is my opinion that these definitions further support the understanding that the word "independent" in "independently connected electrically" as meaning that the connection of each gate electrode to the bus cannot be affiliated with or depending on any other connection, such that each gate electrode must connect to the Vcc bus through a connection that is not shared by any other gate electrode segment. It is further my understanding that these dictionary definitions reflect the understanding of a POSA of the term "independent" at the time of the '830 Patent.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 30th dat of March, 2009.

By: /s/ Marwan Hassoun
Marwan Hassoun

# Curriculum Vita
Dr. Marwan Hassoun
Tel. (512) 484-8880
E-mail: marwan@hassoun.com

## Major Highlights

- Senior Vice President of Engineering at Keyeye Communication, Inc. Built and lead a team of 50+ Analog, DSP, Systems and Digital engineers distributed in Sacramento, Minneapolis, Florida, India and Australia to the development of industry's lowest power 10GBASE-T solution. The complex chip included 800MHz custom DSP, 1Gsps 9-bit quad ADCs, 1Gsps 10-bit DACs, 3.2GHz PLLs and an IFFT/FFT custom ultra-low power processor for Echo/Next cancellation all operating as a single system. Also drove the intellectual property strategy and over 18 patent applications generated on the technology. Was directly involved in fund raising and pursuing potential M&A opportunities.

- Sr. Director of Engineering for the Communications Technology Division at Xilinx, Inc. This includes a team of 60+ engineers in Austin, Minneapolis, San Jose and Ames. Responsible for producing the high-speed serial Multi-Gigabit Transceiver technology (622Mhz – 11.1Gbps) in the platform FPGAs (Virtex Family) programmable to support over 10 different serial technologies. The technology represented the 1st FPGAs to be introduced in the marketplace with greater than 4Gbps serial I/O technology. The challenge was producing 1st pass working silicon in extremely advanced process technologies which required developing of redundancy, calibration and error correction technology to offset the variability of the processes. Was awarded <u>innovation of the year award</u> in 2003. In addition, responsible for the entire product line (from design to production) of Xilinx's 1st ASSP family (RocketPHY) operating at 10.3Gbps and 10.7Gbps. There were over 50 patent applications on the different fascists of the technology. Selected to serve on Xilinx's Patent Committee.

- President & Managing Partner in TraCHip, LLC, an intellectual property company.

- Co-Founded a development stage company, MadMax Optics, INC. and guided it through the seed round funding.

- Part of establishing and managing a startup company, RocketChips, INC. from inception in 1997 till acquisition in 2000. Roles included (from 1997–1998 as early investor and technical contributions via ISU, and from 1998 till acquisition in 2000 as Senior Technical Director initially and then Vice President of Wired Products). Managed multi-company and multi-country (Japan, India and US) IC design product as well as major customers including INTEL, SONY and OKI. Major products included cutting edge high-speed serial transceiver technology ranging from 1Gbps in 1997 to 10Gbps by 2000. Products introduced included IEEE1394 transceivers (400Mbps) and programmable ADCs and DAC Intellectual Property.

- Responsible for design of several power management IC products while with Texas Instruments. This includes several of the TPS202X, TPS203X, TPS204X, TPS208X and TPS209X family members. In addition part of ASIC design team for cell-phone applications.

- 15 patents granted and 7 pending in the areas of multi-gigabit serial transceivers, high-speed high-resolution ADCs and DACs, Magnetic RAMs, RFID, DSP filters and Power

Management.

- Over 70 technical publications in National and International Journals and Conferences.

- Co-Founded the Analog and Mixed-Signal VLSI Design Center at Iowa State University in 1996. The funding grew from $300K in 1996 to over $4M in 1998. Served as Director of the Center. Attracted sponsorship for the Center from major companies that include Texas Instruments, Honeywell, Rockwell, RocketChips, Non-Volatile Electronics and VTC.

- Served as Chair of the VLSI area in the Department of Electrical and Computer Engineering at Iowa State University.

- Served as expert witness cases involving major semiconductor companies.

- Established, drove, participated and negotiated Intellectual Property Strategy at all positions since 1994.

