William H. Manning (*pro hac vice*)
E-mail:  WHManning@rkmc.com
Brad P. Engdahl (*pro hac vice*)
E-mail:  BPEngdahl@rkmc.com
**Robins, Kaplan, Miller & Ciresi L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone:    612-349-8500
Facsimile:    612-339-4181

John P. Bovich (SBN 150688)
E-mail: JBovich@reedsmith.com
**Reed Smith LLP**
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111
Telephone:   415-543-8700

Attorneys for Advanced Micro Devices,
Inc., et al.

Robert T. Haslam (Bar No. 71134)
E-mail: Rhaslam@cov.com
**Covington & Burling LLP**
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA  94065
Telephone:  650-632-4700
Facsimile:  650-632-4800

Christine Saunders Haskett
E-mail: Chaskett@cov.com
**Covington & Burling LLP**
One Front Street
San Francisco, CA 94111
Telephone: 415-591-7087
Facsimile: 415-955-6587

Attorneys for Samsung Electronics Co., Ltd., et
al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al.,<br><br>                    Plaintiffs,<br><br>      v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>                    Defendants. | Case. No.  CV-08-0986-SI<br><br>**THIRD ADDENDUM TO JOINT STIPULATED PROTECTIVE ORDER**<br><br>**[Civil L.R. 7-12]** |

The parties in the above-referenced action hereby further agree that the following amends Section 7.5 of the previously filed Second Addendum to Joint Stipulated Protective Order (Dkt. #174), currently in effect, by adding subsections (g), (h), and (i):

7.5    Procedures    for    Accessing,    Managing    and    Transmitting    "HIGHLY CONFIDENTIAL – RESTRICTED ACCESS ONLY" Information or Items.  Unless otherwise ordered by the Court or permitted in writing by the Designating Party, a Receiving Party may disclose any information or item designated "Highly Confidential – Restricted Access Only" only

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

Dockets.Justia.com

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

1    to the persons permitted under Section 7.3. The following terms and conditions set forth

2    additional requirements regarding the Receiving Party's access to and use of such materials:

3          (g)      With respect to production of source code for cellular phones, digital cameras,

4    camcorders, and televisions, the following additional restrictions shall apply: (1) counsel for the

5    Receiving Party may print up to 10 copies of a section of source code on the watermarked paper

6    only; and (2) hard copies of the source code may not be scanned using optical character

7    recognition ("OCR") technology.

8          (h)      With respect to production of source code for cell phones that contain source code

9    provided by Qualcomm, Inc., the following additional restrictions shall apply: (1) the computer

10    on which the source code is provided shall be equipped to print copies of the source code on

11    watermarked pre-Bates numbered paper, which shall be provided by the Designating Party, with

12    the Designating Party having the right to check only that all code was printed on the watermarked

13    paper prior to leaving Samsung's counsel's office; (2) other than in connection with pleadings

14    filed under seal and depositions designated "HIGHLY CONFIDENTIAL – RESTRICTED

15    ACCESS ONLY," no subsequent copies shall be made of the printed copies; and (3) the

16    Receiving Party's counsel shall keep a log that records the identity of each individual to whom

17    each hard copy of the source code is provided and when it was provided to that person, and within

18    thirty days after the issuance of a final, non-appealable order resolving all issues in the case

19    related to U.S. Patent No. 6,784,879, the Receiving Party must serve upon the Designating Party

20    the log and, at the Designating Party's option, either serve upon the Designating Party, or certify

21    the destruction of, all paper copies of the source code.

22          (i)      Any expert consultant who reviews Qualcomm source code (whether in electronic

23    form or otherwise) must agree in writing not to develop, for commercial purposes, user interface

24    software for cellular phones until the issuance of a final, non-appealable order resolving all issues

25    in the case related to U.S. Patent No. 6,784,879. This shall not preclude such expert consultants

26    from consulting in litigation, so long as such consulting does not involve developing, for

27    commercial purposes, user interface software for cellular phones.

28

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

1  DATED: April 3, 2009                    **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

2

3                                          By: /s/ Brad P. Engdahl _____
                                               William H. Manning
                                               Brad P. Engdahl

4

5                                          **ATTORNEYS FOR ADVANCED MICRO
                                           DEVICES, INC., ET AL.**

6

7  DATED: April 3, 2009                    **COVINGTON & BURLING LLP**

8

9                                          By: /s/ Christine S. Haskett _____
                                               Robert T. Haslam
                                               Christine S. Haskett

10

11                                         **ATTORNEYS FOR SAMSUNG
                                           ELECTRONICS CO., LTD., ET AL.**

12                                         *Plaintiffs' counsel attests that concurrence in the
                                           filing of this document has been obtained from the*
13                                         *above-named signatory.*

14

15  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

16

17  April __, 2009                         _____

18                                         Honorable Susan Illston
                                           United States District Judge

19

20

21

22

23

24

25

26

27

28

Case No. CV-08-0986-SI            - 3 -            THIRD ADDENDUM TO JOINT
                                                  STIPULATED PROTECTIVE ORDER