William H. Manning (*pro hac vice*)
E-mail: WHManning@rkmc.com
Brad P. Engdahl (*pro hac vice*)
E-mail: BPEngdahl@rkmc.com
Jacob S. Zimmerman (*pro hac vice*)
E-mail: JSZimmerman@rkmc.com
Aaron R. Fahrenkrog (*pro hac vice*)
E-mail: ARFahrenkrog@rkmc.com
**Robins, Kaplan, Miller & Ciresi L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181

David E. Marder (*pro hac vice*)
E-mail: DEMarder@rkmc.com
**Robins, Kaplan, Miller & Ciresi L.L.P.**
800 Boylston Street, 25th Floor
Boston, MA 02199
Telephone: 617-267-2300
Facsimile: 617-267-8288

John P. Bovich (SBN 150688)
E-mail: JBovich@reedsmith.com
**Reed Smith LLP**
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111
Telephone: 415-543-8700

Attorneys for Plaintiffs Advanced Micro
Devices, Inc. and ATI Technologies ULC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>Defendants. | Case No. CV-08-0986-SI<br><br>**SUPPLEMENTAL DECLARATION OF AARON R. FAHRENKROG IN SUPPORT OF PLAINTIFFS' REPLY CLAIM CONSTRUCTION BRIEF** |

I, Aaron R. Fahrenkrog, do hereby declare as follows:

1. I am an associate with the law firm Robins, Kaplan, Miller & Ciresi L.L.P., and am one of the attorneys representing the plaintiffs in this action. I make all of the statements in this Declaration of my own personal knowledge and in accord with 28 U.S.C. § 1746.

2. Attached as Exhibit 1 is a true and correct copy of 07/836,667 Application, Feb. 14, 1992 (relates to Cheng '990).

3. Attached as Exhibit 2 is a true and correct copy of 08/892,472 Office Action, Dec. 24, 1998 (relates to Orr '879).

4. Attached as Exhibit 3 is a true and correct copy of 08/892,472 Office Action, July 7, 1999 (relates to Orr '879).

5. Attached as Exhibit 4 is a true and correct copy of 08/892,472 Office Action, Sept. 13, 2002 (relates to Orr '879).

6. Attached as Exhibit 5 is a true and correct copy of 08/892,472 Office Action, Mar. 27, 2003 (relates to Orr '879).

I declare under the penalty of perjury that the foregoing is true and correct. Executed on April 8, 2009, at Minneapolis, Minnesota.

_____
Aaron R. Fahrenkrog