| | |
|---|---|
| William H. Manning (*pro hac vice*) <br> E-mail: WHManning@rkmc.com <br> Brad P. Engdahl (*pro hac vice*) <br> E-mail: BPEngdahl@rkmc.com <br> Samuel L. Walling (*pro hac vice*) <br> E-mail: SLWalling@rkmc.com <br> **Robins, Kaplan, Miller & Ciresi L.L.P.** <br> 2800 LaSalle Plaza <br> 800 LaSalle Avenue <br> Minneapolis, MN 55402 <br> Telephone: 612-349-8500 <br> Facsimile: 612-339-4181 | Robert T. Haslam (Bar No. 71134) <br> E-mail: Rhaslam@cov.com <br> **Covington & Burling LLP** <br> 333 Twin Dolphin Drive, Suite 700 <br> Redwood Shores, CA 94065 <br> Telephone: 650-632-4700 <br> Facsimile: 650-632-4800 <br><br> Christine Saunders Haskett (Bar No. 188053) <br> E-mail: Chaskett@cov.com <br> **Covington & Burling LLP** <br> One Front Street <br> San Francisco, CA 94111 <br> Telephone: 415-591-6000 <br> Facsimile: 415-591-6091 |
| Attorneys for Plaintiffs and Counterdefendants Advanced Micro Devices, Inc., et al. | Attorneys for Defendants and Counterclaimants Samsung Electronics Co., Ltd., et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendants. | Case. No. CV-08-0986-SI <br><br> **STIPULATION AND [PROPOSED] ORDER PERMITTING PROTECTED MATERIAL TO BE FILED UNDER SEAL** <br><br> **[Civil L.R. 7-12]** |

Advanced Micro Devices, Inc. and ATI Technologies, ULC (collectively, "AMD"), and Samsung Electronics Co., Ltd.; Samsung Semiconductor, Inc.; Samsung Austin Semiconductor, LLC; Samsung Electronics America, Inc.; Samsung Telecommunications America, LLC; Samsung Techwin Co., Ltd.; and Samsung Opto-Electronics America, Inc. (collectively, "Samsung") jointly submit this Stipulation regarding the filing of Protected Material under seal.

WHEREAS, The Joint Stipulated Protective Order states that "a Party may not file in the public record in this action any Protected Material or document summarizing, discussing or otherwise referencing Protected Material." Dkt. No. 60 at 12.

WHEREAS, Defendants and Counterclaimants' Reply Claim Construction Brief and Exhibit A to the Declaration of Samuel F. Ernst in Support of Defendants and Counterclaimants' Reply Claim Construction Brief contain Highly Confidential AMD Protected Material.

WHEREAS, the parties acknowledge that AMD does not waive any right to later challenge the inclusion of AMD Protected Material in Defendants and Counterlaimants' Reply Claim Construction Brief.

Pursuant to Civil Local Rule 7-12, IT IS HEREBY STIPULATED AND AGREED, by and between AMD and Samsung that, subject to the Court's approval, the unredacted versions of Defendants and Counterclaimants' Reply Claim Construction Brief and Exhibit A to the Declaration of Samuel F. Ernst in Support of Samsung's Reply Claim Construction Brief filed on April 8, 2009 shall be filed under seal, and the redacted versions of these documents shall be publicly filed with the Court.

DATED: April 8, 2009　　　　　　　　　**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: /s William H. Manning
　　　William H. Manning
　　　Samuel L. Walling

**ATTORNEYS FOR ADVANCED MICRO DEVICES, INC. AND ATI TECHNOLOGIES, ULC**

DATED: April 8, 2009　　　　　　　　　**COVINGTON & BURLING LLP**

By: /s Christine Saunders Haskett
　　　Robert T. Haslam
　　　Christine Saunders Haskett

**ATTORNEYS FOR SAMSUNG**

| | |
|---|---|
| 1 | **ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG AUSTIN SEMICONDUCTOR, LLC; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; SAMSUNG TECHWIN CO., LTD.; AND SAMSUNG OPTO-ELECTRONICS AMERICA, INC.** |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

_____, 2009       _____
Honorable Susan Illston
United States District Judge

## ECF CERTIFICATION

I, Christine Saunders Haskett, am the ECF User whose identification and password are being used to file this Stipulation regarding the filing of Protected Material under seal  In compliance with General Order 45.X.B, I hereby attest that William H. Manning has concurred in this filing.

DATED:  April 8, 2009                    **COVINGTON & BURLING LLP**

By /s Christine Saunders Haskett
CHRISTINE SAUNDERS HASKETT

Attorneys for Defendants and Counterclaimants
Samsung Electronics Co., Ltd., et al.