ROBERT T. HASLAM (Bar No. 71134)
rhaslam@cov.com
MICHAEL K. PLIMACK (Bar No. 133869)
mplimack@cov.com
CHRISTINE SAUNDERS HASKETT (Bar No. 188053)
chaskett@cov.com
SAMUEL F. ERNST (Bar No. 223963)
sernst@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

ALAN H. BLANKENHEIMER (Bar No. 218713)
ablankenheimer@cov.com
LAURA E. MUSCHAMP (Bar No. 228717)
lmuschamp@cov.com
JO DALE CAROTHERS (Bar No. 228703)
jcarothers@cov.com
COVINGTON & BURLING LLP
9191 Towne Centre Drive, 6th Floor
San Diego, CA 92122-1225
Telephone: (858) 678-1800
Facsimile: (858) 678-1600

Attorneys for Defendants and Counterclaimants SAMSUNG ELECTRONICS CO., LTD., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, LLC, SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, SAMSUNG TECHWIN CO., LTD., and SAMSUNG OPTO-ELECTRONICS AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., <br><br> Plaintiffs and Counterdefendants, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendants and Counterclaimants. | Case No. 3:08-CV-0986-SI <br><br> **DECLARATION OF SAMUEL F. ERNST IN SUPPORT OF SAMSUNG'S REPLY CLAIM CONSTRUCTION BRIEF** <br><br> DATE: May 6-7, 2009 <br> TIME: 3:30 p.m. <br> COURTROOM: 10, 19th Floor <br> JUDGE: The Honorable Susan Illston |

DECLARATION OF SAMUEL F. ERNST IN SUPPORT
OF REPLY CLAIM CONSTRUCTION BRIEF

CASE NO. 3:08-CV-0986 SI

|   |   |
|---|---|
| 1 | I, Samuel F. Ernst declare: |
| 2 | 1. I am an associate with the law firm of Covington Burling LLP, counsel to |
| 3 | Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., Samsung Austin Semiconductor, |
| 4 | LLC, Samsung Electronics America, Inc., Samsung Telecommunications America, LLC, |
| 5 | Samsung Techwin Co., Ltd., and Samsung Opto-Electronics America, Inc. (collectively |
| 6 | "Samsung") in the above-captioned matter. I make this declaration in support of Samsung's |
| 7 | Reply Claim Construction Brief. I have personal knowledge of the facts set forth in this |
| 8 | declaration, and, if called as a witness, could and would testify thereto. |
| 9 | 2. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the |
| 10 | deposition of Christopher Allen Bode taken on January 16, 2009 in this matter. |
| 11 | 3. Attached hereto as **Exhibit B** is a true and correct copy of an excerpt from the |
| 12 | prosecution history of U.S. Patent No. 5,781,750, Serial No. 08/179,926 Amendment and |
| 13 | Response, Sep. 20, 1994. |
| 14 | 4. Attached hereto as **Exhibit C** is a true and correct copy of an excerpt from the |
| 15 | prosecution history of U.S. Patent No. 08/179,926 Amendment and Response, Feb. 14, 1995. |
| 16 | 5. Attached hereto as **Exhibit D** is a true and correct copy of an excerpt from the |
| 17 | prosecution history of U.S. Patent No. 08/179,926 Amendment and Response, May 22, 1995. |
| 18 | 6. Attached hereto as **Exhibit E** is a true and correct copy of an excerpt from the |
| 19 | prosecution history of U.S. Patent No. 08/179,926 Brief on Appeal, Aug. 29, 1995. |
| 20 | I declare under penalty of perjury under the laws of the United States that the |
| 21 | foregoing is true and correct. Executed at San Francisco, California, on April 8, 2009. |
| 22 | |
| 23 | By: _____ Samuel F. Ernst |