| | |
|---|---|
| 1 | ROBERT T. HASLAM (Bar No. 71134) |
| | rhaslam@cov.com |
| 2 | MICHAEL K. PLIMACK (Bar No. 133869) |
| | mplimack@cov.com |
| 3 | CHRISTINE SAUNDERS HASKETT (Bar No. 188053) |
| | chaskett@cov.com |
| 4 | SAMUEL F. ERNST (Bar No. 223963) |
| | sernst@cov.com |
| 5 | COVINGTON & BURLING LLP |
| | One Front Street |
| 6 | San Francisco, CA 94111 |
| | Telephone: (415) 591-6000 |
| 7 | Facsimile: (415) 591-6091 |
| 8 | ALAN H. BLANKENHEIMER (Bar No. 218713) |
| | ablankenheimer@cov.com |
| 9 | LAURA E. MUSCHAMP (Bar No. 228717) |
| | lmuschamp@cov.com |
| 10 | JO DALE CAROTHERS (Bar No. 228703) |
| | jcarothers@cov.com |
| 11 | COVINGTON & BURLING LLP |
| | 9191 Towne Centre Drive, 6th Floor |
| 12 | San Diego, CA 92122-1225 |
| | Telephone: (858) 678-1800 |
| 13 | Facsimile: (858) 678-1600 |

Attorneys for Defendants and Counterclaimants SAMSUNG ELECTRONICS CO., LTD., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, LLC, SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, SAMSUNG TECHWIN CO., LTD., and SAMSUNG OPTO-ELECTRONICS AMERICA, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., | Case No. 3:08-CV-0986-SI |
| Plaintiffs and Counterdefendants, | **EXHIBIT 3 TO SAMSUNG'S MOTION FOR PROTECTIVE ORDER** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., et al., | **MANUAL FILING NOTIFICATION** |
| Defendants and Counterclaimants. | DATE: |
| | TIME: |
| | COURTROOM: 10, 19th Floor |
| | JUDGE: The Honorable Susan Illston |

EX 3 TO SAMSUNG'S MOTION FOR PROTECTIVE ORDER
CV-08-0986-SI

# MANUAL FILING NOTIFICATION

**Regarding: EXHIBIT 3 TO SAMSUNG'S MOTION FOR PROTECTIVE ORDER**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the Court, please see the Court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____
 _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

**[X] Item Under Seal**

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____
 _____

DATED: April 10, 2009                   COVINGTON & BURLING LLP

                                        By:  */s/ Robert T. Haslam*
                                             Robert T. Haslam

                                        Attorneys for Defendants and
                                        Counterclaimants SAMSUNG
                                        ELECTRONICS CO., LTD., SAMSUNG
                                        SEMICONDUCTOR, INC., SAMSUNG
                                        AUSTIN SEMICONDUCTOR, LLC,
                                        SAMSUNG ELECTRONICS
                                        AMERICA, INC., SAMSUNG
                                        TELECOMMUNICATIONS AMERICA,
                                        LLC, SAMSUNG TECHWIN CO.,
                                        LTD., and SAMSUNG
                                        OPTO-ELECTRONICS AMERICA,
                                        INC.