| | |
|---|---|
| 1 | ROBERT T. HASLAM (Bar No. 71134) |
| | rhaslam@cov.com |
| 2 | MICHAEL K. PLIMACK (Bar No. 133869) |
| | mplimack@cov.com |
| 3 | CHRISTINE SAUNDERS HASKETT (Bar No. 188053) |
| | chaskett@cov.com |
| 4 | SAMUEL F. ERNST (Bar No. 223963) |
| | sernst@cov.com |
| 5 | COVINGTON & BURLING LLP |
| | One Front Street |
| 6 | San Francisco, CA 94111 |
| | Telephone: (415) 591-6000 |
| 7 | Facsimile: (415) 591-6091 |
| 8 | ALAN H. BLANKENHEIMER (Bar No. 218713) |
| | ablankenheimer@cov.com |
| 9 | LAURA E. MUSCHAMP (Bar No. 228717) |
| | lmuschamp@cov.com |
| 10 | JO DALE CAROTHERS (Bar No. 228703) |
| | jcarothers@cov.com |
| 11 | CHRISTOPHER J. LONGMAN (Bar No. 234473) |
| | clongman@cov.com |
| 12 | COVINGTON & BURLING LLP |
| | 9191 Towne Centre Drive, 6th Floor |
| 13 | San Diego, CA 92122-1225 |
| | Telephone: (858) 678-1800 |
| 14 | Facsimile: (858) 678-1600 |

Attorneys for Defendants and Counterclaimants SAMSUNG ELECTRONICS CO., LTD., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, LLC, SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, SAMSUNG TECHWIN CO., LTD., and SAMSUNG OPTO-ELECTRONICS AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., | Case No. 3:08-CV-0986-SI |
| Plaintiffs and Counterdefendants, | **[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR PROTECTIVE ORDER** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., et al., | |
| Defendants and Counterclaimants. | |

[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR
PROTECTIVE ORDER
CV-08-0986-SI

Defendants and Counterclaimants (collectively, "Samsung") have moved the Court for a protective order pursuant to Federal Rule of Civil Procedure 26(c) forbidding Plaintiffs and Counterdefendants (collectively, "AMD") from taking discovery regarding Samsung processors in connection with U.S. Patent No. 5,545,592 ("the '592 patent"). Having considered the parties' arguments, and finding discovery regarding Samsung processors in connection with the '592 patent both irrelevant and unduly burdensome, IT IS HEREBY ORDERED that AMD is prohibited from taking such discovery.

**IT IS SO ORDERED.**

DATED:_____          _____
                            Honorable Susan Illston
                            United States District Judge