1  ROBERT T. HASLAM (Bar No. 71134)
   rhaslam@cov.com
2  MICHAEL K. PLIMACK (Bar No. 133869)
   mplimack@cov.com
3  CHRISTINE SAUNDERS HASKETT (Bar No. 188053)
   chaskett@cov.com
4  SAMUEL F. ERNST (Bar No. 223963)
   sernst@cov.com
5  COVINGTON & BURLING LLP
   One Front Street
6  San Francisco, CA 94111
   Telephone:  (415) 591-6000
7  Facsimile:  (415) 591-6091

8  ALAN H. BLANKENHEIMER (Bar No. 218713)
   ablankenheimer@cov.com
9  LAURA E. MUSCHAMP (Bar No. 228717)
   lmuschamp@cov.com
10 JO DALE CAROTHERS (Bar No. 228703)
   jcarothers@cov.com
11 CHRISTOPHER J. LONGMAN (Bar No. 234473)
   clongman@cov.com
12 COVINGTON & BURLING LLP
   9191 Towne Centre Drive, 6th Floor
13 San Diego, CA 92122-1225
   Telephone:  (858) 678-1800
14 Facsimile:  (858) 678-1600

15 Attorneys for Defendants and Counterclaimants SAMSUNG ELECTRONICS CO., LTD.,
   SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, LLC,
16 SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS
   AMERICA, LLC, SAMSUNG TECHWIN CO., LTD., and SAMSUNG OPTO-ELECTRONICS
17 AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendants. | Case. No. CV-08-0986-SI <br><br> **DEFENDANTS AND COUNTERCLAIMANTS' SAMSUNG ELECTRONICS CO., LTD'S., ET AL EX PARTE APPLICATION AND [PROPOSED] ORDER PERMITTING PROTECTED MATERIAL TO BE FILED UNDER SEAL** <br><br> **[Civil L.R. 7-10]** |

Case No. CV-08-0986-SI

EX PARTE APP. AND [PROPOSED] ORDER RE
FILING PROTECTED MATERIAL UNDER SEAL

Defendants and Counterclaimants Samsung Electronics Co., Ltd.; Samsung Semiconductor, Inc.; Samsung Austin Semiconductor, LLC; Samsung Electronics America, Inc.; Samsung Telecommunications America, LLC; Samsung Techwin Co., Ltd.; and Samsung Opto-Electronics America, Inc. (collectively, "Samsung") hereby respectively request the filing of Protected Material under seal.

WHEREAS, The Joint Stipulated Protective Order states that "a Party may not file in the public record in this action any Protected Material or document summarizing, discussing or otherwise referencing Protected Material." Dkt. No. 60 at 12.

WHEREAS, Exhibit 3 to Samsung's Motion for Protective Order (AMD's letter of March 6, 2009) quotes deposition testimony that Samsung has designated as Highly Confidential Protected Material.

WHEREAS, Samsung requested that Plaintiff agree to the Stipulation and Proposed Order Permitting Protected Materials to be Filed Under Seal, to which they have not responded in a timely manner. The parties acknowledge that AMD does not waive any right to later challenge the inclusion of Samsung Protected Material (Ex. 3, AMD's letter of March 6, 2009).

Pursuant to Civil Local Rule 7-10 and paragraph 3 of the Court's Standing Order, Samsung respectfully requests that the court order that Exhibit 3 to Samsung's Motion for Protective Order (AMD'S letter of March 6, 2009) lodged on April 10, 2009, be filed under seal.

DATED: April 10, 2009     **COVINGTON & BURLING LLP**

By: /s Christine Saunders Haskett

Robert T. Haslam
Christine Saunders Haskett

ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG AUSTIN SEMICONDUCTOR, LLC; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; SAMSUNG TECHWIN CO., LTD.; AND SAMSUNG OPTO-ELECTRONICS AMERICA, INC.

**IT IS SO ORDERED.**

_____, 2009 _____
Honorable Susan Illston
United States District Judge