ROBERT T. HASLAM (Bar No. 71134)
rhaslam@cov.com
MICHAEL K. PLIMACK (Bar No. 133869)
mplimack@cov.com
CHRISTINE SAUNDERS HASKETT (Bar No. 188053)
chaskett@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

ALAN H. BLANKENHEIMER (Bar No. 218713)
ablankenheimer@cov.com
LAURA E. MUSCHAMP (Bar No. 228717)
lmuschamp@cov.com
JO DALE CAROTHERS (Bar No. 228703)
jcarothers@cov.com
COVINGTON & BURLING LLP
9191 Towne Centre Drive, 6th Floor
San Diego, CA 92122-1225
Telephone: (858) 678-1800
Facsimile: (858) 678-1600

Attorneys for Defendants and Counterclaimants SAMSUNG ELECTRONICS CO., LTD., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, LLC, SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, SAMSUNG TECHWIN CO., LTD., and SAMSUNG OPTO-ELECTRONICS AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., <br><br> Plaintiffs and Counterdefendants, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendants and Counterclaimants. | CASE NO. 3:08-CV-0986-SI <br><br> **CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE: CASE NO.: 3:08-CV-0986-SI

# CERTIFICATE OF SERVICE BY E-MAIL
## Case No.: 3:08-CV-0986-SI, N.D. Cal.

I, Kelly Hovey, declare as follows:

I am employed with the law firm of Covington & Burling LLP, whose address is One Front Street, San Francisco, CA 94111

On April 10, 2009, I served the following:

**SEALED VERSION: EXHIBIT 3 TO SAMSUNG'S MOTION FOR PROTECTIVE ORDER (AMD'S LETTER DATED MARCH 6, 2009).**

on the below parties in this action by sending an electronic image via e-mail using the below e-mail addresses:

John P. Bovich, Esq.
E-mail: JBovich@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111
Tel.: (415) 543-8700
Fax: (415) 391-8269

William H. Manning, Esq.
E-mail: WHManning@rkmc.com
Brad P. Engdahl, Esq.
E-mail: BPEngdahl@rkmc.com
Samuel Walling
Email: SLWalling@rkmc.com
David E. Marder, Esq.
E-mail: DEMarder@rkmc.com
ROBINS, KAPLAN, MILLER
 & CIRESI LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Tel.: (612) 349-8500
Fax: (612) 339-4181

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this proof of service was executed on April 10, 2009 at San Francisco, California.

Kelly Hovey