William H. Manning (*pro hac vice*)
E-mail: WHManning@rkmc.com
Brad P. Engdahl (*pro hac vice*)
E-mail: BPEngdahl@rkmc.com
**Robins, Kaplan, Miller & Ciresi L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone:  612-349-8500
Facsimile:   612-339-4181

John P. Bovich (SBN 150688)
E-mail: JBovich@reedsmith.com
**Reed Smith LLP**
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111
Telephone:  415-543-8700

Attorneys for Advanced Micro Devices, Inc., et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendants. | Case. No. CV-08-0986-SI <br><br> **STATEMENT OF NONOPPOSITION** <br><br> [Civil L.R. 7-3, 7-10] |

AMD has no opposition to Samsung's Ex Parte Application and Proposed Order to File Under Seal (Dkt. #186). AMD received the request to stipulate to Samsung's filing under seal when AMD was about to file a motion to compel on the information on which Samsung now seeks a protective order. Before AMD had an opportunity to respond, Samsung filed its motion for protective order. Now, AMD will respond to Samsung's motion for protective order per the Court's rules, but has no opposition to Samsung's motion to file under seal.

DATED: April 10, 2009      ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: /s/ William H. Manning
    William H. Manning
    Brad P. Engdahl

**ATTORNEYS FOR ADVANCED MICRO DEVICES, INC., ET AL.**

William H. Manning (*pro hac vice*)
E-mail: WHManning@rkmc.com
Brad P. Engdahl (*pro hac vice*)
E-mail: BPEngdahl@rkmc.com
**Robins, Kaplan, Miller & Ciresi L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181

John P. Bovich (SBN 150688)
E-mail: JBovich@reedsmith.com
**Reed Smith LLP**
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111
Telephone: 415-543-8700

Attorneys for Plaintiffs Advanced Micro
Devices, Inc. and ATI Technologies ULC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendants. | Case No. CV-08-0986-SI <br><br> **CERTIFICATE OF SERVICE** |

1  I hereby certify that on April 10, 2009, I electronically filed Plaintiffs' Statement of Non-
2  Opposition with the Clerk of Court using the CM/ECF system, which will send notice of such
3  filing to the following attorneys:

4  Robert T. Haslam, Esq.
   E-mail: rhaslam@cov.com

5  Michael K. Plimack, Esq.
6  E-Mail: mplimack@cov.com

7  Christine Saunders Haskett, Esq.
   E-mail: chaskett@cov.com

8  Alan Blankenheimer, Esq.
9  E-mail: ablankenheimer@cov.com

10 DATED: April 10, 2009                    ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

                                            By: _____
                                                Samuel L. Walling (*pro hac vice*)

                                            **ATTORNEY FOR PLAINTIFFS
                                            ADVANCED MICRO DEVICES, INC. AND
                                            ATI TECHNOLOGIES, ULC**