William H. Manning (*pro hac vice*)
E-mail: WHManning@rkmc.com
Brad P. Engdahl (*pro hac vice*)
E-mail: BPEngdahl@rkmc.com
**Robins, Kaplan, Miller & Ciresi L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181

David E. Marder (*pro hac vice*)
E-Mail: DEMarder@rkmc.com
**Robins, Kaplan, Miller & Ciresi L.L.P.**
25th Floor, Prudential Tower
800 Boylston Street
Boston, MA 02199
Telephone: 617-267-2300
Facsimile: 617-267-8288

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ADVANCED MICRO DEVICES, INC., et al., | Case. No. CV-08-0986-SI |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., et al., | |
| Defendants. | |

Plaintiffs Advanced Micro Devices, Inc. and ATI Technologies, ULC (collectively, "AMD") have moved the Court to compel Defendants Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc., Samsung Telecommunications America, LLC, Samsung Techwin Co., Ltd., and Samsung Opto-Electronics America, Inc. (collectively, "Samsung") to produce technical documentation relating to the process for making Samsung processor contacts.

Case. No. CV-08-0986-SI [PROPOSED] ORDER

Dockets.Justia.com

AMD's motion is GRANTED. Samsung shall, within twenty-one days of this Order, produce technical reports, process flows, and recipes sufficient to show the process for making Samsung processor contacts.

**IT IS SO ORDERED.**

_____, 2009                              _____
                                                            Honorable Susan Illston
                                                            United States District Judge