| | |
|---|---|
| 1 | ROBERT T. HASLAM (Bar No. 71134) |
| | rhaslam@cov.com |
| 2 | MICHAEL K. PLIMACK (Bar No. 133869) |
| | mplimack@cov.com |
| 3 | CHRISTINE SAUNDERS HASKETT (Bar No. 188053) |
| | chaskett@cov.com |
| 4 | SAMUEL F. ERNST (Bar No. 223963) |
| | sernst@cov.com |
| 5 | COVINGTON & BURLING LLP |
| | One Front Street |
| 6 | San Francisco, CA  94111 |
| | Telephone:      (415) 591-6000 |
| 7 | Facsimile:       (415) 591-6091 |
| 8 | ALAN H. BLANKENHEIMER (Bar No. 218713) |
| | ablankenheimer@cov.com |
| 9 | LAURA E. MUSCHAMP (Bar No. 228717) |
| | lmuschamp@cov.com |
| 10 | JO DALE CAROTHERS (Bar No. 228703) |
| | jcarothers@cov.com |
| 11 | CHRISTOPHER J. LONGMAN (Bar No. 234473) |
| | clongman@cov.com |
| 12 | COVINGTON & BURLING LLP |
| | 9191 Towne Centre Drive, 6th Floor |
| 13 | San Diego, CA  92122-1225 |
| | Telephone:      (858) 678-1800 |
| 14 | Facsimile:       (858) 678-1600 |

15  Attorneys for Defendants and Counterclaimants SAMSUNG ELECTRONICS CO., LTD.,
16  SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, LLC, SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS
17  AMERICA, LLC, SAMSUNG TECHWIN CO., LTD., and SAMSUNG OPTO-ELECTRONICS AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., | Case. No.  CV-08-0986-SI |
| Plaintiffs, | **DEFENDANTS AND COUNTERCLAIMANTS' SAMSUNG ELECTRONICS CO., LTD'S., ET AL EX PARTE APPLICATION AND [PROPOSED] ORDER PERMITTING PROTECTED MATERIAL TO BE FILED UNDER SEAL** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., et al., | |
| Defendants. | **[Civil L.R. 7-10]** |

Case No. CV-08-0986-SI

EX PARTE APP. AND [PROPOSED] ORDER RE
FILING PROTECTED MATERIAL UNDER SEAL

1    Defendants and Counterclaimants Samsung Electronics Co., Ltd.; Samsung
2  Semiconductor, Inc.; Samsung Austin Semiconductor, LLC; Samsung Electronics America, Inc.;
3  Samsung Telecommunications America, LLC; Samsung Techwin Co., Ltd.; and Samsung Opto-
4  Electronics America, Inc. (collectively, "Samsung") hereby respectively request the filing of
5  Protected Material under seal.

6    WHEREAS, The Joint Stipulated Protective Order states that "a Party may not file in the
7  public record in this action any Protected Material or document summarizing, discussing or
8  otherwise referencing Protected Material." Dkt. No. 60 at 12.

9    WHEREAS, Exhibit 3 to Samsung's Motion for Protective Order (AMD's letter of March
10 6, 2009) quotes deposition testimony that Samsung has designated as Highly Confidential
11 Protected Material.

12   WHEREAS, Samsung requested that Plaintiff agree to the Stipulation and Proposed Order
13 Permitting Protected Materials to be Filed Under Seal, to which they have not responded in a
14 timely manner. The parties acknowledge that AMD does not waive any right to later challenge
15 the inclusion of Samsung Protected Material (Ex. 3, AMD's letter of March 6, 2009).

16   Pursuant to Civil Local Rule 7-10 and paragraph 3 of the Court's Standing Order,
17 Samsung respectfully requests that the court order that Exhibit 3 to Samsung's Motion for
18 Protective Order (AMD'S letter of March 6, 2009) lodged on April 10, 2009, be filed under seal.

19 DATED: April 10, 2009                **COVINGTON & BURLING LLP**

21                                      By: /s Christine Saunders Haskett
22                                          Robert T. Haslam
                                            Christine Saunders Haskett

23
                                        ATTORNEYS FOR SAMSUNG ELECTRONICS
24                                      CO., LTD.; SAMSUNG SEMICONDUCTOR,
                                        INC.; SAMSUNG AUSTIN SEMICONDUCTOR,
25                                      LLC; SAMSUNG ELECTRONICS AMERICA,
                                        INC.; SAMSUNG TELECOMMUNICATIONS
26                                      AMERICA, LLC; SAMSUNG TECHWIN CO.,
                                        LTD.; AND SAMSUNG OPTO-ELECTRONICS
27                                      AMERICA, INC.

28

1

2  **IT IS SO ORDERED.**

3

4  _____, 2009

*(signature: Susan Illston)*

_____
Honorable Susan Illston
United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28