1   William H. Manning (*pro hac vice*)          Robert T. Haslam (Bar No. 71134)
    E-mail: WHManning@rkmc.com                    E-mail: Rhaslam@cov.com
2   Brad P. Engdahl (*pro hac vice*)             **Covington & Burling LLP**
    E-mail: BPEngdahl@rkmc.com                    333 Twin Dolphin Drive, Suite 700
3   Samuel L. Walling (*pro hac vice*)           Redwood Shores, CA  94065
    E-mail: SLWalling@rkmc.com                    Telephone:  650-632-4700
4   **Robins, Kaplan, Miller & Ciresi L.L.P.**   Facsimile:  650-632-4800
    2800 LaSalle Plaza
5   800  LaSalle Avenue                          Christine Saunders Haskett (Bar No. 188053)
    Minneapolis, MN  55402                        E-mail: Chaskett@cov.com
6   Telephone:  612-349-8500                      **Covington & Burling LLP**
    Facsimile:  612-339-4181                      One Front Street
7                                                 San Francisco, CA 94111
                                                  Telephone: 415-591-6000
8                                                 Facsimile: 415-591-6091

9   Attorneys for Plaintiffs and                 Attorneys for Defendants and Counterclaimants
    Counterdefendants Advanced Micro             Samsung Electronics Co., Ltd., et al.
10  Devices, Inc., et al.

11

12

13                      UNITED STATES DISTRICT COURT

14                      NORTHERN DISTRICT OF CALIFORNIA

15

16   ADVANCED MICRO DEVICES, INC., et        Case. No.  CV-08-0986-SI
     al.,
17                                            **STIPULATION AND [PROPOSED]**
                 Plaintiffs,                  **ORDER PERMITTING PROTECTED**
18                                            **MATERIAL TO BE FILED UNDER SEAL**
         v.
19                                            **[Civil L.R. 7-12]**
     SAMSUNG ELECTRONICS CO., LTD.,
20   et al.,

21               Defendants.

22        Advanced Micro Devices, Inc. and ATI Technologies, ULC (collectively, "AMD"), and

23   Samsung Electronics Co., Ltd.; Samsung Semiconductor, Inc.; Samsung Austin Semiconductor,

24   LLC; Samsung Electronics America, Inc.; Samsung Telecommunications America, LLC;

25   Samsung Techwin Co., Ltd.; and Samsung Opto-Electronics America, Inc. (collectively,

26   "Samsung") jointly submit this Stipulation regarding the filing of Protected Material under seal.

27

28

Case No. CV-08-0986-SI                              STIP. AND [PROPOSED] ORDER RE FILING
                                                    PROTECTED MATERIAL UNDER SEAL

1    WHEREAS, The Joint Stipulated Protective Order states that "a Party may not file in the

2   public record in this action any Protected Material or document summarizing, discussing or

3   otherwise referencing Protected Material."  Dkt. No. 60 at 12.

4    WHEREAS, AMD's Opposition to Samsung's Motion for Protective Order

5   ("Opposition") quotes deposition testimony that Samsung has designated as Highly Confidential

6   Protected Material.

7    Pursuant to Civil Local Rule 7-12, IT IS HEREBY STIPULATED AND AGREED, by

8   and between AMD and Samsung that, subject to the Court's approval, AMD's Opposition shall

9   be filed under seal, and a version of the Opposition with the confidential information redacted

10   shall be publicly filed with the Court.

11

12   DATED:  April 14, 2009                **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

13                                          By:  /s/ William H. Manning

14                                              William H. Manning
                                               Samuel L. Walling
15

16                                          **ATTORNEYS FOR ADVANCED MICRO**
                                           **DEVICES, INC. AND ATI TECHNOLOGIES,**
17                                          **ULC**

18   DATED:  April 14, 2009                **COVINGTON & BURLING LLP**

19

20                                          By:  /s/ Christine Saunders Haskett

21                                              Robert T. Haslam
                                               Christine Saunders Haskett
22

23                                          **ATTORNEYS FOR SAMSUNG**
                                           **ELECTRONICS CO., LTD.; SAMSUNG**
                                           **SEMICONDUCTOR, INC.; SAMSUNG**
24                                          **AUSTIN SEMICONDUCTOR, LLC; SAMSUNG**
                                           **ELECTRONICS AMERICA, INC.; SAMSUNG**
25                                          **TELECOMMUNICATIONS AMERICA, LLC;**
                                           **SAMSUNG TECHWIN CO., LTD.; AND**
26                                          **SAMSUNG OPTO-ELECTRONICS AMERICA,**
                                           **INC.**
27

     **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
28

1

2 _____, 2009

_____
Honorable Susan Illston
3 United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. CV-08-0986-SI                 - 3 -         STIP. AND [PROPOSED] ORDER RE FILING
                                                     PROTECTED MATERIAL UNDER SEAL

1

**ECF CERTIFICATION**

2      I, Logan J. Drew, am the ECF User whose identification and password are being used to

3 file this Stipulation regarding the filing of Protected Material under seal.  In compliance with

4 General Order 45.X.B, I hereby attest that Christine Saunders Haskett has concurred in this

5 filing.

6

7 DATED:  April 14, 2009                    **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

8                                                   By /s/ Logan J. Drew

9                                                        LOGAN J. DREW

10                                                  Attorneys for Plaintiffs and Counterdefendants,
                                                       Advanced Micro Devices, Inc. and ATI Technologies,
11                                                  ULC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28