William H. Manning (*pro hac vice*)
E-mail: WHManning@rkmc.com
Brad P. Engdahl (*pro hac vice*)
E-mail: BPEngdahl@rkmc.com
Jacob S. Zimmerman (*pro hac vice*)
E-mail: JSZimmerman@rkmc.com
Aaron R. Fahrenkrog (*pro hac vice*)
E-mail: ARFahrenkrog@rkmc.com
**Robins, Kaplan, Miller & Ciresi L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181

David E. Marder (*pro hac vice*)
E-mail: DEMarder@rkmc.com
**Robins, Kaplan, Miller & Ciresi L.L.P.**
800 Boylston Street, 25th Floor
Boston, MA 02199
Telephone: 617-267-2300
Facsimile: 617-267-8288

John P. Bovich (SBN 150688)
E-mail: JBovich@reedsmith.com
**Reed Smith LLP**
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111
Telephone: 415-543-8700

Attorneys for Plaintiffs Advanced Micro
Devices, Inc. and ATI Technologies ULC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>Defendants. | Case No. CV-08-0986-SI<br><br>**DECLARATION OF ALEXANDER GLEW IN SUPPORT OF AMD's OPPOSITION TO SAMSUNG'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 5,545,592** |

Case. No. CV-08-0986-SI      DECLARATION OF ALEXANDER GLEW

## I. INTRODUCTION

1. I make all of the statements in this Declaration of my own personal knowledge and in accord with 28 U.S.C. § 1746.

## II. Materials reviewed

2. I have reviewed U.S. Patent 5,545,592 ("'592"), the '592 patent and its file history. I reviewed the U.S. Patent 5,975,912 ("'912") patent and its file history. I reviewed Samsung's motion and the Declaration of Michael Thomas.

## III. Background

3. I am currently employed at Glew Engineering Consulting, Inc. My work there includes consulting for semiconductor equipment manufacturers and their component suppliers. Among other things, I consult on gas flow and vacuum metrology, protective thin film characterization, corrosive gas applications, and designs for experiments.

4. I earned my B.S. in Mechanical Engineering in 1985 and my M.S. in Mechanical Engineering in 1987, both from University of California, Berkeley. I earned my M.S. in Materials Science and Engineering from Stanford University in 1995. I earned my Ph.D. in Materials Science and Engineering from Stanford University in 2003. My dissertation topic was in plasma chemical vapor deposition.

5. From 1987 until 1997 I worked for Applied Materials, Inc. Among many other things, I worked on a project designed to determine the effects of trace chemicals on semiconductor processing and equipment reliability. I also started the company's customer engineering special group for the CVD division. That group engineered all equipment modifications to meet customer specifications.

6. I am a named inventor on several U.S. patents related to semiconductor manufacturing. I have published many papers on semiconductor fabrication technologies and techniques.

7. A copy of my CV is attached as Exhibit B to my Declaration.

## IV. Level of Ordinary Skill in the Art

8. I agree with the level of skill in the art identified by AMD in its supplemental response to Samsung's Interrogatory No. 9. There, AMD explained that: "[o]ne having ordinary skill in the art would have a master's degree or higher in a related field, typically materials science, electrical engineering, chemical engineering, or mechanical engineering, and further would have at least 2 years of experience in either a semiconductor fabrication facility, or in semiconductor equipment manufacturing." With this in mind, I am one of ordinary skill in the art, and I make the statements in this Declaration as such.

## V. The Technology of the '592 Patent

9. The '592 patent relates to semiconductor contacts. Contacts supply voltage to the source and drain of a transistor. Contacts are typically made of layers of different materials.

10. The Iacoponi invention focuses on the use of three separate materials: titanium silicide, titanium nitride, and tungsten. *See* '592 at 1:26, 4:26-29.

11. The '592 patent uses terms that have clear meaning to one of ordinary skill in the art. For example, Iacoponi refers to a "semiconductor body." *See* '592 at 4:34-35. A semiconductor body is generally understood as the silicon wafer on which semiconductors are fabricated. The semiconductor body is the foundation in and on which transistors and other devices are built.

