# Exhibit B

# Curriculum Vitae

# Alexander D. Glew, Ph.D., P.E.

## Expertise

- Semiconductor Processing
- Semiconductor Equipment
- Thin film processing
- Low k dielectric films
- Plasma Processing
- Diamond Like Carbon (DLC)
- Thin Film Characterization

- Ultra High Purity Gas and Chemical Delivery Systems
- Vacuum Systems
- Corrosive Gas Technology
- Finite Element Analysis (FEA)
- Project turnaround
- Related market segment analysis
- Professional Engineer (PE)

## Employment History

| | | |
|---|---|---|
| From: | 1997 | Glew Engineering Consulting, Inc. |
| To: | Present | Mountain View, California |
| | Position: | President |

Clients include companies from semiconductor equipment, plasma generation, vacuum systems, fluid delivery systems, flow and pressure component suppliers, laser manufacturers, consumer electronics, and others. Consulting work includes thin film characterization, process development, project turn-around/rescue, gas flow and vacuum metrology, design of experiments, corrosive gas applications, finite element analysis and related market analysis.

| | | |
|---|---|---|
| From: | Aug 1987 | Applied Materials, Inc. |
| To: | Jan 1997 | Santa Clara, California |
| | Titles | Engineering Manager, Core-Technologist |
| | Project Mgr. | |
| | Jan 1996 to | |
| | Jan 1997 | |

- Sat on corporate engineering/technology (ET) council, one of 15 council members. Responsible for corporate direction in gas delivery technology for all divisions, including CVD, PVD, etch, thermal and others. Also, qualified gas and vacuum component selections. Consulted with all divisions on gas and vacuum systems, and component and supplier selections.

- Successfully proposed and executed a project that SEMATECH S100 funded. The goal was to develop industry methods to determine the effects of trace chemicals on semiconductor processing and equipment reliability. This resulted in two SEMATECH Technology Transfers listed below. First, ppb levels of impurities were introduced into both a

# Curriculum Vitae

| | |
|---|---|
| CVD Supplier Quality Engineering Manager | Tungsten CVD deposition process and an aluminum etching process. The effect on particle generation, deposition rate, uniformity, selectivity and incorporation into the film were examined. This work resulted in a 30% increase in deposition rate. Similarly, ppb-ppm levels of impurities were introduced into HBr gas systems and accelerated lifetime tests were conducted at three sites across the country. |
| Core Technologist | • Responsible for gas, vacuum and chemical components evaluation, testing and supplier quality management. Managed an engineering group that tested and recommended gas, vacuum and chemical components for the CVD division, and developed process controls at suppliers. Supervised laboratory and trained individuals to develop specialized testing capabilities to characterize gas delivery and vacuum components. Also |
| CVD Engineering Manager | supported Etch, PVD and other divisions with common suppliers including vacuum pumps, vacuum transducers, flow controllers, valves and similar. |
| | • Managed group of engineers and support personnel who developed gas panels and liquid source delivery systems for dielectric deposition. Delivered TEOS, TMP, TMB and other organometallic low-pressure liquids for SG, BPSG dielectric deposition. Also, started and managed the customer engineering special group for the CVD division, which engineered all equipment modifications to meet customer specifications. These modifications included changes across the entire system, including process chambers, vacuum systems, gas delivery, power distribution, safety and robotics. |
| Systems Engineer | • Worked on the development and release of the landmark product, Precision 5000 CVD, one of which is now in the Smithsonian Institute. This was the first cluster tool for semiconductor manufacturing. |
| | • Responsible for flow and vacuum equipment suppliers for company including MFC, valves, mechanical vacuum pumps, cryo-pumps, dry pumps, and others. Supported multiple divisions on these matters. |

| | | |
|---|---|---|
| From: | 1996 | Stanford University |
| To: | 2002 | Stanford, California |
| | | Ph.D. |
| | | Completed a dissertation in the department of Materials Science & Engineering leading to the Ph.D. degree. |
| | | Research includes: |

- Plasma Deposition of Diamond-Like Carbon and Fluorinated Amorphous Carbon and the Resultant Properties and Structure

- Investigation of deposition mechanism fluorinated amorphous carbon (FLAC) and diamond-like carbon (DLC).
- Modeled and conducted experiments on mechanism of ion energy, momentum and flux dependence for FLAC and DLC film synthesis in radio-frequency plasma discharges, including competing mechanisms of sub-plantation, ion-peening, sputtering, and etching.
- Constructed and instrumented a multi-purpose processing chamber for CVD, etch, and sputtering with measurement capability.
- Fabricated MIS capacitors to investigate the dielectric properties of fluorinated amorphous carbon (FLAC). Performed all wafer processing to construct MIS capacitors, including lithography, etch, CVD and PVD.
- Conducted thin film analysis including UV absorption spectroscopy, spectral ellipsometry, multi incident angle ellipsometry, Fourier transform infrared spectroscopy, profilometry, nano-indentation, and gravimetric measurements.
- Modeled dielectric properties and dispersion relationship of fluorinated amorphous carbon (FLAC), and compared spectral ellipsometric measurements to results of electrical CV tests and thickness measurements by profilometry using MIS structures.

