William H. Manning (*pro hac vice*)
E-mail: WHManning@rkmc.com
Brad P. Engdahl (*pro hac vice*)
E-mail: BPEngdahl@rkmc.com
Jacob S. Zimmerman (*pro hac vice*)
E-mail: JSZimmerman@rkmc.com
Aaron R. Fahrenkrog (*pro hac vice*)
E-mail: ARFahrenkrog@rkmc.com
**Robins, Kaplan, Miller & Ciresi L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181

David E. Marder (*pro hac vice*)
E-mail: DEMarder@rkmc.com
**Robins, Kaplan, Miller & Ciresi L.L.P.**
800 Boylston Street, 25th Floor
Boston, MA 02199
Telephone: 617-267-2300
Facsimile: 617-267-8288

John P. Bovich (SBN 150688)
E-mail: JBovich@reedsmith.com
**Reed Smith LLP**
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111
Telephone: 415-543-8700

Attorneys for Plaintiffs Advanced Micro
Devices, Inc. and ATI Technologies ULC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>Defendants. | Case No. CV-08-0986-SI<br><br>**DECLARATION OF JACOB ZIMMERMAN IN SUPPORT OF AMD's OPPOSITION TO SAMSUNG'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 5,545,592** |

Case. No. CV-08-0986-SI         DECLARATION OF JACOB ZIMMERMAN

1. I am an associate with the law firm Robins, Kaplan, Miller & Ciresi L.L.P., and am one of the attorneys representing the plaintiffs in this action. I make all of the statements in this Declaration of my own personal knowledge and in accord with 28 U.S.C. § 1746.

2. Attached as Exhibit 1 is a true and correct copy of U.S. Patent No. 5,545,592 (Iacoponi '592).

3. Attached as Exhibit 2 is a true and correct copy of U.S. Patent No. 5,975,912 (Hillman '912).

4. Attached as Exhibit 3 is a true and correct copy of U.S. Patent No. 6,274,496 (Hillman '496).

5. Attached as Exhibit 4 is a true and correct copy of Appendix A1 to Samsung's Preliminary Invalidity Contentions, dated November 14, 2008.

6. Attached as Exhibit 5 is a true and correct copy of excerpts from Samsung's Preliminary Invalidity Contentions, dated November 14, 2008.

7. Attached as Exhibit 6 is a true and correct copy of excerpts from AMD's Supplemental Response to Samsung's Interrogatory No. 9, dated March 6, 2009.

8. Attached as Exhibit 7 is a true and correct copy of the Declaration of Lawrence C. Lynnworth in Support of SMC's Motion for Summary Judgment of Invalidity (Obviousness), included in the Joint Appendix filed with the Federal Circuit in appeal nos. 2008-1045, 2008-1112.

9. I declare under penalty of perjury that the foregoing is true and correct.

DATED: April 17, 2009

By: _____
Jacob S. Zimmerman