# Exhibit 5

ROBERT T. HASLAM (Bar No. 71134)
rhaslam@cov.com
MICHAEL K. PLIMACK (Bar No. 133869)
mplimack@cov.com
CHRISTINE SAUNDERS HASKETT (Bar No. 188053)
chaskett@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

ALAN H. BLANKENHEIMER (Bar No. 218713)
ablankenheimer@cov.com
LAURA E. MUSCHAMP (Bar No. 228717)
lmuschamp@cov.com
JO DALE CAROTHERS (Bar No. 228703)
jcarothers@cov.com
COVINGTON & BURLING LLP
9191 Towne Centre Drive, 6th Floor
San Diego, CA 92122-1225
Telephone: (858) 678-1800
Facsimile: (858) 678-1600

Attorneys for Defendants and Counterclaimants SAMSUNG ELECTRONICS CO., LTD., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, LLC, SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, SAMSUNG TECHWIN CO., LTD., and SAMSUNG OPTO-ELECTRONICS AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., <br><br> Plaintiffs and Counterdefendants, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendants and Counterclaimants. | Case No. 3:08-CV-0986-SI <br><br> **DEFENDANTS AND COUNTERCLAIMANTS' PRELIMINARY INVALIDITY CONTENTIONS PURSUANT TO PATENT L.R. 3-3** |

Pursuant to Patent Local Rule 3-3, Defendants and Counterclaimants (collectively "Samsung") hereby submit their Preliminary Invalidity Contentions to Plaintiffs and

SF: 107104-4

In addition, as disclosed herein, Samsung contends that certain claims of the patents-in-suit are invalid for failing to comply with the written description, enablement, best mode, and/or definiteness requirements pursuant to 35 U.S.C. § 112. As a result, Samsung's Preliminary Invalidity Contentions are made in the alternative, and should in no way be seen as admissions (1) as to the proper construction or scope of the claims of the patents-in-suit or (2) that any of the patents-in-suit meet the written description, enablement, best mode, or definiteness requirements.

## I. Patent L.R. 3-3(a): Identity of Each Item of Prior Art

Samsung identifies the following prior art patents and publications for each of the asserted patents. Samsung reserves the right to rely on any products offered for sale, publicly used, or publicly known that embodied any of the references identified below.

### A. U.S. Patent No. 5,545,592 ("the '592 patent"), Claims 1 & 4

Samsung identifies the following items of prior art that anticipate the asserted claims and/or render the asserted claims obvious alone or in combination with other prior art identified below:

| Prior Art Patents and Patent Publications | | |
|---|---|---|
| Number | Country of Origin | Date of Issue/Publication |
| 5,975,912 | United States | Nov. 2, 1999 |
| 4,920,071 | United States | Apr. 24, 1990 |
| 2-235372 | Japan | Sep. 18, 1990 |
| 4-290425 | Japan | Oct. 15, 1992 |
| 5-243179 | Japan | Sep. 21, 1993 |
| 5,103,272 | United States | Apr. 7, 1992 |
| 4,701,349 | United States | Oct. 20, 1987 |
| 5,652,180 | United States | Jul. 29, 1997 |
| 2-90610 | Japan | Mar. 30, 1990 |
| 5-102073 | Japan | Apr. 23, 1993 |
| 2-116124 | Japan | Apr. 27, 1990 |

3
SAMSUNG'S PRELIMINARY INVALIDITY CONTENTIONS
CV-08-0986-SI

| | | |
|---|---|---|
| 2-250354 | Japan | Oct. 8, 1990 |
| 6-204173 | Japan | Apr. 8, 1994 |
| 6-97111 | Japan | Apr. 8, 1994 |
| 5,170,242 | United States | Dec. 8, 1992 |
| 5,187,120 | United States | Feb. 16, 1993 |
| 5,221,853 | United States | June 22, 1993 |
| 5,686,323 | United States | Nov. 11, 1997 |
| 5,227,335 | United States | Jul. 13, 1993 |
| 5,102,827 | United States | Apr. 7, 1992 |
| 5,202,287 | United States | Apr. 13, 1993 |
| 5,084,417 | United States | Jan. 28, 1992 |
| 4,640,004 | United States | Feb. 3, 1987 |
| 5,462,895 | United States | Oct. 31, 1995 |
| 5,525,543 | United States | June 11, 1996 |
| 4,851,369 | United States | Jul. 25, 1989 |
| 4,994,410 | United States | Feb. 19, 1991 |
| 5,049,975 | United States | Sep. 17, 1991 |
| 5,242,860 | United States | Sep. 7, 1993 |
| 5,420,072 | United States | May 30, 1995 |
| 5,585,673 | United States | Dec. 17, 1996 |
| 5,317,187 | United States | May 31, 1994 |
| 4-61323 | Japan | Feb. 27, 1992 |
| 4-71231 | Japan | Mar. 5, 1992 |
| 3-153077 | Japan | Jul. 1, 1991 |
| 4-14219 | Japan | Mar. 5, 1992 |
| 2-119129 | Japan | May 7, 1990 |
| 63-280417 | Japan | Nov. 17, 1988 |

