# Exhibit 7

ARTHUR I. NEUSTADT (*Pro Hac Vice*)
BARRY J. HERMAN (*Pro Hac Vice*)
THOMAS J. FISHER (*Pro Hac Vice*)
OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, Virginia 22314
Tel: (703) 413-3000; Fax: (703) 413-2220
aneustadt@oblon.com
bherman@oblon.com
tfisher@oblon.com

RUSSELL I. GLAZER (SBN 166198)
TROY & GOULD
Professional Corporation
1801 Century Park East, 16th Floor
Los Angeles, California 90067
Tel: (310) 553-4441; Fax: (310) 201-4746
rglazer@troygould.com

Attorneys for Defendants
SMC Corporation and
SMC Corporation of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOKYO KEISO COMPANY, LTD., ET AL. | Civil Action No. SACV 06-374 ODW (RNBx) |
| Plaintiffs, | **DECLARATION OF LAWRENCE C. LYNNWORTH IN SUPPORT OF SMC'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY (OBVIOUSNESS)** |
| v. | |
| SMC CORPORATION, ET AL. | |
| Defendants. | Assigned to: Hon. Otis D. Wright II |
| | Trial Date: October 9, 2007 |

I, Lawrence C. Lynnworth, declare:

1. I have been working in the ultrasonic flowmeter field for the past 45 years. I received a B.E.E. (Bachelor of Electrical Engineering) from New York University in 1958 and a M.S. degree from Stanford University in 1959. I am an inventor or co-inventor in some 48 United States patents and a number of corresponding foreign patents. Most of these patents are in the ultrasonic flowmeter field. I have authored or co-authored some 200 publications and articles as well as chapters in seven books. Most of these publications, articles and chapters are in the ultrasonic flowmeter field. I was for many years the vice president for control instrumentation research and development at Panametrics, Inc., Waltham, Massachusetts. I was Chief Technologist with GE Panametrics after GE acquired Panametrics. A detailed listing of my qualifications in the ultrasonic flowmeter field is attached hereto as exhibits A, B and C.

2. I have been asked to opine on the obviousness of the subject matter of claims 1, 2 and 5 of United States patent 5,458,004 ("the '004 patent"). I have reviewed this patent and these claims and have also reviewed prior art United States patent 5,060,507 to Urmson et al. ("the Urmson patent") and a prior art article which I authored - "Engineering Aspects of Ultrasonic Process Control-Flow, Temperature and Liquid Level Applications," 108 Journal of Vibration Acoustics, Stress, and Reliability Design 69-81 at 72 (1986) ("JVASRD"). I have concluded for the following reasons that the subject matter of claims 1, 2 and 5 of the '004 patent would have been obvious to one of ordinary skill in the ultrasonic flowmeter art prior to September 1, 1993, the earliest claimed foreign priority date for the '004 patent.

3. The cover page for the '004 patent is set forth below.

2

## United States Patent [19]
### van der Pol

[11] Patent Number: 5,458,004
[45] Date of Patent: Oct. 17, 1995

[54] VOLUME FLOW METER

[75] Inventor: **Ronald van der Pol**, Venlo, Netherlands

[73] Assignee: **Krohne Messtechnik GmbH & Co. KG.**, Germany

[21] Appl. No.: 297,594

[22] Filed: **Aug. 30, 1994**

[30] Foreign Application Priority Data

Sep. 1, 1993 [DE] Germany .................. 43 29 365.4
Sep. 8, 1993 [DE] Germany .................. 43 30 363.3

[51] Int. Cl.⁶ .................................................. G01F 1/66
[52] U.S. Cl. ................................. 73/861.29; 73/861.31
[58] Field of Search ................. 73/861.28, 861.29, 73/861.31

[56] **References Cited**

U.S. PATENT DOCUMENTS

3,940,985  3/1976  Wyler ................... 73/861.31
3,987,674  10/1976  Baumoel ................. 73/861.28
4,065,958  1/1978  Krylova et al. ......... 73/861.28
4,365,518  12/1982  Zacharias, Jr. ......... 73/861.31
4,838,127  6/1989  Herremans et al. ..... 73/861.28
5,243,863  9/1993  Gill ........................ 73/861.28

Primary Examiner—Richard Chilcot
Assistant Examiner—Elizabeth L. Dougherty
Attorney, Agent, or Firm—Cesari and McKenna

[57] **ABSTRACT**

In a volume flow meter with a measuring line, a first measuring head and a second measuring head, the flow volume can be measured more simply and more reliably using evaluation technology by having the measuring line made of a material that transmits an acoustic signal given off by one of the measuring heads at a slower sound velocity than the fluid.

6 Claims, 2 Drawing Sheets

3

DECLARATION OF LAWRENCE C. LYNNWORTH
IN SUPPORT OF SMC'S MOTION FOR SUMMARY
JUDGMENT OF INVALIDITY (OBVIOUSNESS)

A01531

4. The '004 patent is entitled and is directed to a volume flow meter. The type of flowmeter shown in this patent is often referred to as an ultrasonic flowmeter. The figure shown above (a cross section) illustrates both the prior art and the asserted '004 invention.

