William H. Manning (*pro hac vice*)
E-mail: WHManning@rkmc.com
Brad P. Engdahl (*pro hac vice*)
E-mail: BPEngdahl@rkmc.com
**Robins, Kaplan, Miller & Ciresi L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181

David E. Marder (*pro hac vice*)
E-Mail: DEMarder@rkmc.com
**Robins, Kaplan, Miller & Ciresi L.L.P.**
25th Floor, Prudential Tower
800 Boylston Street
Boston, MA 02199
Telephone: 617-267-2300
Facsimile: 617-267-8288

Attorneys for Plaintiffs and Counterdefendants
Advanced Micro Devices, Inc. and ATI Technologies, ULC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>Defendants. | Case. No. CV-08-0986-SI<br><br>**EXHIBIT A TO DECLARATION OF ALEXANDER GLEW IN SUPPORT OF AMD'S OPPOSITION TO SAMSUNG'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 5,545,592**<br><br>**MANUAL FILING NOTIFICATION**<br><br>DATE: May 8, 2009<br>TIME: 9:00 a.m.<br>COURTROOM: 10, 19th Floor<br>JUDGE: The Honorable Susan Illston |

CV-08-0986-SI  EX. A TO DECLARATION OF ALEXANDER GLEW

# MANUAL FILING NOTIFICATION

Regarding: **EXHIBIT A TO DECLARATION OF ALEXANDER GLEW IN SUPPORT OF AMD'S OPPOSITION TO SAMSUNG'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 5,545,592**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

___ Voluminous Document (PDF file size larger than efiling system allowances)

___ Unable to Scan Documents

___ Physical Object (description): _____

_X_ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

___ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description): _____

DATED: April 17, 2009      **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: /s/ William H. Manning
    William H. Manning (*pro hac vice*)

Attorneys for Plaintiffs and Counterdefendants
Advanced Micro Devices, Inc. and ATI Technologies, ULC