William H. Manning (*pro hac vice*)
E-mail: WHManning@rkmc.com
Brad P. Engdahl (*pro hac vice*)
E-mail: BPEngdahl@rkmc.com
Jacob S. Zimmerman (*pro hac vice*)
E-mail: JSZimmerman@rkmc.com
Aaron R. Fahrenkrog (*pro hac vice*)
E-mail: ARFahrenkrog@rkmc.com
**Robins, Kaplan, Miller & Ciresi L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone:  612-349-8500
Facsimile:  612-339-4181

David E. Marder (*pro hac vice*)
E-mail: DEMarder@rkmc.com
**Robins, Kaplan, Miller & Ciresi L.L.P.**
800 Boylston Street, 25th Floor
Boston, MA 02199
Telephone:  617-267-2300
Facsimile:  617-267-8288

John P. Bovich (SBN 150688)
E-mail: JBovich@reedsmith.com
**Reed Smith LLP**
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111
Telephone:  415-543-8700

Attorneys for Plaintiffs Advanced Micro
Devices, Inc. and ATI Technologies ULC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendants. | Case No.  CV-08-0986-SI <br><br> **CERTIFICATE OF SERVICE** |

Case. No.  CV-08-0986-SI

CERTIFICATE OF SERVICE

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

1  I hereby certify that on April 17, 2009, I electronically filed

2  1) Plaintiffs' Opposition To Samsung's Motion For Summary Judgment Of Invalidity

3  of U.S. Patent No. 5,545,592;

4  2) Declaration of Alexander Glew in Support of Plaintiffs' Opposition To Samsung's

5  Motion For Summary Judgment Of Invalidity of U.S. Patent No. 5,545,592 (excluding Exhibit A

6  thereto);

7  3) Declaration of Jacob Zimmerman in Support of Plaintiffs' Opposition To

8  Samsung's Motion For Summary Judgment Of Invalidity of U.S. Patent No. 5,545,592;

9  with the Clerk of Court using the CM/ECF system, which will send notice of such filing to the

10 following attorneys:

11 Robert T. Haslam, Esq.
E-mail: rhaslam@cov.com

12 Michael K. Plimack, Esq.
E-Mail: mplimack@cov.com

14 Christine Saunders Haskett, Esq.
E-mail: chaskett@cov.com

15 Alan Blankenheimer, Esq.
E-mail: ablankenheimer@cov.com

17 In addition, I sent two copies of Exhibit A to the Glew Declaration via Federal Express for
delivery on the next business day to:

Robert T. Haslam, Esq.
Covington & Burling LLP
1 Front Street, 35th Floor
San Francisco, California 94111

DATED: April 17, 2009          **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: _____
Jacob S Zimmerman (*pro hac vice*)

**ATTORNEY FOR PLAINTIFFS
ADVANCED MICRO DEVICES, INC. AND
ATI TECHNOLOGIES, ULC**

Case. No. CV-08-0986-SI                       - 1 -                    CERTIFICATE OF SERVICE