IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

---------------------------------------------------------------x

ADVANCED MICRO DEVICES, INC.,
et al.,

       Plaintiff,

   v.

SAMSUNG ELECTRONICS CO., LTD.,
et al.,

       Defendants.

Case No. CV-08-0986-SI

## CERTIFICATE OF SERVICE

I, Samuel L. Walling, hereby certify that on April 17, 2009, I electronically filed: (1) AMD's Opposition to Samsung's Motion for Leave to Amend Answers and Counterclaims; (2) Declaration of Andrew M. Kepper in Support of AMD's Opposition to Samsung's Motion for Leave to Amend its Preliminary Invalidity Contentions; (3) Exhibits 1 – 9; and (4) [Proposed] Order Denying Samsung's Motion for Leave to Amend Answers and Counterclaims, with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following attorneys:

Robert T. Haslam, Esq.
E-mail: rhaslam@cov.com

Michael K. Plimack, Esq.
E-mail: mplimack@cov.com

Alan Blankenheimer, Esq.
E-mail: ablankenheimer@cov.com

Christine Saunders Haskett, Esq.
E-mail: chaskett@cov.com

Samuel L. Walling (*pro hac vice*)
ROBINS, KAPLAN, MILLER & CIRESI LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402-2015
Phone: (612) 349-8500
Facsimile: (612) 339-4181
Email: slwalling@rkmc.com