William H. Manning (*pro hac vice*)
E-mail: WHManning@rkmc.com
Brad. P. Engdahl (*pro hac vice*)
E-mail: BPEngdahl@rkmc.com
Andrew M. Kepper (*pro hac vice*)
E-mail: AMKepper@rkmc.com
Angela M. Munoz-Kaphing (*pro hac vice*)
E-mail: AMMunoz@rkmc.com
**Robins, Kaplan, Miller & Ciresi L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Telephone: 612-349-8500
Facsimile: 612-339-4181

John P. Bovich (SBN 150688)
E-mail: JBovich@reedsmith.com
**Reed Smith LLP**
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111
Telephone: 415-543-8700
Facsimile: 415-391-8269

Attorneys for Plaintiffs
Advanced Micro Devices, Inc., and ATI Technologies, ULC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>Defendants. | Case No. CV-08-0986-SI<br><br>**DECLARATION OF ANDREW M. KEPPER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO SAMSUNG'S MOTION FOR LEAVE TO AMEND ANSWERS AND COUNTERCLAIMS**<br><br>Date: May 9, 2009<br>Time: 9:00 a.m.<br>Courtroom: 10, 19th Floor<br>Judge: The Honorable Susan Illston |

I, ANDREW M. KEPPER, declare as follows:

1. I am an attorney with the law firm of Robins, Kaplan, Miller & Ciresi

Case No. CV-08-0986-SI

DECLARATION OF ANDREW M. KEPPER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO SAMSUNG'S MOTION FOR LEAVE TO AMEND ANSWERS AND COUNTERCLAIMS

L.L.P., counsel to Plaintiffs Advanced Micro Devices, Inc. et al. in the above-captioned matter. I make this Declaration pursuant to Civil Local Rule 7-5. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would testify thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of the Cheng '990 File History with page numbers added in the lower right-hand corner for ease of reference.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the U.S. Patent. No. 5,280,594 ("Young '594 Patent").

4. Attached hereto as **Exhibit 3** is a true and correct copy of U.S. Patent No. 5,285,421 ("Young '421 Patent").

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of the Young '421 File History with page numbers added in the lower right-hand corner for ease of reference.

6. Attached hereto as **Exhibit 5** is a true and correct copy of U.S. Patent No. 5,559,990 ("Cheng '990 Patent").

7. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts of the John Iacoponi Deposition Transcript dated November 18, 2008.

8. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts of U.S. Patent Application No. 07/557,899.

9. Attached hereto as **Exhibit 8** is a true and correct copy of U.S. Patent No. 5,285,421 ("Young '421 Patent") with the differences between the Young '899 application and the Young '421 patent highlighted in yellow.

10. Attached hereto as **Exhibit 9** is a true and correct copy of U.S. Patent No. 5,545,592 ("Iacoponi '592 Patent").

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on April 17, 2009, in Minneapolis, Minnesota.

_____
Andrew M. Kepper