# EXHIBIT 6

1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
--------------------------------x
ADVANCED MICRO DEVICES, INC.,
et al,

      Plaintiffs and
      CounterDefendants

       -against-         Case No.
                   3:08-CV-0986-SI
SAMSUNG ELECTRONICS CO., LTD.,
et al,

      Defendants and
      Counterclaimants.

--------------------------------x


(HIGHLY CONFIDENTIAL-OUTSIDE COUNSEL'S EYES

ONLY PORTIONS ARE ON THE FOLLOWING PAGES:

96-106; 112-113; 178; 180-192)



      CONFIDENTIAL


   VIDEOTAPE DEPOSITION of JOHN IACOPONI,

taken by the Defendants at the offices of

Covington & Burling, 620 Eighth Avenue, New York,

New York, on November 18, 2008, at 9:00 o'clock

a.m., before Catherine M. Donahue, a Certified

Court Reporter and Notary Public within and for

the State of New York.

30

1    have been covered.

2         Q.    Would this have been an industry

3    conference related to Sematech or something

4    separate from Sematech?

5         A.    Something separate from Sematech.

6         Q.    Are you talking about the VMIC

7    conference?

8         A.    Yes.

9         Q.    Do you recall what years you

10   attended the VMIC conference?

11        A.    I don't recall exactly what years,

12   no.

13        Q.    Do you know if you attended in 1996?

14        A.    I can't be certain.  I don't know,

15   no.

16        Q.    Between, say, 1992 and 1996, do you

17   know you attended at least one VMIC conference

18   in that time period?

19        A.    Yes.

20        Q.    Do you know approximately how many

21   VMIC conferences you would have attended between

22   '92 and '96?

23        A.    I would say it is likely that at

24   least three of the five years, '92 to '96 being

25   five years.  '92 I would have missed it,

 1    because it was in June -- at that time it was a

 2    June conference.  So it would have been '3, '4,

 3    '5, '6.  So in the four-year period, it is

 4    likely three.  It is possible four, but I don't

 5    recall.

 6         Q.   Why do you say you would have missed

 7    it in 1992?

 8         A.   Because I joined AMD in August '92

 9    and the conference at that time was held in

10    June.

11         Q.   So you did not attend any VMIC

12    conferences before you joined AMD?

13         A.   That's correct.

14         Q.   I'm sorry.

15              So you think starting in '93 to '96,

16    you think you attended approximately three or

17    four of the VMIC conferences?

18         A.   Yes.

19         Q.   Just because we have started talking

20    about it, could you explain what the VMIC

21    conference is?

22         A.   Sure.

23              VMIC is a technology conference.

24    VMIC means, I believe, VLSI Multi-Level

25    Interconnect Conference.

32

1              At that time it was one of the

2    standard, the Silicon Valley standard

3    interconnect conferences.

4         Q.    What do you mean by an "interconnect

5    conference"?

6         A.    Interconnect -- which part of that

7    question -- which part are you seeking

8    clarification?

9         Q.    Interconnect, I guess.

10        A.    Okay.  Just clarifying.

11             Interconnect generally means the

12   part of the technology -- the part of a

13   semiconductor technology to connect one, you

14   know, transitors to transitors, or parts of a

15   chip to another part of a chip.

16             It generally does not include actual

17   transitor technology, but the parts, the parts

18   of a semiconductor process that are used to

19   connect, connect transistors.

20        Q.    So you were attending these

21   conferences because your job with AMD involved

22   the formation of contacts, is that fair?

23        A.    Yes.  My job at AMD involves thin

24   film technology and interconnects in general;

25   so, yes.

1          Q.    If we wanted to find out exactly

2    which VMIC conferences you attended in that '93

3    to '96 time frame, do you have records that

4    would indicate that?

5          A.    I don't -- I don't think I have

6    records that would indicate that, no.

7          Q.    Do you think AMD has records that

8    would indicate that?

9          A.    It's possible.  I do not know what

10   records AMD has.

11         Q.    At the VMIC conferences they give

12   out materials, right?

13         A.    Yes.

14         Q.    Did you get materials when you went

15   to the VMIC conferences?

16         A.    The type of materials that VMIC

17   would hand out, if I recall correctly, would

18   have been -- I'm holding up my hand an inch or

19   two-inch thick, 100 or 200-page book of

20   abstracts, is what I recall VMIC handing out.

21         Q.    And they handed out one of those at

22   each of the annual conferences?

23         A.    Yes.

24         Q.    Did you keep the materials that you

25   got from the VMIC conferences?

34

1          A.    I would have kept it for some time,

2    yes.

3          Q.    Do you still -- do you have today

4    any of the materials that you got at VMIC

5    conferences?

6                MR. MARDER:  Are you referring to

7          the ones he would have gotten in the

8          time period from '92 to '96 or after

9          that?

10               MS. HASKETT:  Actually, my

11         question is more general than that.

12   BY MS. HASKETT:

13         Q.    Do you have today any materials you

14   received at VMIC conferences?

15         A.    I'm not sure I do.

16         Q.    Now I'll ask the narrow question.

17               Do you know if you have any

18   materials from VMIC conferences from '92 to '96?

19         A.    No, I do not know if I have any.

20         Q.    So you might have but you do not

21   know?

22         A.    I do not know.

23         Q.    If you did have them, do you know

24   where they would likely be kept?

25         A.    If I do have them, I can probably --

1    I can think of several locations they might be.

2         Q.    What would those be, those

3    locations?

4         A.    Those locations would be in one of

5    my office locations.

6         Q.    You mean your AMD location?

7         A.    In one of my AMD office locations or

8    it is possible in a box in my basement, but --

9         Q.    You said a minute ago when you got

10   the materials from the VMIC conferences you

11   typically kept them for some time.

