Goodard v. Google, Inc.   Doc. 202 Att. 6

# EXHIBIT 7

Dockets.Justia.com

PATENT\M-1328\P\001.ECK

# Scheme for Eliminating Page Boundary Limitation On Initial Access of a Serial Contiguous Access Memory

Elvan S. Young
Philip L. Craine

### Field of the Invention

This application pertains to the field of high speed memory design; in particular, the present invention pertains to the design of high speed memory for sequential accesses to a contiguous address space.

### Background of the Invention

Figure 1 shows a generalized organization of a memory system, comprising address input register 100, x- and y-decoders 101 and 102 (also known as row and column decoders), a memory array 103, a sense amplifier circuit 104, a memory output register 105, and output buffers 106. In this organization, the address input register 100 receives a two-part address, which is decoded by the x- and y-decoders 101 and 102 to select the corresponding memory cell in memory array 103. The content of the selected memory cell is read by the sense amplifier circuit 104 and latched into the memory output register 105. Register 105 is typically a "see through" latch, such that a transition at the input of the latch is immediately reflected at the output of the latch. "Master-slave" latches are not used in this application because they require two clock edges to operate, therefore necessarily requiring a slower speed of operation. The output buffers 106, having greater current sourcing and sinking capabilities than the memory register 105, provide the output data at specified voltage levels to receiving devices external to the memory system.

In many applications, successive accesses to the memory system are often made to contiguous memory

- 1 -



<mark>PATENT\M-1328\P\001.BCK</mark>

locations. This pattern of memory access, called "sequential access," may be exploited to implement a high performance memory system. One method of taking advantage of this access pattern is by latching into memory output register 105, in addition to the datum corresponding to the specified address, data corresponding to memory cells having addresses contiguous to the specified address. That is, "pre-fetching" data into the memory output register 105 in anticipation of contiguous accesses immediately following. Hence, by storing the additional data fetched in registers, subsequent data may be made available in the period of time required to read each register, which is a time period shorter than that required for the first or "initial" access. With prefetching, the total throughput time for completing a number of sequential accesses is significantly reduced when compared to the total time of individual accesses without prefetching.

Figure 2 shows an example of a timing scheme in a system having an organization such as shown in Figure 1. The first data output is provided after a total access time (tAA), as measured from the time address data is made available to the address input register 100, to the time when data output is made available at the memory output buffers 106. In this example, tAA has two components: (i) core access time (tASA), i.e., the period of time between when address data is ready at the address input register 100 to the time when data is ready to be latched at the input terminals of memory output register 105; and, (ii) output enable time (tRCO), i.e. the period of time between when the memory output register 105 is provided an enable signal ("clock") to gate the content of the register onto the output terminals of the register, to the time data output is ready at the output buffers 106. In the ideal case, i.e. data are latched as soon as they are made available to the memory output register 105, tAA is the sum of tASA and tRCO. In the ideal system, where maximum memory access overlap is

1 exploited, the next data stored in next contiguous
2 addresses are ready at the memory output buffers 106
3 every tRCO after the initial access, rather than every
4 tAA, as required for the initial access. In this mode of
5 access, called "burst" mode, only the initial address is
6 specified, and data from contiguous addresses are
7 provided sequentially thereafter until the burst mode is
8 terminated, or when all the prefetched data are output.
9     In the prior art, such as the implementation shown
10 in Figure 3, the ideal speed-up is limited by the number
11 of data prefetched, since an initial access must be made
12 after the last datum is read from the registers in which
13 the prefetched data are stored. Figure 3 shows, for
14 example, a memory system 30 similar to the memory system
15 shown in Figure 1 organized such that each bit is
16 selected by the two-part address as discussed above; the
17 row (x-) address part is stored in address counter 300,
18 and the column (y-) address A0-A3 selects which register
19 of the memory output registers R0-R7 is output. This
20 memory system 30's output is 8-bit wide. In this
21 organization, sixty four bit lines are activated
22 simultaneously, so that the memory array 303 provides
23 simultaneously to registers R0 through R7 sixty four bits
24 (8 bytes) corresponding to eight 8-bit data from eight
25 contiguous addresses. Each 8-bit datum can therefore be
26 provided for output sequentially by selectively enabling
27 the outputs of registers R0 and R7 in order of each
28 datum's address. The necessary enabling signals, or
29 clock signals, are provided by the control logic 307.
30 The registers R0 through R7 are also provided output
31 buffers.
32     However, the maximum number of bytes output in burst
33 mode is limited to the width of the row, i.e. eight in
34 this example. To receive the next eight bytes of data
35 contiguously in the next row, or in the same row, the
36 device requesting memory access must go into a wait state
37 or "stutter", as it is known in the art, until another
38 initial access is made to the required data. It is

desirable to have a memory system in which all subsequent accesses are provided in burst mode after the initial access, regardless of whether row boundaries are crossed.