# EXPERIENCE

| | |
|---|---|
| Mar 08 – *Present* | **President, CEO and Founder**<br>**Green Semiconductor, Inc.,** Austin, TX<br>Founded a development stage company with the near-term goal of monetization of intellectual property: patents and high-speed design blocks, and a long-term goal of funding and building an environmentally and socially conscious high-tech Company. |
| Mar 03 – *Present* | **President & Managing Partner**<br>**TraCHip, LLC,** Austin, TX<br>Private intellectual property holding company. Purchase and manage a small portfolio of patents. |
| 2003 – *Present* | **Expert Witness**<br>Involved in several cases addressing patent and trade secret infringement in addition to corporate and intellectual property valuation. |
| Oct 05 – March 08 | **Senior Vice President of Engineering**<br>**Keyeye Communications, Inc.,** Sacramento, CA<br>Managed and built an organization with 50+ team members (Analog, Systems, DSP, Digital, Verification, Physical Design) with an innovative, startup oriented, staffing strategy across several design sites (Sacramento, Minneapolis, India and Australia). The result is industry's lowest power 10GBASE-T single chip product. In addition to the management and the vision, hands-on reasonability for the power architecture, modeling and execution. |
| Jul 01 – Oct 05 | **Senior Director of Engineering, Communications Technology Division**<br>**Xilinx, Inc.,** Austin, TX<br>Managed an organization with 60+ team members across 4 sites in analog, digital and mixed-signal IC design, modeling, application engineering, systems engineering, product characterization, product engineering, production test engineering, advanced technologies, layout, CAD and information technology.<br>• Organizational and technical vision for Xilinx's high-speed serial I/O and ASSP technologies (180nm, 130nm, 90nm, 65nm and 45nm generations). This includes contributing to the vision for UXPi which is an industry initiative for evangelizing 10Gbps technology, and the driving of industry standards to support further products.<br>• Products: Virtex-II PRO X (2 family members), Virtex-4 (5 family members) and RocketPHY (3 non-FPGA family members).<br>• Technical marketing support for both the platform FPGAs and the ASSPs.<br>• Customer support and interaction for current and future products.<br>• Partnership development with several tier 1 and tier 2 companies for process technology, packaging, licensing, high-speed connectors, high-speed backplanes and design. Including establishing industry initiatives at OIF and IEEE committees.<br>• Involvement in all aspects of the production of IC design including quality assurance and reliability.<br>• Served on patent committee for the Company.<br>• Recipient of the innovation of the year award for the Virtex-II Pro X product. |
| Mar 01 – Jul 01 | **Co-Founder, President and CEO**<br>**MadMax Optics, Inc.,** Austin, TX<br>Co-Founded the company to produce revolutionary simulation software for the optical component industry. Opened the main design center in Hamden, CT. Guided the |

company through the seed round financing. This included putting together a 5 year business plan, prospectus and investor presentations.

| | |
|---|---|
| Aug 98 – Feb 01 | **Vice President of Wired Products**<br>**RocketChips, INC.**, Austin, TX (Acquired by **Xilinx**, Inc. in Nov 2000)<br>Contributed to the technical, managerial, organizational and marketing leadership for the company's three design centers in Minneapolis (MN), Ames (IA) and Austin (TX). Directly responsible for approximately 35 employees in Wired.<br>- Products and IP: SERDES and PCS layers for Gigabit Ethernet (IEEE 802.3z, 802.3ab), 2.5Gbps products for serial backplane applications (including OC-48), 10Gbps (IEEE 802.3ae and OC-192), IEEE 1394 and high-speed high-resolution ADCs and DACs (80Ms/s – 250Ms/s).<br>- Involved with the company since its inception in January 1997 as an early investor and technical and product development through the Iowa State University research work.<br>- Managed multi-company and multi-country (Japan, India and US) projects as well as major customers including INTEL, SONY and OKI. |
| Aug 96 - Jul 98 | **Contract IC Designer** (Cellular and wireless ICs - power management)<br>Mixed-Signal Products Group, **Texas Instruments**, Dallas, TX<br>Contract design for mixed-signal power management ASICs for cellular applications. Involved in the design, implementation and test of several high volume production integrated circuits (TPS202X, TPS203X, TPS204X, TPS208X and TPS209X). |
| Jun 95 - Jul 96 | **Contract IC Designer** (Analog-to-Digital Converters)<br>Defense Systems & Electronics Group, **Texas Instruments**, Dallas, TX<br>Investigation and recommendation of a very high-speed high-resolution pipelined multi-path analog-to-digital converter architecture for communication applications. |
| Jan 85 - Jul 86 | **Software Development Engineer**<br>Cupertino Integrated Circuits Division, **Hewlett Packard** Company,<br>Santa Clara, CA<br>Design, implementation and maintenance of circuit design analysis product (HPSPICE). |