12. Iacoponi discusses the use of several metals, including titanium and tungsten. *See* '592 at 1:26, 4:26-29. One of ordinary skill understands that in the context of semiconductor fabrication, a "metal" is different than metallic compounds like metal silicides or metal nitrides.

13. A "metal silicide" is a compound made up of a metal (such as titanium) combined with silicon. *See* '592 at 1:32-34.

14. There are several ways to make a metal silicide during semiconductor fabrication. One method described by the '592 patent is to deposit titanium on a silicon substrate, and then subject the device to a rapid thermal anneal. *See* '592 at 1:32-34, 4:52-55. The rapid thermal anneal causes silicon molecules to migrate and diffuse into the layer of titanium, forming titanium silicide.

15. An "anneal" is a process which exposes the wafer to high temperatures. High temperatures can enable and speed up chemical reactions. For example, the anneal described in the Iacoponi patent causes silicon to diffuse (or "migrate") from the substrate into the layer of titanium to form titanium silicide. The final material composition resulting from any given anneal depends upon the material that is being annealed, the annealing atmosphere, the annealing time, and the annealing temperature. Attached as Ex. A to my declaration is a simplified animation that depicts silicon diffusion during an anneal.

16. Another process described in the Iacoponi patent is "plasma nitridation." Plasma nitridation is the process of converting a metal (*e.g.*, titanium) or metal compound (*e.g.*, titanium silicide) into a metal nitride using a plasma. Plasma nitridation converts a thin portion starting at the surface.

17. A "metal nitride" is a compound made up of a metal (*e.g.*, titanium) combined with nitrogen atoms. *See* '592 at 3:54-57. There are several ways to make titanium nitride during semiconductor fabrication. Iacoponi '592 describes two different techniques. One way is to use a nitrogen plasma to convert titanium silicide into titanium nitride. '592 at 3:29-43.

18. A "plasma" is partially ionized gas that is electrically conductive and that responds to electro-magnetic fields. "Partially ionized" means that some of the gas molecules are charged—they are missing electrons or have extra electrons. Ionized molecules tend to be more reactive than regular or un-ionized molecules. Ionized nitrogen readily bonds with titanium to form titanium nitride.

19. Iacoponi also describes using a process of depositing a layer of titanium nitride using a process called chemical vapor deposition ("CVD"). '592 at 4:1-6. This process combines various gases in a chemical reaction that causes titanium nitride to form on the surface of the device. One of ordinary skill understands that *depositing* titanium nitride is fundamentally different than using a plasma to *convert* titanium to titanium nitride.

20. I have reviewed the two '592 method claims that Samsung has challenged: claims 1 and 4. Claim 1 of the '592 patent recites the following limitations:

> A method for forming a contact to a semiconductor body, said

1 method comprising the steps of:

2 forming a metal silicide layer on said body;

3 exposing said metal silicide layer to nitrogen ionized in a plasma,
thereby converting a portion of said metal silicide layer to a first
4 metal nitride layer;

5 depositing a layer of a second metal nitride over said metal silicide
layer, such that said second metal nitride layer overlays and
6 engages said first metal nitride layer; and

7 depositing a layer of a second metal over said second metal nitride
layer.

'592 at claim 1. Claim 4 depends from claim 1 and adds limitations where the metal silicide layer is titanium silicide, and the second metal nitride layer is titanium nitride. '592 at claim 4.

21. Exhibit A to my Declaration includes an animation of the methods claimed in Iacoponi claims 1 and 4. My understanding of these claims is further explained in paragraphs 22-27, below. These paragraphs include simplified depictions of the layers formed by the Iacoponi process.

22. The preamble to claim 1 states that the claim recites a method for forming a contact to a semiconductor body.



23. Iacoponi's first method step is to form a metal silicide layer, such as titanium silicide, on a semiconductor body. *See* '592 at 4:36.



24. The next step is to expose the titanium silicide layer to nitrogen ionized in a plasma. *See* '592 at 4:37. Hillman does not disclose this step.



25. As a result of the exposure to a plasma, a thin portion at the top of the titanium silicide layer is converted to titanium nitride—the "first metal nitride" of claim 1. *See* '592 at 4:38-39.