## Consulting History (Partial)

| From | Nov. 2008 | V-Moda. |
| To: | Feb 2009 | |
| | Duties | FEA and rcliability analysis of consumer electronics failure. |

| From | Sep 2008 | Malema Sensor |
| To: | Oct 2008 | |
| | Duties | Safety Analysis of Fluid dispense system for semiconductor equipment. |

| From | Dec 2007 | Damage analysis for insurance valuation. |
| To: | Jan 2008 | |
| | Duties | Analysis of damage to equipment from a chemical leak. On hold. |

| From: | Apr 2007 | Epicrew |
| To: | Oct 2008 | |
| | Duties | Finite element analysis of temperature distribution in process chamber, and leading to safety issues and analysis of emergency conditions in epitaxial equipment. |

# Curriculum Vitae

| | | |
|---|---|---|
| From: | Apr 2007 | Unicor |
| To: | Oct 2007 | |
| | Duties | Analysis by FEA and approval of structures as a licensed mechanical engineer. |

| | | |
|---|---|---|
| From: | 2007 | Altcatel |
| To: | Present | |
| | Duties: | Consulting on semiconductor foundry processes that lead to IC failures. International Arbiration. |

| | | |
|---|---|---|
| From: | 2002 | |
| To: | Present | Consulting with financial analysts on semiconductor industry through Gerson Lehrman Group. |
| | Duties: | Provided on the spot analysis of new technologies, companies, and products within the semiconductor and related industry. |

| | | |
|---|---|---|
| From: | March 2004 | AIU |
| To: | Present | Hsinchu, Taiwan |
| | Duties: | Analysis of complete destruction of FAB due to facility design, equipment design, installation, process monitoring and control, etc... Arbitration. Potential litigation in Taiwan. |

| | | |
|---|---|---|
| From: | June 2004 | Rosemont Process, Division of Emerson Electric, Inc. |
| To: | Nov 2004 | Minneapolis, MN. |
| | Duties: | Market analysis of process monitoring and control needs. |

| | | |
|---|---|---|
| From: | Oct 2000 | Brooks Instrument, Division of Emerson Electric, Inc. |
| To: | March 2001 | Hattfield, PA, and Minneapolis, MN. |
| | Duties: | Market analysis of semiconductor equipment needs with respect to fluid handling components. |

| | | |
|---|---|---|
| From: | Apr 2000 | Lebar, Inc. |
| To | Oct 2000 | Sunnyvale, CA |
| | Duties: | System design and fluid delivery system design for plasma based photoresist strip (photoresist removal). |

| | | |
|---|---|---|
| From: | Dec 1999 | High Speed Industries, Inc. |
| To | 2000 | Lake Elsinore, CA |
| | Duties: | Market analysis of semiconductor equipment needs with respect to fluid handling components. |

| | | |
|---|---|---|
| From: | May 1999 | Aeroquip (Division of Eaton Corp.) |
| | | Ann Arbor, MI |

# Curriculum Vitae

|        |           |                                                                                                    |
|--------|-----------|----------------------------------------------------------------------------------------------------|
| Duties: |          | Reviewed new product entry (semiconductor fluid handling) prior to product engineering.           |

From:  Sep 1999   Steag RTP Systems, Inc.
To:    Nov 1999   San Jose, CA.
       Duties:    Materials evaluation and testing for metallic reduction in thermal $SiO_2$ films produced by rapid thermal processing (RTP) with steam.

From:  Sep 1998   Cymer, Inc.
To:    Aug 1999   San Diego, CA
       Duties:    Project manager responsible for leading team through concept and feasibility studies for major product enhancement to Excimer laser used in deep ultraviolet lithography.

From:  Jan 1997   Millipore, Inc.
To:    Sep 1998   Rancho Bernardo, CA
       Duties:    
       - Established a metrology group responsible for vacuum and flow measurements. The metrology is used in the manufacture and service of instruments for semiconductor process equipment. Established statistical process control for production metrology equipment.
       - Led development team for new mass flow control device.