| 63-12132 | Japan | Jul. 22, 1986 |
| 1-25572 | Japan | Jan. 27, 1989 |
| 2-231713 | Japan | Sep. 13, 1990 |
| 4-137621 | Japan | May 12, 1992 |
| **Prior Art Articles** | | |
| Title | Date of Publication | Author and Publisher |
| Contact Resistance Improvement for Tungsten Metallurgy | Jan. 1, 1990 | T.J. Hartswick, P. Lee, E.M. Smith; IBM |
| New Structure for Contact Metallurgy | May 1, 1983 | C.Y. Ting; IBM |
| Using Titanium Nitride and Silicon Nitride for VLSI Contacts | Sep. 1, 1981 | C.Y. Ting; IBM |
| Etch Stop Materials and Process for Reactive Ion Etching of Aluminum Copper | Jan. 1, 1988 | W.J. Cote, J.E. Cronin, C.W. Kaanta, T.M. Wright; IBM |
| Novel Submicron MOS Devices by Self-Aligned Nitridation of Silicide (Sanicide) | 1985 | H. Kaneko, M. Koyanagi, S. Shimizu, Y. Kubota, S. Kishino; IEEE |
| Self-aligned titanium silicide device technology by $NH_3$ plasma assisted thermal annealing | Nov./Dec. 1987 | B.Z. Li, S.F. Zhou, J. Li, T.A. Tang; J. Vac. Sci. Technol. B |
| An Evaluation of the Device Performance and Manufacturability of Three Adhesion Layers for Blanket CVD Tungsten | 1991 | R. Barber, M. Shenasa; Materials Research Society |
| Titanium Nitride Local Interconnect Technology for VLSI | 1987 | T. Tang, C.C. Wei, R. Haken, T. Holloway, L. Hite, T. Blake; IEEE |
| Failure of Titanium Nitride Diffusion Barriers During Tungsten Chemical Vapor Deposition: Theory and Practice | 1992 | M. Rutten, D. Greenwell, S. Luce, R. Dreves; Materials Research Society |
| A Quarter-Micrometer Interconnection Technology Using a TiN/Al-Si-Cu/TiN/Al-Si- | 1993 | T. Kikkawa, H. Aoki, E. Ikawa, J. Drynan; IEEE |

| | | |
|---|---|---|
| Cu/TiN/Ti Multilayer Structure | | |
| On the Failure Mechanisms of Titanium Nitride/Titanium Silicide Barrier Contacts Under High current Stress | Dec. 1988 | Kuan-Yu Fu, Ronald E. Pyle, IEEE |
| Al/W/TiNx/TiSiy/Si Barrier Technology for 1.0-um Contacts | Feb. 1988 | S.W. Sun, J. J. Lee, B. Boeck, and R.L. Hance, IEEE |

Samsung further identifies all prior art references cited or included in the prosecution history of the '592 patent, as well as any statements regarding the prior art present in the prosecution history. Samsung further identifies and reserves the right to rely on all related applications and foreign counterparts to any reference identified above.

**B.     U.S. Patent No. 4,737,830 ("the '830 patent"), Claims 5 &6**

Samsung identifies the following items of prior art that anticipate the asserted claims and/or render the asserted claims obvious alone or in combination with other prior art identified below:

| Prior Art Patents and Patent Applications | | |
|---|---|---|
| Number | Country of Origin | Date of Issue/Publication |
| 4,654,689 | United States | March 31, 1987 |
| 59-46044 | Japan | March 15, 1984 |
| 55-52237 | Japan | April 16, 1980 |
| 58-64048 | Japan | April 16, 1983 |
| 59-040547 | Japan | March 6, 1984 |
| 4,675,717 | United States | June 23, 1987 |
| 4,477,736 | United States | October 16, 1984 |
| 4, 493,056 | United States | January 8, 1985 |
| 4,516,312 | United States | May 14, 1985 |
| 4,536,941 | United States | August 27, 1985 |
| 4,559,548 | United States | December 17, 1985 |

6

| | | |
|---|---|---|
| Frox System Owner's Manual including Video Manual | 1991 | Frox, Inc. |
| IBM Aptiva Handbook | May, 1996 | IBM |
| Mass MicroSystems TitleMaker User's Guide and Reference Manual | 1990 | Mass MicroSystems |
| Magnavox CDI1450/CDI1550 Operating Instructions | 1994 | Philips Interactive Media Systems |
| Macintosh Reference | 1990 | Apple Computer, Inc. |
| Trinitron Color TV Operating Instructions | 1995 | Sony Corporation |
| Sony Trinitron Color TV Service Manual | 1995 | Sony Corporation |
| Data Sheet: MOS Integrated Circuit 424270 | 1991 | NEC Corporation |
| Data Sheet: MB834000A/AL ROM Memory | November, 1990 | Fujitsu |
| Data Sheet: SCC68070 Microprocessor | 1991 | Philips Semiconductors |
| The CD-I Production Handbook | 1992 | Philips Electronics UK Ltd. |

Samsung further identifies all prior art references cited or included in the prosecution history of the '879 patent, as well as any statements regarding the prior art present in the prosecution history. Samsung further identifies and reserves the right to rely on all related applications and foreign counterparts to any reference identified above.