5. It is often important in industrial applications to measure the velocity of a fluid. As shown in this figure, fluid enters supply line 3 (upper left) and proceeds through a measuring line 2 (a pipe) and exits through drainage line 4 (upper right). To the left of the pipe is a first measuring head 5 and to the right is a second measuring head 6. Head 5 generates an acoustic (sound) signal which travels through the fluid in the pipe and is detected by head 6 after a certain delay which depends upon the direction and velocity of the fluid, as well as the path length and the speed of sound in the fluid. Head 6 also generates an acoustic signal which is detected in a similar fashion by head 5. From the difference in the travel times of the signals generated and received by (upstream) head 5 and (downstream) head 6, the flow velocity of the fluid in the pipe can be determined. The patent explains that the technique described above is part of the prior art. See the six paragraphs in the BACKGROUND OF THE INVENTION section of the '004 patent at columns 1-2, most of which begin "[i]n the state of the art." See, also, the description of the above figure at col. 3, l. 58 through col. 4, l. 57.

6. The '004 patent is directed to solving a previously known problem for this prior art flowmeter. According to the patent, the signals generated by heads 5 and 6 may also appear in the pipe as an interfering signal since the pipe, if it is made of metal, can create an acoustic short circuit for these signals. These interfering signals prevent an accurate velocity determination since they pass rapidly through this acoustic short circuit and arrive at the detection head 5 or 6 before the corresponding signals which travel through the fluid. See, in particular,

4

A01532

the fifth paragraph in the BACKGROUND OF THE INVENTION section at col. 2, ll. 17-35.

7. The solution to this problem as set forth in the patent is to make the pipe of plastic rather than metal since plastic will eliminate the acoustic short circuit as a source of error. Thus, the figure shown above is the prior art if the pipe is made of metal and is the '004 invention if the pipe is made of plastic. See, in particular, col. 2, l. 61 through col. 3, l. 9.

8. Although the patent directly refers to the pipe as "plastic" (claim 2) or as "PFA plastic material" (claim 5), it also refers to the pipe as "made of a material that transmits an acoustic signal at a slower sound velocity than the fluid transmits said signal" (claim 1) and "made of PFA plastic material that transmits an acoustic signal transmitted by one of the measuring heads (5, 6) at a lower sound velocity than the fluid transmits said signal" (claim 5). See claims 1, 2 and 5 at columns 5-6.

9. Thus, the solution to this known problem as set forth in the patent is to use a plastic or a PFA plastic pipe rather than a metal pipe (with its undesirable acoustic short circuit) so that the signal in the pipe (the interfering signal) will arrive too late to interfere.

10. The prior art Urmson patent is also directed to an ultrasonic flowmeter. Col. 12, ll. 18-53. The Urmson pipe (referred to as a "guide tube") is disclosed as being made from "a polymeric" (another term for plastic). See claim 11 (col. 30) – "the material of said guide tube is a polymeric." The material for the guide tube (pipe) is selected so that it "does not function as an acoustic conductor." See claim 10 (col. 30) – "the guide tube ... is made of a chemically inert generally mechanically rigid material having a complex molecular structure for converting sound energy in the material into heat so that sound energy in the material is

5

strongly attenuated and so that the guide tube itself does not function as an acoustic conductor."

11. The Urmson patent explains (col. 14, ll. 34-43) that it is desirable to make the guide tube out of plastic because it will prevent the sound traveling through the guide tube from interfering with the sound traveling through the fluid being measured - "Additionally, in its preferred form, the guide tube is made of a polymeric material such as fluorocarbon because such materials attenuate ultrasonic sound quickly. The use of the herein disclosed acoustic isolation techniques in combination with sound absorbing materials of construction assures that the amplitude of the sound conducted through the guide tube material and reaching the sound receiver is minimal compared to the amplitude of sound conducted through the fluid sample."

12. From the point of view of achieving the goal of eliminating the acoustic short circuit as a source of error, there is no difference between slowing the interfering signal so that it arrives after the signal in the fluid and attenuating the interfering signal so that it never arrives. In both instances, the interfering signal no longer interferes. Also, it was known in the prior art that plastic and Teflon plastic (PFA plastic is part of the Teflon family) have a relatively low sound speed as compared to metal. "Flow in plastic pipes, including glass fiber reinforced plastic pipe and Teflon hose, is often easier to measure than in *metal* pipes of the same dimensions because of the relative absence of acoustic short circuit, and relatively low sound speed in the plastic pipe ... ." JVASRD at 72.

13. Both the Urmson patent and the JVASRD article state that the pipe should be of a material that does not create an acoustic short circuit. Both suggest plastic for this purpose. Accordingly, it would have been obvious to one of ordinary skill in the ultrasonic flowmeter art (at least an engineering degree and three years of experience in this field) to use a plastic pipe or a PFA plastic pipe in

- 6

the prior art flowmeter disclosed in the '004 patent to either slow down or attenuate the interfering signal to avoid the acoustic short circuit of a metal pipe. Therefore, the subject matter of claims 1, 2 and 5 of the '004 patent would have been obvious to one of ordinary skill in the ultrasonic flowmeter art.

I declare under the penalty of perjury that the foregoing is believed to be true and correct.

Date: July 16, 2007

Lawrence C. Lynnworth