12             About how long would you keep them?

13        A.    I think standard practice, I think

14   my practice was to put them on a shelf, and if I

15   was not forced to consolidate office space or

16   clean up shelf space, leave them there.

17             So as we discussed earlier, I did

18   move and there were several office moves

19   internal to Sunnyvale where I worked.  So I

20   don't -- I -- if I had a reason to throw -- to

21   pass them on to somebody else or to discard

22   them, I probably would have thought hard about,

23   you know, do I keep this or not.  I don't know

24   exactly how long I would have kept it.

25        Q.    Do you think you would have

36

1    typically kept these materials for at least a

2    year until the next conference?

3            A.    Probably, yes.

4            Q.    Do you think you would typically

5    have kept them for at least two years?

6            A.    Probably, yes.

7            Q.    How about three years?

8            A.    I'm thinking back to the time when I

9    moved and thought, you know, I don't know if I

10   would have kept them for three years.  I didn't

11   have -- I didn't have a time, not like a library

12   where I had a time checked in, checked out type

13   of system.

14           Q.    Here is a question:  Do you ever

15   recall having at least three of these books at

16   one time?

17           A.    I don't have any specific

18   recollection of having three books.

19           Q.    Fair enough.

20           A.    Dust on a shelf.

21           Q.    And just to confirm, the VMIC

22   conference is held once a year, right?

23           A.    I don't know now what the frequency

24   of VMIC is.  At that time it was held once a

25   year, yes.

37

1          Q.    Meaning in the 1990s?

2          A.    In the 19 -- in the time period we

3    discussed, '92 to '96, it was held once a year.

4          Q.    And it was held in northern

5    California, or that area, right?

6          A.    Yes, it was.

7          Q.    You mentioned June.  Was it always

8    held in June?

9          A.    I believe so, yes.  I think it was

10   always held in June at that time.

11         Q.    Have you given the attorneys in this

12   lawsuit any materials that you obtained at a

13   VMIC conference?

14         A.    No, I have not.

15         Q.    Have you ever given to an attorney

16   materials that you obtained at a VMIC

17   conference?

18         A.    No.  I'm certain that -- I'm pretty

19   darn certain that I did not, no.

20         Q.    Why are you pretty certain of that?

21         A.    I have had no reason to have an

22   attorney to ask me for anything.

23              MR. MARDER:   Let me just object

24          for the record here and instruct the

25          witness not to testify about

38

1          conversations you had with attorneys and

2          what was discussed during those

3          conversations.

4               THE WITNESS:  Okay.

5    BY MS. HASKETT:

6          Q.   Let me ask a question that I don't

7    think will get into that area.

8               Just to clarify, did you ever give

9    materials that you obtained at a VMIC conference

10   to an attorney who was prosecuting a patent for

11   you?

12         A.   I don't believe so, no.

13         Q.   We got a little sidetracked with

14   VMIC conferences.  So I would like to go back to

15   when you were on assignment to Sematech, which I

16   believe you said started in 2002, right?

17         A.   No.

18         Q.   Oh, I'm sorry, what was incorrect

19   about that?

20         A.   I believe that started in, oh,

21   rephrase your question because I was thinking of

22   something else.

23         Q.   Sure.

24              I'm just trying to take us back to

25   where we were earlier talking about your

127

1           VLSI Multilevel Interconnection

2           Conference.  It has a date at the top

3           left of June 9 to 10, 1992.

4    J O H N    I A C O P O N I, resumed and testified

5         further as follows:

6    EXAMINATION BY MS. HASKETT:

7         Q.   Mr. Iacoponi, do you recognize any

8    portion of Exhibit 1006, and if you can, I would

9    like you to take a look through it and see if

10   any of it looks familiar to you.

11                MR. MARDER:  Counsel, I note this

12           doesn't have a Bates stamps.  Is this

13           something that was produced to us or

14           something we produced to you, do you

15           know?

16                MS. HASKETT:  Neither.  It is

17           something that just came into our

18           possession very recently.

19                MR. MARDER:  Okay.  I notice

20           there is handwriting.  And I didn't know

21           if that was purported to be our

22           handwriting or your handwriting or

23           whose.

24                MS. HASKETT:  Again, neither.

25           That's the form it came in to our

1          possession.

2                    MR. MARDER:  Okay.

3     BY MS. HASKETT:

4          Q.   So Mr. Iacoponi, do you recognize

5     any portion of Exhibit 1006?

6          A.   No.

7          Q.   Looking at the cover page and the

8     first few pages of Exhibit 1006, do you

9     recognize this as being a portion of materials

10    from a VMIC conference?

11         A.   Yes.

12         Q.   That's what it appears to be?

13         A.   That's what it appears to be.

14         Q.   I think you said earlier -- and

15    this, at least, says on the front that it is

16    from the 1992 VMIC conference, right?

17         A.   Uh-hum.  Yes.

18         Q.   I think you said earlier that you

19    are sure that you did not attend the 1992 VMIC

20    conference, right?

21         A.   Yes.

22         Q.   And that's because you joined AMD

23    after June of 1992?

24         A.   Yes.

25         Q.   And you didn't go to any VMIC

129

1    conferences before you joined AMD?

2          A.    Correct.

3          Q.    Okay.

4                I would like you to look in

5    Exhibit 1006, there are page numbers at the

6    bottom of the exhibit.  They're not consecutive

7    because this is just a portion of the materials,

8    but if you could look at the page that's

9    numbered 246 at the bottom.

10         A.    Okay.

11         Q.    And this is the first page of an

12   article by, among others, J. T. Hillman and

13   R. F. Foster.

14               Do you see that?

15         A.    Yes, I do.

16         Q.    Do you know if you have ever seen

17   this article before?

18         A.    I am not familiar with it, no.

19         Q.    Have you ever heard of J. T.

20   Hillman?

21         A.    The name doesn't ring -- doesn't

22   ring a bell right now.