## Summary of the Invention

In accordance with the present invention, two output register banks are provided in a memory system in which the memory array is divided into left and right halves. A word line in the left half memory array may be activated independently but simultaneously with a word line in the right half of the memory array. When enabled, the first register bank latches simultaneously, from a first set of bit lines, data corresponding to a first set of contiguous addresses. Likewise, when enabled, the second register bank independently latches, from a second set of bit lines, data corresponding to a second set of contiguous addresses following the first set of contiguous addresses. The first and second set of contiguous addresses may involve the same or different word lines. When the content of one register bank is sequentially output according to addresses of the data therein, the other data bank is being loaded with data from the next set of the bit lines corresponding to the next set of contiguous addresses following the set of contiguous addresses of the data being output. In accordance with the present invention, it is further provided that, during the initial access, both register banks are loaded simultaneously. Control is provided so that, if a row boundary is crossed upon the initial access, the first register bank contains data from one row, and the second register bank contains data in the next row. As a result, the present invention provides a continuous burst mode output regardless of any row or address boundaries.

These features and other advantages of the present invention are better understood after considering the following detailed description in conjunction with the accompanying drawings.

PATENT\M-1328\P\001.ECK

Brief Description of the Drawings

Figure 1 shows a generalized organization of a memory system.

Figure 2 shows an example of a timing scheme for a memory system having an organization such as shown in Figure 1.

Figure 3 shows a memory organization 30 allowing a maximum of eight bytes to be output in burst mode.

Figure 4 shows a memory organization 40 allowing indefinite number of bytes to be output under burst mode, but requiring the initial access be made at a 4-byte boundary.

Figure 5 shows a memory organization 50 allowing indefinite number of bytes to be output under burst mode, without restriction on the address of initial access, in accordance with the present invention.

Figure 6 shows the organization of the memory core 503 of the memory system 50 shown in Figure 5, in accordance with the present invention.

Detailed Description

A method in which burst mode is maintained indefinitely after initial access is described in copending application, "Architecture for High Speed Contiguous Sequential Access Memories", by Elvan S. Young et al., serial no. 07/558,033, also assigned to Advanced Micro Devices, Inc., filed on the same day as this application, and which is hereby incorporated by reference in its entirety.

In the memory system 40 which is described in the aforementioned copending application, and reproduced in Figure 4, the memory output registers R0-R7 are divided into two banks A and B. Under this organization, registers A and B are interleaved for loading and output of memory data. When either register bank is accessing and loading data from a number of memory cells with contiguous addresses ("loading phase"), the other register bank outputs datum by datum in the order of the

- 5 -

1 contiguous addresses the data loaded into it during the
2 last loading phase ("output phase"). In this manner, the
3 time required in the loading phase of one register bank
4 is overlapped with output phase of the other register
5 bank, thereby allowing, after the initial access,
6 continuous sequential access of indefinite duration to
7 memory system 40.

8 The operation of memory system 40 described in the
9 aforementioned copending application shown in Figure 4 is
10 feasible if each register bank satisfies the relation $n \times tRCO > tASA$,
11 where n is the number of registers in the
12 register bank. However, there is also a restriction that
13 the initial address must be specified to a fixed address
14 boundary, e.g. the 4-byte address boundary in the
15 embodiment described in the aforementioned copending
16 application. This is because, if the initial access is
17 to an address away from the specified boundary, the data
18 in the specified memory cell will be loaded in a register
19 in the register bank other than the first register.
20 Therefore, the amount of time available to output in
21 contiguous address order the data in the remaining
22 registers of the register bank will be insufficient to
23 overlap the loading phase of the other register bank
24 without stutter. Using the memory system 40 as an
25 example, it can be seen that, in order to provide
26 continuous sequential access without stutter, the first
27 byte in bank B must be ready tRCO after the last byte in
28 bank A is made available, even though a row boundary is
29 crossed. However, this requirement cannot be met in the
30 case when the initial access is to any byte other than
31 the first byte of bank A, since the sequential access
32 time of the desired data in register bank A is
33 insufficient to overlap tASA required to load register
34 bank B. In the memory system 40, continuous access is
35 achieved by restricting the initial access to the datum
36 received by register R0 (i.e. the initial access must be
37 to an address on a 4-byte boundary).

38 The present invention removes the restriction on the

address of the first datum received in burst mode, thereby providing continuous sequential access every tRCO after the initial access, from any byte and regardless of whether row boundaries are crossed.