## ACADEMIC EXPERIENCE

| | |
|---|---|
| Jul 00 – *present* | **Collaborating Professor**<br>Department of Electrical and Computer Engineering<br>Iowa State University, Ames, Iowa<br>- Continue to guide MS and PhD graduate students and serve on MS and PhD committees at ISU and at University of Texas, Austin. |
| Jul 94 – Jul 00 | **Associate Professor with Tenure**<br>Department of Electrical and Computer Engineering<br>Iowa State University, Ames, Iowa<br>(On leave of absence from Aug 98-Jul 00. Plus several leaves while consulting for Texas Instruments) |
| Aug 88 - Jul 94 | **Assistant Professor**<br>Department of Electrical and Computer Engineering<br>Iowa State University, Ames, Iowa |

*Research & Teaching*
<u>Was hired in 1988 by ISU to start the VLSI area in the department</u>. This included establishing research area in VLSI CAD (Symbolic Circuit Analysis, Synthesis Methods for Data Converters) and Analog and Mixed-Signal VLSI (Data Converters, Gigabit speeds Communication Circuits, Magneto-resistive devices).
The largest impact has been the establishment of industrial contacts and the founding of the Analog and Mixed-Signal VLSI Design Center. **The funding commitments on which Dr. Hassoun was a PI or Co-PI have grown to approximately $4.3 Million by 1998.**

## EDUCATION

Jan 86 - Aug 1988   **Ph.D.** in *Electrical Engineering*, **Purdue University**, West Lafayette, IN.
**Thesis**: *Symbolic Analysis of Large-Scale Networks*
- Research Assistant (NSF grant) and a Teaching Assistant (VLSI area).

Jan 84 - Dec 1984   **M.S.** in *Electrical Engineering*, **Purdue University**, West Lafayette, IN.
**Thesis:** A *Study of a Semi-Direct Method for Computer Analysis of Large-Scale Circuits*
- Research Assistant (IBM grant).

Aug 80 -Dec 1983   **B.S.** in *Electrical Engineering*, **South Dakota State University**, Brookings, SD.
- Teaching assistant during senior year.

## PATENTS

15 patents granted and 7 pending in the areas of multi-gigabit serial transceivers, high-speed high-resolution ADCs and DACs, Magnetic RAMs, RFID, DSP filters and Power Management.

**Granted:**
1. Richard Willham, Robert Weber, Marwan Hassoun, "Livestock Record System," U. S. Patent No. **5,322,034**, June 21, 1994.
2. Richard Willham, Robert Weber, Marwan Hassoun, "Individual Descriptive Record System," U. S. Patent No. **5,499,626**, March 19, 1996.
3. Roy Hastings, Marwan Hassoun, Neil Gibson, "Capacity Addition Switch Mode Power Converter and Its Controlling Method," **JP2000122737-A**, April 28, 2000.
4. Roy Hastings, Marwan Hassoun, Neil Gibson, Marco Corsi, "Capacitive-summing switch-mode power conversion control," U. S. Patent No. **6,066,943**, May 23, 2000.
5. Roy Hastings, Marwan Hassoun, Neil Gibson, Marco Corsi, "Capacitive-summing switch-mode power conversion control," **EP993104-A3**, December 4, 2000.
6. William Black, Marwan Hassoun, "Non-volatile magnetic circuit," U. S. Patent No. **6,317,359**, November 13, 2001.
7. William Black, Bodhisattva Das, Marwan Hassoun, "Non-volatile spin dependent tunnel junction circuit," U. S. Patent No. **6,343,032**, January 29, 2002.
8. Yvette Lee, Marwan Hassoun, "Segmented DAC calibration circuitry and methodology," U. S. Patent No. **6,489,905**, December 3, 2002.
9. Yvette Lee, Marwan Hassoun, "Current source calibration circuit," U. S. Patent No. **6,507,296**, January 14, 2003.
10. William Black, Bodhisattva Das, Marwan Hassoun, Edward Lee, "Nonvolatile programmable logic devices," U. S. Patent No. **6,542,000**, April 1, 2003.