26. The third step is to deposit a layer of titanium nitride on top of the first layer of titanium nitride. This is the "second metal nitride" described in claim 1. *See* '592 at 4:40-43.



27. The fourth and final step is to deposit a layer of metal, such as tungsten, on top of the second layer of titanium nitride. *See* '592 at 4:44-45.



## VI. Hillman '912 Patent

28. Hillman '912 is one of a series of Hillman patents that describes a manufacturing tool for use in the fabrication of semiconductor devices. In particular, Hillman '912 discloses a

1 manufacturing tool that can be used to create various layers during the fabrication of

2 semiconductor devices, by using a combination of CVD, plasma, high temperature anneal,

3 rotation, and other techniques. *See* '912 at 4:10-6:54.

4     29. Hillman '912 describes many different fabrication processes—some of which have

5 nothing to do with fabrication of contacts to a semiconductor body. For example,'912 claim 2

6 describes deposition of thin film on aluminum. Aluminum is a conductor, not a semiconductor.

7     30. I have reviewed the two Hillman processes in columns 3 and 15 that Samsung

8 cited. Those portions of Hillman's specification use a number of terms of art that do not appear

9 in the Iacoponi patent.

10     31. Hillman describes that when multiple layers are to be deposited, the methods

11 previously described would be used. "According to the present invention, multiple layers are

12 deposited onto the substrate. The procedures previously described for deposition of individual

13 layers of tungsten, titanium, titanium nitride, or titanium silicide are employed to deposit a first

14 layer onto the substrate followed by a different second layer. The second layer would also be

15 deposited according to the procedures previously set forth. Optimally, additional layers can be

16 deposited. When advantageous, an ammonia anneal would be used." *See* '912 Patent at 15:l9-28.

17 This passage immediately precedes and is relevant to the description of an integrated contact

18 metallization that is given at 15:29-42. There is no process of the "present invention" described

19 anywhere in the Hillman patent leading up to column 15 wherein the deposition of titanium

20 results in the simultaneous, complete conversion to titanium silicide. A number of titanium

21 depositions are described but they are characterized as titanium. *See* Hillman 7:45-15:20.

22     32. Hillman characterizes at 10:45-52 that the titanium which is deposited is a layer of

23 titanium. The titanium may later react with silicon to form a film of titanium silicide, but Hillman

24 characterizes it as a titanium layer. This is no different than the disclosure of titanium silicide

25 forming at the juncture as described in the Abstract. "While titanium nitride may be deposited

26 with the present invention, it may also be desirable to deposit simply a layer of pure titanium. For

27 example, a titanium layer might be deposited upon a silicon wafer which then reacts with the

28

1  titanium to form a film of titanium silicide ($TiSi_2$). To this end, the present invention may also to

2  deposit a layer of titanium." See Hillman 10:45-52.

3  33.  Hillman describes an "ammonia plasma anneal." *See* '912 at 15:32. An

4  "ammonia plasma anneal" is very different from the nitrogen plasma technique disclosed in

5  Iacoponi '592. An ammonia plasma anneal subjects the exposed top surface to ionized nitrogen

6  molecules at the same time as it exposes the entire device to a high-temperature in an ammonia

7  atmosphere. The animation at Ex. A depicts an ammonia plasma anneal.

8  34.  An ammonia plasma anneal combines two different fabrication processes: (1) an

9  anneal and (2) a nitrogen plasma. It is important to understand that the combination of these two

10  processes does not mean that the chemical reactions take place at the same time or the same rate.

11  The timing of these processes relative to each other are critically important. A plasma causes a

12  very rapid chemical reaction in a very thin portion of the top surface of the device. An anneal

13  also causes chemical reactions, but an anneal is slower than a plasma. Unlike a plasma, an anneal

14  impacts all layers, not just the exposed portion of the top surface.

15  35.  The following drawings (paragraphs 36-41) illustrate the way that one of ordinary

16  skill in the art would understand the process steps described in Column 15 of the Hillman '912

17  patent:

36. The following drawing depicts the following statement from Hillman '912: "An integrated contact metalization process can be used by first depositing titanium onto a silicon surface by PECVD." Hillman '912 at 15:29-30.