## Litigation Support Experience

Client    Robbins, Kaplan, Miller, & Ciresi (AMD)
Case      AMD v. Samsung
Project   Patent litigation for AMD Semiconductor TiN patent relating to DRAM and FLASH memory products.
Dates     2007
Status    Filed.

Client    Wilmer Hale, Palo Alto, CA ( IDT)
Case      LSI v. IDT at the International Trade Comission, *Certain Semiconductor Integrated Circuits Using Tungsten Metallization And Products Containing Same*, Inv. No. 337-TA-648
Project   Semiconductor processing patent relating to TiN patents.
Dates     2008
Status    Filed.

Client    Morrison and Forrester (Advance Micro-Fabrication Equipment)
Case      Applied Materials v. Advanced Micro-Fabrication Equipment C07 05248 JW (PVT)
Project   Semiconductor equipment manufacturer trade secret case.

# Curriculum Vitae

| | |
|---|---|
| Dates | 2008 |
| Status | Filed. |

| | |
|---|---|
| Client | Ropes and Gray (Entegris) |
| Case | Pall v. Entegris,<br>05-CV-5894 (BMC)(WDW), United States District Court, Eastern District of New York |
| Project | Patent dispute, filter patents. |
| Dates | 2006 to present |
| Status | Filed. |

| | |
|---|---|
| Client | Thelen Reid and Priest, San Jose, CA ( Celerity)<br>Keith Slenkovich (attorney) |
| Case | Celerity vs. Ultra-Clean Technologies<br>CASE NO. 05-CV-04374 MMC, United States District Court, Northern District of California |
| Project | Patent disputes, semiconductor processing equipment, ultra high purity gas delivery systems. |
| Dates | 2005-2007 |
| Status | Tried: Testified in June 2007. |

| | |
|---|---|
| Client | Foran Glennon Palandech and Ponzi, Chicago, IL (American Insurance Underwriters)<br>James Glennon (attorney) |
| Case | International Arbitration, Tokyo |
| Project | Analysis of complete destruction of FAB due to facility design, equipment design, installation, process monitoring and control, etc. |
| Dates | 2004-2007 |
| Status | Arbitrated: Testified in Feb 2007. |

| | |
|---|---|
| Client | Hollister & Brace and White & Case (AMS) |
| Case | Sputtered Films Inc. vs. Advanced Modular Systems |
| Project | Trade secrets regarding semiconductor processing/equipment used for manufacturing cell phone ICs. |
| Dates | 2007 |
| Status | Settled. |

| | |
|---|---|
| Client | Thelen Reid and Priest, San Jose, CA (Genmark)<br>Rorbert Camors (attorney) |
| Case | Genmark Automation vs. Innovative Robotics Systems Inc.<br>Case No. C07 05248 JW (PVT), United States District Court Northern District of California, San Jose Division |
| Project | Patent disputes, semiconductor processing equipment, wafer handling. |
| Dates | 2005-2006 |
| Status | On hold. |

# Curriculum Vitae

| | |
|---|---|
| Client | Morgan & Finnegan LLP, NY, NY ( ATMI) |
| | Kramer, Levin, Naftalis & Frankel LLP |
| | Ted Mlynar (attorney) |
| Case | ATMI vs. Praxair, |
| | Case No. 03 CV 5161, US District Court, Deleware |
| Project | Patent dispute, high purity hazardous chemical cylinder patents. |
| Dates | 2004-2006 |
| Status | Tried: Testified Nov-Dec 2006 |

| | |
|---|---|
| Client | Morgan & Finnegan LLP, NY, NY ( DuPont) |
| | William Feiler (attorney) |
| | Civil Action No. 04-C-4049,  US District Court, Northern District of Illinois Eastern Division |
| Case | Rapak vs. DuPont |
| Project | Patent disputes. |
| Dates | 2006 |
| Status | Settled. |

| | |
|---|---|
| Client | Cooley Goddard LLP, Broomfield, CO ( Advanced Energy) |
| | Jim Brogan (attorney) |
| Case | MKS Instruments Inc. vs. Advanced Energy |
| | C.A. No. 03-469 (JJF), US District Court, Deleware |
| Project | Patent dispute. |
| Dates | 2004-2005 |
| Status | Tried: Testified |