## II. Patent L.R. 3-3(b): Anticipation and Obviousness

Samsung contends that each item of prior art identified above and for which a chart was provided anticipates the asserted claims of the asserted patents. Alternatively, Samsung contends that each of the items of prior art listed above renders the asserted claims of the asserted patents obvious, either alone or in combination with each other or with what was known to those of ordinary skill in the art at the time of the alleged invention of the subject matter claimed in the asserted patents.

Samsung contends that one of skill in the art, at the time the alleged inventions were made, would have been motivated to combine the prior art identified above in such a way as to reach the

18

alleged inventions. The motivation to combine such items (although not necessarily required by the Supreme Court's ruling in *KSR Int'l Co. v. Teleflex Inc.*, 127 S. Ct. 1727 (April 30, 2007)), is found, explicitly or implicitly, in one or more of the following:

1. His or her own knowledge or common sense;
2. The prior art references themselves and/or the prior art as a whole;
3. The interrelated teachings of multiple prior art references;
4. The subject matter acknowledged as prior art in the asserted patents;
5. The nature of the problems to be solved and the existence of similar improvements in similar applications;
6. Design incentives and other market forces, including the advantages of creating a superior and more desirable product and the effects of demands known to the design community or present in the marketplace;
7. The ability to implement the alleged invention as a predictable variation of the prior art;
8. Improvements in similar devices;
9. Any needs or problems known in the field and addressed by the asserted patents; and,
10. The number of identified, predictable solutions to the problems addressed by the asserted patents.

Exemplary combinations of references that render the asserted claims of the asserted patents obvious are identified in the charts attached hereto as Appendices A-G, along with exemplary reasons to combine the items. Further, although not necessarily specified in each of the claim charts (Appendices A-G) in order to avoid repetition, Samsung contends that, for each AMD Patent, it would have been obvious for one of ordinary skill in the art at the relevant time to combine each reference identified in Section I above, for at least the same reasons identified in the respective claim charts (*see* Appendices).

### III. Patent L.R. 3-3(c): Invalidity Charts

Charts identifying where specifically in each alleged item of prior art each element of each asserted claim is found are attached hereto as Appendices A-G. The citations to the prior art references contained in the charts are merely exemplary and are not meant to be limiting in any way. With respect to the anticipation and obviousness analyses provided by Samsung herein and

within the attached claim charts, Samsung cites representative portions of identified references, even where a reference may contain additional support for a particular claim element. Where Samsung cites to a particular figure in a prior art reference, the citation should be understood to encompass the caption and description of the figure and any text relating to the figure in addition to the figure itself. Similarly, where a cited portion of text refers to a figure, the citations should be understood to include the figure as well. As a general matter, all portions of each reference are relied upon to support the disclosure of each patent claim element, as all portions provide general support. Persons of ordinary skill in the art generally read a prior art reference as a whole and in the context of other publications and literature. Thus, to understand and interpret a specific statement or disclosure within a prior art reference, such persons would rely on other information within the reference, along with other publications and their general scientific knowledge. Accordingly, Samsung reserves the right to rely upon the prior art references in their entirety to establish the invalidity of the asserted patents.

Samsung has not provided individual claim charts for each of the references listed in Section II above because: (1) Samsung is still investigating and analyzing this prior art and expect to uncover additional information about this prior art as discovery progresses and Samsung's analysis continues; (2) Samsung is relying upon the references at this time as illustrating the state of the art and/or the level of ordinary level of skill in the art; (3) Samsung is relying upon the references at this time as secondary prior art in combination with one or more other references for which an individual claim chart has been provided; and/or (4) the references have substantially similar disclosures as other prior art for which a chart has been provided, and thus the references are cumulative. Consequently, Samsung reserves the right to revise these Preliminary Invalidity Contentions to more specifically rely on these and other references to prove the invalidity of the asserted claims of the patents-in-suit in a manner consistent with the Federal Rules of Civil Procedure, the Patent Local Rules and the Court's rules and orders.

## IV. Patent L.R. 3-3(d): Invalidity Under 35 U.S.C. § 112

Pursuant to Patent L.R. 3-3(d), Samsung contends that certain claims of the patents-in-suit are invalid because: (1) the claims are indefinite pursuant to 35 U.S.C. § 112 (2); (2) the claims are

| | | |
|---|---|---|
| DATED: November 14, 2008 | COVINGTON & BURLING LLP | |
| | By _____ | |
| | MICHAEL K. PLIMACK | |

Attorneys for Defendants and Counterclaimants
SAMSUNG ELECTRONICS CO., LTD., SAMSUNG
SEMICONDUCTOR, INC., SAMSUNG AUSTIN
SEMICONDUCTOR, LLC, SAMSUNG
ELECTRONICS AMERICA, INC., SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC,
SAMSUNG TECHWIN CO., LTD., and SAMSUNG
OPTO-ELECTRONICS AMERICA, INC.