23         Q.    So you don't think you have?

24         A.    I don't think I have.

25         Q.    Have you ever heard of R. F. Foster?

130

1          A.    Yes.

2          Q.    Who is R. F. Foster?

3          A.    I believe -- I believe in this, I

4    believe R. F. refers to a gentleman by the name

5    of Robert Foster.

6          Q.    And how do you know Robert Foster?

7          A.    I recognize having heard the name as

8    someone working for one of an equipment

9    supplier.

10         Q.    What do you mean by an equipment

11   supplier?

12         A.    A manufacturer, a company that

13   manufactures semiconductor processing equipment

14   that supplied to AMD.

15         Q.    So when you say "a company that

16   manufactures semiconductor processing

17   equipment," you mean the equipment that AMD then

18   uses to make semiconductors?

19         A.    Yes.

20         Q.    Do you know which supplier you have

21   heard of Robert Foster's -- let me restart

22   again.

23               Do you know which supplier you have

24   heard Robert Foster's name in connection with?

25         A.    No, I do not.

131

1          Q.    Have you heard Robert Foster's name

2    in connection with interconnect technology?

3          A.    Yes.

4          Q.    How do you know that?

5          A.    In the context of how I would have

6    heard his name, in a supplier, my field -- my

7    field was interconnect.

8          Q.    So you believe you heard his name in

9    connection with equipment that AMD would use to

10   make semiconductor contacts?

11         A.    That's my belief, but I -- yes,

12   that's my belief.

13         Q.    Okay.

14               On the front page of this article it

15   says that Hillman and Foster and others are

16   associated with Materials Research Corporation.

17               Do you see that?

18         A.    Yes, I do.

19         Q.    Are you familiar with Materials

20   Research Corporation?

21         A.    Yes, I am.

22         Q.    Who are they?

23         A.    Who are they today?  They are a -- I

24   actually don't know who they are today.

25         Q.    Do you know who they were in the

132

1    1992 time frame?

2         A.   Yes, I do.

3         Q.   Who were they?

4         A.   In the 1992 time frame they were a

5    supplier of semiconductor processing equipment.

6         Q.   So that's probably the company that

7    you heard Robert Foster's name in connection

8    with, do you think?

9         A.   I do not know.

10        Q.   During the prosecution of the '592

11   patent, your '592 patent, did you tell the

12   attorney who was prosecuting that patent about

13   any prior art by either Hillman or Foster?

14        A.   I don't recall.

15        Q.   Do you recall if at that time you

16   were aware of any prior art by either Hillman or

17   Foster?

18        A.   I do not recall.

19        Q.   Okay.

20             I would like you to turn to another

21   page in Exhibit 1006, and that's the page with

22   number 253 at the bottom.

23        A.   Okay.

24        Q.   And this is the first page of an

25   article by R. V. Joshi and S. Brodsky.

133

1              Do you see that?

2       A.   Yes, I do.

3       Q.   Do you know if you have seen this

4  article before?

5       A.   No, I do not.

6       Q.   So you might have but you just don't

7  know?

8       A.   I do not know.

9       Q.   Have you heard of R. V. Joshi

10 before?

11      A.   Yes, I have.

12      Q.   And how do you know him?

13      A.   Again, I don't, I don't know the

14 exact context.  If he was working -- I don't

15 know the exact context.  If he was working in

16 interconnect technology, that could be where I

17 heard his name, but I don't know the exact

18 context of where I heard his name before.

19      Q.   Do you know if you have ever met

20 him?

21      A.   I don't believe I have ever met him.

22      Q.   Do you know, have you ever seen any

23 patents on which he was an inventor?

24      A.   Yes.

25      Q.   Do you know which patents those are?

134

1          A.    I don't know the exact number, no.

2    It was in reference to another patent of mine

3    where it was listed as a -- cited as a

4    reference.

5          Q.    So there was a Joshi reference cited

6    as a reference on the front page of one of your

7    other patents?

8          A.    I don't know if it is cited on the

9    front page or where it is cited, but I recall

10   seeing a Joshi -- I recall seeing a Joshi patent

11   before, yes.

12         Q.    That was a reference --

13         A.    Yes.

14         Q.    -- in connection with one of your

15   patents?

16         A.    Yes.

17         Q.    Either cited by the patent examiner

18   or by the patent attorney who prosecuted that

19   patent?

20         A.    Either one, yes.

21         Q.    Do you remember which patent of

22   yours it was that you saw that in connection

23   with?

24         A.    I believe it was -- I don't know the

25   number.  It is related to the '592 in some way.

135

1          I think it is '506, is it?  I don't
2    know the exact number.
3          Q.   Is it a patent that was later than
4    the '592 patent?
5          A.   I don't know the granting date.  I
6    don't know the granting date of the patent.
7          Q.   Do you know if you were aware of any
8    patents by Joshi at the time of the prosecution
9    of the '592 patent?
10         A.   I do not believe I was.
11         Q.   Why do you not believe that you
12   were?
13         A.   I have no recollection of being
14   aware of a Joshi patent at the time.
15         Q.   But you were aware of a Joshi patent
16   at the time of the prosecution of the other
17   patent that you just mentioned?
18         A.   I don't know that I was aware of
19   that patent.
20         Q.   And that's because you don't know
21   how that patent came to be cited?
22         A.   That's correct.
23         Q.   During the prosecution of the '592
24   patent, were you aware, while the prosecution
25   was happening, of the art that was being cited

136

1    to or by the patent examiner?

2           A.    Your question is somewhat vague.

3           Q.    At the time of the prosecution of

4    the '592 patent, you knew that there was prior

5    art that was being discussed between the patent

6    attorney and the examiner, right?

7           A.    I don't know if I knew that there

8    was prior art being -- I don't have a specific

9    recollection of what the -- what I knew.  No.