In accordance with the present invention, a memory system 50 is provided as shown in Figure 5. Like memory system 40 shown in Figure 4, the output registers are divided into two banks A and B, receiving data from groups of bit lines, with ~~each bit in each group addressable~~ by the address bits A0-A2. However, unlike the memory system 40 provided in Figure 4, the memory system 50 is organized into left and right halves, such that the word lines in each half of the memory system 50 are controlled independently of the word lines in the other half.

The organization of memory array 503 is shown in Figure 6. As shown in Figure 6, the memory array 503 is divided into left and right halves. Word lines $WL_{K+1}$ and $WL_K$, corresponding to consecutive row addresses are activated simultaneously when signal N+1 is asserted. When signal N+1 is not asserted, activated word lines in both halves have the same row address. During the initial access of memory system 50, rather than loading four bytes into register A, as in memory system 40 shown in Figure 4, eight bytes of data are loaded into registers A and B simultaneously from the initial access of memory system 50. As a result of the ability to activate word lines in the left and right halves independently, register banks A and B may be loaded simultaneously upon initial access with data from two different rows of memory cells, corresponding to two different word lines.

As in memory system 40, the datum corresponding to the initial address is always loaded in register bank A. If the initial access is made to a byte within four bytes of the row boundary, then the four bytes loaded in register bank A and the next four bytes loaded into register bank B ~~corresponds to two groups of memory cells~~

- 7 -

in different word lines. This condition is detected by control logic 501 from the column address A0-A3 specified. Upon detection of this condition, the signal labelled N+1 is asserted, so that the word lines activated in the right and the left halves of the memory core correspond respectively to the word line containing the memory cell of the initial access, and the next higher word line. The four bytes of data from the word line specified in the initial access are gated to register bank A, and the four byte data from the memory cell of the next higher word line are gated to register bank B. In this manner, the data to be next accessed in register bank B are made available at the same time as the data in register bank A, even though a row boundary is crossed. As a result, the first byte of the data in register bank B is made available without stutter tRCO after the last byte of register bank A is output, even if the initial access is to a byte located other than at the 4-byte boundary.

After the initial access, register banks A and B may be read and loaded in the same interleaving manner as described in the aforementioned copending application. Therefore, by interleaving loading and reading register banks A and B, and by allowing the initial access to two groups of memory cells of contiguous addresses on two word lines, continuous access of indefinite duration under burst mode is achieved from any initial address regardless of row or byte boundaries.

The embodiments described herein are intended to be illustrative of the general principles of the present invention. It is expected that a skilled person in the art, in consideration of the above description and the accompanying drawings, will be able to derive numerous modifications and variations within the scope of the present invention.

## Claims

We claim:

1. A memory system capable of providing output data upon receiving a two-part address comprising row and column addresses, wherein said memory system comprising:
   a memory array having a plurality of memory cells organized into first and second portions of said memory array, each portion of said memory array having a plurality of word lines and a plurality of bit lines, wherein said row address selects one word line in each of said first and second portions of said memory array, and wherein word lines in said first portion of said memory array are activated independently from word lines in said second portion of said memory array.

2. A memory system as in Claim 1, further comprising logic means for activating word lines and bit lines in said memory array such that a predetermined number of output data corresponding to memory cells having contiguous addresses are provided from said memory array.

3. A memory system as in Claim 2 wherein, when said output data are partly stored in memory cells in said first portion of said memory array with the rest stored in memory cells of said second portion of said memory array, said logic means activates one word line in each of said first and second portions of said memory array.

PATENT\M-1328\P\001.ECK

1     Scheme for Eliminating Page Boundary Limitation
2               On Initial Access of a
3         Serial Contiguous Access Memory
4
5                Elvan S. Young
6               Philip L. Craine
7

8 Abstract of the Disclosure
9     In accordance with the present invention, a memory
10 system capable of indefinite sequential access to a
11 contiguous address space without stutter is provided.
12 The memory system has a memory array divided into left
13 and right halves, column and row decoders, memory output
14 register banks A and B, and control logic. Upon initial
15 access, the control logic determines whether data in the
16 initial access to be loaded in register banks A and B
17 cross a row address boundary. If a row address boundary
18 is crossed, data loaded into register bank A corresponds to
19 data in one row in the right half of the memory array,
20 and data in register bank B corresponds to data in the
21 left half of the memory array in the next higher row.
22 Thereafter, register banks A and B are interleaved for
23 loading and output of memory data.

24
25
26
27
28
29 I hereby certify that this correspondence is being deposited with the United States
    Postal Service as express mail in an envelope addressed to: Commissioner of
30 Patents and Trademarks, Washington, D.C. 20231 on July 25
    19 90 . Express Mail Receipt No. RB143589702S
31
    July 25, 1990     [signature]
32 Date of Signature
33
34
35
36
37
38