11. Weibiao Zhang, Marwan Hassoun, "Apparatus for and method of performing a conversion operation," U. S. Patent No. **6,563,444**, May 13, 2003.
12. Justin Gaither, Marwan Hassoun, "Analog Signal Test Circuit and Method", U. S. Patent No. **6,653,827 B2**, November 25, 2003.
13. Ahmed Younis, Marwan Hassoun, "Method and System for VCO-Based Analog-To-Digital Conversion (ADC)," U. S. Patent No. **6,809,676** B1, October 26, 2004.
14. Moises Robinson, Shahriar Rokhsaz, Marwan Hassoun, Earl Swartzlander, Jr, "Voltage Controlled Oscillator ", U. S. Patent No. **7,315,220**, January 1, 2008.
15. Moises Robinson, Marwan Hassoun, Earl Swartzlander, Jr, "Method and Apparatus for Capacitance Multiplication within a Phase Locked Loop", U. S. Patent No. **7,307,460**, Dec 11, 2007.

**Pending**:
16. David Tetzlaff, Erich Goetting, Steven Young, Marwan Hassoun, Moises Robinson, " Method and Apparatus for Providing Frequency Synthesis and Phase Alignment in an Integrated Circuit," U. S. Application No. 11/049,329, February 2, 2005.
17. David Tetzlaff, Marwan Hassoun, Steven Anderson, Timothy Hagen, "Adaptive Configuration of Serial Communication Transceiver," U. S. Application No. 11/079,768, March 14, 2005.
18. David Tetzlaff, Marwan Hassoun, "Method and Apparatus for Dynamic Port Provisioning Within A Programmable Logic Device", U. S. Application No. 11/198,576, August 05, 2005.
19. Marwan Hassoun, Moises Robinson, David Tetzlaff, "Method and Apparatus for Redundant Transceiver Architecture," U. S. Application No. 11/435,427, May 16, 2006.
20. Moises Robinson, Marwan Hassoun, Earl Swartzlander, "Method and Apparatus for Capacitance Multiplication within a Phase Locked Loop," International Application No. PCT/US06/464, December 5, 2006.
21. James Little, Marwan Hassoun, David Tetzlaff, Chang-Chi Liu, "Combined method for echo and crosstalk cancellation," U. S. Application, February 7, 2007.
22. "Programmable Link Pulse Shaping for Auto-Negotiation," U. S. Application, February 7, 2007.

## GRANTS AND CONTRACTS

-Secured 25 research grants while at Iowa State University and as part of the Analog and Mixed-Signal VLSI Design Center totaling approximately **$4.3 Million** from 1988- 1998. The sponsors included: Texas Instruments, Honeywell, Rockwell, RocketChips, Computing Devices International, Control Data Corporation (CDC), Defense Advanced Research Projects Agency (DARPA), National Science Foundation, Carver Trust Foundation, US Department of Education, Center for Non-Destructive Evaluation

For a detailed list see http://vulcan.ee.iastate.edu/~marwan/vita.html#_Toc106003526

## GRADUATE STUDENTS

Major Professor for **26 Graduate Students** (8 PhDs and 20 *MS* (all thesis option)) from 1988 – 2005.

## TECHNICAL PUBLICATIONS

Authored or co-authored over 70 technical publications in Technical Journals, Conferences and six chapters of three different books on circuit analysis.

## INVITED TECHNICAL PRESENTATIONS

Over 40 technical presentations at various companies, conferences and workshops. Latest was an invited presentation at the 2006 ICCAD (International Conference on Computer-Aided Design). Topic: **"Integrated High-Performance Analog and Mixed-Signal – What is the Optimal Process Technology to Use?"**

## HONORS AND AWARDS

Nominated for IEEE Fellow rank (results to be announced Dec 2008)
Innovation of the year award at Xilinx for Multi-Gigabit Transceiver (2.5Gbps – 10.3Gbps)
Senior Member of IEEE
Warren Bost Teaching Award
Nominee for ISU Faculty of the Year award
Honor Societies: Eta Kapp Nu, Tau Beta Pi, Phi Kappa Phi and Alpha Lambda Delta

## PROFESSIONAL ACTIVITIES

*Standards* – Participant and voter on IEEE 802 Standards Committee, in particular on the 802.3 group.
*Conferences & Workshops* – Served as conference chair, on technical program committees, on organizing committees, publicity chair, special sessions chair and steering committees for more than 20 occasions covering more than 7 conferences and workshops.

*Reviewer* – Editor and Referee for IEEE, IEE and other journals in the area of VLSI and circuits and systems.

**References:**
- Supplied upon request.