37. The following drawing depicts the following statement from Hillman '912: "This will form a layer of titanium silicide." Hillman '912 at 15:31. Hillman subsequently refers to the titanium layer with titanium silicide at the silicon and titanium juncture as titanium. "After the titanium deposition an ammonia plasma anneal is performed to provide an upper layer of nitrided silicide titanium." Hillman '912 at 15:31-3. Hillman's Abstract explains that titanium silicide will form at the "juncture" between the silicon and the titanium during PE-CVD (plasma-enhanced CVD) deposition of titanium. "When titanium is so deposited over a silicon surface, titanium silicide will form at the juncture which then can be nitrided and coated with titanium or titanium nitride using the plasma enhanced chemical vapor deposition of the present invention." *See* Hillman at Abstract. Thus, this portion of Hillman's column 15 disclosure tells one of ordinary skill that the titanium silicide that forms during Hillman's titanium deposition will be covered by elemental titanium.



38. The following drawing and the next together depict the following statement from Hillman '912: "After the titanium deposition an ammonia plasma anneal is performed to provide an upper layer of nitrided silicide titanium." Hillman '912 at 15:31-33. As the drawing below depicts, the initiation of Hillman's plasma converts the top of the titanium layer to titanium nitride almost immediately.



39. Meanwhile, as the following drawing illustrates, the anneal causes silicon molecules to migrate from the silicon layer into the titanium. This silicon migration is much slower than the plasma reaction. Depending on the anneal temperature and duration, three different outcomes are possible. First, the silicon might migrate completely through the remaining deposited titanium layer, as depicted in the illustration. Second, the silicon can migrate part way through the titanium, leaving a layer of titanium between the titanium silicide and titanium nitride. Finally, if the anneal temperatures are high enough, the silicon can migrate all the way through the titanium and into the titanium nitride.



40. The following drawing depicts the following statement from Hillman '912: "Finally, a titanium nitride layer can be deposited by PECVD, again in the same reaction chamber." Hillman '912 at 15:33-35.

| Titanium Nitride |
| Titanium Nitride |
| Titanium Silicide |
| Silicon Surface |

41. The following drawing depicts the following statement from Hillman '912: "Finally, following the deposition of the titanium nitride, aluminum or tungsten metal can be sputter deposited."



42. In addition to these drawings, the animation attached as Ex. A to my Declaration depicts one of the three scenarios described in Hillman's column 15 process. In addition, Ex. A contains a side-by-side comparison of the two processes from the perspective of one of ordinary skill in the art.

### VII. HILLMAN DOES NOT ANTICIPATE THE IACOPONI '592 PATENT

43. I have been informed that a prior art reference cannot anticipate unless it discloses each and every claim limitation. Based on this understanding, Hillman does not anticipate either of the two asserted Iacoponi claims.

44. The Iacoponi claims require that a metal silicide be exposed to nitrogen plasma. *See* Iacoponi claim 1. In contrast, Hillman's process exposes titanium to nitrogen plasma. *See* Hillman '912 at 15:29-33. Titanium is not the same as titanium silicide.

45. Hillman does not expressly describe the claimed step of exposing the metal silicide layer to nitrogen ionized in a plasma. Hillman '912 does not expressly disclose Iacoponi's claimed step of exposing a metal silicide, in particular a titanium silicide, to nitrogen plasma.

46. The portion of column 15 that Samsung relies upon is:

> An integrated contact metalization process can be used by first depositing titanium onto a silicon surface by PECVD. This will form a layer of titanium silicide. After the titanium deposition an ammonia plasma anneal is performed to provide an upper layer of nitrided silicide titanium. Finally, a titanium nitride layer can be deposited by PECVD, again in the same reaction chamber. Finally, following the deposition of the titanium nitride, aluminum or tungsten metal can be sputter deposited.

Hillman '912 at 15:29-37. The plain language of this disclosure does not expressly state that titanium silicide is exposed to nitrogen ionized in a plasma.