| | |
|---|---|
| Client | Kerr & Wagstaffe LLP, Attorneys (HT Components) |
| Case | General Components, Inc.  V.  HT.  Components, U.S.A., Inc. Case No.  C 01-20925 JF |
| Project | Review of breach of contract for semiconductor equipment components. |
| Dates | Approxiamtely 2002 |
| Status | Settled |

| | |
|---|---|
| Client | Shannon, Gracey, Ratliff & Miller LLP, Fort Worth, TX, (Thompson & Knight) |
| Case | Lawrence J. Knipp and Nykar Technologies L.P. vs. Raymond M. Galasso and Thompson & Knight, LLP Cause No. 153-191270-02 |
| Project | Reviewed patent prosecution malpractice. |
| Dates | Approxiamtely 2002 |
| Status | Settled |

| | |
|---|---|
| Client | Frommer Lawrence & Haug,  New York, NY (TEL) |
| Case | Semitool Inc. vs. Tokyo Electron America, Tokyo Electron Kyushu |

| | |
|---|---|
| | Limited, Tokyo Electron Limited |
| | Stephen Lieb (attorney) |
| | Civil Action No. C 02 0288 CW (EMC) |
| Project | Patents: |
| | 4,985,722 Apparatus for coating a photo-resist film and/or developing it after being exposed |
| | 5,442,416 Resist processing method |
| Dates | Approxiamtely 2002-2003 |
| Status | Settled |
| | |
| Client | Keker & Van Nest, San Francisco, CA, (ASM) |
| | ASM America, Inc. et al v. Genus, Inc. |
| | Stuart Gassner (attorney) |
| Case | Civil Action No. C 01-02190 EDL |
| Project | Patents: |
| | 6,015,590 Method for growing thin films. |
| | 5,916,365 Sequential Chemical Vapor Depositions. |
| Dates | 2001-2002 |
| Status | Settled |
| | |
| Client | Orrick Herrington & Sutcliffe, LLP ( Applied Materials) |
| | Gary Weiss (attorney) |
| Case | Applied Materials, Inc. v. LTD Ceramics et al |
| | U.S.D.C. Case No. C01-20478 JF PVT ADR |
| Project | Misappropriation of trade secrets. |
| Dates | 2001-2003 |
| Status | Settled |
| | |
| Client | Knobbe Martens, Olsen Bear, Newport Beach, CA, (Air Products) |
| Case | Advanced Delivery & Chemical Systems v. Air Products and Chemical, Inc. |
| | Case A 99-CA-406 SS |
| Project | Patents for chemical delivery. |
| Dates | 2000-2001 |
| Status | Settled |
| | |
| Client | Mitsubishi Silicon America vs. Semitool, Inc. |
| | Harrang Long Gary Rudnick (Salem, OR) |
| Case | CV 98-826-AA |
| Project | Semiconductor equipment breach of contract. |
| Dates | 1999-2000 |
| Status | Settled |
| | |
| Client | Semitool, Inc. vs. Novellus Systems |
| | Irell & Manella (Los Angeles) |

# Curriculum Vitae

| | |
|---|---|
| Case | C 98-3089 DLJ |
| Project | Patents: |
| | 4300581 Centrifugal Wafer Processor |
| | 5377708 Multistation Semiconductor Processor with Volitization |
| | 5222310 Single Wafer Processor with Frame. |
| Dates | 1999 |
| Status | Settled |

| | |
|---|---|
| Client | Applied Materials, Inc. v. McDowell & Company, et al |
| | Orrick Herrington & Sutcliffe LLP (Menlo Park, CA) |
| Case | 3-98CV-907-R |
| Project | Misappropriation of trade secrets. |
| Dates | 1999 |
| Status | Settled civil case. |

| | |
|---|---|
| Client | Applied Materials, Inc. v. David Biehl, et al |
| | Orrick Herrington & Sutcliffe LLP (Menlo Park, CA) |
| Case | CR95-20082 RMT PVT |
| Project | Misappropriation of trade secrets. |
| Dates | 1999 |
| Status | Settled civil case. Criminal Conviction. |

| | |
|---|---|
| Client | Micron Technology, Inc. v. Mosel Vitelic, Inc. |
| | Kirkland & Ellis (Chicago, IL) |
| Case | 337-TA-414 |
| | CIV98-0293-S-LMB |
| | CIV98-0294-S-LMB |
| Project | Patent 4436584: Anisotropic plasma etching of semiconductors |
| Dates | 1999 approximately |
| Status | Settled |

| | |
|---|---|
| Client | Hyundai Electronics Industries v. NEC |
| | Townsend and Townsend and Crew, LLP (Palo Alto, CA) |
| Case | 98-118-A |
| | 2:98cv0077 |
| Project | Patent 5,509,995 Process For Anisotropically Etching Semiconductor Material. |
| Dates | 1998 approximately |
| Status | Settled |

| | |
|---|---|
| Client | Hyundai Electronics America, Inc. v. Texas Instruments, Inc. : |
| | Penney & Edmonds (Palo Alto, CA) |
| Case | 98-648-A |
| Project | Patent 5,509,995 Process For Anisotropically Etching Semiconductor Material. |
| Dates | 1998 approximately |