10   So I really don't know.

11          Q.    Do you know if you knew about the

12   identities of any specific piece of prior art

13   that was being cited in the course of the

14   prosecution of the '592 patent?

15          A.    I don't recall, no.

16          Q.    Do you recall if -- during the

17   prosecution of the '592 patent, do you recall if

18   you provided any input into the prosecution of

19   the patent with respect to prior art references?

20          A.    I don't recall.

21          Q.    I would like you to look -- I'm

22   still on page 253 of Exhibit 1006, and I would

23   like you to look at the first paragraph under

24   introduction, that long paragraph.

25          A.    Okay.

1          Q.    And around the middle of that

2    paragraph there's a sentence that starts --

3    well, actually, it is about one-third the way

4    down the paragraph, it is the sentence that

5    starts of the right-hand side, "The existing."

6              Do you see those words?

7          A.    Yes, I do.

8          Q.    And do you see the whole sentence

9    says, "The existing physical vapor deposition

10   techniques for Ti nitride formation relies on

11   sputtered deposition of Ti nitride from a

12   titanium target using a mixture of nitrogen and

13   Argon plasma at operating pressure of 3 to 5" --

14   and I take it that's "millitor."

15             Do you see that?

16         A.    Yes, I do.

17         Q.    Now, this sentence talks about using

18   nitrogen and Argon plasma as part of the process

19   of sputtering Ti nitride, right?

20             MR. MARDER:    I'm just going to

21             object to this line of questioning for a

22             number of reasons.   First of all, it is

23             taking the sentence out of context.   And

24             without reviewing the entire document, I

25             don't know how the witness can answer

138

1     questions.

2             But, in any event, I thought that

3     I understood, based on our discussions,

4     that he wasn't going to be asked about

5     prior art that he didn't know of other

6     than by virtue of the fact that it is in

7     your invalidity contentions.  And these

8     questions seem to be going into

9     specifics of these references where the

10    witness has never seen them before, and

11    the only reason we know of them is

12    because you're identifying them now.

13            MS. HASKETT:  Okay.

14            I think the answer was he didn't

15    know if he had seen it before.

16            MR. MARDER:  Correct.

17            MS. HASKETT:  I'm going to ask

18    one or two questions and then I'll move

19    on and, hopefully, that will resolve

20    your concern.

21            MR. MARDER:  I'll just state my

22    objection for the record.  This is

23    beyond the scope of the notice.  It is

24    not prior art of which AMD was aware and

25    I object for that purpose.

139

1                  Go ahead and if you can answer

2            the question.

3    BY MS. HASKETT:

4            Q.   So the question is just whether the

5    sentence I just read to you refers to the use of

6    a nitrogen and Argon plasma?

7            A.   Let me read the sentence, "The

8    existing physical vapor deposition techniques of

9    Ti nitride formation relies on sputtered

10   deposition of Ti nitride from a titanium target

11   using a mixture of nitrogen and Argon plasma at

12   operating pressure at 3 to 5 millitor."

13                  Yes, that sentence talks about

14   nitrogen and Argon plasma.

15           Q.   And you stated earlier that the

16   process for sputtering Ti nitride can involve a

17   nitrogen or Argon plasma, right?

18           A.   I believe so, yes.

19           Q.   And this sentence is confirming

20   that, I suppose?

21           A.   This sentence says "use of nitrogen

22   and Argon plasma in the formation of titanium

23   nitride."

24           Q.   Given that sentence, if you had been

25   aware of this article at the time of the

1    prosecution of the '592 patent, would you have

2    thought it important to give it to the attorney

3    who was prosecuting that patent?

4          A.    I don't know.  I haven't read

5    through the entire article.  I do not know.

6          Q.    Based on that sentence, you can't

7    answer that?

8          A.    Based on that sentence, I cannot

9    answer that.

10         Q.    At the time of the prosecution of

11   the '592 patent, did you think it important to

12   give to the prosecuting attorney any references

13   that you knew of that referred to nitrogen

14   plasmas used to make contacts?

15         A.    I don't recall.

16         Q.    Do you think you would have thought

17   that was important?

18         A.    Again, I don't know, reflecting back

19   14 years, if I would have at that time thought

20   it important, no.  I do not know if I would have

21   thought it important.

22         Q.    Okay.

23               All right. Let's turn to the page in

24   this Exhibit 1006, with 277, at the bottom.

25   This looks like it is the first page of an

141

1    article by Kazuyoshi Kamoshida.

2            Do you see that?

3        A.    Yes, I do.

4        Q.    Have you heard of Kazuyoshi

5    Kamoshida before?

6        A.    No, I have not.

7        Q.    Do you know if you have ever seen

8    this article before?

9        A.    I don't recall seeing this article

10   before, no.

11       Q.    Looking at the first paragraph under

12   Extended Abstract, on page 277 of Exhibit 1006,

13   the last sentence says, "The advantage of

14   nitrogen plasma bias treatment over thermal

15   nitriding treatment is that the Ti nitrite

16   formation can occur at a considerably lower

17   substrate temperature."

18            Do you see that?

19       A.    Yes, I see that sentence, yes.

20       Q.    I'm sorry?

21       A.    I see that.

22       Q.    That's the same point that you were

23   making earlier about one of the benefits of your

24   invention of the '592 patent?

25            MR. MARDER:   Again, I object to

1            the question as going into the specifics

2            of prior art language that AMD was not

3            aware, and it is beyond the scope of the

4            deposition.

5                  THE WITNESS:  Repeat your

6            question, please.

7                  MS. HASKETT:  Sure.

8    BY MS. HASKETT:

9        Q.   The point that's made in that

10   sentence about the advantage of using a nitrogen

11   plasma is that the temperature can be lower,

12   that's the same point that you were referring to

13   earlier about lower temperatures, right?