47. As viewed through the eyes of one of ordinary skill, Hillman's disclosure of an "ammonia plasma anneal" does not expressly state that a layer of titanium silicide is exposed to the plasma. Instead, one of ordinary skill understands that Hillman's titanium silicide can be covered by titanium at the time the plasma is initiated. In that case, titanium silicide is covered by titanium, and the titanium is exposed to the plasma. That is not the same as Iacoponi's claimed method and therefore does not anticipate.

48. Nor does Hillman's statement that the ammonia plasma anneal results in a layer of "nitrided silicide titanium" expressly disclose Iacoponi's step of exposing titanium silicide to plasma. As described in paragraphs 58-61 below, this phrase has several potential meanings to one of ordinary skill in the art.

49. Hillman's column 15 process does not always result in titanium silicide being exposed to nitrogen ionized in a plasma. Depositing titanium on a silicon surface does not necessarily result in the titanium being completely converted to titanium silicide. *See* Thomas Decl. ¶22. Moreover, Hillman discloses that titanium silicide formation during deposition of titanium on silicon is limited to the area at the juncture. *See* Hillman Abstract. The phrase "nitrided silicide titanium" does not necessarily mean that Hillman's plasma converts titanium silicide to titanium nitride. *See* Thomas Decl. ¶22.

50. When titanium is deposited on a sufficiently hot silicon surface, a thin layer of titanium silicide forms at the interface of the titanium layer and the silicon. *See* Hillman '912 at Abstract. The conversion of titanium to titanium silicide is the result of diffusion of the underlying silicon into deposited titanium. During this reaction, silicon molecules from the silicon substrate diffuse, or "migrate" through the titanium, and react with the titanium to form titanium silicide. The animation attached as Ex. A to my Declaration illustrates this process.

51. Time and temperature play significant roles in the rate at which silicon diffuses through titanium, and along with thickness determine the resulting quantity of titanium silicide that is formed. Given enough time and sufficiently high temperatures, silicon can migrate all the way through the titanium—in which case the entire layer of titanium becomes titanium silicide.

52. Hillman's column 15 does not describe any of the process variables that define the extent to which titanium silicide will form while Hillman's titanium is being deposited. *See* Hillman '912 at 15:29-47. Without knowing the process variables, one cannot determine whether silicon "necessarily" migrates all the way through Hillman's titanium, such that the entire titanium layer is converted to titanium silicide before the ammonia plasma anneal is initiated.

53. The process variables define the diffusion of silicon. For example, if one deposits a thick layer of titanium on a relatively low-temperature silicon surface and then immediately exposes the titanium to an ammonia plasma anneal, the silicon will not have migrated all the way through the titanium before the plasma converts the top surface of the titanium into titanium nitride. In that case, the titanium silicide would be completely covered by titanium. Titanium, instead of the titanium silicide required by the Iacoponi claims, is exposed to nitrogen ionized in a plasma.

54. I have reviewed the claims of the Hillman '912 patent. Hillman's claims recite the use of a plasma to convert titanium (instead of titanium silicide). Hillman's claims 1, 7, and 11 recite methods in which titanium is deposited on a substrate. *See* '912 at 16:32-33; 16:65-67; 17:11-18:2. Claims 1 and 7 do not recite a particular substrate. Claim 11 recites a silicon surface. *See* '912 at 17:21-22. All of the claims recite the step of depositing a titanium layer on the substrate. However, none of the claims say that the deposited titanium is converted to titanium

1  silicide. *See* '912 at 16:32-33; 16:65-67; 17:11-18:2. Instead, all three recite the step of

2  converting the deposited titanium layer to titanium nitride. *See* '912 at 16:38-42; 17:1-3; 18:3.

3  This confirms that the Hillman process of depositing titanium on silicon does not always result in

4  the titanium layer being converted to titanium silicide.

5        55. Hillman's specification teaches that titanium silicide forms during deposition, but

6  Hillman's claims make it clear that he performs his process in such a way that titanium is left on

7  top of the titanium silicide. *See* '912 at 16:38-42; 17:1-3; 18:3. Plasma conversion is restricted to

8  the exposed portion of the surface layer. Hillman's claims inform one of ordinary skill in the art

9  that the top layer in the Hillman process can be titanium.