# Curriculum Vitae

Status    Settled

## Patents

| Patent Number | Date Issued | Title |
|---|---|---|
| 7,118,090 | Jan 20, 2007 | Control Valves |
| 6,679,476 | Jan. 20, 2004 | Control Valves |
| 6,204,174 | Mar. 20, 2001 | Method And Apparatus Rate Deposition Of Tungsten. |

## Education

| | | |
|---|---|---|
| 2003 | Stanford University | Ph.D., Materials Science and Engineering |
| 1995 | Stanford University | M.S., Materials Science and Engineering |
| 1987 | University of California, Berkeley | M.S., Mechanical Engineering |
| 1985 | University of California, Berkeley | B.S., Mechanical Engineering |

## Publications and Conference Presentations (selected).

A.D. Glew, M.A. Cappelli, "Characterization and dielectric properties of fluorinated amorphous carbon measured by capacitance-voltage versus spectral ellipsometry", *Materials Research Society Symposium Proceedings,* **593***,* Boston, MA, 1999, pp. 341-346.

A.D. Glew, M.A. Cappelli, "In situ plasma analysis, fluorine incorporation, thermostability, stress, and hardness comparison of fluorinated amorphous carbon and hydrogenated amorphous carbon thin films deposited on Si by plasma enhanced chemical vapor deposition", *Material Research Society Symposium Proc.*, **565***,* San Francisco, CA 1999, pp 285-290.

A.D. Glew, R. Saha, M.A. Cappelli and J.S. Kim, "Ion Energy and Flux Dependence of Diamond Like Carbon Film Synthesis in Radio-Frequency Discharges", *International Conference on Metal Coatings and Thin Films,* Surface and Coatings Technology 114 (1999) 224-229.

A. Glew, R. Saha, M. Cappelli and J. Kim, "Ion Energy and Flux Dependence of Diamond Like Carbon Film Synthesis in Radio-Frequency Discharges", *International Conference on Metal Coatings and Thin Films*, San Diego, CA, April 1998

A. Glew, J, Ammenheuser, M. Crockett, A. Johnson, W. Dax, R. Binder, J. Riddle, "SEMASPEC 97043272A Accelerated Life Tests of Gas System Performance and Reliability," *http://www.sematech.org/public/docubase/abstract/3272atr.htm*.

# Curriculum Vitae

A. Glew, J. Ammenheuser, J. Riddle, A. Johnson, "SEMASPEC 96083175A-XFR Determining the Effects of Impurities on Semiconductor Thin Film Processing," *http://www.sematech.org/public/docubase/abstract/3175axfr.htm.*

A Glew, "Selecting Gas Purity and Materials of Construction in High Purity Gas Systems," *Semicon West Symposium on Corrosion*, July 1997

Glew, J. Kim, K. Lee, M. Cappelli, "On the Characteristics of Diamond Like Carbon",
   A. *International Conference on Metal Coatings and Thin Films*, San Diego, CA, April 1997

A. Glew, D. Porter, "Gas System Reliability Testing in Chlorine", *Semiconductor Fabtech*, May 1996.

## Professional Associations
American Society of Mechanical Engineers (ASME)
Materials Research Society (MRS)
International Code Council (ICC)
IEEE
SEMI

## Professional License
Licensed Mechanical Engineer, State of California, M26690

## Laboratory analysis
Laboratory analysis may be provided through supervised third party laboratories.

## Technical Software Packages (selected)
Algor™: Multi-Physics Finite Element Analysis
AutoCAD Inventor™: Computer Aided Design
Alibre™: Computer Aided Design
Mathematica™: general analysis
MathCAD™ : general analysis

---

For more information please contact:

Glew Engineering Consulting Inc.
282 San Antonio Road
Mountain View, CA 94040

Tel:   800-877-5892
Tel:   650 403 2061
Fax:   650-292-2210
Email: adglew@glewengineering.com

# Curriculum Vitae

Web: [www.glewengineering.com](www.glewengineering.com)