14       A.   I haven't seen this document before.

15   I don't know the context of the entire, entire

16   body; therefore, I do not know.

17       Q.   I would like you to turn just now to

18   the last page of Exhibit 1006.

19       A.   Okay.

20       Q.   There's some figures on that last

21   page.

22            Looking at those figures, does that

23   refresh your recollection as to whether you have

24   ever seen this article before?

25       A.   No, it does not.

143

1         Q.    So you still don't know if you have

2    seen this before?

3         A.    I still don't know if I have seen it

4    before.

5         Q.    All right.

6              MS. HASKETT:   I have another

7         document here that I would like to have

8         marked as Exhibit 1007, please.

9                   (Document entitled 1993

10             Proceedings, Tenth International

11             VSLI Multilevel Interconnection

12             Conference, VMIC, dated June 8 to 9,

13             1993 was marked as Deposition

14             Exhibit 1007 for identification, as

15             of this date.)

16             MS. HASKETT:   For the record,

17        Exhibit 1007 says on the front 1993

18        Proceedings, Tenth International VSLI

19        Multilevel Interconnection Conference,

20        VMIC, and it has a date at the top left

21        of June 8 to June 9, 1993.

22   BY MS. HASKETT:

23        Q.    Mr. Iacoponi, do you recognize any

24   portion of Exhibit 1007?

25        A.    I haven't seen it before, so let me

144

1    take a look to look through.

2          Q.   Of course.  Take your time.

3          A.   Okay.

4          Q.   So the question was whether you

5    recognize any portion of Exhibit 1007.

6          A.   Parts look familiar, yes.

7          Q.   Which parts look familiar to you?

8          A.   The page starting numbered 439 and

9    the reference to that same page in the title --

10   in the content, Table of Contents.

11         Q.   Can you tell me where in the table

12   of contents you're looking specifically?

13         A.   Page 7, Section 2H.

14         Q.   Now, the page of Exhibit 1007

15   numbered 439, that's the first page of an

16   article on which you were a co-author, right?

17         A.   Yes, that is correct.

18         Q.   And that article was part of the

19   materials for the 1993 VMIC conference, right?

20         A.   That is correct.

21         Q.   Does that refresh your recollection

22   as to whether you attended the 1993 VMIC

23   conference?

24         A.   No, it does not.

25         Q.   Would it have been likely that if

145

1    you had authored a paper that was presented at

2    the conference, you would have attended?

3          A.    As secondary author, no.

4          Q.    If you had authored a paper where

5    you were the primary author, you would have

6    attended?

7          A.    If I had been presenting author to

8    present it, I would have attended, yes.

9          Q.    But you were not the presenting

10   author on the paper starting on 439?

11         A.    That's my understanding, yes.

12         Q.    Now, you were with AMD at the time

13   of the 1993 VMIC conference, right?

14         A.    Yes, I was.

15         Q.    So this is one of the conferences

16   during that 1993 to 1996 time frame that you

17   believe you might have attended?

18         A.    That's correct.

19         Q.    If you wanted to find out whether

20   you attended it or not, do you know how you

21   would do that?

22         A.    No, I don't know how I would find

23   that out.

24         Q.    You have no records of conferences

25   you went to in that time frame?

1        A.   1993, no.

2        Q.   Do you know if VMIC keeps records of

3   who attends their conferences?

4        A.   I don't know.

5        Q.   Looking at the article that starts

6   on page 439, the one that's co-authored by you,

7   did you provide this article to the attorney who

8   prosecuted the '592 patent?

9        A.   I don't recall.

10       Q.   This article doesn't show up on the

11  face of the '592 patent, right?

12       A.   No, it does not.

13       Q.   Did you tell the attorney who

14  prosecuted the '592 patent about any prior art

15  or any articles that had been authored by you?

16            MR. MARDER:   I object to this

17       question.   To the extent she's asking

18       about conversations that you had with

19       the attorneys who prosecuted the patent,

20       that that would be privileged.

21            MS. HASKETT:   Let me rephrase the

22       question.   I'll rephrase it.

23  BY MS. HASKETT:

24       Q.   Did you provide the attorney who

25  prosecuted the '592 patent with any prior art or

147

1   articles that had been authored by you?

2           A.    I don't recall.

3           Q.    Would you think that was important

4   to do that at that time?

5           A.    Thinking back, I would have to

6   understand if I thought it was material.

7           Q.    Looking at the article that starts

8   on page 439, and you can take your time to look

9   at it, do you think that it is material to the

10  '592 patent?

11          A.    Let me take a look.

12          Q.    Sure.

13                MR. MARDER:   While the witness is

14          reading this, let me just put my

15          objection on the record.

16                I'm objecting on the grounds that

17          it calls for a legal conclusion.

18                THE WITNESS:   Okay.

19  BY MS. HASKETT:

20          Q.    So the question is whether you think

21  that the article that starts on page 439 of

22  Exhibit 1007 is material to the '592 patent.

23                MR. MARDER:   I'm just going to

24          restate my objection, that the material

25          is being a legal judgment and also

148

1              vague.

2          A.    I'm not able to make that judgment.

3          Q.    Why are you not able to make that

4      determination?

5          A.    The concept of the question of

6      whether it is material is not, is not an

7      engineering concept, and I'm an engineer.

8          Q.    So at the time of the prosecution of

9      the '592 patent, how did you decide whether to

10     provide articles that you had authored to the

11     attorney prosecuting the '592 patent?

12         A.    Please repeat that.

13         Q.    At the time of the prosecution of

14     the '592 patent, how did you decide whether to

15     provide articles that you had authored to the

16     attorney prosecuting the '592 patent?