10        56. I have reviewed another Hillman patent, U.S. Patent 6,274,496. The '496 patent

11  incorporates the '912 patent specification by reference. The '496 expressly states that the

12  titanium silicide layer formed during Hillman's PE-CVD titanium deposition, using Hillman's

13  parameters, is covered by titanium:

> In an alternative embodiment of the present invention, an integrated contact metallization process is performed by first depositing titanium onto a silicon surface by PECVD, <u>during which a layer of titanium silicide is formed between the silicon surface and the titanium film</u>. After the titanium deposition, an ammonia or nitrogen plasma anneal is performed to provide an upper layer of nitrided silicide titanium. Finally, a titanium nitride layer is deposited by thermal CVD, again in the same reaction chamber.

Hillman '496 patent at 7:61-8:2.

      57. I compared this paragraph from the Hillman '496 patent to the paragraph at 15:29-47 of Hillman '912. These paragraphs are nearly identical. However, the Hillman '496 patent makes clear that the layer of titanium silicide is covered by a layer of titanium. *See* Hillman '496 at 7:63-65. Hillman '496 claim 23 confirms that Hillman's process can leave a layer of titanium on top of the titanium silicide. *See* Hillman '496 at claim 23 ("during the step of depositing the titanium film forming a layer of titanium silicide between the silicon wafer surface and the deposited titanium film."). Thus, as the Hillman '496 patent confirms, the substance being exposed to Hillman's plasma is titanium, not titanium silicide.

Case No. CV-08-0986-SI      - 17 -      DECLARATION OF ALEXANDER GLEW

58. The phrase "nitrided silicide titanium" does not mean that titanium silicide is exposed to nitrogen plasma. *See* Thomas Decl. ¶22. The phrase "nitrided silicide titanium" does not require that silicon migrates completely through the titanium layer to convert it to titanium silicide before the titanium nitride layer is formed.

59. The phrase "nitrided silicide titanium" is not a commonly used term of art. At a minimum, the phrase is susceptible to more than one interpretation. The phrase can refer to the silicidation of previously-formed titanium nitride. In this process, silicon diffuses into the layer of titanium nitride. This can occur under sufficiently high temperatures—such as an anneal. Hillman's column 15 does not include any of the process variables that would allow a person of ordinary skill to determine whether or not silicon would migrate into the titanium nitride layer. If Hillman's process is performed using sufficiently high temperatures, silicon could migrate into the titanium nitride layer.

60. It is theoretically possible, given a long exposure to very high temperatures, for the silicon to diffuse to the top of the titanium nitride layer and be exposed to the plasma. Notably, this situation still would not satisfy Iacoponi's "exposing" step. Iacoponi requires that metal silicide be nitrided, not that a metal nitride layer be silicided. *See* '592 at claims 1 and 4.

61. "Nitrided silicide titanium" could also refer to a composite layer consisting of titanium nitride and titanium silicide layers, with or without an intermediate titanium layer. This is consistent with the use of that phrase in Hillman's '496 patent. *See* Hillman '496 at 7:61-8:2. There, use of the phrase "nitrided silicide titanium" does not mean that titanium silicide is exposed to plasma. *See* Hillman '496 at 7:61-8:2. Instead, the phrase "nitrided silicide titanium" describes a stratified layer created when a plasma converts titanium to titanium nitride, while an anneal slowly converts the remaining titanium to titanium silicide.

62. The process briefly described at column 3 of the Hillman patent does not anticipate because it does not describe each and every step recited in Iacoponi claims 1 or 4. For example, column 3 does not specify that it is titanium silicide, as opposed to titanium, that is exposed to the plasma. *See* '912 at 3:47-53. Thus, column 3 fails to disclose the "exposing" method step for the

Case No. CV-08-0986-SI - 18 - DECLARATION OF ALEXANDER GLEW

same reasons as the process of column 15. Column 3 does not describe the step of depositing a second metal on top of the second metal nitride layer. *See* '912 at 3:47-53.

63. I declare under penalty of perjury that the foregoing is true and correct.

DATED: April 16, 2009   By: _____/s/ Alexander Glew_____
Alexander Glew