17         A.    I don't recall.

18         Q.    You said a minute ago that your

19     decision as to whether it was important to

20     provide art to the attorney prosecuting the '592

21     patent would depend on whether you thought it

22     was material.

23              Do you recall that you made

24     judgments about articles that you had authored

25     and made decisions about whether to provide them

149

1      to the patent attorney?

2          A.   No, I don't recall making those

3      decisions.

4          Q.   Do you think that the article that

5      begins on page 439 of Exhibit 1007 has any

6      relevance to the subject matter of the '592

7      patent?

8          A.   I'm not sure what you mean by

9      "relevance to."  Can you further define what you

10     mean, "relevance to"?

11         Q.   Sure.

12              Does it deal with any of the same

13     concepts as the '592 patent?

14         A.   Yes, it does.

15         Q.   Why do you say that?

16         A.   It mentions titanium.  It mentions

17     titanium nitride.

18         Q.   And it mentions titanium and

19     titanium nitride in the context of form and

20     contact, right?

21         A.   Let me refresh my recollection on

22     the article, if you don't mind.

23         Q.   Sure.

24         A.   Yes, there is a reference to the

25     contact in there.

150

1          Q.    Looking at the article starting on

2     Page 439 of Exhibit 1007 today, do you think you

3     should have provided this to the attorney who

4     was prosecuting the '592 patent?

5                    MR. MARDER:  Objection.  Just

6               calls for a legal conclusion.  Calls for

7               speculation.

8          A.    I'm not able to make that

9     determination.  I'm uncertain.

10         Q.    If the '592 patent was being

11    prosecuted today and you had this article in

12    front of you, would you provide it to the

13    attorney prosecuting the patent?

14                   MR. MARDER:  Same objection.

15         A.    I can't speculate whether I would,

16    no.

17         Q.    So you might decide not to?

18         A.    I can't determine whether -- I can't

19    make that determination.

20         Q.    So it is possible that you would

21    decide not to give this article to an attorney

22    prosecuting the '592 patent?

23                   MR. MARDER:  Same objection.

24         A.    Repeat your question.

25         Q.    Is it possible that you would decide

151

1    not to give this article to an attorney

2    prosecuting the '592 patent?

3              MR. MARDER:  Same objection.

4         A.   I would have to think.  I'm

5    uncertain, uncertain whether I would make that

6    determination.

7         Q.   So it is possible that you would

8    make the determination not to give it?

9              MR. MARDER:  Same objection.

10             Asked and answered.

11        A.   Is it possible?

12        Q.   Yes.

13        A.   The answer -- if the question is

14   yes, is it possible, my real answer is, I really

15   don't know if it is possible.  Hypothetically,

16   it could be possible.

17        Q.   Okay.

18             MS. HASKETT:  I have another

19             exhibit here that I would like to have

20             marked as Exhibit 1008, please.

21                  (Document entitled 1994

22                  Proceedings, 11th International VLSI

23                  Multilevel Interconnection

24                  Conference, VMIC, dated June 7 to 8,

25                  1994 was marked as Deposition

152

1              Exhibit 1008 for identification, as

2              of this date.)

3              MS. HASKETT:   For the record,

4              Exhibit 1008 says on the front 1994

5              Proceedings, 11th International VLSI

6              Multilevel Interconnection Conference,

7              VMIC.  At the top left it has a date,

8              June 7 to June 8, 1994.

9              And again, for the record, this

10             exhibit has some handwriting on it and

11             that handwriting was on the exhibit in

12             the form in which we received it.

13   BY MS. HASKETT:

14        Q.   Mr. Iacoponi, do you recognize any

15   portion of Exhibit 1008?

16        A.   Again, if you would give me a

17   minute --

18        Q.   Of course.

19        A.   -- a few minutes to look through.

20        Q.   Take as much time as you need.

21        A.   Okay.

22        Q.   So do you recognize any portion of

23   Exhibit 1008?

24        A.   I recognize what appears -- it

25   appears that pages 5 and 6 and 7 are -- they are

153

1    the table of contents of the VMIC, VMIC 1994

2    conference.  I don't recall having seen this

3    before or anything in this document before.

4        Q.    Does looking at Exhibit 1008 refresh

5    your recollection as to whether you attended the

6    1994 VMIC conference?

7        A.    No.

8        Q.    I would like you to turn to page 365

9    of Exhibit 1008.

10       A.    Okay.

11       Q.    This is another article by, among

12    others, Hillman and Foster, right?

13       A.    Yes.

14       Q.    Have you ever seen this article

15    before?

16       A.    It does not look familiar.

17       Q.    If you had known about this article,

18    do you think you would have given it to the

19    attorney prosecuting the '592 patent?

20       A.    I can't make that determination.

21       Q.    Why can't you make that

22    determination?

23       A.    I'm not familiar with the contents.

24       Q.    Well, it is only three pages.  Why

25    don't you go ahead and read that and see if you

154

1    can make that determination.

2                MR. MARDER:  I'm going to object

3          again as being beyond the scope of the

4          depo notice and calling for a legal

5          conclusion.

6                While he's reading that, I don't

7          want to have to stop the deposition and

8          go get a protective order.  It was my

9          understanding, based on our

10         conversation, that we were not going to

11         be going over references that he was not

12         aware of and only aware of because you

13         brought them to our attention.  I

14         thought we had an agreement as to that.

15               If you're going to continue to

16         ask him questions about references he

17         had never seen before and didn't know of

18         at the time of the prosecution, then at

19         some point we're going to have to stop

20         this and get a protective order.

21               MS. HASKETT:  Well, I don't think

22         it is as clear-cut as you're making it

23         sound.  He has already testified that he

24         went to a number of these VMIC

25         conferences.  There's only a few

1           conferences in this range.  Clearly, he

2           went to the majority of the conferences

3           between 1992 and '96; so, I don't think

4           you can say equivocally that he has

5           never seen these references before.

6                   MR. MARDER:  The reference was

7           buried in a 500-page circular that was

8           provided.  And, in any event, this is

9           not a reference that he's aware of as a

10          result of anything other than you

11          bringing it to his attention now.

12                  So I think it is within the scope

13          of what we talked about.  I don't want

14          to go off on a big tangent on this.  I'm

15          just stating that at some point if this

16          continues, then we're going to have no

17          choice but to go and get a protective

18          order.

19                  MS. HASKETT:  I don't think we're

20          going to have an issue.  I only have a

21          few more questions along these lines.  I

22          still disagree with your

23          characterization of whether this is

24          within the scope.

25                  MR. MARDER:  Okay.

156

1              THE WITNESS:  Okay.

2    BY MS. HASKETT:

3        Q.    So the question is:  If you had

4    known about this article during the prosecution

5    of the '592 patent, would you have given it to

6    the patent attorney prosecuting that patent?

7              MR. MARDER:  Hang on a second,

8         let me restate my objection.  I think it

9         is beyond the scope of the deposition,

10        calling for a legal conclusion, and also

11        calls for speculation.

12             You can answer.

13       A.    I can't make that determination.

14       Q.    Why can't you make that

15   determination?

16       A.    Looking back, you know, 14 years

17   at -- the prosecution of the patent was 14,

18   approximately 14 years ago, and I would have to

19   be back in that time during that prosecution to

20   understand the context of the prosecution.  And

21   I haven't fully digested the scope of this

22   article.  This is 14 years after the

23   prosecution.

24       Q.    Looking at the article in

25   Exhibit 1008 today, does it appear to you that

157

1    this article has some relevance to the concepts

2    that are set forth in the '592 patent?

3           A.    In a general sense, yes.

4           Q.    Why do you say in a general sense?

5           A.    It references materials, titanium.

6    It references titanium nitride.

7           Q.    And it references those materials in

8    connection with forming layers of the bottom of

9    contacts, right?

10          A.    Yes.

11          Q.    All right.

12                MS. HASKETT:   I have another

13           exhibit here that I would like to have

14           marked as Exhibit 1009, please.

15                     (Document entitled 1996

16                Proceedings, 13th International VLSI

17                Multilevel Interconnection

18                Conference, VMIC, dated June 18 to

19                20, 1996 was marked as Deposition

20                Exhibit 1009 for identification, as

21                of this date.)

22                THE WITNESS:   Can I take a quick

23           break?

24                MS. HASKETT:   Oh, yes.  Sure.

25           Let's go off the record.

158

1              THE VIDEOGRAPHER:  We are now off

2         the record at 1:54 p.m.

3                   (Whereupon, at 1:54 o'clock

4              p.m., a recess was taken to 2:01

5              o'clock p.m.)

6              THE VIDEOGRAPHER:  This marks the

7         beginning of Tape 5, Volume 1, in the

8         deposition of John Iacoponi.  We are now

9         on the record at 2:01 p.m.

10   BY MS. HASKETT:

11        Q.   Mr. Iacoponi, before the break I

12   handed you what was marked as Exhibit 1009.

13              MS. HASKETT:  And, for the

14         record, Exhibit 1009 says on the front

15         page, 1996 Proceedings, 13th

16         International VLSI Multilevel

17         Interconnection Conference, VMIC.  It

18         states in the top left-hand corner

19         June 18 to 20, 1996.

20        Q.   And I guess my question is:  Does

21   any portion of Exhibit 1009, is any portion of

22   it familiar to you?

23        A.   Again, let me take time to read

24   through it and take a look.

25        Q.   Go ahead.

159

1          A.    Okay.

2                I skimmed through it.

3          Q.    So is any portion of Exhibit 1009

4    familiar to you?

5          A.    Yes.

6          Q.    Which portions?

7          A.    There is a reference to an article

8    on page -- where was it now?  Page 9, top right,

9    9J.  The article, "Recent events in copper

10   metalization" sounds familiar to me.

11         Q.    And that's an article that looks

12   like was authored by people from AMD, right?

13         A.    That's correct.

14         Q.    Is that why you think it is probably

15   familiar to you?

16         A.    Yes.

17         Q.    Any other portion of Exhibit 1009

18   familiar to you?

19         A.    No, it's not.

20         Q.    Now, this is in the form of VMIC

21   conference proceedings, right?

22         A.    It appears to be, yes.

23         Q.    And it appears to be the proceedings

24   from the 1996 conference?

25         A.    That's what it appears to be, yes.

1       Q.    Does looking at Exhibit 1009 refresh

2    your recollection as to whether you attended the

3    1996 VMIC conference?

4       A.    No, it does not.

5       Q.    Looking at the article that you

6    pointed to on the top right of page 9, in what

7    context do you believe that you saw that

8    article?

9       A.    I believe I saw it in context to an

10   internal AMD discussion about the work.  I don't

11   know if I actually saw the article or not, but

12   I'm familiar with the work that was presented

13   there.

14      Q.    Under that reference to Article 9J,

15   on page 9 of Exhibit 1009, right under the

16   article title, the article reference, it says,

17   "Invited paper 30-minute presentation."

18            Do you see that?

19      A.    Yes, I do.

20      Q.    Do you recall seeing a 30-minute

21   presentation on that topic?

22      A.    I don't recall, no.

23      Q.    So you might have, you just don't

24   remember now?

25      A.    I don't remember, no.

161

1          Q.   I would like you to turn to page 181

2    in Exhibit 1009.  This is the first page of an

3    article by -- and I am probably mispronouncing

4    this incorrectly, A. J. Konecni, G. A. Dixit,

5    and others.

6               Do you see that?

7          A.   Yes, I do.

8          Q.   Do you think you have ever seen this

9    article before?

10         A.   I don't recall seeing it, no.

11         Q.   Have you heard of A. J. Konecni

12   before?

13         A.   That name does not ring a bell, no.

14         Q.   Would it ring a bell if I was

15   pronouncing it correctly?

16         A.   No.  Because that's the way I would

17   pronounce it.

18         Q.   Are you familiar with G. A. Dixit?

19         A.   Yes.

20         Q.   Who is that?

21         A.   Girsch Dixit.  I don't know how to

22   spell it.

23         Q.   And how do you know Mr. Dixit?

24         A.   He presently works for a supplier,

25   semiconductor equipment maker.

162

1          Q.   And who is that?

2          A.   I believe -- I believe he works for

3     Novelus Corporation.

4          Q.   Have you ever known Mr. Dixit in any

5     other context?

6          A.   Yes.

7          Q.   And what other context?

8          A.   He also previously worked for

9     Applied Materials.

10         Q.   Are you familiar with any of

11    Mr. Dixit's patents?

12         A.   I can't say I am, no.

13         Q.   Have you ever heard of a Dixit

14    patent?

15         A.   No.

16         Q.   Are you familiar with him from any

17    other context other than what you have

18    mentioned?

19         A.   Not that I am aware of, no.

20         Q.   Have you ever met him?

21         A.   Yes.

22         Q.   Did you ever see him at a VMIC

23    conference?

24         A.   I don't recall.

25         Q.   Do you remember anybody who you

163

1    remember seeing at a VMIC conference?

2         A.    Yes.

3         Q.    Who do you remember seeing at VMIC

4    conferences?

5         A.    I remember seeing -- I'm trying to

6    think of the gentleman.  I think his name is

7    Mike Mills.

8         Q.    Mike Mills.

9               Who is Mike Mills?

10        A.    Mike Mills is a sales and

11   marketing -- at that time was a sales and

12   marketing representative for Dow Chemical.

13        Q.    Did you see Mr. Mills at more than

14   one VMIC conference?

15        A.    Not that I recall.

16        Q.    You just remember one?

17        A.    Yes.

18        Q.    Do you remember seeing anybody else

19   at a VMIC conference?

20        A.    At a specific conference?

21        Q.    At any VMIC conference.

22        A.    Besides -- besides Mike Mills, he's

23   the one that I recall seeing, specifically

24   recall seeing at a VMIC conference.  Besides

25   that, I don't specifically recall seeing anybody

1    else at any, any one of any of the VMIC

2    conferences.

3        Q.   What is it about Mr. Mills that you

4    think makes you remember seeing him at a VMIC

5    conference?

6        A.   That's easy.  His company sponsored

7    a social event and gave away a diamond.

8        Q.   And that was Dow?

9        A.   That was Dow.

10       Q.   Did you attend the social event?

11       A.   Yes.

12       Q.   And you attended the conference at

13   which that social event occurred?

14       A.   Yes.

15       Q.   They gave away a diamond or multiple

16   diamonds?

17       A.   They gave away a diamond.

18       Q.   They raffled it or something?

19       A.   I don't know how they gave it away.

20       Q.   Did you get it?

21       A.   No, I did not.

22       Q.   Do you know Mike Thomas?

23       A.   Yes, I do.

24       Q.   Did you ever see him at a VMIC

25   conference?

165

1          A.    I don't recall.

2          Q.    You don't know one way or the other?

3          A.    I don't know one way or the other,

4     no.

5          Q.    Have you seen him outside the

6     context of VMIC conferences?

7          A.    Yes.

8          Q.    We've looked at materials from at

9     least some of the VMIC conferences in the 1990s.

10               Does looking at these materials

11    refresh your recollection as to which VMIC

12    conferences you went to during that time period?

13         A.    The materials, no.

14         Q.    But you still believe that you went

15    to some VMIC conferences during that period?

16         A.    Yes.

17         Q.    You just don't know which ones?

18         A.    I know the one that I saw Mike Mills

19    at.

20         Q.    But sitting here today, you don't

21    know which one that was?

22         A.    I believe that was 1997.

23         Q.    1997?

24         A.    Yes.

25         Q.    Other than that, you don't know

166

1    which ones you went to?

2         A.    No.

3         Q.    Other than the one paper we looked

4    at in one of these exhibits which you were the

5    co-author, have you been an author or co-author

6    on any other papers presented at a VMIC

7    conference?

8         A.    I don't recall.

9         Q.    So it could just be the one?

10        A.    It could just be the one.

11        Q.    Have you ever been the presenting

12   author at a VMIC conference?

13        A.    I don't recall.

14        Q.    Have you ever made any type of a

15   presentation at a VMIC conference?

16        A.    I don't recall.

17        Q.    You would probably recall, though,

18   if you had, though, right?

19        A.    Not necessarily.

20        Q.    Have you ever been a presenter at

21   any type of interconnect conference?

22        A.    Yes.

23        Q.    Which ones?

24        A.    I'm thinking.

25              There were -- there was in 2002 a

167

1    workshop by Sematech.  I wouldn't characterize

2    it as a conference, but it was a workshop, and I

3    presented on metrology.

4         Q.   Do you remember any other

5    conferences where you presented?

6         A.   Sitting here today, I don't have

7    specific recollection.

8         Q.   Would you have any documents or

9    records showing when you had presented at

10   conferences?

11        A.   Possibly.

12        Q.   Where would those be kept?

13        A.   It is possible I have them as part

14   of my CV.

15        Q.   Does your CV also contain a complete

16   list of all of your publications?

17        A.   I don't -- I don't recall.

18        Q.   Do you have somewhere a complete

19   list of all of your publications?

20        A.   I'm not sure.

21        Q.   If you wanted to find all of the

22   articles you have ever published, how would you

23   do that?

24        A.   The first thing I would do would be

25   to look at my CV to refresh, refresh my memory.